David B. Newman (DN 9577)
Marc A. Lieberstein (ML 7116)
**DAY PITNEY LLP**
7 Times Square
New York, NY 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 916-2940

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVEL PLANNERS, INC. | |
| Plaintiff, | |
| v. | Civil Action No.: |
| NATIONAL TRAVEL PLANNERS, INC. | **RULE 7.1 STATEMENT** |
| Defendants. | |



Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Travel Planners, Inc. (a private non-governmental party) certifies that Plaintiff has one parent -- Hotel Holdings, Inc., which also owns Quickbook Inc.. There are no other parents, subsidiaries or affiliates of Plaintiff, securities, or other interests which are publicly held.

Dated: April 18, 2007

David B. Newman (DN 9577)
Marc A. Lieberstein (ML 7116)
**DAY PITNEY LLP**
7 Times Square
New York, NY 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
Attorneys for Plaintiff

1521576A01041807