# DAVID LEE PHILLIPS & ASSOCIATES

LAWYERS
A PROFESSIONAL CORPORATION
700 SOUTH 4TH STREET
LAS VEGAS, NV 89101
702.386.6000
FAX 702.386.6980



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 2 2007

May 17, 2007

United States District Judge George B. Daniels
Fax # 212-805-6737
In re Travel Planners, Inc. v. National Travel Planners, Inc.
Case No. 07-CV-3119

**SO ORDERED**
The defendant shall answer or otherwise respond by June 1, 2007
MAY 2 2 2007,
*George B. Daniels*
HON. GEORGE B. DANIELS

RE: REQUEST FOR ADJOURNMENT OF TIME

Dear Honorable Judge Daniels,

Per your local rules, I am requesting a first adjournment of time to file an appropriate response to the complaint filed in this case. No previous requests have been granted or denied.

Opposing counsel has been contacted on several occasions, and would only consent to an extension if the issue of service was conceded, reserving the right to contest jurisdiction. As I would not concede proper service, Mr. Newman would not agree to an extension.

I ask for a reasonable adjournment of time in order that I may obtain local counsel in New York, to file the appropriate admission papers to be admitted in the Southern District of New York, as well as time to set up on E-file. I respectfully ask for two week- three week extension. Thank you in advance for your consideration to this matter.

Sincerely,

DAVID LEE PHILLIPS, ESQ.

CC: David B. Newman, Esq., via fax @ 212-916-2940