Bruce D. Katz, Esq. (BK-2041)
LAW OFFICES OF BRUCE D. KATZ
& ASSOCIATES
225 Broadway – 37th Floor
New York, NY 10007
Phone: (212)233-3434
Fax: (212)208-3060

*Attorneys for Defendant/Counterclaim-Plaintiff*
CGI of Nevada, Inc.
(d/b/a National Travel Planners)

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVEL PLANNERS, INC., | ECF CASE |
| Plaintiff, | **STATEMENT PURSUANT TO LOCAL RULE 7.1** |
| v. | |
| NATIONAL TRAVEL PLANNERS, INC., | CIVIL ACTION NO. 07-CV-3119(GBD) |
| Defendant, | |
| and | |
| CGI OF NEVADA, INC. (D/B/A NATIONAL TRAVEL PLANNERS, INC.), | |
| Counterclaim-Plaintiff, | |
| v. | |
| TRAVEL PLANNERS, INC., | |
| Plaintiff/Counterclaim-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant/Counterclaim-Plaintiff (a private, non-governmental party), certifies that said party has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
      June 1, 2007

By:  /s/_____
     Bruce D. Katz, Esq. (BK-2041)
     Bruce D. Katz & Associates
     225 Broadway – 37th Floor.
     New York, NY 10007
     (212)233-3434

*Attorneys for Defendant/*
*Counterclaim-Plaintiff*
CGI of Nevada, Inc.
(d/b/a National Travel Planners)

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing Statement Pursuant to Local Rule 7.1 has been served on plaintiff, on this 1st day of June 2007, by depositing an envelope containing the same with the United States Postal Service, postage prepaid, addressed to plaintiff's counsel as follows:

> David Newman, Esq.
> Mark A. Lieberstein, Esq.
> Day Pitney LLP
> 7 Times Square
> New York, New York 10036

                           /s/_____
                                  Bruce D. Katz, Esq.