# EXHIBIT A

Case 1:07-cv-03119-GBD     Document 6-2     Filed 06/02/2007     Page 1 of 2



| National Association of Senior Travel Planners<br>44 Cushing St<br>Hingham, MA 02043<br><br>(781) 740-1185 | SEND TO MOBILE<br>MAP<br>DIRECTIONS<br>SAVE LISTING<br>SAVE A NOTE<br>SEARCH NEARBY<br><br>Not Yet Rated<br>★★★★★<br>Rate It |



Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

Do you own this business? Add more information to reach more customers.    Enhance My Listing

E-mail Page

©2007 YELLOWPAGES.COM LLC. All rights reserved.
©2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Legal Information. Privacy Policy.

Some data provided by Amacai and Acxiom.