# EXHIBIT B

Yahoo!  |  My Yahoo!  |  Mail    Welcome, Guest [Sign In]                                      Help

**YAHOO!** SEARCH    Web | Images | Video | Local | Shopping | more »

travel planners    [Search]    Advanced Search

Search Results                          1 - 10 of about 10,500,000 for **travel planners** · 0.35 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

- **Free CA Travel Guide**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Attractions-Activities-Events-More.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

1. **Travel Planners**
   Providing general services in the Portland area and offering sports tours.
   www.**travel-planners**.com - 32k - Cached - More from this site

2. **Travel Planners**
   **Travel** agency specializing in tours to Germany and Greece. ... Contact A to Z **Travel Planners** and let us guide you through your next trip or vacation! ...
   www.**travelplanners**.com - 4k - Cached - More from this site

3. **Travel Planners**
   **Travel Planners** Expert housing programs for trade ... **Travel Planners** is focused ... Login for **Travel Planners** Clients. See your real-time reports at ...
   www.**tphousing**.com - Cached - More from this site

4. **Trip Planner - Yahoo! Travel**
   Welcome to Yahoo! Trip **Planner**. Get inspired by other travelers' photos and trip journals. Get organized with schedules, maps, and more...
   Quick Links: Explore | Browse Trips | Create a Trip
   travel.yahoo.com/trip - More from this site

5. **Welcome to Travel Planners**
   www.**tpionline**.com - 20k - Cached - More from this site

6. **Travel Planners - Travel Agency in St. Maarten / St. Martin offers ...**
   SPECIAL FARES. San Juan $ 251.25. Miami $ 603.25. New York $ 696.25. Amsterdam $ 696.25. All taxes and service fees included. Seats are limited, advance booking ...
   www.**plannerssxm**.com - 35k - Cached - More from this site

7. **Lancaster County, The Heart of Pennsylvania Dutch Country. Travel Planner**
   The PA Dutch Country **Travel Planner** is an interactive tool that ... Group Tours Meeting **Planners** Press Room. Our World. Events. Things to Do. Dining. Lodging ...
   www.**padutchcountry**.com/**travel_planner**/index.asp - 17k - Cached - More from this site

8. **Packing Tips at Frommer's**
   **Travel Planner**. PDF Format (653 KB) HTML Format (18 KB) Activity **Planner**. PDF Format (474 KB) ... To view our **planners**, you will need the Adobe Reader software. ...
   www.**frommers**.com/tips/packing_tips - 40k - Cached - More from this site

9. **Travel Planners International.com**
   Up To 85% Commission. Full Support. E & O Insurance $29.95 / Month ... ©**Travel Planners** International, Inc. All Rights Reserved. Registered Seller of **Travel**. ...
   www.**travel**agentfromhome.com - 20k - Cached - More from this site

10. **Corporate Travel Planners, Inc. - Information & Fact Sheet - Hoover's**
    Corporate **Travel Planners** -- the name pretty much says it all. the company provides **travel** management services to corporate clients located primarily in Central Texas...
    hoovers.com/corporate-**travel-planners**/--ID__115554--/... - More from this site

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

- **Webtravelconsultant**
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can book yourself.

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS

SPONSOR RESULTS

**Moorea Hotel**
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR the best rates you can book yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -.
www.Groople.com

**Travel Planning**
American Airlines - Find Low Fares. Save With No Online Booking Fee.
www.AA.com

**Get travel Information on Montana**
Get info on Montana recreational opportunities with our trip **planner**.
www.visitmt.com

**Hilton Family Eadvantage**
Hilton Family Eadvantage Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel** anywhere.cFares. Great cheap airfares. Wow.
www.cfares.com

**Plan a Australian Travel**
**Travel Planner** - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

See your message here...

SPONSOR RESULTS

1  2  3  4  5  6  7  8  9  10    **Next**

travel planners    [Search]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

travel planners - Yahoo! Search Results                                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 3 of 67

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                      Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                          [ Search ]    Advanced Search

**Search Results**                          11 - 20 of about 10,500,000 for **travel planners** · 0.12 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **Montana Tourism Information**
  www.visitmt.com - See all there is to do under the Big Sky with our **travel** guide.

- **Plan a Australian Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier
  Reef, the Outback, rainforests, wildlife and Aussie culture.

11. **Travel Planner - Shop.com**
    Shop for **Travel Planner** in the **Travel** section of Shop.com. Thousands of Brands. Hundreds of
    Stores.
    www.shop.com/op/sprod-32813--**Travel+Planner**-k12-g1-dhy - More from this site

12. **Travel Planners**
    The Fancy Food Show and **Travel Planners** have combined forces to bring you this ... **Travel
    Planners** is the ONLY place you'll receive these exclusive benefits: ...
    www.tphousing.com/Broadcast/SummerFF_NB60.html - 41k - Cached - More from this site

13. **Home | Travel + Leisure**
    Vacation guides, **travel** articles, hotel recommendations, and deals. ... Get 2 Risk Free Issues.
    Customer Service. Subscribe. **Travel Planner** ...
    www.**travel**andleisure.com/**travelplanners** · More from this site

14. **Vacation & Travel Guide by The Weather Channel**
    ... forecasts, airport delays, road conditions, and vacation **planners** from weather.com. ...
    Vacation & **Travel** Home Rentals. Vacation Planning ...
    www.weather.com/activities/**travel**/vacation**planner**/?from=secondarynav - 99k - Cached -
    More from this site

15. **Official NYC Guides**
    ... experiences and **travel** tips also provide meeting **planners** with practical ... New York City
    itineraries for their clients with the Official NYC **Travel Planner**. ...
    www.nycvisit.com/content/index.cfm?pagePkey=11 - 41k - Cached - More from this site

16. **Travel Planners**
    **Travel Planners** (864) 292-0345 (800) 849-0345. Fax (864) 292-0407. info@tvlplnrs.com ...
    work with you to match your **travel** interests and your lifestyle with the ...
    www.tvlplnrs.com - 47k - Cached - More from this site

17. **Travel Planners at Pronto.com**
    Find **Travel Planners** stores and compare **Travel Planners** prices online at Pronto - More
    Products. Lower Prices.
    www.pronto.com/**travel-planners**-SE.nto - More from this site

18. **Go-Utah Travel & Recreation Guide**
    Information guide with pictures and maps covering attractions, lodging, skiing, whitewater
    rafting for national parks, and more.
    www.go-utah.com - 23k - Cached - More from this site

19. **Washington State Transportation, Weather, Maps & Travel Planning**
    ... trains, bus tours and **travel planners**, plus Washington state maps ... TRAVEL **PLANNER**.
    By Air. By Land. By Rail. By Water. Customs. Travelogues. **Travel Planners** ...
    www.**travel**-in-wa.com/TRAVEL/**travel_planner**.html - 18k - Cached - More from this site

20. **South America for Visitors**
    Description of some interesting places to visit in South America.
    gosouthamerica.about.com - 35k - Cached - More from this site

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.

- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev    1  2  3  4  5  6  7  8  9  10    Next

travel planners                          [ Search ]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

**SPONSOR RESULTS**

**SPONSOR RESULTS**

**Travel Planner**
Looking for **travel planner**? Find
exactly what you want today.
www.eBay.com

**Travel Planner**
Plan your trip: read reviews,
research destinations & get great
deals.
www.mytravelguide.com

**Travel Planner at
Amazon.com**
Qualified orders over $25 ship free.
Millions of titles, new & used.
Amazon.com/books

**Disney Cruise Vacation
Planning DVD**
Official Site. Order your Free
Disney Cruise Vacation Planning
DVD.
www.disneycruiseline.com

**Corporate Travel Manager**
Lower your costs with our proven
approach to corporate **Travel**...
www.amtrav.com

**Live Search Maps: Trip
Planner**
Get maps, directions, traffic
updates, local search and more.
Maps.Live.com

**Travel Planner**
See Photos, Maps & Candid
Reviews Save up to 70% at Yahoo
**Travel**.
travel.yahoo.com

**Travel Planner**
Shop, Compare & Save on PDAs.
Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

See your message here...

Yahoo!   My Yahoo!   Mail   Welcome, **Guest** [Sign In]                                                                 Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                    [ Search ]   Advanced Search

**Search Results**                                                           21 - 30 of about 10,500,000 for **travel planners** - 0.62 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.

21. **Franchise Business Opportunity - Cruise Planners Cruise Travel Agencies**
    Register today to receive information on starting your own Cruise **Planners** Cruise **Travel** Agencies Franchise. Don't miss out on this money-making franchising opportunity!
    franchiseopportunities.com/Zor_2897/Cruise_**Planners**_Franchising_LL.htm - More from this site

22. **Grand Travel Planners**
    A package tour and ticketing agent with operations in adventure and cultural tours based in Chandigarh, India.
    www.grand**travelplanners**.com - 12k - Cached - More from this site

23. **cleveland.com: Travel**
    **Travel** Calendar. • Twin-island African nation set to cash in on ... **Travel Planner**. • Bali Island of God by tom2000. Golf. • Planet of Beauty by skifunky ...
    www.cleveland.com/**travel** - 34k - Cached - More from this site

24. **Travel Planner's Weather Guide | Smarter.com Books**
    Find the lowest price for **Travel** Planner's Weather Guide Author: Russell Jennings, Penny Jennings - (Paperback), ISBN 0969136330. Compare prices from different...
    smarter.com/**travel_planner**_s_weather_guide---pd--ch-1--pi-2939825.html - More from this site

25. **Travel Planners in Quincy, MA | Local.com**
    **Travel Planners** in Quincy, MA (Massachusetts) at Local.com - Search for Quincy businesses, products and services at the web's leading Local Search Engine
    www.local.com/results.aspx?keyword=**travel planners**&location=Quincy, MA - More from this site

26. **Travel Planners International - Orlando, FL Travel Agencies**
    **Travel Planners** International - **Travel** Agencies, **Travel** Services-Commercial in Orlando, FL. Get contact info, directions and more at YELLOWPAGES.COM.
    yellowpages.com/sp/moreinfo/index.jsp?listingId=103681043&id=103681043 - More from this site

27. **Travel Experts - Book Your Vacation or Cruise Online With TravelStore ...**
    Enjoy luxury travel and adventure vacations in Hawaii, Tahiti, Australia, or ... Our cruise **planners** and corporate and vacation **travel** agents have 15 years ...
    www.**travel**storeusa.com - 62k - Cached - More from this site

28. **Travel Planners for South America**
    ... attractions, necessary documents, destinations, **travel** tips, tour operators, FAQ, ... **Travel**>South America for Visitors> Plan Your Trip> **Travel** Planners for ...
    gosouthamerica.about.com/cs/southamerica/a/TravSA**planner**.htm - 26k - Cached - More from this site

29. **Europe For Visitors**
    Listing sites and articles covering general trip planning tools and tips, transportation options, and individual countries.
    europeforvisitors.com/europe/**planner**/b**l**planner.htm - 12k - Cached - More from this site

30. **France Travel Planner @ Christianbook.com**
    France **Travel** Planner - In Stock now at Christianbook.com for $8.49
    www.christianbook.com/Christian/Books/product?item_no=455404 - More from this site

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Travel Planner**
See Photos, Maps & Candid Reviews Save up to 70% at Yahoo **Travel**.
travel.yahoo.com

**Travel Planner**
Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Save on PDAs. Compare products, prices & stores.
www.Dealtime.com/PDAs

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travel Planner**
Search Across Multiple Airline Sites For Low Fares.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

See your message here...

SPONSOR RESULTS

- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

- **Travel Planner**
  travel.yahoo.com - See Photos, Maps & Candid Reviews Save up to 70% at Yahoo **Travel**.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev   1  2  **3**  4  5  6  7  8  9  10   Next

travel planners                              Search

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                                                 Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                                    [ Search ]   Advanced Search

**Search Results**

31 - 40 of about 10,500,000 for **travel planners** · 0.13 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

• **All Travel Planner Deals**
  travel.yahoo.com - Save up to 70% on special deals to **travel planner** at Yahoo **Travel**.
• **Travel Planner**
  www.Shopping.com/PDAs - Shop, Compare & Save on PDAs. Store Ratings. Consumer
  Reviews.

31. **Corporate Travel Planners**
    Count on our **travel planners** to help you with your corporate trips. We give you access to hotel
    rates, rental cars and airfare. Contact Corporate **Travel** Management today.
    goctm.com/home/frameset.shtml?http://www.goctm.com/.../advantage.shtml · More from this
    site

32. **Bali Travel Planner**
    Bali **Travel Planner**. Before embarking: Visas, etc. Getting to Bali. Getting around Bali ... Your
    **travel** to Bali won't be like any of your other **travel**. ...
    www.indo.com/tplan/tplan.html · 11k · Cached · More from this site

33. **Day-Timer | Day Planners and Other Time Management Products**
    Find a wide variety of day **planners**, journals, calendars, **travel** gear and for all of your
    time management and organizational needs at DayTimer.com.
    www.daytimer.com · More from this site

34. **Alta Travel Planners**
    Under Construction! Sorry this site is under construction! Enter ...
    www.altatravelplanners.com · 1k · Cached · More from this site

35. **Travel Planners**
    Information on the **travel planners** that service New Zealand, Australia and ... Try our exclusive
    "**Travel Planner**" to help you plan your holiday and view the ...
    www.jasons.com/travel-planners · 28k · Cached · More from this site

36. **Travel Planner**
    You may also call **Travel Planners** directly to make your reservations ... Hotel rates and airfare
    discounts have been negotiated for us by **Travel Planners**. ...
    www.signexpo.org/travel.html · 10k · Cached · More from this site

37. **Group Travel Planners**
    Learn About **Travel** Insurance. Trip Cancellation Insurance. Baggage Insurance ... Group
    **Travel Planners**. U.S. Business Travelers & Employers ...
    www.travelinsure.com/who/grouptravel.htm · 21k · Cached · More from this site

38. **Trip Planners, Duluth, MN - Planning custom travel itineraries to ...**
    Trip **Planners**, based in Duluth, MN, designs custom **travel** itineraries to unique ... many of
    your questions about Trip **Planners** and our unique **travel** services. ...
    www.tripplanners.com · 12k · Cached · More from this site

39. **Tahiti Travel Planners**
    Tahiti **Travel Planners** - America's leading experts for Tahiti honeymoons, Tahiti vacation
    packages, Bora Bora honeymoons and Bora Bora vacation packages.
    www.gotahiti.com · 14k · Cached · More from this site

40. **Travel Planners**
    ... you are a corporate **travel planner** or a seasoned **travel** agent, JetTrip can help ... Our Fleet
    | Commitment to Safety | Company | **Travel Planners** ...
    jettrip.com/travelplanners.html · 11k · Cached · More from this site

• **Travel Planner**
  www.Dealtime.com/PDAs - Save on PDAs. Compare products, prices & stores.
• **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.

Also try: corporate **travel planners**, national **travel planners**, More...

**SPONSOR RESULTS**

**SPONSOR RESULTS**

**Travel Planner**
Save on PDAs. Compare products,
prices & stores.
www.Dealtime.com/PDAs

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and
flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning
Traveler! Find your trip today.
www.away.com

**Travelzoo® Travel Planner**
Save Time And Money - Use The
Airfare Search Engine at Travelzoo.
www.travelzoo.com

**Discount Travel Deals at**
**Bookingbuddy**
Compare cheap **travel** fares from
all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K**
**Over & Over**
Discover Massive Financial Returns
and Incredible **travel** planner.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

See your message here...

Prev   1  2  3  4  5  6  7  8  9  10   Next

travel planners                          [ Search ]

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In]    Help

**YAHOO!** SEARCH

Web  Images  Video  Local  Shopping  more »

travel planners    [Search]  Advanced Search

**Search Results**

41 - 50 of about 10,500,000 for **travel planners** - 0.15 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**  More...

- **Travel Planner**
  www.travelzoo.com - Get a Great Deal On Your Fare By Comparing Multiple Websites.
- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

41. **CTP Travel Services - Corporate Travel, Events, Groups, Incentives, and ...**
Corporate **Travel Planners** is an innovative **travel** management company dedicated to consistently exceeding customer expecations through quality services.
www.ctp**travel**services.com - 21k - Cached - More from this site

42. **Luxury Travel Planners**
Contact Luxury **Travel Planners** today to begin planning your next vacation! ... Copyright2005-2006. An Affiliate of **Travel**. **Planners** International ...
www.luxury**travel**planners.com/index.html - 21k - Cached - More from this site

43. **Music Travel Consultants**
... one of the top 30 student **travel planners** in the country by the Youth Programs ... Ask your Music **Travel** Consultants tour **planner** to include Create A Video ...
music-**travel**.com - 15k - Cached - More from this site

44. **Creative Travel Planners - Home Page**
FW MX 2004 ... Creative **Travel Planners**, Inc. 5855 Topanga Canyon, Blvd. Suite 220. Woodland ... Since 1977, Creative **Travel Planners** (CTP) has been dreaming ...
www.ctp**travel**.com - 6k - Cached - More from this site

45. **T&L Golf Marketplace | Travel + Leisure Golf**
Golf lifestyle, **travel**, equipment guides and course reviews. ... Try 2 Risk Free Issues. Give the Gift of **Travel** + Leisure Golf. Customer Service. Home ...
www.**travel**andleisure.com/tlgolf/marketplace - More from this site

46. **Glamer**
Organization for senior group **travel**.
www.glamer.com - 297k - Cached - More from this site

47. **All Destinations Travel Planner: Destination Guides & Travel Planners**
Everything you need in a vacation **planner** is here. For business trips, to student **travel**, to luxury cruises, our one-click **travel** guide provides complete details.
www.verinav.com - 80k - Cached - More from this site

48. **Christian Travel Planners**
... **Travel Planners** have had the privilege of providing quality Christian ... Christian **Travel Planners** is taking that admonition seriously and is offering a ...
www.christian**travel**planners.com - 8k - Cached - More from this site

49. **Gwin's Travel Planners | Company Profile**
Profile Price: $29.95 | Company Name: Gwin's **Travel** | Revenue, executive contact info, subsidiaries, news & more. Access all 500K companies $49.95/month.
goliath.ecnext.com/comsite5/bin/comsite5.pl?page=comp_int&... - More from this site

50. **Spain and Portugal - Iberia - Travel Planners and Tourism Information**
Spain and Portugal make up the Iberian peninsula. ... European Vacation Planning Map Europe **Travel** 101 - Before you Go European ...
goeurope.about.com/od/spainandportugal/Spain_and_Portugal_Iberia_**Travel**_**Planners**... - 21k - Cached - More from this site

SPONSOR RESULTS

- Discount Travel Deals at Bookingbuddy
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.
- Earn A 7 Day Vacation + $6K Over & Over
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.

Also try: corporate **travel planners**, national **travel planners**  More...

Prev  1  2  3  4  **5**  6  7  8  9  10  Next

travel planners  [Search]

SPONSOR RESULTS

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Find Travel Planner at Smarter.com**
Compare prices on **travel planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel** planner at SHOP.COM.
www.SHOP.com

See your message here...

SPONSOR RESULTS

Search Faster - Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal / Submit Your Site

Yahoo!   My Yahoo!   Mail      Welcome, **Guest** [Sign In]                                                             Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | **more »**

travel planners          [ Search ]   Advanced Search

### Search Results

51 - 60 of about 10,500,000 for **travel planners** - 0.14 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS

- **Last Minute Travel Deals**
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.

- **Panama Immigration & Residency Visas**
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency Visas for Less.

51. **Lancaster County, The Heart of Pennsylvania Dutch Country, View My ...**
The PA Dutch Country **Travel Planner** is an interactive tool that can help you ... Group Tours Meeting **Planners** Press Room. Our World. Events. Things to Do. Dining ...
paduchcountry.com/**travel_planner**/view_my_**travel**_plan.asp?... - 29k - Cached - More from this site

52. **Austria Travel Guide - Travel Information for Austria**
... **planners**, city guides, weather information and general information on tourism in ... European Vacation Planning Map Europe **Travel** 101 - Before you Go European ...
goeurope.about.com/od/austria/Austria_**Travel_Planners**_and_Tourism_I... - 18k - Cached - More from this site

53. **Travel In Washington**
Comprehensive lodging & **travel** information for Washington State. Come stay, play, shop and dine in this fantastic Evergreen State.
www.**travel**-in-wa.com - 51k - Cached - More from this site

54. **Alexander Travel, an affiliate of Travel Planners Intl. & My Honeymoon ...**
Here is some of what you'll discover at Alexander **Travel**: ... **travel** memories with friend and family who couldn't be there! ...
www.alexander**travel**.com - 21k - Cached - More from this site

55. **Welcome to Travel Planners Online**
CLICK HERE. Welcome to **TRAVEL PLANNERS**. Since 1979, we have taken pride in ... Cruise Line International Association and members of Signature **Travel** Network. ...
www.**travelplanners**online.net - 13k - Cached - More from this site

56. **Travel planner-full**
... with a trip **planner** that produces efficient **travel** itineraries for them. ... is also one of the first **travel planners** that bring the user into the itinerary ...
www.path.berkeley.edu/PATH/Research/Featured/0799/Default.htm - 7k - Cached - More from this site

57. **CTP Travel Services - Event Planners**
**Travel** CTP - Corporate **Travel Planners** is an innovative **travel** management company dedicated to consistently exceeding customer expectations through quality services.
www.ctp**travel**services.com/event_**planners**.asp - 18k - Cached - More from this site

58. **Squire Travel Agency, Inc.**
Family-owned **travel** agency services include arrangements for ... Squire **Travel Planners** · 203-238-1251. Home. About Us. Testimonials. Vacation Club. Contact Us ...
Squire **Travel Planners** near you
www.squire**travel**.com - 19k - Cached - More from this site

59. **PBS Online - Travel Planner**
**Travel** Planner. Planning a trip to a "Weekend Explorer" destination? ... The "**Travel Planners**" are full of information you will need including contact ...
www.pbs.org/weekendexplorer/**travel_planner**/index.htm - 19k - Cached - More from this site

60. **Business Travel News Magazine - Corporate Business Travel News - BTN**
Business **Travel** News Magazine - BTN Online is a one-stop resource, delivering news and research to corporate **travel planners**. ... **Travel** Management Services ...
btnmag.com - 48k - Cached - More from this site

- **Grapheety - Find Places**
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.

- **Hot Travel Deals on Sale**
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS

**Grapheety - Find Places**
See what happened there last night. Tell the good stories tomorrow.
www.grapheety.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel Planner** at SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and Travel**
Get big savings on hotels, air/hotel packages, car rentals and more.
Travel-N-Save.com

**Lake Tahoe Travel Planner - Click Here**
Where to stay or play, guides to recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on Cataloglink**
Find a **travel planner** on CatalogLink.
www.CatalogLink.com

See your message here...

SPONSOR RESULTS

Prev   1   2   3   4   5   6   **7**   8   9   10   **Next**

travel planners                                        Search

Search Faster - **-Get Yahoo! Toolbar Now**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! | My Yahoo! | Mail          Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH

|  | Web | Images | Video | Local | Shopping | more » |

travel planners          [ Search ]    Advanced Search

**Search Results**                                 61 - 70 of about 10,500,000 for **travel planners** · 0.12 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS                          SPONSOR RESULTS

- A **Travel** Planner                                **Lake Tahoe Travel Planner -**
  www.SHOP.com - Buy a **Travel** planner at SHOP.COM.    **Click Here**
                                                      Where to stay or play, guides to
- Big Discounts On Hotels and **Travel**              recreation, skiing and casinos....
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.   www.tahoevacationguide.com

61. Holidays in India, Indian **Travel** Tour Agency, Indian Holiday Tours ...    **Make 2007 Clutter-Free**
    Leading Indian **travel** and tour agency offering Indian holiday packages, beach ... **Travel**    Your personalized program is here
    **Planners** is a leading Indian **travel** and tour agency offering holiday ...    - With expert guidance, it's simple.
    www.**travel**oline.com - 43k - Cached - More from this site    www.OrganizeYourselfOnline.com

62. Oahu **Travel Planners** - Vacations, Weddings and Honeymoons on the ...    A **Travel Planner** on
    Oahu **Planner**. Oahu **Travel Planners** partners with Tourtalk Oahu! Oahu **Travel Planners** is    **Cataloglink**
    one of the few companies on the mainland where you can ...    Find a travel planner on
    www.oahu-**travel-planners**.com - 38k - Cached - More from this site    CatalogLink.
                                                      www.CatalogLink.com
63. **Travel Planners**
    ... Adventure Vacation's Commercial Members who provid **travel** planning services. ...    **Cheap Tickets**
    Company Search: Using A Professional **Travel Planner**. The following is a list of ...    The Refreshingly Simple, Low
    www.adventurevacation.com/pages/**travel**_planners.php - 13k - Cached - More from this site    Priced Way To **Travel** - Save Now.
                                                      www.CheapTickets.com
64. CTP **Travel** Services - Corporate **Travel**, Events, Incentives, San Antonio ...
    **Travel** CTP - Corporate **Travel Planners** is an innovative **travel** management company    **Travel Planner**
    dedicated to consistently exceeding customer expectations through quality services.    Find Low **Travel** Rates. Flights,
    www.**travel**ctp.com - 9k - Cached - More from this site    Hotels & More at ORBITZ.
                                                      www.ORBITZ.com
65. Beach **Travel Planner** - SE Asia for Visitors
    Planning your trip to the beach, from your About.com guide ... SE Asia for Visitors Beach    **Travel Planner**
    **Travel Planner** - SE Asia for Visitors Ubud: Bali's ...    Millions of products at low prices
    goasia.about.com/library/blbeach**planner**.htm?terms=Travel+Planners+Inc - 24k - Cached -    Compare today and save.
    More from this site    www.Organizer.Pronto.com

66. European **Travel** Specialists                                **Travel Planner**
    ... source of information for **travel** to Ireland, England and Scotland. ... The EuropeTravel    **Travelling** on London's Tube
    **Planners** at Saizan's **Travel** are here to help you find the perfect trip. ...    System? Plan all your UK **travel**
    www.ireland**travelplanners**.com - 72k - Cached - More from this site    here.
                                                      VisitBritain.us
67. A to Z **Travel Planners, Inc.**
    A to Z **Travel Planners**, Inc. is solely owned and operated. ... A to Z **Travel Planners** /    **Travel Planner** Prices
    Vacations and Cruises. 9am to 500pm M-F; Sat./Sun by appointment ...    Compare Prices for Computers,
    www.**travel**planners.com/about_us.htm - 4k - Cached - More from this site    MP3 Players, Phones & More
                                                      Electronics.
68. **Travel Planners** - Home                                www.NexTag.com/electronics
    Travelplanners can help you design the perfect vacation. ... Contact Us. **Travel Planners**. 215-
    256-4128. Copyright 2007. All Rights Reserved. ...    See your message here...
    www.**travel**planners.net - 11k - Cached - More from this site

69. **Travel**
    ... **travel** guide for 16 countries in Western Europe that includes a route **planner**, ... sites in this
    section emphasize trip **planners**, package deals and **travel** tips. ...
    library.albany.edu/reference/**travel**.html - 27k - Cached - More from this site

70. CaribbeanTravel.com - 32 Caribbean Destinations and Hotels are just a ...
    CaribbeanTravel.com - 32 Caribbean Destinations and Hotels are just a click away. ... Contact
    Us : Advertisers : Meeting **Planners** ...
    www.caribbean**travel**.com - 37k - Cached - More from this site

- Lake Tahoe **Travel Planner** - Click Here                          SPONSOR RESULTS
  www.tahoevacationguide.com - Where to stay or play, guides to recreation, skiing and casinos.

- Make 2007 Clutter-Free
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance,
  it's simple.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    2   3   4   5   6   **7**   8   9   10   11    Next

travel planners                [ Search ]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 2

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 11 of 67

Yahoo! | My Yahoo! | Mail     Welcome, **Guest** [Sign In]                    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | **more »**

travel planners                          [ Search ]   Advanced Search

## Search Results

71 - 80 of about 10,500,000 for **travel planners** - 0.42 sec.   (About this page)

Also try: **corporate travel planners**, **national travel planners**   **More...**

SPONSOR RESULTS

- **Live Search Maps: Trip Planner**
  **Maps.Live.com** - Get maps, directions, traffic updates, local search and more.

- **Disney Cruise Vacation Planning DVD**
  **www.disneycruiseline.com** - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

71. **CaribbeanTravel.com - 32 Caribbean Destinations and Hotels are just a ...**
    CaribbeanTravel.com - 32 Caribbean Destinations and Hotels are just a click away. ... Contact
    Us : Advertisers : **Travel** Agents : Meeting **Planners** ...
    www.**caribbeantravel.com** - 37k - Cached - More from this site

72. **EventPlanner.com - your online meeting, event and travel planning resource.**
    ... as well as the business and leisure **travel** industry since it's inception in 1994. ... meeting
    **planners** | wedding **planners** | **travel** agencies | destination managers ...
    **eventplanner.com** - 24k - Cached - More from this site

73. **Amazon.com: Travel Planner & Journal: Books: RoseMary,Tony Pinson**
    Amazon.com: **Travel Planner** & Journal: Books: RoseMary,Tony ... **Travel Planners** (Planning)
    Vacations. i.e., each book must be in subject 1 AND subject 2 AND ...
    www.**amazon.com**/Travel-**Planner**-Journal-RoseMary/dp/0966791819 - 113k - Cached - More
    from this site

74. **Global Travel**
    ... **Travel Planners** is a locally owned and operated full service **travel** ... or an extended
    vacation, Global **Travel Planners** can take care of every detail. ...
    Global **Travel Planners** near you
    www.**globaltravelplanners.net** - 11k - Cached - More from this site

75. **TIA - Executive Summaries - E-Travel Consumers**
    Online leisure **travel planners**, or E-travel consumers, are likely to be quite ... Today, four in
    ten online **travel planners** are women. ...
    www.**tia.org**/researchpubs/executive_summaries_e_**travel**.html - 36k - Cached - More from this
    site

76. **Maine Tourism Association - Maine vacation travel and tourism, lodging ...**
    Official Maine **travel** information: beaches, hotels, shopping, restaurants, white water rafting,
    fall foliage, snowmobiling, campgrounds, events, more
    **mainetourism.com** - 25k - Cached - More from this site

77. **Gwin's Travel Planners**
    Gwin's **Travel Planners**. 314-822-1958. Applicable for awarded CLINs 1 - 52. unit of issue ...
    Gwin's will provide **travel** management services from locations ...
    **fss.gsa.gov**/tmcservices/procurement/.../gwins_**travel_planners**_vas.htm - 10k - Cached -
    More from this site

78. **GO AWAY!!! (but see us first!)**
    **Travel** agency: specialties are leisure **travel**, honeymoons, romantic getaways, ... **Travel**
    **Planners** has been awarded "Best of the Best" by Sandals Resorts for top ...
    www.**travelpi.com** - 19k - Cached - More from this site

79. **Canadian Rockies**
    Tourism and convention information for Banff, Lake Louise, Canmore, and the National Parks in
    the Canadian Rockies.
    www.**canadianrockies.net** - 29k - Cached - More from this site

80. **Miami Meetings & Planning Guide - Miami Conferences, Meetings & More**
    Meeting **Planners**. **Travel** Professional. Members. Press. What's New. CALENDAR ...
    Materials Sample Itineraries Order **Travel Planner** Request Assistance Online Tool ...
    www.**gmcvb.com**/Travel/Index.asp?Nav1=3&Nav2=&Nav3=&Nav4=&Nav5= - 30k - Cached -
    More from this site

- **Corporate Travel Manager**
  www.**amtrav.com** - Lower your costs with our proven approach to corporate **Travel** planning.

- **Travel Planner**
  **travel.yahoo.com** - See Photos, Maps & Candid Reviews Save up to 70% at Yahoo **Travel**.

Also try: **corporate travel planners**, **national travel planners**   **More...**

**Prev**   3  4  5  6  7  **8**  9  10  11  12   **Next**

SPONSOR RESULTS

**Corporate Travel Manager**
Lower your costs with our proven
approach to corporate **Travel**...
www.**amtrav.com**

**Travel Planner**
See Photos, Maps & Candid
Reviews Save up to 70% at Yahoo
**Travel**.
**travel.yahoo.com**

**What Are You Waiting For?**
Find the trip of a lifetime. Top 25
Amazing adventures of 2007.
www.**away.com**

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.**VideoProfessor.com**

**Travel Planner**
Save on PDAs. Compare products,
prices & stores.
www.**Dealtime.com**/PDAs

**Travel Planner**
Save on PDAs. Compare products,
prices & stores.
www.**Shopping.com**/PDAs

**Discount Travel Deals at**
**Bookingbuddy**
Compare cheap **travel** fares from
all major **travel** providers.
www.**BookingBuddy.com**

**Panama Immigration &**
**Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.**panama-offshore-**
**services.com**

**See your message here...**

SPONSOR RESULTS

travel planners                                   Search

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                    [ Search ]  Advanced Search

## Search Results

81 - 90 of about 10,500,000 for **travel planners** · 0.13 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**  More...

- **Travel Planner**
  www.Shopping.com/PDAs - Save on PDAs. Compare products, prices & stores.

- **Travel Planner**
  www.Dealtime.com/PDAs - Save on PDAs. Compare products, prices & stores.

81. **Cruceros , Crucero, Ofertas de Cruceros, Cruceros desde Puerto Rico ...** -
    Translate this page
    www.micrucero.com · 127k · Cached · More from this site

82. **Article | Corporate Travel Planners Handle Challenges with Aplomb. .**
    Price: $4.95 | Excerpt: "SARS. The war in Iraq. Terrorist threats. A sluggish economy. Online
    booking. Videoconferencing. All have wreaked havoc on corporate **travel**...
    goliath.ecnext.com/comsite5/bin/comsite5.pl?page=description&... · More from this site

83. **Yahoo! Search Blog: Plan a Trip in a Single Search with Yahoo! Travel ...**
    Trip **Planner** is a new tool that helps you organize your travel research from Yahoo! ... set out
    to build something to aid the **travel planners** just like us. ...
    www.ysearchblog.com/archives/000203.html · 29k · Cached · More from this site

84. **Great Getaways - Travel Planners**
    **Travel Planners** from Great Getaways Television Program hosted by Tom O'Boyle depicted
    **travel** destinations in Michigan, ... Schedule. **Travel Planner**. Viewer Mail ...
    www.greatgetaways.tv/**travelplanner**.html · 19k · Cached · More from this site

85. **Dutchess County Tourism - Group Tours**
    Destination Dutchess. **Travel** Trade/Travel **Planners**. Looking for help putting ... Tourism site
    designed specifically for the **Travel** Trade and **Travel Planners**. ...
    www.dutchesstourism.com/grouptours.asp · 11k · Cached · More from this site

86. **Intellicast.com - Travel Planners - United States**
    The Authority in Expert Weather. Get free, 24X7 weather brought to you by WSI - the source for
    weather the FAA, hundreds of TV stations, and the nation's top airlines.
    www.intellicast.com/**Travel**/standard_index.html · More from this site

87. **Travel Agents Tips from Condé Nast Traveler: Concierge.com**
    ... Traveler, the best resource for **travel** information, including maps and photos, ... Your **travel
    planner** will be far happier to solve a problem midtrip than to first ...
    www.concierge.com/cntraveler/travelagentfinder/tips · 79k · Cached · More from this site

88. **Welcome to Ontime Travel Planners**
    India is the land of myth, mystery and magic.
    www.travelontime.net · 12k · Cached · More from this site

89. **Cruise Planners - Home**
    ... have sailed the seven seas, Cruise **Planners** strives to exceed your expectations! ...
    EXCLUSIVE CRUISE PLANNERS FLA SPECIALS! GETTING THE MOST FROM YOUR
    **TRAVEL PLANNER** ...
    floridacruise**planners**.com · 45k · Cached · More from this site

90. **Travel Planners, Travel Resources-Grouptraveldirectory.com**
    Online **travel** resources for **travel planners**, travel organizers, group leaders for group **travel**,
    group cruise **travel** ... Tools for **Travel Planners** ...
    www.group**travel**directory.com/tools.html · 30k · Cached · More from this site

- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.

- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

Also try: **corporate travel planners**, **national travel planners**  More...

Prev    4  5  6  7  8  **9**  10  11  12  13    Next

travel planners                    [ Search ]

**SPONSOR RESULTS**

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and
flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning
Traveler! Find your trip today.
www.away.com

**Travelzoo®: Travel Planner**
Save Time And Money - Use The
Airfare Search Engine at Travelzoo.
www.travelzoo.com

**Discount Travel Deals at
Bookingbuddy**
Compare cheap **travel** fares from
all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K
Over & Over**
Discover Massive Financial Returns
and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &
Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

See your message here...

**SPONSOR RESULTS**

Search Faster -Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 14 of 67

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                [Search]    Advanced Search

**Search Results**                                91 - 100 of about 10,500,000 for **travel planners** · 0.23 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS                                                SPONSOR RESULTS

- **Travel Planner**
  www.travelzoo.com - Get a Great Deal On Your Fare By Comparing Multiple Websites.

- **What Are You Waiting For?**
  www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.

91. **Lafayette Travel**
Specializing in leisure **travel**, custom groups, pre-packaged tours, cruises, honeymoons, and more.
www.group**travel**.net - 21k - Cached - More from this site

92. **Intellicast.com - Travel Delays - United States**
The Authority in Expert Weather. Get free, 24X7 weather brought to you by WSI - the source for weather ... Home " **Planners** " **Travel** " **Travel** Delays. Loading...
intellicast.com/lcastPage/LoadPage.aspx?loc=usa&...&prodnav=d1_00 - 86k - Cached - More from this site

93. **Wailea Travel Inc.**
Wailea **Travel**- Maui **Travel** Planners. ... **Travel** Reviews & Tips. Send Page To a Friend. Contact Us. Home ... when planning to **travel** to Hawaii for your ...
www.wailea**travel**.com - 21k - Cached - More from this site

94. **ViaMichelin: street map, maps, map UK, route finder, route planner ...**
Discover our special tools: prepare your **travel** with our route **planner** and finder. Find the shortest directions by creating your detailed road / route map - street map, ...
www.viamichelin.com/viamichelin/gbr/dyn/controller/HomePage - 22k - Cached - More from this site

95. **New York City Travel Itineraries: NYC Day to Day Planners**
These **travel** itineraries will make your job easier, including ... New York City Free New York City **Travel** Planner One Day Tour of New York City ...
gonyc.about.com/od/.../New_York_City_Travel_Itineraries.htm - 20k - Cached - More from this site

96. **Australia Travel Planners - nOZ Tours**
**Travel** planner offering a planning and advisory service to devise a personalized ... nOZTours Australia **travel planners** can help. ...
www.noztours.com.au - 8k - Cached - More from this site

97. **Jasons Travel Media**
... Pacific Islands tourism & **travel** information - accommodation, transport, ... Free **Travel** Guides. International Airlines. NZ **Travel Planners**. Jasons Explore! ...
www.jasons.com - 28k - Cached - More from this site

98. **Travel with Yankee Travel**
... you **travel**, you know how valuable a really good travel planner can be ... Yankee **Travel** – a friendly, knowledgeable group of professional **travel planners**. ...
yankee**travel**.com - 23k - Cached - More from this site

99. **Welcome to Travel Planners!**
... Married in Jamaica. **Travel Planners** Newsletter. **Travel** Tips ... Hello and Welcome to **Travel Planners** (Ja.) Ltd ... Copyright 2004, **Travel Planners**, Ltd. ...
travelplanners**ja**.com - 8k - Cached - More from this site

100. **vermont vacation travel planner - lodging, attractions, restaurants ...**
vermont vacation **travel** planner - plan your trip day by day, hour by hour. ... **travel** expert, please feel free to contact one of our Professional **Travel Planners**. ...
www.vermontvacation**planner**.com - 24k - Cached - More from this site

- **Discount Travel Deals at Bookingbuddy**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.

SPONSOR RESULTS

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel** **planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel** planner at SHOP.COM.
www.SHOP.com

See your message here...

Also try: corporate **travel planners**, national **travel planners**    More...

**Prev** · 5 · 6 · 7 · 8 · 9 · **10** · 11 · 12 · 13 · 14 · **Next**

travel planners                [Search]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

travel planners - Yahoo! Search Results                                      Page 1 of 1

Case 1:07-cv-03119-GBD      Document 6-3      Filed 06/02/2007      Page 15 of 67

Yahoo! | My Yahoo! | Mail   Welcome, Guest [Sign In]                                                          Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                          [ Search ]   Advanced Search

**Search Results**                                          101 - 110 of about 10,500,000 for **travel planners** - 0.21 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS

- **Last Minute Travel Deals**
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.

- **Panama Immigration & Residency Visas**
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency
  Visas for Less.

101. **Web attracts travel planners at beginning of the year**
Published since 1997, HOTELMARKETING.COM is the Internet hotel marketing magazine for
hotel marketers, hoteliers and online **travel** marketers.
hotelmarketing.com/index.php/article/070305_web_attracts_**travel_planners**... - 24k - Cached -
More from this site

102. **New York Welcomes You**
Vacation planning **travel** guide to New York, featuring businesses, museums, hotels,
restaurants, retail stores, theaters, tourism services, and attractions.
www.nywelcomesyou.com - 36k - Cached - More from this site

103. **Free Nevada Travel Planners**
... free Nevada **travel planners** by mail, thanks to our local **travel** board affiliates. ... and enter
your address to receive FREE colorful **travel planners** in the mail. ...
www.go-nevada.com/**travel**/free-**travel-planners**.cfm - 32k - Cached - More from this site

104. **National Geographic Destinations Travel Guide: U.S., Canada**
Reliable **travel** info on U.S. and Canada hot spots--city and park highlights, driving and walking
tours, photos, bird-watching tips, links, maps, more.
www.nationalgeographic.com/destinations - 23k - Cached - More from this site

105. **MPI: Meeting Buyers Expect Expenses To Expand**
... latest airline news and information necessary for corporate **planners**. ... predicted
for this year isn't encouraging **planners**, according to the survey. ...
btnmag.com/businesstravelnews/headlines/frontpage_display.jsp?... - 35k - Cached - More
from this site

106. **New Millennium Tours**
New Millennium Tours, Inc. specializes in **travel** to the South Pacific islands of ... Tahiti **Travel**
**Planners** - **Travel** information and expertise for planning the ...
www.millenniumtours.com - 4k - Cached - More from this site

107. **Group travel Planners, Group Travel Suppliers, Family Reunions, Sports ...**
... for group **travel** tours with Group **Travel Planners**, Group **Travel** Suppliers. ... **Travel**
Directoryclick here, or for a copy of our complete media **planner** for ...
www.group**travel**directory.com/about.html - 28k - Cached - More from this site

108. **Nomad Travel Planners, Inc.**
**Travel**/treks to Mongolia and the Russia Far East, China and Tibet, Vietnam, South America,
Southern Africa, and Mexico.
www.nomad-**travel**.com - 27k - Cached - More from this site

109. **Sacramento Convention & Visitors Bureau**
Official tourist guide to Sacramento. Includes visitor's information, meeting and convention
resources, a calendar of events, and more.
www.sacramentocvb.org - 26k - Cached - More from this site

110. **Travel Planners International.com**
**Travel Planners** International (TPI) has a Proof of Citizenship and Proof of ... be 2 separate
charges, one from the supplier and one from **Travel Planners** Int. ...
www.**travel**agentfromhome.com/faqs.htm - 75k - Cached - More from this site

- **Grapheety - Find Places**
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.

- **Hot Travel Deals on Sale**
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS

**Grapheety - Find Places**
See what happened there last
night. Tell the good stories
tomorrow.
www.grapheety.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel**
**planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel planner** at
SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and**
**Travel**
Get big savings on hotels, air/hotel
packages, car rentals and more.
Travel-N-Save.com

**Lake Tahoe Travel Planner -**
**Click Here**
Where to stay or play, guides to
recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here
- With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on**
**Cataloglink**
Find a **travel planner** on
CataloglLink.
www.CatalogLink.com

See your message here...

SPONSOR RESULTS

Prev   6  7  8  9  10  **11**  12  13  14  15   **Next**

travel planners                          [ Search ]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!    My Yahoo!    Mail    Welcome, **Guest** [Sign In]                                                    Help

**YAHOO!** SEARCH

| | Web | Images | Video | Local | Shopping | more » |

travel planners                                    [ Search ]    Advanced Search

**Search Results**                                                                111 - 120 of about 10,500,000 for **travel planners** - 0.14 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **A Travel Planner**
  www.SHOP.com - Buy a **Travel planner** at SHOP.COM.

- **Big Discounts On Hotels and Travel**
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.

111. **France and Paris in August Travel and Vacation Planner**
     August is normally a great vacation month, but in France (and ... More **Travel** Calendars and
     Monthly **Planners**. August in Italy August in Spain August in London ...
     gofrance.about.com/od/holidaysevents/a/franceinaugust.htm - 27k - Cached - More from this
     site

112. **Leisure Group Travel Magazine, Group Travel Planners, Group Travel ...**
     ... Group **Travel** Magazine for Group **Travel Planners**, Group **Travel** Agency, religious ... If you
     are an active group **travel planner**, you don't want to miss this! ...
     www.leisuregrouptravel.com/subscribe.php - 33k - Cached - More from this site

113. **Travel with a Challenge - Links Directory**
     **Travel** with a Challenge web magazine's richly illustrated advertising directory of tour operators
     and **travel planners** around the world, suitable for senior ...
     www.travelwithachallenge.com/Links-Tour-Operators-and-**Planners**.htm - 72k - Cached - More
     from this site

114. **Travel & Lodging**
     **Travel Planners** is ASCD's official lodging partner for the 2007 Annual ... lodging and make
     your reservations today on the **Travel Planners** Web site. ...
     ascd.org/portal/site/ascd?ascdnavitem=/.../**Travel** & Lodging - 51k - Cached - More from this
     site

115. **TravelTex - Travel Guide**
     The Texas State **Travel** Guide is a 264-page, full-color guide jam-packed with ... Media Meeting
     **Planners** Accessibility Privacy & Security Contact Us FAQs Links ...
     www.traveltex.com/travelguide/Order.aspx - 8k - Cached - More from this site

116. **Vietnam Travel,Vietnam Hotel,Vietnam Tour,Vietnam Resort,Vietnam Car ...**
     Vietnam **Travel** Vietnam Hotel Vietnam Tour Vietnam Resort Vietnam Car ... Wedding
     coordinators and day **planners** that are based in Phoenix, Scottsdale, and ...
     www.travelsvietnam.com - 129k - Cached - More from this site

117. **kevinandsuetravel.com**
     Thank you for listening to the **Travel Planners** show and be sure to tell yout ... Kevin and Sue
     McCarthy are the hosts of the **Travel Planners** show. ...
     www.kevinandsuetravel.com/kevinandsuetravel.htm - 7k - Cached - More from this site

118. **The Premiere Travel Group comprising UNIGLOBE Premiere Travel
     Planners ...**
     ... **Travel** Group is an award winning **travel** service company with **travel** agency ... Convention
     **Planners** International ... **Planners** International has been helping ...
     premieregroup.com/index.html - 34k - Cached - More from this site

119. **Free Arizona Travel Planners**
     ... Arizona **travel planners** by mail, thanks to our local **travel** board affiliates. ... and enter your
     address to receive FREE colorful **travel planners** in the mail. ...
     www.go-arizona.com/**travel**/free-**travel**-**planners**.cfm - 47k - Cached - More from this site

120. **Online Travel Planning, Booking Continue to Rise**
     ... percent from 29 million in 1996 to 85 million in 1999, according to a report by the **Travel**
     Industry Association of America. ... online **travel planners** revenue ...
     www.clickz.com/showPage.html?page=304111 - 33k - Cached - More from this site

SPONSOR RESULTS

- **Lake Tahoe Travel Planner - Click Here**
  www.tahoevacationguide.com - Where to stay, play, guides to recreation, skiing and casinos.

- **Make 2007 Clutter-Free**
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance,
  it's simple.

Also try: corporate **travel planners**, national **travel planners**    More...

**Prev**    7  8  9  10  11  **12**  13  14  15  16    **Next**

---

SPONSOR RESULTS

**Lake Tahoe Travel Planner -
Click Here**
Where to stay or play, guides to
recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here
- With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on
Cataloglink**
Find a **travel planner** on
CatalogLink.
www.CatalogLink.com

**Cheap Tickets**
The Refreshingly Simple, Low
Priced Way To **Travel** - Save Now.
www.CheapTickets.com

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK **travel**
here.
VisitBritain.us

**Travel Planner Prices**
Compare Prices for Hot Products.
Read Buyer Reviews & Store
Ratings.
www.NexTag.com/electronics

See your message here...

travel planners                                    Search

Search Faster -Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 18 of 67

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH    | Web | Images | Video | Local | Shopping | more » |
travel planners                     [ Search ]    Advanced Search

**Search Results**                                        121 - 130 of about 10,500,000 for **travel planners** - 0.14 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- A **Travel Planner** on Cataloglink
  www.CatalogLink.com - Find a **travel planner** on CatalogLink.

- Cheap Tickets
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.

121. Alaska Internet **Travel** Guide -- Alaska **Travel Planners**
     Anything and everything you want to do in Alaska can be arranged by following these links. ...
     Kenai Peninsula | Alaska **Travel** | South Central ...
     www.alaskaone.com/**travel**/agtmenu.html - 8k - Cached - More from this site

122. Virgin Islands **Travel Planners** Virgin Islands **Travel** Consultants ...
     Blue Horizon **Travel** & Yacht Charters are Virgin Islands **Travel** Specialists that offers the very
     best in vacation planning and private yacht charters.
     www.bluehorizon.net/**travel**.htm - 18k - Cached - More from this site

123. Custom Accessible **Travel**
     Custom accessible **travel** planning for the mature traveler, senior traveler, ... project managers,
     building contractors, event **planners**, or a wedding **planner**. ...
     www.disability**travel**.com/independent/accessible-**travel**-planning.htm - 33k - Cached - More
     from this site

124. Brace Yourself for Singapore's First Reality **Travel** Challenge!
     The OAG **Travel Planner** Challenge to attract participation from 18 countries across the region.
     ... travellers and **travel planners** demand flexibility and ...
     oag.com/oag/website/com/OAG+Data/News/Press+Room/...+Singapore+360506 - 27k -
     Cached - More from this site

125. Grand **Travel Planners**, Chandigarh, India
     ... Kapur and Kanwal Jit Singh entered the world of **travel** and tourism. ... tangible form in
     Grand **Travel Planners** - the **travel** agency that they founded in ...
     www.grand**travelplanners**.com/aboutus.htm - 6k - Cached - More from this site

126. Corporate **Travel Planners**
     To arrange for a corporate **travel** account for your company, please call the ... Sales Office or
     complete the online Corporate **Travel** Request for Proposal. ...
     www.silvercloud.com/corp_**travelplanners**.htm - 4k - Cached - More from this site

127. **Travel** and Tourism Marketing, **Travel** Guide Online, Leisure Group Trips ...
     Tourism Marketing, We are Group **Travel Planners** and provide Travel and Tourism Marketing
     Services, we deal in Tourism Destination Marketing, journal of Leisure Group ...
     www.premiertourismmarketing.com - 21k - Cached - More from this site

128. Eagle **Travel** planners -home
     Independent **travel** agents in southwest wisconsin ... **Travel** Opinions. Links. Contact Us.
     Welcome to the Eagle **Travel Planners** Website ...
     www.eagle**travelplanners**.com - 14k - Cached - More from this site

129. Vermont **Travel Planner** - Search Results
     Found 27 Recreation Results in Killington/Crossroads of ... Since 1975, Vermont's premier
     vacation **planners** - experience Vermont inn to inn. Forest Dale ...
     **travel**-vermont.com/TravelPlanner/...&catID=5&regionID=59&townID=319 - 62k - Cached -
     More from this site

130. Services for **Travel Planners**
     ... Fundy & Acadia business and leisure **travel** groups and tour operators with full ... no risk of
     cancellation, and Aquila offers commissions to **travel planners**. ...
     www.canadaquest.org - 14k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.

- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    8   9   10   11   12   **13**   14   15   16   17    Next

travel planners                  [ Search ]

---

**SPONSOR RESULTS**

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.com.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK **travel**
here.
VisitBritain.us

**Travel Planner** Prices
Compare Prices for **Travel** Planners.
Read Buyer Reviews & Store
Ratings.
www.NexTag.com/electronics

Free **Travel** Guides
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

New York **Travel** Tips and
Vacation Guide
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Get the scoop from travelers who
know St. John.
www.tripadvisor.com

See your message here...

**SPONSOR RESULTS**

---

Search Faster - Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                                    Page 1 of 2

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 19 of 67

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                        [ Search ]  Advanced Search

**Search Results**                          131 - 140 of about 10,500,000 for **travel planners** - 0.13 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    More...

SPONSOR RESULTS                                    SPONSOR RESULTS

- **Travel Planner**                                **Free Travel Guides**
  VisitBritain.us - Travelling on London's Tube System? Plan all your UK **travel** here.    Free Vacation guides with valuable
                                                    information. Easy online ordering.
- **Travel Planner** Prices                         www.100bestvacations.com
  www.NexTag.com/Electronics - Compare Prices incl Tax & Shipping. See Product Pics, Specs
  & Reviews.                                         **New York Travel Tips and
                                                    Vacation Guide**
131. **Vermont Travel Planner - Search Results**    Activity information & **travel** tips to
     Found 4 Recreation Results in Tinmouth/Crossroads of ... Since 1975, Vermont's premier    plan dream New York vacation.
     vacation **planners** - experience Vermont inn to inn. Forest Dale ...    www.retentioncenter.com
     **travel**-vermont.com/TravelPlanner/...&catId=5&regionId=59&townId=614 - 62k - Cached -
     More from this site                             **Travel Planner**
                                                    Cheap Prices and Huge Selection.
132. **Free Utah Travel Planners**                  **Travel** planner on Sale.
     ... free Utah **travel planners** by mail, thanks to our local **travel** board affiliates. ... and enter    www.Calibex.com
     your address to receive FREE colorful **travel planners** in the mail. ...
     www.go-utah.com/**travel**/free-**travel**-planners.cfm - 48k - Cached - More from this site    **Travel Planner**
                                                    Visiting St. John? Find deals & read
133. **Travel Tips from Travel Talk Radio**         hotel reviews.
     Sandy Dhuyvetter presents **Travel** Talk News and **Travel** Talk Radio ONLINE Worldwide ... all    www.tripadvisor.com
     types of group **travel planners**, while providing suppliers (hotels, ...
     www.**travel**talkradio.com/group**travel**planet.html - 20k - Cached - More from this site    **Travel Planning - Reviews,
                                                    Photos & Gear**
134. **Idaho's Vacation Travel Website**            Location descriptions, photos and
     Our **travel** guide and vacation **planner** contains hundreds of pictures, maps, trails, etc. ... FREE    online shopping.
     Idaho **Travel Planners** - Great info by mail. Year-Round ...    www.awelltraveledpath.com
     www.go-idaho.com - 20k - Cached - More from this site
                                                    See your message here...
135. **Lorry Patton's Travel Tips 'n' Tales**
     For the consumer and the **travel** industry offering useful **travel** tips, news, addresses and world
     destination features.
     lorrypatton.com - 30k - Cached - More from this site

136. **InfoStarbase - Travel Planner**
     InfoStarBase - **Travel** Section ... Our Walt Disney **Planner** for money ... Our **Travel Planners**:
     Our Walt Disney World **Planner**. Our Henry County, GA **Travel** Site ...
     www.infostarbase.com/**travel**.html - 31k - Cached - More from this site

137. **Travel Professional Resources**
     Meeting **Planners**. Industry Fact Sheets | Instant RFP | Convention Calendar ... Request a free
     Greater Cleveland **Travel Planner**. ...
     www.**travel**cleveland.com/group_**travel**/**travel**_professionals - 37k - Cached - More from this
     site

138. **Key West travel and vacation planners**
     www.keywest.com Key West Paradise is your Premier **Travel** Guide to Key West Florida. ...
     **Travel Planners** in Key West. C KEY WEST. VISITOR FUN PACK. Where To Stay ...
     www.keywest.com/**travel**.html - 19k - Cached - More from this site

139. **Taking your Meeting to the next**
     **Travel Planners**, Inc. 7550 ih 10 west, suite 1300 san Antonio, Texas, 78229. Taking your
     Meeting to the next level www.tpires.com. **Travel Planners**, Inc. ...
     www.tpires.com - 10k - Cached - More from this site

140. **National Geographic Traveler Magazine Online**
     Save on hotel rooms, flights, vacation packages, and more. ... Pick a book or two from our ever-
     expanding **travel** library. Trivia Quiz ...
     nationalgeographic.com/**travel**er - 21k - Cached - More from this site

                                                    SPONSOR RESULTS

- **Free Travel Guides**
  www.100bestvacations.com - Free Vacation guides with valuable information. Easy online
  ordering.
- **New York Travel Tips and Vacation Guide**
  www.retentioncenter.com - Activity information & **travel** tips to plan dream New York vacation.

Also try: **corporate travel planners**, **national travel planners**    More...

Prev   9   10   11   12   13   **14**   15   16   17   18   Next

travel planners                                    Search

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Case 1:07-cv-03119-GBD    Document 6-3    Filed 06/02/2007    Page 21 of 67

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                                                            Help

**YAHOO!** SEARCH
|  **Web**  |  Images  |  Video  |  Local  |  Shopping  |  **more »**  |
travel planners                    [ Search ]  Advanced Search

**Search Results**                                    141 - 150 of about 10,500,000 for **travel planners** - 0.16 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    More...

- **Travel Planner**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Attractions-Activities-Events-
  More.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

141. **Corporate Travel Planners joins Carlson Wagonlit travel network - San ...**
  Corporate **Travel Planners** CEO Christy Prescott says this is not a change in ownership. ...
  Corporate **Travel Planners** ranked No. 1 on the Business Journal's ...
  bizjournals.com/sanantonio/stories/2005/11/28/daily22.html?from_rss=1 - 75k - Cached - More
  from this site

142. **Smart Set Travel - Your Passport to the World Since 1970**
  **Travel** Planner. Price Quote. Suggestions. e-mail ... We're sure you will be impressed with the
  service our Vacation **Planners** can provide to you. ...
  www.sstravel.com - 26k - Cached - More from this site

143. **The Greater Lansing Convention & Visitors Bureau**
  The Greater Lansing Convention and Visitors Bureau (GLCVB) provides tourism ... Please look
  for the "Add to Itinerary" link throughout the site to compile a ...
  lansing.org/itinerary/dsp_itinerary.cfm?...&topPage=**travelPlanner** - 22k - Cached - More from
  this site

144. **Travel Professionals - Help Us Help You!**
  Find out the top reasons to visit NYC; welcome message from NYC & Company and Mayor
  Bloomberg. ... Order your free copy of the Official NYC **Travel Planner** 2006 ...
  www.nycvisit.com/content/index.cfm?pagePkey=3 - 35k - Cached - More from this site

145. **Cyndi Recommends**
  Offers **travel** consulting services and day tours for visitors to the San Francisco Bay Area.
  www.cyndirecommends.com - 34k - Cached - More from this site

146. **Travel Frequently Asked Questions Updated**
  **Travel planners** may make reservations for travelers either by calling the TMC, ... flyer
  numbers and/or have your **Travel Planner** update your self-booking profile. ...
  arc.publicdebt.treas.gov/fs/fstvlfaq.htm - 46k - Cached - More from this site

147. **Travel Planners**
  Travel Planners, Inc. 7550 ih 10 west, suite 1300 san antonio, Texas, 78229 ... **Travel
  Planners**, Inc., 7550 IH10 West, Suite 1300, San Antonio, TX 78229 ...
  www.tpires.com/contact.htm - 9k - Cached - More from this site

148. **Travel Form: Information Sheet**
  ... This **Travel** Request Form is for use by Travel **Planners** and Travelers. ... the **Travel
  Planner** may use the information to prepare the **travel** authorization. ...
  www.niehs.nih.gov/omasb/**travel**/forms/travelrqst.htm - 22k - Cached - More from this site

149. **Flying Compass**
  **Travel** magazine featuring vacation ideas, **travel** tips, and articles on major and every day
  destinations. Also offers **travel** experiences, reviews, **travel** deals, and ...
  www.flyingcompass.com - 42k - Cached - More from this site

150. **Aloha From Maui**
  Maui Visitors Bureau site providing information about Hawaiian culture, plus how to get there,
  where to stay, and what to do.
  www.visitmaui.com - 29k - Cached - More from this site

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora
  Bora, Tahiti, and surrounding islands.

- **Webtravelconsultant**
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can
  book yourself.

Also try: **corporate travel planners**, **national travel planners**    More...

**Prev**    10  11  12  13  14  **15**  16  17  18  19    **Next**

SPONSOR RESULTS

SPONSOR RESULTS

**Moorea Hotel**
Tahiti **Travel Planners**- specialists
in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR
the best rates you can book
yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms
minimum Call our Group Desk -.
www.Groople.com

**Hilton Family Eadvantage**
Hilton Family eAdvantage Makes
Business **Travel** Easier. Sign Up
Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel**
anywhere.cFares. Great cheap
airfares. Wow.
www.cfares.com

**Montana Tourism Information**
See all there is to do under the Big
Sky with our **travel** guide.
www.visitmt.com

**Plan a Australian Travel**
**Travel Planner** - Australia.
Experience Sydney, the Great
Barrier...
www.aboutaustralia.com

**Travel Planner**
Looking for **travel planner**? Find
exactly what you want today.
www.eBay.com

**See your message here...**

SPONSOR RESULTS

travel planners                              Search

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! | My Yahoo! | Mail   Welcome, Guest [Sign In]                                                                 Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [ Search ]   Advanced Search

**Search Results**

151 - 160 of about 10,500,000 for **travel planners** - 0.13 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **Montana Tourism Information**
  www.visitmt.com - See all there is to do under the Big Sky with our **travel** guide.
- **Plan a Australian Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier Reef, the Outback, rainforests, wildlife and Aussie culture.

151. **Group Travel Planners**
Group **Travel Planners** is a full-service, DEBT-FREE company that is dedicated to ... site developed by EI2 - minneapolis web design ...
group**travelplanners**.com - 6k - Cached - More from this site

152. **Travel Insurance Services Brochure/Enrollment Form Request**
... or **Travel** Agents,or Tour Operators, or **Travel Planners**, please refer ... Group **Travel Planners**. U.S. Business Travelers & Employers ...
www.**travel**insure.com/brochure.htm?32565 - 24k - Cached - More from this site

153. **CTMG Tools for Business Travel Planners: Online Reporting, Travel ...**
CTMG knows that time is of the essence for a business **travel planner**. ... As a business **travel planner**, you don't have time to search through pages upon ...
www.corptrav.com/html/html/**travel**manager.html - 12k - Cached - More from this site

154. **Independent Accessible Travel**
Accessible Journeys is a tour operator and **travel planner** for the mature traveler, slow walkers, wheelchair ... by experienced **travel planners** who know ...
www.disability**travel**.com/independent.htm - 33k - Cached - More from this site

155. **Costa Rica Expeditions - Travel Planners - Priscilla Jimenez**
... a **Travel Planner**. Today Priscilla is a Senior **Travel Planner** handling by ... by me with assistance of **travel planner**, Landscape at Sites – 10, Wildlife at ...
costaricaexpeditions.com/Aboutcre/staff/singelguide.php?id=102&ty=TTP - 29k - Cached - More from this site

156. **Transportation resources for travel planners bringing groups to ...**
... services to assist **travel** professionals with planning for ... We have combined all the transportation resources that a conference **planner** would need. ...
www.karststage.com/**travel**_professionals.php - 25k - Cached - More from this site

157. **Snowbird Travel Planner - Part 2: Where do snowbirds migrate?**
Part 2: Where do snowbirds migrate? A guide to warm weather getaways for those wishing to escape the cold of winter. ... concerts, theme parks, or **travel** shows? ...
camping.about.com/library/weekly/aa001019b.htm?terms=**Planner**+... - 27k - Cached - More from this site

158. **The Travel Planners**
THE **TRAVEL PLANNERS** with Kevin and Sue McCarthy/ Saturdays at 2:00 p.m. (U. S. ... Sue's **travel** stories--and of course, what would the **Travel Planners** be without ...
www.wgnu.net/THE**TRAVEL**planners092006.htm - 6k - Cached - More from this site

159. **Europe**
**Travel** Community Bulletin Board. Ask questions, communicate with **travel** ... Saizan's **Travel** is not responsible for the content or pictures shown on this ...
www.europe**travelplanners**.com - 33k - Cached - More from this site

160. **Florida Vacation Guide - Florida for Visitors Travel Planner - Florida ...**
Florida for Visitors is your **travel** planning guide to Florida vacations - attractions, beaches and DISNEY WORLD, including information on Disney World tickets and maps.
golflorida.about.com - 41k - Cached - More from this site

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.
- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev   11  12  13  14  15  **16**  17  18  19  20   Next

travel planners   [ Search ]

Yahoo! Answers: **Search questions and answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

**SPONSOR RESULTS**

**Travel Planner**
Looking for **travel planner**? Find exactly what you want today.
www.eBay.com

**Travel Planner**
Plan your trip: read reviews, research destinations & get great deals.
www.mytravelguide.com

**Travel Planner at Amazon.com**
Qualified orders over $25 ship free. Millions of titles, new & used.
Amazon.com/books

**Travel Planner on Yahoo**
Featured Deals with Low Rates Attractions, Reviews & Hotel Photos.
travel.yahoo.com

**Disney Cruise Vacation Planning DVD**
Official Site. Order your Free Disney Cruise Vacation Planning DVD.
www.disneycruiseline.com

**Corporate Travel Manager**
Lower your costs with our company approach to corporate **Travel**...
www.amtrav.com

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

See your message here...

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners    [Search]    Advanced Search

**Search Results**    161 - 170 of about 10,500,000 for **travel planners** · 0.18 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.

161. **University of Texas System - Travel Management Services - Travel ...**
... and fax it to Corporate **Travel Planners** (attn: Melissa Martinez) as applicable. ... Corporate **Travel Planners** will charge a fee to issue a ticket or to exchange a ...
www.utsystem.edu/travel/agencies.htm - 14k - Cached - More from this site

162. **BestPlacesHawaii.com**
Features an Hawaii state vacation **planner** with **travel** information for all of the Islands.
www.bestplaceshawaii.com - 15k - Cached - More from this site

163. **Partners International | For Patients | Travel Planner**
FOR PATIENTS. About Partners International. For Physicians. For **Planners** & Providers ... Telemedicine **Travel Planner** Contact Partners ...
www.partners.org/international/patients/patients_travelplanner.html - 15k - Cached - More from this site

164. **Travel & Tour Planners - Getaway4Florida.com**
you are here: home / **travel** & tour **planners**. Help Line | Request FAM Trip ... Meeting **Planner**. **Travel** Media. **Travel** & Tour **Planner**. VCB Members ...
www.getaway4florida.com/cms/d/tour_planners.php - 21k - Cached - More from this site

165. **About Travel Planners**
**Travel Planners** Inc. Honeymoon and Romantic Getaway Vacation ... **Travel Planners** is locally owned and operated. ... **Travel Planners**, Inc. 800-780-8030 ...
www.travelpi.com/949113_6182.htm - 20k - Cached - More from this site

166. **Cana Event Planning - Professional Travel Planners in Virginia - 276 ...**
Professional **Travel Planners** - **Travel** Agent Cruises & Trips, **Travel** Reservations, Vacation Packages, and more. ... Professional **Travel Planners**. 90 McAyers ...
www.respond.com/profile/1800000420/1703187 - 37k - Cached - More from this site

167. **Travel Professionals Request Form :: Contact Us**
**Travel Planners**. Offical Visitors Guides. Itineraries. Family Reunion Kits ... **Travel Planner**. Official Visitors Guide. Itineraries. Family Reunion Kit ...
www.travelcleveland.com/Contact_Us/tp_request.php - 67k - Cached - More from this site

168. **International Expeditions - World Leader in Nature Travel**
ome Explore with International Expeditions, the World Leader in Nature **Travel** ... International Expeditions' **travel planners** have more than two decades of ...
www.ietravel.com/IndependentTravel - 10k - Cached - More from this site

169. **Business Traveler News - Business Travel Information by The Travel Team**
Research **travel planners** that have expanded their traditional meeting and ... Your **travel planner** should offer leading technology solutions for event ...
www.thetravelteam.com/about/News2.html - 14k - Cached - More from this site

170. **Portage Travel Service - Since 1961**
ASEI Members **Travel** ... with our proven **Travel Planners**, just send us your **travel** request or you might ... to discover an amazing array of **travel** choices. ...
www.travelpts.com - 20k - Cached - More from this site

- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

- **Travel Planner**
  www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    12  13  14  15  16  **17**  18  19  20  21    Next

travel planners    [Search]

Search Faster - Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

**SPONSOR RESULTS**

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

**Travel Planner - Deals at Yahoo**
Compare Prices & Save up to 70% See Photos, Prices & Candid Reviews.
travel.yahoo.com

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**What Are You Waiting For?**
Find the trip of a lifetime. Top 25 Amazing adventures of 2007.
www.away.com

**Travel Planner**
Get a Great Deal On Your Fare By Comparing Multiple Websites.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

See your message here...

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 25 of 67

Yahoo! | My Yahoo! | Mail     Welcome, Guest [Sign In]                                                        Help

**YAHOO!** SEARCH | Web | Images | Video | Local | Shopping | more »
travel planners                        [ Search ]   Advanced Search

**Search Results**                                         171 - 180 of about 10,500,000 for **travel planners** · 0.25 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.
- **Travel Planner**
  www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

171. **Moorea, Tahiti Vacations, Tourism & Attractions - Yahoo! Travel**
   ... Tahiti vacations: Find the best Moorea hotels, attractions, maps, pictures, weather, airport information, **travel** advice and more on Yahoo! **Travel**. ...
   **travel**.yahoo.com/p-**travel**guide-489282-moorea_tahiti_vacations-i - More from this site

172. **FamilyFun: Family Vacation Spots (Best Family Vacations) - and More ...**
   ... and print free coloring pages, printable greeting cards, **travel** games & more. ... Pages - Printables for the season: Thanksgiving coloring pages and **planners**. ...
   familyfun.go.com/family-**travel**/places/tool/vacationfinder_tlp - 54k - Cached - More from this site

173. **AATPA.com - Hawaii Vacation Packages - Hawaii Cruises - Hawaii Airfare ...**
   Book Online Here. **Travel** Insurance. Site Map. Book Online Here. AATPA Special Links ...
   www.aatpa.com - 20k - Cached - More from this site

174. **Cataract Travel Planners**
   Welcome to the Cataract **Travel Planners** Web Site. ... EASTER **TRAVEL** 2008 (coming soon) NY STATE BOWLING TOURNAMENT 2007 GLENS FALLS ...
   www.cataract**travel**.com - 9k - Cached - More from this site

175. **Travel Planners Canada Bus Train Tour Ski Flying Vacation Hotel Package ...**
   Cheap Holiday Flight in Montreal Vancouver Halifax Calgary St. Johns Last Minute Online Adventure **Travel** Agent Canadian Discount Rockies Car **Planner** ...
   www.**travel**solutions.ca - 78k - Cached - More from this site

176. **Travel Resources - TravelStore**
   ... button, send us your inquiry, or contact a cruise vacation **planner**. ... you require our personalized services, please contact one of our **travel planners**. ...
   www.**travel**storeusa.com/pages/779/**Travel**_Resources.htm - 26k - Cached - More from this site

177. **Jetset Albany - Your Travel Planners**
   In Albany, Jetset looked after all my **travel** arrangements. ... A marvellous presentation" Mary Bryant. Albany. Your **Travel Planners** ...
   www.jetset**albany**.com - 21k - Cached - More from this site

178. **Travel Planning Data for the Western Isles, Scotland by Travel Data 21**
   Trip **planner** to add efficiency to your vacation and business **travel** planning and make your journey more rewarding ... to assist with your **travel** planning. ...
   www.**travel**data21.com/eur/uk-ie/scotland/western_isles/index.htm - 21k - Cached - More from this site

179. **Thompson Okanagan Tourism Association - Travel Planners**
   The Thompson Okanagan Tourism Region has sunny, weather with sports, activities and information on ski, wine, bicycling, ... **Travel Planners** What's ...
   www.totabc.com/trellis/**travel**_planners - 10k - Cached - More from this site

180. **Lake Superior Circle Tour Travel Planner**
   **Travel** notes from SuperiorTrails.com, a **travel** guide for motor ... you'll have to read the our **travel planners** backwards, from the bottom of the page upwards! ...
   www.superiortrails.com/**travel**/index.html - 14k - Cached - More from this site

- **Travel Planner**
  www.Dealtime.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.
- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.

Also try: corporate **travel planners**, national **travel planners**, More...

Prev   13   14   15   16   17   **18**   19   20   21   22   **Next**

travel planners                        [ Search ]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

---

SPONSOR RESULTS                                                      SPONSOR RESULTS

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travel Planner**
Get a Great Deal On Your Fare By Comparing Multiple Websites.
www.travelzoo.com

**Travel Planner**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

See your message here...

---

SPONSOR RESULTS

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                                                                      Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [ Search ]    Advanced Search

**Search Results**                                                  181 - 190 of about 10,500,000 for **travel planners** - 0.20 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **Travel Planner**
  www.travelzoo.com - Search Across Multiple Airline Sites For Low Fares.
- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

181. **Wilsons Leather - Business and Travel : Planners / Organizers**
... a full range of Business and **Travel** : **Planners** / Organizers products as well as leather
outerwear, ... ITEMS. Agenda Organizer $78. Now $69. Large Zip **Planner** ...
wilsonsleather.com/sm-business-and-**travel-planners**-organizers--fi-2... - 40k - Cached - More
from this site

182. **Durango, Colorado Meeting Planners - Group Travel**
The Durango area is a fantastic place to live and the complete vacation destination for groups,
families, sport ... Request a Group **Travel Planner** Packet. ...
www.durango.org/Groups/groups_meeting.asp - 26k - Cached - More from this site

183. **Amazon.com: Travel Planner's Weather Guide: Books: Russell Jennings ...**
Amazon.com: **Travel Planner's** Weather Guide: Books: Russell Jennings,Penny Jennings by
Russell ... The Rough Guide to **Travel** Survival 1 (Rough Guide ...
www.amazon.com/**Travel-Planners**-Weather-Russell-Jennings/dp/0969136331 - 134k -
Cached - More from this site

184. **Derek Alexander Full Zip Portfolio/Legal Pad Holder -... - NexTag.com**
Compare prices starting from $126.65 for Derek Alexander Full Zip Portfolio/Legal Pad Holder -
Business **Travel** Accessories and other books. Read NexTag's reviews for...
www.nextag.com/Derek-Alexander-Full-Zip-71871468/prices-html - 40k - Cached - More from this site

185. **Elite International hotel marketing services for travel professionals ...**
... and hospitality expertise and our relationships with the top **travel** agencies. ... meeting
**planners**, incentive houses and other business **travel** influencers. ...
www.eliteluxury**travel**.com/services.asp - 48k - Cached - More from this site

186. **Meeting Planners Information – Monterey County Convention and Visitors ...**
.... individuals, corporate groups, incentive **travel planners** and others that are ... **Travel** &
Meeting **Planner** Online ... our **Travel** & Meeting **Planner** page. ...
meet.montereyinfo.org - 28k - Cached - More from this site

187. **Holbrook Travel**
Natural history, birding, photography, and adventure trips escorted by naturalists to Latin
America, Africa, the Caribbean, and Eastern Mediterranean.
www.holbrook**travel**.com - 12k - Cached - More from this site

188. **Traditional Travel Agency Battles Back -- E-retailing -- InformationWeek**
Corporate **Travel Planners**, a **travel** agency in San Antonio, is fighting back against the airline-
company squeeze. ... Travel agents are in a tough spot. ...
www.informationweek.com/story/IWK20020503S0030 - 33k - Cached - More from this site

189. **Big Pine - TRAVEL SERVICES**
**TRAVEL** SERVICES. DOLPHIN **TRAVEL** UNLIMITED, INC., Island Concierge, KEY WEST
**TRAVEL** CLUB, THE BEST ... Directory of **Travel Planners**. ACCOMMODATIONS KEY
WEST ...
www.fla-keys.com/listing.cfm?id=29 - 23k - Cached - More from this site

190. **Travel Planning Data for Newport, Wales by Travel Data 21**
Trip **planner** to add efficiency to your vacation and business **travel** planning and make your
journey more rewarding ... a very good resource for **travel** planning. ....
www.**travel**data21.com/eur/uk-ie/wales/south/newport.htm - 25k - Cached - More from this site

- **Discount Travel Deals at Bookingbuddy**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.
- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev   14   15   16   17   18   **19**   20   21   22   23   Next

travel planners    [ Search ]

SPONSOR RESULTS

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.com

**Find Travel Planner at Smarter.com**
Compare prices, brands, and more at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel planner** at SHOP.COM.
www.SHOP.com

See your message here...

SPONSOR RESULTS

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results     Page 1 of 1

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 27 of 67

Yahoo!   My Yahoo!   Mail     Welcome, **Guest** [Sign In]        Help

**YAHOO!** SEARCH

**Web** | Images | Video | Local | Shopping | **more »**

travel planners     [ Search ]   Advanced Search

**Search Results**        191 - 200 of about 10,500,000 for **travel planners** · 0.26 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**   **More...**

SPONSOR RESULTS        SPONSOR RESULTS

- **Last Minute Travel Deals**
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.

- **Panama Immigration & Residency Visas**
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency Visas for Less.

191. **Travel Planners, Sandy Luebben**
Tipsters is a group that meets once a week and exchanges Business Leads and Referrals from member to member. ... **Travel Planners**. Full service **travel** agency ...
members.tipstersofsandiego.com/Travel_Planners.html - 6k - Cached - More from this site

192. **Alaska Internet Travel Guide**
Loads of information about culture, people, products, and businesses.
www.alaskaone.com - 4k - Cached - More from this site

193. **Mills-Peninsula's Directory of Services -- Travel Medicine**
Mills-Peninsula's Directory of Services **Travel** Medicine Program ... work with corporate **travel planners** to create **travel** medicine services tailored ...
mills-peninsula.org/travel - 41k - Cached - More from this site

194. **EDUCATIONAL TRAVEL COMMUNITY**
The Premier Event for Educational **Travel** Professionals " ... Why **Travel Planners** Attend... Why **Travel** Destinations, Operators and Suppliers Attend...
www.travelearning.com - 19k - Cached - More from this site

195. **Wheeled Carry-On Travel Case, Retractable Handle, Polyester, Black**
Purchase Wheeled Carry-On **Travel** Case, Retractable Handle, Polyester, Black by Fellowes Manufacturing and other **Travel** cases at Instawares.com
www.instawares.com/wheeled-carry-travel-case.fel58473.0.7.htm - More from this site

196. **Travel Professionals - Best Western**
**Travel** Professionals worldwide can take advantage of Best Western by ... created this special section just for **travel planners** to make it even easier and ...
www.bestwestern.com/travelprofessionals/index.asp - 51k - Cached - More from this site

197. **Travel to Cambodia, Laos, Thailand and Vietnam with**
A range of sample holiday itineraries for Cambodia, Laos, Thailand and Vietnam, including detailed timetables and transport comparisons
www.travelfish.org/itineraries - 25k - Cached - More from this site

198. **Travel The Buzz 102.1 FM**
UncleWebster.com -- Your Complete Community Resource for anchorage Alaska! ... Stop Site for all the best **travel** links throughout Alaska! Flying to Anchorage? ...
www.buzz1021.com/travel - 27k - Cached - More from this site

199. **National Travel Planners**
National **Travel** Planners ...
www.nationaltravelplanners.com/index.html - 20k - Cached - More from this site

200. **Travel Service with a Personal Touch - Travelboecker**
Offers personalized adventure **travel** tours to several destinations around ... **travel** experience covering 5 continents makes us the expert **travel planners** that ...
www.travelboecker.com - 14k - Cached - More from this site

- **Grapheety - Find Places**
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.

- **Hot Travel Deals on Sale**
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

Also try: **corporate travel planners**, **national travel planners**   **More...**

**Prev**   15   16   17   18   19   **20**   21   22   23   24   **Next**

travel planners     [ Search ]

SPONSOR RESULTS

**Grapheety - Find Places**
See what happened there last night. Tell the good stories tomorrow.
www.grapheety.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on travel planner at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a Travel planner at SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and Travel**
Get big savings on hotels, air/hotel packages, car rentals and more.
Travel-N-Save.com

**Lake Tahoe Travel Planner - Click Here**
Where to stay or play, guides to recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on Cataloglink**
Find a travel planner on CatalogLink.
www.CatalogLink.com

**See your message here...**

Yahoo! Answers: **Search questions and answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

travel planners - Yahoo! Search Results                                     Page 1 of 2

Case 1:07-cv-03119-GBD    Document 6-3    Filed 06/02/2007    Page 28 of 67

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In]                                           Help

**YAHOO!** SEARCH
Web | Images | Video | Local | Shopping | more »
travel planners                          [ Search ]   Advanced Search

**Search Results**                                   201 - 210 of about 10,500,000 for **travel planners** - 0.19 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **A Travel Planner**
  www.SHOP.com - Buy a **Travel planner** at SHOP.COM.

- **Big Discounts On Hotels and Travel**
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.

201. **Sports travel tours , Student travel association**
   ... **travel planners** and provide **travel** and tourism marketing we deal in **travel** and ... Ushering
   in Religious Group **Travel**. InSite, a Better Way to Reach Groups Online ...
   www.premiertourismmarketing.com/press_room/pr20050112.htm - 27k - Cached - More from
   this site

202. **Travel Channel Vacation Challenge**
   Zoom Vacations is one of 9 featured **travel planners** on the **Travel** Channels new show
   Vacation Challenge ... by professional **travel planners** to a family ...
   www.zoomvacations.com/vacationchallenge.htm - 14k - Cached - More from this site

203. **CTMG - Travel Managers FAQs**
   ... more questions about which to choose leaves business **travel planners** frazzled. ... Can a
   business **travel planner** book for multiple travelers? Is the tool ...
   www.corptrav.com/**travel**managers_faqs.aspx - 65k - Cached - More from this site

204. **Group Services - Travel Durango Colorado**
   Meeting **Planners**. Tour Operators/Groups. Adventure/Sports. **Travel**. Student/Youth **Travel** ...
   Request a Group **Travel Planner** Packet. ...
   www.durango.org/Groups/groups_services.asp - 28k - Cached - More from this site

205. **Travel Trade: HOMEBASED AGENT**
   ... then uses the services of **Travel Planners**' marketing department to create and ... **Travel
   Planners** Offers Logo, Banner Ad Design Services ...
   www.**travel**trade.com/homebased_agent.jsp?articleID=8287 - 17k - Cached - More from this
   site

206. **Honeymoon Vacation Specialists: Oahu and Hawaii Honeymoons -
   Honeymoon ...**
   Our specialists at Oahu **Travel Planners** have helped many newlyweds plan their honeymoons.
   ... Directory. Vacation **Planner**. Oahu Honeymoons ...
   www.oahu-**travel-planners**.com/Honeymoon-Vacations.htm - 26k - Cached - More from this
   site

207. **Traveler's Use of the Internet**
   **Travel** Tracker: Traveler's Use of the Internet ... Online **Travel Planners** ... 63% of online **travel
   planners** used online agencies compared to 52% in 2000. ...
   agency.**travel**wisconsin.com/Research/.../internetuse.shtm - 14k - Cached - More from this site

208. **Vegetarian Travel with HappyCow**
   **Travel** guide including air travel, accomodations, **travel** health, bed and breafast, and ...
   worldwide, useful **travel** guides and **travel planners**, leads to cities ...
   www.happycow.net/**travel**.html - 18k - Cached - More from this site

209. **Corporate Travel Planners Support Midwest Airlines; Oppose Takeover by ...**
   ... and Kansas City-area corporate **travel planners** showing strong opposition to a ... Corporate
   **travel planners** consistently cite these programs and services - which ...
   prnewswire.com/cgi-bin/stories.pl?ACCT=109&STORY=/www/story/...&EDATE= - 63k - Cached
   - More from this site

210. **ORDER FREE MAUI TRAVEL PLANNER**
   ... YOUR MAUI VACATION ORDER A FREE COPY OF MAUI'S OFFICIAL VACATION
   **PLANNER**. Our free Vacation **Planner** is chock-full of beautiful Maui images; lots of ...
   www.visitmaui.com/planordr.htm - 11k - Cached - More from this site

SPONSOR RESULTS

- **Lake Tahoe Travel Planner - Click Here**
  www.tahoevacationguide.com - Where to stay or play, guides to recreation, skiing and casinos.

- **Make 2007 Clutter-Free**
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance,
  it's simple.

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

**Lake Tahoe Travel Planner -
Click Here**
Where to stay or play, guides to
recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here
- With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on
Cataloglink**
Find a travel planner on
CatalogLink.com
www.CatalogLink.com

**Cheap Tickets**
The Refreshingly Simple, Low
Priced Way To **Travel** - Save Now.
www.CheapTickets.com

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK **travel**
here.
VisitBritain.us

**Travel Planner Prices**
Compare Prices incl Tax &
Shipping. See Product Pics, Specs
& Reviews.
www.NexTag.com/electronics

See your message here...

travel planners                                    [ Search ]

Search Faster - **Get Yahoo! Toolbar Now**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD    Document 6-3    Filed 06/02/2007    Page 30 of 67

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH      | Web | Images | Video | Local | Shopping | more » |
                          travel planners                          [ Search ]  Advanced Search

**Search Results**                                    211 - 220 of about 10,500,000 for **travel planners** · 0.29 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- **A Travel Planner on Cataloglink**
  www.CatalogLink.com - Find a **travel planner** on CatalogLink.

- **Cheap Tickets**
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.

211. **About Tahiti Travel Planners**
     Information about Tahiti **Travel Planners**, America's leading experts for Tahiti honeymoons and
     vacations. ... ABOUT TAHITI **TRAVEL PLANNERS** ...
     www.gotahiti.com/aboutus.htm - 15k - Cached - More from this site

212. **rjbtravel : RJB TRAVEL PLANNERS**
     Description. RJB **Travel Planners**. 7248122-7581396-(0921)2911802. Most Recent
     Messages ... RJB **Travel Planners**. rjbtravel. Offline. Send Email. Add rjbtravel to ...
     groups.yahoo.com/group/rjbtravel - 23k - Cached - More from this site

213. **Nevada's Vacation Travel Website**
     Our **travel** guide and vacation **planner** contains hundreds of pictures, maps, trails, etc. ... FREE
     Nevada **Travel Planners** - Great info by mail. Click here for ...
     www.go-nevada.com - 20k - Cached - More from this site

214. **UTPA Materials Management**
     Corporate **Travel Planners** (CTPI): Key. information on the Reservation Request Form, ...
     **Travel** Services Update- Corporate **Travel**. **Planner** Service Fee s ...
     www.utpa.edu/materialsmgt/**travel**.htm - 82k - Cached - More from this site

215. **Elan Travel Planners**
     A group **travel** company specializing in discounted group hotel rates for group events. ... for
     your business meeting, sports team, reunion, wedding or any group **travel** ...
     elan**travel**.lexyl.com - 30k - Cached - More from this site

216. **Austin Travel Site - Austin Area Travel**
     Main Index page ... group **travel**, **travel** agents and other **travel planners** to provide ...
     **Travel** Trade Staff. Request **Travel Planner** Guide ...
     www.austintexas.org/**travel** - 14k - Cached - More from this site

217. **Abacus Travel, Inc. - QuickRes**
     **Travel** Managers. **Travel Planners**. Diligence. AbacusFareStream. Quality ... enable the busy
     traveler, or **travel planner**, to send **travel** requests via email. ...
     www.abacus**travel**.com/business-**travel**/**travel-planners**/quickres.asp - 10k - Cached - More
     from this site

218. **Gwins Travel Planners - East Alton, IL 62024 - Reviews: Travel** Agents
     Read 1 Review of Gwins **Travel Planners** in East Alton, IL. ... reviews in East Alton Send this
     listing for Gwins **Travel Planners** to a Friend ...
     961 Airline, East Alton, IL - (618)259-1940 - Maps & Reviews - Send to Phone
     www.insiderpages.com/b/3714423878 - Cached - More from this site

219. **Mobular Technologies**
     ... Technologies' partner OnlineDM to provide their **travel** planners by e-mail. ... platform for the
     International **Travel Planner**, any document can be converted ...
     www.mobular.com/solutions/**travel**.html - 20k - Cached - More from this site

220. **Complete New Mexico Travel Information**
     ... complete vacation and **travel** guide for New ... Free **Travel Planner** - New Mexico Mountain
     Hideaway ... FREE New Mexico **Travel Planners** - Great info by mail ...
     www.go-newmexico.com - 20k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.

- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    17  18  19  20  21  **22**  23  24  25  26    Next

[ travel planners                              ]  [ Search ]

Still searching? Get answers quickly on Yahoo! Answers

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

---

**SPONSOR RESULTS**

**SPONSOR RESULTS**

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK **travel**
here.
VisitBritain.us

**Travel Planner - Shop**
Millions of Products. Read
Reviews. **Travel** planner: Cheap
Prices.
www.NexTag.com/electronics

**Free Travel Guides**
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and
Vacation Guide**
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Visiting St. John? Find deals & read
hotel reviews.
www.tripadvisor.com

**See your message here...**

**SPONSOR RESULTS**

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD      Document 6-3      Filed 06/02/2007      Page 31 of 67

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                                        Help

**YAHOO!** SEARCH
Web | Images | Video | Local | Shopping | more »
travel planners                           [Search]   Advanced Search

Search Results                                221 - 230 of about 10,500,000 for **travel planners** · 0.28 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **Travel Planner**
  VisitBritain.us - Travelling on London's Tube System? Plan all your UK **travel** here.
- **Travel Planner Prices**
  www.NexTag.com/electronics - Compare Prices for Computers, MP3 Players, Phones & More Electronics.

221. **Southeast Tourism Consumer**
... tour operators and wholesalers, group **travel** leaders, **travel** agents and **travel planners**. ...
Search **Travel Planner** / Enter keyword(s) below. Search by ...
www.escapetothesoutheast.com/**travel_planner**.asp - 21k - Cached - More from this site

222. **Humble Travel Service, Ltd.**
Specializes in cruises, resorts, luxury packages, and adventure **travel**.
www.humble**travel**.com - 9k - Cached - More from this site

223. **Travel Planning Assistance**
From Lewis & Clark to Montana's Native American heritage you'll find a ... Our **travel planners**
are familiar with guest ranches, resorts, campgrounds and ...
www.visitmt.com/tripplanner/planningassistance/vacationplanning.htm - 15k - Cached - More from this site

224. **Experience New Zealand**
Offers itinerary **planner** and information on **travel**, accommodation, activities, food, arts and
crafts, and more.
www.experiencenz.com - 31k - Cached - More from this site

225. **MiCrucero.Com** - Translate this page
www.crucero.com - 127k - Cached - More from this site

226. **cleveland.com: Travel**
**Travel Planner**. • Very cheap apartment for... by lynnshang. Golf. • Planet of Beauty by
skifunky ... North Coast **Travel** Service * Casino Sales ...
cleveland.com/entertainment/plaindealer/instantentertaining/.../**travel** - 60k - Cached - More from this site

227. **Welcome to California-Caltrans Travel Guide**
... **Travel Planner**. Change Password. Billing Information. **Travel** ... Planning **Travel** for Others
(**Travel Planners**) Approval Process. Frequently Asked Questions ...
www.dot.ca.gov/hq/asc/**travel**/ch10.htm - 18k - Cached - More from this site

228. **Key West Travel - Group Travel Planning - corporate incentive travel ...**
Key West Events **Planner** Nadene Grossman offers incentive, corporate and group **travel**
arrangements for Key West, FL ... a meeting **planner**/producer, we contract ...
www.wevegotthekeys.com - 22k - Cached - More from this site

229. **Travel Trade: HOMEBASED AGENT**
**Travel Planners** International is launching the ClientBase Browser from TRAMS, ... **Travel
Planners** Offers Logo, Banner Ad Design Services ...
www.**travel**trade.com/homebased_agent.jsp?articleID=6942 - 16k - Cached - More from this site

230. **Omega Travel Agency - OMASAB: Employee Services - NIEHS**
**travel** agency information ... as **travel** requirements are known, **planners** are ... this guidance
to all **Travel Planners** and other administrative officials whose ...
www.niehs.nih.gov/omasb/**travel**/agency.htm - 38k - Cached - More from this site

- **Free Travel Guides**
  www.100bestvacations.com - Free Vacation guides with valuable information. Easy online
  ordering.
- **New York Travel Tips and Vacation Guide**
  www.retentioncenter.com - Activity information & **travel** tips to plan dream New York vacation.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev   18  19  20  21  22  **23**  24  25  26  27   Next

travel planners                           [Search]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

---

SPONSOR RESULTS

**Free Travel Guides**
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and
Vacation Guide**
Activity information & travel tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Get the scoop from travelers who
know St. John.
www.tripadvisor.com

**Europe Travel Tips**
Find the best timeshare, hotel or
B&B for a great vacation.
www.awelltraveledpath.com

See your message here...

SPONSOR RESULTS

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In]    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [ Search ]  Advanced Search

**Search Results**    231 - 240 of about 10,500,000 for **travel planners** - 0.22 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**, **More...**

SPONSOR RESULTS

- **Free CA Travel Guide**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Plan A California Vacation Today.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

231. **Abacus Travel, Inc. - Travel Planners**
Travel Planners. Doing more with less ... If so, you're well aware that your role as a **travel planner** is more complex than ever. ...
www.abacus**travel**.com/business-**travel**/travel-planners/default.asp - 12k - Cached - More from this site

232. **Senior's Travel Information - Travelers Digest**
Senior **Travel** Tips Magazine - resource for senior group **travel planners** from the ... vacations, cruises and train **travel**, and stimulating cultural holidays. ...
www.**travel**ersdigest.com/seniors_**travel**.htm - 31k - Cached - More from this site

233. **Group Travel Planet**
... business with suppliers in your name (the "**Travel Planners**"), and for no other purposes. ... such actions are conducted by you or your **Travel Planner**. ...
groups.group**travel**planet.com/PopUp.html?content=TermsOfUseContent.html - 26k - Cached - More from this site

234. **Order official Maine travel and tourism and lodging guides**
Official Maine **travel** guides: vacation and **travel planners**, bed and breakfasts, cabin and cottage rentals, ... Maine Invites You **Travel Planner** & Map: Yes! No: ...
www.mainetourism.com/?cat_id=257 - 29k - Cached - More from this site

235. **Essential Events & Travel Planners**
... event planning, Family Reunions, Church Events, Fund Raisers **Travel** Planning, catering, Decorating, Live Entertainment, Balloons, Holiday Trays, Holiday Gifts, ...
www.essentialparty**planners**.com - 10k - Cached - More from this site

236. **Travel Planning Assistance/Travel Agencies/Services**
... your Montana **travel** plans give one of our professional "**travel planners**" a call. ... Our **travel planners** are familiar with guest ranches, resorts, campgrounds and ...
travel.state.mt.us/trip**planner**/planningassistance/**travel**agency.htm - 15k - Cached - More from this site

237. **CPCU Society: Travel & Cruise Information**
... 22, at 8 a.m. Visit the **Travel Planners**, Inc. ... **Travel Planners**, Inc. ... lowest excursions fares in the market) by booking through **Travel Planners**, Inc. ...
www.cpcusociety.org/index.v3page;jsessionid=pj9a142owp2t?p=42627 - 42k - Cached - More from this site

238. **PBS Online - Travel Planner**
**Travel Planner**... It's Free! Planning a trip to a "Weekend Explorer" ... The "**Travel Planners**" are full of information you will need including contact ...
www.pbs.org/weekendexplorer/**planner**.htm - 19k - Cached - More from this site

239. **Seattle's Convention and Visitors Bureau**
... travelers and tourists, meeting and convention **planners**, and **travel** and tourism ... Welcome Professional **Travel Planners** ... PROFESSIONAL **TRAVEL PLANNERS** GUIDE ...
www.visitseattle.org/**travel**Planner/default.asp - 12k - Cached - More from this site

240. **Travel Planners of Scandinavia**
**TRAVEL PLANNERS** OF SCANDINAVIA AS. Conrad Mohrsvei 9B N-5068 Bergen Norway ... We are impressed by **Travel Planners** of Scandinavia's abilities as a Professional ...
www.**travel**-planners.no/contact.htm - 14k - Cached - More from this site

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

- **Webtravelconsultant**
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can book yourself.

Also try: **corporate travel planners**, **national travel planners**, **More...**

SPONSOR RESULTS

**Moorea Hotel**
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR the best rates you can book yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -...
www.Groople.com

**Hilton Family Eadvantage**
Hilton Family eAdvantage Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel** anywhere.eCares. Great cheap airfares. Wow.
www.cfares.com

**Montana Tourism Information**
See all there is to do under the Big Sky with our **travel** guide.
www.visitmt.com

**Plan a Australian Travel**
**Travel Planner** - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

**Travel Planner**
Looking for **travel planner**? Find exactly what you want today.
www.eBay.com

See your message here...

SPONSOR RESULTS

**Prev**   19  20  21  22  23  **24**  25  26  27  28   **Next**

travel planners                              [ Search ]

Yahoo! Answers: **Search questions and answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!  |  My Yahoo!  |  Mail    Welcome, Guest [Sign In]                                                                          Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                    **Search**    Advanced Search

**Search Results**                                                                241 - 250 of about 10,500,000 for **travel planners** · 0.22 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **Montana Tourism Information**
  www.visitmt.com - See all there is to do under the Big Sky with our **travel** guide.

- **Plan a Australian Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier Reef, the Outback, rainforests, wildlife and Aussie culture.

241. **Peru Travel Planners**
Peru and Beyond **Travel Planner**. The Tours Description. The Hotels. The Cruises. The Tour Prices ... Map, Trains, Fleet Sample and others. Contact us. Tours ...
www.peru**travelplanners**.com - 24k - Cached - More from this site

242. **Welcome to Gwins.com**
www.gwins.com - 3k - Cached - More from this site

243. **Oregon's Vacation and Travel Information Site Go-Oregon.net**
Our **travel** guide and vacation **planner** contains plenty of pictures, maps, trails, etc. ... **Travel Planners** - Great info by mail. Request your FREE **TRAVEL** ...
www.go-oregon.net - 20k - Cached - More from this site

244. **Welcome Home Page Dutch Fork Travel**
... this agency specializing in discounted group **travel** and cruise packages. ... your **travel** needs. We are an affiliate agency of **Travel Planners**, Intl'. and the ...
www.dutchfork**travel**.com - 16k - Cached - More from this site

245. **Corporate Travel Planners, Inc. - San Antonio, Texas | Company Affiliations & Profile Report**
Corporate **Travel Planners**, Inc. - San Antonio, Texas. Purchase and instantly access company contacts, subsidiary relationships, phone, fax, sales, ownership...
corporateaffiliations.ecnext.com/comsite5/bin/... - More from this site

246. **Marathon - TRAVEL SERVICES**
**TRAVEL** SERVICES. DOLPHIN **TRAVEL** UNLIMITED, INC., Island Concierge, KEY WEST **TRAVEL** CLUB, THE BEST OF ... Directory of **Travel Planners**. ACCOMMODATION FINDER ...
www.fla-keys.com/listing.cfm?id=150 - 23k - Cached - More from this site

247. **Travel Industry Sales Mission Statement**
The **Travel** Industry Sales Department mission is to ... corporate and incentive **planners**, tour operators, **travel** agents and airline vacation offices. ...
www.sandiego.org/nav/**Travel**/ContactUs/MissionStatement - 33k - Cached - More from this site

248. **DiscoverHongKong - Travel Agents**
Our Singaporean **travel** agents know all the great places to go and ... UOB **TRAVEL PLANNERS** PTE LTD. 101 Thomson Road #B1-157, United Square, Singapore 307591 ...
www.discoverhongkong.com/seasia/plan/**travel**agents/agents_sing4.jhtml - 19k - Cached - More from this site

249. **Ocala Travel Service of Ocala, Florida**
Ocala **Travel** Service offers online booking and professional trip and **travel** services in Ocala, Florida. ... Our site gives you access to a wide variety of ...
www.ocala**travel**.com - 20k - Cached - More from this site

250. **Internet High On Travel Destinations**
More than 42 million Americans made their **travel** arrangements online in 2003, with 10 million booking a ... of online **travel planners** is flattening ...
www.clickz.com/showPage.html?page=3304691 - 35k - Cached - More from this site

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.

- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

**Travel Planner**
Looking for **travel planner**? Find exactly what you want today.
www.eBay.com

**Travel Planner**
Plan your trip: read reviews, research destinations & get great deals.
www.mytravelguide.com

**Travel Planner at Amazon.com**
Qualified orders over $25 ship free. Millions of titles, new & used.
Amazon.com/books

**Disney Cruise Vacation Planning DVD**
Official Site. Order your Free Disney Cruise Vacation Planning DVD.
www.disneycruiseline.com

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Corporate Travel Manager**
Lower your costs with our proven approach to corporate **Travel**...
www.amtrav.com

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Save on PDAs. Compare products, prices & stores.
www.Dealtime.com/PDAs

See your message here...

**Prev**    20  21  22  23  24  **25**  26  27  28  29    **Next**

travel planners                    **Search**

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                                                    Help

**YAHOO!** SEARCH    | Web | Images | Video | Local | Shopping | more »

travel planners    [ Search ]    Advanced Search

**Search Results**    251 - 260 of about 10,500,000 for **travel planners** · 0.16 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.

251. **Air Travel** (PDF)
... a required receipt for **travel**. ... Even though **Travel Planners** ... **Travel Planners** may still call the TMC for reservations, but the higher fee will apply. ...
arc.publicdebt.treas.gov/files/pdf/fsair**travel**.pdf - 414k - View as html - More from this site

252. **Florida's Space Coast | Travel Agents and Vacation Planners**
Cruise **Planners** is your full service cruise planning **travel** agency. ... Contact our experienced **travel planners** for your Florida adventure! Noblesville ...
www.space-coast.com/**Travel**/index.cfm?a=state&state=IN - 43k - Cached - More from this site

253. **Community Travel, Inc. | (262)878-3351**
Community **Travel**, Inc. is based in Union Grove, Wisconsin and serves a wide range of clients throughout southeastern Wisconsin.
www.community**travel**online.com - 23k - Cached - More from this site

254. **Travel Information Project : Destination Travel Planner**
... for leisure tourism and vacations, group **travel**, and convention & meetings. ... The TIP is a **travel** directory to official state and city destination marketing ...
www.tip-**travel**-planners.com - 17k - Cached - More from this site

255. **Travel planners, consultants and agents on Adventure Sports Online**
**Travel planners** and **travel** agents on Adventure Sports Online ... **Travel Planners** and Agents. Mariah Wilderness Women's Expeditions: ... Absolute Adventure's ...
www.adventuresportsonline.com/**travel**-planners.htm - 29k - Cached - More from this site

256. **[h2]Free travel guides in Utah[/h2]**
This page [url=http://www.go-utah.com/free-**travel**-planners.cfm] has free **travel** guides to plann your western United States travels.
www.**travel**blog.org/Forum/Threads/2707-1.html - 9k - Cached - More from this site

257. **Home**
Orange Park **Travel** has been serving Orange Park, FL. ... Our **Travel Planners**, who have 80+ years of experience, enjoy working with our ...
www.orangepark**travel**.com - 16k - Cached - More from this site

258. **Conference Travel**
Offer comprehensive destination services, including custom-designed **travel** arrangements to fit your needs, interests, and budget.
www.conference-**travel**.com - 20k - Cached - More from this site

259. **Lake Tahoe - Order a Travel Planner**
Meeting **Planners**. Press Room. 2007 Lake Tahoe **Travel Planner**. View This Online ... of the 2007 Lake Tahoe **Travel Planner** or Watercolor Memories, the Complete ...
www.bluelaketahoe.com/**planner**.php - 36k - Cached - More from this site

260. **India Air Travel**
... business **travel** at UNIGLOBE Premiere **Travel** and UNIGLOBE Enterprise **Travel** will ... We are also an authorized agent for Sahara Airlines for **travel** within India. ...
www.goingtoindia.com - 15k - Cached - More from this site

- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

- **Travel Planner**
  www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    21  22  23  24  25  **26**  27  28  29  30    Next

travel planners    [ Search ]

Still searching? Get answers quickly on Yahoo! Answers

Copyright © 2007 Yahoo! All rights reserved. Privacy | Legal - Submit Your Site

**SPONSOR RESULTS**

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

**Travel Planner - Save up to 70%**
Easily Compare Deals to Racine Also See Photos & Candid Reviews.
travel.yahoo.com

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travel Planner**
Search Across Multiple Airline Sites For Low Fares.
www.travelzoo.com

**Travel Planner**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

See your message here...

**SPONSOR RESULTS**

travel planners - Yahoo! Search Results                    Page 1 of 2

Case 1:07-cv-03119-GBD    Document 6-3    Filed 06/02/2007    Page 36 of 67

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                                                    Help

**YAHOO!** SEARCH

| | **Web** | Images | Video | Local | Shopping | **more »** |

travel planners                                  [ Search ]  Advanced Search

**Search Results**                                    261 - 270 of about 10,500,000 for **travel planners** - 0.17 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    **More...**

- **Travel Planner**
  www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

- **Travel Planner**
  www.Dealtime.com/PDAs - Save on PDAs. Compare products, prices & stores.

261.  **Internet Travel News - Travel Zone migrates Travel Planners**
       We worked closely with the **Travel Planners** top executives to customize the ... We are
       extremely pleased that **Travel Planners** chose to implement the Agent RC ...
       www.breakingtravelnews.com/article/20061030203926550 - 17k - Cached - More from this site

262.  **Teels Travel Planners - Corvallis, OR 97330 - Reviews: Travel Agents**
       Read 2 Reviews of Teels **Travel Planners** in Corvallis, OR. ... reviews in Corvallis Send this
       listing for Teels **Travel Planners** to a Friend ...
       728 Kings, Corvallis, OR - (541)758-0808 - Maps & Reviews - Send to Phone
       www.insiderpages.com/b/3720279272 - More from this site

263.  **CSI Show - Hotel & Travel**
       ... make hotel reservations through CSI's official housing bureau: **Travel Planners**. Only **Travel
       Planners** can offer discounted rates at the official host hotels ...
       www.csinet.org/s_csi/sec_csishow.asp?CID=1777&DID=13195 - 34k - Cached - More from this
       site

264.  **TravelReporter - Travel Writers' and Enthusiasts' Resource**
       Photographers and audiophiles are invited to entertheir **travel** ... people interested in current
       **travel** destination information can find colorful, ...
       www.travelreporter.com/writers.html - 12k - Cached - More from this site

265.  **U.S. DOI Office of Financial Management**
       ... to designate one or more **travel planners** in your Trip Manager traveler profile. ... A **travel
       planner** can easily research a variety of flights, hotels, and car ...
       www.doi.gov/pfm/trav&relo/**travel**_newsletter/aug_2002.html - 36k - Cached - More from this
       site

266.  **Advect Travel Group**
       **Travel** agency for corporate **travel**, cruises, vacations, destination weddings, honeymoons,
       private jets, and more. ... Wireless air **travel**? Yeah, It's coming ...
       www.advect.com - 42k - Cached - More from this site

267.  **Travel Services - Travel Survey**
       Agent offered lowest fare according to your **travel** policy/guidelines ... Itinerary and/or **travel**
       information was received promptly ...
       www.utsystem.edu/**travel**/trsurvey.cfm - 18k - Cached - More from this site

268.  **quincy, il | see the unexpected**
       Plan for your next meeting or event to be in Quincy. It's the perfect alternative to the over
       priced, over populated distraction of ...
       www.seequincy.com/MeetingTravel.html - 26k - Cached - More from this site

269.  **Independent Travel to Japan: Esprit Travel & Tours: Expert Travel Planners**
       Named to Conde Nast Traveler's ... of an independent trip, Esprit's **travel planners** are ready to
       create a memorable ... and adventures you **travel** to find. ...
       www.esprit**travel**.com/independent**travel**/index.html - 17k - Cached - More from this site

270.  **Magical Gatherings**
       ... Gatherings, **Travel** with Kids, Forget cocooning; now were together. According to Disney
       **planners**, who know ... The "Magical Gatherings **Planner**" is a free ...
       **travel**withkids.about.com/b/a/046183.htm?terms=Deal+For+Group+**Travel** - 25k - Cached -
       More from this site

- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.

- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

Also try: **corporate travel planners**, **national travel planners**    **More...**

Prev   22  23  24  25  26  **27**  28  29  30  31   Next

---

SPONSOR RESULTS

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and
flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning
Traveler! Find your trip today.
www.away.com

**Travel Planner**
Search Across Multiple Airline Sites
For Low Fares.
www.travelzoo.com

**Travel Planner**
Compare cheap **travel** fares from
all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K
Over & Over**
Discover Massive Financial Returns
and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &
Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

**See your message here...**

SPONSOR RESULTS

travel planners - Yahoo! Search Results                                    Page 2 of 2

Case 1:07-cv-03119-GBD        Document 6-3        Filed 06/02/2007        Page 37 of 67

travel planners                          [ Search ]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                Help

**YAHOO!** SEARCH

**Web** | Images | Video | Local | Shopping | **more »**

travel planners                    [ Search ]    Advanced Search

**Search Results**                                            271 - 280 of about 10,500,000 for **travel planners** - 0.21 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**   More...

**SPONSOR RESULTS**

- **Travel Planner**
  www.travelzoo.com - Get a Great Deal On Your Fare By Comparing Multiple Websites.

- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

271. **New Zealand Vacation Planners**
Planning itinerary, **travel**, and accommodation requirements for your New Zealand vacation.
www.newzealand-vacation.com - 24k - Cached - More from this site

272. **Churchill and Turen**
Offering information and packages for cruise vacations in Europe.
www.**travel**truth.com - 25k - Cached - More from this site

273. **San Diego Travel Group**
Corporate **Travel Planner** Handbook. Our **Travel Planners'** Handbook has been designed to ...
session, regular **travel planner** seminars can be ...
www.sdtg.com/handbook.htm - 66k - Cached - More from this site

274. **The University Of Texas System**
... selected as one of the designated **travel** companies for The University of Texas System. ...
University's unique **travel** requirements, its culture and environment. ...
www.utctp.com - 7k - Cached - More from this site

275. **TIMELESS TRAVEL & CRUISES**
... to give you the best **travel** deals you can find whether it ... An Independent associate of
**Travel Planners** Int'l. TIMELESS **TRAVEL** & CRUISES. 159 BROADWAY ...
members.tripod.com/timeless_**travel** - 21k - Cached - More from this site

276. **TIA - Table of Contents**
Online Leisure **Travel Planner** Segments: Heavy and Light Online **Travel Planners**. 18 ...
Demographics of Online **Travel Planners** By Experience Planning Trips ...
www.tia.org/Pubs/toc_e**travel**.asp - 17k - Cached - More from this site

277. **CTO '04/'05 Travel Planner Program** (PDF)
see master contract rates for **travel planners** at a significant 40% discount ... **Travel Planners**
available: March, April, May, Sept, Oct, Nov ...
www.colorado.com/docs/**TravelPlanner**05.pdf - 26k - View as html - More from this site

278. **Oahu Travel Planner by TravelEze.com**
... and all aspects of **travel** to the Greater Oahu Area. ... Other Hawaii **Travel Planners**. Hawaii
**Travel Planners** | Maui **Travel Planner** | Oahu **Travel Planner** ...
www.**travel**eze.com/**travel**_planning/oahu.htm - 5k - Cached - More from this site

279. **Hotel & Airfare Information**
**Travel Planners'** low rates beat any you'll find on the ... **Travel Planners** makes every attempt
to keep the information contained in this document current. ...
www.globalpetexpo.com/hotel**travel**.asp - 23k - Cached - More from this site

280. **Florida's Space Coast | Travel Agents and Vacation Planners**
Hansen **Travel** has been in business for 40 years. ... Alexander **Travel**, an affiliate of **Travel
Planners** Intl. Robin Alexander. 641 E M-89 ...
www.space-coast.com/**Travel**/index.cfm?a=state&state=MI - 41k - Cached - More from this site

- **Travel Planner**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.

Also try: **corporate travel planners**, **national travel planners**   More...

Prev   23  24  25  26  27  **28**  29  30  31  32   Next

travel planners                [ Search ]

---

**SPONSOR RESULTS**

**Travel Planner**
Compare cheap **travel** fares from
all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K
Over & Over**
Discover Massive Financial Returns
and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &
Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Find Travel Planner at
Smarter.com**
Compare prices on **travel planner**
at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **travel planner** at
SHOP.COM.
www.SHOP.com

**See your message here.**

**SPONSOR RESULTS**

---

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 2

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 39 of 67

Yahoo! | My Yahoo! | Mail        Welcome, **Guest** [Sign In]                                                    Help

**YAHOO!** SEARCH

**Web** | Images | Video | Local | Shopping | **more »**

travel planners                                    [ Search ]  Advanced Search

**Search Results**                                            281 - 290 of about 10,500,000 for **travel planners** - 0.20 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**   More...

SPONSOR RESULTS

- **Last Minute Travel Deals**
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.

- **Panama Immigration & Residency Visas**
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency
  Visas for Less.

281. **Montana Vacation & Travel Planners | Adventure Connections**
Montana vacation and **travel** guides organize, plan and provide lodging and ... 300 providers in
the Montana **travel** industry, including first-rate partners in ...
www.montana**travel**.com/index.asp/fuseaction/whatwedo.main - 16k - Cached - More from this
site

282. **TRAVEL** (PDF)
supervisor using the **Travel** Advance & Expense - Authorization ... **Travel** advance ...
Advantage **Travel** Planners. 103 W. Tomichi Ave., Gunnison, CO 81230 ...
www.western.edu/purchasing/docs/**travel**.pdf - 27k - View as html - More from this site

283. **New Travel Agency Service Fees effective July 1, 2004 Corporate Travel ...**
(PDF)
New **Travel** Agency Service Fees. effective July 1, 2004. Corporate **Travel** Planners Inc. ...
Navigant International **Travel**. you may e-mail your request using the ...
www.as.utexas.edu/**travel**/service_fees_july_2004.pdf - 58k - View as html - More from this site

284. **Noteworthy Tours Student Group Travel Planners**
We provide **travel** arrangements that include educational and performance ... Williamsburg-Va.
Beach. Customer Care | My Stuff ... Site Created and Maintained by WSI ...
www.noteworthytours.com - 8k - Cached - More from this site

285. **Corporate Travel Planners, Inc. - Google Finance**
Corporate **Travel** Planners -- the name pretty much says it all. ... Start a discussion about
Corporate **Travel** Planners, Inc. ...
finance.google.com/finance?cid=7003135 - 17k - Cached - More from this site

286. **Business travel planners: costs will fall, or else - Pacific Business ...**
... **travel** professionals think it will be at least another year before business ... survey found that
many corporate **travel** planners were ready to advise their ...
pacific.bizjournals.com/pacific/stories/2002/07/01/daily19.html - 71k - Cached - More from this
site

287. **For Travel Trade > Agent Tools - LVCVA.com**
Meeting **Planners**. **Travel** Trade. Press and Research ... information packet, an additional
**Travel Planners** Guide or an Official Visitors ...
www.visitlasvegas.com/**travel**trade/services-support/agent-info-line.jsp - 29k - Cached - More
from this site

288. **Slow Travel - Europe Trip Planning, Travel Consultants, agents ...**
Tour **Planners** and Hosts in Italy (see ... Australian **Travel** Planner (see the ... Your
Independent **Travel** Planner...The easy way to plan your trip. ( see ...
www.slowtrav.com/europe/**travel**_consultants.asp - 24k - Cached - More from this site

289. **Travelago - The top travel industry marketing & development team.**
... industry marketers seeking to reach a growing audience of online **travel** planners. ...
experience their destination choices as they make their **travel** plans. ...
www.travelago.com/**travel**ago_people.asp - 15k - Cached - More from this site

290. **Papeete Travel Guide - Papeete Vacations - VirtualTourist.com**
Book **Travel**. Meet Members. Share **Travel** Deals. Trip **Planner**. Forums ... Let our expert **travel**
**planners** help. French Polynesia Hotel. Planning a Tahiti vacation? ...
virtualtourist.com/**travel**/.../Papeete-1907543/**Travel**Guide-Papeete.html - 46k - Cached - More
from this site

- **Grapheety - Find Places**
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.

- **Hot Travel Deals on Sale**
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

Also try: **corporate travel planners**, **national travel planners**   More...

SPONSOR RESULTS

**Grapheety - Find Places**
See what happened there last
night. Tell the good stories
tomorrow.
www.grapheety.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Find Travel Planner at
Smarter.com**
Compare prices, brands, and more
at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel** planner at
SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and
Travel**
Get big savings on hotels, air/hotel
packages, car rentals and more.
Travel-N-Save.com

**Lake Tahoe Travel Planner -
Click Here**
Where to stay or play, guides to
recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here
- With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on
Cataloglink**
Find a **travel** planner on
CatalogLink.
www.CatalogLink.com

See your message here...

SPONSOR RESULTS

travel planners                                    [ Search ]

Can't find what you need? Get your answer on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                                    Page 1 of 2

Case 1:07-cv-03119-GBD      Document 6-3      Filed 06/02/2007      Page 41 of 67

Yahoo!   My Yahoo!   Mail   Welcome, **Guest** [Sign In]                                           Help

**YAHOO!** SEARCH    |   **Web**  |  Images  |  Video  |  Local  |  Shopping  |  **more »**

travel planners                        [ Search ]   Advanced Search

**Search Results**                                    291 - 300 of about 10,500,000 for **travel planners** - 0.30 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**   More...

- **A Travel Planner**
  www.SHOP.com - Buy a **Travel planner** at SHOP.COM.

- **Big Discounts On Hotels and Travel**
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.

291.  **CSI Show - Home**
      ... make hotel reservations through CSI's official housing bureau: **Travel Planners**. Only **Travel Planners** can offer discounted rates at the official host hotels. ...
      www.csinet.org/s_csi/index_csishow.asp?TrackID=&CID=9&DID=9 - 23k - Cached - More from this site

292.  **Queenstown Travel & Visitor Centre**
      Official visitor information centre. Specialises in customised itinerary planning, accommodation, transport, activities information, and reservations.
      www.queenstown-vacation.com - 15k - Cached - More from this site

293.  **College Catalog Travel and Event Planning**
      ... managers, corporate **planners**, association **planners**, medical ... incentive **travel planners**, independent meeting **planners**, seminar coordinators ...
      www.bucks.edu/catalog/2171.html - 87k - Cached - More from this site

294.  **Travel to Maui.net - Your Travel Agent in the Islands**
      Hawaii and Maui **Travel Planner** Specialist. ... work with all the top wedding **planners** in the state, making arrangements for the ...
      **travel**tomaui.net - 5k - Cached - More from this site

295.  **AAA Corporate Travel**
      **Travel** and vacation savings by AAA, North America's largest leisure **travel** agency. ... your travelers or **travel** planners call AAA Corporate **Travel**, we will quote the ...
      www.ouraaa.com/**travel**/corp**travel**/corp_airfares.html - 14k - Cached - More from this site

296.  **Faremax: Latest News**
      Read latest news headlines. **Travel** and non-**travel** news ... Delivering relevant news to **travel planners** all over the world. ...
      www.faremax.com/**travel**news.aspx - 5k - Cached - More from this site

297.  **More Women Use the Internet for Travel Research -- ROAD & TRAVEL Magazine**
      ... than nine out of 10 online **travel planners** said they used the Internet to plan ... In addition, one in three online **travel planners** checks one or more Web sites ...
      www.roadand**travel**.com/company/marketing/women**travel**online.htm - 25k - Cached - More from this site

298.  **HJR Travel**
      Specializes in cruises and Caribbean destinations.
      www.hjr**travel**.com - 23k - Cached - More from this site

299.  **Peru Tour operator. For travel Professionals. InkaNatura Travel.**
      InkaNatura **Travel** is a peruvian tour operator specialized in Nature and ... to work with tour operators, wholesalers, **travel** agents and **travel planners**. ...
      www.inkanatura.com/**travel**professionals.asp - 41k - Cached - More from this site

300.  **Travellers software, travel arrangers/assistants tools, airline data ...**
      Free trials of OAG **Travel Planner** and OAG Flight Manager are available at www.oag.com ... OAG **Travel Planner** - **Travel** planning ...
      oag.com/oag/website/.../Home/Product+Catalog/Products/**Travel**+Arrangers - 187k - Cached - More from this site

- **Lake Tahoe Travel Planner - Click Here**
  www.tahoevacationguide.com - Where to stay or play, guides to recreation, skiing and casinos.

- **Make 2007 Clutter-Free**
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance, it's simple.

Also try: **corporate travel planners**, **national travel planners**   More...

**Prev    25   26   27   28   29   30   31   32   33   34    Next**

SPONSOR RESULTS

SPONSOR RESULTS

**Lake Tahoe Travel Planner - Click Here**
Where to stay or play, guides to recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on Cataloglink**
Find a **travel planner** on CatalogLink.
www.CatalogLink.com

**Cheap Tickets**
The Refreshingly Simple, Low Priced Way To Travel - Save Now.
www.CheapTickets.com

**Travel Planner**
Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
**Travel planner** at Pronto - More Products, Lower Prices.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube System? Plan all your UK travel here.
VisitBritain.us

**Travel Planner - Shop**
Millions of Products. Read Reviews. **Travel planner**: Cheap Prices.
www.NexTag.com/electronics

**See your message here...**

SPONSOR RESULTS

travel planners                              [ Search ]

Search Faster -Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                      Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                [Search]    Advanced Search

**Search Results**                    301 - 310 of about 10,500,000 for **travel planners** · 0.30 sec.  (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

- **A Travel Planner** on Cataloglink
  www.CatalogLink.com - Find a **travel planner** on CatalogLink.
- **Cheap Tickets**
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.

301. **Sales and Marketing Home**
Maryland offers a wide variety of **travel** possibilities for all types of **travel** professionals. ...
**planners**, e-travel packagers and other buyers of **travel** products. ...
mdisfun.org/.../salesandmarketing/SalesandMarketingHome.html - 50k - Cached - More from
this site

302. **Maui Travel Planner** by TravelEze.com
... and all aspects of **travel** to the Greater Maui Area. ... Other Hawaii **Travel Planners**. Hawaii
**Travel Planner** | Maui **Travel Planner** | Oahu **Travel Planner** ...
www.traveleze.com/**travel**_planning/Maui.htm - 5k - Cached - More from this site

303. **Hillsdale New Jersey Carlson Wagonlit Travel** Agents
We specialise in serving our clients in the Hillsdale New Jersey and the Pascack Valley region
with their **travel**, vacation and holiday planning
www.hillsdale**travel**.com - 17k - Cached - More from this site

304. **Washington's Vacation and Travel Information Site Go-Washington.com**
Our **travel** guide and vacation **planner** contains hundreds of pictures, maps, trails, etc. ... FREE
Washington **Travel Planners** - Great info by mail. World ...
www.go-washington.com - 20k - Cached - More from this site

305. **Colorado's Largest Vacation Travel Website**
Our **travel** guide and vacation **planner** contains hundreds of pictures, maps, trails, etc. ... FREE
Colorado **Travel Planners** - Great info by mail ...
www.go-colorado.com - 21k - Cached - More from this site

306. **United Motorcoach Association - Student Motorcoach Travel Safety Guide**
**Travel planners**, school administrators, students, parents and everyone c... Student **travel**
**planners** need a way to distinguish between safe and unsafe operators. ...
www.newworldtours.com/guide/student.htm - 87k - Cached - More from this site

307. **Travel and transport - Travel planners**
**Travel planners**. We no longer host our own **travel planner** on the website. ... There are many
other **travel** and route **planners** available online. ...
www.wandsworth.gov.uk/Home/EnvironmentandTransport/**Travel**/planners.htm - 11k - Cached
- More from this site

308. **Request Group Transportation Quote :--: TMC Travel**
**Travel** Management Company specializes in group **travel**, destinations management, event
planning, trade show tickets, transportation, corporate activities and more.
www.tmc**travel**.com/transportation/request_info.asp - 22k - Cached - More from this site

309. **MARCHING.COM: Group Travel Planners, Music Performance Tours**
Information on companies that sell **travel** and provide **travel** planning services for marching
bands, color guards and performing groups.
www.marching.com/resources/**travel**.html - 19k - Cached - More from this site

310. **Family Travel Forum**
**Travel Planners** Membership - $9.95 for 3 Months. Save 20% and Get ... 3 Month Recurring
**Travel Planners** Membership. 1 Year Frequent Travelers Membership ...
www.family**travel**forum.com/member/memberbenefits.html - 44k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.
- **Travel Planner**
  www.Organizer.Pronto.com - **Travel planner** at Pronto - More Products, Lower Prices.

Also try: corporate **travel planners**, national **travel planners**, More...

Prev   26  27  28  29  30  **31**  32  33  34  35   **Next**

travel planners                [Search]

---

SPONSOR RESULTS

SPONSOR RESULTS

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.COM

**Travel Planner**
**Travel** planner at Pronto - More
Products, Lower Prices.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK travel
here.
VisitBritain.us

**Travel Planner - Shop**
Millions of Products. Read
Reviews. **Travel** planner: Cheap
Prices.
www.NexTag.com/electronics

**Free Travel Guides**
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and
Vacation Guide**
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Know before you go. Read reviews
from real travelers.
www.tripadvisor.com

See your message here...

SPONSOR RESULTS

---

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved.  Privacy / Legal · Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD    Document 6-3    Filed 06/02/2007    Page 44 of 67

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                [Search]   Advanced Search

**Search Results**

311 - 320 of about 10,500,000 for **travel planners** - 0.02 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS

- Free CA **Travel** Guide
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Plan A California Vacation Today.

- 8,000,000 Travelers
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

311. Housing/**Travel**
  **Travel Planners** is our official housing company. Discounted ASTD 2004 rates are available through **Travel Planners** until April 30, 2004. ...
  www.astd.org/astd/conferences/ICE/Housing_**Travel** - 36k - Cached - More from this site

312. The European Railway Server has moved!
  The ERS has moved! The European Railway Server has moved to a new site. ... To find a specific page or file on the new site, try replacing the hostname ...
  europa.iet.unipi.it/mercpag.html - 1k - Cached - More from this site

313. Disney Vacation Package s Disney World Reservations - Disney Vacations ...
  Let Pixiedust-**Travel** sprinkle Magic into your Family's Disney Vacation. ... **planners** are ready to assist you and your family in planning an unforgettable, magical ...
  www.pixiedust-**travel**.com - 56k - Cached - More from this site

314. California's Vacation **Travel** Website
  Our **travel** guide and vacation website contains hundreds of pictures, maps, trails, etc. ... FREE California **Travel Planners** - Great info by mail. Gateway to ...
  www.go-california.com - 19k - Cached - More from this site

315. South Pacific Travellers' World
  Offers a range of tour packages, short breaks, and day trips for independent travellers with coach **travel** and sightseeing inclusions.
  www.southpacific**travell**ers.co.nz - 37k - Cached - More from this site

316. CTP **Travel**, Events, Incentives.
  Current Job Openings: Corporate **Travel** Agent. Job Location: San Antonio, TX, San Antonio, Texas. 1.800.523.9036 ...
  www.travelctp.com/jobs - 8k - Cached - More from this site

317. **Travel Planners** Online, Inc - Home
  **Travel Planners** Online, Inc. 954-714-8829 or Toll Free: 1(877) 915-9540 ... for Specials with **Travel** Impressions. Contact Us. **Travel Planners** Online, Inc ...
  www.travel**planners**online.com - 15k - Cached - More from this site

318. Request for **Travel** Brochures and **Travel** Information - Wildland Adventures
  ... be happy to send you a **Travel Planner** for your destination of interest once you ... I would like the following **Travel Planners**: (limit of 2) or continue ...
  www.wildland.com/info/default.aspx - 54k - Cached - More from this site

319. Holiday **Planners**,India Holiday **Planners**,India **Travel Planners**,India ...
  Holiday **Planners** : Providing India Holiday **Planners**,Rajasthan,Kashmir Ladakh,Himalayan Trekking,South India, and all india taj group hotel reservation.
  www.holiday**planners**.biz - 7k - Cached - More from this site

320. Witte **Travel** & Tours | Group Tours Professional Staff
  ... as a Group **Travel Planner**, Jan has planned ... also manages the efforts of the Group **Travel Planners** and Group Tour Consultants. ... Group **Travel Planner** ...
  www.witte**travel**.com/group/group_staff.html - 23k - Cached - More from this site

- Moorea Hotel
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

- Webtravelconsultant
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can book yourself.

Also try: corporate **travel planners**, national **travel planners**, More...

Prev  27 28 29 30 31 **32** 33 34 35 36  Next

travel planners    [Search]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

SPONSOR RESULTS

Moorea Hotel
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

Webtravelconsultant
We offer Customized Vacations OR the best rates you can book yourself.
www.webtravelconsultant.com

Corporate Group **Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -.
www.Groople.com

Get **travel** Information on Montana
Get info on Montana recreational opportunities when you trip **planner**.
www.visitmt.com

Hilton Family Eadvantage
Hilton Family eAdvantage Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

Air **Travel** Planner
Hot deals on air **travel** anywhere.cFares. Great cheap airfares. Wow.
www.cfares.com

Plan a Australian **Travel**
**Travel** Planner - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

Corporate **Travel** Solution
Lower **travel** & booking costs w/ our on-demand **travel** management...
www.concur.com

See your message here...

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                                                    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [Search]    Advanced Search

**Search Results**                                    321 - 330 of about 10,500,000 for **travel planners** · 0.02 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS

- **Travel Planner**
  www.travelzoo.com - Get a Great Deal On Your Fare By Comparing Multiple Websites.

- **What Are You Waiting For?**
  www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.

321. **LC Travel Planners**
SuperStar Virgo - Star Saver 45 / 60 Days. StarKids Go Free ... 2007 © LC **Travel Planners** Pte Ltd. All Rights Reserved. Privacy Policy At Creation CS. ...
www.lctravel.com.sg · 31k - Cached - More from this site

322. **Travel agents: A good way to book your trip - Travel Tips - MSNBC.com**
... who operates Go Away Travel/Travel **Planners** International to get his opinion ... demonstrate the value a professional **travel planner** can bring to the transaction. ...
www.msnbc.msn.com/id/16994422 · 53k - Cached - More from this site

323. **Free Travel Information**
... including a comprehensive "Accommodations Guide and Vacation **Planner**" ... of interest to both individual travelers and meeting and convention **planners**. ...
www.gonorthwest.com/Visitor/planning/brochures.htm · 23k - Cached - More from this site

324. **DiveTravel.com**
There was a problem with the page you are trying to reach. Please try again or contact us if you would like to report an error. Thank you! Dive **Travel**.com ...
www.divetravel.com/Planners/tp-png.html · 8k - Cached - More from this site

325. **Hawaii Island Wellness Travel Association**
**Travel** Industry. **Travel Planners**. Wellness Centers. Wellness Destination Resort. Wellness Resources ... of wellness **travel** options including practitioners, ...
wellnesstravelhawaii.com · 12k - Cached - More from this site

326. **Sedona Arizona: Visit Sedona - Visitor, Tourism, Relocation and Media ...**
**Travel Planner**. Sedona Business Directory. Directory > **Travel** Services > all ... tools such as tour **travel planners**, slides, videos, posters, brochures, ...
visitsedona.com/index.php?...&cat=Travel+Services&subcat=all · 58k - Cached - More from this site

327. **American Craft Council: Baltimore Show 2007: Travel Information**
american craft council Baltimore Show 2007 ... **Travel** Information. AIRLINE AND ... are available through **Travel Planners**, the official **travel** agency for all ...
www.craftcouncil.org/baltimore/travel.php · 15k - Cached - More from this site

328. **Magical Gatherings - Travel with Kids Archives**
... to Disney places, who know us best, multi-household **travel** by families and ... The "Magical Gatherings **Planner**" is a free downloadable **travel** that helps you plan ...
travelwithkids.about.com/b/a/2003_11.htm · 32k - Cached - More from this site

329. **AAA Newsroom**
The number of Americans using online map **planners** is growing monthly, and AAA continues to be the leader with the TripTik® **travel planner**. ...
www.aaanewsroom.net/main/Default.asp?CategoryID=8&ArticleID=507 · 21k - Cached - More from this site

330. **Hawaii Group Travel and Meetings - AATPA**
... easy-to-manage group **travel** to Hawaii. ... ASSISTANCE TO YOUR GROUP **PLANNER** ... Most **travel planners** will begin before that to ensure the best selection of ...
www.aatpa.com/group · 19k - Cached - More from this site

SPONSOR RESULTS

- **Discount Travel Deals at Bookingbuddy**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev  28 29 30 31 32 **33** 34 35 36 37  Next

[travel planners]    [Search]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

SPONSOR RESULTS

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel planner** at SHOP.COM.
www.SHOP.com

See your message here...

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 46 of 67

Yahoo! | My Yahoo! | Mail     Welcome, Guest [Sign In]                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                    [Search]     Advanced Search

**Search Results**                    331 - 340 of about 10,500,000 for **travel planners** · 0.17 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**     More...

- **Montana Tourism Information**
  www.visitmt.com - See all there is to do under the Big Sky with our **travel** guide.
- **Plan a Australian Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier
  Reef, the Outback, rainforests, wildlife and Aussie culture.

331. **Travel + Leisure | Information and Resources for Travelers**
   ... **travel** reporting, quick access to destination facts, hot **travel** deals, ... **Travel Planners**. Big
   Island Festival. American Express **Travel**. Travelocity. Page 1 ...
   www.gilmorecamps.com/articles/**travel**1.htm - 25k - Cached - More from this site

332. **Powell's Books - by**
   ... One- to Five-Star quality ratings are updated annually and reflect Mobil's stringent inspection
   process.*Newly expanded, 17 Regional **Travel Planners** to choose ...
   www.powells.com/cgi-bin/biblio?show=Trade+Paper:Sale:0762735945:13.50 - 22k - Cached -
   More from this site

333. **Unbiased Travel Reviews - TripAdvisor**
   Hilton Waikoloa Village, Waikoloa, Island of Hawaii: Great Location, Horrible wedding **planners**.
   - Visit TripAdvisor for 434 unbiased reviews of Hilton Waikoloa Village.
   tripadvisor.com/ShowUserReviews-g60608-d89980-r4829832-Hilton_Waiko**...** - More from this
   site

334. **TRAVEL – Travel Wedding Planners – Travel To Learn – Category in the ...**
   WEDDING **TRAVEL** – **TRAVEL** AGENTS AND WEDDING **PLANNERS**. TROPICAL
   HONEYMOONS AND WEDDING GROUPS. ... Trip Packages, Rainforest Lessons, and **Travel**
   Tips. ...
   pccgraphics.com/shopping/category.php?n=77 - 57k - Cached - More from this site

335. **Group Travel : Group Hotel Rates :--: TMC Travel**
   **Travel** Management Company specializes in group **travel**, destinations management, event
   planning, trade show hotels, transportation, corporate activities and more.
   www.tmc**travel**.com/request_info.asp - 23k - Cached - More from this site

336. **CM Travel 4FUN - Home**
   Joomla - the dynamic portal engine and content management system, Joomla - the dynamic
   portal engine and content ... **Travel Planners** International 10504292 ...
   cm**travel**4fun.com - 32k - Cached - More from this site

337. **Traverse City Convention & Visitors Bureau | Tour Planners & Groups**
   Meetings and conventions ... Bureau provides a full range of complimentary services for **travel**
   **planners**. ... Request a copy of our Group Tour **Planner** ...
   www.visittraversecity.com/groups - 28k - Cached - More from this site

338. **Travel Agency Donates Commission to Retired Racing Greyhounds**
   ... the ownership of Skip Potter, an independent **travel** professional specializing ... with **Travel**
   **Planners** International, a leader in the **travel** industry utilizing ...
   www.prweb.com/releases/2006/7/prweb415120.htm - 35k - Cached - More from this site

339. **Logo Personalized Travel Mugs Promotional Custom**
   Shop Quality Logo Products for logo imprinted Personalized **Travel** Mugs Promotional **Travel**
   Mugs Custom. ...
   www.qualitylogoproducts.com/mug-personalized-**travel**.htm - More from this site

340. **Tampa Bay Convention and Visitors Bureau**
   Visitor information includes local attractions, accommodations, dinning, events, and weather.
   www.visittampabay.com - 33k - Cached - More from this site

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.
- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

Also try: corporate **travel planners**, national **travel planners**     More...

**Prev**     29   30   31   32   33   **34**   35   36   37   38     **Next**

travel planners                    [Search]

SPONSOR RESULTS

SPONSOR RESULTS

**Travel Planner**
Looking for **travel planner**? Find
exactly what you want today.
www.eBay.com

**Travel Planner**
Plan your trip: read reviews,
research destinations & get great
deals.
www.mytravelguide.com

**Travel Planner at
Amazon.com**
Qualified orders over $25 ship free.
Millions of titles, new & used.
Amazon.com/books

**Disney Cruise Vacation
Planning DVD**
Official Site. Order your Free
Disney Cruise Vacation Planning
DVD.
www.disneycruiseline.com

**Live Search Maps: Trip
Planner**
Get maps, directions, traffic
updates, local search and more.
Maps.Live.com

Corporate **Travel Manager**
Lower your costs with our proven
approach to corporate **Travel**...
www.amtrav.com

**Travel Planner**
Save on PDAs. Compare products,
prices & stores.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store
Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

See your message here...

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD    Document 6-3    Filed 06/02/2007    Page 47 of 67

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                        Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners    [ Search ]    Advanced Search

**Search Results**                        341 - 350 of about 10,500,000 for **travel planners** · 0.21 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **Travel Planner**
  www.Shopping.com/PDAs - Save on PDAs. Compare products, prices & stores.
- **Travel Planner**
  www.Dealtime.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

341. **Lansing Event Planners ( Wedding, Corporate,Travel )**
... web site available for Lansing Event **Planners**, Wedding, Meeting, Corporate, **Travel**, Coordinators - Wedding ... Wedding Event **Planner**. Home Source Network ...
www.nancydenny.com/content/article.html/1210929 - 80k - Cached - More from this site

342. **Vietnam Veterans of America Selects Diversity Travel Planners to ...**
WASHINGTON, May 17 /PRNewswire-USNewswire/ -- Vietnam Veterans of America (VVA), the sponsor of the November 10 parade ... Diversity **Travel Planners** president, ...
www.earthtimes.org/articles/show/news_press_release,108107.shtml - 38k - Cached - More from this site

343. **iMedia Connection: Online Travel's Future is Now**
... it is generally a late-stage **travel planner** who already knows where they were ... a better online experience for **travel planners** and a broader range of ...
www.imediaconnection.com/content/12380.asp - 47k - Cached - More from this site

344. **Gardner Travel- List of Corporate Travel Services**
Our business-specific **travel planners** provide security in your day to day life. ... your own professional **travel planner** - no chance encounters with ...
www.gardnertravel.com/service2.htm - 43k - Cached - More from this site

345. **Costa Rica Expeditions - Staff - TRAVEL PLANNERS**
As an Assistant **Travel Planner** Diego has had to learn fast and manage hundreds ... the right hand of our **Travel Planners**, Diego doesn't get to slow down ...
www.costaricaexpeditions.com/Aboutcre/staff/index.php?ty=TTP - 30k - Cached - More from this site

346. **AAA Bluegrass - Group Travel**
**Travel** trends indicate more and more families gathering for family reunion ... destination, AAA's experienced Group **Travel Planners** are dedicated to ensuring ...
www.aaabluegrass.com/readweb.asp?wid=3366 - 38k - Cached - More from this site

347. **Indiatravelinks - Strategic Travel Planners and Holiday Designers**
Indiatravelinks is Mumbai's well-known tour operator providing holiday and vacation services in the region of Rajasthan, Kerela, Goa, Himachal Pradesh, North India, ...
indiatravelinks.com - 32k - Cached - More from this site

348. **Travel_Planners**
NACTA.com - National Association of Commissioned **Travel** Agents ... **Travel Planners** International specializes in working with professional ...
www.nacta.com/hosts/HostAgencyPages/**Travel_Planners**.htm - 25k - Cached - More from this site

349. **Alexander Travel - About Us**
... **Travel** has been affiliated with **Travel Planners** International. ... **Travel Planners** International offers our clients 24 support, and should you need ...
www.alexandertravel.com/about.html - 16k - Cached - More from this site

350. **New Mexico Tourism Department**
... Commerce & CVBs **Travel** Agents Tour Operators Event **Planners** Outfitters & Guides ... Would you like to be notified about special deals and **travel** news? ...
www.nmtourism.org/go/loc/**travel**/page/DB-trip.html - 38k - Cached - More from this site

- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.
- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travel Planner**
Search Across Multiple Airline Sites For Low Fares.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

See your message here...

SPONSOR RESULTS

**Prev**  30  31  32  33  34  **35**  36  37  38  39  **Next**

travel planners    [ Search ]

Can't find what you need? Get your answer on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

travel planners - Yahoo! Search Results      Page 1 of 1

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 48 of 67

Yahoo! · My Yahoo! · Mail    Welcome, Guest [Sign In]       Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [Search]    Advanced Search

**Search Results**      351 - 360 of about 10,500,000 for **travel planners** - 0.24 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **What Are You Waiting For?**
  www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.
- **Discount Travel Deals at Bookingbuddy**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.

351. **Aladdin Travel and Meeting Planners**
**Travel** consultants. Features various, cruises, corporate and group **travel**, ... **Travel** &
Meeting **Planners** is the largest full-service, locally owned **travel** ...
www.aladdintravel.com - 10k - Cached - More from this site

352. **Arizona's Vacation Travel Website**
....COM is a vacation and **travel** guide for Arizona with over ... FREE Arizona **Travel Planners**
- Great info by mail. Famous Mining Boom Town. Near the Grand Canyon ...
www.go-arizona.com - 21k - Cached - More from this site

353. **AAA Unveils First Online Travel Agency for Motorists - HispanicBusiness.com**
... .com TripTik **travel planner** from all other online trip planning ... The TripTik
**travel planner** also provides advisories for winter road ...
www.hispanicbusiness.com/news/newsbyid.asp?id=56407 - 27k - Cached - More from this site

354. **Travel guide for baby boomers; tailor a trip to your personal interests**
PlayTravel ... Home > Play > **Travel**. Run Away From Home. Down and out in Beverly Hills?
Move ... **Travel Planner**. Start your vacation right (More) Ask the Expert ...
www.myprimetime.com/play/travel - 17k - Cached - More from this site

355. **2007 travel Planner from Day-Timer**
Find 2007 **travel Planner**, **planners** and other home organizers from Daytimer.com ...
**Planners** & Accessories. Create a Day-Timer Organizer. Complete **Planner** Solutions ...
personal-organization.daytimer.com/.../travel-Planner/0/False/11549 - 16k - Cached - More
from this site

356. **ALL STAR ADVENTURES - incentive travel, corporate rewards, reward travel**
Newsletter Signup: Corporate Meeting Planning. Corporate Event Planning. Wanaka NZ
house ... Copyright © 2007 All Stars Adventures, Ltd. all rights reserved ...
www.allstartrips.com/corporate.html - 22k - Cached - More from this site

357. **Personal Planners | Day-Timers**
With personal **planners** and organizers for home, business, and **travel**, it's easy to mix and
match to suit your needs and individual style. Learn more!
www.daytimer.com/collections/56B35FF27ACA47E2BE6A45446637499/False/1 - More from
this site

358. **Guest's Travel Planner - Airlines, Alaska Ferry System & Weather ...**
Sitka Alaska **Travel Planner** - Kain's Fishing Adventures ... call your personal **travel** agent to
arrange your airline **travel** to Sitka, Alaska. ...
www.kainsfishingadventures.com/Airlines1.htm - 15k - Cached - More from this site

359. **Tour & Travel Planners | Long Island Convention & Visitors Bureau**
Discoverlongisland.COM is the official Tourism Promotion Agency for ... Meeting **Planners**
Sport Event **Planners** Tour & **Travel** Press Room Contact Us. Counties ...
discoverlongisland.com/display_info.cfm?... - 26k - Cached - More from this site

360. **Escorted Tours - Alaskan Land Tours and European Escorted Tours from ...**
My **travel planner**. Receive e-newsletters of our deals and trips based on your ... by our own
expert **travel planners** specifically with the expectations and ...
www.vantagetravel.com/TripIntro_LAND - 26k - Cached - More from this site

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.
- **Online Vacation Secrets**
  www.VideoProfessor.com - Learn How to Find Deals on Airfare, Currency & Accommodations.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev   31   32   33   34   35   **36**   37   38   39   40   Next

[ travel planners ] [Search]

Can't find what you need? Get your answer on Yahoo! Answers

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

---

### SPONSOR RESULTS

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns
and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &
Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel
planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel planner** at
SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and
Travel**
Get big savings on hotels, air/hotel
packages, car rentals and more.
Travel-N-Save.com

See your message here...

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                                      Help

**YAHOO!** SEARCH    travel planners    [Search]    Advanced Search

Web | Images | Video | Local | Shopping | more »

**Search Results**                                361 - 370 of about 10,500,000 for **travel planners** · 0.21 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- Last Minute **Travel** Deals
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
- Panama Immigration & Residency Visas
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency Visas for Less.

361. Kerala Tour Packages
Specializes in holidays tours to South India.
www.keralatourpackages.com - 38k - Cached - More from this site

362. **Travel planner** organizer: VIP Organizer is the best **travel planner** ...
**travel planner** organizer by VIP Quality Software is the best **travel planner** ... Why does VIP Organizer stand out against other **travel planners** and organizers? ...
vip-qualitysoft.com/products/organizer/**travel_planner**_organizer.html - 39k - Cached - More from this site

363. Campbell **Travel**
... travelers and **travel** planners 24 / 7 access to **travel** reservations while ... Corporate **Travel** Manager system permissions. Corporate **Travel Planner** system ...
www.campbell**travel**.com/resx.shtm - 20k - Cached - More from this site

364. NEPA **TRAVEL PLANNERS**
www.nepa**travelplanners**.com - 755 - Cached - More from this site

365. iMedia Connection: DM Tactics Benefit **Travel** Marketers
A research project indicates that direct, personalized incentives increase ... Nearly half of online **travel planners** also use destination websites -- such as ...
www.imediaconnection.com/content/7663.asp - 50k - Cached - More from this site

366. triplehelix Puako **Travel** Page - VirtualTourist.com
**Travel** Guides. Book **Travel**. Meet Members. **Travel** Deals. Trip **Planner**. Forums ... Let our expert **travel planners** help. Find: Matching: Advanced ...
members.virtualtourist.com/m/a507b/bca77 - 37k - Cached - More from this site

367. Philadelphia Hospitality | **Travel Planners**
As we strictly adhere to our cancellation policy, we strongly recommend that you ... To obtain insurance application or if you have any questions ...
www.philahospitality.org/**travel_planners**/**travel**_insurance.html - 10k - Cached - More from this site

368. **Travel** Services Office
... **travel** services ... Please contact Corporate **Travel** Planners at 210-366-1142 if you ... Building and Procurement Commission. State **Travel** Management Program ...
www.uthscsa.edu/business/**travel** - 16k - Cached - More from this site

369. LA INC. The Convention & Visitors Bureau | **Travel** Professionals
Los Angeles Convention Visitor Bureau. ... Visitor Information. CruiseLA. Meeting Professionals. **Travel** Professionals. Press Room ...
www.seemyla.com/**travel**pro/rfp.aspx - 18k - Cached - More from this site

370. Corporate_**Travel**_Partners
NACTA.com - National Association of Commissioned **Travel** Agents ... Carlson Wagonlit / Corporate **Travel** Planners. ... you select Corporate **Travel** Planners, Inc. ...
www.nacta.com/hosts/AgencyPages/HostAgencyPages/Corporate_**Travel**_Partners.htm - 22k - Cached - More from this site

- Grapheety - Find Places
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.
- Hot **Travel** Deals on Sale
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

Also try: corporate **travel planners**, national **travel planners**    More...

**Prev**  32  33  34  35  36  37  38  39  40  41  **Next**

travel planners    [Search]

SPONSOR RESULTS

SPONSOR RESULTS

Grapheety - Find Places
See what happened there last night. Tell the good stories tomorrow.
www.grapheety.com

Hot **Travel** Deals on Sale
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel planner** at Smarter.com.
www.smarter.com

A **Travel Planner**
Buy a **Travel planner** at SHOP.COM.
www.SHOP.com

Big Discounts On Hotels and **Travel**
Get big savings on hotels, air/hotel packages, car rentals and more.
Travel-N-Save.com

Lake Tahoe **Travel Planner** - Click Here
Where to stay or play, guides to recreation, skiing and casinos....
www.tahoevacationguide.com

Make 2007 Clutter-Free
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

A **Travel Planner** on Cataloglink
Find a **travel planner** on CatalogLink.
www.CatalogLink.com

See your message here »

SPONSOR RESULTS

Search Faster -Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 50 of 67

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                                    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | **more »**

travel planners          [Search]   Advanced Search

**Search Results**                                    371 - 380 of about 10,500,000 for **travel planners** · 0.27 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **A Travel Planner**
  www.SHOP.com - Buy a **Travel** planner at SHOP.COM.

- **Big Discounts On Hotels and Travel**
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.

371.  **TCI Travel**
... experience or our TCI **travel planners** means we understand everything that ... 20 years of group and incentive **travel** experience, TCI has the ability to create ...
www.tci**travel**.net - 14k - Cached - More from this site

372.  **Corporate Meetings, Family Reunions and Group Travel - Get Great Low ...**
Our team of group **planners** can help you organize the perfect group package. ... out our Reunion Request Form and a **travel** planner will be contact you shortly. ...
www.golden**travel**guides.com/groups.htm - 47k - Cached - More from this site

373.  **Questions for Tour Groups & Travel Planners**
questions to ask tour groups and **travel planners** when looking for a vacation ... Group leader or Trip **Planner** should know each persons ability and if the tour ...
www.lookingforadventure.com/questionsfortourgroups.htm - 56k - Cached - More from this site

374.  **AMC: Lodging - Special Offers for Group Travel Planners**
Current Specials for Group **Travel Planners**. Book your next group outing, retreat, or reunion at the Highland Center between ...
www.outdoors.org/lodging/groups/specials-groups.cfm - 39k - Cached - More from this site

375.  **Sedona Travel Planner Interactive CD-ROM**
The Official Interactive CD-ROM of the Sedona - Oak Creek Canyon Chamber of Commerce produced in cooperation with ... meeting **planners**, **travel** professionals ...
www.sedonacd.com - 4k - Cached - More from this site

376.  **Family Vacations**
Squire **Travel** has exciting family vacation ideas for every budget. ... YOUR VACATION BEGINS ONCE YOU OPEN THE DOORS OF SQUIRE **TRAVEL PLANNERS** ...
www.squire**travel**.com/4462237_6712.htm - 18k - Cached - More from this site

377.  **Alta Travel Planners** - Translate this page
Este us un texto simulado solo para mostrar como ser verá el texto real. Este us un texto simulado solo para mostrar como ser verá&aacute; el texto real. ...
www.alta**travelplanners**.com/glance.html - 9k - Cached - More from this site

378.  **Business Travel Executive | askBTE.com**
... by delivering successful managed **travel** and procurement methods, processes, ... reservation and **travel** management portal designed for **travel planners** at small ...
www.askbte.com/dept.asp?issueid=176&deptid=13 - 232k - Cached - More from this site

379.  **Slotsy Tours & Travel**
... band, choir and athletic group tours, and business incentive **travel planners**. ... West's most experienced and knowledgeable rail **travel planners** and consultants. ...
www.slotsytours.net - 9k - Cached - More from this site

380.  **Family Travel Forum**
**Travel Planners** Membership - $9.95 for 3 Months. Save 20% and Get ... 3 Month Recurring **Travel Planners** Membership. 1 Year Frequent Travelers Membership ...
www.family**travel**forum.com/memberbenefits_details.html - 52k - Cached - More from this site

- **Lake Tahoe Travel Planner - Click Here**
  www.tahoevacationguide.com - Where to stay or play, guides to skiing, recreation, and casinos.

- **Make 2007 Clutter-Free**
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance, it's simple.

SPONSOR RESULTS

**Lake Tahoe Travel Planner - Click Here**
Where to stay or play, guides to recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner** on Cataloglink
Find a **travel** planner on CataloLink.
www.CatalogLink.com

**Cheap Tickets**
The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.
www.CheapTickets.com

**Travel Planner**
Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
**Travel** planner at Pronto - More Products, Lower Prices.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube System? Plan all your UK **travel** here.
VisitBritain.us

**Travel Planner - Shop**
Millions of Products. Read Reviews. **Travel planner**: Cheap Prices.
www.NexTag.com/electronics

**See your message here...**

SPONSOR RESULTS

Also try: corporate **travel planners**, national **travel planners**    More...

Prev   33  34  35  36  37  38  39  40  41  42   **Next**

travel planners          [Search]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

Yahoo!   My Yahoo!   Mail   Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH    Web | Images | Video | Local | Shopping | more »
travel planners                    [Search]  Advanced Search

**Search Results**                                     381 - 390 of about 10,500,000 for **travel planners** · 0.18 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

**SPONSOR RESULTS**

- **A Travel Planner on Cataloglink**
  www.CatalogLink.com - Find a **travel planner** on CatalogLink.

- **Cheap Tickets**
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.

381. **Itinarod.com Untangles Web of Online Travel Planning Sites**
... self-help directory is divided in 11 categories to aid the **travel planner**: ... Bargain Finder--enables **planners** to quickly find air, hotel, car, vacation ...
www.prweb.com/releases/2006/5/prweb389997.htm - 37k - Cached - More from this site

382. **Destination: Earth Travel Store - Your one-stop travel equipment ...**
Welcome to Destination: Earth **Travel Planners**. Our Mission ... site also offers you quality **travel** equipment and accessories in one convenient ...
www.destination-earth.com - 18k - Cached - More from this site

383. **Online Travel Marketing Journal - Travel Industry Updates & Marketing ...**
... to the latest online **travel** marketing trends and news in the **travel** industry. ... Almost half of online **travel planners** also use destination Web sites - such as ...
www.travelmarketingblog.com/archives/online_travel_marketing/index.asp - 35k - Cached - More from this site

384. **Out of Country Travel**
... Health Benefits coverage with you, as well as aware of your **travel** plans. ... Student Financial Aid to obtain their form for faculty and staff **travel planners**. ...
www.siue.edu/INTERNATIONAL/OCTRAVEL/outcotrvl.htm - 19k - Cached - More from this site

385. **WeeBee Travel Group Trips for the Specialize**
a Family-owned **Travel** Consultation Company specializing in affordable, ... WeeBee **Travel**, Inc. Affiliated with **Travel Planners** International ...
www.weebeetravel.com/FRIENDS - 21k - Cached - More from this site

386. **planners**
Main >> Food, **Travel** & The Arts >> Europe. BRITISH VACATION **PLANNERS**. British Vacation **Planners** is a groups of **travel planners** and consultants who ...
members.aol.com/gobrit/**planners**.html - 9k - Cached - More from this site

387. **African American Travel Conference**
... industry accessibility to **travel planners** of African American organizations. ... together 35O African American **travel planners** from across the country, the ...
www.africa-ata.org/ethics.htm - 12k - Cached - More from this site

388. **Golden Travel - Book Air, Hotels and Car Rentals ONLINE NOW!**
will keep you up to date on all **travel** specials that match your **travel** preference. ... American **Travel** Bureau. **Travel Planners** International ...
www.goldentravel.biz - 20k - Cached - More from this site

389. **Haymarket media meetiNG/traVeL PLaNNerS dataBase** (PDF)
arrangements with the Haymarket media meetiNG/**traVeL. PLaNNerS** dataBaSe. ... The HAYMARKET MEDIA MEETING/**TRAVEL PLANNERS** DATABASE is ...
www.edithroman.com/dc/hmmeetingplanner.pdf - 111k - View as html - More from this site

390. **Travel Tips and Advice at Frommer's**
Find all the **travel** tips and tools you need to help you plan your vacation. ... Click here to download our printable **travel planners**! more ideas. Photography ...
www.frommers.com/tips - 44k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.

- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.

Also try: corporate **travel planners**, national **travel planners**   More...

**Prev**   34  35  36  37  38  **39**  40  41  42  43   **Next**

travel planners                    [Search]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

**SPONSOR RESULTS**

**Travel Planner**
Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube System? Plan all your UK **travel** here.
VisitBritain.us

**Travel Planner - Shop**
Millions of Products. Read Reviews. **Travel planner**: Cheap Prices.
www.NexTag.com/electronics

**Free Travel Guides**
Free Vacation guides with valuable information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and Vacation Guide**
Activity information & **travel** tips to plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection. **Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Know before you go. Read reviews from real travelers.
www.tripadvisor.com

**See your message here...**

**SPONSOR RESULTS**

travel planners - Yahoo! Search Results                                    Page 1 of 2

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 52 of 67

Yahoo!  My Yahoo!  Mail   Welcome, **Guest** [Sign In]                                    Help

# YAHOO! SEARCH

**Web** | Images | Video | Local | Shopping | **more »**

travel planners                                [Search]  Advanced Search

**Search Results**                                391 - 400 of about 10,500,000 for **travel planners** - 0.30 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    More...

- **Travel Planner**
  VisitBritain.us - Travelling on London's Tube System? Plan all your UK **travel** here.

- **Travel Planner Prices**
  www.NexTag.com/travel - Compare Prices incl Tax & Shipping. See Product Pics, Specs & Reviews.

391.  **Missouri River Country**
      Plan your vacation by ordering a free copy of our **travel planners** and brochures. ... This detailed **travel** planner contains great information about the state of ...
      missouririver.visitmt.com/guestbook/missouri_guestbook.asp?siteid=92 - 30k - Cached - More from this site

392.  **The Travel Authority - Help / FAQ**
      Find the best prices for **travel** on the Internet with The **Travel** Authority, make reservations for flights, hotels, ... **Travel Planners. Travel** Tools. What is ...
      thetravelauthority.tta-inc.com/support - 8k - Cached - More from this site

393.  **Scottsdale AZ : Visitors Vacation Travel and Tour Guide**
      ... is a premier vacation **travel** destination where you can ... **Travel Planners** Guide ... **Travel** Planners Guide is a comprehensive resource to assist ...
      www.scottsdalecvb.com/tour/index.cfm?action=support - 48k - Cached - More from this site

394.  **NWsource: Advertise & market your business in our travel directory listings**
      ... **travel** guide providing visitor information about Washington state, Oregon, and ... **Travel planners** use NWsource to find everything they can about destinations in ...
      www.nwsource.com/advertising/listings - 15k - Cached - More from this site

395.  **Intro It's A Trip Travel**
      Full Service **Travel** Planners ... Click Here to Enter Site ...
      itsatriptravel.com - 4k - Cached - More from this site

396.  **SIA-Appointed Travel Agents in Singapore**
      travelinfo, **travel** agents, **Travel** Agents in Singapore ... UOB **TRAVEL PLANNERS** PTE LTD. 480 Lorong 6 Toa Payoh #20-01 HDB Hub East Wing. Singapore 310480 ...
      singaporeair.com/saa/en_UK/.../before/travelinfo/travelagent/utoz.jsp - 29k - Cached - More from this site

397.  **Meigs Media Group, Inc. - Research - BusinessWeek - 2001 Online Travel ...**
      A turnkey producer of Special Advertising Sections and **Travel** Media Consultant. ... Online leisure **travel** planners, or E-travel consumers, don't plan very far in ...
      www.meigsmedia.com/research/research_2001online.html - 12k - Cached - More from this site

398.  **Pavlus Travel**
      ... **travel** discounts safari information tours selection of Africa safaris and African **Travel** micato ... Prices. We Have Experienced **Travel Planners** Who Have ...
      www.cheapertravel.com/about - 25k - Cached - More from this site

399.  **Vietnam Veterans of America Selects Diversity Travel Planners to ...**
      Melinda Marinoff, Diversity **Travel Planners** president, has a long history of ... **Travel** Planners, are opening up their services to provide exclusive **travel** ...
      prnewswire.com/cgi-bin/stories.pl?ACCT=109&STORY=/www/story/...&EDATE= - 57k - Cached - More from this site

400.  **Travel Information**
      **Travel Planners**, Inc. ... agrees that the Show Management/**Travel Planners** shall not be held responsible in ... a room through **Travel Planners** of New York ...
      www.truckshow.com/travelinfo.html - 16k - Cached - More from this site

- **Free Travel Guides**
  www.100bestvacations.com - Free Vacation guides with valuable information. Easy online ordering.

- **New York Travel Tips and Vacation Guide**
  www.retentioncenter.com - Activity information & **travel** tips to plan dream New York vacation.

Also try: **corporate travel planners**, **national travel planners**    More...

**Prev     35  36  37  38  39  40  41  42  43  44     Next**

---

SPONSOR RESULTS

**Free Travel Guides**
Free Vacation guides with valuable information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and Vacation Guide**
Activity information & **travel** tips to plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection. **Travel** planner on Sale.
www.Calibex.com

**Travel Planner**
Know before you go. Read reviews from real travelers.
www.tripadvisor.com

**Shopping for Travel**
**Travel** Tips - What to take - Where to shop.
www.awelltraveledpath.com

See your message here...

SPONSOR RESULTS

travel planners                                    [ Search ]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Case 1:07-cv-03119-GBD        Document 6-3        Filed 06/02/2007        Page 54 of 67

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                                                    Help

**YAHOO!** SEARCH

| **Web** | Images | Video | Local | Shopping | **more »** |

travel planners                                    [ Search ]    Advanced Search

**Search Results**                                              401 - 410 of about 10,500,000 for **travel planners** · 0.19 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**   **More...**

- **Free CA Travel Guide**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Attractions-Activities-Events-More.
- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

401. **Group Travel Planners, Custom made Group Tours to Australia**
     Customized tours and **travel** to Australia for businesses, organizations,schools, sports teams, reunions, or any group **travel** planning
     www.groups.com.au · 18k · Cached · More from this site

402. **Tarleton State University Student Travel Regulations**
     ... rosters should be submitted no later than one working day prior to **travel**. ... **Travel planners**/supervisors are encouraged to consider the number of ...
     www.tarleton.edu/~stuserv/student**travel**.html · 19k · Cached · More from this site

403. **Travel Management Services | Agencies**
     Providing outstanding **travel** services and resources to The University of Texas at ... Corporate **Travel Planners** (CTP) you may e-mail your request using the ...
     www.utexas.edu/services/**travel**/contact.html · 12k · Cached · More from this site

404. **Group Leaders of America**
     ... Chapter Meeting and have the **Travel Planners** experience what you have to offer first hand. ... Wisconsin Dells Holiday Tour **Planner**. SST Tours - The Best ...
     www.glamer.com/**travel**industry.asp · 19k · Cached · More from this site

405. **Parker Company**
     Offers affordable Italian vacation rentals in all regions of Italy. **Travel** guides and database of villas and homes for rent online.
     www.theparkercompany.com · 15k · Cached · More from this site

406. **Travel Study-FINALForPDF** (PDF)
     **planner** can be a. source of control and. comfort. By taking. control over the ... **Travel planners** may. actually be in the best position for meeting the three ...
     www.contextresearch.com/context/pdf/**travel**_study.pdf · 2051k · View as html · More from this site

407. **BM Global Business Services - Travel and transportation**
     Where will the **travel** and transportation industry find the next opportunities? ... **Travel planners** and Quikbook check in new business with faster response times ...
     www.ibm.com/services/us/bcs/html/bcs_**travel**transportation.html · 31k · Cached · More from this site

408. **All World Travel, Inc | Since 1971 - Tours - Group - Cruises - Vacation ...**
     ... in providing quality corporate and leisure **travel** services. ... Group **Travel Planners** & Staff. Reasons to Use Performance Group Tour Specialists. References ...
     www.allworld**travel**.com/Groups · 28k · Cached · More from this site

409. **Travel Insurance: Travel Protectors - Coverage for trip, medical ...**
     **Travel** Protectors is a **travel** insurance and medical assistance that travels with you. ... **Travel** Protectors is a **travel** insurance company formed by **travel** experts and ...
     www.**travel**protectors.com/bios.shtml · 34k · Cached · More from this site

410. **MyVisaAdviser**
     Find visa advice for all nationals. Offers a personalized online visa search result, with full requirements and all the necessary forms.
     www.myvisaadviser.co.uk · 43k · Cached · More from this site

- **July Cabin Specials! Luxury Cabins**
  www.yourcabin.com - Timber Tops Luxury Log Cabin July Special. 4 for 3 on all cabins.
- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

Also try: **corporate travel planners**, **national travel planners**   **More...**

SPONSOR RESULTS

**July Cabin Specials! Luxury Cabins**
Timber Tops Luxury Log Cabin July Special. 4 for 3 on all cabins.
www.yourcabin.com

**Moorea Hotel**
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized VACATIONS OR the best rates you can book yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -.
www.Groople.com

**Hilton Family Eadvantage**
Hilton Family eAdvantage Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel** anywhere.cFares. Great cheap airfares. Wow.
www.cfares.com

**Montana Tourism Information**
See all there is to do under the Big Sky with our **travel** guide.
www.visitmt.com

**Plan a Australian Travel**
**Travel Planner** - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

See your message here...

http://search.yahoo.com/search?p=travel+planners&ei=UTF-8&pstart=1&fr=yfp-t-501&b...   5/31/2007

travel planners                                   Search

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [ Search ]    Advanced Search

**Search Results**

411 - 420 of about 10,500,000 for **travel planners** · 0.04 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **Travel Planner**
  www.Shopping.com/PDAs - Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.
- **Travel Planner**
  www.Dealtime.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

411. **Kaleidoscope Adventures: Educating Students Through Travel**
Kaleidoscope Adventures is a full-service tour operator specializing in **travel** for student groups, including performance trips, educational trips, senior trips and more
www.kaleidoscopeadventures.com - 11k - Cached - More from this site

412. **Travel**
... for **travel** clubs, **travel** guides, trip **planners** and more information about **travel**. ... **travel planner**. Highway trip **planner**. Holidays.com. Specialty **Travel** ...
www.partyguideonline.com/**travel**/**travel**.html - 44k - Cached - More from this site

413. **Travel** Management Services | Online Reservation Form
**Travel** Planning. QuickTrip Online Reservation System. Navigant ... below to have your request electronically submitted to Corporate **Travel Planners**. ...
www.utexas.edu/services/**travel**/forms/ctpireservation.html - 15k - Cached - More from this site

414. **Esprit Travel & Tours: Cultural Tours to Japan, China and Asia: Site Map**
... tours, Esprit **Travel** & Tours delivers extraordinary cultural **travel** experiences... trip, or side trip, Esprit's **travel planners** are ready to create a memorable ...
www.esprit**travel**.com/sitemap.html - 17k - Cached - More from this site

415. **Corporate Travel Planners Support Midwest Airlines; Oppose Takeover by ...**
Corporate **Travel Planners** Support Midwest Airlines; Oppose Takeover by AirTran. - MILWAUKEE, May 9 /PRNewswire-FirstCall/ -- Midwest Airlines (Amex: MEH - News), a ...
biz.yahoo.com/prnews/070509/aqw129b.html?.v=1 - 19k - Cached - More from this site

416. **EuropeFromAtoZ.com**
Send us some **travel** information, and we will get started planning for you today! ... Copyright © EuropeFromAtoZ.com by a to Z **Travel Planners**, Inc. 1995 - 2007 ...
www.europefromatoz.com - 6k - Cached - More from this site

417. **Travel** Information
Expo Online **Planner**. Attend. Exhibit. International. Press. Request ... Hotel rates and airfare discounts have been negotiated for us by **Travel Planners**. ...
www.expoeast.com/index.cfm - 30k - Cached - More from this site

418. Bloomington Indiana Tourism Center : Meeting **Planners** and Convention ...
... can assist meeting **planners** with all their planning ... customized **travel planner**. May 2007. S. M. T. W. T. F. S. 29. 30. 1. 2. 3. 4. 5. 6. 7. 8. 9. 10. 11. 12 ...
www.visitbloomington.com/static/index.cfm?contentID=3 - 20k - Cached - More from this site

419. **Corporate Travel Planners Support Midwest Airlines; Oppose Takeover by ...**
... of a recent survey of Milwaukee and Kansas City-area corporate **travel planners** ... Corporate **travel planners** consistently cite these programs and services - which ...
www.earthtimes.org/articles/show/news_press_release,103547.shtml - 43k - Cached - More from this site

420. **Corporate Incentive Travel – Group Hotel Rates from Groople.com**
... **travel planners** provide free quotes. Groople - Group **Travel** Made ... Great deals for corporate incentive **travel** – do I hear boondoggle? Oops! ... **travel** ...
www.groople.com/hotels/CorporateIncentives.aspx - 74k - Cached - More from this site

SPONSOR RESULTS

- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.
- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    37  38  39  40  41  **42**  43  44  45  46    **Next**

[ travel planners ]    [ Search ]

---

Search Faster - Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

SPONSOR RESULTS

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travelzoo®: Travel Planner**
Save Time And Money - Use The Airfare Search Engine at Travelzoo.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

See your message here...

Yahoo!   My Yahoo!   Mail     Welcome, **Guest** [Sign In]                     Help

**YAHOO!** SEARCH

**Web** | Images | Video | Local | Shopping | **more »**

travel planners      [ Search ]   Advanced Search

**Search Results**                  421 - 430 of about 10,500,000 for **travel planners** - 0.22 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**   **More...**

SPONSOR RESULTS

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning DVD.
- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

421. **Let Us Plan Your Next Great ESCAPE !!**
  **TRAVEL** BOOKING. CONTACT US. Come and Join with US. See the WORLD ! ... **Travel** Tips. **Travel** Insurance. Username: Password: Premier **Travel Planners**. a Member ...
  www.eztravelgroup.com - 14k - Cached - More from this site

422. **Greece for Visitors Site Map - An A to Z of Greece and Greek Travel**
  Pictures of Greece Greece **Travel Planner** Clothing-Optional Beaches in Greece How ... Wedding **planners**, official requirements on paperwork, and suggestions ...
  gogreece.about.com/library/blgreecesitemap2.htm - 107k - Cached - More from this site

423. **Travel Planner of Big Bear Lake California and Bed and Breakfasts**
  Also view Spring, Summer and Autumn's **Travel Planners**. Welcome - Inns - Specials - Events - Retreats & Weddings - **Travel Planner** - Map ...
  www.bigbearbnb.com/travelplanner-winter.html - 6k - Cached - More from this site

424. **National Stationery Show**
  Click Here to change or cancel an existing **Travel Planners** reservation. ... help you prior to your arrival, and **Travel Planners** staffers are on call 24/7 to ...
  www.nationalstationeryshow.com/content/travel.htm - 21k - Cached - More from this site

425. **Let Our Experience Make Your Experience--PREMIER!**
  ... at Premier Tour and **Travel** are here to provide your ... Experienced, Knowledgeable, & Friendly **Travel Planners**. Competitive Prices & Quality Service ...
  www.premiertourandtravel.com - 13k - Cached - More from this site

426. **The Andrew Harper Collection**
  ... for frequent travelers and **travel planners** who need descriptions of the ... Collection can serve as your lifetime personal and business **travel planner**. ...
  www.andrewharpertravel.com/ahtisapi.dll/harper - 13k - Cached - More from this site

427. **Travel Organizers**
  ... Planning--**Travel** Organizer & Packing Lists. **Travel Planners** ... 4 **Travel** Clothes **Planners**. 2 Instructions for House Care. 2 Instructions for Child Care ...
  www.listorganizer.com/protrav.htm - 27k - Cached - More from this site

428. **Disaster travel planners - Business - The Washington Times, America's ...**
  The Washington Times Business: Disaster **travel planners** ... Disaster **travel planners**. By Erik Schelzig. ASSOCIATED PRESS. September 3, 2005 ...
  www.washtimes.com/business/20050902-094524-8153r.htm - 39k - Cached - More from this site

429. **Doi travel newsletter** (PDF)
  Easy Access for **Travel Planners**. A **Travel Planner** is one who is author ... A **travel planner** can easily re- search a variety of flights, hotels, and ...
  www.doi.gov/pfm/trav&relo/travel_newsletter/aug_2002.pdf - 521k - View as html - More from this site

430. **Atlanta travel agency with American Express services**
  Atlanta Georgia corporate-business management travel services offering American Express **travel** related products, online booking, gift checks-cheques, group **planners** ...
  www.willtrav.com/about/atlanta.php - 10k - Cached - More from this site

SPONSOR RESULTS

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.
- **Travel Planner**
  www.Shopping.com/PDAs - Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.

Also try: **corporate travel planners**, **national travel planners**   **More...**

SPONSOR RESULTS

**Corporate Travel Manager**
Lower your costs with our approach to corporate **Travel**...
www.amtrav.com

**Travel Planner**
Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Save on PDAs. Compare products, prices & stores.
www.Dealtime.com/PDAs

**Travel Planner - Save up to 70%**
Easily Compare Deals to Racine Also See Photos & Candid Reviews.
travel.yahoo.com

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travelzoo® Travel Planner**
Save Time And Money - Use The Airfare Search Engine at Travelzoo.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**See your message here...**

Prev   38   39   40   41   42   **43**   44   45   46   47   Next

travel planners                                    [ Search ]

Yahoo! Answers: **Search questions and answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                                      Page 1 of 1

Case 1:07-cv-03119-GBD     Document 6-3     Filed 06/02/2007     Page 59 of 67

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                    [Search]    Advanced Search

**Search Results**                                   431 - 440 of about 10,500,000 for **travel planners** · 0.21 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- A **Travel Planner** on Cataloglink
  www.CatalogLink.com - Find a **travel planner** on CatalogLink.

- Cheap Tickets
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.

431. Lee County Chamber of Commerce - **Travel Planners**
  **Travel Planners**. Please TELL THEM YOU FOUND THEM ON... I Love Lee County.com ...
  **Travel** Partners USA ... Keep It Real Cruises & **Travel** Agency ...
  www.leechamber.com/en/**travel**-planners - 28k - Cached - More from this site

432. Beyond **Travel**
  A Destination Design Company. We are a full service **Travel** Management company. ... Our
  dedicated professional **Travel Planners** have years of experience in a wide ...
  beyond**travel**.com - 8k - Cached - More from this site

433. MAX Traveler's **Planner**
  This is a review of MAX Traveler's **Planner**. ... monthly itinerary **planners**; and spaces to record
  daily **travel** goals, contacts; ...
  www.suite101.com/article.cfm/**travel**_book_reviews/112714 - 28k - Cached - More from this site

434. Business **Travel** Expo Hong Kong attracts strong response
  ... **planners** prior to its opening at the Hong Kong Convention & Exhibition Centre on ... "We are
  now expecting many more **travel planners** to attend than the 1,220 who ...
  www.worldroom.com/pages/**travel**news/news2004/news03200412b.phtml - 53k - Cached -
  More from this site

435. Casa Del Salsa
  HOME. SALSA. BASKETS. S & H. CONTACT US. Casa Del Salsa. Where Fruits get an
  Attitude. Pablo Pepper Say's Click Here. To get your Chips Dipped. Red Salsa. Fruit Salsa ...
  www.worldwide**travel**planners.com - 5k - Cached - More from this site

436. Official Carlsbad, CA **Travel** Guide
  Year-Round Fun, Sun & Sea! Just 35 miles north of San Diego ... **Travel** Media Resources.
  Press Room. Press Releases. Photo Library. Meeting **Planners** Resources ...
  www.destinations2discover.com/microsite/index.php?id=72 - 55k - Cached - More from this site

437. Costa Rica Vacation Packages - Costa Rica **Travel**
  ... Rica Vacation Packages, wonderful **travel** itineraries that combine the country's ... be happy
  to work with you to create your own custom vacation **travel** itinerary. ...
  www.mycostaricalink.com/costa_rica_vacation_packages/packages.htm - 35k - Cached - More
  from this site

438. Active and Adventurous - Goway **Travel** Experiences
  ... **travel** ideas for the young and young at heart, from Goway **Travel**. ... adventure
  brochures/**travel planners** to destinations or adventure travel concepts. ...
  www.goway.com/adventure/index.html - 20k - Cached - More from this site

439. To: Vice Presidents Deans Directors Senior Business Officers Travelers ...
  (PDF)
  Travelers and **Travel Planners**. From: Lloyd Armstrong, Jr. Dennis F. Dougherty. Date: ...
  Manual (which previously did not address business class air **travel**) ...
  fbs.usc.edu/depts/**travel**/object.aspx?object_id=1468 - 53k - View as html - More from this site

440. New York International Gift Fair®
  ... official **travel** agency, **Travel Planners**, is the ... ( If you find a lower rate, **Travel Planners**
  will match it) No pre-payment for hotel reservations ...
  www.nyigf.com/**travel**/travela.html - 23k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.

- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev  39  40  41  42  43  44  45  46  47  48  Next

travel planners                 [Search]

SPONSOR RESULTS

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK travel
here.
VisitBritain.us

**Travel Planner Prices**
Compare Prices incl Tax &
Shipping. See Product Pics, Specs
& Reviews.
www.NexTag.com/electronics

Free **Travel** Guides
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

New York **Travel** Tips and
Vacation Guide
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Know before you go. Read reviews
from real travelers.
www.tripadvisor.com

See your message here...

Get Yahoo! Toolbar - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy | Legal · Submit Your Site

Yahoo!  |  My Yahoo!  |  Mail     Welcome, Guest [Sign In]                                                                    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                    [ Search ]    Advanced Search

**Search Results**                                                    441 - 450 of about 10,500,000 for **travel planners** · 0.28 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.
- **Travel Planner**
  VisitBritain.us - Travelling in London's Tube System? Plan all your UK **travel** here.

441. India Trip **Planner**.**Travel** Tours India,Package **Travel** India,Make My Trip ...
India Trip **Planner** offering Trip to India, India Adventure Trip, India Cultural Trip, India Trip
Maker, India Wildlife Trip, Rajasthan Trip, Kerala Trip, India Goa Trip, ...
www.indiatrip**planner**.com - 27k - Cached - More from this site

442. Home Based **Travel** Agent Host Agency Report
**Travel Planners** International (Also Known As TravelAgentFromHome.com - We offer ... Since
1988, **Travel Planners** International has specialized in working with ...
homebased**travel**agent.com/Hosts/Start_a_Home_Based_**Travel**_Agency_**Travel**_Planners...
- 22k - Cached - More from this site

443. **Travel** With a Challenge Magazine
Articles, **travel** news, and advice for mature travelers, spotlighting nature vacations, cruises and
train **travel**, and stimulating cultural holidays.
www.**travel**withachallenge.com - 109k - Cached - More from this site

444. Argeus Tourism & **Travel** Agency, Cappadocia, Turkey
... professional English-speaking trip **planners** can work with you by ... **Travel** Agencies & Tour
Operators Homepage. Where to Go. Turkey **Travel Planner** Homepage ...
www.turkey**travel**planner.com/tourop/argeus/index.html - 14k - Cached - More from this site

445. Company Profile
Extraordinary destination management services for group **travel planners**. ... Learn how
professional **travel planners** use DMCs like us to their advantage, as ...
www.conference-**travel**.com/profile.htm - 20k - Cached - More from this site

446. WOW Philippines :: Trip **Planner** :: Air Domestic :: Airlines
... listing of and contact information for **travel** agents in the Philippines, ... **TRAVEL PLANNERS**
INC. Address : Gf Diamond Finance Bldg 603 Edsa, Cubao, Quezon City ...
www.tourism.gov.ph/trip_**planner**/**travel**_agent.asp?rid=15&page=10 - 48k - Cached - More
from this site

447. AAA Cincinnati - Group **Travel**
**Travel** trends indicate more and more families gathering for family reunion ... destination, AAA's
experienced Group **Travel Planners** are dedicated to ensuring ...
www.aaacincinnati.com/readweb.asp?wid=2866 - 40k - Cached - More from this site

448. Sitemap: West Hollywood, CA
Meeting **Planners**. Event **Planners**. **Travel** Professionals ... Event **Planners**. Find a Venue.
Submit RFP. **Travel** Professionals. Hotels. Restaurants. Nightclubs ...
www.visitwesthollywood.com/whhotdeals/hotdeals.html - 16k - Cached - More from this site

449. Canadian Tourism Commission
www.canadameetings.com - 3k - Cached - More from this site

450. Article - **Travel Planners** Will Be Cast as Demons in the New Climate @
AccessMyLibrary.com
Excerpt: "**Travel**, it broadens the mind - and wrecks the planet.' Forgive me for uttering such
heresy in these pages; those words are not mine, but they formed a...
accessmylibrary.com/comsite5/bin/pdinventory.pl?page=smx_aml_a&... - More from this site

- **Travel Planner** Prices
  www.NexTag.com/electronics - Compare Prices incl Tax & Shipping. See Product Specs
  & Reviews.
- **Free Travel** Guides
  www.100bestvacations.com - Free Vacation guides with valuable information. Easy online
  ordering.

Also try: corporate **travel planners**, national **travel planners**   More...

**Prev**   40 41 42 43 44 **45** 46 47 48 49   **Next**

travel planners                    [ Search ]

SPONSOR RESULTS

SPONSOR RESULTS

**Travel Planner** Prices
Compare Prices incl Tax &
Shipping. See Product Pics, Specs
& Reviews.
www.NexTag.com/electronics

**Free Travel** Guides
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

New York **Travel** Tips and
Vacation Guide
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel** planner on Sale.
www.Calibex.com

**Travel Planner**
Get the scoop from travelers who
know St. John.
www.tripadvisor.com

Europe **Travel** Tips
Find the best timeshare, hotel or
B&B for a great vacation.
www.awelltraveledpath.com

See your message here...

SPONSOR RESULTS

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

travel planners - Yahoo! Search Results                                    Page 1 of 2

Case 1:07-cv-03119-GBD      Document 6-3      Filed 06/02/2007      Page 61 of 67

Yahoo!  My Yahoo!  Mail          Welcome, **Guest** [Sign In]                                      Help

**YAHOO!** SEARCH
                **Web** | **Images** | **Video** | **Local** | **Shopping** | **more »**
                travel planners                              [ Search ]   Advanced Search

**Search Results**                              451 - 460 of about 10,500,000 for **travel planners** - 0.21 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**      **More...**

- **Free CA Travel Guide**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Plan A California Vacation Today.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

451.  **Travel Planner**
      Hill Stations of India. Palaces of India. Festivals of India ... developed by Sterco Digitex. Copyright, **Travel Planners** Pvt. Ltd., All Rights Reserved ...
      www.**travel**oline.com/city_search_result.asp?city=279 - 39k - Cached - More from this site

452.  **RAC Route planner**
      Route **Planner** gives maps, directions, the time and distance of the journey. ... When using route **planners**, RAC recommends you also refer to a road atlas. ...
      www.rac.co.uk/web/route**planner** - 35k - Cached - More from this site

453.  **FamilyFun: Travel Printables - and More Family Fun**
      ... Pages - Printables for the season: Thanksgiving coloring pages and **planners**. ... **Travel Planner**. Car Trip Checklist. Backseat Snacks ...
      familyfun.go.com/family-**travel**/places/feature/doca0303**travel**printable - 48k - Cached - More from this site

454.  **Bloomington Indiana Lodging Accommodations, Activities, Attractions ...**
      ... features complete **travel** information including lodging ... customized **travel planner**. meeting **planners**. hotel facilities. convention center. university venues ...
      www.visitbloomington.com/sitemap - 45k - Cached - More from this site

455.  **Business travel planners economize, but see growth - Pacific Business ...**
      Members of the National Business **Travel** Association, opening their 35th annual ... corporate **travel** managers done for the NBTA by PhoCutWright Inc. ...
      www.bizjournals.com/pacific/stories/2003/08/04/daily93.html - 64k - Cached - More from this site

456.  **Elite Travel - Free Weddings**
      Make sure that your **travel planner** purchases all air & hotel as a "package" ... is right for you - please contact our professional wedding **travel planners** today. ...
      www.elitedestinationweddings.com - 30k - Cached - More from this site

457.  **Vancouver Travel Planner - Forbes Travel International LTD.**
      ... BRITISH COLUMBIA Let Forbes **Travel** customize your Western Canadian holiday. ... Contact Forbes **Travel** for Preferred Hotel Accommodations ...
      www.forbes-**travel**.com/vancouvertourism.php - 41k - Cached - More from this site

458.  **Travelago - Hotel and restaurant guides, travel directory listings, and ...**
      ... **travel** information distribution network that reaches online **travel planners** with ... for hotels, restaurants, attractions, and other **travel** services are available. ...
      www.**travel**ago.com/add_enhance_listing.asp - 18k - Cached - More from this site

459.  **Group Travel Directory**
      Free **Travel** Magazine. Special Offers. Trip Planning Assistance. Tools for **Travel Planners**. Supplier Login. Username: Password: Remember my Password ...
      www.festivals.com/group**travel**/input.aspx - 25k - Cached - More from this site

460.  **African American Travel Conference by National Organization of African ...**
      ... industry accessibility to **travel planners** of African American organizations. ... together 35O African American **travel planners** from across the country, the ...
      www.africa-ata.org/aatc.htm - 12k - Cached - More from this site

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

- **Webtravelconsultant**
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can book yourself.

Also try: **corporate travel planners**, **national travel planners**      **More...**

SPONSOR RESULTS

**Moorea Hotel**
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR the best rates you can book yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -.
www.Groople.com

**Get travel Information on Montana**
Get info on Montana recreational opportunities with our trip **planner**.
www.visitmt.com

**Hilton Family Eadvantage**
Hilton Family eAdvantage Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel** anywhere.cFares. Great cheap airfares. Wow.
www.cfares.com

**Plan a Australian Travel**
**Travel Planner** - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

**Corporate Travel Solution**
Lower **travel** & booking costs w/ our on-demand **travel** management...
www.concur.com

See your message here...

SPONSOR RESULTS

Prev   41  42  43  44  45  46  47  48  49  50   Next

travel planners                                    [ Search ]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Case 1:07-cv-03119-GBD    Document 6-3    Filed 06/02/2007    Page 63 of 67

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]    Help

**YAHOO!** SEARCH
Web | Images | Video | Local | Shopping | more »
travel planners    [ Search ]  Advanced Search

**Search Results**    461 - 470 of about 10,500,000 for **travel planners** - 0.25 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **Plan a Australian Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier Reef, the Outback, rainforests, wildlife and Aussie culture.

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.

461.  **Group Travel & Special Events For Silver Dollar City, Branson**
Silver Dollar City offers group **travel** & special events planning information for ... Student Youth and **Travel** - Let your students perform and achieve knowledge ...
www.bransonsilverdollarcity.com/**travel**-events - 16k - Cached - More from this site

462.  **Communiqué | Business Travel - Atlas Travel International**
... meaningful resource specifically for **travel planners**, buyers and decision makers. ... make your life easier by making your job as a **travel planner** less stressful. ...
www.atlas**travel**.com/communique/march - 6k - Cached - More from this site

463.  **Hello World Travel**
... **travel** arrangements in-house via the Sabre Net Platform AND EARN 65% of the ... Corporate **Travel** Specialists - Personalized **travel planners** for your employees ...
hartfelt.net/**travel**/frames/corporate.htm - 16k - Cached - More from this site

464.  **Online Travel Planning Grows in Popularity, researching travel online ...**
... **Travel** Planning Grows in Popularity, researching **travel** online, web **travel** statistics ... Around 42 percent of online **travel** planners say they now do all or ...
roadand**travel**.com/newsworthy/newsandviews03/02**travel**researchonline.htm - 24k - Cached - More from this site

465.  **Internet Travel News - AAA unveils online travel agency**
... .com TripTik **travel planner** from all other online trip **planners** is direct access ... use the TripTik **travel planner** to find **travel** ideas and information by ...
www.breaking**travel**news.com/article/20070221143404233 - 16k - Cached - More from this site

466.  **Singles cruises - Aim Higher TRAVEL - Singles Travel Specialists**
Cruises for singles - Aim Higher **TRAVEL** - Singles **Travel** Specialists ... Aim Higher **Travel** is always looking for a new way to introduce people to Alaska ...
www.aim-higher.com/singles**travel**/singles-cruises.htm - 20k - Cached - More from this site

467.  **Meeting and Event Planners - Getaway4Florida.com**
you are here: home / meeting and event **planners**. New! View our Electronic. **Travel Planner** here. ... Meeting **Planner**. **Travel** Media. **Travel** & Tour **Planner**. VCB ...
www.getaway4florida.com/meetings - 22k - Cached - More from this site

468.  **StockHouse.com : Corporate Travel Planners Support Midwest Airlines ...**
51% Would Avoid Doing Bus ... and Kansas City-area corporate **travel planners** showing strong opposition to a ... Corporate **travel planners** consistently cite ...
www.stockhouse.com/news/news.asp?newsid=5502185&tick=AAI - 53k - Cached - More from this site

469.  **Montana Travel Agents / Planners**
Plan the perfect vacation with Montana **travel** agents / **planners**. ... **Travel** Agents / **Planners**. Tread Lightly. Weather / Climate. Winter Safety ...
www.westyellowstonenet.com/**travel**_tips/**travel**_planning.php - 35k - Cached - More from this site

470.  **DR1 - Travel**
**Travel Planner**. What To Expect. Weather. Hurricanes. Money & Banking. Communications. Transportation ... will assist meeting **planners** and when necessary ...
www.dr1.com/**travel**/special/meetings.shtml - 24k - Cached - More from this site

- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

- **Travel Planner at Amazon.com**
  Amazon.com/books - Qualified orders over $25 ship free. Millions of titles, new & used.

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

**Travel Planner**
Plan your trip: read reviews, research destinations & get great deals.
www.mytravelguide.com

**Travel Planner** at Amazon.com
Qualified orders over $25 ship free. Millions of titles, new & used.
Amazon.com/books

**Disney Cruise Vacation Planning DVD**
Official Site. Order your Free Disney Cruise Vacation Planning DVD.
www.disneycruiseline.com

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Corporate Travel Manager**
Lower your costs with our proven approach to corporate **Travel**...
www.amtrav.com

**Travel Planner Trips**
See Photos, Maps, Candid Reviews, Itineraries & **travel planner** Deals.
travel.yahoo.com

**Travel Planner**
Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

See your message here...

Prev    42  43  44  45  46  **47**  48  49  50  51    Next

travel planners                              [ Search ]

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! | My Yahoo! | Mail     Welcome, Guest [Sign In]                                                                  Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners     [ Search ]   Advanced Search

**Search Results**                                         471 - 480 of about 10,500,000 for **travel planners** - 0.34 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning
  DVD.

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.

471. **Texas Golf Planners - Custom Golf Packages, Discount Vacations, San ...**
     At last for the true golf enthusiast, there's Texas Golf **Planners**. ... Whether you **travel** in a
     groups or just as a pair, experience the finest quality ...
     www.texasgolfplanners.com - 11k - Cached - More from this site

472. **Student travel planners, Travel agents, Youth travel organizers**
     ... guide for student and youth **travel planners** and also designed for youth sports, ... Request a
     print media **planner**. Call 630.794.0696. Email advertising@ptmgroups.com ...
     www.preptraveler.com/Magazine.php - 6k - Cached - More from this site

473. **Kearney Nebraska - The Heart of Nebraska!**
     The following Nebraska cities have personalized **Travel Planners** designed for their
     community: CivicPlus © 1997-2007 All rights reserved. ...
     www.cityofkearney.org/index.asp?SID=637 - 30k - Cached - More from this site

474. **Open Directory - Recreation: Travel: Specialty Travel: Family**
     Family Vacation **Planner** - Smartravel Agency specializes in family vacations. ... maps, ideas
     for things to do, vacation tips, necessities, and **travel planners**. ...
     dmoz.org/Recreation/**Travel**/Specialty_**Travel**/Family - 16k - Cached - More from this site

475. **Travel Agents in Trenton, SC 29847 on Yahoo! Local.**
     **Travel** Agents in Trenton, SC 29847 on Yahoo! Local. Get Ratings & Reviews on **Travel**
     Agents with ... Florida s Space Coast | **Travel** Agents and **Travel Planners** ...
     local.yahoo.com/SC/.../**Travel**+and+Transportation/8014801/**Travel**+Agents - 48k - Cached -
     More from this site

476. **Flight Planners**
     Flight **Planners Travel** is a full service **travel** agency, bonded, and ARC approved. ... Contact
     Information. Address: 213 S. Court Street. Medina, OH 44256. Phone: ...
     www.flightplannerstravel.com - 7k - Cached - More from this site

477. **Maritz Travel: Destination Top Ten List**
     Luxury resorts combined with great values are taking business meeting and incentive **travel**
     **planners** to Mexico. ... BUSINESS MEETING and INCENTIVE **TRAVEL PLANNERS** ...
     www.maritztravel.com/newsreleases/**travel**-mexico-hotspot.html - 9k - Cached - More from this
     site

478. **San Antonio Breast Cancer Symposium: Travel Information > Travel ...**
     ... arrangements please contact Corporate **Travel Planners**: Robin A. Bullington ... Corporate
     **Travel Planners** has set up airline discounts especially for San ...
     www.sabcs.org/**Travel**/Transportation/Index.asp - 21k - Cached - More from this site

479. **Northern Experience, The**
     Discovering the beauty and adventure that only the North country can offer. ...
     www.northernexperience.com - 23k - Cached - More from this site

480. **Maritz Corporate Event Management, Hospitality & Incentive Group Travel**
     ... **Travel**. Pharmaceutical Industry Services. Meeting **Planner** ... Incentive **Travel**.
     Pharmaceutical Industry Services. Support for Corporate Meeting **Planners** ...
     www.maritztravel.com/**travel**-what-we-do.html - 6k - Cached - More from this site

- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

- **All Travel Planner Deals**
  travel.yahoo.com - Save up to 70% on special deals to **travel planner** at Yahoo **Travel**.

Also try: corporate **travel planners**, national **travel planners**, More...

[ travel planners ]   [ Search ]

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

---

SPONSOR RESULTS

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**All Travel Planner Deals**
Save up to 70% on special deals to **travel planner** at Yahoo **Travel**.
travel.yahoo.com

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travelzoo® Travel Planner**
Save Time And Money - Use The Airfare Search Engine at Travelzoo.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

See your message here...

SPONSOR RESULTS

Yahoo! · My Yahoo! · Mail    Welcome, Guest [Sign In]

Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [Search]    Advanced Search

**Search Results**

481 - 490 of about 10,500,000 for **travel planners** · 0.24 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS

**Travel Planner**
www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

**Travel Planner**
www.Dealtime.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

481. **groupleaderstravelplanners : GROUP LEADERS TRAVEL PLANNERS - A place to ...**
groupleaderstravelplanners: GROUP LEADERS **TRAVEL PLANNERS** - A place to talk about Group Leader **travel** planning ... on planning your own group **travel**. ...
groups.yahoo.com/group/groupleaderstravelplanners - 31k - Cached - More from this site

482. **Event Planners at TheGreatEvent.com: Plan an Event, Corporate Event ...**
... CHOOSE A **PLANNER**. WHY CHOOSE A **PLANNER**. GROUP **TRAVEL** PLANNING. PICNIC ... GROUP **TRAVEL PLANNER**. PRO MESSAGE BOARDS. TESTIMONIALS. CONTACT US. FOR PRO **PLANNERS** ...
thegreatevent.com - 188k - Cached - More from this site

483. **Leisure Travel - TRAVEL ADVISORS SUNNYVALE, INC.**
**Travel** Advisors Sunnyvale Inc. ... the business and leisure **travel** needs of travelers worldwide ... That is where our professional **travel** planners come in. ...
www.**travel**advrsunnyvale.com/ltrav.html - 6k - Cached - More from this site

484. **WOW Philippines :: Explore Philippines :: Travel Agent**
... Quezon City >> **Travel** Agent. **Travel** Agent. **TRAVEL PLANNERS** INC ... NEXUS **TRAVEL** CORP. Address : U202 Eagle Court Cond 26 MatalinoSt ... **TRAVEL** ...
tourism.gov.ph/explore_phil/place_details.asp?content=**travel**agent&... - 41k - Cached - More from this site

485. **e-Travel Blackboard: Australia's Number One Industry Newsletter**
... Tourism Board, The OAG **Travel Planner** Challenge will attract participation in ... **travel** planners demand flexibility and control when making **travel** plans. ...
www.e**travel**blackboard.com/index.asp?id=40158&nav=78 - 28k - Cached - More from this site

486. **7W 34th New York Gift Mart**
... leading hotel reservations services, Quikbook.com and **Travel Planners** Inc ... Only Quikbook.com and **Travel Planners** can offer you these exclusive benefits: ...
www.merchandisemart.com/7w34/**travel**.html - 12k - Cached - More from this site

487. **Home**
**Travel** agent for oversea's and diving. We like warm water dive locations. ... As dive trip **planners**, we have set up trips to all parts of the world. ...
footandfin.com - 10k - Cached - More from this site

488. **Corporate Meeting Planners**
Corporate **planners**, meeting incentives and corporate group **travel**. ... custom-designer, **planner** and manager of quality corporate group **travel** programs. ...
www.hakins.com/home.htm - 18k - Cached - More from this site

489. **Resource Central - Travel - Planners**
... powerful AutoPilot® Trip **Planner** to create a customized ... the Ultimate Trip **Planner**. Healthy Flying - Airline Passenger Guide. The Green **Travel** Network ...
www.resourcehelp.com/**travel**_plan.htm - 18k - Cached - More from this site

490. **Maui Honeymoon Packages Hawaii Honeymoon Travel, Activities ...**
Maui honeymoon **planners**: Honeymoon vacation packages to romantic honeymoon destinations including, Maui ,Hawaii, Tihiti, Fiji, Cook Islands and New Zealand.
www.waileat**travel**.com/honey_moon_main.htm - 26k - Cached - More from this site

**Hotel, Flight and Travel Sale**
www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.

**What Are You Waiting For?**
www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.

Also try: corporate **travel planners**, national **travel planners**, More...

Prev  44  45  46  47  48  **49**  50  51  52  53  Next

travel planners    [Search]

SPONSOR RESULTS

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**What Are You Waiting For?**
Find the trip of a lifetime. Top 25 Amazing adventures of 2007.
www.away.com

**Travel Planner**
Get a Great Deal On Your Fare By Comparing Multiple Websites.
www.travelzoo.com

**Travel Planner**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel** planner.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

See your message here...

SPONSOR RESULTS

Yahoo!  |  My Yahoo!  |  Mail    Welcome, Guest [Sign In]                                                                    Help

**YAHOO!** SEARCH    Web | Images | Video | Local | Shopping | more »
travel planners    [Search]    Advanced Search

**Search Results**    491 - 500 of about 10,500,000 for **travel planners** · 0.35 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **What Are You Waiting For?**
  www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.
- **Travel Planner**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.

491. **Cultural Paths Travel - EMPLOYMENT - Cultural Paths Travel**
... Paths specializes in customizing **travel**, honeymoon and wedding packages to ... **Travel Planners**. We are seeking **travel planners** with knowledge of Cultural Geography. ...
www.culturalpaths**travel**.bigstep.com/joboperings.html · 13k · Cached · More from this site

492. **Become a Home Based Travel Agent**
Cruise and **Travel** Quest. Cruises & Tours by Brennco. Cruise Marketplace. Cruise **Planners**. Cruises Inc. Cruises-N-More. Cruise Value Center. Days Off **Travel**. Dream Come ...
www.homebased**travel**agent.com/Hosts · 36k · Cached · More from this site

493. **The Rental Show - Travel & Housing**
... by **Travel Planners** live call ... **Travel Planners** provides complete service -- from ... Friendly and knowledgeable **Travel Planners** agents are ready to ...
www.therentalshow.com/**Travel**Housing/default.aspx · 14k · Cached · More from this site

494. **Travel Wisconsin News - Issue #2**
**travel**, wisconsin, news, newsletter, wisconsin, department, tourism, april, 2004, issue, 2, ... Travelwisconsin.com: Still the choice of **travel planners** ...
agency.**travel**wisconsin.com/PR/Industry_News/.../2004Issue_2.shtm · 51k · Cached · More from this site

495. **Trip Tracker - Travel Itinerary Builder for Online Travel Planners**
... **travel** itinerary builder that not only allows online **travel planners** to ... When the online **travel planner** is done, a printable itinerary is immediately ...
www.usdm.net/technology_itinerary_builder.asp · 14k · Cached · More from this site

496. **Walt Disney World Grand Gatherings Travel Planning Services**
Grand Gatherings **Travel Planners** are available to help you plan things right now ... The **planner** of your group will receive the session proofs in a bound ...
disneyworld.disney.go.com/wdw/special/magicalgatherings/ggServices?... · 39k · Cached · More from this site

497. **Chandigarh, India - South Asia - Travel Directory, Information, & Links ...**
... India - South Asia - **Travel** Directory, Information, & Links ... **Travel** Agents. Grand **Travel Planners** ... A Chandigarh based **travel planner** and ticketing system ...
www.**travel**ersdigest.com/chandigarh.htm · 22k · Cached · More from this site

498. **Ultimate Trip Planner**
www.theultimates.com/trip · 8k · Cached · More from this site

499. **Women-centric Travel Planners | BlogHer**
I caught the red eye out of San Francisco on Friday night to get back to New York before the snow storm hit, but it seems as though I can't leave my favorite city on ...
blogher.org/node/2296 · 25k · Cached · More from this site

500. **Celebrating Forty-Five Years as America's Trusted Travel Advisor, Mobil ...**
... titles in the Regional **Travel Planner** series include Northwest, Northern ... The new Regional **Travel Planners** include expanded listings for hotels, ...
findarticles.com/p/articles/mi_m0EIN/is_2003_Oct_23/ai_109159530 · 34k · Cached · More from this site

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.
- **Online Vacation Secrets**
  www.VideoProfessor.com - Learn How to Find Deals on Airfare, Currency & Accommodations.

Also try: corporate **travel planners**, national **travel planners**   More...

**SPONSOR RESULTS**

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Find Travel Planner at Smarter.com**
Compare prices, brands, and more at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel planner** at SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and Travel**
Get big savings on hotels, air/hotel packages, car rentals and more.
Travel-N-Save.com

See your message here...

**SPONSOR RESULTS**

Prev  45 46 47 48 49 **50** 51 52 53 54  Next

travel planners    [Search]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site