# EXHIBIT C





EXPERIENCE THE WORLD

HOME | BROCHURE INDEX ⊕

Cruise Specials
Switzerland
Portland Airport
Eugene Airport
Limousine Options
E-Mail Us
World Sites
Fly Fishing
Welcome OSU Travelers

Address:
728 N.W. Kings Blvd
Corvallis, Oregon
97330
Phone Number:
(541) 758-0808



### HAPPY VACATIONS TO  HAWAII
**from $615**
Choose from five different Hawaii vacations.  Be sure to ask
your Riverside agent about great fares to the Islands over the
Thanksgiving holiday!.
**Click for details >>**



### MAGICAL MEXICO from Runaway Tours
**from $690 ppdo**
Looking for a great family vacation? How about taking the kids
to beautiful Los Cabos, Mexico?  **Kids stay and eat for FREE!**
**Click for details >>**



### CHINA ODYSSEY
12 Days in
**BEIJING | XIAN | GUILIN | SHANGHAI | SUZHOU**
**from $2849**
Includes air, accommodations, sightseeing, most meals and local
guide.  **Click for details >>**



### HONEYMOON IN PARADISE
9-nights in the Cook Islands
**from $1241**
Does a honeymoon in the Cook Islands sound like the ideal way
to start your lifetime of love?  Maybe you'd like to have your
ceremony in paradise as well!  These Black Pearl packages
answer your prayers.  **Click for details >>**



### GRAND CANYON BY RAIL
**2 days - 1 night**
**from $89**
Package includes: Round-trip Coach Class train travel to the
Grand Canyon from Williams, AZ, overnight accommodation at
the Railway's Fray Marcos Hotel, breakfast and dinner.



### LIVE LIKE ROYALTY
**from $359**
Weekend Castle getaways in France, Ireland, Scotland and
Spain.  Includes 2 nights accommodation, full breakfast daily,
hotel taxes/service charges, car rental, CDW and unlimited
mileage. Subject to availability.

### WARM DAYS, COOL DEALS IN FIJI
7-night stays/7 destinations
**from $1433**



Choose from 6 island resorts or a Blue Lagoon cruise for your week in paradise.  Various departures available through March '03.



**RADISSON'S SEVEN SEAS**
**from $2629**
Seven-night voyages from Papeete, Tahiti on the MS Paul Gauguin to five idyllic islands. Two departures per month through March '03.  **INCLUDES FREE AIRFARE** from 83 different Tahiti gateways!  (subject to availability)



**ECO ADVENTURES**
**prices vary**
Enjoy the true beauty of our world on any of these breathtaking Eco Adventure travel opportunities:  The Ancient Secrets of Peru;  A Portrait of Ancient Civilizations;  A Tale of Three Cities; The Best of South America; El Viajero; Peru & Ecuador Enchanted Isles and the Inca Empire

© 2007 Teel's Travel Planners.  All rights reserved.



**Telephone**
**408.363.9966**



HOME

CRUISES

RESORTS

SPECIALS

ABOUT US

REGISTRY



email us

CST#101376-40

## HOME

Use our travel agency as your friendly vacation and cruise planning resource! We have been all over the world and we can plan all the details "from A to Z".Our Travel consultants will save you valuable time and money! Our travel agents provide:

- extra value
- support
- hassle-free experience

Leave the vacation and cruise planning to us so that you have a wonderful and memorable vacation as well as a hassle-free planning experience.

This website is powered by real travel consultants, who are empowered with technology, destination knowledge and travel experience, customer service and creativity. We are eager to plan and create for you a positive and value-added travel experience, from the time you first contact us until you end your travels.

Contact A to Z Travel Planners and let us guide you through your next trip or vacation!

Copyright © 2006 A to Z Travel Planners, Inc. All rights reserved.
Website designed and maintained by
MDORN Computer Support, LLC



Travel Planners International, Inc.

2500 Maitland Center Parkway, Suite 230

Maitland, FL 32751-4174

http://www.TravelAgentFromHome.com

http://www.MyHostTravelAgency.com

Phones:

407-331-3888

1-800-631-3636

Fax 407-834-3602

Operating Hours:

HelpDesk Support: Mon – Fri 9am to 9pm, Sat – Sun 9am to 1pm, EST

Marketing Support & Business Development: Mon – Fri 9am to 6pm, EST

Customer Service: Mon – Fri 9am to 6pm, EST

Account Sales: Mon – Fri 9am to 9pm, EST

If you are experiencing any problems with your login to this site, please call 1-800-631-3636 or email cta@tpionline.com (please include your full name and TPI Agent Code).



Login

Login:

Password:

Recommended Computer Settings?

- Make sure that have cookies enabled
- Recommended browser is Internet Explorer
- Screen resolution of 1024 X 768 or higher
- JavaScript enabled
- Popup blockers disabled

Alerts & Bulletins

Click Here to access the platform help center

Powered by AGENT RC - Copyright © 2006 The Travel Zone

Lancaster County, The Heart of Pennsylvania Dutch Country. Travel Planner          Page 1 of 1

Case 1:07-cv-03119-GBD      Document 6-4      Filed 06/02/2007      Page 6 of 62

# Travel Planner

### *With so many great choices, where do you start?*

The Pennsylvania Dutch Country Travel Planner can help you plan your trip to Lancaster County.

With the PA Dutch Country Travel Planner you can:

- Create a plan by collecting destinations of interest as you browse www.padutchcountry.com
- View destinations in your plan.
- Save your plan to access later.
- Create multiple versions of your plan.
- Map your plan and get driving directions.
- Print your plan or e-mail it to a friend.

Learn more about creating a Travel Plan.

Already have a saved plan? Sign in now to access your My PA Dutch profile.



### Boardwalk at Hersheypark

Hersheypark celebrates its 100th anniversary with a brand new waterpark featuring a varity of interactive water play for all ages! Opening May 26.



### Win a free summer getaway!

Enter to win our Family Fun Package, featuring 2 nights lodging with on-site waterpark, dining, kids' attractions, buggy ride, gas card and more!

---

**Travel Planner  |  Email Signup  |  Free Map & Guide**

Our World  |  Events  |  Things to Do  |  Dining  |  Lodging  |  Shopping  |  Special Offers  |  Getting Here

Home  |  Site Map  |  Members  |  Partners  |  Privacy Policy  |  Terms & Conditions

© 2007 Pennsylvania Dutch
Convention & Visitors Bureau

Home > Tips & Tools > Packing Tips


Use your wireless AT&T phone in over 190 countries.
• Callers can easily reach you abroad on your wireless AT&T number.
• Calling and data plans with low international rates.
LEARN MORE
Wireless from AT&T. Formerly Cingular.
at&t



**Frommer's** ® Travel Experts for **50** YEARS

FREE Newsletters!     Win a FREE Trip!

Search in...     Deals/News     Go

| Home | Destinations | Hotels | Trip Ideas | Deals & News | Book a Trip | Tips & Tools | Travel Talk | Bookstore |

### Packing Tips

- Travel Planner
  - PDF Format (653 KB)
  - HTML Format (18 KB)
- Activity Planner
  - PDF Format (474 KB)
  - HTML Format (13 KB)
- Message Boards

### Tips & Tools

- Calendar of Events
- Entry Requirements & Customs
- Health & Travel Insurance
- Interactive Maps
- Money & Currency
- Online Updates
- Packing Tips
- Photography

Frommer.com Newsletters

Get the latest deals!

Email Address

**Subscribe**

## Packing Tips



### Deals & News

Packing for Alaska: Or, How's the Weather Up There?

Ports of Call: From Favorite Excursions to Lousy Layovers

21 Packing Rules for Traveling with Kids

Airline Meals That Don't Make You Ask, "What's That?"

Frommers.com Podcast: How to Pack Perfectly and Travel Light on Any Trip

Beware the Baggage Rules Bugaboo

**Frommer's Travel Planner**          **Frommer's Activity Planner**

          

travel_planner.pdf (653 KB)          activity_planner.pdf (474 KB)

To view our planners, you will need the Adobe Reader software. Click here to download it for FREE.


weber
THE NEW WEBER® SUMMIT™ WITH BUILT-IN GRILL LIGHTS
>learn more







Home | Destinations | Hotels | Trip Ideas | Deals & News | Book a Trip | Tips & Tools | Travel Talk | Bookstore
About Frommer's | FAQ | Contact Us | Help | Site Map | Privacy Policy | Advertise With Us

Add Frommers.com RSS Feed          RSS 🔊          (What's This?)
Add Frommers.com Deals & News to Your Web Site

MY YAHOO!          MY MSN          More RSS Readers

Add Frommers.com Podcast     Podcast 🔊     (What's This?)

© 2000-2007 by Wiley Publishing, Inc. All rights reserved.

Home > Tips & Tools > Packing Tips

# FROMMER'S TRAVEL PLANNER

PRE-TRIP CHECKLIST FOR: _____

FROM: ___/___ TO: ___/___ |# NIGHTS AWAY _____|

CAR CONFIRMATION #: _____ CAR #: _____

DEPARTING FROM _____ ON _____

FLIGHT # _____ @: ___ AM/PM

ARRIVING AT _____

STAYING AT: _____

PHONE #: _____

ARRIVING FROM _____ ON _____

FLIGHT # _____ @ : ___ AM/PM

ARRIVING AT _____

CAR CONFIRMATION #: _____ CAR #: _____

—— Call to have newspapers stopped
    From _____ Until _____
—— Order foreign currency; pick up on ___/___
—— Get cash        —— Get traveler's checks
—— Buy Frommer's guide to destination
—— Call car for airport
—— Empty garbage
—— Run dishwasher
—— Turn off iron
—— Prep plants or arrange for watering
—— Arrange for pet sitting
—— Change outgoing voicemail message at work
—— Activate "out of office" message on work e-mail
—— Give trip info to neighbor
—— Charge cell phone

PACKING LIST FOR: _____

FROM: ___/___ TO: ___/___

## TOILETRY KIT:
—— Toothbrush        —— Toothpaste
—— Dental Floss      —— Deodorant
—— Shampoo           —— Conditioner
—— Styling product   —— Comb
—— Hairbrush         —— Soap
—— Razor             —— Shaving cream
—— Eyeglasses        —— Contact lenses
—— Earplugs          —— Tissue packs
—— Q-Tips            —— Aspirin
—— Vitamins          —— Band-Aids
—— Antibiotic cream  —— Tweezers

## MAKE-UP KIT:
—— Moisturizer       —— Cover-up
—— Blush             —— Mascara
—— Eye shadow        —— Eye pencil
—— Lipstick          —— Lip liner

## OTHER, IF APPLICABLE:
—— Feminine products
—— Hydrocortesone cream
*Need to buy      **Need to replenish in kit

## COMPUTER CASE:
—— Computer          —— DC adapter & phone line
—— Extra battery     —— DVD/CD drive
—— Diskettes

## CARRY ON PLANE:
Wallet with:
—— Cash              —— Credit & bank cards
—— Foreign currency  —— Driver's license
—— Emergency contact info

Travel organizer with:
—— Checkbook         —— Business cards
—— Passport          —— Other travel documents
—— Plane tickets     —— Other tickets
—— Travelers checks  —— Foreign currency
—— Souvenir list     —— Postcard list
—— Toiletry case     —— Make-up kit
—— Sunglasses        —— Eyeglasses or contact lenses
—— Loaded camera     —— Extra batteries
—— Books             —— Magazines
—— Walkman           —— Tapes/CDs
—— Bottled water     —— Pad & pens
—— Umbrella          —— Outerwear _____
Just in case...
—— Extra underwear   —— Tee shirt
—— Sweater           —— Bathing suit

## SUITCASE:
—— Nightshirt        —— Bathrobe
—— Panties           —— Bras & sports bras
—— Trouser socks & athletic socks
—— Pantyhose/Tights  —— Belt        —— Scarf
—— Slippers/Thongs   —— Athletic shoes
—— Baseball cap      —— Frommer's guidebook/s
—— Blow dryer        —— Plastic bag/s for laundry
—— Lint brush        —— Umbrella
—— Travel alarm clock —— Travel iron, flash, film
—— "Sightseeing" bag —— Evening purse
—— Cellphone charger —— Sewing kit*
—— Swiss army knife* —— Eyeglass repair kit*
—— Nail clipper*     —— Extra film

*Do not put in carry on!

## CLOTHING PACKING LIST
—— Warm weather      —— Cool weather

"Bottoms"

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

"Tops"

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

Jackets & Cardigans

_____    _____
_____    _____

Suits & Dresses

_____    _____

Footwear

_____    _____
_____    _____
_____    _____

Socks & Hosiery
—— (# pr ___) Hose      —— (# pr ___) Trouser socks
—— (# pr ___) Tights    —— (# pr ___) Gym socks
—— (# pr ___) Special hose
—— (# pr ___) _____
—— (# pr ___) _____
—— (# pr ___) _____
                 * Wear travelling

Accessories (Bags, belts, scarves, etc.)

_____    _____
_____    _____

Additional jewelry

_____    _____
_____    _____

## SPECIAL OUTFITS/EQUIPMENT

Exercise

_____    _____
_____    _____





Got Questions?
Click Here

Home | About Us | Hosting Plans | Benefits | Preferred Suppliers | FAQ's | Testimonials | Contact Us | TPI-AgentRC | Join Us



## Host Agency Servicing Independent Contractors and Travel Agencies

"In today's travel industry, to maximize your success, you must partner with a host travel agency. Selecting the right host that fits your business needs is one of the most important decisions you'll make. With TPI as your host agency, you'll get all the tools, technology and assistance to elevate your business to a new level. With multiple hosting plans to fits your needs along with a 30-Day Money Back Guarantee, why not start now?"

**Anthony Gagliano, CEO**
**Travel Planners International, Inc**



- Up To 85% Commission
- Full Support
- $19.95 / Month





- 90% Commission
- Full Support
- $39.95 / Month





- 100% Commission
- Full Support
- $99.95 / Month





- 100% Commission
- Full Support
- $199.95 / Month

more ▶



- Up To 85% Commission
- Full Support
- E & O Insurance
- $29.95 / Month

more ▶



- 90% Commission
- Full Support
- E & O Insurance
- $49.95 / Month

more ▶



- 100% Commission
- Full Support
- E & O Insurance
- $109.95 / Month

more ▶



- 100% Commission
- Full Support
- E & O Insurance
- $209.95 / Month

more ▶

Home | About Us | Hosting Plans | Benefits | FAQS | Testimonials | Contact Us | TPI in the News | TPI at Industry Events | Affiliations | TPI-AgentRC Login
Employment Opportunities | Preferred Suppliers | Vacation.com | Marketing Support | About TPI-AgentRC | Consumer Websites | Join

        

©Travel Planners International, Inc. All Rights Reserved. Registered Seller of Travel.



SHOP•COM™ All your favorite stores. OneCart™ convenience.

Hi. Please Sign In. New Customer? Start Here

sign in / my account / OneCart™ / he

my shop / apparel / beauty / home / gifts & registry / departments / stores / specials

I'm shopping for Travel Planner in Travel find now

Give us your email...Get $10 back! Just enter your email address here Get $10 Back offer details...

Sponsored Links

Expedia: Travel Smarter Travel More & Spend Less in 2007. How? Book Your Travel with Expedia. www.Expedia.com

Travel Priceline.com: More Ways to Save on Travel. Book Flights, Hotels & Cars www.priceline.com

Hotwire: Travel For Less Find airline, hotel and rental car deals you won't see anywhere else. www.Hotwire.com

Travel Planner Travel Tips & Info on Destinations All Over the World - Learn More! www.BudgetTravelOnline.com

Custom Trip Planner Make your own tour, on-line! Expert advice. Quick, low prices. www.tripthink.com

Results for > Departments > Travel > Travel Planner

Narrow Your Search By

Price Range

- $10.00 and Below
- $10.00 - $60.00
- $60.00 - $80.00
- $80.00 and Above

Brand

- Scully Leather
- Royce

Travel Accessory Type

- Travel Planners
- Frames & Albums

Narrow by

- Store

Search Within Results

get 10% back
when you sign up!
Email Address
See offer details

Price Promise

Buy here from OneCart™ stores

We found 4 matches from OneCart™ stores

Show 24 items showing 1 - 4 of 4

Scully Leather Weekly Planner Suede 5045Z Organizer
Was $97.50
Now: $77.95
available from
2 stores

Weekly planner with zipper featuring inside pockets. Weekly planner measuring 5" x 8". Tel/Add book measuring 5" x 8". Writing pad measuring 5" x 8". Includes scully pen. Made of Suede Leather. Made in China. Dimensions: 6.5" x 9.63" x 1". Warranty... See Details

Royce Leather Deluxe Mini Planner 732-3 Organizer
Was $65.00
Now: $57.95
available from
2 stores

Multi-functional mini planner in top grain leather features a 6 ring mini binder ID window 6 credit/business card slots two deep pockets for extra notes or currency. Includes a 96 page Week and Month at a view planner. Made in China. Dimensions... See Details

Scully Leather Zip Planner & Letter Pad Harness 5014Z Organizer
Was $115.50
Now: $102.95
available from
2 stores

Leather planner with zipper featuring inside pockets weekly planner measuring 8.5 " x 11" writing pad measuring 8.5 " x 11". Includes Scully pen. Made from Harness Leather. Made in China. Dimensions: 10" x 13" x 1". Warranty: Limited Lifetime... See Details

Show 24 items showing 1 - 4 of 4

Send Feedback How can we help you? We are always looking for ways to improve your shopping experience on SHOP•COM. Click the Send Feedback button if you would like to submit your ideas.

Product information and prices are provided by merchants and/or third party sources. At SHOP•COM we do everything we can to ensure the accuracy of the product information or prices displayed, but occasionally, errors occur. Please notify SHOP•COM of any information or pricing inaccuracies so that we may immediately notify the merchants to correct the problem. We apologize for any inconvenience this may cause.

SHOP.COM makes online shopping easy by allowing shoppers to shop across millions of products, hundreds of stores and thousands of name brands with the convenience of OneCart™, our universal shopping cart.

OneCart™  /  My Account  /  eGifts  /  SHOP•COMpanion  /  Cart Me Away  /  Privacy Policy  /  Help  /  About SHOP.COM
Merchant Login  /  Join Our MarketPlace  /  Affiliate Program  /  UK  /  Canada  /  Contact SHOP.COM  /  Value Spotlight  /  RSS  /  Site Map

© 1997-2007 SHOP.COM. All other designated trademarks, copyrights and brands are the property of their respective owners. (ca14.4)



   

- Get 2 Risk Free Issues
- Customer Service
- Subscribe

## Travel Planner

Search below for useful information about additional destinations
from our advertisers.

Florida Escapes (pdf)

Southeast USA (pdf)

Sydney Style

Myrtle Beach: Golf Paradise

Enchanging Escapes to The Far East and The Pacific

Dazzling Vacations South of the Border

World Monuments Watch

Stay and Play: The Business Trip Lightens Up

Business Travel Guide

Destination Weddings: Sun, Sand, & Ceremony

Los Cabos





**Marketplace**

- Enter for a chance to win a Crystal Cruise and Journey Diamond Pendant at adiamondisforever.com
- A Luxury Summer in London & More Save up to 50% from the Finest Hotels
- G'day World: The ultimate Australian walkabout on Google Earth
- Millennium Bostonian Hotel Boston



Become a fan.    Click to find out more.    

Visit our other American Express Publishing Web sites:
Food & Wine | T+L GOLF | T+L Family | SkyGuide | Executive Travel

SUBSCRIPTIONS: Manage Your Subscription | International | Billing | Change Your Address or E-mail

Advertise | Contact Us | Site Map

Copyright © American Express Publishing Corporation. All Rights Reserved.
Please read the Privacy Statement of American Express Publishing.



Welcome.                    Local weather in 1-click |    Put weather on my desktop            Customize weather.com | Sign In

Local weather  Enter zip or US/Intl city  GO            Bringing weather to life

Maps | Video | News | TV | Mobile | Alerts

Home | In Season | Plan Ahead | My Neighborhood    Travel Smart    Stay Healthy    Around the Home    Get Out & Play

Travel Smart: Vacation Planner



## Vacation & Travel Planner by The Weather Channel

*discover the world…one climate at a time*

Where are you traveling?  Enter a destination   GO

**Not sure where to go?**
Select a country on the map and start exploring.



Enlarge Map

Not sure where to start? Try our favorites:
Top 10 Summer Destinations | More Travel Top 10s

Travel Updates
- Hurricane season is here. How will it affect your travel plans?

### Vacation & Travel Features

**Travel Top 10 Lists**  NEW!
Need inspiration for your next getaway? Check out our Top 10 lists.

**What to Pack**  NEW!
Sweater or swimsuit? Get guidance on what to pack for your next trip.

**Climate Comparison**  NEW!
Debating between two destinations? Compare typical weather for your top picks.

**Travel Weather Maps**  NEW!
Check weather across the country before you takeoff.

**Travel Tips & Advice**  NEW!
From international travel to flying with pets, get expert tips here.

**Travel Photo Gallery**
See - and share - your photos from around the world.

**Vacation Home Rentals**
Find the perfect place to stay on your next vacation getaway.

**Honeymoon Planner**
Get typical weather conditions for your honeymoon or destination wedding.

### In The Spotlight

**Baseball Weather**



Free scores & weather always on your desktop

**Pet Photos**

View great new pet photos here!

### Featured Finds





Compare Mortgage Rates
Up to 5 free quotes

CHOOSE YOUR STATE

| → | AL | AK |
| AZ | AR | CA |
| CO | CT | DE |
| FL | GA | HI |
| ID | IL | IN |
| IA | KS | KY |
| LA | ME | MD |
| MA | MI | MN |
| MS | MO | MT |
| NJ | NE | NV |
| NM | NY | OH |
| OK | NC | ND |
| OR | PA | SD |
| TN | RI | SC |
| TX | UT | WA |
| WV | VT | VA |
| WI | WY | |

Comparison Shopping for Mortgages, Online Degrees, Products, Travel & More
NexTag

Visit The Weather Channel Store

**Business Travel**
Check airport delays, get hourly departure/arrival forecasts, and more.

**Driving**
Hitting the road? Visit our Driving section before you go.



**Q.** Which is not like the others?

○        ○        ○
**53      76      01**

Tickle Your Brain

---

**Travel Video**



**Caribbean Vacation Forecast** 📹
Escaping to the Caribbean? Be sure to check the Caribbean vacation forecast before you go.

**National Forecast** 📹
Three-day forecast for the entire US, updated each morning and afternoon.

**Severe Weather Outlook** 📹
Stay informed of potential storms and severe weather situations, updated twice daily.

---

Tell Us What You Think | Add This Page To Your Favorites | E-mail This Page To A Friend | Make This Page Your Home Page

---

Search the Web                                    [GO]    Powered by  

**How Weather Affects Your Life**

**Home**
weather.com home
My Page
weather.com Gold
World Forecasts
Site Map

**In Season**
2007 Hurricane Season
Are You Prepared?
NEW Vacation Planner
Vacation Home Rentals
Local Pollen Levels
Your Wedding Weather

**User Favorites**
Interstate Forecast
Flights & Business Travel
Golf Weather
Boat & Beach
Fishing
Fitness Planner

**Maps**
Map Room
Aviation Maps

**Video**
Video Top Stories
Vacation Forecasts
Spring Gardening Tips
Funny Pet Video
Golf Tips
Bloopers
More Video

**News**
News Center
National Forecast
Storm Watch
Hurricane Central
Severe Weather Alerts
Weather Blog
Climate Blog

**TV**
On-Air
Program Schedule
Our 25th Anniversary
100 Biggest Moments
Forecast Earth
Abrams & Bettes
Commando Weather
Personalities
Local Forecast Music

**Mobile**
Wireless Weather
Mobile Downloads
Mobile Web
Text Messaging
Video
PDA Applications
PodCasts

**Downloads**
Alerts
Desktop Weather
Desktop Max
weather.com Gold
IE Toolbar Download
Screensaver
E-mail
Notify!
RSS Feeds
Weather in My Car
PodCasts
Weather Tools

**Affiliates**
Radio
Newspaper
Online Affiliate Program

**Education**
Education Tools
Weather Classroom
Dave's Dictionary
Weather Encyclopedia
Glossary
Global Warming
Global Warming Position

**Interact**
Interaction Center
Photo Gallery
Boards & Forums
Contact Us
Weather Blog

**Local Weather**
Atlanta Weather
Chicago Weather
Los Angeles Weather
New York Weather
Washington, D.C.
More Cities
World Forecasts
Customize yours…

**Special Sites**
Vacation Home Rentals
The Weather Channel Store

**International**

Brazil | France | Germany | Latin America | United Kingdom

Home | Site Map | About Us | Press Room | Contact Us | Support | Careers | Advertise | Weather On Your Website | RSS Feeds

Copyright © 1995-2007, The Weather Channel Interactive, Inc. Your use of this site constitutes your acceptance of the LEGAL RESTRICTIONS AND TERMS OF USE

weather.com ® Privacy Statement - Licensed by TRUSTe | Parental TV Controls





Visitors   Meeting, Event & Incentive Professionals   Travel Professionals   Journalists   NYC & Company Membership

## Official NYC Guides

**What's New**
**Calendar of Events**
**Special Offers**
**Planning Your Trip**
Official NYC Guides
**Maps & Neighborhoods**
**Getting Around**
**Accommodations**
**Things To Do**
**Shopping**
**Broadway**
**Restaurants**
**Services**
**NYCruise Travel**
**About NYC & Company**



SEARCH

Navigate New York City with ease, and make the most of your time here in the city. Whether traveling for business or leisure, visitors have access to a wealth of information in NYC & Company's FREE travel publications: the *Official NYC Guide, Official NYC Meeting Planner, Official NYC Travel Planner* and the *Official NYC Visitor Map.* Use the email form below or call 800/NYC-VISIT or 212/397-8222 to request these guides today. Orders for a single publication will be shipped free of charge.

## Visitors



### Official NYC Guide
Travelers to New York City now have the right tool to explore the diverse neighborhoods dispersed throughout Brooklyn, the Bronx, Manhattan, Queens and Staten Island with this pocket-size consumer leisure travel guide. Updated throughout the year to reflect the constantly changing city, the *Official NYC Guide* features targeted itineraries, neighborhood highlights, a calendar of events, coupons and information about accommodations, transportation, sightseeing, cultural attractions, nightlife, shopping, sports and services.

## Meeting and Travel Professionals



### Official NYC Meeting Planner
Whether planning an upcoming meeting, tradeshow or other event in New York City, meeting professionals can consult this comprehensive guide for details on meeting and event sites, convention facilities, accommodations, restaurants, services, happenings around town and more. A calendar of annual events, ideas on New York City experiences and travel tips also provide meeting planners with practical information that is helpful in the planning process.



### Official NYC Travel Planner
Incentive planners, tour operators and retail travel consultants can craft individualized New York City itineraries for their clients with the *Official NYC Travel Planner.* The guide, updated annually, highlights hotels, destination services, restaurants, happenings around town, events venues and more.

***The Official NYC Visitor Map*** makes it easy for travelers to get around New York City. Details on accommodations, subway stops and top attractions, along with useful travel tips provide users an indispensable resource when exploring the five boroughs of Brooklyn, the Bronx, Manhattan, Queens and Staten Island. Maps are available for order in bulks of 25.

If you require bulk orders of the *Official NYC Guide, Official NYC Meeting Planner, Official NYC Travel Planner* or *Official NYC Visitor Map* click here to download the PDF form.

## E-Mail Form

**What would you like to order?**

Official NYC Guide

Salutation:

\* First Name:

\* Last Name:

Title:

Company Name:

\* Address1:

Address2:

\* City:

State/Province:

\* Zip/Postal Code:

\* Country:

Fields maked with (\*) are required.

[NYC & Company Privacy Policy](#) | [Legal Statement](#)

Submit

 EMAIL THIS PAGE TO A FRIEND    PRINT-FRIENDLY VERSION    BOOKMARK THIS PAGE    MAKE THIS YOUR HOMEPAGE

[NYC & Company Privacy Policy](#) | [Contact Us](#)

© 2007 NYC & Company, Inc.

Hosted by
logicworks
logicworks.net





Unique, unforgettable Utah tours that you won't find anywhere else.

Utah          Home  Destinations  Skiing  Lodging  Camping  Activities  Sightseeing  Books & Maps  Gear



## Utah Travel Guide and Vacation Planner



Houseboat Rentals



Deer Valley Resort



Visit Park City, Utah



Now Hiring

GO-UTAH.COM has over 20,000 pages of information to help you plan your trip to Utah. Our travel guide and vacation planner contains hundreds of pictures, maps, trails, etc.

Find exactly the information you need in several ways:

- **Destinations** - Complete info on 100 cities and towns, ski resorts, mountain ranges, national parks, rivers...
  Park City, Salt Lake City, Moab, Zion Nat. Park, and more

- **Ski Resorts** - Details on Utah's 14 ski resorts....
  Snowbird, Solitude, Deer Valley, Park City, and more

- **Ski Vacation Lodging** - Lodging in Park City...
  Condos, Guest Homes...

- **Lodging** - Hotels, Resorts, Bed & Breakfasts...

- **Activities** - Hiking, Biking, Rafting, Fishing, ATV...

- **Travel Info** - Campgrounds, Photos, Attractions, Scenic Drives,...

- **Books/Maps** - Travel Guides, Maps, Activity Guides,...

- **Utah Conference - Meeting Information** - Resources for planning corporate meetings and special events in Utah

- **FREE Utah Travel Planners** - Great info by mail



Gateway to the National Parks



Visit Scenic Cache Valley



Request Free Travel Planner

Lake Powell Houseboat Rentals
Houseboat Rentals
Bryce Canyon Area Trails
Best Western Red Hills Kanab



Home Page      |      Advertising      |      Site Map      |      Contact Go-Utah.com

Copyright 1998 - 2007
See Also: Colorado Vacation
Park City Hotels





Motel 6 has great rates at locations throughout the state of Utah.

Utah    Home  Destinations  Skiing  Lodging  Camping  Activities  Sightseeing  Books & Maps  Gear

## Free Utah Travel Planners

Go-Utah.com is pleased to offer you free Utah travel planners by mail, thanks to our local travel board affiliates. Select the areas you're interested in below and enter your address to receive FREE colorful travel planners in the mail.

- Alta Ski Area
- Cedar City & Brian Head - Southern Utah
- Ogden Valley - Northern Utah
- Park City - North Central Utah
- Powder Mountain Resort
- Salt Lake - North Central Utah
- Bear Lake - Northern Utah
- Box Elder County - Northern Utah
- Cache Valley - Northern Utah
- Capitol Reef Country - Central Utah
- Davis County - Northern Utah
- Dinosaurland - Northeast Utah
- Kane County - Southern Utah
- Moab - Southeast Utah
- San Juan County - Southeast Utah
- San Rafael Swell - Southcentral Utah
- Sanpete - Central Utah



**First Name:**  **Last Name:**  **E-mail Address:**

**Address:**  **City:**

**Address 2:**  **State:**  **(Other:)**

**Postal Code:**  **Country:**

Request Planners

Home Page    |    Advertising    |    Site Map    |    Contact Go-Utah.com

Copyright 1998 - 2007

❌ Travel In Washington site navigation



# TRAVEL PLANNER



By Air                    Travel Planners
By Land                   Travel Tips
By Rail                   Washington State Geography
By Water                  Washington's Top Attractions
Customs                   Weather
Travelogues

Travel in Washington is an adventure in itself. Explore by land, air, water, and rail. Use this section to help plan ahead and expand your travel options. By Land is packed full of valuable information: current road conditions, including the winter mountain pass report; car rental agencies; bus lines and tour buses; a Washington state highway map and mileage calculator; up-to-date Travel Tips; and Road Trips along Washington's scenic drives. Find a list of

Washington air charter companies offering convenient local service to major cities and destinations, plus exciting flightseeing tours. Shuttle service and airports are also included. By Water has Washington State Ferry schedules and a route map, along with a list of private ferries and charter boats. There's a link to Amtrak's Pacific Northwest Corridor schedule, and listings for excursion trains. The Washington Weather page includes current and extended forecasts for major cities and regions across the state, plus statewide averages for temperature and precipitation. Visitors planning to cross the border into Canada should review requirements of Canadian and U.S. customs. A list of Washington state travel planners is included for visitors who want help with their vacation planning. Under Washington Geography find an interactive topo map, a Washington counties map, a map of Washington rivers, and information on the state's 5 sleeping volcanoes. Don't miss Washington's Top 10 Attractions - these are "must sees" for every traveler - from Mount Rainier and the Olympic National Park to Grand Coulee Dam and the Columbia River Gorge. There's also a list of "lesser-knowns" to explore, including the Washington State Capitol, Boeing Hangars, Ohme Gardens, and Hells Canyon.

Some of our links will take you off our site so please take a moment to bookmark *Travel In Washington* now to make your return easier. We'd like to thank all of our off-site resource links, especially NOAA, UW Dept. of Atmospheric Sciences, USGS, Army Corps, Orondo Elementary School, Washington State Ferries, and Amtrak.

---

[ H O M E ]
[ Cities and Lodging ] [ Very Special Places ] [ Travel Planner ] [ Distinctly Washington ]
[ Outdoor Fun ] [ Advertising ] [ Photo Gallery ] [ Site Index ]

Case 1:07-cv-03119-GBD     Document 6-4     Filed 06/02/2007     Page 24 of 62



...because there is *much* more to travel
than just getting there !

---

 Package Tours |  Ticketing Services |  Hotel Reservations |  Car Hire |  Contact GTP

| Soaring mountains and raging rivers, wide vistas and hazy horizons... Nature's grandeur - experience it the grand way. | Being IATA recognized, we are authorised to book and issue tickets for all major airlines - domestic as well as International. | If you are planning a visit to North India, we at GTP can take care of the Hotel reservations and local travel arrangements. | Grand Travel Planners can arrange cars for business as well as touring purpose for travel itineraries in North India. | Do send us your queries on any aspect of our services.<br><br>Help us to help you. |

---

    

---

[ About GTP ] [ Package Tours to North India ] [ Ticketing Services ]
[ Hotel Reservations ] [ Car Hire ] [ Contact GTP ]

14 - 16, (1st Floor), S.C.O. 55-56.
Sector 17- C, Chandigarh (India)
Phone : +91-172-2721265, 2703059, 2701497
Fax : +91-172-2701800

email : umeshk@grandtravelplanners.com



With **News & Classifieds From:** **THE PLAIN DEALER**









[ GO ▶ ]

 

| Home | News | Local | Sports | Business | Forums | Living & Travel | Entertainment | Marketplace |

## TRAVEL                                          LIVING

### Farrell House Lodge

**Lodge is a world away for wandering, but within reach**

- If you go: Farrell House Lodge
- Graphic: Area map
- Forum: Talk about it

**Travel**
- » The Plain Dealer
- » Cruises
- » Gas Prices
- » Maps & Directions
- » Traffic
- » Visit Cleveland
- » Living

**Get The Best Local...**

**Jobs** | **Autos** | **Real Estate**

**All Classifieds** | **Place An Ad**

**Shop Cleveland**

- • A Complete Shopping Section
- • Grocery Coupons & More

Blossom Music Center!

#### THE TENS

**The Plain Dealer breaks down the 'best of' in their new feature**
- Top 10 Mother-daughter getaways
- Top 10 Midwest Nature Spots
- Top 10 Local Spring Break Ideas
- Top 10 Romantic Getaways

#### VISITOR ESSENTIALS

**Coming to Cleveland?**
Find out where to go, what to do and how to get there
- Visitor Essentials Guide

#### AROUND THE WORLD

**Travel Photos**



View recent Travel photos from The Plain Dealer
- Most recent gallery 📷

#### INTERACTIVE

**Father-son trips**
Have you and your dad (or son?) taken a recent trip together? Where did you go? And what made it meaningful? Click on the link to reply and we'll include a list of 10 top trips in an upcoming Travel feature.
- Submit photos from your favorite trips
- Your blogs | More Interactive

#### The Plain Dealer: SUSAN GLASER

- Get away for a perfect time to bond
- Diversity sets Toronto apart
- Travel Forum

#### From THE PLAIN DEALER

**News**
- Cheers to George, as replica of distillery opens at estate
- Clean, convenient, comfortable Calgary keeps you busy
- DETAILS: Calgary, Alberta
- IF YOU GO: Farrell House Lodge
- Lodge is a world away for wandering, but within reach
- New products let there be light just where you need it
- Pack lots of diversions for cross-country train trip with a child
- Readers pass time on the road with perfect tunes
- Travel Calendar
- Twin-island African nation set to cash in on ecotourism mood
- Water restrictions likely in Australia
  - More Stories

**Site Tools**

| ✉ | E-mail This |
| 🔍 | Search Site |
| 📋 | Newsletters |

**Speak Up!**
- Travel Forum

**FEATURED ADVERTISERS**

- » **Cleveland Hopkins Airport**
- » **North Coast Travel Service**
- » **Casino Sales International**
- » **Seneca Niagara Casino & Hotel**
- » **Travel Directory**
- » **Your Man Tours**
- » **Continental Airlines**
- » **Lakefront Lines**



GEAR UP FOR YOUR FAVORITE TEAM

80

TEAM FAN SHOP

CLICK HERE TO SHOP

**LOOKING FOR A NEW JOB?**

Search local jobs!
Post your resume!
Sign up for job alerts!

*Click here to visit the Jobs Section.*

#### SPECIAL OFFERS

**Planning a Trip?**
Browse Travel Resources

All Categories

**Travel Directory**
- Search for vacation rental properties

**Featured Advertisers:**
- Action Travel
- Carlson Wagonlit
- Casino Sales
- Cleveland Travel
- Cruise Concepts

#### FORUM SPOTLIGHT

**Travel Planner**
- best mexican... *by tylerdurden8*

**Golf**
- ANYONE EVER PLAY SUGAR... *by zdubb78*
  - Living Forums | Forums Home



BEST LOCAL
TOP JOBS

- Doylestown Travel
- Explore Appalachian Ohio
- Five Star Travel
- Gamble America
- Visit Guernsey County
- Kollander World Travel
- Landfall Travel
- Latrobe, PA/Laurel Highlands
- Lucky Junkets
- Visit Marietta Ohio
- Nationwide Cruises
- Panorama World Travel
- Peek'n Peak
- Personal Travel
- Travel & Play
- The Cruise Company

**FEATURES**

- Gas Prices and Travel Tips
- Maps & Driving Directions
- Northeast Ohio Golf Guide
- Ohio's Scenic Byways
- Weather Report

NURSING
ASSISTANTS, RNs
Cleveland, 44113
Employment Connection

TEACHER - Social
BATH, OH
OLD TRAIL SCHOOL

Inside Sales
Representative
Westlake, OH 44145
Golf Event Magazine

Fry Chef
CHAUTAUQUA, NY 14757
FOOD IS GOOD

BOOKKEEPER/
ACCOUNTING
AVON, OH
CONFIDENTIAL
COMPANY

More jobs

adicio

The Best
Local Jobs
In Print and Online
THE PLAIN DEALER | cleveland.com

**FROM OUR ADVERTISERS**
- Ohio Craft Fair
- Bryant & Stratton College: Enroll Today!
- Home Buying & Selling Tips

• **Advertise With Us**

**OUR AFFILIATES**

THE PLAIN DEALER

**The Best Local Classifieds:** Jobs | Autos | Real Estate | Place An Ad

THE PLAIN DEALER
MISS A DAY. MISS A LOT.

Receive 2 weeks FREE delivery of The Plain Dealer for complete Cleveland Indians and Cavaliers coverage!
Sign up now!

About Us | Help/Feedback | Advertise With Us

▶ RSS FEEDS

Use of this site constitutes acceptance of our User Agreement and Privacy Policy
©2007 Cleveland Live, Inc. All Rights Reserved.







Email this Page | Your Account

Search Enter Keyword Search

Home > Books > Others > Travel Planner's Weather Guide

## Travel Planner's Weather Guide

Subtitle:
Author: Russell Jennings, Penny Jennings
Publisher:
ISBN: 9780969136330
Format: Paperback
Version:

Cumulative Product Rating
100 /100
from 3 reviews
Write a review

Compare 1 price below

This easy-to-read, 432-page guide is an essential source for travelers, travel agents and tour operators. All the world's countries are listed as well as major island dependencies. For every destination the guide suggests a good or best time to visit. The guide also warns of seasons when strong desert winds, cyclones, monsoons, snowy conditions, freezing temperatures and searing heat can occur. This second edition contains 240 maps and over... More

Compare Prices | Reviews | Set Price Alert

1 Store Get the total price after tax & shipping* Enter Your Zip Code Get Price Sort Listings by:

| | | | |
|---|---|---|---|
| Travel Planner's Weather Guide<br>by Russell Jennings, Penny Jennings<br>www.amazon.com | $16.47 | Amazon<br>★★★★☆<br>5183 reviews | In Stock |

Sponsored Links

Free Travel Guides
Select free travel guides to plan your vacation. Mailed to you free.
www.100bestvacations.com

The Weather Channel
Forecasts, Maps, Doppler Radar, Storm Alerts & Weather Info
www.weather.com

Build a Luxury Vacation
Exotic Destinations, Travel Ideas & More! Plan Your Get-a-way Now.
Travel.Starware.com

Custom Trip Planner
Make your own tour, on-line! Expert advice. Quick, low prices.
www.tripthink.com

Similar Products

*Adapting Buildings And Cities For Climate Change*
*Planning at the Landscape Scale*
*When Not to Build*
*Smart Communities*
*Signs*
*New Towns For Old*

Shipping costs are based on an estimate of the lowest shipping rate available within the contiguous US, excluding Alaska and Hawaii. Only merchants with this product in stock are listed (Merchants with this product back ordered have been removed from this list).
Do you see a pricing error? Please let us know by filling out a simple form...

Smarter Extras

Get Smarter: Manufacturer Rebates, Store Coupons, Smarter Mobile Alerts, Smarter Visual Search

Smarter Merchants: List Your Products, New Merchant Registration, Merchant Login

Smarter International: www.smarter.com.cn, www.smarter.co.jp, www.smarter.co.kr

Extra Smarter: Coupon Mountain, More Rebates

© 2002-2007 Smarter.com (a MeziMedia Site). All Rights Reserved.

About Smarter | Sitemap | Help | Feedback | Privacy Policy | Terms & Conditions

OFFER EXPIRES 6/4/07        MUST BRING IN COUPON        SLEEPY'S

PRINT COUPON        LUXURY PILLOWTOP MATTRESS        Sealy        Queen 2-Piece Set        REG. $1199 NOW ONLY $599        FIND A STORE ENTER ZIP GO


**LOCaL.com**

| | | | |
|---|---|---|---|
| **Local Search** | People Search | Jobs | Classifieds |

travel planners        Norman, OK        **Local Search**

Business and Services        ZIP, City & State, Street Address        ☑ Save location

1 - 10 of 21 local results for travel planners near Norman, OK.

SPONSOR LINKS

**Travel** Planner   2007 Digital Visitors Guide/Planner Attractions-Activities-Events-More.
www.VisitCalifornia.com

**8,000,000 Travelers**   **Travel** planning and **travel** packing tips.
www.TravelGuard.com

**Webtravelconsultant**   We find you the best deals on airfare, rental cars, cruises, & hotels. We specialize in custom
vacations for honeymoons, anniversaries, birthdays, graduations, spring break, & family **travel**.
www.webtravelconsultant.com

**Featured Sponsors**

| Destination Europe - Custom Designed Lux... | Find **Travel** Consultants | Lowest Prices In The **Travel** Industry Gua... |
|---|---|---|
| Specializing in Custom Luxury European Vacations & Honeymoons. | Post Your Project Free. Get Bids from Pre-Qualified Consultants. | Wholesale Leisure & Corporate **Travel**, Cruises, Disney Vacations & more |
| Click Here | Click Here | Click Here |


OFFER EXPIRES 6/4/07
LUXURY PILLOWTOP MATTRESS
Sealy
Queen 2-Piece Set
REG. $1199 NOW ONLY $599
Must bring in coupon.
All sizes available
PRINT COUPON
FIND A STORE ENTER ZIP GO        SLEEPY'S

Get a Home Loan in 7 Days   Critical Close - Lending 911, Get a home loan apply now

| Sorted by: | Relevance | Distance | Name | Rating | | Filter | All |
|---|---|---|---|---|---|---|---|

**Show results within:**

15 miles

of the center of
Norman, OK

**Filter this search by**

General Travel Agents (21)
Cruise Agents (15)
Airline Ticket Agencies (10)
Insurance Carriers (2)

**Nearby Cities**

Maysville, OK
Noble, OK
Washington, OK
Purcell, OK
Oklahoma City, OK

**Grow Your Business**

Advertise your business
on Local.com!

Get your free listing.

**Discount Flights and Vacations.**        SPONSOR LINKS
Expert advice and friendly service. Price Beat Guarantee!
☎ (866) 569-7991   Call for service in Norman.

**Refinance with LoanIsland**   Lowest rates
guaranteed. Refinance to fit your budget

**Sta Travel**        1.0 Mi
(405) 579-5500
900 Asp Ave - Norman, OK 73069 - Map
... planner, travel planning, travel service, travel service business, travel service company, travel
store...

**Premier Travel**        0.4 Mi
(405) 217-8320
330 W Gray St - Norman, OK 73069 - Map
... planner, travel planning, travel service, travel service business, travel service company, travel
store...

**Elite Tours**        0.4 Mi
(405) 321-1440
101 S Webster Ave - Norman, OK 73069 - Map
... planner, travel planning, travel service, travel service business, travel service company, travel
store...

**Chicago Event Planning in Chicago at Nav...**        SPONSOR LINKS
Let an Odyssey Event Planner take care of all the details while you relax and
enjoy. Odyssey Cruises offers a unique group event venue ...
www.OdysseyCruises.com

**401ks Designed for Small Businesses and ...**
Low-cost, on-demand and easy-setup plans from ShareBuilder 401(k). Plans
for 1 or more priced from $15-$200/month. Get a Free Quote in ...
www.ShareBuilder401k.com

**Group Hotel Rates and Group Travel by Ho...**
Did you lock in a group rate for your upcoming event? We specialize in
business meetings, conferences, weddings, reunions, sports teams...
HotelPlanner.com



ANTIQUES        CLICK HERE FOR GREAT OVERNIGHT PACKAGES, DISCOUNTS & A FREE SHOPPING GUIDE
BUX        BUCKS COUNTY PENNSYLVANIA PA
WWW.BUCKSCOUNTY.TRAVEL

**Terra Star Travel**        0.9 Mi
(405) 217-8300
2215 W Lindsey St - Norman, OK 73069 - Map
... planner, travel planning, travel service, travel service business, travel service company, travel
store...



Sandra Hankins **Travel** Available Weekends By Appt                                    **0.9 Mi**
**(405) 360-4777**
330 W Gray St Ste 213 - Norman, OK 73069 - Map
... planner, travel planning, travel service, travel service business, travel service company, travel store...

Michelle's Destinations Unlimited                                                       **0.9 Mi**
**(405) 360-4482**
330 W Gray St Ste 213 - Norman, OK 73069 - Map
Honeymoon and Destination wedding specialist. We will help you find the best destination for your leisure trip!
www.travelwithmichelle.com

Boarding Pass **Travel** Agency The                                                     **1.0 Mi**
**(405) 321-0222**
1110 W Main St - Norman, OK 73069 - Map
... planner, travel planning, travel service, travel service business, travel service company, travel store...
www.content.onlineagency.com

Above & Beyond **Travel**                                                               **0.9 Mi**
**(405) 366-7766**                                                                       ★★★★★
1000 Alameda St Ste 136 - Norman, OK 73071 - Map                                        Read Reviews
... planner, travel planning, travel service, travel service business, travel service company, travel store...

University American **Travel**                                                          **1.1 Mi**
**(405) 321-9629**
1225 W Main St Ste 126 - Norman, OK 73069 - Map
... planner, travel planning, travel service, travel service business, travel service company, travel store...

Ship To Shore **Travel**                                                                **1.0 Mi**
**(405) 447-1333**
2201 W Main St Ste 300 - Norman, OK 73069 - Map
travel, Ship to Shore, Ship2ShoreTravel, cruise, cruises, Norman, Oklahoma, travel agency, business travel, travel specialists, airlines, hotels, car rentals...
www.ship2shoretravel.com

Find **Travel** Deals                                                                   SPONSOR LINKS
Looking for **Travel** deals? We have them. Compare now.
ShopBrite.com

Experienced Cruise Agents Waiting To Hel...
Call Today for Our Current Cruise Specials. Save Money & Book Today.
(866) 716-4971

SPONSOR LINKS
Get **travel** Information on Montana   Get info on Montana recreational opportunities with our trip planner. We've got all the info on Montana Tourism, including lodging, **travel** guides, **travel** planner and more.
www.visitmt.com

Plan a Australian **Travel**   **Travel** Planner - Australia. Experience Sydney, the Great Barrier Reef, the Outback, rainforests, wildlife and Aussie culture. Aussie **Travel** specialists.
www.aboutaustralia.com

Grow your Norman business.   **Advertise on Local.com.**

1 **2** 3 ▶
Next

| travel planners | Norman, OK | Local Search |
| --- | --- | --- |
| Business and Services | ZIP, City & State, Street Address | ☑ Save location |

🇬🇧 uk.local.com          Questions or comments? **Send us your feedback.**          Some data by **ACXIOM**

About | Advertise With Us | Add Your Free Listing | Partner With Us | Terms of use | Privacy | FAQ | Site Map

© 2007 Local.com Corporation



Travel Planners
International
2221 Lee Rd
Orlando, FL 32810

(407) 331-7000

SEND TO MOBILE
MAP
DIRECTIONS
SAVE LISTING
SAVE A NOTE
SEARCH NEARBY

Not Yet Rated
☆ ☆ ☆ ☆ ☆
Rate It



Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

Do you own this business? Add more information to reach more customers.

E-mail Page

©2007 YELLOWPAGES.COM LLC. All rights reserved.
©2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Legal Information  Privacy Policy

Some data provided by Amacai and Acxiom




Text Size  S  M  L        Contact Us | 1-800-850-3224

RESX  VIRTUALLY THERE  GALILEO VIEWTRIP  CLIQBOOK

Home    About Us    Travel Experts    Cruises    Vacations    Travel Resources    Business

Why Buy From Us?    FAQ    Travel Insurance    Gift Certificates    Passport Rules    Observations

Let Our Experts Plan Your Vacation



Less hassle and more value! You can rely on our travel experts to arrange an exceptional vacation that meets your style, needs and budget.

**Why Buy From Us?**

- Customer-focused travel planners
- Uniquely personalized advice
- Special and exclusive offers

more>>

**What Clients Are Saying About The TravelStore Experts**

"You deserve some credit for our new baby! He was conceived somewhere between Rome and Viareggio. The trip was so beautiful that we could not help but to make a baby. Thanks again."

*JH, Los Angeles, CA*

more testimonials >>

  

**Featured Vacation Offers**



Book Your Hawaii or Mexico Vacation!



Enter NOW!

Honeymoon Vacations

**Plan Your Own Vacation**

Search For:   ○ Flights   ○ Cruises   ○ Hotels   ○ Cars



Departure City/Airport

☑ Include surrounding airports

Arrival City/Airport

☑ Include surrounding airports

Departure Date And Time
Jun  1  3:00 PM

Return Date And Time
Jun  8  3:00 PM

Search Now!

**Worldwide Travel Guide**



This handy travel guide provides information on every country of the world: Top attractions, cities of interest, printable maps, history, and more. You'll also find real-time currency conversion charts, local weather and tips on what to wear, the electricity, culture and foods.

**Join Our Mailing List**

Join our preferred mailing list and you'll receive TravelStore's catalog featuring exclusive specials and travel news and deals.

Name

Email

○ Cruise offers
○ Vacation offers
○ Both

Sign-up Now!

**How You Benefit Using TravelStore**

**Why Buy From Us?**
Whether you desire adventure travel or luxury travel, a destination wedding, honeymoon or anniversary trip, a cruise or beach holiday, group travel or incentive programs: each of our travel experts understands the importance of vacations and travel arrangements properly planned

**Are we the cheapest?**
While our prices can be lower, our orientation is not just based on price, but on knowing the products and service standards of what we sell, differentiating between cruise ships, hotels and resorts, room types,

and flawlessly executed.

**How are we different?** We think you'll find our website, and our company, a bit different. While you can search for the best cruise specials and package deals and tours, you can also connect with one of our travel experts directly who will handle your arrangements from start to finish.

**How do we rate?**
TravelStore is consistently ranked as one of the nation's top travel companies. Our cruise planners and corporate and vacation travel agents have 15 years experience on average. They save you time and money by adding more value to your vacation experience. Some have been acknowledged as among the best, and others have completed the highest professional certification programs.

**Our excellent personal contacts** at major resorts, cruise lines and travel companies around the world help us secure the best arrangements for your vacation or business travel. Our vacation planners have been to most destinations and know how to get the best deals, from beach resorts in Tahiti, Fiji or the Hawaiian Islands, to "off the beaten path" excursions you'll remember for a lifetime in Costa Rica, Galapagos, Africa, Europe, or Australia.

**Need to manage business travel costs?**
Our business travel managers will help cut travel expenses and support your travel needs so you can provide person-to-person business transactions while adding to your bottom line.

package suppliers and itinerary options,and matching those to your personal needs.

Our goal is to get you the best vacation or business trip money can buy. You won't pay more for our professionalism, contacts and expertise – and you will have the confidence you're dealing with someone that can get you the best possible travel arrangements. After all, while you can cut your own hair, most of us prefer to use a hair stylist!

**An unlimited menu for your travel consumption.**
Whether booking the best cruise deal or a luxury cruise, our cruise experts provide all available cruise discounts and value-added amenities on select sailings.TravelStore is preferred agency with Princess Cruises, Celebrity Cruises, Royal Caribbean, Crystal Cruises. Whether an around the world cruise or a Caribbean or Alaska cruise getaway, TravelStore has access to the best promotions.

Honeymoons, destination weddings and anniversary trips are a specialty, and you can count on excellent planning and advice. From ski packages in Europe, Canada or the USA, adventure travel in Alaska and Australia, to escorted tours or independent arrangements in Europe or China, let TravelStore's experts hook you up with the most challenging vacation you'll ever have. **What are you waiting for?**
What our clients say has more value than what we can say about ourselves. We invite you to review testimonials from our clients. Email or call one of our travel experts and we will strive to provide you with a memorable vacation experience that is second to none.

© 2007 TravelStore, Inc.
CST #2002736-10

**About.com : South America for Visitors**

# Travel Planners for South America

From Bonnie Hamre,
Your Guide to South America for Visitors.
**FREE** Newsletter. Sign Up Now!



**First time or experienced traveler, here's the information you need!**

South America is a huge, spectacular continent, with great rivers, lush rain forests, snow covered mountains and tremendous glaciers, barren deserts and fertile agricultural areas. The countries are unique unto themselves, but can be grouped somewhat geographically.

Angel Falls, Venezuela
Courtney Milne

The northern countries face the Caribbean Sea, have mixed populations, a tropical lifestyle and rugged mountains. Here you will find favorite destinations like Angel Falls, the coastal resort of Los Roques and Margarita Island.

The Andean heartland contains the area that once was the core of the Inca Empire. Peru, Bolivia and Ecuador are still the most Indian of the South American countries. Here you will find the Lost City of the Incas, Machu Picchu, the highest navigable lake in the world in Lake Titicaca, snow-covered peaks and live volcanos, like famous Cotopaxi in Ecuador, plus the dense rain forests of western Amazonia.

Brazil is like no other: language, culture, sheer size, superlatives, energy and style, but it does share the Pantanal with its neighbor, landlocked Paraguay where the Chaco is the last grand frontier on the continent. They share also the Parana river, where Friendship Bridge links the two nations near Iguazu Falls.

The countries of the "Southern Cone" are the most European in flavor. Argentina and Chile host some of the wildest extremes of climate and geography - pampas and desert, the Andes, Patagonian glaciers and the Straits of Magellan and Beagle Passage.

The islands, either territories or possessions, share very few characteristics with the mainland. They are unique and out of the way, yet they reward the traveler with sights and experiences far beyond the norm.

But, before you can get to any of these destinations, you have to have a travel plan!

Within these pages you'll particularly useful information for the first time visitor to South Anerica, but experienced travelers will also find this information a handy way to refresh their memories or find something new.

These pages will take you directly to hundreds more of resources for travel to and around South America. You'll find country facts, plus ways to get there, the documents you'll need for travel, accommodations, sightseeing suggestions, history, geography, culture, the arts, language aids, transportation and practical help, plus wonderful photos and maps

Please read these pages:

1. Introduction
2. Major Attractions and Countries
3. Transportation and Tours
4. Practical Information
5. Choose your Destination!

**1**      2      3      4      5      **Next**

.
..

Case 1:07-cv-03119-GBD     Document 6-4     Filed 06/02/2007     Page 35 of 62



**Durant Imboden's**

**Europe for Visitors**

**europeforvisitors.com**     Travel in Europe with a *Forbes* "Best of the Web" trip-planning site.

---

| Paris | Venice | Switzerland | Austria | Cruises |
|-------|--------|-------------|---------|---------|

---

**European Travel Tours**
Make your own tour, on-line! Instant travel text, and photos.
www.tripthink.com

**Free Travel Maps**
Instant Access to Directions & Maps All The Time With The Maps Toolbar
www.Starware.com/Maps

**Disney® Resort Vacation**
Order a Free Vacation Planning DVD. See All the Magic of Disney Parks!
www.DisneyVacation.com

**ORBITZ Discount Travel**
ORBITZ: Book Travel Faster & Easier Save on Flights, Packages & More!
www.ORBITZ.com

---

Europe - Home

Countries
City Guides
Hotels
Transportation
General Advice
All Topics

Europe Links
Travel News
SpyMaps™
Tourist Offices
Photos



Hotels in Europe
Check thousands of hotels, B&Bs, and rentals from our booking partner.

About Us
Advertising
Search Site
E-mail

Currency Converter

**Europe Travel Planner Index**

**Durant Imboden's**

**Europe Travel Planner**



ABOVE: A train and passenger in the Paris Métro, from our Paris for Visitors "site within the site."

---

Welcome to the Europe Travel Planner, your gateway to more than 3,000 pages of tourist information on this site and thousands of independent European travel sites on the Web.

To explore the Europe Travel Planner, go to the main index page or to:

---

**General Trip Planning**

**Transportation**

**Countries**

---

Also be sure to see the travel planners at our related sites:



Partner Links

Renault Eurodrive
Driving in Europe for 21+ days? Save with a short-term lease.

Auto Europe
Car rentals in 4,000+ locations, plus Peugeot

**Venice Travel Planner**

**Switzerland & Austria Travel Planner**

Durant Imboden
europeforvisitors.com



leases of 17+ days.

Rail Europe
Tickets and rail passes for
60 railroads.

Sightseeing Tours
Book city tours and day
trips online.

Home

Copyright © 1996-2007 Durant and Cheryl Imboden and their licensors.
All rights reserved.

 

SHOPPING CART | ACCOUNT | WISHLIST | HELP

0 items    CHECKOUT >>

FEATURED STORES    CATALOG SHOPPING    CUSTOMER SERVICE    COMMUNITY    GIFT CERTIFICATES    MEMBERSHIP

BESTSELLERS | FICTION | BIBLES | CHRISTIAN LIVING | KIDS | MUSIC | HOMESCHOOL | GIFTS | ACADEMICS | VIDEOS/DVDS | BARGAINS

SEARCH   Keywords [ ]   [GO >]

BROWSE ALL PRODUCTS or [Select Category]

EasyFind for General Market

Keywords [ ]

[GO >]

☐ SEARCH IN RESULTS

📁 ALL PRODUCTS
📁 Crafts & Recreation
📁 Travel
📁 Planners (5)
  ➕ Destination
  ➕ Author/Artist
  ➕ Publisher
  ➖ Price
    Less than $10
    Less than $25
    Less than $50
    Less than $100

Advanced Search Links

Commentary Search
Bible Search
Song Search
Bible Study Search
Gift Registry Search

## France Travel Planner
*Dk Adult / 2000 / Paperback*

BUY NOW

QUANTITY  1

Retail Price: ~~$9.95~~
CBD Price: $8.49
You Save $1.46 (15%)

**Availability:** *Only 1 in stock - order soon! Additional quantities may be backordered.*

[ADD TO CART]

[ADD TO WISHLIST]

CBD Stock Number: WW455404

### Product Description:

This Travel Planner helps you get the most from your visit to France with the minimum of difficulty. The opening section, Introducing France, maps the country and sets it in its historical and cultural context. The 15 regional chapters, plus Paris and the Ile de France, describe all the main sights with maps, photographs and detailed illustrations. Throughout, features cover topics from food and wine to culture and beaches. Carefully researched tips for hotels and restaurants are found in Travellers' Needs, and the Survival Guide has advice on everything from posting a letter to catching the Metro. Features include:

- Over 1400 full-colour photographs taken specially for this guide
- Easy-to-use 3-D arial views give you a bird's eye view of the most charming towns and villages
- Unique cutaways and floorplans help you to explore public buildings and landmarks
- Town-by-town information on sights, cafe life, markets and festivals
- Carefully selected hotels and restaurants in all price ranges
- The wines of France are explained through maps and charts, and regional food specialities are presented in visual glossaries
- Special features on history, art, architecture, French literature, and local flora and fauna

Recommend France Travel Planner to Your Friends

### Product Information:

Format: Paperback
Number of Pages: 64
Vendor: Dk Adult
Publication Date: 2000
Dimensions: 8.50 X 5 (inches)

ISBN: 0789455404
ISBN-13: 9780789455406
UPC: 0635551055405
Availability: *Only 1 in stock - order soon! Additional quantities may be backordered.*

### Related Products:



Loire Valley - Eyewitness Travel Guide
$16.99



Paris City Map - Eyewitness Travel Guide
$6.49



Tips for the Savvy Traveler
$10.49



Entrez Signs of France
$15.49

- Eyewitness Travel Guide: France $21.99
- French in Your Pocket: Phrase Book and Two-Way Dictionary $5.99

Customer Reviews:

Be the first customer to review France Travel Planner!

Availability:

Availability: *Only 1 in stock - order soon! Additional quantities may be backordered.*

Find Related Products:

- Crafts & Recreation >> Travel >> Planners
- Start A New Christianbook.com Search

Check out our specialty shop for General Market products!

General Market

Author/Artist Review:

I'm the author/artist and I want to review France Travel Planner.

Start A New Christianbook.com Search

Customer Service: 1-800-CHRISTIAN (1-800-247-4784)

Christian Fiction | Bibles | Christian Living | Kids | Christian Music | Music Downloads | Homeschool | Gifts | Academics | Videos and DVDs | Bargains
Shopping Cart | Checkout | Account | Personal Profile | Order History | Wishlist | Registries | Gift Certificates
Home | Search | Browse | Coffeehouse | Catalog Quick Shop | Online Catalogs | Request Our Catalogs | Daily Devotions | Affiliates
Help | E-mail Us | Privacy Statement | Terms of Use | Shipping Rates | Add Page To Favorites

Copyright © 2007 Christianbook.com






* 15 *



**Bali Hotels**

Destination:
South Bali

Room(s):
1

Check In: (yyyy/mm/dd)

Check Out: (yyyy/mm/dd)

Area Guide

search

Contact Our
Customer Service
via
Yahoo Messenger

Jakarta Office

Bali Office

# Bali Travel Planner

Before embarking: Visas, etc

Getting to Bali

Getting around Bali

Accommodations

Things to do

Places to visit (One-page version)

Guide books to read

Money

Calendar of Events

Travelers' Emergency Resources

Index of Resources

Bon voyage. Your travel to Bali won't be like any of your other travel.
Even if this is not your first time to Bali.

home | destinations | interests | indonesia | smart tips | members | art & crafts | featured hotel
featured article | news archives | about us | terms | vendors | advertisers | affiliates | contact us

developed, designed, and maintained by indo.com © 2000 AllRights Reserved



## Under Construction!

Sorry this site is under construction!
Enter



| Accommodation | Things to See & Do | Transport | Travellers Services | Visitor Info Centres | Browse |

**BROWSE OUR COUNTRIES** >                                                        SHOW MAP

Australia , New Zealand , Cook Islands , Fiji , New Caledonia , Norfolk Island , Niue , Papua New Guinea , Samoa , Vanuatu , American Samoa , Kiribati , Solomon Islands , Tahiti And Her Islands , Tonga , Tuvalu

Jasons Resources

Home

Free Travel Guides

International Airlines

NZ Travel Planners

Jasons Explore!

Business Traveller newsletter

Useful Links

Travel Resources

Nationwide Accommodation Groups

Nationwide Transport Providers

Queries

Help & FAQ's

Suggestions

Contact us

Privacy Statement

Disclaimer

Link to Us

Jasons Travel Media

About Jasons

## NZ Travel Planners

### Gateway to New Zealand

Try our exclusive "Travel Planner" to help you plan your holiday and view the great scenic photos on our "Coach Tours" and "Walks" pages - we have day-by-day itineraries and photos for over 20 coach tours, plus 10 of the best guided walks. We are happy to help with an enquiry about any travel arrangements within New Zealand

### New Zealand Vacation Planners

Experts on planning itineraries around New Zealand, offering professional itinerary planning and reservation services

### KiwiTraveINZ.com

Let the experienced staff at Kiwi TravelNZ.com help you plan an itinerary that meets your personal requirements for that special New Zealand holiday. Full . reservation service available for all types of accommodation, rental vehicles, tours and activities

### Itchy Feet

Itchy's World, get the latest travel deals



### Travel AWOL Ltd

Welcome to the world of Travel AWOL - the unique and handpicked New Zealand accommodation specialists. We're here to show you it's those little differences that make a BIG difference. Tired of seeing the same places everywhere you look? Can get a little boring can't it! Have a peek



Todays Feature

Sky Jump, Auckland, New Zealand

Regal Palms - 5 Star City Resort, Rotorua, New Zealand

United Campervans, New Zealand

Hot Deals



Advertising Options

Brochure Distribution
- VisitorPoint

Employment
Opportunities at
Jasons

Investor Relations

Selections Bed and
Breakfast

at our unique collection and you'll wish you'd found us years ago.

### New Zealand Travel Network

The New Zealand Travel Network provides a selection of
rail, coach and rental car vacation options for independent
travellers. Motorhome rentals are also available. We are
an allied member of the Travel Agents Association of New Zealand



### Queenstown Visitor Centre

Information and booking agents for all accommodation,
transport and sightseeing activities in Queenstown




KEA Campers, Cairns,
Australia


KEA Campers, Perth,
Australia

KEA Campers,
Winnellie, Australia



| Niue Travel | Corporate Travel Solution | Luxury Senior Tours | Australian Travel |
|---|---|---|---|
| Find Great Travel Deals For Your Next Vacation. Save Time & Money! | Lower travel & booking costs w/ our on-demand travel management service | Only 12-24 Guests Per Group! Free Full-Color Catalog | Our Specialists Will Help You Plan The Perfect Holiday Down Under. |
| www.SmarterTravel.com | www.Concur.com | www.offeredby.net | www.ATSTravel.com.au |

[copyright © 2007, Jasons Travel Media Ltd™, All Rights Reserved]

**Jasons**
travel channel™

Case 1:07-cv-03119-GBD     Document 6-4     Filed 06/02/2007     Page 43 of 62





## Group Travel Planners

**Do you plan travel for a group?**

What will happen if a member of your group becomes ill or injured away from home?

We can help you address the risks of travel and provide a beneficial service to your members. Working with a variety of the most financially sound U.S. insurance companies, we can custom design a plan to fit your needs. Additionally, we'll make the plan easy for you to offer, and for your members to understand.

More details about our **group programs**.

**Privacy** | **About** | **Questions?** | **Compensation Disclosure** | **Brokers**

© 1997 - 2007 Travel Insurance Services. All rights reserved.



MON - FRI 8:00AM - 6:30PM CST
PHONE: 800-772-9231

| HOME | SPECIALS | HONEYMOON PACKAGES | VACATION PACKAGES |

**The Islands**

French Polynesia
Tahiti
Bora Bora
Moorea
Huahine
Rangiroa
Manihi
Tikehau
Raiatea/Tahaa

**Information**

Hotels
Ask Our Experts
Tours & Activities
Tahiti Fast Facts
Tahiti Travel Tips
Best of Tahiti List
Client Testimonials
Booking Your Trip
Tahiti Weather
Diving in Tahiti
About Us
Contact







## Welcome to Tahiti Travel Planners!

The world's leading experts for travel, vacation and
honeymoon planning for Tahiti, Bora Bora, Moorea and the
islands of French Polynesia.

Only Tahiti travel specialists who have personally experienced Tahiti and her Islands can
answer all of your questions - and this expertise sets Tahiti Travel Planners apart from all other
companies that offer Tahiti vacation and honeymoon trips. We invite you to visit our About Us
section to learn more about Tahiti Travel Planners.

  Find the perfect Tahiti vacation! Browse our spectacular
specials, honeymoon packages and vacation packages.

  Learn about the beautiful
islands and resorts of French
Polynesia

  Educate yourself for your
vacation to the islands of French
Polynesia with our Tahiti travel
tips.

Contact our Tahiti travel specialists to help you plan the
perfect Tahiti vacation or honeymoon!

Privacy Statement

Tahiti Travel Planners is a division of New Millennium Tours Inc.
Copyright © 1997 - 2005 New Millennium Tours inc.

Travel Terms and Conditions



**Featured Special**

6 Nights Bora Bora
from $2599
per person

click for details



**Need Help?**

Our Specialists
are ready to help!

Click to contact us



| MEMBERSHIP | OUR FLEET | SAFETY | COMPANY | MEMBER LOGIN |



Overview



## travel planners

Regardless of whether you are a corporate travel planner or a seasoned travel agent, JetTrip can help provide your clients with quick, efficient flight service.

Our easy to use interface takes the guess-work out of booking a jet, and with JetTrip's detailed website, you'll have all the answers to any customer question at the tip of your fingers. We offer real-time, interactive, tracking maps, and the ability to maintain contact throughout a flight so our passengers' needs are met even when in the air. Weather changes, destination changes, any changes, JetTrip ensures that nothing catches your customers by surprise.

Planning a trip with us is fast, simple, and cost-effective. Your clients deserve the best, so book them on a JetTrip jet for the highest standards in safety, quality, and comfort. Contact a Flight Specialist today to discuss the benefits of flying with JetTrip!

Home | Membership | Our Fleet | Commitment to Safety | Company | Travel Planners

©2004 JetTrip.com. All rights reserved.

Bookmark Us



| About Ctp | Travel Services | Special Services | Book Online | Travel Profile | Contact CTP |

**Book Now**

GetThere

Book Your Hotel, Car Rental & Air Here.

**Login Here**

CTP Branded Online Booking

**Welcome**

**December 31st, 2006**
**New Passport Requirements for Travelers**
The Departments of State and Homeland Security announced that effective January 23, 2007, citizens of the United States, Canada, Mexico and Bermuda will be required to present a passport to enter or re-enter the United States when arriving by air from any part of the Western Hemisphere.

The proposed implementation timeline has two phases:   more.....

**Testimonials**

"We have utilized CTP for approximately 12 years and you have always exceeded our expectations. During this time we have always found your staff to be extremely professional, knowledgeable and helpful."

**Harvey Najim**
**Sirius Computer Solutions**

more.....

Get Involved With a Great Cause and Sponsor The Christy's Hope 2007 Charity Golf Tournament

Travel Warnings

Map Directions

Restaurant Reservations

Weather Delays

Weather Conditions

Airport Codes

Going on Vacation

Travel Column

**Woman Owned Business**



**Corporate Travel Planners is a Woman Owned Business with 15 years of customer satisfaction to date. We pride ourselves on excellence in the travel industry with offering a diverse array of travel services and a high quality of customer service. Here at CTP we invite you to become a part of our team. Whether you are a client, associate or an employee of our company, we invite you to join us in the many years to come.**

**Christy Prescott - Founder and CEO**





**1.800.523.9036**
*Call Us Today!*

CTP Travel Services
7550 IH-10 West, Suite 1300
San Antonio, Texas   78229

Phone: 210.366.9565
Fax: 210.366.9581
Toll Free: 1.800.523.9036

Contact CTP
We Value Your Feedback...
CTP Employment Opportunities

Copyright ©1998 - 2007 Corporate Travel Planners, INC.        Corporate Travel Planners is a State Approved HUB Vendor

Bookmark Us



About Ctp    Travel Services    Special Services    Book Online    Travel Profile    Contact CTP

**Book Now**



Book Your Hotel, Car Rental & Air Here.

**Login Here**

CTP Branded Online Booking

**Welcome**

**December 31st, 2006**
**New Passport Requirements for Travelers**
The Departments of State and Homeland Security announced that effective January 23, 2007, citizens of the United States, Canada, Mexico and Bermuda will be required to present a passport to enter or re-enter the United States when arriving by air from any part of the Western Hemisphere.

The proposed implementation timeline has two phases:  more.....

**Testimonials**

"We have utilized CTP for approximately 12 years and you have always exceeded our expectations. During this time we have always found your staff to be extremely professional, knowledgeable and helpful."

**Harvey Najim**
**Sirius Computer Solutions**

more.....

Get Involved With a Great Cause and Sponsor The Christy's Hope 2007 Charity Golf Tournament

Travel Warnings

Map Directions

Restaurant Reservations

Weather Delays

Weather Conditions

Airport Codes

Going on Vacation

Travel Column

**Woman Owned Business**



**Corporate Travel Planners is a Woman Owned Business with 15 years of customer satisfaction to date. We pride ourselves on excellence in the travel industry with offering a diverse array of travel services and a high quality of customer service. Here at CTP we invite you to become a part of our team. Whether you are a client, associate or an employee of our company, we invite you to join us in the many years to come.**

**Christy Prescott - Founder and CEO**





**1.800.523.9036**
*Call Us Today!*

CTP Travel Services
7550 IH-10 West, Suite 1300
San Antonio, Texas  78229

Phone: 210.366.9565
Fax: 210.366.9581
Toll Free: 1.800.523.9036

Contact CTP
We Value Your Feedback...
CTP Employment Opportunities

Copyright ©1998 - 2007 Corporate Travel Planners, INC.        Corporate Travel Planners is a State Approved HUB Vendor

Bookmark Us



About Ctp      Travel Services      Special Services      Book Online      Travel Profile      Contact CTP

**Book Now**

GetThere
Book Your Hotel, Car Rental & Air Here.

**Login Here**

CTP Branded Online Booking

Get Involved With a Great Cause and Sponsor The Christy's Hope 2007 Charity Golf Tournament

Travel Warnings

Map Directions

Restaurant Reservations

Weather Delays

Weather Conditions

Airport Codes

Going on Vacation

Travel Column

**Welcome**

**December 31st, 2006**
**New Passport Requirements for Travelers**
The Departments of State and Homeland Security announced that effective January 23, 2007, citizens of the United States, Canada, Mexico and Bermuda will be required to present a passport to enter or re-enter the United States when arriving by air from any part of the Western Hemisphere.

The proposed implementation timeline has two phases:  more.....

**Woman Owned Business**



Corporate Travel Planners is a Woman Owned Business with 15 years of customer satisfaction to date. We pride ourselves on excellence in the travel industry with offering a diverse array of travel services and a high quality of customer service. Here at CTP we invite you to become a part of our team. Whether you are a client, associate or an employee of our company, we invite you to join us in the many years to come.

**Christy Prescott - Founder and CEO**

**Testimonials**

"We have utilized CTP for approximately 12 years and you have always exceeded our expectations. During this time we have always found your staff to be extremely professional, knowledgeable and helpful."

**Harvey Najim**
**Sirius Computer Solutions**

more.....





**1.800.523.9036**
*Call Us Today!*

CTP Travel Services
7550 IH-10 West, Suite 1300
San Antonio, Texas   78229

Phone: 210.366.9565
Fax: 210.366.9581
Toll Free: 1.800.523.9036

Contact CTP
We Value Your Feedback...
CTP Employment Opportunities

Copyright ©1998 - 2007 Corporate Travel Planners, INC.          Corporate Travel Planners is a State Approved HUB Vendor

Bookmark Us



| About Ctp | Travel Services | Special Services | Book Online | Travel Profile | Contact CTP |

## Book Now

GetThere

Book Your Hotel, Car Rental & Air Here.

**Login Here**

CTP Branded Online Booking

Get Involved With a Great Cause and Sponsor The Christy's Hope 2007 Charity Golf Tournament

Travel Warnings

Map Directions

Restaurant Reservations

Weather Delays

Weather Conditions

Airport Codes

Going on Vacation

Travel Column

## Welcome

**December 31st, 2006**
**New Passport Requirements for Travelers**
The Departments of State and Homeland Security announced that effective January 23, 2007, citizens of the United States, Canada, Mexico and Bermuda will be required to present a passport to enter or re-enter the United States when arriving by air from any part of the Western Hemisphere.

The proposed implementation timeline has two phases:   more.....

**Woman Owned Business**



**Corporate Travel Planners is a Woman Owned Business with 15 years of customer satisfaction to date. We pride ourselves on excellence in the travel industry with offering a diverse array of travel services and a high quality of customer service. Here at CTP we invite you to become a part of our team. Whether you are a client, associate or an employee of our company, we invite you to join us in the many years to come.**

**Christy Prescott - Founder and CEO**

## Testimonials

"We have utilized CTP for approximately 12 years and you have always exceeded our expectations. During this time we have always found your staff to be extremely professional, knowledgeable and helpful."

**Harvey Najim**
**Sirius Computer Solutions**

more.....





**1.800.523.9036**
*Call Us Today!*

CTP Travel Services
7550 IH-10 West, Suite 1300
San Antonio, Texas   78229

Phone: 210.366.9565
Fax: 210.366.9581
Toll Free: 1.800.523.9036

Contact CTP
We Value Your Feedback...
CTP Employment Opportunities

Copyright ©1998 - 2007 Corporate Travel Planners, INC.        Corporate Travel Planners is a State Approved HUB Vendor



**(919) 844-5388  Contact Us**

## Luxury Travel Planners
*An affiliate of Travel Planners International*

**Our Services** | **Special Offers**

**DATE** May 31, 2007

### DID YOU KNOW?!
### Weekly Travel Factoid
**U.S.: GET READY FOR HURRICANE SEASON**
The U.S. State Department issued an announcement reminding Americans that hurricane season will soon begin and that it may disrupt travel. The department suggests that Americans visiting areas that may be affected by storms purchase travel insurance in case of an emergency. (Courtesy of ModernAgent)
Email us for more details or a brochure about this service.

**MORE INFORMATION**

Subscribe To Our Newsletter:
Under Construction

Your Name

Your Email Address

**Submit**    **Reset**

**SUBCRIBE**    **CANCEL**

### TRAVEL NEWS
*Room And Dog*
Luxury resorts around the country now recognize that guests like to travel with their beloved pet. These cutting edge properties offer a unique set of services to pamper your pooch! From providing your pet with his very own bed, daily treats and doggie walks to offering a vet-approved room service menu your special dog or cat will love you for taking him along! Contact us to find out which posh resorts can't wait to spoil your pooch!

**MORE INFORMATION**

**REGENT PAUL GAUGUIN**
Experience Tahiti With A Special Focus On Culture Aug. 12, 2006 - 12 Days Fares From $2795

**BUY THIS TOUR**

**SEABOURN PRIDE**
New England & Canada Oct. 13, 2006 - 8 Days Special Fares From $3,533 Save Up To 50%

**BUY THIS TOUR**

Luxury Travel Planners offers unique and valuable travel services to its distinctive clientele. We serve up everything from sailing the Mediterranean Sea on a private yacht with your family to a brisk business trip to Tucson via private jet. We do it all while keeping your best interests in mind.

To ensure you receive the highest quality of service, we have selected the cream of the crop to be our preferred suppliers. In addition, our partnership with the vacation.com consortium offers clients special savings and exclusive pricing.

- Hand-Delivered Documents
- 24-Hour Vacation Assistance Hotline
- Competitive Pricing
- Convenient Appointments Locations
- Personalized Recommendations
- Exclusive Amenities
- Special Savings Opportunities
- Post-Trip Follow Up Consultation
- Travel Insurance
- Luggage Delivery Service
- Passport and Visa Assistance

Contact Luxury Travel Planners today to begin planning your next vacation!

Telephone: (919) 844-5388    Fax: (919) 844-5389

For more information, visit the *Contact Us* page

**MEMBER**

**ASTA**
**American Society of Travel Agents**

Copyright 2005-2006

An Affiliate of Travel Planners International

Home | For Boosters | Custom Tours | Sales Team | Get a Quote

## Like Music, Travel is an Art.

Founded in 1986, Music Travel Consultants has established itself as a leader in specialized student music group tours. Each program is custom-designed to meet the group's needs, and, best of all, there are no hidden costs. Two award-winning former band directors lead MTC's staff, and its operations team has over 100 years of combined group travel experience to over 150 countries!

MTC's sales staff consists exclusively of past and present music educators, music parents and music advocates, each of whom has unique insight into the needs and demands of traveling student music groups. This ensures that client's wishes are heard and anticipated.

Each MTC tour is escorted throughout, giving each group full-time professional travel management. Should any unforeseen problems arise, an experienced Music Travel Consultants Escort is there to fix the problem immediately. Read More

### Let Us Conduct Your Next Great Adventure.



Music Travel Consultants is honored to have been selected by Bands of America as one of its three official preferred travel partners. Bands of America, the nation's leading presenter of educational events for high school music students, champions a mission to create and provide "positively life-changing" experiences through music for students, teachers, parents and communities.



For the 8th consecutive year, MTC has been recognized as one of the top 30 student travel planners in the country by the Youth Programs of Walt Disney World® Resort and Disneyland® Resort.

Music Travel Consultants is proud to be the Exclusive Travel Provider to the US Scholastic Band

### Top Music Educators Prefer MTC!

"Music Travel Consultants has never failed to impress our students, parents and staff when it comes to our band's travel needs. They deliver what is "above and beyond" the highest of expectations. They are simply the best in the business!"

Richard L. Saucedo
Director of Bands
Carmel High School

What Others Say

### Music Travel Office Expands!

Our new address:
Music Travel Consultants
7920 Georgetown Road
Suite 700
Indianapolis, Indiana
46268
toll free 800-616-1112
phone 317-637-0837
fax 317-692-0934

Staff Contact Info



Ask your Music Travel Consultants tour planner to include Create A Video for your next tour!

More Information

Employment Opportunities:
Tour Consultants

## My Trip

Director Login

Trip Signup

Make a Payment

## For Boosters Only



What should you ask when selecting a tour operator?

Get the Facts

## Tales from The Road



See notes and photos from trips underway now!

More Information



Association. The USSBA is commited to the services of band students, directors, parents and fans across the country in marching, concert and jazz programs.

Music Travel Consultants is looking for Tour Consultants throughout the United States and Canada. The ideal candidate is a High School Music Teacher with at least 5 years experience, who loves people and loves to travel! Email your resume to mattebury@music-travel.com today!



EXCLUSIVE TRAVEL PROVIDER

Travel Planners For The Finest Bands, Choirs And Orchestras In The World.

Music Travel Consultants - All rights reserved.



©2004 Creative Travel Planners. All Rights Reserved.

Read these incredible stories

**Creative Travel Planners, Inc.**
5855 Topanga Canyon, Blvd.
Suite 220
Woodland Hills, CA 91367

Toll Free
800-255-3070

Telephone
818-704-7033

Fax
818-347-4113

email
info@ctptravel.com

National Electrical Contractors Association, California District

Emmis Radio Stations, Los Angeles

International Academy of Trial Judges

### The Longest-Operating Incentive Travel Company in Los Angeles

Since 1977, Creative Travel Planners (CTP) has been dreaming up and delivering incredible, motivational travel experiences for corporations and professional associations.

Don't worry about the details - what kind of *experience* do you want to give your people?

Over the years, we've built trusted relationships with the top travel vendors and service providers around the world. They help us bring our clients an array of unique ideas that turn any event into a once-in-a-lifetime travel experience.

We're run by people who love travel and are with you every step of the way, from planning to the event itself. We manage countless trip details, keep things on budget, and often solve problems before anyone's aware of them. That's the kind of personal, friendly, attentive service you get only from a company that started small…and intends to stay that way.

Home  |  Who We Are  |  Why We're Different  |  What We Do  |  Success Stories  |  Customer Comments





**GLAMER May Online Travel Show, the Group Travel Mart**

Hello, Group Travel Leaders! Welcome to the **Group Travel Mart**, GLAMER's Online Group Travel Tradeshow. **71 exhibitors** are just a click away!

Mouse Over A State or Tour Type Below, To View Tours Available In That Area.

© Group Leaders of America
All Rights Reserved.

Site powered and designed by Digital Venues



## Welcome to the World of Christian Travel

Home

Current Tours

Reservation Form

Terms and Conditions

Travel Insurance

Contact Us

Lead A Tour

As we move into the 21st Century, imagine yourself experiencing the trip of a lifetime with a group of church members, students and friends as you travel to one of the inspirational Christian destinations in the world: Luther's Germany, St Paul's Greece, or Biblical Footsteps of the Holy Land.

We here at Christian Travel Planners have had the privilege of providing quality Christian travel and warmhearted fellowship for individuals, families and groups for over 37 years. Customize a tour with us to the destinations that you have always dreamed about and unlock the mysteries of Europe's spiritual treasures.

Christian Travel Planners has been providing worldwide travel that invites you to explore your faith and to experience true stories of heroism and faith in the places of old that you have heard about all of your life. Europe's spiritual treasures are the legacy to our future generations.

As Winston Churchill once said, "The further backward you can look, the farther forward you can see." It took two millennia to create the grandeur of Christian civilization, but you can recapture its essence in two weeks or so. One of the chief admonitions of Scripture is to remember the mighty deeds of God. Christian Travel Planners is taking that admonition seriously and is offering a Christian travel experience that will help you and your tour group remember the greatest cultural achievement in history: the creation of Christian civilization.

**Click on the map below for list of tours in each region.**



Gwin's Travel PlannersTransportation: Travel agency.  Page 1 of 1

Case 1:07-cv-03119-GBD    Document 6-4    Filed 06/02/2007    Page 61 of 62



About Us | My Account | ⛟ View Cart

Home

Company Profiles

Industry Information

Business Development
Resources

Business Management
Resources

U.S. Job Search

**Search over 450,000 company profiles »**  [Enter company name]  GO!

Find Companies by Industry | Advanced Company Search

Home | Company Profiles | Browse by Industry | Transportation Services | Travel Agencies | Gwin's
Travel Planners

Company Profile                                                          Updated: 27-SEP-06

# Gwin's Travel Planners

Private Company, Headquarters Location
212 N Kirkwood Rd., Ste. 200, KirkwoodMO, United States
(314)822-1958, (314)822-8957 fax, http://www.gwins.com
Primary SIC: Travel Agencies, Primary NAICS: Travel Agencies
Description: Transportation: Travel agency.

*Ads by Google on Transportation: Travel agency.* *

**Cheap Air Travel Deals** Compare & save on the best airfare deals available online.

**Plan Your Trip** Check fares on multiple websites Save time and find great deals.

**Travel Careers NY** Medical/Dental/Business/Child Care 1-9 month diploma programs at CTI.

* The ads are not affiliated with Gwin's Travel Planners



**Register Now**    **Get 450,000 directory listings - FREE.** Join Goliath and get our complete
company directory. Free with registration. Learn more.

**Add to cart**    **Purchase this company profile $29.95** Immediate online access.

**Add to cart**    **Subscribe for only $49.95 per month.** Access over 450,000 profiles,
☐ add ZoomInfo    Month-to-month subscription, No long-term commitment! Learn more

✿ zoominfo
Add ZoomInfo data to your company profile to get the names, titles, employment history, board
memberships, education, web references and more for key professionals who work at this
company.

**Just $15.00!** (Only $30.00 per month for all 27 million names)

View a sample profile                                    Already a subscriber? Log in to view full profile

**Why Purchase This Company**    **Included When Available**    **Related Company Profiles**
**Profile?**                     Contacts & Officers            ›  Nippon Express Travel USA Inc.
Sales prospecting                Company Overview               ›  Maritz Travel Co.
Competitive analysis             Company Financials             ›  REI Adventures
Vendor & supplier evaluation     Divivsions & Subsidiaries
Customer evaluation and          Comparable Companies
analysis                         Business Associations
Strategic planning               News & Information
                                 Company Chronology

**Need More Information?**
Start a new search

Advertising, Privacy Policy, Refund Policy, Contact Us, Site Map, Terms & Conditions, Add to del.icio.us
Customer Service, How to Buy, Frequently Asked Questions
Copyright © 2007, ECNext, Inc., All Rights Reserved

 **Europe for Visitors**

> ## Spain and Portugal - Iberia - Travel Planners and Tourism Information

Spain and Portugal make up the Iberian peninsula. The two countries are rich in historical places and architecture, fine food and wine, beautiful beaches, and are relatively inexpensive for the frugal traveler looking for destinations in Europe.

**Subtopics**

Basque Country (25)                              Spain (459)
Portugal (161)

Spain and Portugal Maps - Michelin Road Maps of Spain and Portugal
Michelin road maps of Spain and Portugal to purchase for your travel while driving in France.

Spain Guidebooks - Guides to Spain
Guidebooks to Spain, books about Spain, and Travel guides for Spain.

Spain - Maps and Essential Travel Resources
A map of Spain showing all the travel resources on this site, plus essential travel resources: information on language, restaurants and tipping, climate, currency, plus links to pictures of Spain, a region map, and a rail map and Spanish train information.

The Iberian Peninsula
A travelogue featuring great pictures and good writing about the feelings invoked by a landscape--an often overlooked part of travel writing, especially on the web.

Iberian Wildlife Tours
Guided wildlife holidays and natural history excursions in Spain and Portugal, particularly the Extremadura, the Picos de Europa and Western Portugal,