# EXHIBIT E

Westlaw.

FEDTM 77186886                                                                Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** QUICKCONNECT
**Cross References:** QUICK CONNECT
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes


**Serial No.:** 77186886


**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** May 25, 2007


**Filed:** May 22, 2007
**Goods - Services:**
 (INT. CL. 35) BUSINESS CONSULTING AND MANAGEMENT SERVICES IN THE FIELD OF TRAVEL,
**TRAVEL PLANNING** AND THE OPERATION OF TRAVEL-RELATED BUSINESSES
 (INT. CL. 38) COMMUNICATIONS SERVICES, NAMELY TRANSMISSION OF DATA RELATING TO
RATES, AVAILABILITY, AND RESERVATIONS FOR HOTELS AND OTHER PROVIDERS OF TEMPORARY
ACCOMMODATION SERVICES
 (INT. CL. 42) ON-LINE, NON-DOWNLOADABLE SOFTWARE USED TO TRANSMIT DATA RELATING TO
RATES, AVAILABILITY, AND RESERVATIONS FOR HOTELS AND OTHER PROVIDERS OF TEMPORARY
ACCOMMODATION SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)
38 (Communication)
42  (Scientific, technological and legal services)



**Applicant:**
EXPEDIA, INC.
3150 139TH AVENUE SE
SUITE 500
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION



**Filing Attorney:**
SANJIV D. SARWATE

**Filing Correspondent:**
SANJIV D. SARWATE
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD
311 S WACKER DR STE 5000
CHICAGO, IL 60606-6631

**Event History:**
 MAY 26, 2007 NOTICE OF PSEUDO MARK MAILED
 MAY 25, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77186886


999999 NO CODES


END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77178144                                                                        Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** ITC TOURS WORLDWIDE N S W E
**Cross References:** ITC TOURS WORLDWIDE NSWE
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:** Yes

**Serial No.:** 77178144

**Status:** PENDING

**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** May 16, 2007

**Filed:** May 10, 2007
**Goods - Services:**
 (INT. CL. 35) TRAVEL MANAGEMENT - BUSINESS CONSULTING AND MANAGEMENT SERVICES IN
THE FIELD OF TRAVEL, **TRAVEL PLANNING** AND THE OPERATION OF TRAVEL RELATED BUSINESS;
ON-LINE RETAIL STORE SERVICES FEATURING TRAVEL RELATED GOODS AND SERVICES; RETAIL
STORE SERVICES FEATURING TRAVEL RELATED GOODS AND SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** January 1, 1990
**In Commerce:** January 1, 1990

**Applicant:**
ITC TOURS WORLDWIDE (JAMAICA) LIMITED
2331 N. SR. 7., SUITE 210
SUNRISE,FL FLORIDA 33313
**State of Incorporation or Organization:** JAMAICA
**Entity:** CORPORATION

**Filing Correspondent:**
ITC TOURS WORLDWIDE (JAMAICA) LIMITED
ITC TOURS WORLDWIDE (JAMAICA) LIMITED
2331 N SR 7 STE 210
SUNRISE, FL 33313

**Event History:**
 MAY 17, 2007 NOTICE OF DESIGN SEARCH CODE MAILED
 MAY 16, 2007 NEW APPLICATION ENTERED IN TRAM

**Claims:** THE APPLICANT CLAIMS COLOR AS A FEATURE OF THE MARK, NAMELY, GREEN, BLACK.

**Design Description:** THE MARK CONSISTS OF GREEN TEXT CHARACTERS; BLACK DRAWING.
**Design Codes:**
999999 NO CODES

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77172177                                                                           Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** THE MARK CONSISTS OF THE WORDS DOT COM SUNG BY MULTIPLE VOICES, WITH EACH OF
THE 2 WORDS "DOT" AND "COM" SUNG IN HARMONY IN THE NOTES G, B, D AND G
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** SOUND ONLY
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 77172177

**Status:** PENDING

**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** May 18, 2007

**Filed:** May 3, 2007
**Goods - Services:**
 (INT. CL. 35) PROVIDING ACCOMMODATION INFORMATION, NAMELY RATINGS OF
ACCOMMODATIONS; CUSTOMER LOYALTY SERVICES AND CUSTOMER CLUB SERVICES, FOR
COMMERCIAL, PROMOTIONAL AND/OR ADVERTISING PURPOSES; CONDUCTING CUSTOMER LOYALTY AND
INCENTIVE PROGRAMS FOR COMMERCIAL PROMOTION AND FOR ADVERTISING PURPOSES; BUSINESS
CONSULTING AND MANAGEMENT SERVICES IN THE FIELD OF TRAVEL, **TRAVEL PLANNING** AND THE
OPERATION OF TRAVEL-RELATED BUSINESSES
 (INT. CL. 39) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TRANSPORTATION AND PROVIDING INFORMATION AND REVIEWS CONCERNING TRAVEL BY MEANS OF A
TELEPHONE, FACSIMILE, THE MAILS, COURIER OR OVER COMPUTER NETWORKS AND GLOBAL
COMMUNICATION NETWORKS; PROVIDING A WEBSITE AND WEBSITE LINKS TO GEOGRAPHIC
INFORMATION, MAPS, MAP IMAGES AND TRIP ROUTING; ORGANIZING AND ARRANGING TRAVEL
ACTIVITIES, NAMELY, TOURS, TRAVEL TO EVENTS AND TRAVEL TO ATTRACTIONS; MAKING
RESERVATIONS FOR TRAVEL ACTIVITIES, NAMELY FOR TOURS, TRAVEL TO EVENTS AND TRAVEL TO
ATTRACTIONS; PROVIDING INFORMATION ABOUT TOURS AND TRAVEL TO EVENTS AND ATTRACTIONS;
ORGANIZING SIGHT-SEEING TOURS; TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS
AND BOOKINGS FOR TRANSPORTATION; TRAVEL AND TOUR INFORMATION SERVICES; TRAVEL AND
TOUR TICKET RESERVATION SERVICES; ARRANGING BOOKINGS OF DAY TRIPS AND SIGHT-SEEING
TOURS
 (INT. CL. 43) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TEMPORARY ACCOMMODATIONS; HOTEL AND LODGING SERVICES, NAMELY, PROVIDING AND RELAYING
INFORMATION AND SECURING PAYMENT IN CONNECTION WITH RESERVATIONS AND BOOKINGS FOR
TEMPORARY LODGING AND PROVIDING REVIEWS OF HOTELS BY MEANS OF A TELEPHONE,
FACSIMILE, THE MAILS, COURIER OR OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION
NETWORKS; TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
RESTAURANTS AND MEALS

**Int'l Class(es):**
35 (Advertising and Business Services)
39 (Transportation and Storage Services)
43  (Services for providing food and drink; temporary accommodation)

**Int'l Class:** 35
**First Used:** December 31, 2002
**In Commerce:** December 31, 2002
**Int'l Class:** 39
**First Used:** December 31, 2002
**In Commerce:** December 31, 2002
**Int'l Class:** 43
**First Used:** December 31, 2006
**In Commerce:** December 31, 2006

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77172177                                                                Page 2

**Applicant:**
EXPEDIA, INC.
3150 139TH AVENUE SE
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION


**Filing Attorney:**
DEBORAH J. PECKHAM
**Reference No.:** EXP/W-602


**Filing Correspondent:**
DEBORAH J. PECKHAM
KIRKPATRICK & LOCKHART PRESTON GATES ELL
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111

**Event History:**
 MAY 08, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Description:** THE MARK CONSISTS OF THE WORDS "DOT COM" SUNG BY MULTIPLE
VOICES, WITH EACH OF THE TWO WORDS "DOT" AND "COM" SUNG IN HARMONY IN THE NOTES G,
B, D AND G.
END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76676078                                                              Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** DAMON EXECUTIVE EVENT PLANNERS
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:** Yes

**Serial No.:** 76676078

**Status:** PENDING

**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** May 2, 2007

**Filed:** April 27, 2007
**Goods - Services:**
  (INT. CL. 35) EVENT PLANNING AND BUSINESS PLANNING SERVICES, NAMELY, ARRANGING
RESERVATIONS FOR HOTEL, AIR, CAR AND CHAUFFEUR SERVICES, **TRAVEL PLANNING** AND
ORGANIZATION, RESEARCHING TRAVEL OPTIONS, RESEARCHING DESTINATION INFORMATION,
CREATING PERSONALIZED ITINERARIES, CONFERENCE PLANNING, CONFERENCE CONCIERGE
SERVICES, MEETING PLANNING, SPECIAL EVENT PLANNING INCLUDING PLANNING DINNERS AND
ENTERTAINMENT EVENTS
  (INT. CL. 41) EVENT PLANNING AND BUSINESS PLANNING SERVICES, NAMELY, ARRANGING
RESERVATIONS FOR HOTEL, AIR, CAR AND CHAUFFEUR SERVICES, **TRAVEL PLANNING** AND
ORGANIZATION, RESEARCHING TRAVEL OPTIONS, RESEARCHING DESTINATION INFORMATION,
CREATING PERSONALIZED ITINERARIES, CONFERENCE PLANNING, CONFERENCE CONCIERGE
SERVICES, MEETING PLANNING, SPECIAL EVENT PLANNING INCLUDING PLANNING DINNERS AND
ENTERTAINMENT EVENTS

**Int'l Class(es):**
35 (Advertising and Business Services)
41 (Education and Entertainment Services)

**Int'l Class:** 35
**First Used:** January 2007
**In Commerce:** February 2007
**Int'l Class:** 41
**First Used:** January 2007
**In Commerce:** February 2007

**Applicant:**
DAMON EXECUTIVE EVENT PLANNERS, LLC
PO BOX 789
HOCKESSIN,DE DELAWARE 19707
**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.

**Filing Attorney:**
DONEENE KEEMER DAMON

**Filing Correspondent:**
DONEENE KEEMER DAMON
RICHARDS, LAYTON & FINGER, P.A.
PO BOX 551

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76676078                                                          Page 2

WILMINGTON, DE 19899-0551

**Event History:**
 MAY 08, 2007 APPLICATION FILING RECEIPT MAILED
 MAY 03, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

# DAMON EXECUTIVE
# EVENT PLANNERS

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 134516900                                                      Page 1


CANTM TMA000000
                              TRADEMARKSCAN® - Canada
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** CRUISEBOSS

**Mark as Supplied:** CRUISEBOSS

**Cross References:** CRUISE BOSS
**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 134516900
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** April 26, 2007
**Formalized:** April 30, 2007

**Wares:**
(1) Computer software program for **travel planning**.


**Int'l Class(es):**
 9 (Electrical and Scientific Apparatus)

**Registrant:**
Carlson Travel Network Associates, Inc.
Carlson Parkway
P.O. Box 59159 Minneapolis, Minnesota 55459-8249
UNITED STATES OF AMERICA

**Agent:**
GOWLING LAFLEUR HENDERSON LLP
SUITE 2600, 160 ELGIN STREET
OTTAWA
ONTARIO K1P 1C3
613-233-1781
**Ref. No.:** 06684715CA

**Rep. For Service:**
GOWLING LAFLEUR HENDERSON LLP
SUITE 2600, 160 ELGIN STREET
OTTAWA
ONTARIO K1P 1C3
613-233-1781
**Ref. No.:** 06684715CA

**Foreign Registration No.:** 3,021,750
**Country:** UNITED STATES OF AMERICA
**Date:** November 29, 2005
**Info.:** Registered on wares marked (1)


**Foreign Usage Country:** UNITED STATES OF AMERICA
**Text:** Used in UNITED STATES OF AMERICA


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 134516900                                                          Page 2


**Subject Headings:** CRUISEBOSS
BOSS, CRUISE

**Action History:**
Formalized on April 30, 2007
Created on April 27, 2007
Filed on April 26, 2007

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 134517200                                                          Page 1


CANTM TMA000000
                            TRADEMARKSCAN® - Canada
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** CRUISEWEB

**Mark as Supplied:** CRUISEWEB

**Cross References:** CRUISE WEB
**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 134517200
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** April 26, 2007
**Formalized:** April 30, 2007

**Wares:**
(1) Software program for **travel planning**.


**Int'l Class(es):**
 9 (Electrical and Scientific Apparatus)

**Registrant:**
Carlson Travel Network Associates, Inc.
Carlson Parkway
P.O. Box 59159 Minneapolis, Minnesota 55459-8249
UNITED STATES OF AMERICA

**Agent:**
GOWLING LAFLEUR HENDERSON LLP
SUITE 2600, 160 ELGIN STREET
OTTAWA
ONTARIO K1P 1C3
613-233-1781
**Ref. No.:** 06684717CA

**Rep. For Service:**
GOWLING LAFLEUR HENDERSON LLP
SUITE 2600, 160 ELGIN STREET
OTTAWA
ONTARIO K1P 1C3
613-233-1781
**Ref. No.:** 06684717CA

**Foreign Registration No.:** 2,082,255
**Country:** UNITED STATES OF AMERICA
**Date:** July 22, 1997
**Info.:** Registered on wares marked (1)


**Foreign Usage Country:** UNITED STATES OF AMERICA
**Text:** Used in UNITED STATES OF AMERICA


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Subject Headings:** CRUISEWEB
WEB, CRUISE

**Action History:**
Formalized on April 30, 2007
Created on April 27, 2007
Filed on April 26, 2007

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** THE MARK CONSISTS OF THE WORD EXPEDIA FOLLOWED BY THE WORDS DOT COM SUNG BY MULTIPLE VOICES, WITH EACH OF THE 2 WORDS "DOT" AND "COM" SUNG IN HARMONY ON THE NOTES G, B, D AND G.
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** SOUND ONLY
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 77160283

**Status:** PENDING

**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** April 24, 2007

**Filed:** April 19, 2007
**Goods - Services:**
 (INT. CL. 35) PROVIDING ACCOMMODATION INFORMATION, NAMELY RATINGS OF ACCOMMODATIONS; CUSTOMER LOYALTY SERVICES AND CUSTOMER CLUB SERVICES, FOR COMMERCIAL, PROMOTIONAL AND/OR ADVERTISING PURPOSES; CONDUCTING CUSTOMER LOYALTY AND INCENTIVE PROGRAMS FOR COMMERCIAL PROMOTION AND FOR ADVERTISING PURPOSES; BUSINESS CONSULTING AND MANAGEMENT SERVICES IN THE FIELD OF TRAVEL, **TRAVEL PLANNING** AND THE OPERATION OF TRAVEL-RELATED BUSINESSES
 (INT. CL. 39) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TRANSPORTATION AND PROVIDING INFORMATION AND REVIEWS CONCERNING TRAVEL BY MEANS OF A TELEPHONE, FACSIMILE, THE MAILS, COURIER OR OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING A WEBSITE AND WEBSITE LINKS TO GEOGRAPHIC INFORMATION, MAPS, MAP IMAGES AND TRIP ROUTING; ORGANIZING AND ARRANGING TRAVEL ACTIVITIES, NAMELY, TOURS, TRAVEL TO EVENTS AND TRAVEL TO ATTRACTIONS; MAKING RESERVATIONS FOR TRAVEL ACTIVITIES, NAMELY FOR TOURS, TRAVEL TO EVENTS AND TRAVEL TO ATTRACTIONS; PROVIDING INFORMATION ABOUT TOURS AND TRAVEL TO EVENTS AND ATTRACTIONS; ORGANIZING SIGHT-SEEING TOURS; TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TRANSPORTATION; TRAVEL AND TOUR INFORMATION SERVICES; TRAVEL AND TOUR TICKET RESERVATION SERVICES; ARRANGING BOOKINGS OF DAY TRIPS AND SIGHT-SEEING TOURS
 (INT. CL. 43) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TEMPORARY ACCOMMODATIONS; HOTEL AND LODGING SERVICES, NAMELY, PROVIDING AND RELAYING INFORMATION AND SECURING PAYMENT IN CONNECTION WITH RESERVATIONS AND BOOKINGS FOR TEMPORARY LODGING AND PROVIDING REVIEWS OF HOTELS BY MEANS OF A TELEPHONE, FACSIMILE, THE MAILS, COURIER OR OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR RESTAURANTS AND MEALS

**Int'l Class(es):**
35 (Advertising and Business Services)
39 (Transportation and Storage Services)
43 (Services for providing food and drink; temporary accommodation)

**Int'l Class:** 35
**First Used:** December 31, 2002
**In Commerce:** December 31, 2002
**Int'l Class:** 39
**First Used:** December 31, 2002
**In Commerce:** December 31, 2002
**Int'l Class:** 43
**First Used:** December 31, 2006
**In Commerce:** December 31, 2006

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77160283                                                          Page 2


**Applicant:**
EXPEDIA, INC.
3150 139TH AVENUE SE
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION


**Filing Attorney:**
DEBORAH J. PECKHAM

**Filing Correspondent:**
DEBORAH J. PECKHAM
KIRKPATRICK & LOCKHART PRESTON GATES ELL
1 LINCOLN ST
BOSTON, MA 02111-2901

**Event History:**
 APRIL 24, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Description:** THE MARK CONSISTS OF THE SOUND OF THE SPOKEN WORD "EXPEDIA"
FOLLOWED BY THE WORDS "DOT COM" SUNG BY MULTIPLE VOICES, WITH EACH OF THE TWO WORDS
"DOT" AND "COM" SUNG IN HARMONY ON THE NOTES G, B, D AND G.
END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 134368000                                                              Page 1


CANTM TMA000000
                              TRADEMARKSCAN® - Canada
                        © 2006 Thomson CompuMark. All rights reserved.

**Mark:** TOURABOUT

**Mark as Supplied:** TOURABOUT

**Cross References:** TOUR ABOUT
**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 134368000
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** April 17, 2007
**Priority:** October 25, 2006
**Formalized:** April 18, 2007

**Services:**
(1) Advertising; advertising agencies; advertising agency services; advertising
analysis; advertising by mail order; advertising services provided by television;
advertising services provided over the Internet; advertising services provided via a
data base; advisory services relating to advertising; arranging exhibitions for
advertising purposes; billboard advertising; business advertising services relating
to franchising; business advice relating to advertising; business consultation
relating to advertising; classified advertising; collection of information relating
to advertising; conducting exhibitions for advertising purposes; consultancy
relating to advertising; hire of advertising aids; hire of advertising billboards;
hire of advertising equipment; hire of advertising materials; hiring of advertising
materials; information services relating to advertising; layout services for
advertising purposes; market research for advertising; modelling for advertising or
sales promotion; on-line advertising on a computer network; organising of prize
draws for advertising purposes; organisation of exhibitions for commercial or
advertising purposes; organisation of exhibitions for commercial or advertising
purposes; organisation of housing and real estate displays and exhibitions for
promotion or advertising purposes; organisation of trade expositions or shows for
commercial or advertising purposes; organisation of trade fairs for commercial or
advertising purposes; outdoor advertising; outdoor advertising services; planning
services for advertising; preparation of advertising material; press advertising
consultancy; press advertising services; production of advertising material;
promotion (advertising) of business; promotion (advertising) of travel; promotional
advertising services; providing information, including on-line, about advertising,
business management and administration and office functions; provision of
advertising information; provision of advertising space; provision of information
relating to advertising; radio advertising; recruitment advertising; rental of
advertising apparatus; rental of advertising billboards; rental of advertising
materials; rental of advertising matter; rental of advertising space; rental of
advertising space on the Internet; rental of advertising time on communication
media; research services relating to advertising; response advertising; television
advertising; updating of advertising material; writing advertising copy; consumer
market information services; business management of hotels; commercial business
management; commercial information agencies; commercial information services
provided by access to a computer database; commercial management advisory services;
commercial management consultancy; provision of commercial information; marketing
services; advertising services, namely, placing and/or directing customers to

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 134368000                                                          Page 2

advertisements and promotional displays in electronic sites accessed via computer
networks; providing consumer product information via the Internet; providing online
auction services; promoting the goods and services of others by means of operating
an online referral service with links to the web sites and/or content of others;
providing comparison shopping information via the Internet; providing an online
commercial information directory on the Internet; providing business information;
Advisory services relating to travel; agency services for arranging travel; agents
for arranging travel; air travel services; arrangement of travel; arranging of
travel; booking agency services for travel; booking agency services relating to
travel; booking of seats (travel); booking of seats for travel; booking of tickets
for travel; computerised reservation services for travel; consultancy for travel;
escorting of travellers; holiday travel reservation services; information services
relating to travel; issuing of tickets for travel; itinerary travel advice services;
organisation of travel; packaging and storage of goods, and travel arrangement;
provision of information on matters relating to travel; provision of information
relating to travel; provision of tourist travel information; provision of travel
information; reservation of seats for travel; reservation services for booking seats
(travel); reservation services for travel; seat reservation services for travel;
services for the arranging of travel; services for the booking of travel; ticket
booking services for travel; tourist agency services (travel); tourist travel
reservation services; transport of travellers; travel advisory services; travel
agents services for arranging travel; travel arrangement; travel brokerage; travel
consultancy; travel courier services; travel guide services; travel information
services; travel reservation; travel ticket reservation services; travel tours and
cruises; travel guide services; storage of electronically-stored data, information,
computer files, and photographs for others; timetable and transport information;
**travel planning** services; airline, car rental, tour package reservation services via
a global computer network; providing airline, car rental, tour package, and general
travel information via a global computer network; Computer network services;
computer time-sharing; development of computer based networks; hosting computer
sites (web sites); hosting the computer sites (web sites) of others; information
services relating to computers; information technology (IT) services (computer
hardware, software and peripherals design and technical consultancy); Internet cafe
services (computer rental); leasing access time to computer databases; providing
information, including on-line, about design and development of computer hardware
and software; creating and designing web pages for others; creating and maintaining
web sites for others; hosting computer sites (web sites); hosting the computer sites
(web sites) of others; on-line provision of web-based applications; on-line
provision of web-based software; web portal services (designing or hosting); web
site design; mapping services; services for the design of maps; providing travel
information and reservation services via a global computer network; providing search
engines for obtaining data on the Internet; providing temporary use of online non-
downloadable software for calendaring via computer networks; providing temporary use
of non-downloadable software through personalized web page interfaces for providing
customized online web pages featuring user-defined information, which includes
search engines and online web slinks to
other websites; online computer mapping services; mapping services, namely,
providing a website and website links to geographic information, map images, and
trip routing.

**Int'l Class(es):**
 35 (Advertising and Business Services)
 41 (Education and Entertainment Services)
 39 (Transportation and Storage Services)
 43  (Services for providing food and drink; temporary accommodation)
 42  (Scientific, technological and legal services)

**Registrant:**
Tourabout Asia Pacific Pty Ltd
20 Maureen Court, Broadbeach Waters
QLD, 4218 AUSTRALIA

**Agent:**
RONALD S. ADE

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 134368000                                                    Page 3


(FILLMORE RILEY)
1700 COMMODITY EXCHANGE TOWER
360 MAIN STREET
WINNIPEG
MANITOBA R3C 3Z3
204-957-8300
**Ref. No.:** 407343-00046/RSA

**Rep. For Service:**
RONALD S. ADE
(FILLMORE RILEY)
1700 COMMODITY EXCHANGE TOWER
360 MAIN STREET
WINNIPEG
MANITOBA R3C 3Z3
204-957-8300
**Ref. No.:** 407343-00046/RSA

**Priority Information:** Priority Filing October 25, 2006 on services marked (1)

**Proposed Use:** Proposed use in CANADA  on services marked (1)


**Subject Headings:** TOURABOUT

**Action History:**
Formalized on April 18, 2007
Created on April 18, 2007
Filed on April 17, 2007

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77146571                                                             Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** FANGREGATE
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 77146571

**Status:** PENDING

**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** April 5, 2007

**Filed:** April 2, 2007
**Goods - Services:**
 (INT. CL. 42) COMPUTER SERVICES, NAMELY, HOSTING AND MAINTAINING AN ONLINE WEBSITE
FOR OTHERS TO SHARE THEIR PASSION FOR SPORTS OR FOR MUSIC, PROPOSE AND ORGANIZE FUN
GET-TOGETHERS TO ATTEND, COORDINATE INDIVIDUAL AND GROUP **TRAVEL PLANS** TO EVENTS,
PARTICIPATE IN ONLINE CONTESTS, READ NEWS ABOUT FAVORITE TEAMS AND BANDS, AND SUBMIT
USER-GENERATED CONTENT, CONSISTING OF DIGITAL MEDIA, PHOTOS, VIDEOS, MESSAGE POSTS,
AND BLOGS

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Int'l Class:** 42
**First Used:** February 23, 2007
**In Commerce:** February 27, 2007

**Applicant:**
HAHN SPORTS MEDIA, INC.
30610 KEENELAND DRIVE
FAIR OAKS RANCH,TX TEXAS 78015
**State of Incorporation or Organization:** TEXAS
**Entity:** CORPORATION

**Filing Correspondent:**
HAHN SPORTS MEDIA, INC.
HAHN SPORTS MEDIA, INC.
30610 KEENELAND DR
FAIR OAKS RANCH, TX 78015-4280

**Event History:**
 APRIL 05, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# Fangregate

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77143400                                                             Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** CTC COMPUTER TRAVEL COMPANION
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:** Yes

**Serial No.:** 77143400

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** April 2, 2007

**Filed:** March 29, 2007
**Goods - Services:**
 (INT. CL. 35) WEB BASED SERVICE THAT WILL PROVIDE CONSUMERS ACCESS TO TRAVEL
RELATED DISCOUNTS TO WHICH THEY ARE ENTITLED BASED ON THEIR MEMBERSHIPS AND
AFFILIATIONS, ACCORDING TO THE CONSUMER'S INDIVIDUAL PROFILE AND **TRAVEL PLANS**, NOT
THE VENDORS' INVENTORY; ONCE SELECTED, THE CONSUMER MAY OBTAIN FURTHER INFORMATION
ABOUT THE PRODUCT OR SERVICE OFFERED OR BOOK RESERVATIONS ONLINE THROUGH A WEBSITE

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
COMPUTER TRAVEL COMPANION, INC.
C/O BERNARD R. BAKER III
777 S FLAGLER DRIVE, SUITE 500 EAST
WEST PALM BEACH,FL FLORIDA 33401
**State of Incorporation or Organization:** FLORIDA
**Entity:** CORPORATION


**Filing Attorney:**
STEPHEN SAMUEL

**Filing Correspondent:**
STEPHEN SAMUEL
CORPORATE CREATIONS P.L.
6001 W. PARMER LANE
SUITE 370-157
AUSTIN, TX 78727

**Event History:**
 APRIL 03, 2007 NOTICE OF DESIGN SEARCH CODE MAILED
 APRIL 02, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
300103 C
300120 T
300502 LETTERS (NOT NUMERALS) AS PART OF SMALL INITIAL STRINGS
310301 STRAIGHT UNDERLINING
310302 STRAIGHT OVERLINING

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77143400                                             Page 2

```
310305 ONE UNDERLINE
310306 ONE OVERLINE
180901 AIRPLANES, INCLUDING SOAR, PROPELLER AND JET-POWERED PLANES, ULTRA LIGHTS
```



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 134053600                                                              Page 1


CANTM TMA000000
                              TRADEMARKSCAN® - Canada
                       © 2006 Thomson CompuMark. All rights reserved.

**Mark:** DARRWIN

**Mark as Supplied:** DARRWIN

**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 134053600
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** March 22, 2007
**Formalized:** March 23, 2007

**Wares:**
(1) Computer software in the field of travel and tourism, namely, on-line, non-downloadable software used to transmit data relating to rates, availability, and reservations for hotels and other providers of temporary accommodation services and entertainment and sports events.


**Services:**
(1) Business consulting and management services in the field of travel, **travel planning** and the operation of travel-related businesses; communications services, namely, transmission of data relating to rates, availability and reservations for hotels and other providers of temporary accommodations and entertainment and sports events; travel agency and travel guide services; sale of theatrical, entertainment and sports event tickets; organizing and arranging travel activities, tours, events and excursions to attractions; making reservations for travel activities, tours, events and attractions; providing ground transportation to travel activities, tours, events and attractions; providing information via a website about travel activities, tours, events and attractions.

**Int'l Class(es):**
 9 (Electrical and Scientific Apparatus)
 35 (Advertising and Business Services)
 39 (Transportation and Storage Services)
 41 (Education and Entertainment Services)

**Registrant:**
Empirical Ventures Ltd.
Suite 811
104-1015 Columbia Street New Westminster
BRITISH COLUMBIA V3M 6V3

**Agent:**
COASTAL TRADEMARK SERVICES
BOX 12109
SUITE 2200 - 555 WEST HASTINGS STREET
VANCOUVER
BRITISH COLUMBIA V6B 4N6
(604)687-7432
**Ref. No.:** 1179-100

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 134053600                                                      Page 2

**Rep. For Service:**
COASTAL TRADEMARK SERVICES LIMITED
BOX 12109
SUITE 2200-555 WEST HASTINGS STREET
VANCOUVER
BRITISH COLUMBIA V6B 4N6
(604) 687-7432
**Ref. No.:** 1179-100

**Proposed Use:** Proposed use in CANADA  on wares marked (1) and services marked (1)


**Subject Headings:** DARRWIN

**Action History:**
Formalized on March 23, 2007
Created on March 23, 2007
Filed on March 22, 2007

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 133770900                                                              Page 1


CANTM TMA000000
                              TRADEMARKSCAN® - Canada
                          © 2006 Thomson CompuMark. All rights reserved.

**Mark:** EXPERIENCEFINDER

**Mark as Supplied:** ExperienceFinder

**Cross References:** EXPERIENCE FINDER
**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 133770900
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** March 2, 2007
**Formalized:** March 5, 2007

**Services:**
(1) Travel consulting services, **travel planning** services and general travel by means
of an internet database consisting of pictures, videos and travel information.
(2) Media consulting services consisting of facilitating the planning, buying,
selling and marketing of media including photographs, videos, art, music, audio,
software, news, books and other electronic media by means of an online internet
database and internet service.
(3) Photography and video collection, processing, rendering, management and
marketing services by means of an internet database and internet services.
(4) Guitar lessons and music instruction as promoted on the ExperienceFinder.com
website. Marketing of guitar and music instruction by means of the internet.

**Int'l Class(es):**
 35 (Advertising and Business Services)
 39 (Transportation and Storage Services)
 41 (Education and Entertainment Services)
 38 (Communication)

**First Used Info.:**
Used in CANADA since January 20, 2003 on services marked (1), (2), (3) and (4)

**Registrant:**
Lorne Robert Grundmann
5507 Dalhart Road N.W.
Calgary ALBERTA T3A 1S3


**Subject Headings:** EXPERIENCEFINDER
FINDER, EXPERIENCE

**Action History:**
Formalized on March 5, 2007
Created on March 5, 2007
Filed on March 2, 2007

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77118648                                                          Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** A.I.D.A. AIRPLUS INTEGRATED DATA & ACCEPTANCE
**Cross References:** AIDA AIR PLUS INTEGRATED DATA & ACCEPTANCE
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 77118648

**Status:** PENDING
**Extra Status Data:** SECTION 44(d)
**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** March 5, 2007

**Filed:** February 28, 2007
**Goods - Services:**
 (INT. CL. 9) DATA PROCESSORS AND COMPUTERS; COMPUTER SOFTWARE AND COMPUTER
HARDWARE; COMPUTER PROGRAMS RECORDED ON DATA CARRIERS, IN PARTICULAR FOR INVOICE AND
PAYMENT PROCESSING AND FOR **TRAVEL PLANNING** AND TRAVEL COST PROCESSING; SOFTWARE
PRODUCTS FOR ELECTRONIC COMMERCE, HOME BANKING, CREDIT CARD ACCOUNTING AND THE
INTERNET; ONLINE COMPUTER SYSTEMS COMPOSED OF DATA PROCESSORS AND COMPUTERS AND
SOFTWARE FOR DATABASES; CARD READERS AS WELL AS APPARATUS FOR RECORDING,
TRANSMISSION OR REPRODUCTION OF SOUND, IMAGES AND COMPUTER DATA
 (INT. CL. 35) INVOICING SERVICES FOR THIRD PARTIES; BUSINESS AND ORGANISATIONAL
CONSULTING SERVICES; BUSINESS PROJECT MANAGEMENT IN THE FIELDS OF RECEIVABLES
MANAGEMENT, DUNNING SERVICES, AND GENERAL ACCOUNTING AND KEEPING OF ACCOUNTS;
BUSINESS MANAGEMENT CONSULTING, BUSINESS ADMINISTRATION AND OFFICE FUNCTIONS;
SERVICES OF AN ELECTRONIC COMMERCE PROVIDER ON THE INTERNET, NAMELY, RECEIPT OF
ORDERS, DELIVERY ORDER SERVICES AND INVOICE PROCESSING PERTAINING TO ELECTRONIC
COMMERCE; MEDIATION OF CONTRACTS FOR THIRD PARTIES REGARDING THE PURCHASE AND SALE
OF GOODS; MEDIATION AND FINAL CONCLUSION OF COMMERCIAL TRANSACTIONS FOR THIRD
PARTIES, VIA ELECTRONIC ORDER PLATFORMS; BUSINESS PROJECT MANAGEMENT FOR THE
DEVELOPMENT OF BONUS CARD, SERVICE CARD AND CREDIT CARD PROGRAMS; PRESENTATION OF
BONUS CARD, SERVICE CARD AND CREDIT CARD PROGRAMS WITHIN THE FRAMEWORK OF
ADVERTISING AND MARKETING ACTIVITIES AND EVENTS; ORGANISATIONAL AND BUSINESS CONTROL
OF BONUS CARD, SERVICE CARD AND CREDIT CARD PROGRAMS; ACCOUNTING SERVICES, IN
PARTICULAR CASHLESS AND CARD-BASED ACCOUNTING, INCLUDING COMPILATION AND STATISTICAL
EVALUATING OF DATA REGARDING SUCH ACCOUNTING; COMPILATION AND SYSTEMISATION OF DATA
ON COMPUTER DATABASES; PROVIDING INFORMATION ON THE INTERNET, NAMELY, PROVIDING
INFORMATION IN CONNECTION WITH BUSINESS ADMINISTRATION; TRANSACTING AND CARRYING OUT
ACCOUNTS FOR THIRD PARTIES, INCLUDING THOSE OVER THE INTERNET; BOOKKEEPING SERVICES,
SERVICES IN THE FIELD OF ACCOUNTING AND BUSINESS ADMINISTRATION FOR MONITORING AND
CARRYING OUT RECEIVABLES MANAGEMENT; ALL THE AFORESAID SERVICES ALSO PROVIDED ONLINE
AND OVER THE INTERNET THROUGH A DATABASE; RENTAL OF COMPUTER STORAGE CAPACITY FOR
DATA PROCESSING (INT.  CL. 36) FINANCIAL SERVICES, INCLUDING A CREDIT CARD COMPANY;
ISSUING OF CREDIT CARDS AS WELL AS SERVICE AND BONUS CARDS WITH A PAYING FUNCTION;
FINANCIAL SERVICES FOR PERFORMING CREDIT CARD, SERVICE CARD AND BONUS CARD PROGRAMS;
FINANCIAL ADVICE AND CONSULTING FOR PERFORMING AND SUPPORTING CREDIT CARD, SERVICE
CARD AND BONUS CARD PROGRAMS; DEBT COLLECTION SERVICES PERTAINING TO RECEIVABLES
MANAGEMENT; PROVIDING INFORMATION ON THE INTERNET, NAMELY, PROVIDING INFORMATION IN
CONNECTION WITH FINANCIAL SERVICES; BANK SERVICES FOR ACCOUNTING AND PAYMENT
TRANSACTIONS, IN PARTICULAR CASHLESS AND CARD-BASED ACCOUNTING, INCLUDING
COMPILATION AND EVALUATING OF DATA ON THE AFORESAID PAYMENT TRANSACTIONS OVER THE
INTERNET; PROVISION OF FINANCE; ALL OF THE AFOREMENTIONED SERVICES ALSO PROVIDED
ONLINE AND/OR ON THE INTERNET PROVIDED THROUGH A DATABANK; RENTAL OF CARD READING
DEVICES, IN PARTICULAR FOR READING CREDIT CARDS, SERVICE CARDS AND BONUS CARDS (AS
FAR AS INCLUDED IN CLASS 36) (INT.  CL. 38) ELECTRONIC TRANSMISSION OF ACCOUNTS;

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77118648                                                                 Page 2

TELECOMMUNICATIONS AND ELECTRONIC DATA TRANSMISSION, IN PARTICULAR THE TRANSMISSION
OF DATA, IMAGES AND DOCUMENTS BETWEEN AND VIA COMPUTER TERMINALS AND COMPUTER
NETWORKS, AS WELL AS VIA THE INTERNET; PROVIDING ACCESS TO DATA ON COMPUTER
DATABASES AND NETWORKS AS WELL AS ON THE INTERNET; COLLECTION AND DISSEMINATION OF
INFORMATION AND NEWS
 (INT. CL. 42) DESIGNING OF COMPUTER PROGRAMS; SERVICES OF AN ONLINE-PROVIDER,
NAMELY RENTAL AND SERVICING OF MAINTENANCE OF STORAGE SPACE FOR USE AS WEBSITES FOR
THIRD PARTIES (HOSTING), ELECTRONIC STORAGE OF DATA; GENERATION OF DATA PROCESSING
PROGRAMS, TECHNICAL ADVICE AND CONSULTING SERVICES AS WELL AS TECHNICAL PROJECT
MANAGEMENT IN RELATION TO THE AFOREMENTIONED SERVICES OF CLASSES 35 AND 36;
INSTALLATION AND SERVICING SERVICES FOR CREDIT CARD, BONUS CARD AND SERVICE CARD
SYSTEMS IN THE FORM OF SOFTWARE AND CARD READING DEVICES; PROCESSING OF DATA AND
INFORMATION AND NEWS FOR THIRD PARTIES, NAMELY ELECTRONIC DATA PROCESSING VIA
COMPUTERS FOR THIRD PARTIES

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
36 (Insurance and Financial Services)
38 (Communication)
42  (Scientific, technological and legal services)


**Applicant:**
LUFTHANSA AIRPLUS SERVICEKARTEN GMBH
HANS-BOCKLER-STRASSE 7
63263 NEU-ISENBURG,
GERMANY
**Entity:** UNKNOWN


**Foreign Application Claimed:** 57847/2006
**Foreign Application Country:** SWITZERLAND
**Foreign Application Date:** September 1, 2006


**Reference No.:** 079286-0013


**Filing Correspondent:**
FARAH P. BHATTI, ESQ.
MCDERMOTT WILL & EMERY LLP
18191 VON KARMAN AVE STE 500
IRVINE, CA 92612-7108

**Domestic Representative:**FARAH P. BHATTI, ESQ.

**Event History:**
 MARCH 06, 2007 NOTICE OF PSEUDO MARK MAILED
 MARCH 05, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES
END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77118659                                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** A.I.D.A.
**Cross References:** AIDA
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:** No

**Serial No.:** 77118659

**Status:** PENDING
**Extra Status Data:** SECTION 44(d)
**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** March 5, 2007

**Filed:** February 28, 2007
**Goods - Services:**
 (INT. CL. 9) DATA PROCESSORS AND COMPUTERS; COMPUTER SOFTWARE AND COMPUTER
HARDWARE; COMPUTER PROGRAMS RECORDED ON DATA CARRIERS, IN PARTICULAR FOR INVOICE AND
PAYMENT PROCESSING AND FOR **TRAVEL PLANNING** AND TRAVEL COST PROCESSING; SOFTWARE
PRODUCTS FOR ELECTRONIC COMMERCE, HOME BANKING, CREDIT CARD ACCOUNTING SYSTEMS AND
THE INTERNET; ONLINE COMPUTER SYSTEMS COMPOSED OF DATA PROCESSORS AND COMPUTERS AND
SOFTWARE FOR DATABASES; CARD READERS AS WELL AS APPARATUS FOR RECORDING,
TRANSMISSION OR REPRODUCTION OF SOUND, IMAGES AND COMPUTER DATA
 (INT. CL. 35) INVOICING SERVICES FOR THIRD PARTIES; BUSINESS AND ORGANISATIONAL
CONSULTING SERVICES; BUSINESS PROJECT MANAGEMENT IN THE FIELDS OF RECEIVABLES
MANAGEMENT, DUNNING SERVICES, AND GENERAL ACCOUNTING AND KEEPING OF ACCOUNTS;
BUSINESS MANAGEMENT CONSULTING, BUSINESS ADMINISTRATION AND OFFICE FUNCTIONS;
SERVICES OF AN ELECTRONIC COMMERCE PROVIDER ON THE INTERNET, NAMELY RECEIPT OF
ORDERS, DELIVERY ORDER SERVICES AND INVOICE PROCESSING PERTAINING TO ELECTRONIC
COMMERCE; MEDIATION OF CONTRACTS FOR THIRD PARTIES REGARDING THE PURCHASE AND SALE
OF GOODS; MEDIATION AND FINAL CONCLUSION OF COMMERCIAL TRANSACTIONS FOR THIRD
PARTIES, VIA ELECTRONIC ORDER PLATFORMS; BUSINESS PROJECT MANAGEMENT FOR THE DESIGN
OF BONUS CARD, SERVICE CARD AND CREDIT CARD PROGRAMS; PRESENTATION OF BONUS CARD,
SERVICE CARD AND CREDIT CARD PROGRAMS WITHIN THE FRAMEWORK OF ADVERTISING AND
MARKETING ACTIVITIES AND EVENTS; ORGANISATIONAL AND BUSINESS CONTROL OF BONUS CARD,
SERVICE CARD AND CREDIT CARD PROGRAMS; ACCOUNTING SERVICES, IN PARTICULAR CASHLESS
AND CARD-BASED ACCOUNTING, INCLUDING COMPILATION AND STATISTICAL EVALUATING OF DATA
REGARDING SUCH ACCOUNTING; COMPILATION AND SYSTEMISATION OF DATA ON COMPUTER
DATABASES; PROVIDING INFORMATION ON THE INTERNET, NAMELY, PROVIDING INFORMATION IN
CONNECTION WITH BUSINESS ADMINISTRATION; TRANSACTING AND CARRYING OUT ACCOUNTS FOR
THIRD PARTIES, INCLUDING THOSE OVER THE INTERNET; BOOKKEEPING SERVICES; SERVICES IN
THE FIELD OF ACCOUNTING AND BUSINESS ADMINISTRATION FOR MONITORING AND CARRYING OUT
RECEIVABLES MANAGEMENT; ALL THE AFORESAID SERVICES ALSO PROVIDED ONLINE AND OVER THE
INTERNET THROUGH A DATABASE; RENTAL OF COMPUTER STORAGE CAPACITY FOR DATA PROCESSING
(INT.  CL. 36) FINANCIAL SERVICES, INCLUDING A CREDIT CARD COMPANY; ISSUING OF
CREDIT CARDS AS WELL AS SERVICE AND BONUS CARDS WITH A PAYING FUNCTION; FINANCIAL
SERVICES FOR PERFORMING CREDIT CARD, SERVICE CARD AND BONUS CARD PROGRAMS; FINANCIAL
ADVICE AND CONSULTING FOR PERFORMING AND SUPPORTING CREDIT CARD, SERVICE CARD AND
BONUS CARD PROGRAMS; DEBT COLLECTION SERVICES PERTAINING TO RECEIVABLES MANAGEMENT;
PROVIDING INFORMATION ON THE INTERNET, NAMELY PROVIDING INFORMATION IN CONNECTION
WITH FINANCIAL SERVICES; BANK SERVICES FOR ACCOUNTING AND PAYMENT TRANSACTIONS, IN
PARTICULAR CASHLESS AND CARD-BASED ACCOUNTING, INCLUDING COMPILATION AND EVALUATING
OF DATA ON THE AFORESAID PAYMENT TRANSACTIONS OVER THE INTERNET; PROVISION OF
FINANCE; ALL OF THE AFOREMENTIONED SERVICES ALSO PROVIDED ONLINE AND/OR ON THE
INTERNET THROUGH A DATABANK; RENTAL OF CARD READERS, IN PARTICULAR FOR READING
CREDIT CARDS, SERVICE CARDS AND BONUS CARDS (AS FAR AS INCLUDED IN CLASS 36) (INT.
CL. 38) ELECTRONIC TRANSMISSION OF ACCOUNTS; TELECOMMUNICATIONS AND ELECTRONIC DATA

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77118659                                                    Page 2

TRANSMISSION, IN PARTICULAR THE TRANSMISSION OF DATA, IMAGES AND DOCUMENTS BETWEEN
AND VIA COMPUTER TERMINALS AND COMPUTER NETWORKS, AS WELL AS VIA THE INTERNET;
PROVIDING ACCESS TO DATA ON COMPUTER DATABASES AND NETWORKS AS WELL AS ON THE
INTERNET; COLLECTION AND DISSEMINATION OF INFORMATION AND NEWS (INT.  CL. 42) DESIGN
OF COMPUTER PROGRAMS; SERVICES OF AN ONLINE-PROVIDER, NAMELY RENTAL AND SERVICING OF
STORAGE SPACE FOR USE AS WEBSITES FOR THIRD PARTIES (HOSTING), ELECTRONIC STORAGE OF
DATA; GENERATION OF DATA PROCESSING PROGRAMS, TECHNICAL ADVICE AND CONSULTING
SERVICES AS WELL AS TECHNICAL PROJECT MANAGEMENT IN RELATION TO THE AFOREMENTIONED
SERVICES OF CLASSES 35 AND 36; INSTALLATION AND SERVICING SERVICES FOR CREDIT CARD,
BONUS CARD AND SERVICE CARD SYSTEMS IN THE FORM OF SOFTWARE AND CARD READING
DEVICES; DIGITAL PROCESSING OF DATA AND INFORMATION AND NEWS FOR THIRD PARTIES,
NAMELY ELECTRONIC DATA PROCESSING VIA COMPUTERS FOR THIRD PARTIES

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
36 (Insurance and Financial Services)
38 (Communication)
42  (Scientific, technological and legal services)


**Applicant:**
LUFTHANSA AIRPLUS SERVICEKARTEN GMBH
HANS-BOCKLER-STRASSE 7
63263 NEU-ISENBURG,
GERMANY
**Entity:** UNKNOWN


**Foreign Application Claimed:** 57846/2006
**Foreign Application Country:** SWITZERLAND
**Foreign Application Date:** September 1, 2006


**Reference No.:** 079286-0012


**Filing Correspondent:**
FARAH P. BHATTI, ESQ.
MCDERMOTT WILL & EMERY LLP
18191 VON KARMAN AVE STE 500
IRVINE, CA 92612-7108

**Domestic Representative:**FARAH P. BHATTI, ESQ.

**Event History:**
 MARCH 05, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES
END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77117082                                                              Page 1

TRADEMARKSCAN® - US Federal<br>
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** WHAT TRAVEL PAYMENT IS ALL ABOUT
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 77117082

**Status:** PENDING
**Extra Status Data:** SECTION 44(d)INTENT TO USE
**USPTO Status:** (630) NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
**USPTO Status Date:** March 2, 2007

**Filed:** February 27, 2007
**Goods - Services:**
 (INT. CL. 9) DATA PROCESSORS AND COMPUTERS, COMPUTER SOFTWARE AND COMPUTER
HARDWARE, COMPUTER PROGRAMS RECORDED ON DATA CARRIERS, IN PARTICULAR FOR INVOICE AND
PAYMENT PROCESSING AND FOR **TRAVEL PLANNING** AND TRAVEL COST PROCESSING, SOFTWARE
PRODUCTS FOR ELECTRONIC COMMERCE, HOME BANKING, CREDIT CARD ACCOUNTING SYSTEMS AND
THE INTERNET, ONLINE COMPUTER SYSTEMS COMPOSED OF DATA PROCESSORS AND COMPUTERS AND
SOFTWARE FOR DATABASES, CARD READERS AS WELL AS APPARATUS FOR RECORDING,
TRANSMISSION OR REPRODUCTION OF SOUND, IMAGES AND COMPUTER DATA
 (INT. CL. 35) INVOICING SERVICES FOR THIRD PARTIES, BUSINESS AND ORGANISATIONAL
CONSULTING SERVICES, BUSINESS PROJECT MANAGEMENT IN THE FIELDS OF RECEIVABLES
MANAGEMENT, DUNNING SERVICES, AND GENERAL ACCOUNTING AND KEEPING OF ACCOUNTS,
BUSINESS MANAGEMENT CONSULTING, BUSINESS ADMINISTRATION AND OFFICE FUNCTIONS,
SERVICES OF AN ELECTRONIC COMMERCE PROVIDER ON THE INTERNET, NAMELY RECEIPT OF
ORDERS, DELIVERY ORDER SERVICES AND INVOICE PROCESSING PERTAINING TO ELECTRONIC
COMMERCE AND MEDIATION OF CONTRACTS FOR THIRD PARTIES REGARDING THE PURCHASE AND
SALE OF GOODS, MEDIATION AND FINAL CONCLUSION OF COMMERCIAL TRANSACTIONS FOR THIRD
PARTIES, VIA ELECTRONIC ORDER PLATFORMS, BUSINESS PROJECT MANAGEMENT FOR THE DESIGN
OF BONUS CARD, SERVICE CARD AND CREDIT CARD PROGRAMS, PRESENTATION OF BONUS CARD,
SERVICE CARD AND CREDIT CARD PROGRAMS WITHIN THE FRAMEWORK OF ADVERTISING AND
MARKETING ACTIVITIES AND EVENTS-- ORGANISATIONAL AND BUSINESS CONTROL OF BONUS CARD,
SERVICE CARD AND CREDIT CARD PROGRAMS, ACCOUNTING SERVICES, IN PARTICULAR CASHLESS
AND CARD-BASED ACCOUNTING, INCLUDING COMPILATION AND STATISTICAL EVALUATING OF DATA
REGARDING SUCH ACCOUNTING, COMPILATION AND SYSTEMISATION OF DATA ON COMPUTER
DATABASES, PROVIDING INFORMATION ON THE INTERNET, NAMELY PROVIDING INFORMATION IN
CONNECTION WITH BUSINESS ADMINISTRATION, TRANSACTING AND CARRYING OUT ACCOUNTS FOR
THIRD PARTIES, INCLUDING THOSE OVER THE INTERNET, BOOKKEEPING SERVICES, SERVICES IN
THE FIELD OF ACCOUNTING AND BUSINESS ADMINISTRATION FOR MONITORING AND CARRYING OUT
RECEIVABLES MANAGEMENT, ALL THE AFORESAID SERVICES ALSO PROVIDED ONLINE AND OVER THE
INTERNET THROUGH A DATABASE, DIGITAL PROCESSING OF DATA AND NEWS/INFORMATION FOR
THIRD PARTIES, NAMELY, ELECTRONIC DATA PROCESSING FOR THIRD PARTIES
 (INT. CL. 36) FINANCIAL SERVICES, INCLUDING SERVICES OF A CREDIT CARD COMPANY,
ISSUING OF CREDIT CARDS AS WELL AS SERVICE AND BONUS CARDS WITH A PAYING FUNCTION,
FINANCIAL SERVICES FOR PERFORMING CREDIT CARD, SERVICE CARD AND BONUS CARD PROGRAMS,
FINANCIAL ADVICE AND CONSULTING FOR PERFORMING AND SUPPORTING CREDIT CARD, SERVICE
CARD AND BONUS CARD PROGRAMS, DEBT COLLECTION SERVICES PERTAINING TO RECEIVABLES
MANAGEMENT, PROVIDING INFORMATION ON THE INTERNET, NAMELY PROVIDING INFORMATION IN
CONNECTION WITH FINANCIAL SERVICES, FINANCIAL SERVICES FOR PAYMENT AND ACCOUNTING
TRANSACTIONS AS WELL AS PROVISION OF FINANCE, ALL OF THE AFOREMENTIONED SERVICES
ALSO PROVIDED ONLINE AND/OR ON THE INTERNET THROUGH A DATABANK, ISSUANCE OF CARD
READERS, IN PARTICULAR FOR READING CREDIT CARDS, SERVICE CARDS AND BONUS CARDS (AS
FAR AS INCLUDED IN CLASS 36)
 (INT. CL. 37) INSTALLATION AND SERVICING OF SERVICE CARD SYSTEMS AND CARD READERS
 (INT. CL. 38) ELECTRONIC TRANSMISSION OF ACCOUNTS, TELECOMMUNICATIONS AND

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77117082                                                    Page 2

ELECTRONIC DATA TRANSMISSION, IN PARTICULAR THE TRANSMISSION OF DATA, IMAGES AND
DOCUMENTS BETWEEN AND VIA COMPUTER TERMINALS AND COMPUTER NETWORKS, AS WELL AS VIA
THE INTERNET, PROVIDING ACCESS TO DATA ON COMPUTER DATABASES AND NETWORKS AS WELL AS
ON THE INTERNET, COLLECTION AND DISSEMINATION OF INFORMATION AND NEWS
 (INT. CL. 42) DESIGN OF COMPUTER PROGRAMS, SERVICES OF AN ONLINE-PROVIDER, NAMELY
RENTAL AND SERVICING OF STORAGE SPACE FOR USE AS WEBSITES FOR THIRD PARTIES
(HOSTING), ELECTRONIC STORAGE OF DATA (SERVICES OF A COMPUTER SCIENTIST), GENERATION
OF DATA PROCESSING PROGRAMS, TECHNICAL ADVICE AND CONSULTING SERVICES AS WELL AS
TECHNICAL PROJECT MANAGEMENT IN RELATION TO THE AFOREMENTIONED SERVICES OF CLASSES
35 AND 36N NAMELY, INVOICING SERVICES FOR THIRD PARTIES, BUSINESS AND ORGANISATIONAL
CONSULTING SERVICES, BUSINESS PROJECT MANAGEMENT IN THE FIELDS OF RECEIVABLES
MANAGEMENT, DUNNING SERVICES, AND GENERAL ACCOUNTING AND KEEPING OF ACCOUNTS,
BUSINESS MANAGEMENT CONSULTING, BUSINESS ADMINISTRATION AND OFFICE FUNCTIONS,
SERVICES OF AN ELECTRONIC COMMERCE PROVIDER ON THE INTERNET, NAMELY RECEIPT OF
ORDERS, DELIVERY ORDER SERVICES AND INVOICE PROCESSING PERTAINING TO ELECTRONIC
COMMERCE AND MEDIATION OF CONTRACTS FOR THIRD PARTIES REGARDING THE PURCHASE AND
SALE OF GOODS, MEDIATION AND FINAL CONCLUSION OF COMMERCIAL TRANSACTIONS FOR THIRD
PARTIES, VIA ELECTRONIC ORDER PLATFORMS, BUSINESS PROJECT MANAGEMENT FOR THE DESIGN
OF BONUS CARD, SERVICE CARD AND CREDIT CARD PROGRAMS, PRESENTATION OF BONUS CARD,
SERVICE CARD AND CREDIT CARD PROGRAMS WITHIN THE FRAMEWORK OF ADVERTISING AND
MARKETING ACTIVITIES AND EVENTS-- ORGANISATIONAL AND BUSINESS CONTROL OF BONUS CARD,
SERVICE CARD AND CREDIT CARD PROGRAMS, ACCOUNTING SERVICES, IN PARTICULAR CASHLESS
AND CARD-BASED ACCOUNTING, INCLUDING COMPILATION AND STATISTICAL EVALUATING OF DATA
REGARDING SUCH ACCOUNTING, COMPILATION AND SYSTEMISATION OF DATA ON COMPUTER
DATABASES, PROVIDING INFORMATION ON THE INTERNET, NAMELY PROVIDING INFORMATION IN
CONNECTION WITH BUSINESS ADMINISTRATION, TRANSACTING AND CARRYING OUT ACCOUNTS FOR
THIRD PARTIES, INCLUDING THOSE OVER THE INTERNET, BOOKKEEPING SERVICES, SERVICES IN
THE FIELD OF ACCOUNTING AND BUSINESS ADMINISTRATION FOR MONITORING AND CARRYING OUT
RECEIVABLES MANAGEMENT, ALL THE AFORESAID SERVICES ALSO PROVIDED ONLINE AND OVER THE
INTERNET THROUGH A DATABASE, DIGITAL PROCESSING OF DATA AND NEWS/INFORMATION FOR
THIRD PARTIES, NAMELY, ELECTRONIC DATA PROCESSING FOR THIRD PARTIES, FINANCIAL
SERVICES, INCLUDING SERVICES OF A CREDIT CARD COMPANY, ISSUING OF CREDIT CARDS AS
WELL AS SERVICE AND BONUS CARDS WITH A PAYING FUNCTION, FINANCIAL SERVICES FOR
PERFORMING CREDIT CARD, SERVICE CARD AND BONUS CARD PROGRAMS, FINANCIAL ADVICE AND
CONSULTING FOR PERFORMING AND SUPPORTING CREDIT CARD, SERVICE CARD AND BONUS CARD
PROGRAMS, DEBT COLLECTION SERVICES PERTAINING TO RECEIVABLES MANAGEMENT, PROVIDING
INFORMATION ON THE INTERNET, NAMELY PROVIDING INFORMATION IN CONNECTION WITH
FINANCIAL SERVICES, FINANCIAL SERVICES FOR PAYMENT AND ACCOUNTING TRANSACTIONS AS
WELL AS PROVISION OF FINANCE, ALL OF THE AFOREMENTIONED SERVICES ALSO PROVIDED
ONLINE AND/OR ON THE INTERNET THROUGH A DATABANK, ISSUANCE OF CARD READERS, IN
PARTICULAR FOR READING CREDIT CARDS, SERVICE CARDS AND BONUS CARDS (AS FAR AS
INCLUDED IN CLASS 36); RENTAL OF COMPUTER STORAGE CAPACITY FOR DATA PROCESSING

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
36 (Insurance and Financial Services)
37 (Construction and Repair Services)
38 (Communication)
42  (Scientific, technological and legal services)


**Applicant:**
LUFTHANSA AIRPLUS SERVICEKARTEN GMBH
HANS-BOCKLER-STRABE 7
NEU-ISENBURG, 63263
GERMANY
**State of Incorporation or Organization:** GERMANY
**Entity:** GMBH


**Foreign Application Claimed:** 5287024

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77117082                                                        Page 3


**Foreign Application Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE
**Foreign Application Date:** August 31, 2006


**Filing Attorney:**
SEAN S. SWIDLER
**Reference No.:** WAW 0002 US-


**Filing Correspondent:**
SEAN S. SWIDLER
IPHORGAN LTD
1130 W LAKE COOK RD STE 240
BUFFALO GROVE, IL 60089-1994

**Event History:**
 MARCH 02, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES
END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77099944                                                          Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** GROUPABOUT - FOR GROUPS ON THE GO.
**Cross References:** GROUP ABOUT - FOR GROUPS ON THE GO.
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**No


**Serial No.:** 77099944


**Status:** PENDING


**USPTO Status:** (638) NEW APPLICATION - ASSIGNED TO EXAMINER
**USPTO Status Date:** May 25, 2007


**Filed:** February 6, 2007
**Goods - Services:**
  (INT. CL. 39) TRAVEL AGENCY SERVICES; PROVIDING TOUR AND GROUP TRAVEL PACKAGE
INFORMATION AND RESERVATION SERVICES TO OTHERS; PROVIDING TRAVEL INFORMATION TO
OTHERS VIA A GLOBAL COMPUTER NETWORK; PROVIDING HOTEL INFORMATION AND RESERVATION
SERVICES TO OTHERS VIA A GLOBAL COMPUTER NETWORK; PROVIDING MOTOR COACH CHARTERING
INFORMATION AND RESERVATIONS SERVICES TO OTHERS VIA A GLOBAL COMPUTER NETWORK (INT.
CL. 42) COMPUTER SERVICES, NAMELY, HOSTING ONLINE WEB FACILITIES FOR OTHERS FOR
ORGANIZATION AND SHARING OF INFORMATION RELATED TO **TRAVEL PLANNING**, INTERACTIVE
DISCUSSIONS REGARDING TRAVEL, AND SETUP OF CUSTOMIZED WEB PAGES FEATURING USER-
DEFINED INFORMATION RELATED TO **TRAVEL PLANNING** AND INFORMATION


**Int'l Class(es):**
39 (Transportation and Storage Services)
42  (Scientific, technological and legal services)


**Int'l Class:** 39
**First Used:** January 23, 2007
**In Commerce:** January 23, 2007
**Int'l Class:** 42
**First Used:** January 23, 2007
**In Commerce:** January 23, 2007



**Applicant:**
GROUP TRAVEL PLANET, LLC
124 NORTH HENDERSON
ATTN: SCOTT HARNESS
SEVIERVILLE,TN TENNESSEE 37864
**State of Incorporation or Organization:** TENNESSEE
**Entity:** LIMITED LIABILITY CO.



**Filing Attorney:**
DOUGLAS F. HALIJAN


**Filing Correspondent:**
DOUGLAS F. HALIJAN
BURCH PORTER & JOHNSON, PLLC
130 N COURT AVE
MEMPHIS, TN 38103-2288


          ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77099944                                                    Page 2

**Event History:**
 MAY 25, 2007 ASSIGNED TO EXAMINER
 FEBRUARY 10, 2007 NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED
 FEBRUARY 09, 2007 NEW APPLICATION ENTERED IN TRAM

**Claims:** THE APPLICANT CLAIMS COLOR AS A FEATURE OF THE MARK, NAMELY, BLUE AND
YELLOW.

**Design Description:** THE MARK CONSISTS OF FIVE OVALS ARRANGED AT VARIOUS ANGLES, FOUR
IN SHADES OF BLUE AND ONE IN YELLOW, TO THE LEFT OF THE WORD "GROUPABOUT" WRITTEN IN
TWO SHADES OF BLUE, BELOW WHICH ARE THE WORDS "FOR GROUPS ON THE GO" IN YELLOW. .
**Design Codes:**
260135 SPIRALED OR COILED CIRCLES
260151 MORE THAN ONE CIRCLE
260152 CIRCLES TOUCHING
END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77093702                                                          Page 1


                          TRADEMARKSCAN® - US Federal
                     © 2006 Thomson CompuMark. All rights reserved.

**Mark:** EXQUISITE WEDDINGS
**Mark Type:** Trademark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 77093702

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** May 17, 2007

**Filed:** January 29, 2007
**Goods - Services:**
 (INT. CL. 16) MAGAZINES FEATURING WEDDING VENUES, CATERING, ENTERTAINMENT SOURCES,
**TRAVEL PLANS**, WEDDING AND HONEYMOON ATTIRE, AND PLANNING TIPS

**Int'l Class(es):**
16 (Paper Goods and Printed Matter)



**Applicant:**
CURTCO/SDM, LLC
1450 FRONT STREET
SAN DIEGO,CA CALIFORNIA 92101
**State of Incorporation or Organization:** CALIFORNIA
**Entity:** LIMITED LIABILITY CO.



**Filing Attorney:**
PETER R. MUNSON

**Filing Correspondent:**
PETER R. MUNSON
WILSON SONSINI GOODRICH & ROSATI
SUITE 200
12235 EL CAMINO REAL
SAN DIEGO CA 92130

**Event History:**
 MAY 17, 2007 NON-FINAL ACTION E-MAILED
 MAY 17, 2007 NON-FINAL ACTION WRITTEN
 MAY 16, 2007 ASSIGNED TO EXAMINER
 MARCH 28, 2007 ATTORNEY REVOKED AND/OR APPOINTED
 MARCH 28, 2007 TEAS REVOKE/APPOINT ATTORNEY RECEIVED
 FEBRUARY 01, 2007 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES




© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

## EXQUISITE WEDDINGS

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



FEDTM 77083571                                                              Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** ONLY INSURANCE
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 77083571

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** May 4, 2007

**Filed:** January 16, 2007
**Goods - Services:**
 (INT. CL. 9) COMPUTER SOFTWARE, SOFTWARE PACKAGES, COMPUTER PROGRAMS, IN PARTICULAR
IN THE FIELD OF HUMAN RESOURCES AND STAFF RECRUITMENT, PLACEMENT AND TRAINING;
SOFTWARE COMPRISING A SEARCH ENGINE FOR EMPLOYMENT VACANCY AND TRAINING
ADVERTISEMENTS; SOFTWARE COMPRISING SEARCH ENGINES AND THE SEARCHING OF DATABASES;
MAGNETIC RECORDING MEDIA; COMPACT DISCS; INTERACTIVE COMPACT DISCS, OPTICAL COMPACT
DISCS, CD-ROMS, DATA PROCESSING EQUIPMENT; COMPUTERS AND COMPUTER PERIPHERALS;
COMPUTER SOFTWARE IN THE FIELD OF RECRUITMENT SERVICES, TRAVEL SERVICES, INSURANCE
SERVICES, FINANCIAL SERVICES
 (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; RECRUITMENT ADVERTISING; INTERVIEWING SERVICES FOR RECRUITMENT; THE
PROVISION OF INFORMATION, ADVICE, CONSULTANCY AND ADMINISTRATION IN RELATION TO ALL
OF THE AFORESAID SERVICES; BUSINESS CONSULTING AND MANAGEMENT SERVICES IN THE FIELD
OF TRAVEL, **TRAVEL PLANNING** AND THE OPERATION OF TRAVEL-RELATED BUSINESSES; THE
BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, A VARIETY OF GOODS AND SERVICES,
ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS AND SERVICES FROM
AN INTERNET WEBSITE SPECIALIZING IN THE PROVISION OF TRAVEL RELATED GOODS AND
SERVICES, RECRUITMENT SERVICES, TRAVEL SERVICES, INSURANCE SERVICES, FINANCIAL
SERVICES; PROVISION AND/OR RENTAL OF ADVERTISING SPACE ON THE INTERNET (INT.  CL.
36) INSURANCE; FINANCIAL SERVICES; MONETARY AFFAIRS; REAL ESTATE AFFAIRS; INSURANCE,
MORTGAGE, INVESTMENT, SAVINGS AND PENSION SERVICES; PROVISION OF PAYMENT PROTECTION;
CREDIT SERVICES; CREDIT CARD SERVICES; FINANCIAL INFORMATION SERVICES; INFORMATION,
ADVISORY AND CONSULTANCY SERVICES RELATING TO THE AFORESAID SERVICES (INT.  CL. 38)
TELECOMMUNICATIONS; COMMUNICATION SERVICES BETWEEN COMPUTERS; TRANSMISSION OF
MESSAGES, DATA AND INFORMATION STORED IN A DATABANK; TRANSMISSION OF DATA, IMAGES
AND TEXTS VIA DATA PROCESSING EQUIPMENT AND COMPUTER TERMINALS; ELECTRONIC MAIL
SERVICES; DISSEMINATION OF TEXTS AND IMAGES BY MEANS OF TELECOMMUNICATIONS NETWORKS;
THE COMMUNICATION OF JOB VACANCIES AND EMPLOYMENT AGENCY SERVICES VIA THE INTERNET;
STORAGE AND TRANSMISSION OF INFORMATION; MESSAGE SENDING SERVICES; PROVISION OF
ELECTRONIC COMMUNICATIONS LINKS

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
36 (Insurance and Financial Services)
38 (Communication)


**Applicant:**
MEDIA CONSULTING CORPORATION LIMITED
1 KINGS AVENUE
WINCHMORE HILL

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77083571                                                                    Page 2


LONDON, N213NA
UNITED KINGDOM
**Entity:** UNKNOWN


**Filing Attorney:**
S. ROXANNE EDWARDS
**Reference No.:** 39179918.1


**Filing Correspondent:**
S. ROXANNE EDWARDS
BAKER & MCKENZIE
2001 ROSS AVENUE
2300 TRAMMELL CROW
DALLAS, TX 75201

**Event History:**
 MAY 04, 2007 NON-FINAL ACTION E-MAILED
 MAY 04, 2007 NON-FINAL ACTION WRITTEN
 MAY 04, 2007 ASSIGNED TO EXAMINER
 JANUARY 23, 2007 NOTICE OF DESIGN SEARCH CODE MAILED
 JANUARY 22, 2007 NEW APPLICATION ENTERED IN TRAM

**Claims:** THE APPLICANT CLAIMS COLOR AS A FEATURE OF THE MARK, NAMELY, BLUE, GREY,
GOLD AND PURPLE.

**Design Description:** THE MARK CONSISTS OF THE COLORS BLUE AND GREY IN THE WORD
"ONLY," THE COLOR BLUE IN THE WORD "INSURANCE" AND THE COLORS GOLD AND PURPLE IN THE
DESIGN.
**Design Codes:**
300115 O
300114 N
300112 L
300125 Y
300506 SMALL WORDS OR NUMBER STRINGS OF FOUR CHARACTERS OR LESS
310502 SMALL INCONSPICUOUS DESIGN ELEMENTS AS PARTS OF LETTERS
310515 OTHER INCONSPICUOUS DESIGN ELEMENT
262101 STRAIGHT LINES BARS OR BANDS
262107 HORIZONTAL LINES BARS OR BANDS
262108 VERTICAL LINES BARS OR BANDS
200101 PENCILS, PENS, CRAYONS, INKWELLS, PEN POINTS, CHALK
200308 GRAPH PAPER, DIAGRAMS, BLUEPRINTS



END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 133126700                                                          Page 1


CANTM TMA000000

                              TRADEMARKSCAN® - Canada
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** KINGSISLAND.COM

**Mark as Supplied:** KINGSISLAND.COM

**Cross References:** KINGS ISLAND COM
**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 133126700
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** January 12, 2007
**Formalized:** January 16, 2007

**Services:**
(1) Advertising and information distribution services, namely, providing advertising
space via the global computer network in the field of travel, **travel-planning**,
tourism, hotels, resorts and other accommodations, gambling, games and toys,
consumer electronics, computers, comparison shopping, arts, entertainment and
leisure products and services, website hosting services, health care services,
financial services, insurance services, legal services and other professional
services; providing information via the Internet in the field of travel, **travel-
planning**, tourism, hotels, resorts and other accommodations, gambling, games and
toys, consumer electronics, computers, comparison shopping, arts, entertainment and
leisure products and services, website hosting services, health care services,
financial services, insurance services, legal services and other professional
services; promoting the products and services of others in the field of travel,
**travel-planning**, tourism, hotels, resorts and other accommodations, gambling, games
and toys, consumer electronics, computers, comparison shopping, arts, entertainment
and leisure products and services, website hosting services, health care services,
financial services, insurance services, legal services and other professional
services over the Internet through the placement of third party advertisements and
classified ads on a website; online directory services; computerized database
management.

**Int'l Class(es):**
  35 (Advertising and Business Services)
  41 (Education and Entertainment Services)
  42  (Scientific, technological and legal services)

**First Used Info.:**
Used in CANADA since at least as early as March 2002 on services marked (1)

**Registrant:**
King's Island Inc.
76 38th Street
Etobicoke Ontario M8W 3M3

**Agent:**
PARADIGM IP
675 King Street West
Suite 201

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 133126700                                          Page 2


Toronto
ONTARIO M5V 1M9
416-603-4225
**Ref. No.:** 3009-004

**Rep. For Service:**
PARADIGM IP
675 King Street West
Suite 201
Toronto
ONTARIO M5V 1M9
416-603-4225
**Ref. No.:** 3009-004

**Subject Headings:** KINGSISLAND.COM
ISLAND.COM, KINGS

**Action History:**
Formalized on January 16, 2007
Created on January 15, 2007
Filed on January 12, 2007

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 133079700                                                                Page 1


CANTM TMA000000

                                TRADEMARKSCAN® - Canada
                            © 2006 Thomson CompuMark. All rights reserved.

**Mark:** PERSONAL OFFICE

**Mark as Supplied:** PERSONAL OFFICE

**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 133079700
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** January 10, 2007
**Formalized:** January 11, 2007

**Services:**
(1) Financial administration services for and on behalf of clients, namely, day to
day transaction management and reporting, income collection, bill payment, custodial
asset safe keeping, arranging for securities trade settlements, income tax
preparation, investment portfolio management, investment advice, financial planning
services, estate and trust services, assistance in establishing and managing private
foundations and family trusts, will planning and executor assistance related
thereto.
(2) Providing information and access to lifestyle services relating to retirement,
retirement planning, post retirement planning, personal care for individuals and
families and related health and wellness, elder care and related health and
wellness, long term care facilities, government and community based services,
retirement living alternatives and support services for family caregivers and adult
children.
(3) Providing information and access to concierge services.
(4) Providing information for travel services, namely, **travel planning**, travel
insurance and travel medical insurance.

**Int'l Class(es):**
 36 (Insurance and Financial Services)

**First Used Info.:**
Used in CANADA since December 10, 2006 on services marked (1), (2), (3) and (4)

**Registrant:**
THE BANK OF NOVA SCOTIA
44 King Street West
Toronto Ontario M5H 1H1

**Agent:**
BAKER & MCKENZIE LLP
BCE PLACE
181 BAY STREET, SUITE 2100
P.O. BOX 874
TORONTO
ONTARIO M5J 2T3
(416)863-1221
**Ref. No.:** 92080111-610


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 133079700                                                    Page 2

**Rep. For Service:**
BAKER & MCKENZIE LLP
BCE PLACE
181 BAY STREET, SUITE 2100
P.O. BOX 874
TORONTO
ONTARIO M5J 2T3
(416)863-1221
**Ref. No.:** 92080111-610

**Subject Headings:** PERSONAL OFFICE

**Action History:**
Formalized on January 11, 2007
Created on January 10, 2007
Filed on January 10, 2007

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 132893200                                                          Page 1


CANTM TMA000000
                        TRADEMARKSCAN® – Canada
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** LOOPT

**Mark as Supplied:** LOOPT

**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 132893200
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** December 20, 2006
**Priority:** July 19, 2006
**Formalized:** January 3, 2007

**Wares:**
(1) Software for locating persons via global positioning or other location
technology; downloadable software for use in wireless telecommunications devices,
namely software for electronic map display, **travel planning** and event planning;
downloadable software, namely software for displaying location and physical presence
information in wireless telecommunications devices.


**Services:**
(1) Text and numeric digital messaging services; professional and social networking
services conducted via wireless telecommunications networks; professional and social
networking services conducted via electronic and optical communications networks.

**Int'l Class(es):**
 9 (Electrical and Scientific Apparatus)
 38 (Communication)

**Registrant:**
Loopt, Inc.
3250 Ash Street
Palo Alto, California 94306 UNITED STATES OF AMERICA

**Agent:**
BERESKIN & PARR
SCOTIA PLAZA
40 KING STREET WEST
40th FLOOR
TORONTO
ONTARIO M5H 3Y2
(416)364-7311
**Ref. No.:** 6861-123

**Rep. For Service:**
BERESKIN & PARR
SCOTIA PLAZA
40 KING STREET WEST
40th FLOOR
TORONTO

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 132893200                                                      Page 2


ONTARIO M5H 3Y2
(416)364-7311
**Ref. No.:** 6861-123

**Priority Information:** Priority Filing July 19, 2006 on wares marked (1) and services marked (1)

**Proposed Use:** Proposed use in CANADA  on wares marked (1) and services marked (1)


**Subject Headings:** LOOPT

**Action History:**
Formalized on January 3, 2007
Created on December 20, 2006
Filed on December 20, 2006

END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77067199                                                              Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** Design Only
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** DESIGN ONLY
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 77067199

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** March 26, 2007

**Filed:** December 19, 2006
**Goods - Services:**
 (INT. CL. 35) PROVIDING ACCOMMODATION INFORMATION, NAMELY RATINGS OF
ACCOMMODATIONS; CUSTOMER LOYALTY SERVICES AND CUSTOMER CLUB SERVICES, FOR
COMMERCIAL, PROMOTIONAL AND/OR ADVERTISING PURPOSES; BUSINESS CONSULTING AND
MANAGEMENT SERVICES IN THE FIELD OF TRAVEL, **TRAVEL PLANNING** AND THE OPERATION OF
TRAVEL-RELATED BUSINESSES
 (INT. CL. 39) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TRANSPORTATION AND PROVIDING INFORMATION CONCERNING TRAVEL AND PROVIDING TRAVEL AND
INFORMATION OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS (INT. CL. 41)
PROVIDING INFORMATION IN THE FIELDS OF ENTERTAINMENT AND EDUCATION; PROVIDING
ENTERTAINMENT ACTIVITIES, NAMELY, PLANNING AND ORGANIZING SPECIAL EVENTS; ARRANGING
FOR TICKET RESERVATIONS FOR SHOWS AND OTHER ENTERTAINMENT EVENTS; PROVIDING A
WEBSITE ON WHICH THE RESULTS OF SURVEYS IN THE FIELD OF TRAVEL, WORK, AND LEISURE
ARE PUBLISHED
 (INT. CL. 42) PROVIDING GUIDE BOOKS, TRAVEL AND ENTERTAINMENT NEWS, MAPS, CITY
DIRECTORIES AND LISTINGS FOR USE BY TRAVELERS AVAILABLE ELECTRONICALLY VIA A GLOBAL
COMPUTER NETWORK
 (INT. CL. 43) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TEMPORARY ACCOMMODATIONS; HOTEL AND LODGING SERVICES, NAMELY, PROVIDING AND RELAYING
INFORMATION AND SECURING PAYMENT IN CONNECTION WITH RESERVATIONS AND BOOKINGS FOR
TEMPORARY LODGING, BY MEANS OF A TELEPHONE, FACSIMILE, THE MAILS, COURIER OR A
GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
35 (Advertising and Business Services)
39 (Transportation and Storage Services)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)
43  (Services for providing food and drink; temporary accommodation)


**Applicant:**
EXPEDIA, INC.
3150 139TH AVENUE SE
SUITE 500
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION


          ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77067199                                                      Page 2

**Other U.S. Registrations:**
2503543
2589155
2649920
**Filing Attorney:**
SANJIV D. SARWATE

**Filing Correspondent:**
SANJIV D. SARWATE
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD
311 S WACKER DR STE 5000
CHICAGO, IL 60606-6631

**Event History:**
 MARCH 26, 2007 NON-FINAL ACTION E-MAILED
 MARCH 26, 2007 NON-FINAL ACTION WRITTEN
 MARCH 22, 2007 ASSIGNED TO EXAMINER
 FEBRUARY 06, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 FEBRUARY 06, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 FEBRUARY 06, 2007 ASSIGNED TO LIE
 JANUARY 11, 2007 TEAS PRELIMINARY AMENDMENT RECEIVED
 DECEMBER 27, 2006 NOTICE OF DESIGN SEARCH CODE MAILED
 DECEMBER 26, 2006 NEW APPLICATION ENTERED IN TRAM

**Claims:** THE APPLICANT CLAIMS COLOR AS A FEATURE OF THE MARK, NAMELY, YELLOW AND
BLUE.

**Design Description:** THE MARK CONSISTS OF A YELLOW AIRPLANE FLYING WITHIN A BLUE
GLOBE.
**Design Codes:**
010725 OTHER GLOBES
260137 CIRCLES THAT ARE COMPLETELY OR PARTIALLY SHADED
180901 AIRPLANES, INCLUDING SOAR, PROPELLER AND JET-POWERED PLANES, ULTRA LIGHTS



END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77054360                                                            Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** JET ENGINE
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 77054360

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** March 28, 2007

**Filed:** November 30, 2006
**Goods - Services:**
 (INT. CL. 9) COMPUTER HARDWARE; COMPUTER SOFTWARE FOR MANAGING THE OPERATIONS OF
AIRLINES, RAILROADS, CRUISE LINES, HOTELS, TRAVEL AGENCIES, AIRCRAFT, VEHICLE AND
BOAT RENTAL BUSINESSES, SHIPPING BUSINESSES, WAREHOUSES AND LOGISTICS BUSINESSES;
COMPUTER SOFTWARE FOR PERFORMING OPERATIONS-RELATED MODELING FOR THOSE IN INDUSTRIES
PERTAINING TO OR INVOLVING MODES OF TRANSPORTATION; COMPUTER SOFTWARE FOR PERFORMING
OPERATIONS-RELATED MODELING FOR THOSE IN INDUSTRIES PERTAINING TO OR INVOLVING THE
STORAGE AND SHIPMENT OF GOODS; COMPUTER SOFTWARE FOR MAKING TRAVEL-RELATED
RESERVATIONS; COMPUTER SOFTWARE FOR TRAVEL-RELATED APPLICATIONS, NAMELY, SCHEDULING
OF MODES OF TRANSPORTATION, FARE GENERATION, TICKETING, PRICING, CUSTOMER LOYALTY
AND INCENTIVE REWARD PROGRAMS, AND DATABASE MANAGEMENT; COMPUTER SOFTWARE FOR
PROVIDING GEOGRAPHIC MAPS, TRAVEL ROUTE INFORMATION AND RECOMMENDATIONS, AND TRAVEL
INFORMATION GUIDES; COMPUTER SOFTWARE FOR MANAGEMENT TRAINING; COMPUTER SOFTWARE FOR
SHIPPING-RELATED APPLICATIONS, NAMELY, STORAGE OF GOODS, SCHEDULING OF
TRANSPORTATION, PRICING, DATABASE MANAGEMENT, AND TRACKING AND TRACING THE SHIPMENT
OF GOODS; COMPUTER SOFTWARE FOR PROVIDING CUSTOMER LOYALTY SERVICES RELATING TO
TRAVEL, TRANSPORTATION, LODGING, CREDIT CARD USE, RETAIL SERVICES AND OTHER PARTNER
SERVICES; COMPUTER SOFTWARE FOR AUTOMATING AND STREAMLINING COMPLEX BUSINESS
PROCESSES USED IN THE TRAVEL, TRANSPORTATION, LOGISTICS AND WAREHOUSING INDUSTRIES;
COMPUTER SOFTWARE FOR ACCOUNTING, MANAGEMENT INFORMATION, DATA MANAGEMENT, PROPERTY
MANAGEMENT AND DATA PROCESSING SYSTEMS; COMPUTER SOFTWARE FOR USE IN EXPENSE
REPORTING, TRAVEL POLICY MANAGEMENT, REVENUE MANAGEMENT, YIELD MANAGEMENT, INVENTORY
CONTROL, SCHEDULING OF TRANSPORTATION, CREWS AND FLEET MAINTENANCE, AND CARGO
MANAGEMENT IN THE TRAVEL, TRANSPORTATION, WAREHOUSING AND LOGISTICS INDUSTRIES;
COMPUTER SOFTWARE FOR PROVIDING RESERVATIONS, TICKETING, CHECK-IN AND RELATED
BUSINESS FUNCTIONS IN THE FIELDS OF TRAVEL AND TRANSPORTATION; COMPUTER SOFTWARE FOR
USE WITH PROVISIONING AND AUTOMATION SYSTEMS FOR DINING AND CABIN SERVICES IN
AIRCRAFT, TRAINS AND CRUISE SHIPS; COMPUTER SOFTWARE FOR CALCULATING AND MANAGING
OPTIMAL LOADS IN AIRCRAFT AND OTHER MODES OF TRANSPORTATION; COMPUTER SOFTWARE FOR
DATA ANALYSIS USED IN PLANNING, FORECASTING AND MARKETING IN THE TRAVEL,
TRANSPORTATION, WAREHOUSING AND LOGISTICS INDUSTRIES; COMPUTER SOFTWARE PROVIDING
AUTOMATED TELEPHONE ACCESS TO FLIGHT AND TRAIN INFORMATION; COMPUTER SOFTWARE
PROVIDING AIRLINE, RAILWAY, CRUISE LINE AND SHIPPING PERSONNEL AUTOMATED TELEPHONE
ACCESS TO SCHEDULES, MESSAGES AND OTHER INFORMATION; COMPUTER SOFTWARE FOR USE IN
DATA MINING; COMPUTER SOFTWARE USED TO PROVIDE DATA TRAFFIC ROUTING AND DATABASE
ACCESS ON A COMPUTER NETWORK; COMPUTER SOFTWARE FOR PROVIDING TRAVEL AGENCIES WITH
INFORMATION CONCERNING AGENCY FINANCIAL AND MANAGEMENT REPORTS, AND PROVIDING TRAVEL
AGENCIES AND THEIR CUSTOMERS WITH INFORMATION CONCERNING TRAVEL AVAILABILITY AND
MANAGEMENT, THE ABILITY TO MAKE AND MANAGE TRAVEL-RELATED RESERVATIONS, GENERAL
**TRAVEL PLANNING** AND INFORMATION, AND TRAVEL DESTINATION INFORMATION; COMPUTER
SOFTWARE FOR ACCESSING, VERIFYING, PROCESSING AND TRANSMITTING PASSENGER
INFORMATION, PERFORMING CHECK-IN FUNCTIONS AND GENERATING BAGGAGE TAGS AND BOARDING
PASSES FOR THE TRAVEL INDUSTRY; PRERECORDED TRAINING MATERIALS FOR OPERATIONS AND

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77054360                                                                        Page 2

COMPUTER SOFTWARE IN INDUSTRIES PERTAINING TO MODES OF TRANSPORTATION, THE SHIPMENT
OF GOODS, AND THE STORAGE OF GOODS (INT.  CL. 16) PRINTED TRAINING MATERIALS FOR
OPERATIONS AND COMPUTER SOFTWARE IN INDUSTRIES PERTAINING TO MODES OF
TRANSPORTATION, SHIPPING AND THE STORAGE OF GOODS; PRINTED MATERIALS RELATED TO
TRAVEL AND TRANSPORTATION; PRINTED TICKETS FOR TRAVEL AND TRANSPORTATION
 (INT. CL. 25) CLOTHING, HEADGEAR AND FOOTWEAR (INT.  CL. 35) BUSINESS CONSULTING
SERVICES FOR THOSE IN INDUSTRIES PERTAINING TO MODES OF TRANSPORTATION, THE SHIPMENT
OF GOODS, AND THE STORAGE OF GOODS; STRATEGIC, TACTICAL AND BUSINESS OPERATIONAL
ADVICE AND PLANNING; CONSULTING SERVICES PERTAINING TO BUSINESS REORGANIZATION AND
RESTRUCTURING; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF CUSTOMER
LOYALTY AND INCENTIVE REWARD PROGRAMS; CUSTOMER LOYALTY SERVICES AND CUSTOMER CLUB
SERVICES FOR COMMERCIAL, PROMOTIONAL AND/OR ADVERTISING PURPOSES; BUSINESS
CONSULTING AND MANAGEMENT SERVICES IN THE FIELD OF TRAVEL, **TRAVEL PLANNING** AND THE
OPERATION OF TRAVEL-RELATED BUSINESSES; BUSINESS CONSULTING SERVICES IN THE FIELD OF
AIRPORT, RAILROAD STATION AND PORT OPERATIONS; BUSINESS CONSULTING SERVICES IN THE
WAREHOUSING AND LOGISTICS INDUSTRIES; RETAIL STORE SERVICES OVER A GLOBAL
COMMUNICATIONS NETWORK FEATURING TRAVEL-RELATED GOODS AND SERVICES; PROVIDING
INFORMATION ABOUT THE SHIPMENT OF GOODS IN THE NATURE OF TRACKING AND TRACING OF
SHIPMENTS OF GOODS IN TRANSIT; BUSINESS CONSULTING SERVICES RELATING TO
ACCREDITATION OF THOSE IN INDUSTRIES PERTAINING TO MODES OF TRANSPORTATION, THE
SHIPMENT OF GOODS AND THE STORAGE OF GOODS, AND THE USE OF COMPUTER SOFTWARE
PERTAINING THERETO
 (INT. CL. 36) INSURANCE AGENCY, UNDERWRITING AND BROKERAGE SERVICES IN THE FIELD OF
TRAVEL INSURANCE
 (INT. CL. 38) TELECOMMUNICATIONS SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF
MESSAGES, PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK, ELECTRONIC
MAIL SERVICES; ONLINE SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND
DOCUMENTS VIA COMPUTER TERMINALS; COMMUNICATION SERVICES, NAMELY, OPERATING AN
INTERNET SITE FOR THE DISPLAY OF INFORMATION TO OTHERS ABOUT TRANSPORTATION
SERVICES, OPERATIONS, SCHEDULING AND RESERVATIONS
 (INT. CL. 39) TRANSPORTATION SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TRANSPORTATION, TOURS AND EXCURSIONS, AND PROVIDING RESERVATION AND BOOKING SERVICES
FOR THE FOREGOING BY COMPUTER AND VIA A GLOBAL COMPUTER NETWORK; TRAVEL AGENCY
SERVICES, NAMELY, MAKING TRAVEL-RELATED RESERVATIONS AND BOOKINGS VIA A GLOBAL
COMPUTER NETWORK, AND MAKING TRAVEL-RELATED RESERVATIONS AND BOOKINGS VIA COMPUTER
NETWORKS FOR OTHER BUSINESSES; PROVIDING TRAVEL-RELATED INFORMATION VIA A GLOBAL
COMPUTER NETWORK, AND SUPPLYING TRAVEL-RELATED INFORMATION VIA COMPUTER NETWORKS FOR
OTHER BUSINESSES; PROVIDING AIRLINE, CAR RENTAL, CRUISE, TRAIN, TOUR AND TRAVEL
INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING INFORMATION ON THE STORAGE OF
GOODS AND THE TRACKING AND TRACING OF THE SHIPMENT OF GOODS VIA A GLOBAL COMPUTER
NETWORK, AND SUPPLYING INFORMATION ON THE STORAGE OF GOODS AND THE TRACKING AND
TRACING OF THE SHIPMENT OF GOODS VIA COMPUTER NETWORKS FOR OTHER BUSINESSES;
PASSENGER SERVICES IN THE NATURE OF A FREQUENT TRAVELER PROGRAM; AND PROVIDING AN
ONLINE COMPUTER DATABASE IN THE FIELD OF TRAVEL RESERVATIONS AND OTHER TRAVEL-
RELATED APPLICATIONS, NAMELY, YIELD MANAGEMENT AND INVENTORY CONTROL SYSTEMS,
FLIGHT, CRUISE SHIP AND TRAIN SCHEDULING, RENTAL CAR INVENTORY, DEPARTURE CONTROL,
PASSENGER CHECK-IN, TICKETING, PRICING, BILLING, CODE SHARING, ACCOUNTING, AND
MANAGEMENT INFORMATION; PROVIDING AN ONLINE COMPUTER DATABASE IN THE FIELD OF TRAVEL
INFORMATION AND TRAVEL RESERVATION INFORMATION (INT.  CL. 41) ENTERTAINMENT AND
EDUCATION SERVICES, NAMELY, TELEVISION AND RADIO PROGRAMS FEATURING TRAVEL
INFORMATION, RECOMMENDATIONS, NEWS AND FEATURES ON ALL ASPECTS OF TRAVEL AND TRAVEL-
RELATED TOPICS; EDUCATION SERVICES, NAMELY, PROVIDING TRAINING AND INSTRUCTION IN
THE FIELDS OF TRAVEL AGENCY MANAGEMENT AND ADMINISTRATION, TRAVEL RESERVATIONS AND
BOOKINGS, TRAVEL INFORMATION RESOURCES, LOGISTICS, WAREHOUSING, VEHICLE RENTAL AND
THE USE OF COMPUTER SOFTWARE; PROVIDING TRAINING FOR THE PURPOSE OF ACCREDITATION IN
THE OPERATION OF BUSINESSES IN INDUSTRIES PERTAINING TO MODES OF TRANSPORTATION AND
THE USE OF COMPUTER SOFTWARE PERTAINING THERETO; PROVIDING TRAINING FOR THE PURPOSE
OF ACCREDITATION IN THE OPERATION OF BUSINESSES IN THE WAREHOUSING AND LOGISTICS
INDUSTRIES AND THE USE OF COMPUTER SOFTWARE PERTAINING THERETO
 (INT. CL. 42) TECHNICAL CONSULTATION SERVICES IN THE FIELD OF TRANSPORTATION
OPERATION MODELING AND SYSTEMS, NAMELY, DESIGNING COMPUTER AND INFORMATION SYSTEMS,
PROGRAMS AND SOLUTIONS FOR TRANSPORTATION OPERATIONAL SYSTEMS, AND PROJECT
MANAGEMENT RELATED THERETO; TECHNICAL CONSULTATION SERVICES IN THE FIELDS OF
WAREHOUSE OPERATION MODELING AND SYSTEMS, AND LOGISTICS OPERATION MODELING AND

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77054360                                                                Page 3

SYSTEMS, NAMELY, DESIGNING COMPUTER AND INFORMATION SYSTEMS, PROGRAMS AND SOLUTIONS
FOR WAREHOUSE OPERATIONAL SYSTEMS, LOGISTICS OPERATIONAL SYSTEMS, AND PROJECT
MANAGEMENT RELATED THERETO; CONSULTING SERVICES RELATED TO TRANSPORTATION COMPUTER
SOFTWARE, WAREHOUSING COMPUTER SOFTWARE, LOGISTICS COMPUTER SOFTWARE, COMPUTERS AND
DATA PROCESSING TECHNIQUES, AND TECHNICAL SUPPORT SERVICES RELATED THERETO;
PROVIDING COMPUTER PROGRAMMING SERVICES FOR OTHERS; INSTALLATION AND MAINTENANCE OF
COMPUTER SOFTWARE; PROVIDING TEMPORARY USE OF ONLINE SOFTWARE FOR REVENUE
MANAGEMENT, YIELD MANAGEMENT, FLIGHT, CRUISE AND TRAIN SCHEDULING, AIRLINE, CRUISE
LINE AND RAILROAD OPERATIONS, CREW OPERATIONS, EQUIPMENT MAINTENANCE, CARGO
MANAGEMENT, THE MANAGEMENT OF STORED GOODS, THE SHIPMENT OF GOODS, AIRCRAFT, CRUISE
SHIP AND TRAIN PROVISIONING AND AUTOMATION OF DINING AND CABIN SERVICES, LOYALTY AND
REWARD PROGRAMS, TICKETING, TRAVEL RESERVATIONS AND SALES AUTOMATION; TRAVEL AGENCY
SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TEMPORARY LODGING; COMPUTER
SERVICES, NAMELY, PROVIDING ON-LINE PUBLICATIONS IN THE FIELD OF TRAVEL; PROVIDING
VIDEO PRESENTATIONS IN THE FIELD OF TRAVEL BY MEANS OF A GLOBAL COMMUNICATIONS
NETWORK; ACCREDITATION SERVICES, NAMELY, DEVELOPING STANDARDS FOR TRAINING PERSONNEL
IN THE OPERATION OF BUSINESSES IN INDUSTRIES PERTAINING TO MODES OF TRANSPORATION
AND THE USE OF COMPUTER SOFTWARE PERTAINING THERETO, AND EVALUATING THE SKILLS,
KNOWLEDGE AND COMPETENCE OF PERSONNEL IN THE OPERATION OF BUSINESSES IN INDUSTRIES
PERTAINING TO MODES OF TRANSPORTATION AND THE USE OF COMPUTER SOFTWARE PERTAINING
THERETO FOR THE PURPOSE OF CERTIFICATION; ACCREDITATION SERVICES, NAMELY, DEVELOPING
STANDARDS FOR TRAINING PERSONNEL IN THE OPERATION OF BUSINESSES IN INDUSTRIES
PERTAINING TO THE MANAGEMENT OF STORED GOODS AND THE SHIPMENT OF GOODS AND THE USE
OF COMPUTER SOFTWARE PERTAINING THERETO, AND EVALUATING THE SKILLS, KNOWLEDGE AND
COMPETENCE OF PERSONNEL IN THE OPERATION OF BUSINESSES PERTAINING TO THE MANAGEMENT
OF STORED GOODS AND THE SHIPMENT OF GOODS AND THE USE OF COMPUTER SOFTWARE
PERTAINING THERETO FOR THE PURPOSE OF CERTIFICATION

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
16 (Paper Goods and Printed Matter)
25 (Clothing)
35 (Advertising and Business Services)
36 (Insurance and Financial Services)
38 (Communication)
39 (Transportation and Storage Services)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)

**Applicant:**
DYNAMIC INTELLIGENCE INC.
1ST FLR., TRIDENT HOUSE, LOWER BROAD ST.
BRIDGETOWN,
BARBADOS
**State of Incorporation or Organization:** BARBADOS
**Entity:** CORPORATION

**Filing Attorney:**
ROBERT B. COHEN
**Reference No.:** DYNAM 10.0-0

**Filing Correspondent:**
ROBERT B. COHEN
LERNER, DAVID, LITTENBERG, KRUMHOLZ & ME
600 SOUTH AVE W
WESTFIELD, NJ 07090-1404

**Event History:**
 MARCH 28, 2007 NON-FINAL ACTION E-MAILED

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77054360

```
MARCH 28, 2007 NON-FINAL ACTION WRITTEN
MARCH 27, 2007 ASSIGNED TO EXAMINER
JANUARY 10, 2007 APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED
JANUARY 09, 2007 ASSIGNED TO LIE
DECEMBER 06, 2006 TEAS PRELIMINARY AMENDMENT RECEIVED
DECEMBER 05, 2006 NEW APPLICATION ENTERED IN TRAM
```

**Design Codes:**
999999 NO CODES

# JET ENGINE

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77048633                                                          Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** NOW THAT'S USING YOUR EXPEDIA
**Cross References:** NOW THAT IS USING YOUR EXPEDIA
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes


**Serial No.:** 77048633


**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (681) PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** May 15, 2007


**Filed:** November 21, 2006
**Goods - Services:**
  (INT. CL. 35) PROVIDING ACCOMMODATION INFORMATION, NAMELY RATINGS OF
ACCOMMODATIONS; CUSTOMER LOYALTY SERVICES AND CUSTOMER CLUB SERVICES, FOR
COMMERCIAL, PROMOTIONAL AND/OR ADVERTISING PURPOSES; BUSINESS CONSULTING AND
MANAGEMENT SERVICES IN THE FIELD OF TRAVEL, **TRAVEL PLANNING** AND THE OPERATION OF
TRAVEL-RELATED BUSINESSES
  (INT. CL. 39) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TRANSPORTATION AND PROVIDING INFORMATION CONCERNING TRAVEL AND PROVIDING TRAVEL
INFORMATION OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORK
  (INT. CL. 43) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TEMPORARY ACCOMMODATIONS; HOTEL AND LODGING SERVICES, NAMELY, PROVIDING AND RELAYING
INFORMATION AND SECURING PAYMENT IN CONNECTION WITH RESERVATIONS AND BOOKINGS FOR
TEMPORARY LODGING, BY MEANS OF A TELEPHONE, FACSIMILE, THE MAILS, COURIER AND A
GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
35 (Advertising and Business Services)
39 (Transportation and Storage Services)
43  (Services for providing food and drink; temporary accommodation)




**Applicant:**
EXPEDIA, INC.
3150 139TH AVENUE SE
SUITE 500
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION




**Other U.S. Registrations:**
2610307
2612384
2633295 AND OTHERS
**Filing Attorney:**
SANJIV D. SARWATE


**Filing Correspondent:**

        ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77048633                                                    Page 2


SANJIV D. SARWATE
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD
311 S WACKER DR STE 5000
CHICAGO, IL 60606-6631

**Event History:**
 APRIL 14, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 APRIL 14, 2007 ASSIGNED TO LIE
 MARCH 23, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 MARCH 23, 2007 EXAMINER'S AMENDMENT ENTERED
 MARCH 23, 2007 EXAMINERS AMENDMENT E-MAILED
 MARCH 23, 2007 EXAMINERS AMENDMENT -WRITTEN
 MARCH 23, 2007 EXAMINER'S AMENDMENT ENTERED
 MARCH 23, 2007 EXAMINERS AMENDMENT E-MAILED
 MARCH 23, 2007 EXAMINERS AMENDMENT -WRITTEN
 MARCH 22, 2007 ASSIGNED TO EXAMINER
 NOVEMBER 28, 2006 NOTICE OF PSEUDO MARK MAILED
 NOVEMBER 27, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

NOW THAT'S USING YOUR
EXPEDIA


END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77048113                                                                                    Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** GEONOVA
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 77048113

**Status:** PUBLISHED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (686) PUBLISHED FOR OPPOSITION
**USPTO Status Date:** May 8, 2007

**Filed:** November 20, 2006
**Published:** May 8, 2007
**Goods - Services:**
  (INT. CL. 9) COMPUTER SOFTWARE FOR TRIP PLANNING; COMPUTER SOFTWARE FOR CUSTOMIZED
MAPPING OF LOCATIONS; PRE-RECORDED CD-ROM CONTAINING TRIP PLANNING SOFTWARE AND
INFORMATION FOR ON-SCREEN DISPLAY, PRINTING, E-MAILING OR DOWNLOADING TO OTHER
DEVICES; PRE-RECORDED CD-ROM CONTAINING STREET ATLAS SOFTWARE AND INFORMATION FOR
ON-SCREEN DISPLAY, PRINTING, E-MAILING OR DOWNLOADING TO OTHER DEVICES; DOWNLOADABLE
SOFTWARE PROGRAMS FOR ELECTRONIC MAP DISPLAY, TRIP PLANNING, **TRAVEL PLANNING**,
BUSINESS FINDING AND DESTINATION INFORMATION IN THE FIELD OF CONSUMER ORIENTED
TRAVEL, BUSINESS, EDUCATION, AND ENTERTAINMENT APPLICATIONS
  (INT. CL. 16) PRINTED MAPS AND CITY GUIDES; ROAD, REFERENCE AND SCHOOL ATLASES,
TRAVEL GUIDES; PRINTED PUBLICATIONS, NAMELY, TRAVEL GUIDES AND MAGAZINES, FEATURING
EDITORIAL COPY REGARDING TRAVEL AND AFFINITY TRAVEL TOPICS (INT.  CL. 35) ELECTRONIC
RETAIL STORE OUTLET SERVICES VIA COMPUTER FEATURING MAPS OF OTHERS AS WELL AS THOSE
PRODUCED BY COMPANY; CONSUMER ORIENTED BUSINESS INFORMATION SERVICES, NAMELY,
PROVIDING ON-LINE BUSINESS INFORMATION ABOUT AND MAKING REFERRALS IN THE FIELD OF
CONSUMER PRODUCTS AND SERVICES FOR RETAIL SERVICES CONCERNING PRODUCTS, SERVICES,
EVENTS, ACTIVITIES, ATTRACTIONS, AND FACILITIES IN PARTICULAR GEOGRAPHIC LOCATIONS
(INT.  CL. 39) PROVIDING INTERACTIVE MAPS, DRIVING DIRECTIONS, AND DESTINATION
INFORMATION BY MEANS OF AN ON-LINE WEBSITE; PROVIDING INFORMATION, BY MEANS OF AN
INTERACTIVE ON-LINE WEBSITE ON A GLOBAL COMPUTER NETWORK, IN THE FIELD OF MAPS AND
TRAVEL; PROVIDING ON-LINE MAPS AND TRAVEL INFORMATION; PROVIDING ON-LINE GEOGRAPHIC
INFORMATION IN THE FIELD OF TRAVEL, MAP IMAGES, AND TRIP ROUTING ON WEBSITES OF
OTHERS VIA INTERACTIVE COMPUTER NETWORKS; PROVIDING ON-LINE GEOGRAPHIC INFORMATION
AND MAP IMAGES IN THE FIELD OF CONSUMER ORIENTED TRAVEL VIA INTERACTIVE COMPUTER
NETWORKS; PROVIDING CONSUMER ORIENTED BUSINESS TRAVEL INFORMATION SERVICES, NAMELY,
ONLINE GEOGRAPHIC INFORMATION IN THE FIELD OF TRAVEL AND MAP IMAGES VIA INTERACTIVE
COMPUTER NETWORKS
  (INT. CL. 41) PROVIDING ONLINE PUBLICATIONS, NAMELY, TRAVEL GUIDES AND MAGAZINE
FEATURING EDITORIAL COPY REGARDING TRAVEL AND AFFINITY TRAVEL TOPICS
  (INT. CL. 42) CUSTOM DESIGN OF MAPS; CUSTOM DEVELOPMENT OF INFORMATIONAL,
INTERACTIVE COMPUTER KIOSKS CONTAINING DRIVING DIRECTIONS; CUSTOMIZED MAPPING
SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING MAP ENABLEMENT FOR THE WEBSITES OF
OTHERS

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
16 (Paper Goods and Printed Matter)
35 (Advertising and Business Services)
39 (Transportation and Storage Services)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77048113                                                        Page 2

**Int'l Class:** 16
**First Used:** October 4, 2006
**In Commerce:** October 4, 2006


**Owner at Publication:**
GEONOVA LLC
3710 HEMPLAND ROAD
MOUNTVILLE,PA PENNSYLVANIA 17554
**State of Incorporation or Organization:** PENNSYLVANIA
**Entity:** LIMITED LIABILITY CO.


**Applicant:**
GEONOVA LLC
3710 HEMPLAND ROAD
MOUNTVILLE,PA PENNSYLVANIA 17554
**State of Incorporation or Organization:** PENNSYLVANIA
**Entity:** LIMITED LIABILITY CO.


**Assignment Information:**

**Assignee:**
CAPITAL RESEARCH AND MANAGEMENT COMPANY
333 SO. HOPE ST.,
LOS ANGELES,CALIFORNIA 90071
Entity: CORPORATION

**Assignor:**
 HOWSTUFFWORKS, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 QUICKCOMPLIANCE, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 GEONOVA PUBLISHING, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE
**Correspondent:**
MENACHEM KAPLAN
1285 AVE. OF THE AMERICAS
NEW YORK, NY 10019-6064
**Brief:** SECURITY INTEREST
**Recorded:** March 20, 2007
**Reel - Frame:** 3503/0323

**Filing Attorney:**
WILLIAM A. MCCOMAS
**Reference No.:** 47959.002


**Filing Correspondent:**
WILLIAM A. MCCOMAS
SHAPIRO SHER GUINOT & SANDLER
36 S CHARLES ST STE 2000
BALTIMORE, MD 21201-3104

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77048113                                                      Page 3

**Event History:**
 MAY 08, 2007 PUBLISHED FOR OPPOSITION
 APRIL 18, 2007 NOTICE OF PUBLICATION
 MARCH 13, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 MARCH 12, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 MARCH 12, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 MARCH 12, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 MARCH 02, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 FEBRUARY 22, 2007 NON-FINAL ACTION E-MAILED
 FEBRUARY 22, 2007 NON-FINAL ACTION WRITTEN
 FEBRUARY 21, 2007 ASSIGNED TO EXAMINER
 JANUARY 17, 2007 APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED
 JANUARY 17, 2007 ASSIGNED TO LIE
 DECEMBER 14, 2006 TEAS PRELIMINARY AMENDMENT RECEIVED
 NOVEMBER 28, 2006 NOTICE OF DESIGN SEARCH CODE MAILED
 NOVEMBER 27, 2006 NEW APPLICATION ENTERED IN TRAM

**Claims:** THE APPLICANT CLAIMS COLOR AS A FEATURE OF THE MARK, NAMELY, RED, BLACK,
WHITE.

**Design Description:** THE MARK CONSISTS OF A RED CIRCLE CONTAINING THE WHITE LETTERS
"GEO" FOLLOWED BY THE BLACK LETTERS "NOVA" WITH A BLACK CURVED LINE APPEARING
THROUGH THE RED CIRCLE AND CONTINUING UNDER THE WORD "NOVA" UNDERLINING THE ENTIRE
WORD "GEONOVA".
**Design Codes:**
 200304 BUSINESS CARDS
 260137 CIRCLES THAT ARE COMPLETELY OR PARTIALLY SHADED
 260131 CIRCLES CONTAINING ONLY LETTERS OR NUMERALS (INCLUDING PUNCTUATION)
 262102 CURVED LINES,BARS OR BANDS
 262107 HORIZONTAL LINES BARS OR BANDS



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 132441500                                                          Page 1


CANTM TMA000000
                            TRADEMARKSCAN® - Canada
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** EQC

**Mark as Supplied:** EQC

**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 132441500
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** November 16, 2006
**Formalized:** November 20, 2006

**Wares:**
(1) On-line, non-downloadable software used to transmit data relating to rates,
availability, and reservations for hotels and other providers of temporary
accommodation services.


**Services:**
(1) Business consulting and management services in the field of travel, **travel
planning** and the operation of travel-related businesses; communications services,
namely, transmission of data by means of the Internet relating to rates,
availability and reservations for hotels and other providers of temporary
accommodation services

**Int'l Class(es):**
 9 (Electrical and Scientific Apparatus)
 35 (Advertising and Business Services)
 39 (Transportation and Storage Services)
 38 (Communication)
 43  (Services for providing food and drink; temporary accommodation)

**Registrant:**
Expedia, Inc.
3150 139th Avenue SE
Suite 500 Bellevue, Washington 98005
UNITED STATES OF AMERICA

**Agent:**
SMART & BIGGAR
SUITE 900, 55 METCALFE STREET
P.O. BOX 2999, STATION D
OTTAWA
ONTARIO K1P 5Y6
(613)232-2486
**Ref. No.:** 60817-211 (KS:slg)

**Rep. For Service:**
SMART & BIGGAR
SUITE 900, 55 METCALFE STREET
P.O. BOX 2999, STATION D

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 132441500                                                    Page 2


OTTAWA
ONTARIO K1P 5Y6
(613)232-2486
**Ref. No.:** 60817-211 (KS:slg)

**Proposed Use:** Proposed use in CANADA  on wares marked (1) and services marked (1)


**Subject Headings:** EQC
QC (EQC)

**Action History:**
Examiner's First Report on February 7, 2007
Response Due By June 7, 2007
Search Recorded on February 7, 2007
Formalized on November 20, 2006
Created on November 17, 2006
Filed on November 16, 2006

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 132441700                                                          Page 1


CANTM TMA000000
                            TRADEMARKSCAN® – Canada
                     © 2006 Thomson CompuMark. All rights reserved.

**Mark:** EXPEDIA QUICKCONNECT

**Mark as Supplied:** EXPEDIA QUICKCONNECT

**Cross References:** EXPEDIA QUICK CONNECT
**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 132441700
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** November 16, 2006
**Formalized:** November 20, 2006

**Wares:**
(1) On-line, non-downloadable software used to transmit data relating to rates,
availability, and reservations for hotels and other providers of temporary
accommodation services.


**Services:**
(1) Business consulting and management services in the field of travel, **travel
planning** and the operation of travel-related businesses; communications services,
namely, transmission of data by means of the Internet relating to rates,
availability and reservations for hotels and other providers of temporary
accommodation services

**Int'l Class(es):**
 9 (Electrical and Scientific Apparatus)
 35 (Advertising and Business Services)
 39 (Transportation and Storage Services)
 43  (Services for providing food and drink; temporary accommodation)

**Registrant:**
Expedia, Inc.
3150 139th Avenue SE
Suite 500 Bellevue, Washington 98005
UNITED STATES OF AMERICA

**Agent:**
SMART & BIGGAR
SUITE 900, 55 METCALFE STREET
P.O. BOX 2999, STATION D
OTTAWA
ONTARIO K1P 5Y6
(613)232-2486
**Ref. No.:** 60817-210 (KS:slg)

**Rep. For Service:**
SMART & BIGGAR
SUITE 900, 55 METCALFE STREET
P.O. BOX 2999, STATION D

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 132441700                                                          Page 2

OTTAWA
ONTARIO K1P 5Y6
(613)232-2486
**Ref. No.:** 60817-210 (KS:slg)

**Other Canadian Registrations:**
<u>TMA512,104</u>
<u>TMA543,433</u>
<u>TMA580,739</u>
<u>TMA612,330</u>
<u>1,311,555</u>
**Proposed Use:** Proposed use in CANADA  on wares marked (1) and services marked (1)


**Subject Headings:** EXPEDIA QUICKCONNECT
CONNECT, EXPEDIA QUICK

**Action History:**
Examiner's First Report on January 25, 2007
Response Due By May 25, 2007
Search Recorded on January 25, 2007
Formalized on November 20, 2006
Created on November 17, 2006
Filed on November 16, 2006

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77044672                                                              Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** EQC
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 77044672

**Status:** PUBLISHED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (688) NOTICE OF ALLOWANCE - ISSUED
**USPTO Status Date:** May 15, 2007

**Filed:** November 15, 2006
**Published:** February 20, 2007
**Goods - Services:**
  (INT. CL. 9) ON-LINE, NON-DOWNLOADABLE SOFTWARE USED TO TRANSMIT DATA RELATING TO
RATES, AVAILABILITY, AND RESERVATIONS FOR HOTELS AND OTHER PROVIDERS OF TEMPORARY
ACCOMMODATION SERVICES
  (INT. CL. 35) BUSINESS CONSULTING AND MANAGEMENT SERVICES IN THE FIELD OF TRAVEL,
**TRAVEL PLANNING** AND THE OPERATION OF TRAVEL-RELATED BUSINESSES
  (INT. CL. 38) COMMUNICATIONS SERVICES, NAMELY TRANSMISSION OF DATA RELATING TO
RATES, AVAILABILITY, AND RESERVATIONS FOR HOTELS AND OTHER PROVIDERS OF TEMPORARY
ACCOMMODATION SERVICES

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
38 (Communication)


**Owner at Publication:**
EXPEDIA, INC.
3150 139TH AVENUE SE
SUITE 500
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION


**Applicant:**
EXPEDIA, INC.
3150 139TH AVENUE SE
SUITE 500
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION


**Filing Attorney:**
SANJIV D. SARWATE

**Filing Correspondent:**
SANJIV D. SARWATE

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77044672                                                                    Page 2

PATTISHALL, MCAULIFFE, NEWBURY, ETAL
311 S WACKER DR STE 5000
CHICAGO, IL 60606-6631

**Event History:**
 MAY 15, 2007 NOTICE OF ALLOWANCE-MAILED
 FEBRUARY 20, 2007 PUBLISHED FOR OPPOSITION
 JANUARY 31, 2007 NOTICE OF PUBLICATION
 JANUARY 13, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 JANUARY 13, 2007 ASSIGNED TO LIE
 DECEMBER 18, 2006 APPROVED FOR PUB - PRINCIPAL REGISTER
 DECEMBER 18, 2006 EXAMINER'S AMENDMENT ENTERED
 DECEMBER 18, 2006 EXAMINERS AMENDMENT E-MAILED
 DECEMBER 18, 2006 EXAMINERS AMENDMENT -WRITTEN
 DECEMBER 16, 2006 NON-FINAL ACTION E-MAILED
 DECEMBER 16, 2006 NON-FINAL ACTION WRITTEN
 DECEMBER 16, 2006 ASSIGNED TO EXAMINER
 NOVEMBER 21, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

# EQC

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77044664                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** EXPEDIA QUICKCONNECT
**Cross References:** EXPEDIA QUICK CONNECT
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes


**Serial No.:** 77044664


**Status:** PUBLISHED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (686) PUBLISHED FOR OPPOSITION
**USPTO Status Date:** April 3, 2007


**Filed:** November 15, 2006
**Published:** April 3, 2007
**Publication Withdrawn:** February 9, 2007
**Goods - Services:**
  (INT. CL. 35) BUSINESS CONSULTING AND MANAGEMENT SERVICES IN THE FIELD OF TRAVEL,
**TRAVEL PLANNING** AND THE OPERATION OF TRAVEL-RELATED BUSINESSES
  (INT. CL. 38) COMMUNICATIONS SERVICES, NAMELY TRANSMISSION OF DATA RELATING TO
RATES, AVAILABILITY, AND RESERVATIONS FOR HOTELS AND OTHER PROVIDERS OF TEMPORARY
ACCOMMODATION SERVICES
  (INT. CL. 42) ON-LINE, NON-DOWNLOADABLE SOFTWARE USED TO TRANSMIT DATA RELATING TO
RATES, AVAILABILITY, AND RESERVATIONS FOR HOTELS AND OTHER PROVIDERS OF TEMPORARY
ACCOMMODATION SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)
38 (Communication)
42  (Scientific, technological and legal services)



**Owner at Publication:**
EXPEDIA, INC.
3150 139TH AVENUE SE
SUITE 500
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION



**Applicant:**
EXPEDIA, INC.
3150 139TH AVENUE SE
SUITE 500
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION




**Other U.S. Registrations:**
2610307

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77044664                                                          Page 2

2612384
2633295 AND OTHERS
**Filing Attorney:**
SANJIV D. SARWATE

**Filing Correspondent:**
SANJIV D. SARWATE
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD
311 S WACKER DR STE 5000
CHICAGO, IL 60606-6631

**Event History:**
 APRIL 03, 2007 PUBLISHED FOR OPPOSITION
 MARCH 14, 2007 NOTICE OF PUBLICATION
 FEBRUARY 21, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 FEBRUARY 21, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 FEBRUARY 21, 2007 EXAMINER'S AMENDMENT ENTERED
 FEBRUARY 21, 2007 EXAMINERS AMENDMENT E-MAILED
 FEBRUARY 21, 2007 EXAMINERS AMENDMENT -WRITTEN
 FEBRUARY 20, 2007 PREVIOUS ALLOWANCE COUNT WITHDRAWN
 FEBRUARY 09, 2007 WITHDRAWN FROM PUB - OG REVIEW QUERY
 JANUARY 12, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 JANUARY 12, 2007 ASSIGNED TO LIE
 DECEMBER 17, 2006 APPROVED FOR PUB - PRINCIPAL REGISTER
 DECEMBER 17, 2006 NON-FINAL ACTION E-MAILED
 DECEMBER 17, 2006 NON-FINAL ACTION WRITTEN
 DECEMBER 16, 2006 NON-FINAL ACTION E-MAILED
 DECEMBER 16, 2006 NON-FINAL ACTION WRITTEN
 DECEMBER 16, 2006 ASSIGNED TO EXAMINER
 NOVEMBER 22, 2006 NOTICE OF PSEUDO MARK MAILED
 NOVEMBER 21, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

EXPEDIA QUICKCONNECT

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77033159                                                              Page 1


                         TRADEMARKSCAN® – US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** ARGUS
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 77033159

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (681) PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** May 8, 2007

**Filed:** October 31, 2006
**Goods - Services:**
 (INT. CL. 39) VEHICLE LEASING AND RENTAL; RENTAL CAR RESERVATION; HIRED CAR
TRANSPORT; COORDINATING TRAVEL ARRANGEMENTS FOR INDIVIDUALS AND FOR GROUPS; AIR
TICKET BOOKING SERVICES; BOOKING AGENCY SERVICES AND BOOKING SERVICES FOR MAKING
TRAVEL RESERVATIONS AND BOOKING OR TRANSPORTATION, AIRLINE TRAVEL, VEHICLE RENTAL,
SIGHTSEEING TOURS, RAIL TICKETS AND SEA PASSAGES; BOOKING OF TICKETS FOR TRAVEL;
CHARTERING OF PLANES, YACHTS, BOATS AND BUSES FOR TRAVELING; CONSULTANCY FOR **TRAVEL**
**PLANNING** OF ROUTES, TRAVEL GUIDE SERVICES, TOURIST AGENCY SERVICES; TRAVEL
RESERVATION SERVICES, NAMELY, TRAVEL AND TOUR TICKET RESERVATION SERVICES;
INFORMATION AND ADVISORY SERVICES RELATING TO THE AFORESAID, INCLUDING PROVIDED BY
MEANS OF AN ONLINE DATABASE OR THE INTERNET

**Int'l Class(es):**
39 (Transportation and Storage Services)



**Applicant:**
ARGUS AUTOMOBILES LIMITED
ARGUS HOUSE
59 TERENURE ROAD EAST
DUBLIN 6,
IRELAND
**State of Incorporation or Organization:** IRELAND
**Entity:** COMPANY



**Filing Attorney:**
DERMOT J. HORGAN
**Reference No.:** FRK 0019 US


**Filing Correspondent:**
DERMOT J. HORGAN
IPHORGAN LTD.
1130 W LAKE COOK RD STE 240
BUFFALO GROVE, IL 60089-1994

**Event History:**
 MAY 08, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 MAY 08, 2007 ASSIGNED TO LIE

         ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77033159                                                              Page 2

```
APRIL 19, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
APRIL 19, 2007 EXAMINER'S AMENDMENT ENTERED
APRIL 19, 2007 EXAMINERS AMENDMENT E-MAILED
APRIL 19, 2007 EXAMINERS AMENDMENT -WRITTEN
APRIL 18, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
APRIL 18, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
APRIL 18, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
MARCH 14, 2007 NON-FINAL ACTION E-MAILED
MARCH 14, 2007 NON-FINAL ACTION WRITTEN
MARCH 12, 2007 ASSIGNED TO EXAMINER
NOVEMBER 03, 2006 NEW APPLICATION ENTERED IN TRAM
```

**Design Codes:**
999999 NO CODES

# ARGUS

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 132244300                                                              Page 1


CANTM TMA000000

                        TRADEMARKSCAN® - Canada
                 © 2006 Thomson CompuMark. All rights reserved.

**Mark:** STUDENT HORIZONS

**Mark as Supplied:** STUDENT HORIZONS

**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 132244300
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** October 26, 2006
**Formalized:** December 6, 2006

**Wares:**
(1) Printed materials, namely, books, magazines, newsletters, pamphlets,
directories, pamphlets, brochures, membership cards; brand & loyalty cards, buttons,
badges and pins ,decals, pennants, buttons (ornamental novelty), wall hangings,
bumper stickers, posters, key chains, pins (ornamental lapel, novelty, & jewellery)
, pens, paper tattoos, lapel pins, crests, balloons, flags; Stationery, namely:
letterhead, notepads, envelopes, diaries, agendas, address books, appointment books,
clipboards, binders, folders portfolios for papers; pens, pencils, notebooks;
Glassware, namely: cups, mugs, drinking and decorative glasses; Men's, women's and
children's clothing. namely: t-shirts, shirts, pants, hats, toques, caps, sweaters,
shirts, scarves, shells, jackets, sweat shirts, golf shirts, blazers, kilts, work
shirts and tank tops; Pre-recorded audio and video cassettes, CD ROMS and DVDS
containing information regarding issues of interest to post-secondary students and
travel information; Luggage, namely: travel bags, backpacks, flight bags, baggage
tags; Household wares, namely: coasters, umbrellas, tote bags.


**Services:**
(1) Operation of a corporation, namely; a not-for-profit organization of Canadian
post secondary student associations for the: promotion of Canadian student travel in
Canada and the world, promotion of interests of post-secondary students, provision
of programs, services and benefits on campuses, support and promotion of student
programs, services and benefits on campuses, and provision of learning opportunities
and entertaining events.
(2) Operation of on-line services, namely; the operation of a website, internet web
portal and an electronic commerce (e-commerce) internet web site concerned with for
the provision of information, programs, benefits, services and issues of interest to
post-secondary students and for the provision of information and services regarding
travel.
(3) Promotion of Canadian student travel in Canada and the world, namely: referral
and facilitation of referral of student travel and student travel, promotion of
travel and associated activities as a developmental experience for students, support
of travel agency services including travel booking services, reservations and
bookings for air, land and sea travel and tours; accommodation booking services; car
rental booking services; travel assistance services; **travel planning** services;
travel management and travel consulting services; sale of travel insurance;
provision of information regarding travel and budget travel; publication of
magazines; presentation of travel shows and lectures; conducting seminars regarding
travel; travel information and advisory services.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 132244300                                                                Page 2

(4) Promotion of interests of post-secondary students, namely: conducting research
into the fields of interest of post secondary students, including service-oriented
areas of concern to students at post secondary student organizations, associations
and unions and postsecondary institutions, communicating the views and objectives of
post-secondary students; promotion of cooperation between organizations,
associations and unions of post-secondary students.
(5) Provision of programs, services and benefits on campuses, namely: to contribute
to or assist in the personal development of students, providing education and
training services, publication of information related to post-secondary education
and services, , raising awareness about causes and issues on campus, and fundraising
for student activities and charities, organizing social, recreational and sporting
events, publishing newspapers, books, maps, brand & loyalty cards, directories,
handbooks, day planner/date books, service & activity guides, yearbooks, and
magazines, providing cultural services such as art, movie, music, and drama
facilities, operating social, recreational, athletic and not for profit retail
facilities, and providing cultural, social, not for profit retail, and
communications services and providing peer, academic, and financial support
services.
(6) Support and promotion of student programs, services and benefits on campuses,
namely: provision of funding to students, student organizations or student services
at post secondary educational institutions, supporting charitable purposes and
activities seeking to benefit, or assist in the personal development of students,
support and promotion of programs that contribute to or assist in the personal
development of students.
(7) Provision of learning opportunities and entertaining events, namely: organizing
and operating education, entertainment and cultural services , camps, workshops and
events such as music festivals, comedy acts and training, art exhibitions, athletic
events, theatrical presentations and drama schools, and other forms of entertainment
and cultural events and activities; organizing and operating workshops, summer
camps, community programs including but not limited to sewing, art, pottery,
cooking, science, sports, and theatre.

**Int'l Class(es):**
 16 (Paper Goods and Printed Matter)
 26 (Fancy Goods)
 14 (Jewelry)
 24 (Fabrics)
 28 (Toys and Sporting Goods)
 21 (Housewares and Glass)
 25 (Clothing)
 9 (Electrical and Scientific Apparatus)
 18 (Leather Goods)
 35 (Advertising and Business Services)
 41 (Education and Entertainment Services)
 42  (Scientific, technological and legal services)
 39 (Transportation and Storage Services)

**First Used Info.:**
Used in CANADA since April 1, 2006 on wares marked (1) and services marked (2), (3),
(4), (5), (6) and (7)
Used in CANADA since January 2006 on services marked (1)

**Registrant:**
Canadian Student Horizons Group Incorporated
Canadian Student Horizons Group
Room 340, UCC Building The University of Western Ontario
London
Ontario N6A 3K7

**Disclaimer:** The right to the exclusive use of the word STUDENT. is disclaimed apart
from the trade mark.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 132244300                                                    Page 3

**Subject Headings:** STUDENT HORIZONS

**Action History:**
Formalized on December 6, 2006
Created on November 1, 2006
Filed on October 26, 2006

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 132244200                                                             Page 1


CANTM TMA000000
                        TRADEMARKSCAN® - Canada
                     © 2006 Thomson CompuMark. All rights reserved.

**Mark:** STUDENT HORIZONS

**Mark as Supplied:** STUDENT HORIZONS & DESIGN

**Mark Type:** Trade-Mark
**Design Type:** Design Only
**Active / Inactive:** Active
**Image Available:** Yes

**Application No.:** 132244200
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** October 26, 2006
**Formalized:** December 8, 2006

**Wares:**
(1) Printed materials, namely, books, magazines, newsletters, pamphlets,
directories, pamphlets, brochures, membership cards; brand & loyalty cards, buttons,
badges and pins ,decals, pennants, buttons (ornamental novelty), wall hangings,
bumper stickers, posters, key chains, pins (ornamental lapel, novelty, & jewellery),
pens, paper tattoos, lapel pins, crests, balloons, flags; Stationery, namely:
letterhead, notepads, envelopes, diaries, agendas, address books, appointment books,
clipboards, binders, folders portfolios for papers; pens, pencils, notebooks;
Glassware, namely: cups, mugs, drinking and decorative glasses; Men's, women's and
children's clothing. namely: t-shirts, shirts, pants, hats, toques, caps, sweaters,
shirts, scarves, shells, jackets, sweat shirts, golf shirts, blazers, kilts, work
shirts and tank tops; Pre-recorded audio and video cassettes, CD ROMS and DVDS
containing information regarding issues of interest to post-secondary students and
travel information; Luggage, namely: travel bags, backpacks, flight bags, baggage
tags; Household wares, namely: coasters, umbrellas, tote bags.


**Services:**
(1) Operation of a corporation, namely; a not-for-profit organization of Canadian
post secondary student associations for the: promotion of Canadian student travel in
Canada and the world, promotion of interests of post-secondary students, provision
of programs, services and benefits on campuses, support and promotion of student
programs, services and benefits on campuses, and provision of learning opportunities
and entertaining events.
(2) Operation of on-line services, namely; the operation of a website, internet web
portal and an electronic commerce (e-commerce) internet web site concerned with for
the provision of information, programs, benefits, services and issues of interest to
post-secondary students and for the provision of information and services regarding
travel.
(3) Promotion of Canadian student travel in Canada and the world, namely: referral
and facilitation of referral of student travel and student travel, promotion of
travel and associated activities as a developmental experience for students, support
of travel agency services including travel booking services, reservations and
bookings for air, land and sea travel and tours; accommodation booking services; car
rental booking services; travel assistance services; **travel planning** services;
travel management and travel consulting services; sale of travel insurance;
provision of information regarding travel and budget travel; publication of
magazines; presentation of travel shows and lectures; conducting seminars regarding
travel; travel information and advisory services.

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 132244200                                                              Page 2

(4) Promotion of interests of post-secondary students, namely: conducting research
into the fields of interest of post secondary students, including service-oriented
areas of concern to students at post secondary student organizations, associations
and unions and postsecondary institutions, communicating the views and objectives of
post-secondary students; promotion of cooperation between organizations,
associations and unions of post-secondary students.
(5) Provision of programs, services and benefits on campuses, namely: to contribute
to or assist in the personal development of students, providing education and
training services, publication of information related to post-secondary education
and services, , raising awareness about causes and issues on campus, and fundraising
for student activities and charities, organizing social, recreational and sporting
events, publishing newspapers, books, maps, brand & loyalty cards, directories,
handbooks, day planner/date books, service & activity guides, yearbooks, and
magazines, providing cultural services such as art, movie, music, and drama
facilities, operating social, recreational, athletic and not for profit retail
facilities, and providing cultural, social, not for profit retail, and
communications services and providing peer, academic, and financial support
services.
(6) Support and promotion of student programs, services and benefits on campuses,
namely: provision of funding to students, student organizations or student services
at post secondary educational institutions, supporting charitable purposes and
activities seeking to benefit, or assist in the personal development of students,
support and promotion of programs that contribute to or assist in the personal
development of students.
(7) Provision of learning opportunities and entertaining events, namely: organizing
and operating education, entertainment and cultural services, camps, workshops and
events such as music festivals, comedy acts and training, art exhibitions, athletic
events, theatrical presentations and drama schools, and other forms of entertainment
and cultural events and activities; organizing and operating workshops, summer
camps, community programs including but not limited to sewing, art, pottery,
cooking, science, sports, and theatre.

**Int'l Class(es):**
 16 (Paper Goods and Printed Matter)
 14 (Jewelry)
 21 (Housewares and Glass)
 25 (Clothing)
 9 (Electrical and Scientific Apparatus)
 18 (Leather Goods)
 35 (Advertising and Business Services)
 42  (Scientific, technological and legal services)
 39 (Transportation and Storage Services)
 43  (Services for providing food and drink; temporary accommodation)
 41 (Education and Entertainment Services)

**First Used Info.:**
Used in CANADA since April 1, 2006 on wares marked (1) and services marked (2), (3),
(4), (5), (6) and (7)
Used in CANADA since January 2006 on services marked (1)

**Registrant:**
Canadian Student Horizons Group Incorporated
Canadian Student Horizons Group
Room 340, UCC Building The University of Western Ontario
London
Ontario N6A 3K7


**Subject Headings:** STUDENT HORIZONS
MAPLE LEAF-11 POINTED
ARC

**Action History:**
Formalized on December 8, 2006

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 132244200                                                    Page 3


Created on November 1, 2006
Filed on October 26, 2006



END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77021316                                                        Page 1

                         TRADEMARKSCAN® - US Federal
                   © 2006 Thomson CompuMark. All rights reserved.

**Mark:** NEW FLIGHT CHARTERS
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 77021316

**Status:** PENDING

**USPTO Status:** (681) PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** May 25, 2007

**Filed:** October 14, 2006
**Goods - Services:**
 (INT. CL. 39) AIRLINE TRANSPORTATION SERVICES; AIRPLANE CHARTERING; ARRANGING
TRAVEL TOURS; COORDINATING TRAVEL ARRANGEMENTS FOR INDIVIDUALS AND FOR GROUPS;
ORGANISATION OF TRAVEL; ORGANIZATION OF EXCURSIONS, SIGHTSEEING TOURS, HOLIDAYS,
TOURS AND **TRAVEL; PLANE** CHARTERING; PROVIDING LINKS TO WEB SITES OF OTHERS FEATURING
TRAVEL; RENTAL OF AIRCRAFT; TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND
BOOKINGS FOR TRANSPORTATION

**Int'l Class(es):**
39 (Transportation and Storage Services)

**Int'l Class:** 39
**First Used:** February 1, 2005
**In Commerce:** February 1, 2005


**Applicant:**
COLSON, RICHARD A
525 PONDEROSA DRIVE
JACKSON,WY WYOMING 83001
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL




**Filing Correspondent:**
COLSON, RICHARD A
525 PONDEROSA DR
JACKSON, WY 83001-9048

**Event History:**
 MAY 25, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 MAY 25, 2007 ASSIGNED TO LIE
 MAY 10, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 APRIL 09, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 APRIL 07, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 APRIL 07, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 MARCH 08, 2007 NON-FINAL ACTION E-MAILED
 MARCH 08, 2007 NON-FINAL ACTION WRITTEN
 MARCH 01, 2007 ASSIGNED TO EXAMINER
 OCTOBER 19, 2006 NOTICE OF DESIGN SEARCH CODE MAILED

          ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77021316                                                        Page 2

OCTOBER 18, 2006 NEW APPLICATION ENTERED IN TRAM

**Disclaimer:** "FLIGHT CHARTERS"

**Claims:** "THE COLOR(S) BLUE, ORANGE, BLACK, GRAY AND WHITE IS/ARE CLAIMED AS A
FEATURE OF THE MARK."

**Design Description:** THE MARK CONSISTS OF THE WORDS NEW FLIGHT IN BLUE COLOR,
CHARTERS IN ORANGE COLOR, AND AN IMAGE OF A PRIVATE JET, TOWER, SUN AND HORIZON..
**Design Codes:**
180901 AIRPLANES, INCLUDING SOAR, PROPELLER AND JET-POWERED PLANES, ULTRA LIGHTS
071103 TRANSMITTING TOWERS, SIGNAL BEACONS EXCLUDING: ANTENNAS (16.1.1)
010501 SUN, RISING OR SETTING (PARTIALLY EXPOSED)
010502 SUN WITH RAYS OR HALO
260351 MORE THAN ONE OVAL



END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 131928500                                                          Page 1

CANTM TMA000000

                        TRADEMARKSCAN® - Canada
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** MAXXIM VACATINS CREATING MEMORABLE EXPERIENCES

**Mark as Supplied:** Stylized phrase 'Maxxim Vacations' and 'creating memorable
experiences'

**Mark Type:** Trade-Mark
**Design Type:** Design Only
**Active / Inactive:** Active
**Image Available:** Yes

**Application No.:** 131928500
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** October 10, 2006
**Formalized:** October 11, 2006

**Services:**
(1) Travel agency and vacation and travel package services, namely developing,
organizing, reserving and assembling custom and packaged vacation and/or travel
packages to travel agencies, businesses, groups and/or consumers; providing
advertising and marketing services in the field of travel, **travel-planning** and
tourism; transportation organization and rental reservation services; vacation and
travel housing accommodation services; vacation and travel information services;
vacation and travel housing reservation services.

**Int'l Class(es):**
 39 (Transportation and Storage Services)
 41 (Education and Entertainment Services)

**First Used Info.:**
Used in CANADA since at least September 29, 1989 on services marked (1)

**Registrant:**
Maxxim Promotions Inc.
Suite 200, 251 Empire Avenue
St. John's NEWFOUNDLAND A1C 3H9

**Agent:**
R. CHARLES PEREZ
(WICKWIRE HOLM)
1801 HOLLIS STREET, SUITE 2100
P.O. BOX 1054
HALIFAX
NOVA SCOTIA B3J 2X6
902-482-7015
**Ref. No.:** 45177 - Maxxim

**Rep. For Service:**
R. CHARLES PEREZ
(WICKWIRE HOLM)
1801 HOLLIS STREET, SUITE 2100
P.O. BOX 1054
HALIFAX
NOVA SCOTIA B3J 2X6

         © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 131928500                                                      Page 2

902-482-7015
**Ref. No.:** 45177 - Maxxim


**Disclaimer:** The right to the exclusive use of the word Vacations is disclaimed apart from the trade mark.

**Subject Headings:** MAXXIM VACATIONS
CREATING MEMORABLE EXPERIENCES

**Action History:**
Search Recorded on May 14, 2007
Formalized on October 11, 2006
Created on October 10, 2006
Filed on October 10, 2006



END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 77013376                                                           Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** GEONOVA
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 77013376

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (692) WITHDRAWN FROM PUBLICATION
**USPTO Status Date:** May 25, 2007

**Filed:** October 4, 2006
**Publication Withdrawn:** May 25, 2007
**Goods - Services:**
 (INT. CL. 9) COMPUTER SOFTWARE FOR TRIP PLANNING; COMPUTER SOFTWARE FOR CUSTOMIZED
MAPPING OF LOCATIONS; PRE-RECORDED CD-ROM CONTAINING TRIP PLANNING SOFTWARE AND
INFORMATION FOR ON-SCREEN DISPLAY, PRINTING, E-MAILING OR DOWNLOADING TO OTHER
DEVICES; PRE-RECORDED CD-ROM CONTAINING STREET ATLAS SOFTWARE AND INFORMATION FOR
ON-SCREEN DISPLAY, PRINTING, E-MAILING OR DOWNLOADING TO OTHER DEVICES; DOWNLOADABLE
SOFTWARE PROGRAMS FOR ELECTRONIC MAP DISPLAY, TRIP PLANNING, **TRAVEL PLANNING**,
BUSINESS FINDING AND DESTINATION INFORMATION IN THE FIELD OF CONSUMER ORIENTED
TRAVEL, BUSINESS, EDUCATION, AND ENTERTAINMENT APPLICATIONS
 (INT. CL. 16) PRINTED MAPS AND CITY GUIDES; ROAD, REFERENCE AND SCHOOL ATLASES,
TRAVEL GUIDES; PRINTED PUBLICATIONS, NAMELY TRAVEL GUIDES AND MAGAZINES FEATURING
EDITORIAL COPY REGARDING TRAVEL AND AFFINITY TRAVEL TOPICS
 (INT. CL. 35) ELECTRONIC RETAIL STORE OUTLET FEATURING MAPS OF OTHERS AS WELL AS
THOSE PRODUCED BY COMPANY; CONSUMER ORIENTED BUSINESS INFORMATION SERVICES, NAMELY,
PROVIDING ONLINE BUSINESS INFORMATION ABOUT AND MAKING REFERRALS IN THE FIELD OF
CONSUMER PRODUCTS AND SERVICES FOR RETAIL SERVICES CONCERNING PRODUCTS, SERVICES,
EVENTS, ATTRACTIONS, AND FACILITIES IN PARTICULAR GEOGRAPHIC LOCATIONS (INT.  CL.
39) PROVIDING INTERACTIVE MAPS, DRIVING DIRECTIONS, AND DESTINATION INFORMATION BY
MEANS OF AN ON-LINE WEBSITE; PROVIDING INFORMATION, BY MEANS OF AN INTERACTIVE ON-
LINE WEBSITE ON A GLOBAL COMPUTER NETWORK, IN THE FIELD OF MAPS AND TRAVEL;
PROVIDING ON-LINE MAPS AND TRAVEL INFORMATION; PROVIDING ON-LINE GEOGRAPHIC
INFORMATION IN THE FIELD OF TRAVEL, MAP IMAGES, AND TRIP ROUTING ON WEBSITES OF
OTHERS VIA INTERACTIVE COMPUTER NETWORKS; PROVIDING CONSUMER ORIENTED BUSINESS
TRAVEL INFORMATION SERVICES, NAMELY, ON-LINE GEOGRAPHIC INFORMATION IN THE FIELD OF
TRAVEL AND MAP IMAGES IN THE FIELD OF CONSUMER ORIENTED TRAVEL VIA INTERACTIVE
COMPUTER NETWORKS
 (INT. CL. 41) PROVIDING ONLINE PUBLICATIONS, NAMELY, TRAVEL GUIDES AND MAGAZINES,
FEATURING EDITORIAL COPY REGARDING TRAVEL AND AFFINITY TRAVEL TOPICS


**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
16 (Paper Goods and Printed Matter)
35 (Advertising and Business Services)
39 (Transportation and Storage Services)
41 (Education and Entertainment Services)



**Applicant:**
GEONOVA LLC
3710 HEMPLAND ROAD
MOUNTVILLE,PA PENNSYLVANIA 17554

                ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 77013376                                                           Page 2


**State of Incorporation or Organization:** PENNSYLVANIA
**Entity:** LIMITED LIABILITY CO.


**Assignment Information:**

**Assignee:**
CAPITAL RESEARCH AND MANAGEMENT COMPANY
333 SO. HOPE ST.,
LOS ANGELES,CALIFORNIA 90071
Entity: CORPORATION

**Assignor:**
 HOWSTUFFWORKS, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 QUICKCOMPLIANCE, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 GEONOVA PUBLISHING, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE
**Correspondent:**
MENACHEM KAPLAN
1285 AVE. OF THE AMERICAS
NEW YORK, NY 10019-6064
**Brief:** SECURITY INTEREST
**Recorded:** March 20, 2007
**Reel - Frame:** 3503/0323

**Filing Attorney:**
WILLIAM A. MCCOMAS
**Reference No.:** 47959.001


**Filing Correspondent:**
WILLIAM A. MCCOMAS
SHAPIRO SHER GUINOT & SANDLER
36 S CHARLES ST STE 2000
BALTIMORE, MD 21201-3104

**Event History:**
 MAY 25, 2007 WITHDRAWN FROM PUB - OG REVIEW QUERY
 APRIL 12, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 APRIL 05, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 APRIL 05, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 APRIL 05, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 APRIL 05, 2007 ASSIGNED TO LIE
 MARCH 02, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 FEBRUARY 22, 2007 NON-FINAL ACTION E-MAILED
 FEBRUARY 22, 2007 NON-FINAL ACTION WRITTEN
 FEBRUARY 21, 2007 ASSIGNED TO EXAMINER
 OCTOBER 10, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES
END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78972319                                                              Page 1


                              TRADEMARKSCAN® - US Federal
                          © 2006 Thomson CompuMark. All rights reserved.

**Mark:** PLANETALL
**Cross References:** PLANET ALL
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

 **Serial No.:** 78972319

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (681) PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** May 23, 2007

**Filed:** September 12, 2006
**Goods - Services:**
  (INT. CL. 42) PROVIDING AN WEBSITE THAT ENABLES THE MANAGEMENT OF PERSONAL
INFORMATION BY AUTOMATICALLY UPDATING ADDRESS BOOKS, PERSONAL PLANNERS, DATE
REMINDERS, **TRAVEL PLANNERS** AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING AND EDITING ADDRESS BOOKS, EVENT CALENDARS, AND
OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION

**Int'l Class(es):**
42  (Scientific, technological and legal services)


**Applicant:**
PLANETALL.COM, INC.
1200 12TH AVENUE SOUTH
SUITE 1200
SEATTLE,WA WASHINGTON 98144
**State of Incorporation or Organization:** MASSACHUSETTS
**Entity:** CORPORATION



**Filing Attorney:**
HEIDI L. SACHS
**Reference No.:** 24976-4004.0


**Filing Correspondent:**
HEIDI L. SACHS
PERKINS COIE LLP
1201 3RD AVE STE 4800
SEATTLE, WA 98101-3099

**Event History:**
 APRIL 23, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 APRIL 23, 2007 ASSIGNED TO LIE
 MARCH 30, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 MARCH 22, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 MARCH 21, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 MARCH 21, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED

              ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78972319                                                    Page 2

```
FEBRUARY 12, 2007 NON-FINAL ACTION E-MAILED
FEBRUARY 12, 2007 NON-FINAL ACTION WRITTEN
FEBRUARY 02, 2007 ASSIGNED TO EXAMINER
SEPTEMBER 19, 2006 NOTICE OF PSEUDO MARK MAILED
SEPTEMBER 18, 2006 NEW APPLICATION ENTERED IN TRAM
```

**Design Codes:**
999999 NO CODES

# PLANETALL

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78967611                                                                Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** VICTORIA BRITISH COLUMBIA FULL OF LIFE
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78967611

**Status:** PENDING
**Extra Status Data:** SECTION 44(d)INTENT TO USE
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** January 31, 2007

**Filed:** September 5, 2006
**Goods - Services:**
 (INT. CL. 35) PROMOTING AND FOSTERING TRAVEL AND TOURISM IN GREATER VICTORIA AND
VANCOUVER ISLAND, NAMELY DESTINATION ADVERTISING AND ELECTRONIC, PRINT, RADIO OR
TELEVISION MEDIA, MARKET RESEARCH AND TRADE SHOW ATTENDANCE, SECURING TRAVEL MEDIA
COVERAGE OF THE DESTINATION; OPERATION AND SPONSORSHIP OF TOURISM INDUSTRY EVENTS
AND HOSPITALITY AWARD PROGRAMS; MARKETING, ADVERTISING AND PROMOTING THE GOODS AND
SERVICES OF OTHERS IN THE FIELD OF TRAVEL AND TOURISM, NAMELY PROVIDING INFORMATION
VIA MAIL AND ELECTRONIC MAIL; ORGANIZING AND SPONSORING TRADE SHOWS, EXHIBITIONS AND
MEETINGS; PUBLIC RELATIONS, ADVERTISING AND MARKETING SERVICES FOR THE TOURISM AND
CONVENTION INDUSTRY, NAMELY ORGANIZING AND HOSTING SITE INSPECTIONS AND
FAMILIARIZATION TOURS FOR WHOLESALERS, TOUR OPERATORS, TRAVEL AGENTS, MEETING AND
INCENTIVE **TRAVEL PLANNERS** AND TRAVEL MEDIA; CONDUCTING RESEARCH IN THE TRAVEL
INDUSTRY IDENTIFYING TRENDS, AND PREFERENCES OF TOUR CONSUMERS IN GREATER VICTORIA
AND VANCOUVER ISLAND
 (INT. CL. 39) OPERATING A VISITOR'S INFORMATION CENTRE; PROVIDING TRAVEL AND
TOURISM INFORMATION AND CONSULTATION SERVICES VIA A GLOBAL INFORMATION NETWORK
 (INT. CL. 41) MAKING RESERVATIONS FOR LOCAL ATTRACTIONS AND TOURS AND SALES OF
ACTIVITY TICKETS FOR OTHERS; ADMINISTRATION SERVICES OF DIRECT SALES PROGRAMS FOR
OTHERS BY PROVIDING RESERVATION SERVICES FOR ACCOMMODATION, EVENTS AND TOURS
 (INT. CL. 42) HOSTING A DESTINATION WEBSITE; MAKING ACCOMMODATION BOOKINGS FOR
OTHERS

**Int'l Class(es):**
35 (Advertising and Business Services)
39 (Transportation and Storage Services)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)


**Applicant:**
GREATER VICTORIA VISITORS & CONVENTION BUREAU
31 BASTION SQUARE
4TH FLOOR
VICTORIA, V8W 1J1
CANADA
**State of Incorporation or Organization:** PROVIDED
**Entity:** NON-PROFIT SOCIETY


**Foreign Application Claimed:** 1292540

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78967611                                                        Page 2

**Foreign Application Country:** CANADA
**Foreign Application Date:** March 6, 2006

**Filing Attorney:**
JOI A. WHITE
**Reference No.:** T-1834 US

**Filing Correspondent:**
JOI A. WHITE
CARR & FERRELL LLP
2200 GENG RD
PALO ALTO, CA 94303-3322

**Event History:**
 JANUARY 31, 2007 NON-FINAL ACTION MAILED
 JANUARY 31, 2007 NON-FINAL ACTION WRITTEN
 JANUARY 29, 2007 ASSIGNED TO EXAMINER
 SEPTEMBER 11, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

VICTORIA BRITISH COLUMBIA
FULL OF LIFE

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 131579500                                                                    Page 1


CANTM TMA000000
                              TRADEMARKSCAN® - Canada
                        © 2006 Thomson CompuMark. All rights reserved.

**Mark:** RAER

**Mark as Supplied:** RAER

**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 131579500
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** September 1, 2006
**Formalized:** September 19, 2006

**Wares:**
(1) Golf shirts, jackets, pens, bags, key chains, cooler bags, mugs, golf balls,
tees, ball markers, t-shirts, watches, pins, hats, lanyards, tape measures, cameras,
metal tags, luggage, candy, coasters, stress lotion, mouse pads, pocket knives,
balls, clocks, magnets, portfolios, gift wrap, tins, balloons, binoculars, greeting
cards, bags, clothing, office supplies, jewellery.


**Services:**
(1) Providing third party administration services for education employees for the
following benefits: group life insurance; group optional life insurance; group
accident death and dismemberment insurance; voluntary life insurance; voluntary
accidental death and dismemberment insurance; dependant life insurance; long term
disability insurance; short term disability insurance; vision care; dental care;
home insurance; auto insurance; discount auto leasing; prepaid legal insurance;
individual disability and life protection; benefit communication services, namely by
telephone, e-mail, regular mail or in person; basic health care, extended health
care; deluxe travel coverage, health **travel plan** outside Canada.

**Int'l Class(es):**
 25 (Clothing)
 16 (Paper Goods and Printed Matter)
 6 (Metal Goods)
 21 (Housewares and Glass)
 14 (Jewelry)
 22 (Cordage and Fibers)
 9 (Electrical and Scientific Apparatus)
 18 (Leather Goods)
 30 (Staple Foods)
 3 (Cosmetics and Cleaning Preparations)
 8 (Hand Tools)
 28 (Toys and Sporting Goods)
 36 (Insurance and Financial Services)
 38 (Communication)
 44 (Medical, veterinary, agricultural and forestry services)

**First Used Info.:**
Used in CANADA since at least as early as February 1, 1992 on wares marked (1) and
services marked (1)

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Registrant:**
Ontario Teachers Insurance Plan
P.O. Box 218
215 Northfield Drive West Waterloo
Ontario N2J 3Z9

**Agent:**
MILLER THOMSON LLP
ONTARIO AGRICENTRE
100 STONE ROAD WEST, SUITE 301
GUELPH
ONTARIO N1G 5L3
519-822-4680
**Ref. No.:** 057331.0012

**Rep. For Service:**
MILLER THOMSON LLP
ONTARIO AGRICENTRE
100 STONE ROAD WEST, SUITE 301
GUELPH
ONTARIO N1G 5L3
519-822-4680
**Ref. No.:** 057331.0012

**Subject Headings:** RAER
AER, R
ER, RA

**Action History:**
Examiner's First Report on February 8, 2007
Response Due By June 8, 2007
Search Recorded on February 8, 2007
Formalized on September 19, 2006
Created on September 8, 2006
Filed on September 1, 2006

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 131620400                                                                Page 1


CANTM TMA000000

                              TRADEMARKSCAN® - Canada
                     © 2006 Thomson CompuMark. All rights reserved.

**Mark:** Unknown

**Mark as Supplied:** THREE PEOPLE DESIGN

**Mark Type:** Trade-Mark
**Design Type:** Design Only
**Active / Inactive:** Active
**Image Available:** Yes

**Application No.:** 131620400
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** September 1, 2006
**Formalized:** September 20, 2006

**Wares:**
(1) Golf shirts, jackets, pens, bags, key chains, cooler bags, mugs, golf balls,
tees, ball markers, t-shirts, watches, pins, hats, lanyards, tape measures, cameras,
metal bags, luggage, candy, coasters, stress lotion, mouse pads, pocket knives,
balls, clocks, magnets, portfolios, gift wrap, tins, balloons, binoculars, greeting
cards, bags, clothing, office supplies, jewellery.


**Services:**
(1) Providing third party administration services for education employees for the
following benefits: group life insurance; group optional life insurance; group
accident death and dismemberment insurance; voluntary life insurance; voluntary
accidental death and dismemberment insurance; dependent life insurance; long term
disability insurance; short term disability insurance; vision care; dental care;
home insurance; auto insurance; discount auto leasing; prepaid legal insurance;
individual disability and life protection; benefit communication services, namely by
telephone, e-mail, regular mail or in person; basic health care, extended health
care; deluxe travel coverage, health **travel plan** outside Canada, spousal life
insurance; occasional teacher insurance; property and casual insurance; directors'
and officers' insurance; errors and omissions insurance; commercial office
insurance; early intervention; long term disability services; ombudsman.


**Int'l Class(es):**
 25 (Clothing)
 16 (Paper Goods and Printed Matter)
 6 (Metal Goods)
 21 (Housewares and Glass)
 28 (Toys and Sporting Goods)
 14 (Jewelry)
 22 (Cordage and Fibers)
 9 (Electrical and Scientific Apparatus)
 18 (Leather Goods)
 30 (Staple Foods)
 35 (Advertising and Business Services)
 36 (Insurance and Financial Services)

**First Used Info.:**
Used in CANADA since at least as early as October 1, 2002 on wares marked (1) and
services marked (1)

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 131620400                                                    Page 2

**Registrant:**
Ontario Teachers Insurance Plan
P.O. Box 218
215 Northfield Drive West Waterloo
Ontario N2J 3Z9

**Agent:**
LORELEI G. GRAHAM
(MILLER THOMSON LLP)
ONTARIO AGRICENTRE
100 STONE ROAD WEST, SUITE 301
GUELPH
ONTARIO N1G 5L3
519-822-4680
**Ref. No.:** 057331.0014

**Rep. For Service:**
LORELEI G. GRAHAM
(MILLER THOMSON LLP)
ONTARIO AGRICENTRE
100 STONE ROAD WEST, SUITE 301
GUELPH
ONTARIO N1G 5L3
519-822-4680
**Ref. No.:** 057331.0014

**Colour Claim:** The applicant as part of its trade-mark is claiming the colours: blue for the first figure, gold for the second figure and green for the third figure.

**Subject Headings:** WOMEN-FANCIFUL
MEN-FANCIFUL
OTIP RAEO

**Action History:**
Examiner's First Report on April 17, 2007
Response Due By August 17, 2007
Search Recorded on March 30, 2007
Formalized on September 20, 2006
Created on September 13, 2006
Filed on September 1, 2006



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 131579400                                                        Page 1


CANTM TMA000000

                              TRADEMARKSCAN® - Canada
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** RTIP

**Mark as Supplied:** RTIP

**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 131579400
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** September 1, 2006
**Formalized:** September 19, 2006

**Wares:**
(1) Golf shirts, jackets, pens, bags, key chains, cooler bags, mugs, golf balls,
tees, ball markers, t-shirts, watches, pins, hats, lanyards, tape measures, cameras,
metal tags, luggage, candy, coasters, stress lotion, mouse pads, pocket knives,
balls, clocks, magnets, portfolios, gift wrap, tins, balloons, binoculars, greeting
cards, bags, clothing, office supplies, jewellery.


**Services:**
(1) Providing third party administration services for education employees for the
following benefits: group life insurance; group optional life insurance; group
accident death and dismemberment insurance; voluntary life insurance; voluntary
accidental death and dismemberment insurance; dependant life insurance; long term
disability insurance; short term disability insurance; vision care; dental care;
home insurance; auto insurance; discount auto leasing; prepaid legal insurance;
individual disability and life protection; benefit communication services, namely by
telephone, e-mail, regular mail or in person; basic health care, extended health
care; deluxe travel coverage, health **travel plan** outside Canada.

**Int'l Class(es):**
 25 (Clothing)
 16 (Paper Goods and Printed Matter)
 6 (Metal Goods)
 21 (Housewares and Glass)
 28 (Toys and Sporting Goods)
 14 (Jewelry)
 22 (Cordage and Fibers)
 9 (Electrical and Scientific Apparatus)
 8 (Hand Tools)
 36 (Insurance and Financial Services)
 38 (Communication)
 44  (Medical, veterinary, agricultural and forestry services)
 30 (Staple Foods)
 18 (Leather Goods)

**First Used Info.:**
Used in CANADA since at least as early as February 1, 1992 on wares marked (1) and
services marked (1)


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 131579400        FOR EDUCATIONAL USE ONLY                    Page 2

**Registrant:**
Ontario Teachers Insurance Plan
P.O. Box 218
215 Northfield Drive West Waterloo
Ontario N2J 3Z9

**Agent:**
MILLER THOMSON LLP
ONTARIO AGRICENTRE
100 STONE ROAD WEST, SUITE 301
GUELPH
ONTARIO N1G 5L3
519-822-4680
**Ref. No.:** 057331.0013

**Rep. For Service:**
MILLER THOMSON LLP
ONTARIO AGRICENTRE
100 STONE ROAD WEST, SUITE 301
GUELPH
ONTARIO N1G 5L3
519-822-4680
**Ref. No.:** 057331.0013

**Subject Headings:** RTIP
TIP, R

**Action History:**
Examiner's First Report on February 8, 2007
Response Due By June 8, 2007
Search Recorded on February 8, 2007
Formalized on September 19, 2006
Created on September 8, 2006
Filed on September 1, 2006

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** TENDOT
**Cross References:** TEN DOT, 10 DOT
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78943408

**Status:** PENDING
**Extra Status Data:** SECTION 2(F)
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** January 9, 2007

**Filed:** August 2, 2006
**Goods - Services:**
(INT. CL. 35) S-- CONSULTING, **TRAVEL PLANNING**, TRAINING

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** January 1, 2005
**In Commerce:** January 9, 2005

**Applicant:**
EELLS, DEREK
2435 WINDING WAY
LINCOLN,NE NEBRASKA 68506
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL

**Applicant:**
EELLS, JEFF
2435 WINDING WAY
LINCOLN,NE NEBRASKA 68506
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL

**Filing Attorney:**
JAMES BECKMANN

**Filing Correspondent:**
JAMES BECKMANN
BECKMANN LAW OFFICES
315 S 9TH ST STE 200
LINCOLN, NE 68508-2283

**Event History:**
MAY 17, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
JANUARY 09, 2007 NON-FINAL ACTION E-MAILED
JANUARY 09, 2007 NON-FINAL ACTION WRITTEN

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

DECEMBER 27, 2006 ASSIGNED TO EXAMINER
AUGUST 09, 2006 NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED
AUGUST 08, 2006 NEW APPLICATION ENTERED IN TRAM

**Claims:** THE COLOR(S) RED, BLACK, GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Description:** THE MARK CONSISTS OF ALL CAPITAL LETTERS. 1 WORD. TEN IS IN
BLACK. DOT IS IN RED. THE FAR UPPER LEFT DOT IS RED. THE BOTTOM RIGHT FOUR DOTS ARE
GRAY. THE OTHER FIRVE DOTS ARE BLACK.
**Design Codes:**
260939 GEOMETRIC FIGURES COMPRISING A SQUARE
260140 CIRCLES COMPRISING A GEOMETRIC FIGURE
260151 MORE THAN ONE CIRCLE
260137 CIRCLES THAT ARE COMPLETELY OR PARTIALLY SHADED
260903 SQUARES MISSING TWO OR MORE ENTIRE EDGES



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78939707                                                           Page 1


                          TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** TRIPSYNC
**Cross References:** TRIP SYNC
**Mark Type:** Trademark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78939707

**Status:** PENDING

**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** December 26, 2006

**Filed:** July 28, 2006
**Goods - Services:**
 (INT. CL. 9) SOFTWARE AND SERVICES ASSOCIATED WITH **TRAVEL PLANNING** AND PROCUREMENT
SYSTEM

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)

**Int'l Class:** 9
**First Used:** July 26, 2006
**In Commerce:** July 26, 2006


**Applicant:**
PORTAGA INC.
445 HAMILTON AVENUE
WHITE PLAINS,NY NEW YORK 10601
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Filing Attorney:**
DEBORAH NEVILLE

**Filing Correspondent:**
DEBORAH NEVILLE
PO BOX 61063
PALO ALTO, CA 94306-6063

**Event History:**
 DECEMBER 26, 2006 NON-FINAL ACTION MAILED
 DECEMBER 22, 2006 NON-FINAL ACTION WRITTEN
 DECEMBER 22, 2006 ASSIGNED TO EXAMINER
 AUGUST 03, 2006 NOTICE OF PSEUDO MARK MAILED
 AUGUST 02, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES



        ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# TRIPSYNC

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78933254                                                                     Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** LOOPT
**Cross References:** LOOPED
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78933254

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (681) PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** May 15, 2007

**Filed:** July 19, 2006
**Goods - Services:**
  (INT. CL. 9) SOFTWARE FOR LOCATING PERSONS VIA GLOBAL POSITIONING OR OTHER LOCATION
TECHNOLOGY; DOWNLOADABLE SOFTWARE FOR USE IN WIRELESS TELECOMMUNICATIONS DEVICES,
NAMELY SOFTWARE FOR ELECTRONIC MAP DISPLAY, **TRAVEL PLANNING** AND EVENT PLANNING;
DOWNLOADABLE SOFTWARE, NAMELY SOFTWARE FOR DISPLAYING LOCATION AND PHYSICAL PRESENCE
INFORMATION IN WIRELESS TELECOMMUNICATIONS DEVICES
  (INT. CL. 35) BUSINESS NETWORKING SERVICES CONDUCTED VIA WIRELESS
TELECOMMUNICATIONS NETWORKS AND VIA ELECTRONIC AND OPTICAL COMMUNICATIONS NETWORKS
  (INT. CL. 38) TEXT AND NUMERIC DIGITAL WIRELESS MESSAGING SERVICES
  (INT. CL. 45) ONLINE SOCIAL NETWORKING SERVICES CONDUCTED VIA WIRELESS
TELECOMMUNICATIONS NETWORKS AND VIA ELECTRONIC AND OPTICAL COMMUNICATIONS NETWORKS

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
38 (Communication)
45  (Personal, social and security services)

**Post Application Owner:**
LOOPT, INC.
3250 ASH STREET
PALO ALTO,CA CALIFORNIA 94306
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION

**Applicant:**
FLIPT, INC.
3250 ASH STREET
PALO ALTO,CA CALIFORNIA 94306
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION

**Assignment Information:**

**Assignee:**
LOOPT, INC.

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78933254                                                    Page 2


3250 ASH STREET,
PALO ALTO,CALIFORNIA 94306
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 FLIPT, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE
**Correspondent:**
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050
**Brief:** CHANGE OF NAME
**Recorded:** October 24, 2006
**Reel - Frame:** 3414/0537

**Filing Attorney:**
JOHN L. SLAFSKY
**Reference No.:** 32772-TM1004


**Filing Correspondent:**
JOHN L. SLAFSKY
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL RD
PALO ALTO, CA 94304-1050

**Event History:**
 APRIL 11, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 APRIL 11, 2007 ASSIGNED TO LIE
 MARCH 19, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 MARCH 19, 2007 AMENDMENT FROM APPLICANT ENTERED
 MARCH 16, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 MARCH 16, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 DECEMBER 26, 2006 NON-FINAL ACTION E-MAILED
 DECEMBER 26, 2006 NON-FINAL ACTION WRITTEN
 DECEMBER 14, 2006 ASSIGNED TO EXAMINER
 OCTOBER 25, 2006 AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP
 JULY 26, 2006 NOTICE OF PSEUDO MARK MAILED
 JULY 25, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

# LOOPT


END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

CANTM 130418700                                                         Page 1


CANTM TMA000000
                          TRADEMARKSCAN® - Canada
                     © 2006 Thomson CompuMark. All rights reserved.

**Mark:** FORBES TRAVELER

**Mark as Supplied:** Forbes Traveler

**Mark Type:** Trade-Mark
**Design Type:** Word Only
**Active / Inactive:** Active
**Image Available:** No

**Application No.:** 130418700
**Registration No.:** TMA000000

**Registration Type:** TMA - Trademark Act
**Status:** Pending

**Filed:** June 5, 2006
**Priority:** June 2, 2006
**Formalized:** June 6, 2006

**Services:**
(1) Providing information services in the fields of travel, tours and vacation
**travel planning** for tourist destinations; providing online, non-downloadable,
magazines, magazine supplements, newspapers, newsletters, periodicals, journals,
reports, pamphlets, brochures and articles in the fields of travel, tours, leisure
activities, lodging, dining, vacation planning, historical sites, natural
attractions and cultural activities for tourist destinations; providing information
services in the fields of leisure activities, historical sites, natural attractions
and cultural activities for tourist destinations; providing information services in
the fields of lodging and dining for tourist destinations.

**Int'l Class(es):**
 39 (Transportation and Storage Services)

**Registrant:**
Forbes Inc., a corporation of New York
60 Fifth Avenue
New York, New York, 10011 UNITED STATES OF AMERICA

**Agent:**
OGILVY RENAULT LLP/S.E.N.C.R.L.,S.R.L.
1981 MCGILL COLLEGE AVENUE
SUITE 1600
MONTREAL
QUEBEC H3A 2Y3
514-845-7126
**Ref. No.:** 14291-6CA CDM/jl

**Rep. For Service:**
OGILVY RENAULT LLP/S.E.N.C.R.L.,S.R.L.
1981 MCGILL COLLEGE AVENUE
SUITE 1600
MONTREAL
QUEBEC H3A 2Y3
514-845-7126
**Ref. No.:** 14291-6CA CDM/jl

**Other Canadian Registrations:**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CANTM 130418700                                                          Page 2


TMA409,316
1,249,237
1,249,238

**Disclaimer:** The right to the exclusive use of the word TRAVELER is disclaimed apart from the trade mark.

**Priority Information:** Priority Filing June 2, 2006 on services marked (1)

**Proposed Use:** Proposed use in CANADA  on services marked (1)


**Subject Headings:** FORBES TRAVELER

**Action History:**
Correspondence Created on March 28, 2007
Response Due By July 28, 2007
Examiner's First Report on December 27, 2006
Response Due By April 27, 2007
Search Recorded on December 27, 2006
Formalized on June 6, 2006
Created on June 6, 2006
Filed on June 5, 2006

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78899376                                                              Page 1

                            TRADEMARKSCAN® - US Federal
                        © 2006 Thomson CompuMark. All rights reserved.

**Mark:** FORBES TRAVELER
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78899376

**Status:** PUBLISHED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (688) NOTICE OF ALLOWANCE - ISSUED
**USPTO Status Date:** April 17, 2007

**Filed:** June 2, 2006
**Published:** January 23, 2007
**Goods - Services:**
 (INT. CL. 39) PROVIDING INFORMATION SERVICES IN THE FIELDS OF TRAVEL, TOURS AND
VACATION **TRAVEL PLANNING** FOR TOURIST DESTINATIONS (INT.  CL. 41) PROVIDING ON-LINE,
NON-DOWNLOADABLE, MAGAZINES, MAGAZINE SUPPLEMENTS, NEWSPAPERS, NEWSLETTERS,
PERIODICALS, JOURNALS, REPORTS, PAMPHLETS, BROCHURES AND ARTICLES IN THE FIELDS OF
TRAVEL, TOURS, LEISURE ACTIVITIES, LODGING, DINING, VACATION PLANNING, HISTORICAL
SITES, NATURAL ATTRACTIONS AND CULTURAL ACTIVITIES FOR TOURIST DESTINATIONS;
PROVIDING INFORMATION SERVICES IN THE FIELDS OF LEISURE ACTIVITIES, HISTORICAL
SITES, NATURAL ATTRACTIONS AND CULTURAL ACTIVITIES FOR TOURIST DESTINATIONS
 (INT. CL. 43) PROVIDING INFORMATION SERVICES IN THE FIELDS OF LODGING AND DINING
FOR TOURIST DESTINATIONS

**Int'l Class(es):**
39 (Transportation and Storage Services)
41 (Education and Entertainment Services)
43  (Services for providing food and drink; temporary accommodation)

**Owner at Publication:**
FORBES INC.
60 FIFTH AVENUE
NEW YORK,NY NEW YORK 10011
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION

**Applicant:**
FORBES INC.
60 FIFTH AVENUE
NEW YORK,NY NEW YORK 10011
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION

**Assignment Information:**

**Assignee:**
FORBES LLC
60 FIFTH AVENUE,

              ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78899376                                                              Page 2


FORBES BUILDING,
NEW YORK,YORK 10011
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE

**Assignor:**
 FORBES INC.
Entity: CORPORATION
State of Incorporation or Organization: YORK
**Correspondent:**
CORPORATION SERVICE COMPANY
1133 AVENUE OF THE AMERICAS
SUITE 3100
NEW YORK, NY 10036
**Brief:** TRADEMARK ASSIGNMENT
**Recorded:** August 9, 2006
**Reel - Frame:** 3366/0217
**Assignee:**
JPMORGAN CHASE BANK, N.A. (AS ADMINISTRATIVE AGENT)
270 PARK AVE.,
NEW YORK,YORK 10017
Entity: NEW YORK BANKING CORPORATION
State of Incorporation or Organization: YORK

**Assignor:**
 FORBES LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE
**Correspondent:**
FRANK A. BRUNO
1 CHASE MANHATTAN PLAZA
MILBANK, TWEED, HADLEY & MCCLOY LLP
NEW YORK, NY 10005-1413
**Brief:** SECURITY INTEREST
**Recorded:** August 11, 2006
**Reel - Frame:** 3367/0887


**Other U.S. Registrations:**
1141299
1919483
2921882 AND OTHERS
**Filing Attorney:**
ROBERT J. SCHOENBERG

**Filing Correspondent:**
ROBERT J. SCHOENBERG
RIKER DANZIG SCHERER HYLAND & PERRETTI L
1 SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981

**Event History:**
 MAY 17, 2007 ASSIGNED TO EXAMINER
 APRIL 17, 2007 NOTICE OF ALLOWANCE-MAILED
 JANUARY 23, 2007 PUBLISHED FOR OPPOSITION
 JANUARY 03, 2007 NOTICE OF PUBLICATION
 NOVEMBER 30, 2006 LAW OFFICE PUBLICATION REVIEW COMPLETED
 NOVEMBER 27, 2006 ASSIGNED TO LIE
 NOVEMBER 09, 2006 APPROVED FOR PUB - PRINCIPAL REGISTER
 NOVEMBER 03, 2006 EXAMINER'S AMENDMENT ENTERED
 NOVEMBER 03, 2006 EXAMINERS AMENDMENT E-MAILED
 NOVEMBER 03, 2006 EXAMINERS AMENDMENT -WRITTEN
 NOVEMBER 03, 2006 ASSIGNED TO EXAMINER
 AUGUST 09, 2006 ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78899376                                                    Page 3

    JUNE 08, 2006 NEW APPLICATION ENTERED IN TRAM

**Disclaimer:** "TRAVELER"

**Design Codes:**
999999 NO CODES

# Forbes Traveler

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78899427                                                              Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** FLIPT
**Cross References:** FLIPPED
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Inactive
**Image Available:** Yes

**Serial No.:** 78899427

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** April 23, 2007

**Filed:** June 2, 2006
**Abandoned:** March 26, 2007
**Goods - Services:**
 (INT. CL. 9) SOFTWARE FOR LOCATING PERSONS VIA GLOBAL POSITIONING OR OTHER LOCATION
TECHNOLOGY; DOWNLOADABLE SOFTWARE FOR USE IN WIRELESS TELECOMMUNICATIONS DEVICES,
NAMELY SOFTWARE FOR ELECTRONIC MAP DISPLAY, **TRAVEL PLANNING** AND EVENT PLANNING;
DOWNLOADABLE SOFTWARE, NAMELY SOFTWARE FOR DISPLAYING LOCATION AND PHYSICAL PRESENCE
INFORMATION IN WIRELESS TELECOMMUNICATIONS DEVICES
 (INT. CL. 45) DATING, INTRODUCTION AND SOCIAL NETWORKING SERVICES CONDUCTED VIA
WIRELESS TELECOMMUNICATIONS NETWORKS; DATING, INTRODUCTION AND SOCIAL NETWORKING
SERVICES CONDUCTED VIA ELECTRONIC AND OPTICAL COMMUNICATIONS NETWORKS; TEXT AND
NUMERIC WIRELESS DIGITAL MESSAGING BASED DATING, INTRODUCTION AND SOCIAL NETWORKING
SERVICES

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
45  (Personal, social and security services)



**Applicant:**
RADIATE, INC.
3250 ASH STREET
PALO ALTO,CA CALIFORNIA 94306
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Filing Attorney:**
ALYSON N. DINSMORE
**Reference No.:** 32772-TM1002


**Filing Correspondent:**
ALYSON N. DINSMORE
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL RD
PALO ALTO, CA 94304-1050

**Event History:**
 APRIL 23, 2007 ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78899427                                                    Page 2

APRIL 23, 2007 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
SEPTEMBER 25, 2006 NON-FINAL ACTION E-MAILED
SEPTEMBER 25, 2006 NON-FINAL ACTION WRITTEN
SEPTEMBER 17, 2006 ASSIGNED TO EXAMINER
JUNE 09, 2006 NOTICE OF PSEUDO MARK MAILED
JUNE 08, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
300109 I
300504 LETTERS EMBEDDED IN A WORD NUMERALS EMBEDDED IN A NUMBER STRING
010725 OTHER GLOBES



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78894635                                                              Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** MOBYKO
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78894635

**Status:** PENDING
**Extra Status Data:** SECTION 44(d)INTENT TO USE
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** December 2, 2006

**Filed:** May 26, 2006
**Goods - Services:**
 (INT. CL. 9) COMPUTER SOFTWARE; COMPUTER PROGRAMS; COMPUTER PROGRAMS DOWNLOADABLE
FROM THE INTERNET; COMPUTER PROGRAMS FOR USE WITH MOBILE TELEPHONES; COMPUTER
PROGRAMS FOR USE WITH MOBILE TELEPHONES ENABLING THE REMOTE STORAGE, MODIFICATION
AND ACCESSING OF INFORMATION AND DATA; COMPUTER PROGRAMS FOR USE WITH MOBILE
TELEPHONES ENABLING THE REMOTE STORAGE, MODIFICATION AND ACCESSING VIA THE INTERNET
OF INFORMATION AND DATA HELD UPON A WEB DATABASE; COMPUTER PROGRAMS FOR DATABASES,
INCLUDING WEB DATABASES; DATA CARRIERS PRE-RECORDED WITH COMPUTER PROGRAMS
 (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; COMPUTERIZED SEARCHING, ORDERING SERVICES FEATURING GENERAL MERCHANDISE
AND GENERAL CONSUMER GOODS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE
ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE
SALE OF GOODS AND SERVICES OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE
FOR LOCATING, ORGANISING AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS;
DATABASE AGGREGATION, INTEGRATION AND MANAGEMENT SERVICES; ASSOCIATION SERVICES,
NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION
REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF PRODUCT REVIEWS; PROVIDING AN
INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK,
PERSONAL PLANNER, DATE REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP
LINKS, VIA A GLOBAL COMPUTER NETWORKS; SEARCHING AND RETRIEVING INFORMATION, SITES
AND RESOURCES LOCATED ON COMPUTER NETWORKS FOR OTHERS; DIRECTORY SERVICES TO HELP
LOCATE PEOPLE, PLACES, ORGANISATIONS, PHONE NUMBERS, NETWORK HOME PAGES, AND
ELECTRONIC MAIL ADDRESSES; AUCTION SERVICES; AUCTIONEERING; PROVIDING CLASSIFIED
ADVERTISING SERVICES
 (INT. CL. 38) TELECOMMUNICATIONS; PROVIDING ACCESS TO DIRECTORIES AND DATABASES,
INCLUDING ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES; PROVIDING ACCESS TO
A VARIETY OF INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK; COMPUTER
SERVICES, NAMELY PROVIDING MULTIPLE-USER ACCESS TO A COMPUTER NETWORKS FOR THE
ELECTRONIC TRANSMISSION OF VARIOUS DATA, INCLUDING DATA STORABLE ON A MOBILE
TELECOMMUNICATIONS DEVICE, COMMUNICATIONS, DOCUMENTS AND PERSONAL AND PROFESSIONAL
INFORMATION; ASSOCIATION SERVICES, NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF
INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF
INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING ACCESS TO WIDE RANGE OF GENERAL
INTEREST INFORMATION VIA A COMPUTER NETWORK; MAINTAINING OF WEB DATABASES AND WEB
PAGES FOR ACCESSING BY MOBILE TELEPHONES; TELECOMMUNICATION OF INFORMATION INCLUDING
WEB DATABASES, WEB PAGES, COMPUTER PROGRAMS AND OTHER DATA; PROVIDING USER ACCESS TO
THE INTERNET AND TO WEB DATABASES AND WEB PAGES VIA THE INTERNET; PROVIDING
TELECOMMUNICATIONS CONNECTIONS TO THE INTERNET AND TO INFORMATION AND DATABASES VIA
THE INTERNET; PROVISION OF CONSULTANCY AND ADVICE TO OTHERS IN RELATION TO THE
FOREGOING SERVICES (INT.  CL. 42) DATABASE MANAGEMENT SERVICES; DATABASE MANAGEMENT
IN MOBILE TELECOMMUNICATIONS DEVICES; DATA CONVERSION; PROVIDING DATABASES FOR
STORING, DISPLAYING AND MANIPULATING DATA PROVIDED FROM MOBILE TELECOMMUNICATIONS
DEVICES; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING, VIEWING AND

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78894635                                                                Page 2

EDITING INFORMATION; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING,
VIEWING AND EDITING DATA PROVIDED FROM A REMOTE DATA CARRIER, SUCH AS MOBILE PHONE,
COMPUTER OR OTHER DATA STORAGE MEDIUM

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
38 (Communication)
42  (Scientific, technological and legal services)


**Applicant:**
MOBYKO LIMITED
33 GLASSHOUSE STREET
LONDON, W1B 5DG
UNITED KINGDOM
**State of Incorporation or Organization:** KINGDOM
**Entity:** LIMITED COMPANY


**Foreign Application Claimed:** 4989489
**Foreign Application Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE
**Foreign Application Date:** March 31, 2006


**Reference No.:** WPTHOM8.001T


**Filing Correspondent:**
TIRZAH ABÉ LOWE
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 MAIN ST FL 14
IRVINE, CA 92614-7216

**Domestic Representative:**TIRZAH ABé LOWE

**Event History:**
 DECEMBER 02, 2006 NON-FINAL ACTION E-MAILED
 DECEMBER 02, 2006 NON-FINAL ACTION WRITTEN
 OCTOBER 27, 2006 ASSIGNED TO EXAMINER
 JUNE 02, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

# MOBYKO


END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78887540                                                            Page 1


                            TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** HOME AND ROAD
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78887540

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (681) PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** May 16, 2007

**Filed:** May 19, 2006
**Goods - Services:**
  (INT. CL. 39) PROVIDING AN ON-LINE INTERACTIVE DATABASE FEATURING INFORMATION IN
THE FIELDS OF TRAVEL, TRIP ROUTING, TRANSPORTATION RESERVATION SERVICES, AND AIRLINE
TRANSPORTATION SERVICES; **TRAVEL PLANNING** SERVICES

**Int'l Class(es):**
39 (Transportation and Storage Services)



**Applicant:**
RV VISITOR GUIDE, INC.
4025 CAMINO DEL RIO SOUTH, SUITE 300
SAN DIEGO,CA CALIFORNIA 92108
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Filing Attorney:**
JOHN C. WILSON
**Reference No.:** 42775-0001


**Filing Correspondent:**
JOHN C. WILSON
HELLER EHRMAN LLP
333 BUSH ST
SAN FRANCISCO, CA 94104-2806

**Event History:**
 MAY 16, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 MAY 16, 2007 ASSIGNED TO LIE
 APRIL 30, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 APRIL 25, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 APRIL 24, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 APRIL 24, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 OCTOBER 24, 2006 NON-FINAL ACTION MAILED
 OCTOBER 23, 2006 NON-FINAL ACTION WRITTEN
 OCTOBER 23, 2006 ASSIGNED TO EXAMINER
 MAY 25, 2006 NEW APPLICATION ENTERED IN TRAM


          ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78887540                                                        Page 2

**Design Codes:**
999999 NO CODES

# HOME AND ROAD

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78878423                                                          Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** CLICK WITH CONFIDENCE
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78878423

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** January 25, 2007

**Filed:** May 7, 2006
**Publication Withdrawn:** December 18, 2006
**Goods - Services:**
 (INT. CL. 35) BUSINESS CONSULTING AND MANAGEMENT SERVICES IN THE FIELD OF TRAVEL,
**TRAVEL PLANNING** AND THE OPERATION OF TRAVEL-RELATED BUSINESSES, RETAIL STORE
SERVICES FEATURING TRAVEL-RELATED GOODS AND SERVICES
 (INT. CL. 39) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TRANSPORTATION AND PROVIDING INFORMATION CONCERNING TRAVEL AND PROVIDING TRAVEL AND
INFORMATION OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS
 (INT. CL. 42) PROVIDING GUIDE BOOKS, TRAVEL AND ENTERTAINMENT NEWS, MAPS, CITY
DIRECTORIES AND LISTINGS FOR USE BY TRAVELERS AVAILABLE ELECTRONICALLY VIA A GLOBAL
COMPUTER NETWORK
 (INT. CL. 43) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TEMPORARY ACCOMMODATIONS; PROVIDING ACCOMMODATION INFORMATION SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)
39 (Transportation and Storage Services)
42 (Scientific, technological and legal services)
43 (Services for providing food and drink; temporary accommodation)

**Applicant:**
EXPEDIA, INC.
3150 139TH AVENUE SE
SUITE 500
BELLEVUE,WA WASHINGTON 98005
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION

**Filing Attorney:**
SANJIV D. SARWATE

**Filing Correspondent:**
SANJIV D. SARWATE
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD
311 S WACKER DR STE 5000
CHICAGO, IL 60606-6631

**Event History:**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78878423                                                          Page 2

```
JANUARY 25, 2007 NON-FINAL ACTION E-MAILED
JANUARY 25, 2007 NON-FINAL ACTION WRITTEN
JANUARY 16, 2007 PREVIOUS ALLOWANCE COUNT WITHDRAWN
DECEMBER 18, 2006 WITHDRAWN FROM PUB - OG REVIEW QUERY
NOVEMBER 16, 2006 LAW OFFICE PUBLICATION REVIEW COMPLETED
NOVEMBER 09, 2006 ASSIGNED TO LIE
NOVEMBER 01, 2006 ASSIGNED TO LIE
OCTOBER 26, 2006 APPROVED FOR PUB - PRINCIPAL REGISTER
OCTOBER 20, 2006 AMENDMENT FROM APPLICANT ENTERED
OCTOBER 10, 2006 CORRESPONDENCE RECEIVED IN LAW OFFICE
OCTOBER 10, 2006 PAPER RECEIVED
SEPTEMBER 14, 2006 NON-FINAL ACTION E-MAILED
SEPTEMBER 14, 2006 NON-FINAL ACTION WRITTEN
SEPTEMBER 13, 2006 ASSIGNED TO EXAMINER
MAY 11, 2006 NEW APPLICATION ENTERED IN TRAM
```

**Design Codes:**
999999 NO CODES

CLICK WITH CONFIDENCE

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78877467                                                                    Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** DOCOMO
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** STYLIZED LETTERS
**Active / Inactive:** Active
**Image Available:**Yes


**Serial No.:** 78877467


**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (681) PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** April 28, 2007


**Filed:** May 5, 2006
**Reinstated:** April 18, 2007
**Goods - Services:**

(INT. CL. 9) CELLULAR TELEPHONES; PERSONAL DIGITAL ASSISTANTS; COMPUTERS; VEHICLE
NAVIGATION SYSTEM CONSISTING OF COMPUTER SOFTWARE FEATURING A DATABASE OF MAP
COORDINATE AND LOCATIONS, A GLOBAL POSITIONING SATELLITE RECEIVER, ELECTRICAL CABLE
AND DOCUMENTATION ALL SOLD AS A UNIT; COMPUTER SEARCH ENGINE SOFTWARE; COMPUTER
APPLICATION SOFTWARE, DOWNLOADABLE FROM A GLOBAL COMPUTER COMMUNICATION NETWORK, FOR
USE IN MANAGEMENT OF A DATABASE, FOR USE AS A SPREADSHEET AND COMPUTER SEARCH
ENGINE, FOR WORD PROCESSING, COMPUTER AIDED DESIGN (CAD), INFORMATION RETRIEVAL,
GAME AND UTILITY; MAGNETICALLY ENCODED CREDIT CARDS; CELLULAR TELEPHONES WITH
CAMERA; STRAPS FOR CELLULAR TELEPHONES AND HANDHELD COMPUTER TERMINALS; COMPUTER
KEYBOARDS AND KEYBOARDS ON OR FOR USE IN CONJUNCTION WITH MOBILE TELEPHONES; DISPLAY
SCREENS, NAMELY COMPUTER FLAT PANEL AND LIQUID CRYSTAL DISPLAY SCREENS AND DISPLAY
SCREENS FOR TELEPHONES; HOLDERS, DESKTOP STANDS, MICROPHONES, SPEAKERS, HEADSETS,
MOBILE PHONE ACCESSORIES IN THE NATURE OF HANDS FREE HOLDERS, HEADSETS, MICROPHONES
AND SPEAKERS FOR MOBILE PHONES; CAR KITS FOR THE ADAPTATION OF PORTABLE
COMMUNICATION APPARATUS AND INSTRUMENTS FOR VEHICULAR USE, COMPRISING ANTENNAS,
ANTENNA TRANSMISSION WIRES, ANTENNA ADAPTERS, CABLES, EARPHONES, HANDS FREE
MICROPHONES, PHONE HOLDERS, SPEAKERS, CAR CHARGERS, DATA CABLES AND ELECTRICAL
WIRES; BATTERIES AND CHARGERS FOR TELECOMMUNICATION APPARATUS, NAMELY TELEPHONE
HANDSETS, EAR PIECES, HANDS-FREE SETS AND TELEPHONE HOLDERS, CELLULAR TELEPHONES,
MOBILE TELEPHONES; MAGNETICALLY ENCODED SUBSCRIBER IDENTITY MODULE (SIM) CARDS;
CONTACTLESS CARD SYSTEMS, COMPRISING A CREDIT CARD SIZED-CARD FEATURING AN
INTEGRATED CIRCUIT CHIP AND BATTERY WHICH IS READ BY A CONTACTLESS READING MACHINE
FOR USE AS RAILWAY TICKETS, CREDIT AND IDENTIFICATION CARDS; SECURITY SYSTEMS FOR
RESIDENTIAL USE COMPRISING ANTI-INTRUSION ALARMS, BURGLAR ALARMS, PERSONAL SECURITY
ALARMS AND FIRE ALARMS; REMOTE CONTROL TELEMETERING MACHINES AND APPARATUS; ACCESS
CONTROL AND ALARM MONITORING SYSTEMS; STEREO EQUIPMENT, NAMELY STEREO RECEIVERS AND
AMPLIFIERS, CD, MP3 AND MINIDISK PLAYERS AND SPEAKERS; PORTABLE AND HANDHELD DIGITAL
ELECTRONIC TELECOMMUNICATION TERMINALS FOR RECORDING, ORGANIZING, TRANSMITTING,
MANIPULATING AND REVIEWING TEXT, DATA, AND AUDIO FILES; COMPUTER SOFTWARE FOR USE IN
ORGANIZING, TRANSMITTING, MANIPULATING AND REVIEWING TEXT, DATA, AND AUDIO FILES ON
PORTABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES; INFRARED DATA COMMUNICATION
TRANSMITTERS; MOBILE TELEPHONES HAVING TELEVISION BROADCASTING RECEIVING FUNCTIONS;
MOBILE TELEPHONES HAVING RADIO BROADCASTING RECEIVING FUNCTIONS; MOBILE TELEPHONES
HAVING IDENTIFICATION CARD FUNCTIONS; MOBILE TELEPHONES HAVING CREDIT CARD
FUNCTIONS; COMPUTER SOFTWARE FOR PORTABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES
FOR RECORDING, ORGANIZING, TRANSMITTING, MANIPULATING, AND REVIEWING TEXT, DATA,
AUDIO, IMAGE, AND VIDEO FILES; COMPUTER DOCKING STATIONS; COMPUTER STANDS SPECIALLY
DESIGNED FOR HOLDING A COMPUTER, PRINTER AND ACCESSORIES; BATTERY CHARGERS; BATTERY
PACKS; COMPUTER APPLICATION SOFTWARE FOR RECORDING AND ORGANIZING CALENDARS AND
SCHEDULES, TO-DO LISTS, AND CONTACT INFORMATION; COMPUTER SOFTWARE FOR CLOCK AND
ALARM CLOCK FUNCTIONALITY


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78877467                                                                    Page 2

(INT. CL. 16) ATLASES; BLUE PRINTS; BOOKLETS, HANDBOOKS AND PROSPECTUSES ALL IN THE
FIELDS OF TELECOMMUNICATION EQUIPMENT, PDA-RELATED EQUIPMENT, TELECOMMUNICATION
SERVICES, COMPUTER-RELATED EQUIPMENT, COMPUTER SOFTWARE, COMPUTER SERVICES AND
TELECOMMUNICATION ENGINEERING; COMIC BOOKS; PAPER CONTROL TOKENS FOR USE AS TICKETS;
GRAPHIC PRINTS; INSTRUCTION MANUALS FOR CELLULAR TELEPHONES, HANDHELD COMPUTERS,
TELECOMMUNICATION EQUIPMENT, PDA-RELATED EQUIPMENT, COMPUTER SOFTWARE, COMPUTER
SERVICES AND TELECOMMUNICATION ENGINEERING; PRINTED PERIODICALS IN THE FIELD OF
TELECOMMUNICATION EQUIPMENT, PDA-RELATED EQUIPMENT, COMPUTER SOFTWARE SERVICES AND
TELECOMMUNICATION ENGINEERING; PRINTED PLANS; POSTCARDS; POSTERS; PRINTED
PUBLICATIONS, NAMELY, MEMBER'S CARDS, APPLICATION FORMS AND DIRECTORIES OF
TELEPHONES; PRINTED TIMETABLES; PRINTED INSTRUCTIONAL TEACHING MATERIALS IN THE
FIELD OF BROADBAND, INTERNET AND TELECOMMUNICATION INDUSTRIES, INCLUDING THE
WIRELESS AND CELLULAR TELEPHONE INDUSTRIES; TEAR-OFF CALENDARS; STATIONERY; GREETING
CARDS
(INT. CL. 38) COMMUNICATION BY CELLULAR TELEPHONES, RADIO AND TELEPHONE PAGING
SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK BY
COMPUTERS; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK BY
CELLULAR TELEPHONES; ELECTRONIC MAIL SERVICES; PROVIDING COMMUNICATIONS VALUE-ADDED
NETWORK (VAN) SERVICES; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS BY COMPUTER
TERMINALS; RENTAL OF TELEPHONE APPARATUS, FACSIMILE MACHINES AND OTHER
TELECOMMUNICATION APPARATUS AND INSTRUMENTS; PROVIDING MULTIPLE-USER ACCESS TO A
GLOBAL COMPUTER INFORMATION NETWORK TO VIEW COMPUTER DATABASES, WEBSITES, HOMEPAGES
AND BULLETIN BOARDS OF OTHERS; PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS FOR
TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING POLITICS, SPORTS, ECONOMY,
EDUCATION, SOCIAL PROBLEMS, THE ENVIRONMENT, MONEY, BOOKS, MOVIES, LIFESTYLES,
TRAVEL, SHOPPING, TRAFFIC INFORMATION, ANIMATED CARTOONS, PERSONAL COMPUTERS,
TELEVISION PROGRAMS, LIVING INFORMATION, MUSIC, RADIO PROGRAMS AND GAMES; WIRELESS
ROAMING SERVICES; MOBILE COMMERCE SERVICES AND E-COMMERCE SERVICES, NAMELY, SIGNAL
TRANSMISSION FOR ELECTRONIC COMMERCE VIA TELECOMMUNICATION SYSTEMS AND DATA
COMMUNICATION SYSTEMS THAT ALLOW USERS TO PERFORM ELECTRONIC BUSINESS TRANSACTIONS
VIA WIRELESS TELEPHONES, PERSONAL DIGITAL ASSISTANTS, HANDHELD COMPUTERS, AND MOBILE
DATA RECEIVERS AND THROUGH A GLOBAL COMPUTER INFORMATION NETWORK, THE INTERNET, WIDE
AREA NETWORKS, LOCAL AREA NETWORKS AND PRIVATE COMPUTER INFORMATION NETWORKS;
MULTIPOINT MESSAGING, NAMELY, ON-LINE CHAT SERVICES ALLOWING GROUP COMMUNICATIONS TO
AND FROM MULTIPLE RECEIVERS CONCERNING GENERAL INTEREST (INT.  CL. 42) COMPUTER
RENTAL; RENTAL OF COMPUTER SOFTWARE; UPDATING OF COMPUTER SOFTWARE FOR OTHERS;
PROVIDING DATABASES FEATURING RESEARCH AND REFERENCE MATERIALS IN THE FIELDS OF
WEATHER, COMPUTING, COMPUTER SOFTWARE; COMPUTER CONSULTANCY SERVICES; COMPUTER
PROGRAMMING FOR OTHERS; DESIGN OF NETWORKS AND TELECOMMUNICATION INSTALLATIONS FOR
OTHERS; PROVIDING TEMPORARY USE ON ON-LINE NON-DOWNLOADABLE COMPUTER SOFTWARE FOR
USE IN MANAGEMENT OF A DATABASE, FOR USE AS A SPREADSHEET AND COMPUTER SEARCH
ENGINE, FOR WORD PROCESSING, COMPUTER AIDED DESIGN (CAD), INFORMATION RETRIEVAL GAME
AND UTILITY; TESTING AND RESEARCH RELATING TO TELECOMMUNICATION APPARATUS AND
INSTRUMENTS, ELECTRONIC APPARATUS AND INSTRUMENTS, THEIR PARTS AND FITTINGS THEREOF,
CELLULAR TELEPHONES, COMPUTERS AND RADIO PAGERS; PROVIDING TEMPORARY USE ON ON-LINE
NON-DOWNLOADABLE COMPUTER SOFTWARE FOR AN AUTOMATICALLY UPDATING ADDRESS BOOK, A
PERSONAL PLANNER, A DATE REMINDER, A **TRAVEL PLANNER**, AND INTERNET WEB LINKS RELATING
TO ALUMNI AND PROFESSIONAL GROUP LINKS; CROSS-PLATFORM CONVERSION OF DIGITAL CONTENT
INTO OTHER FORMS OF DIGITAL CONTENT; DATA ENCRYPTION SERVICES; COMPUTER DISASTER
RECOVERY PLANNING SERVICES; NETWORK SECURITY SERVICES, NAMELY, RESTRICTING ACCESS TO
AND BY COMPUTER NETWORKS TO AND OF UNDESIRED WEB SITES, MEDIA AND INDIVIDUALS AND
FACILITIES; COMPUTER SECURITY SYSTEM CONSULTATION SERVICES; PROVIDING ELECTRONIC
VERIFICATION OF ON-LINE ORDERS OF DIGITAL CONTENT AND GENERATING ELECTRONIC
PERMISSION CODES WHICH THEN ALLOW USERS TO ACCESS SAID DIGITAL CONTENT

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
16 (Paper Goods and Printed Matter)
38 (Communication)
42  (Scientific, technological and legal services)

**Applicant:**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78877467                                                              Page 3


KABUSHIKI KAISHA NTT DOCOMO
DBA NTT DOCOMO, INC.
11-1, NAGATACHO 2-CHOME, CHIYODA-KU
TOKYO,
JAPAN
**State of Incorporation or Organization:** JAPAN
**Entity:** JOINT STOCK COMPANY


**Reference No.:** 290865US


**Filing Correspondent:**
JEFFREY H KAUFMAN
OBLON, SPIVAK, MCCLELLAND, MAIER ETAL PC
1940 DUKE ST
ALEXANDRIA, VA 22314-3451

**Domestic Representative:** JEFFREY H. KAUFMAN

**Event History:**
 MAY 22, 2007 CHANGES/CORRECTIONS AFTER PUB APPROVAL ENTERED
 APRIL 30, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 APRIL 28, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 APRIL 24, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 APRIL 20, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 APRIL 20, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 APRIL 20, 2007 ASSIGNED TO LIE
 APRIL 17, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 APRIL 17, 2007 PETITION TO REVIVE-GRANTED
 APRIL 17, 2007 TEAS PETITION TO REVIVE RECEIVED
 OCTOBER 26, 2006 UNRESPONSIVE/DUPLICATE PAPER RECEIVED
 OCTOBER 12, 2006 CORRESPONDENCE RECEIVED IN LAW OFFICE
 OCTOBER 16, 2006 PRIORITY ACTION E-MAILED
 OCTOBER 16, 2006 PRIORITY ACTION WRITTEN
 OCTOBER 12, 2006 PAPER RECEIVED
 OCTOBER 10, 2006 ASSIGNED TO EXAMINER
 MAY 10, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES


END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.