# EXHIBIT F

Case 1:07-cv-03119-GBD    Document 6-7    Filed 06/02/2007    Page 1 of 8

Westlaw.

QUERY - GS("TRAVEL PLANNER")          DATABASE(S) - FED-TM

1. Mark: PLANETALL Source: TRADEMARKSCAN - U.S. Federal Status: PENDING Serial Number: 78972319 Filed: September 12, 2006 International Class(es): 42 (Scientific, technological and legal services)
2. Mark: VICTORIA BRITISH COLUMBIA FULL OF LIFE Source: TRADEMARKSCAN - U.S. Federal Status: PENDING Serial Number: 78967611 Filed: September 5, 2006 International Class(es): 35(Advertising and Business Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
3. Mark: MOBYKO Source: TRADEMARKSCAN - U.S. Federal Status: PENDING Serial Number: 78894635 Filed: May 26, 2006 International Class(es): 9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)42 (Scientific, technological and legal services)
4. Mark: DOCOMO Source: TRADEMARKSCAN - U.S. Federal Status: PENDING Serial Number: 78877467 Filed: May 5, 2006 International Class(es): 9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)38(Communication)42 (Scientific, technological and legal services)
5. Mark: OHIO SO MUCH TO DISCOVER! Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 78824846 Filed: February 28, 2006 International Class(es): 16(Paper Goods and Printed Matter)25(Clothing)35(Advertising and Business Services)
6. Mark: WEAVER MULTIMEDIA GROUP Source: TRADEMARKSCAN - U.S. Federal Status: PUBLISHED Serial Number: 78704603 Filed: August 31, 2005 International Class(es): 35(Advertising and Business Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
7. Mark: PASSPORT TO THE WORLD Source: TRADEMARKSCAN - U.S. Federal Status: PUBLISHED Serial Number: 78584713 Filed: March 10, 2005 International Class(es): 39(Transportation and Storage Services)
8. Mark: PREMIUM CLASS WITH A TRUE ITALIAN SIGNATURE Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 78464837 Filed: August 10, 2004 International Class(es): 35(Advertising and Business Services)39(Transportation and Storage Services)
9. Mark: BE SEEN Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76549775 Filed: October 7, 2003 International Class(es): 41(Education and Entertainment Services)
10. Mark: WEAVER OFFICIAL PUBLICATIONS Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76549700 Filed: October 7, 2003 International Class(es): 41(Education and Entertainment Services)
11. Mark: WEAVER OFFICIAL PULICATIONS Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76549275 Filed: October 6, 2003 International Class(es): 41(Education and Entertainment Services)
12. Mark: CLASSBUZZ Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 78243317 Filed: April 29, 2003 International Class(es): 35(Advertising and Business Services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")        DATABASE(S) - FED-TM

13. Mark: T & E Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76508622 Filed: April 22, 2003 International Class(es): 16(Paper Goods and Printed Matter)41(Education and Entertainment Services)
14. Mark: T & E Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76508675 Filed: April 22, 2003 International Class(es): 16(Paper Goods and Printed Matter)41(Education and Entertainment Services)
15. Mark: MMODE Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 78178663 Filed: October 25, 2002 International Class(es): 42 (Scientific, technological and legal services)
16. Mark: SCANDISK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78110316 Filed: February 21, 2002 International Class(es): 35(Advertising and Business Services)
17. Mark: NORTHSTAR TRAVEL MEDIA Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76322214 Filed: October 5, 2001 International Class(es): 16(Paper Goods and Printed Matter)41(Education and Entertainment Services)
18. Mark: UFO.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78047664 Filed: February 10, 2001 International Class(es): 35(Advertising and Business Services)
19. Mark: TICKET.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78047662 Filed: February 9, 2001 International Class(es): 35(Advertising and Business Services)
20. Mark: MEDICAL.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78047661 Filed: February 9, 2001 International Class(es): 35(Advertising and Business Services)
21. Mark: HOWTO.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78047663 Filed: February 9, 2001 International Class(es): 35(Advertising and Business Services)
22. Mark: GOD.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78046761 Filed: February 5, 2001 International Class(es): 35(Advertising and Business Services)
23. Mark: PENDPRO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76192444 Filed: January 9, 2001 International Class(es): 42 (Scientific, technological and legal services)
24. Mark: EBUSINESS.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041192 Filed: December 31, 2000 International Class(es): 35(Advertising and Business Services)
25. Mark: WEATHER.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041189 Filed: December 31, 2000 International Class(es): 35(Advertising and Business Services)
26. Mark: SPORTS.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041191 Filed: December 31, 2000 International Class(es): 35(Advertising and Business Services)
27. Mark: MOVIES.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041193 Filed: December 31, 2000 International Class(es): 35(Advertising and Business Services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")            DATABASE(S) - FED-TM

28. Mark: AIRTRAVEL.INFO Source: TRADEMARKSCAN - U.S. Federal Status: MISASSIGNED Serial Number: 78041146 Filed: December 30, 2000 International Class(es): 35(Advertising and Business Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

29. Mark: MARKET.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041145 Filed: December 30, 2000 International Class(es): 35(Advertising and Business Services)

30. Mark: WEATHER.INFO Source: TRADEMARKSCAN - U.S. Federal Status: MISASSIGNED Serial Number: 78040561 Filed: December 23, 2000 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services)

31. Mark: Design Only Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76179168 Filed: December 12, 2000 International Class(es): 42 (Scientific, technological and legal services)

32. Mark: DAIRY SMART.COM MEANS NEVER HAVING TO DAY "DOH"! Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76174393 Filed: December 1, 2000 International Class(es): 42 (Scientific, technological and legal services)

33. Mark: ALOBE Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76172351 Filed: November 28, 2000 International Class(es): 9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

34. Mark: VENTARIS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033556 Filed: November 2, 2000 International Class(es): 35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

35. Mark: IDESTON Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033585 Filed: November 2, 2000 International Class(es): 36(Insurance and Financial Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

36. Mark: QUOVATION Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033534 Filed: November 2, 2000 International Class(es): 35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

37. Mark: IDESTON Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033580 Filed: November 2, 2000 International Class(es): 35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

38. Mark: VENTARIS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033561 Filed: November 2, 2000 International Class(es): 35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)42 (Scientific, technological and legal

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")        DATABASE(S) - FED-TM

services)
39. Mark: DIARYSMART Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76149843 Filed: October 19, 2000 International Class(es): 42 (Scientific, technological and legal services)
40. Mark: SEX.SITE Source: TRADEMARKSCAN - U.S. Federal Status: MISASSIGNED Serial Number: 78026366 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services)
41. Mark: SEX.LTD Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026358 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services)
42. Mark: SEX.XXX Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026346 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services)
43. Mark: SEX.SEX Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026352 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services)
44. Mark: SEX.BIZ Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026350 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services)
45. Mark: SEX.WAP Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026353 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services)
46. Mark: SEX.USA Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026360 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services)
47. Mark: SEX.INC Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026356 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services)
48. Mark: THE TRAVELTAINMENT NETWORK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76128736 Filed: September 14, 2000 International Class(es): 39(Transportation and Storage Services)
49. Mark: SEX.WEB Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78014925 Filed: June 29, 2000 International Class(es): 35(Advertising and Business Services)
50. Mark: PSAZZ.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75929036 Filed: February 28, 2000 International Class(es): 39(Transportation and Storage Services)
51. Mark: EAMAZON.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75945051 Filed: February 23, 2000 International Class(es): 39(Transportation and Storage Services)
52. Mark: E-PLANNER WORKING DATABASE Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902807 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)
53. Mark: E-SELECT SHOPPING Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902811 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")          DATABASE(S) - FED-TM

54.   Mark: ADVANCE SHOPPING NETWORK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902799 Filed: January 25, 2000 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services)

55.   Mark: BIRTHDAY BUTLER Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902812 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)

56.   Mark: E-PLANNER BUTLER DATABASE Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902797 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)

57.   Mark: BUTLER DATABASE Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75903374 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)

58.   Mark: REVOLVING DOOR LINKS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902814 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)

59.   Mark: PRE-SELECT SHOPPING Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902806 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)

60.   Mark: PCTUNE.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75895590 Filed: January 15, 2000 International Class(es): 35(Advertising and Business Services)

61.   Mark: KNOWIT Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75861856 Filed: December 1, 1999 International Class(es): 41(Education and Entertainment Services)

62.   Mark: KNOWIT.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75861857 Filed: December 1, 1999 International Class(es): 35(Advertising and Business Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

63.   Mark: AMAZON THINKING Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75840147 Filed: November 19, 1999 International Class(es): 35(Advertising and Business Services)

64.   Mark: VIVINA Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75800118 Filed: October 6, 1999 International Class(es): 35(Advertising and Business Services)

65.   Mark: JUSTMARRIEDKIT.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75790136 Filed: September 24, 1999 International Class(es): 16(Paper Goods and Printed Matter)

66.   Mark: ISCHOOL.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75808434 Filed: September 23, 1999 International Class(es): 41(Education and Entertainment Services)

67.   Mark: ATBEAUTY Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75775416 Filed: September 9, 1999 International Class(es): 35(Advertising and Business Services)38(Communication)42 (Scientific, technological and legal services)

68.   Mark: QUICKCLICK Source: TRADEMARKSCAN - U.S. Federal Status:

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")          DATABASE(S) - FED-TM

|     |     |
| --- | --- |
|     | ABANDONED Serial Number: 75765373 Filed: August 26, 1999 International Class(es): 35(Advertising and Business Services) |
| 69. | Mark: CROSSLINKS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75765370 Filed: August 26, 1999 International Class(es): 35(Advertising and Business Services) |
| 70. | Mark: 2-CLICK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75765367 Filed: August 26, 1999 International Class(es): 35(Advertising and Business Services) |
| 71. | Mark: CEILIDH.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75760446 Filed: August 20, 1999 International Class(es): 35(Advertising and Business Services) |
| 72. | Mark: ORDERTRON.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75745537 Filed: August 3, 1999 International Class(es): 35(Advertising and Business Services) |
| 73. | Mark: FREIGHT DEPOT Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75730381 Filed: July 13, 1999 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services) |
| 74. | Mark: FREIGHTDEPOT.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75730382 Filed: July 13, 1999 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services) |
| 75. | Mark: BC BUYTRAVEL.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75721322 Filed: June 4, 1999 International Class(es): 35(Advertising and Business Services) |
| 76. | Mark: PLANETALL Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75662417 Filed: March 17, 1999 International Class(es): 42 (Scientific, technological and legal services) |
| 77. | Mark: AMAZON.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75662416 Filed: March 17, 1999 International Class(es): 9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services) |
| 78. | Mark: FRIEND-CLICK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75662419 Filed: March 17, 1999 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services) |
| 79. | Mark: NETEXC Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75642331 Filed: February 17, 1999 International Class(es): 42 (Scientific, technological and legal services) |
| 80. | Mark: CONDITION TRACKER Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 75580088 Filed: November 2, 1998 International Class(es): 9(Electrical and Scientific Apparatus) |
| 81. | Mark: TRIPPOWER Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75580089 Filed: November 2, 1998 International Class(es): 9(Electrical and Scientific Apparatus) |
| 82. | Mark: POWERPORTFOLIO Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75582131 Filed: November 2, 1998 International |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")          DATABASE(S) - FED-TM

<ol start="83">
<li>Class(es): 9(Electrical and Scientific Apparatus)<br>Mark: PLANETALL Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75206638 Filed: December 2, 1996 International Class(es): 42 (Scientific, technological and legal services)</li>
<li>Mark: TRAVEL BUYERS ASSOCIATION Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75177268 Filed: October 4, 1996 International Class(es): 42 (Scientific, technological and legal services)</li>
<li>Mark: ODYSSEUS Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75117928 Filed: June 12, 1996 International Class(es): 16(Paper Goods and Printed Matter)</li>
<li>Mark: EXECUTIVE SERVICE PLAN Source: TRADEMARKSCAN - U.S. Federal Status: RENEWED Serial Number: 74687192 Filed: June 12, 1995 International Class(es): 42 (Scientific, technological and legal services)</li>
<li>Mark: PDQ Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 74609433 Filed: December 12, 1994 International Class(es): 9(Electrical and Scientific Apparatus)</li>
<li>Mark: CARDPOWER Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 74606881 Filed: December 5, 1994 International Class(es): 9(Electrical and Scientific Apparatus)</li>
<li>Mark: TRIPPOWER Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 74606880 Filed: December 5, 1994 International Class(es): 9(Electrical and Scientific Apparatus)</li>
<li>Mark: PURCHASEPOWER Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 74606878 Filed: December 5, 1994 International Class(es): 9(Electrical and Scientific Apparatus)</li>
<li>Mark: JOURNEY JOURNAL Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 74423335 Filed: August 12, 1993 International Class(es): 16(Paper Goods and Printed Matter)</li>
<li>Mark: ESP Source: TRADEMARKSCAN - U.S. Federal Status: RENEWED Serial Number: 74283018 Filed: June 5, 1992 International Class(es): 42 (Scientific, technological and legal services)</li>
<li>Mark: NASTP NATIONAL ASSOCIATION OF SENIOR TRAVEL PLANNERS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 74280775 Filed: June 1, 1992 International Class(es): 42 (Scientific, technological and legal services)</li>
<li>Mark: PORTFOLIO Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 74279552 Filed: May 26, 1992 International Class(es): 42 (Scientific, technological and legal services)</li>
<li>Mark: DESTINATION Source: TRADEMARKSCAN - U.S. Federal Status: RENEWED Serial Number: 73788382 Filed: March 22, 1989 International Class(es): 9(Electrical and Scientific Apparatus)42 (Scientific, technological and legal services)</li>
</ol>

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.