# EXHIBIT H



# Hotel & Travel

Hotel reservations will be accepted May 2, 2007.

**BEWARE OF FALSE AND FRAUDULENT HOUSING CLAIMS**. Click here

**GET THE BEST HOTEL RATES…AND AIRFARE DISCOUNTS!**

If you are an attendee, Click Here to make housing reservations.

If you are an exhibitor, Click Here to make housing reservations.

The easiest way to make travel arrangements for the show is also the most flexible and economical. Hotel rates and airfare discounts have been negotiated for us by Travel Planners. You can book online in real time twenty-four hours a day, seven days a week.

- The lowest rates at official show hotels (If you find a lower rate, let us know!).
- No pre-payment for hotel reservations.
- Immediate confirmations - no waiting or wondering.
- Update or cancel hotel reservations online - no fees or penalties.
- Descriptions, photos and maps to help you choose the perfect hotel.
- Fly United to New Orleans

**Attendees can call United Airlines at 1-800-521-4041 and give discount code 578GV**

Presented by
The International Association of Chiefs of Police
515 North Washington St, Alexandria, VA USA 22314
Phone: 703.836.6767 or 1.800.THE IACP • Fax: 703.836.4543
Contact Us


Powered by eShow



# IACP 2007 Housing Alert

**BEWARE OF FALSE AND FRAUDULENT HOUSING CLAIMS**

Dear IACP 2007 Exhibitor,

Travel Planners. Inc. is the only official housing provider working on behalf of IACP 2007. Some unscrupulous travel agencies have been deliberately trying to create confusion faxing housing reservations forms to you directly or by naming themselves "National Travel Planners," or similar. It is not in your best interest to book rooms through these companies for the following reasons:

1. Most do not have blocks of rooms; they simply contact another source and resell a room from them.
2. Room rates must be fully prepaid, are non-refundable and are subject to steep change fees.
3. Room types are not guaranteed and are usually the lowest room category.
4. Reservations made through these companies are not supported by IACP.

Any housing company outside of Travel Planners is not endorsed by show management and therefore cannot guarantee room availability or rates. The best way to ensure you're booking your hotel through proper channels is to follow the housing link located on http://www.theiacpconference.org . Only there will you receive these exclusive IACP 2007 benefits:

1. **No fees** or penalties to make changes to your reservations.
2. **Refundable deposit** if cancelled within the hotel's cancellation guidelines.
3. Call center support to assist you prior to your arrival and **on-site staff to assist you while at IACP.**
4. You **support the show** and continue to aid us in securing dates and space for future shows.

You can reach our hotel reservation site from http://www.theiacpconference.org or by calling Travel Planners directly at 1-800-248-7488 or 212-532-1660. We'll do everything we can to make sure you're in the best room at the right price!