# EXHIBIT B

Yahoo!   My Yahoo!   Mail   Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH    Web | Images | Video | Local | Shopping | more »
travel planners    [Search]   Advanced Search

**Search Results**                                    1 - 10 of about 10,500,000 for **travel planners** · 0.35 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

- **Free CA Travel Guide**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Attractions-Activities-Events-More.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

1. **Travel Planners**
   Providing general services in the Portland area and offering sports tours.
   www.**travel-planners**.com - 32k - Cached - More from this site

2. **Travel Planners**
   **Travel** agency specializing in tours to Germany and Greece. ... Contact A to Z **Travel Planners** and let us guide you through your next trip or vacation! ...
   www.**travelplanners**.com - 4k - Cached - More from this site

3. **Travel Planners**
   **Travel Planners** Expert housing programs for trade ... **Travel Planners** is focused ... Login for **Travel Planners** Clients. See your real-time reports at ...
   www.**tphousing**.com - 10k - Cached - More from this site

4. **Trip Planner - Yahoo! Travel**
   Welcome to Yahoo! Trip **Planner**. Get inspired by other travelers' photos and trip journals. Get organized with schedules, maps, and more...
   Quick Links: Explore | Browse Trips | Create a Trip
   **travel**.yahoo.com/trip - More from this site

5. **Welcome to Travel Planners**
   www.**tpionline**.com - 20k - Cached - More from this site

6. **Travel Planners - Travel Agency in St. Maarten / St. Martin offers ...**
   SPECIAL FARES. San Juan $ 251.25. Miami $ 603.25. New York $ 696.25. Amsterdam $ 696.25. All taxes and service fees included. Seats are limited, advance booking ...
   www.**plannerssxm**.com - 35k - Cached - More from this site

7. **Lancaster County, The Heart of Pennsylvania Dutch Country, Travel Planner**
   The PA Dutch Country **Travel Planner** is an interactive tool that ... Group Tours Meeting **Planners** Press Room. Our World. Events. Things to Do. Dining. Lodging ...
   www.**paratutchcountry**.com/**travel_planner**/index.asp - 17k - Cached - More from this site

8. **Packing Tips at Frommer's**
   **Travel Planner**. PDF Format (653 KB) HTML Format (18 KB) Activity **Planner**. PDF Format (474 KB) ... To view our **planners**, you will need the Adobe Reader software. ...
   www.**frommers**.com/tips/packing_tips - 40k - Cached - More from this site

9. **Travel Planners International.com**
   Up To 85% Commission. Full Support. E & O Insurance $29.95 / Month ... ©**Travel Planners** International, Inc. All Rights Reserved. Registered Seller of **Travel**. ...
   www.**travel**agentfromhome.com - 20k - Cached - More from this site

10. **Corporate Travel Planners, Inc. - Information & Fact Sheet - Hoover's**
    Corporate **Travel Planners** -- the name pretty much says it all. the company provides **travel** management services to corporate clients located primarily in Central Texas...
    hoovers.com/corporate-**travel-planners**/--ID__115554--/... - More from this site

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

- **Webtravelconsultant**
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can book yourself.

Also try: corporate **travel planners**, national **travel planners**, More...

1  2  3  4  5  6  7  8  9  10    **Next**

travel planners    [Search]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal - Submit Your Site

**SPONSOR RESULTS**

**SPONSOR RESULTS**

**Moorea Hotel**
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR the best rates you can book yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -.
www.Groople.com

**Travel Planning**
American Airlines - Find Low Fares. Save With No Online Booking Fee.
www.AA.com

**Get travel Information on Montana**
Get info on Montana recreational opportunities with our trip **planner**.
www.visitmt.com

**Hilton Family Eadvantage**
Hilton Family **Travel** Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel** anywhere.cFares. Great cheap airfares. Wow.
www.cfares.com

**Plan a Australian Travel**
**Travel Planner** - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

**See your message here...**

**SPONSOR RESULTS**

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                     Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                                      [ Search ]    Advanced Search

**Search Results**                                    11 - 20 of about 10,500,000 for **travel planners** · 0.12 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- **Montana Tourism Information**
  www.visitmt.com - See all there is to do under the Big Sky with our **travel** guide.

- **Plan a Australian Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier
  Reef, the Outback, rainforests, wildlife and Aussie culture.

11. **Travel Planner - Shop.com**
    Shop for **Travel Planner** in the **Travel** section of Shop.com. Thousands of Brands. Hundreds of
    Stores.
    www.shop.com/op/sprod-32813--**Travel**+**Planner**-k12-g1-dhy - More from this site

12. **Travel Planners**
    The Fancy Food Show and **Travel Planners** have combined forces to bring you this ... **Travel
    Planners** is the ONLY place you'll receive these exclusive benefits: ...
    www.tphousing.com/Broadcast/SummerFF_NB60.html - 41k - Cached - More from this site

13. **Home | Travel + Leisure**
    Vacation guides, **travel** articles, hotel recommendations, and deals. ... Get 2 Risk Free Issues.
    Customer Service. Subscribe. **Travel Planner** ...
    www.**travel**andleisure.com/**travelplanners** - More from this site

14. **Vacation & Travel Guide by The Weather Channel**
    ... forecasts, airport delays, road conditions, and vacation **planners** from weather.com. ...
    Vacation Home Rentals. Vacation Planning ...
    www.weather.com/activities/**travel**/vacation**planner**/?from=secondarynav - 99k - Cached -
    More from this site

15. **Official NYC Guides**
    ... experiences and **travel** tips also provide meeting **planners** with practical ... New York City
    itineraries for their clients with the Official NYC **Travel Planner**. ...
    www.nycvisit.com/content/index.cfm?pagePkey=11 - 41k - Cached - More from this site

16. **Travel Planners**
    **Travel Planners** (864) 292-1345 (800) 849-0345. Fax (864) 292-0407. info@tvlplnrs.com ...
    work with you to match your **travel** interests and your lifestyle with the ...
    www.tvlplnrs.com - 47k - Cached - More from this site

17. **Travel Planners at Pronto.com**
    Find **Travel Planners** stores and compare **Travel Planners** prices online at Pronto - More
    Products. Lower Prices.
    www.pronto.com/**travel-planners**-SE.nto - More from this site

18. **Go-Utah Travel & Recreation Guide**
    Information guide with pictures and maps covering attractions, lodging, skiing, whitewater
    rafting for national parks, and more.
    www.go-utah.com - 23k - Cached - More from this site

19. **Washington State Transportation, Weather, Maps & Travel Planning**
    ... trains, bus tours and **travel planners**, plus Washington state maps ... TRAVEL PLANNER.
    By Air. By Land. By Rail. By Water. Customs. Travelogues. **Travel Planners** ...
    www.**travel**-in-wa.com/TRAVEL/**travel_planner**.html - 18k - Cached - More from this site

20. **South America for Visitors**
    Description of some interesting places to visit in South America.
    gosouthamerica.about.com - 35k - Cached - More from this site

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.

- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

Also try: corporate **travel planners**, national **travel planners**    More...

**SPONSOR RESULTS**

**SPONSOR RESULTS**

**Travel Planner**
Looking for **travel planner**? Find
exactly what you want today.
www.eBay.com

**Travel Planner**
Plan your trip: read reviews,
research destinations & get great
deals.
www.mytravelguide.com

**Travel Planner at
Amazon.com**
Qualified orders over $25 ship free.
Millions of titles, new & used.
Amazon.com/books

**Disney Cruise Vacation
Planning DVD**
Official Site. Order your Free
Disney Cruise Vacation Planning
DVD.
www.disneycruiseline.com

**Corporate Travel Manager**
Lower your costs with our proven
approach to corporate **Travel**...
www.amtrav.com

**Live Search Maps: Trip
Planner**
Get maps, directions, traffic
updates, local search and more.
Maps.Live.com

**Travel Planner**
See Photos, Maps & Candid
Reviews Save up to 70% at Yahoo
**Travel**.
travel.yahoo.com

**Travel Planner**
Shop, Compare & Save on PDAs.
Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

See your message here...

**SPONSOR RESULTS**

Prev    1 **2** 3 4 5 6 7 8 9 10    Next

travel planners                                      [ Search ]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                                                                Help

**YAHOO!** SEARCH

| **Web** | Images | Video | Local | Shopping | **more »** |

travel planners                                    [ Search ]    Advanced Search

**Search Results**                                                                21 - 30 of about 10,500,000 for **travel planners** - 0.62 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    **More...**

SPONSOR RESULTS

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.

21. **Franchise Business Opportunity - Cruise Planners Cruise Travel Agencies**
Register today to receive information on starting your own Cruise **Planners** Cruise **Travel** Agencies Franchise. Don't miss out on this money-making franchising opportunity!
franchiseopportunities.com/Zor_2897/Cruise_**Planners**_Franchising_LL.htm - More from this site

22. **Grand Travel Planners**
A package tour and ticketing agent with operations in adventure and cultural tours based in Chandigarh, India.
www.grand**travelplanners**.com - 12k - Cached - More from this site

23. **cleveland.com: Travel**
**Travel** Calendar. • Twin-island African nation set to cash in on ... **Travel Planner**. • Bali Island of God by tom2000. Golf. • Planet of Beauty by skifunky ...
www.cleveland.com/**travel** - 34k - Cached - More from this site

24. **Travel Planner's Weather Guide | Smarter.com Books**
Find the lowest price for **Travel** Planner's Weather Guide Author: Russell Jennings, Penny Jennings - (Paperback), ISBN 0969136330. Compare prices from different...
smarter.com/**travel_planner**_s_weather_guide---pd--ch-1--pi-2939825.html - More from this site

25. **Travel Planners in Quincy, MA | Local.com**
**Travel Planners** in Quincy, MA (Massachusetts) at Local.com - Search for Quincy businesses, products and services at the web's leading Local Search Engine
www.local.com/results.aspx?keyword=**travel planners**&location=Quincy, MA - More from this site

26. **Travel Planners International - Orlando, FL Travel Agencies**
**Travel Planners** International - **Travel** Agencies, **Travel** Services-Commercial in Orlando, FL. Get contact info, directions and more at YELLOWPAGES.COM
yellowpages.com/sp/moreinfo/index.jsp?listingId=103681043&id=103681043 - More from this site

27. **Travel Experts - Book Your Vacation or Cruise Online With TravelStore ...**
Enjoy luxury travel and adventure vacations in Hawaii, Tahiti, Australia, or ... Our cruise **planners** and corporate and vacation **travel** agents have 15 years ...
www.**travel**storeusa.com - 62k - Cached - More from this site

28. **Travel Planners for South America**
... attractions, necessary documents, destinations, **travel** tips, tour operators, FAQ, ... **Travel**>South America for Visitors> Plan Your Trip> **Travel** Planners for ...
gosouthamerica.about.com/cs/southamerica/a/TravSA**planner**.htm - 26k - Cached - More from this site

29. **Europe For Visitors**
Listing sites and articles covering general trip planning tools and tips, transportation options, and individual countries.
europeforvisitors.com/europe/**planner**/b**lplanner**.htm - 12k - Cached - More from this site

30. **France Travel Planner @ Christianbook.com**
France **Travel Planner** - In Stock now at Christianbook.com for $8.49
www.christianbook.com/Christian/Books/product?item_no=455404 - More from this site

SPONSOR RESULTS

- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

- **Travel Planner**
  travel.yahoo.com - See Photos, Maps & Candid Reviews Save up to 70% at Yahoo **Travel**.

Also try: **corporate travel planners**, **national travel planners**    **More...**

SPONSOR RESULTS

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Travel Planner**
See Photos, Maps & Candid Reviews Save up to 70% at Yahoo **Travel**.
travel.yahoo.com

**Travel Planner**
Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Save on PDAs. Compare products, prices & stores.
www.Dealtime.com/PDAs

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travel Planner**
Search Across Multiple Airline Sites For Low Fares.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**See your message here...**

travel planners - Yahoo! Search Results                                   Page 2 of 2

Case 1:07-cv-03119-GBD        Document 7-3        Filed 06/25/2007        Page 5 of 67

travel planners                                [Search]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [Search]    Advanced Search

Search Results    31 - 40 of about 10,500,000 for **travel planners** · 0.13 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS    SPONSOR RESULTS

- All **Travel Planner** Deals
  travel.yahoo.com - Save up to 70% on special deals for **travel planner** at Yahoo Travel.

- **Travel Planner**
  www.Shopping.com/PDAs - Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.

31. Corporate **Travel Planners**
    Count on our **travel planners** to help you with your corporate trips. We give you access to hotel rates, rental cars and airfare. Contact Corporate **Travel** Management today.
    goctm.com/home/frameset.shtml?http://www.goctm.com/.../advantage.shtml · More from this site

32. Bali **Travel Planner**
    Bali **Travel Planner**. Before embarking: Visas, etc. Getting to Bali. Getting around Bali ... Your **travel** to Bali won't be like any of your other **travel**. ...
    www.indo.com/tplan/tplan.html - 11k - Cached - More from this site

33. Day-Timer | Day **Planners** and Other Time Management Products
    Find a wide variety of day **planners**, journals, calendars, **travel** gear and more for all of your time management and organizational needs at DayTimer.com.
    www.daytimer.com · More from this site

34. Alta **Travel Planners**
    Under Construction! Sorry this site is under construction! Enter ...
    www.alta**travelplanners**.com - 1k - Cached - More from this site

35. **Travel Planners**
    Information on the **travel planners** that service New Zealand, Australia and ... Try our exclusive "**Travel Planner**" to help you plan your holiday and view the ...
    www.jasons.com/**travel-planners** - 28k - Cached - More from this site

36. **Travel Planner**
    You may also call **Travel Planners** directly to make your reservations ... Hotel rates and airfare discounts have been negotiated for us by **Travel Planners**. ...
    www.signexpo.org/**travel**.html - 10k - Cached - More from this site

37. Group **Travel Planners**
    Learn About **Travel** Insurance. Trip Cancellation Insurance. Baggage Insurance ... Group **Travel Planners**. U.S. Business Travelers & Employers ...
    www.**travel**insure.com/who/group**travel**.htm - 21k - Cached - More from this site

38. Trip **Planners**, Duluth, MN - Planning custom **travel** itineraries to ...
    Trip **Planners**, based in Duluth, MN, designs custom **travel** itineraries to unique ... many of your questions about Trip **Planners** and our unique **travel** services. ...
    www.trip**planners**.com - 12k - Cached - More from this site

39. Tahiti **Travel Planners**
    Tahiti **Travel Planners** - America's leading experts for Tahiti honeymoons, Tahiti vacation packages, Bora Bora honeymoons and Bora Bora vacation packages.
    www.gotahiti.com - 14k - Cached - More from this site

40. **Travel Planners**
    ... you are a corporate **travel** planner or a seasoned **travel** agent, JetTrip can help ... Our Fleet | Commitment to Safety | Company | **Travel Planners** ...
    jettrip.com/**travelplanners**.html - 11k - Cached - More from this site

- **Travel Planner**
  www.Dealtime.com/PDAs - Save on PDAs. Compare products, prices & more.

- Hotel, Flight and **Travel** Sale
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS

**Travel Planner**
Save on PDAs. Compare products, prices & stores.
www.Dealtime.com/PDAs

Hotel, Flight and **Travel** Sale
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

Trips of a Lifetime
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

Travelzoo® **Travel Planner**
Save Time And Money - Use The Airfare Search Engine at Travelzoo.
www.travelzoo.com

Discount **Travel** Deals at Bookingbuddy
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

Earn A 7 Day Vacation + $6K Over & Over
Discover Massive Financial Returns and Incredible **travel** planner.
RevolvingTravel.com

Online Vacation Secrets
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

Last Minute **Travel** Deals
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

See your message here...

Prev    1  2  3  4  5  6  7  8  9  10    Next

travel planners    [Search]

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

travel planners - Yahoo! Search Results                          Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 7 of 67

Yahoo! | My Yahoo! | Mail     Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                              [ Search ]  Advanced Search

**Search Results**                           41 - 50 of about 10,500,000 for **travel planners** - 0.15 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **Travel Planner**
  www.travelzoo.com - Get a Great Deal On Your Fare By Comparing Multiple Websites.
- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

41. **CTP Travel Services - Corporate Travel, Events, Groups, Incentives, and ...**
Corporate **Travel Planners** is an innovative **travel** management company dedicated to
consistently exceeding customer expecatations through quality services.
www.ctp**travel**services.com - 21k - Cached - More from this site

42. **Luxury Travel Planners**
Contact Luxury **Travel Planners** today to begin planning your next vacation! ... Copyright2005-
2006. An Affiliate of **Travel**. **Planners** International ...
www.luxury**travelplanners**.com/index.html - 21k - Cached - More from this site

43. **Music Travel Consultants**
... one of the top 30 student **travel planners** in the country by the Youth Programs ... Ask your
Music **Travel** Consultants tour **planner** to include Create A Video ...
music-**travel**.com - 15k - Cached - More from this site

44. **Creative Travel Planners - Home Page**
FW MX 2004 ... Creative **Travel Planners**, Inc. 5855 Topanga Canyon, Blvd. Suite 220.
Woodland ... Since 1977, Creative **Travel Planners** (CTP) has been dreaming ...
www.ctp**travel**.com - 6k - Cached - More from this site

45. **T&L Golf Marketplace | Travel + Leisure Golf**
Golf lifestyle, **travel**, equipment guides and course reviews. ... Try 2 Risk Free Issues. Give the
Gift of **Travel** + Leisure Golf. Customer Service. Home ...
www.**travel**andleisure.com/tlgolf/marketplace - More from this site

46. **Glamer**
Organization for senior group **travel**.
www.glamer.com - 297k - Cached - More from this site

47. **All Destinations Travel Planner: Destination Guides & Travel Planners**
Everything you need in a vacation **planner** is here. From business trips, to student **travel**, to
luxury cruises, our one-click **travel** guide provides complete details.
www.verinav.com - 80k - Cached - More from this site

48. **Christian Travel Planners**
... **Travel Planners** have had the privilege of providing quality Christian ... Christian **Travel**
**Planners** is taking that admonition seriously and is offering a ...
www.christian**travelplanners**.com - 8k - Cached - More from this site

49. **Gwin's Travel Planners | Company Profile**
Profile Price: $29.95 | Company Name: Gwin's **Travel Planners** | Revenue, executive contact
info, subsidiaries, news & more. Access all 500K companies $49.95/month.
goliath.ecnext.com/comsite5/bin/comsite5.pl?page=comp_int&... - More from this site

50. **Spain and Portugal - Iberia - Travel Planners and Tourism Information**
Spain and Portugal make up the Iberian peninsula. ... European Vacation Planning Map Europe
**Travel** 101 - Before you Go European ...
goeurope.about.com/od/spainandportugal/Spain_and_Portugal_Iberia_**Travel_Planners**... -
21k - Cached - More from this site

- **Discount Travel Deals at Bookingbuddy**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.
- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev   **1   2   3   4   5   6   7   8   9   10**   Next

travel planners                              [ Search ]

---

**SPONSOR RESULTS**

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Find Travel Planner at Smarter.com**
Compare prices on travel planner at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel** planner at SHOP.COM.
www.SHOP.com

**See your message here...**

**SPONSOR RESULTS**

Search Faster - Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results     Page 1 of 2

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 8 of 67

Yahoo!   My Yahoo!   Mail    Welcome, **Guest** [Sign In]         Help

**YAHOO!** SEARCH

     **Web** | Images | Video | Local | Shopping | **more »**

travel planners    [ Search ]   Advanced Search

## Search Results

51 - 60 of about 10,500,000 for **travel planners** - 0.14 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS

- **Last Minute Travel Deals**
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.

- **Panama Immigration & Residency Visas**
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency Visas for Less.

51. **Lancaster County, The Heart of Pennsylvania Dutch Country. View My ...**
   The PA Dutch Country **Travel Planner** is an interactive tool that can help you ... Group Tours Meeting **Planners** Press Room. Our World. Events. Things to Do. Dining ...
   paдutchcountry.com/**travel_planner**/view_my_travel_plan.asp?... - 29k - Cached - More from this site

52. **Austria Travel Guide - Travel Information for Austria**
   ... **planners**, city guides, weather information and general information on tourism in ... European Vacation Planning Map Europe **Travel** 101 - Before you Go European ...
   goeurope.about.com/od/austria/Austria_**Travel_Planners**_and_Tourism_I... - 18k - Cached - More from this site

53. **Travel In Washington**
   Comprehensive lodging & **travel** information for Washington State. Come stay, play, shop and dine in this fantastic Evergreen State.
   www.**travel**-in-wa.com - 51k - Cached - More from this site

54. **Alexander Travel, an affiliate of Travel Planners Intl. & My Honeymoon ...**
   Here is some of what you'll discover at Alexander **Travel**: ... **travel** memories with friend and family who couldn't be there! ...
   www.alexander**travel**.com - 21k - Cached - More from this site

55. **Welcome to Travel Planners Online**
   CLICK HERE. Welcome to **TRAVEL PLANNERS**. Since 1979, we have taken pride in ... Cruise Line International Association and members of Signature **Travel** Network. ...
   www.**travelplanners**online.net - 13k - Cached - More from this site

56. **Travel planner-full**
   ... with a trip **planner** that produces efficient **travel** itineraries for them. ... is also one of the first **travel planners** that bring the user into the itinerary ...
   www.path.berkeley.edu/PATH/Research/Featured/0799/Default.htm - 7k - Cached - More from this site

57. **CTP Travel Services - Event Planners**
   **Travel** CTP - Corporate **Travel Planners** is an innovative **travel** management company dedicated to consistently exceeding customer expecations through quality services.
   www.ctp**travel**services.com/event_**planners**.asp - 18k - Cached - More from this site

58. **Squire Travel Agency, Inc.**
   Family-owned **travel** agency services include arrangements for ... Squire **Travel Planners** · 203-238-1251. Home. About Us. Testimonials. Vacation Club. Contact Us ...
   Squire **Travel Planners** near you
   www.squire**travel**.com - 19k - Cached - More from this site

59. **PBS Online - Travel Planner**
   **Travel Planner**. Planning a trip to a "Weekend Explorer" destination? ... The "**Travel Planners**" are full of information you will need including contact ...
   www.pbs.org/weekendexplorer/**travel_planner**/index.htm - 19k - Cached - More from this site

60. **Business Travel News Magazine - Corporate Business Travel News - BTN**
   Business **Travel** News Magazine - BTN Online is a one-stop resource, delivering news and research to corporate **travel planners**. ... **Travel** Management Services ...
   btnmag.com - 48k - Cached - More from this site

- **Grapheety - Find Places**
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.

- **Hot Travel Deals on Sale**
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev   1   2   3   4   5   **6**   7   8   9   10   **Next**

SPONSOR RESULTS

**Grapheety - Find Places**
See what happened there last night. Tell the good stories tomorrow.
www.grapheety.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel** planner at SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and Travel**
Get big savings on hotels, air/hotel packages, car rentals and more.
Travel-N-Save.com

**Lake Tahoe Travel Planner - Click Here**
Where to stay or play, guides to recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on Cataloglink**
Find a **travel planner** on CatalogLink.
www.CatalogLink.com

See your message here...

travel planners                                    [ Search ]

---

Search Faster - Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [Search]    Advanced Search

**Search Results**

61 - 70 of about 10,500,000 for **travel planners** - 0.12 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    More...

SPONSOR RESULTS

- **A Travel Planner**
  www.SHOP.com - Buy a **Travel** planner at SHOP.COM.
- **Big Discounts On Hotels and Travel**
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.

61. **Holidays in India, Indian Travel Tour Agency, Indian Holiday Tours ...**
Leading Indian **travel** and tour agency offering Indian holiday packages, beach ... **Travel Planners** is a leading Indian **travel** and tour agency offering holiday ...
www.**travel**oline.com - 43k - Cached - More from this site

62. **Oahu Travel Planners - Vacations, Weddings and Honeymoons on the ...**
Oahu **Planner**. Oahu **Travel Planners** partners with Tourtalk Oahu! Oahu **Travel Planners** is one of the few companies on the mainland where you can ...
www.oahu-**travel-planners**.com - 38k - Cached - More from this site

63. **Travel Planners**
... Adventure Vacation's Commercial Members who provid **travel** planning services. ... Company Search: Using A Professional **Travel Planner**. The following is a list of ...
www.adventurevacation.com/pages/**travel**_planners.php - 13k - Cached - More from this site

64. **CTP Travel Services - Corporate Travel, Events, Incentives, San Antonio ...**
**Travel** CTP - Corporate **Travel Planners** is an innovative **travel** management company dedicated to consistently exceeding customer expectations through quality services.
www.**travel**ctp.com - 9k - Cached - More from this site

65. **Beach Travel Planner - SE Asia for Visitors**
Planning your trip to the beach, from your About.com guide ... SE Asia for Visitors Beach **Travel Planner** - SE Asia for Visitors Ubud: Bali's ...
goasia.about.com/library/blbeach**planner**.htm?terms=Travel+Planners+Inc - 24k - Cached - More from this site

66. **European Travel Specialists**
... source of information for **travel** to Ireland, England and Scotland. ... The EuropeTravel **Planners** at Saizan's **Travel** are here to help you find the perfect trip. ...
www.ireland**travelplanners**.com - 72k - Cached - More from this site

67. **A to Z Travel Planners, Inc.**
A to Z **Travel Planners**, Inc. is solely owned and operated. ... A to Z **Travel Planners** / Vacations and Cruises. 9am to 500pm M-F; Sat./Sun by appointment ...
www.**travel**planners.com/about_us.htm - 4k - Cached - More from this site

68. **Travel Planners - Home**
Travelplanners can help you design the perfect vacation. ... Contact Us. **Travel Planners**. 215-256-4128. Copyright 2007. All Rights Reserved. ...
www.**travel**planners.net - 11k - Cached - More from this site

69. **Travel**
... **travel** guide for 16 countries in Western Europe that includes a route **planner**, ... sites in this section emphasize trip **planners**, package deals and **travel** tips. ...
library.albany.edu/reference/**travel**.html - 27k - Cached - More from this site

70. **CaribbeanTravel.com - 32 Caribbean Destinations and Hotels are just a ...**
CaribbeanTravel.com - 32 Caribbean Destinations and Hotels are just a click away. ... Contact Us : Advertisers : **Travel** Agents : Meeting **Planners** ...
www.caribbean**travel**.com - 37k - Cached - More from this site

- **Lake Tahoe Travel Planner - Click Here**
  www.tahoevacationguide.com - Where to stay or play, guides to recreation, skiing and casinos.
- **Make 2007 Clutter-Free**
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance, it's simple.

Also try: **corporate travel planners**, **national travel planners**    More...

SPONSOR RESULTS

**Lake Tahoe Travel Planner - Click Here**
Where to stay or play, guides to recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on Cataloglink**
Find a travel planner on CatalogLink.
www.CatalogLink.com

**Cheap Tickets**
The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.
www.CheapTickets.com

**Travel Planner**
Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube System? Plan all your UK **travel** here.
VisitBritain.us

**Travel Planner Prices**
Compare Prices for Computers, MP3 Players, Phones & More Electronics.
www.NexTag.com/electronics

See your message here...

SPONSOR RESULTS

Also try: **corporate travel planners**, **national travel planners**    More...

Prev    2  3  4  5  6  **7**  8  9  10  11    Next

travel planners    [Search]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

Yahoo! | My Yahoo! | Mail     Welcome, **Guest** [Sign In]                                                          Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                    [ Search ]  Advanced Search

**Search Results**                                           71 - 80 of about 10,500,000 for **travel planners** - 0.42 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **Live Search Maps: Trip Planner**
  **Maps.Live.com** - Get maps, directions, traffic updates, local search and more.

- **Disney Cruise Vacation Planning DVD**
  www.**disneycruiseline.com** - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

71. **CaribbeanTravel.com - 32 Caribbean Destinations and Hotels are just a ...**
CaribbeanTravel.com - 32 Caribbean Destinations and Hotels are just a click away. ... Contact Us : Advertisers : **Travel** Agents : Meeting **Planners** ...
www.**caribbeantravel.com** - 37k - Cached - More from this site

72. **EventPlanner.com - your online meeting, event and travel planning resource.**
... as well as the business and leisure **travel** industry since it's inception in 1994. ... meeting **planners** | wedding **planners** | **travel** agencies | destination managers ...
**eventplanner.com** - 24k - Cached - More from this site

73. **Amazon.com: Travel Planner & Journal: Books: RoseMary,Tony Pinson**
Amazon.com: **Travel Planner** & Journal: Books: RoseMary,Tony ... **Travel Planners** (Planning) Vacations. i.e., each book must be in subject 1 AND subject 2 AND ...
www.**amazon.com**/Travel-**Planner**-Journal-RoseMary/dp/0966791819 - 113k - Cached - More from this site

74. **Global Travel**
... **Travel Planners** is a locally owned and operated full service **travel** ... or an extended vacation, Global **Travel Planners** can take care of every detail. ...
**Global Travel Planners** near you
www.**globaltravelplanners.net** - 11k - Cached - More from this site

75. **TIA - Executive Summaries - E-Travel Consumers**
Online leisure **travel planners**, or E-**travel** consumers, are likely to be quite ... Today, four in ten online **travel planners** are women. ...
www.**tia.org**/researchpubs/executive_summaries_e_**travel**.html - 36k - Cached - More from this site

76. **Maine Tourism Association - Maine vacation travel and tourism, lodging ...**
Official Maine **travel** information: beaches, hotels, shopping, restaurants, white water rafting, fall foliage, snowmobiling, campgrounds, events, more
**mainetourism.com** - 25k - Cached - More from this site

77. **Gwin's Travel Planners**
Gwin's **Travel Planners**. 314-822-1958. Applicable for awarded CLINs 1 - 52. unit of issue ... Gwin's will provide travel management services from locations ...
**fss.gsa.gov**/tmcservices/procurement/.../gwins_**travel_planners**_vas.htm - 10k - Cached - More from this site

78. **GO AWAY!!! (but see us first!)**
**Travel** agency: specialties are leisure **travel**, honeymoons, romantic getaways, ... **Travel Planners** has been awarded "Best of the Best" by Sandals Resorts for top ...
www.**travelpi.com** - 19k - Cached - More from this site

79. **Canadian Rockies**
Tourism and convention information for Banff, Lake Louise, Canmore, and the National Parks in the Canadian Rockies.
www.**canadianrockies.net** - 29k - Cached - More from this site

80. **Miami Meetings & Planning Guide - Miami Conferences, Meetings & More**
Meeting **Planners**. **Travel** Professional. Members. Press. What's New. CALENDAR ... Materials Sample Itineraries Order **Travel Planner** Request Assistance Online Tool ...
www.**gmcvb.com**/Travel/Index.asp?Nav1=3&Nav2=&Nav3=&Nav4=&Nav5= - 30k - Cached - More from this site

SPONSOR RESULTS

- **Corporate Travel Manager**
  www.**amtrav.com** - Lower your costs with our proven approach to corporate **Travel** planning.

- **Travel Planner**
  travel.yahoo.com - See Photos, Maps & Candid Reviews Save up to 70% at Yahoo **Travel**.

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

**Corporate Travel Manager**
Lower your costs with our proven approach to corporate **Travel**...
www.**amtrav.com**

**Travel Planner**
See Photos, Maps & Candid Reviews Save up to 70% at Yahoo **Travel**.
travel.yahoo.com

**What Are You Waiting For?**
Find the trip of a lifetime. Top 25 Amazing adventures of 2007.
www.**away.com**

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.**VideoProfessor.com**

**Travel Planner**
Save on PDAs. Compare products, prices & stores.
www.**Dealtime.com**/PDAs

**Travel Planner**
Save on PDAs. Compare products, prices & stores.
www.**Shopping.com**/PDAs

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.**BookingBuddy.com**

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.**panama-offshore-services.com**

See your message here...

Case 1:07-cv-03119-GBD      Document 7-3      Filed 06/25/2007      Page 12 of 67

travel planners                                          Search

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 13 of 67

Yahoo! | My Yahoo! | Mail    Welcome, **Guest** [Sign In]                                          Help

**YAHOO!** SEARCH

| | **Web** | Images | Video | Local | Shopping | **more »** | | |

travel planners                    [ Search ]    Advanced Search

**Search Results**                    81 - 90 of about 10,500,000 for **travel planners** · 0.13 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    More...

- **Travel Planner**
  www.Shopping.com/PDAs - Save on PDAs. Compare products, prices & stores.

- **Travel Planner**
  www.Dealtime.com/PDAs - Save on PDAs. Compare products, prices & stores.

81. **Cruceros , Crucero, Ofertas de Cruceros, Cruceros desde Puerto Rico ...** -
Translate this page
www.micrucero.com - 127k - Cached - More from this site

82. **Article | Corporate Travel Planners Handle Challenges with Aplomb. .**
Price: $4.95 | Excerpt: "SARS. The war in Iraq. Terrorist threats. A sluggish economy. Online
booking. Videoconferencing. All have wreaked havoc on corporate **travel**...
goliath.ecnext.com/comsite5/bin/comsite5.pl?page=description&... - More from this site

83. **Yahoo! Search Blog: Plan a Trip in a Single Search with Yahoo! Travel ...**
Trip **Planner** is a new tool that helps you organize your travel research from Yahoo! ... set out
to build something to aid the **travel planners** just like us. ...
www.ysearchblog.com/archives/000203.html - 29k - Cached - More from this site

84. **Great Getaways - Travel Planners**
**Travel Planners** from Great Getaways Television Program hosted by Tom O'Boyle depicted
**travel** destinations in Michigan, ... Schedule. **Travel Planner**. Viewer Mail ...
www.greatgetaways.tv/**travelplanner**.html - 19k - Cached - More from this site

85. **Dutchess County Tourism - Group Tours**
Destination Dutchess. **Travel** Trade/**Travel Planners**. Looking for help putting ... Tourism site
designed specifically for the **Travel** Trade and **Travel Planners**. ...
www.dutchesstourism.com/grouptours.asp - 11k - Cached - More from this site

86. **Intellicast.com - Travel Planners - United States**
The Authority in Expert Weather. Get free, 24X7 weather brought to you by WSI - the source for
weather the FAA, hundreds of TV stations, and the nation's top airlines.
www.intellicast.com/**Travel**/standard_index.html - More from this site

87. **Travel Agents Tips from Condé Nast Traveler: Concierge.com**
... Traveler, the best resource for **travel** information, including maps and photos, ... Your **travel
planner** will be far happier to solve a problem midtrip than to first ...
www.concierge.com/cn**travel**er/**travel**agentfinder/tips - 79k - Cached - More from this site

88. **Welcome to Ontime Travel Planners**
India is the land of myth, mystery and magic.
www.**travel**ontime.net - 12k - Cached - More from this site

89. **Cruise Planners - Home**
... have sailed the seven seas, Cruise **Planners** strives to exceed your expectations! ...
EXCLUSIVE CRUISE PLANNERS FLA SPECIALS! GETTING THE MOST FROM YOUR
**TRAVEL PLANNER** ...
floridacruise**planners**.com - 45k - Cached - More from this site

90. **Travel Planners, Travel Resources-Grouptraveldirectory.com**
Online **travel** resources for **travel planners**, **travel** organizers, group leaders for group **travel**,
group cruise **travel** ... Tools for **Travel Planners** ...
www.group**travel**directory.com/tools.html - 30k - Cached - More from this site

- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.

- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

Also try: **corporate travel planners**, **national travel planners**    More...

Prev    4  5  6  7  8  **9**  10  11  12  13    Next

travel planners                    [ Search ]

Search Faster – Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

**SPONSOR RESULTS**

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and
flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning
Traveler! Find your trip today.
www.away.com

**Travelzoo®: Travel Planner**
Save Time And Money - Use The
Airfare Search Engine at Travelzoo.
www.travelzoo.com

**Discount Travel Deals at
Bookingbuddy**
Compare cheap **travel** fares from
all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K
Over & Over**
Discover Massive Financial Futures
and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &
Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

See your message here...

**SPONSOR RESULTS**

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners    [Search]    Advanced Search

**Search Results**

91 - 100 of about 10,500,000 for **travel planners** · 0.23 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **Travel Planner**
  www.travelzoo.com - Get a Great Deal On Your Fare By Comparing Multiple Websites.

- **What Are You Waiting For?**
  www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.

91. **Lafayette Travel**
Specializing in leisure **travel**, custom groups, pre-packaged tours, cruises, honeymoons, and more.
www.group**travel**.net - 21k - Cached - More from this site

92. **Intellicast.com - Travel Delays - United States**
The Authority in Expert Weather. Get free, 24X7 weather brought to you by WSI - the source for weather ... Home " **Planners** " **Travel** " **Travel** Delays. Loading...
intellicast.com/IcastPage/LoadPage.aspx?loc=usa&...&prodnav=d1_00 - 86k - Cached - More from this site

93. **Wailea Travel Inc.**
Wailea **Travel**- Maui **Travel** **Planners**. ... **Travel** Reviews & Tips. Send Page To a Friend. Contact Us. Home ... when planning to **travel** to Hawaii for your ...
www.wailea**travel**.com - 21k - Cached - More from this site

94. **ViaMichelin: street map, maps, map UK, route finder, route planner ...**
Discover our special tools: prepare your **travel** with our route **planner** and finder. Find the shortest directions by creating your detailed road / route map - street map, ...
www.viamichelin.com/viamichelin/gbr/dyn/controller/HomePage - 22k - Cached - More from this site

95. **New York City Travel Itineraries: NYC Day to Day Planners**
These **travel** itineraries will make your job easier, including ... New York City Free New York City **Travel** Planner One Day Tour of New York City ...
gonyc.about.com/od/.../New_York_City_Travel_Itineraries.htm - 20k - Cached - More from this site

96. **Australia Travel Planners - nOZ Tours**
**Travel** planner offering a planning and advisory service to devise a personalized ... nOZTravel Australia **travel** **planners** can help. ...
www.noztours.com.au - 8k - Cached - More from this site

97. **Jasons Travel Media**
... Pacific Islands tourism & **travel** information - accommodation, transport, ... Free **Travel** Guides. International Airlines. NZ **Travel** **Planners**. Jasons Explore! ...
www.jasons.com - 28k - Cached - More from this site

98. **Travel with Yankee Travel**
... you **travel**, you know how valuable a really good **travel** planner can be ... Yankee **Travel** – a friendly, knowledgeable group of professional **travel** planners. ...
yankee**travel**.com - 23k - Cached - More from this site

99. **Welcome to Travel Planners!**
... Married in Jamaica. **Travel** **Planners** Newsletter. **Travel** Tips ... Hello and Welcome to **Travel** **Planners** (Ja.) Ltd. ... Copyright 2004, **Travel** **Planners**, Ltd. ...
travelplannersja.com - 8k - Cached - More from this site

100. **vermont vacation travel planner - lodging, attractions, restaurants ...**
vermont vacation **travel** planner - plan your trip day by day, hour by hour. ... **travel** expert, please feel free to contact one of our Professional **Travel** **Planners**. ...
www.vermontvacation**planner**.com - 24k - Cached - More from this site

- **Discount Travel Deals at Bookingbuddy**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel** **planner**.

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel** **planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel** **planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel** planner at SHOP.COM.
www.SHOP.com

See your message here...

SPONSOR RESULTS

Prev    5  6  7  8  9  10  11  12  13  14    Next

travel planners    [Search]

Still searching? Get answers quickly on Yahoo! Answers

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

Yahoo!    My Yahoo!    Mail    Welcome, Guest [Sign In]                                                          Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                    [Search]    Advanced Search

**Search Results**                                    101 - 110 of about 10,500,000 for **travel planners** · 0.21 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **Last Minute Travel Deals**
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.

- **Panama Immigration & Residency Visas**
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency Visas for Less.

101. **Web attracts travel planners at beginning of the year**
Published since 1997, HOTELMARKETING.COM is the Internet hotel marketing magazine for hotel marketers, hoteliers and online **travel** marketers.
hotelmarketing.com/index.php/article/070305_web_attracts_**travel_planners**... - 24k - Cached - More from this site

102. **New York Welcomes You**
Vacation planning **travel** guide to New York, featuring businesses, museums, hotels, restaurants, retail stores, theaters, tourism services, and attractions.
www.nywelcomesyou.com - 36k - Cached - More from this site

103. **Free Nevada Travel Planners**
... free Nevada **travel planners** by mail, thanks to our local **travel** board affiliates. ... and enter your address to receive FREE colorful **travel planners** in the mail. ...
www.go-nevada.com/**travel**/free-**travel-planners**.cfm - 32k - Cached - More from this site

104. **National Geographic Destinations Travel Guide: U.S., Canada**
Reliable **travel** info on U.S and Canada hot spots--city and park highlights, driving and walking tours, photos, bird-watching tips, links, maps, more.
www.nationalgeographic.com/destinations - 23k - Cached - More from this site

105. **MPI: Meeting Buyers Expect Expenses To Expand**
... latest airline news and information necessary for corporate **travel** professionals. ... predicted for this year isn't encouraging **planners**, according to the survey. ...
btnmag.com/business**travel**news/headlines/frontpage_display.jsp?... - 35k - Cached - More from this site

106. **New Millennium Tours**
New Millennium Tours, Inc. specializes in **travel** to the South Pacific islands of ... Tahiti **Travel Planners** - **Travel** information and expertise for planning the ...
www.millenniumtours.com - 4k - Cached - More from this site

107. **Group travel Planners, Group Travel Suppliers, Family Reunions, Sports ...**
... for group **travel** tours with Group **Travel Planners**, Group **Travel** Suppliers. ... **Travel** Directoryclick here, or for a copy of our complete media **planner** for ...
www.group**travel**directory.com/about.html - 28k - Cached - More from this site

108. **Nomad Travel Planners, Inc.**
**Travel**/treks to Mongolia and the Russia Far East, China and Tibet, Vietnam, South America, Southern Africa, and Mexico.
www.nomad-**travel**.com - 27k - Cached - More from this site

109. **Sacramento Convention & Visitors Bureau**
Official tourist guide to Sacramento. Includes visitor's information, meeting and convention resources, a calendar of events, and more.
www.sacramentocvb.org - 26k - Cached - More from this site

110. **Travel Planners International.com**
**Travel Planners** International (TPI) has a Proof of Citizenship and Proof of ... be 2 separate charges, one from the supplier and one from **Travel Planners** Int. ...
www.**travel**agentfromhome.com/faqs.htm - 75k - Cached - More from this site

- **Grapheety - Find Places**
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.

- **Hot Travel Deals on Sale**
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

SPONSOR RESULTS

**Grapheety - Find Places**
See what happened there last night. Tell the good stories tomorrow.
www.grapheety.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel planner** at SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and Travel**
Get big savings on hotels, air/hotel packages, car rentals and more.
Travel-N-Save.com

**Lake Tahoe Travel Planner - Click Here**
Where to stay or play, guides to recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on Cataloglink**
Find a **travel planner** on CatalogLink.
www.CatalogLink.com

**See your message here...**

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    6  7  8  9  10  **11**  12  13  14  15    Next

travel planners                    [Search]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! | My Yahoo! | Mail      Welcome, **Guest** [Sign In]                                                  Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                           Search    Advanced Search

**Search Results**                                     111 - 120 of about 10,500,000 for **travel planners** - 0.14 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**      More...

SPONSOR RESULTS

- A **Travel Planner**
  www.SHOP.com - Buy a **Travel planner** at SHOP.COM.

- Big Discounts On Hotels and **Travel**
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.

111. France and Paris in August **Travel** and Vacation **Planner**
     August is normally a great vacation month, but in France (and ... More **Travel** Calendars and
     Monthly **Planners**. August in Italy August in Spain August in London ...
     gofrance.about.com/od/holidayevents/a/franceinaugust.htm - 27k - Cached - More from this
     site

112. Leisure Group **Travel** Magazine, Group **Travel Planners**, Group **Travel** ...
     ... Group **Travel** Magazine for Group **Travel Planners**, Group **Travel** Agency, religious ... If you
     are an active group **travel planner**, you don't want to miss it! ...
     www.leisuregrouptravel.com/subscribe.php - 33k - Cached - More from this site

113. **Travel** with a Challenge - Links Directory
     **Travel** with a Challenge web magazine's richly illustrated advertising directory of tour operators
     and **travel planners** around the world, suitable for senior ...
     www.travelwithachallenge.com/Links-Tour-Operators-and-**Planners**.htm - 72k - Cached - More
     from this site

114. **Travel** & Lodging
     **Travel Planners** is ASCD's official lodging partner for the 2007 Annual ... lodging and make
     your reservations today on the **Travel Planners** Web site. ...
     ascd.org/portal/site/ascd?ascdnavitem=/.../**Travel** & Lodging - 51k - Cached - More from this
     site

115. TravelTex - **Travel** Guide
     The Texas State **Travel** Guide is a 264-page, full-color guide jam-packed with ... Media Meeting
     **Planners** Accessibility Privacy & Security Contact Us FAQs Links ...
     www.travel**tex**.com/**travel**guide/Order.aspx - 8k - Cached - More from this site

116. Vietnam **Travel**,Vietnam Hotel,Vietnam Tour,Vietnam Resort,Vietnam Car ...
     Vietnam **Travel** Vietnam Hotel Vietnam Tour Vietnam Resort Vietnam Car ... Wedding
     coordinators and day **planners** that are based in Phoenix, Scottsdale, and ...
     www.travel**s**vietnam.com - 129k - Cached - More from this site

117. kevinandsuetravel.com
     Thank you for listening to the **Travel Planners** show and be sure to tell yout ... Kevin and Sue
     McCarthy are the hosts of the **Travel Planners** show. ...
     www.kevinandsue**travel**.com/kevinandsue**travel**.htm - 7k - Cached - More from this site

118. The Premiere **Travel** Group comprising UNIGLOBE Premiere **Travel**
     **Planners** ...
     ... **Travel** Group is an award winning **travel** service company with **travel** agency ... Convention
     **Planners** International ... **Planners** International has been helping ...
     premieregroup.com/index.html - 34k - Cached - More from this site

119. Free Arizona **Travel Planners**
     ... Arizona **travel planners** by mail, thanks to our local **travel** board affiliates. ... and enter your
     address to receive FREE colorful **travel planners** in the mail. ...
     www.go-arizona.com/**travel**/free-**travel**-planners.cfm - 47k - Cached - More from this site

120. Online **Travel** Planning, Booking Continue to Rise
     ... percent from 29 million in 1996 to 85 million in 1999, according to a report by the **Travel**
     Industry Association of America. ... online **travel planners** nothing ...
     www.clickz.com/showPage.html?page=304111 - 33k - Cached - More from this site

SPONSOR RESULTS

- Lake Tahoe **Travel Planner** - Click Here
  www.tahoevacationguide.com - Where to stay or play, guides to recreation, skiing and casinos.

- Make 2007 Clutter-Free
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance,
  it's simple.

Also try: corporate **travel planners**, national **travel planners**      More...

Prev    **7  8  9  10  11  12  13  14  15  16**    Next

SPONSOR RESULTS

Lake Tahoe **Travel Planner** -
Click Here
Where to stay or play, guides to
recreation, skiing and casinos....
www.tahoevacationguide.com

Make 2007 Clutter-Free
Your personalized program is here
- With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

A **Travel Planner** on
Cataloglink
Find a **travel planner** on
CatalogLink.
www.CatalogLink.com

Cheap Tickets
The Refreshingly Simple, Low
Priced Way To **Travel** - Save Now.
www.CheapTickets.com

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK **travel**
here.
VisitBritain.us

**Travel Planner** Prices
Compare Prices for Hot Products.
Read Buyer Reviews & Store
Ratings.
www.NexTag.com/electronics

See your message here...

travel planners - Yahoo! Search Results                                                                Page 2 of 2

Case 1:07-cv-03119-GBD        Document 7-3        Filed 06/25/2007        Page 17 of 67

travel planners                                            Search

Search Faster  -Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 18 of 67

Yahoo!  My Yahoo!  Mail   Welcome, Guest [Sign In]                                                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                                      [Search]   Advanced Search

**Search Results**                          121 - 130 of about 10,500,000 for **travel planners** · 0.14 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS                 SPONSOR RESULTS

- **A Travel Planner on Cataloglink**
  www.CatalogLink.com - Find a travel **planner** on CatalogLink.

- **Cheap Tickets**
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To Travel - Save Now.

121. **Alaska Internet Travel Guide -- Alaska Travel Planners**
Anything and everything you want to do in Alaska can be arranged by following these links. ...
Kenai Peninsula | Alaska Travel | South Central ...
www.alaskaone.com/**travel**/agtmenu.html - 8k - Cached - More from this site

122. **Virgin Islands Travel Planners Virgin Islands Travel Consultants ...**
Blue Horizon **Travel** & Yacht Charters are Virgin Islands **Travel** Specialists that offers the very
best in vacation planning and private yacht charters.
www.bluehorizon.net/**travel**.htm - 18k - Cached - More from this site

123. **Custom Accessible Travel**
Custom accessible **travel** planning for the mature traveler, senior traveler, ... project managers,
building contractors, event **planners**, or a wedding **planner**. ...
www.disability**travel**.com/independent/accessible-**travel**-planning.htm - 33k - Cached - More
from this site

124. **Brace Yourself for Singapore's First Reality Travel Challenge!**
The OAG **Travel Planner** Challenge to attract participation from 18 countries across the region.
... travellers and **travel planners** demand flexibility and ...
oag.com/oag/website/com/OAG+Data/News/Press+Room/...+Singapore+360506 - 27k -
Cached - More from this site

125. **Grand Travel Planners, Chandigarh, India**
... Kapur and Kanwal Jit Singh entered the world of **travel** and tourism. ... tangible form in
Grand **Travel Planners** - the **travel** agency that they founded in ...
www.grand**travelplanners**.com/aboutus.htm - 6k - Cached - More from this site

126. **Corporate Travel Planners**
To arrange for a corporate **travel** account for your company, please call the ... Sales Office or
complete the online Corporate **Travel** Request for Proposal. ...
www.silvercloud.com/corp_**travelplanners**.htm - 4k - Cached - More from this site

127. **Travel and Tourism Marketing, Travel Guide Online, Leisure Group Trips ...**
Tourism Marketing, We are Group **Travel Planners** and provide **Travel** and Tourism Marketing
Services, we deal in Tourism Destination Marketing, journal of Leisure Group ...
www.premiertourismmarketing.com - 21k - Cached - More from this site

128. **Eagle Travel planners -home**
Independent **travel** agents in southwest wisconsin ... **Travel** Opinions. Links. Contact Us.
Welcome to the Eagle **Travel Planners** Website ...
www.eagle**travelplanners**.com - 14k - Cached - More from this site

129. **Vermont Travel Planner - Search Results**
Found 27 Recreation Results in Killington/Crossroads of ... Since 1975, Vermont's premier
vacation **planners** - experience Vermont inn to inn. Forest Dale ...
**travel**-vermont.com/TravelPlanner/...&catID=5&regionID=59&townID=319 - 62k - Cached -
More from this site

130. **Services for Travel Planners**
... Fundy & Acadia business and leisure **travel** groups and tour operators with full ... no risk of
cancellation, and Aquila offers commissions to **travel planners**. ...
www.canadaquest.org - 14k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.

- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.

Also try: corporate **travel planners**, national **travel planners**   More...

**Prev**   8  9  10  11  12  **13**  14  15  16  17   **Next**

travel planners                           [Search]

**SPONSOR RESULTS**

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK travel
here.
VisitBritain.us

**Travel Planner Prices**
Compare Prices for Hot Products.
Read Buyer Reviews & Store
Ratings.
www.NexTag.com/electronics

**Free Travel Guides**
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and
Vacation Guide**
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Get the scoop from travelers who
know St. John.
www.tripadvisor.com

See your message here...

SPONSOR RESULTS

Search Faster -Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! My Yahoo! Mail    Welcome, **Guest** [Sign In]                                    Help

**YAHOO!** SEARCH

| | **Web** | Images | Video | Local | Shopping | **more »**
travel planners                                      [ Search ]  Advanced Search

**Search Results**                                     131 - 140 of about 10,500,000 for **travel planners** - 0.13 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    **More...**

- **Travel Planner**
  VisitBritain.us - Travelling on London's Tube System? Plan all your UK **travel** here.

- **Travel Planner Prices**
  www.NexTag.com/electronics - Compare Prices incl Tax & Shipping. See Product Pics, Specs & Reviews.

131. **Vermont Travel Planner - Search Results**
Found 27 Recreation Results in Tinmouth/Crossroads of ... Since 1975, Vermont's premier vacation **planners** - experience Vermont inn to inn. Forest Dale ...
**travel**-vermont.com/TravelPlanner/...&catId=5&regionId=59&townId=614 - 62k - Cached - More from this site

132. **Free Utah Travel Planners**
... free Utah **travel planners** by mail, thanks to our local **travel** board affiliates. ... and enter your address to receive FREE colorful **travel planners** in the mail. ...
www.go-utah.com/**travel**/free-**travel**-**planners**.cfm - 48k - Cached - More from this site

133. **Travel Tips from Travel Talk Radio**
Sandy Dhuyvetter presents **Travel** Talk News and **Travel** Talk Radio ONLINE Worldwide ... all types of group **travel planners**, while providing suppliers (hotels, ...
www.**travel**talkradio.com/group**travel**planet.html - 20k - Cached - More from this site

134. **Idaho's Vacation Travel Website**
Our **travel** guide and vacation **planner** includes hundreds of pictures, maps, trails, etc. ... FREE Idaho **Travel Planners** - Great info by mail. Year-Round ...
www.go-idaho.com - 20k - Cached - More from this site

135. **Lorry Patton's Travel Tips 'n' Tales**
For the consumer and the **travel** industry offering useful **travel** tips, news, addresses and world destination features.
lorrypatton.com - 30k - Cached - More from this site

136. **InfoStarbase - Travel Planner**
InfoStarBase - **Travel** Section - Our Walt Disney **Planner** for money ... Our **Travel Planners**: Our Walt Disney World **Planner**. Our Henry County, GA **Travel** Site ...
www.infostarbase.com/**travel**.html - 31k - Cached - More from this site

137. **Travel Professional Resources**
Meeting **Planners**. Industry Fact Sheets | Instant RFP | Convention Calendar ... Request a free Greater Cleveland **Travel Planner**. ...
www.**travel**cleveland.com/group_**travel**/**travel**_professionals - 37k - Cached - More from this site

138. **Key West travel and vacation planners**
www.keywest.com Key West Paradise is your Premier **Travel** Guide to Key West Florida. ... **Travel Planners** in Key West. C KEY WEST. VISITOR FUN PACK. Where To Stay ...
www.keywest.com/**travel**.html - 19k - Cached - More from this site

139. **Taking your Meeting to the next**
**Travel Planners**, Inc. 7550 ih 10 west, suite 1300 san antonio, Texas, 78229. Taking your Meeting to the next level www.tpires.com. **Travel Planners**, Inc. ...
www.tpires.com - 10k - Cached - More from this site

140. **National Geographic Traveler Magazine Online**
Save on hotel rooms, flights, vacation packages, and more. ... Pick a book or two from our ever-expanding **travel** library. Trivia Quiz ...
nationalgeographic.com/**traveler** - 21k - Cached - More from this site

- **Free Travel Guides**
  www.100bestvacations.com - Free Vacation guides with valuable information. Easy online ordering.

- **New York Travel Tips and Vacation Guide**
  www.retentioncenter.com - Activity information & **travel** tips to plan dream New York vacation.

Also try: **corporate travel planners**, **national travel planners**    **More...**

**Prev    9   10   11   12   13   14   15   16   17   18    Next**

---

**SPONSOR RESULTS**

**Free Travel Guides**
Free Vacation guides with valuable information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and Vacation Guide**
Activity information & **travel** tips to plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection. **Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Visiting St. John? Find deals & read hotel reviews.
www.tripadvisor.com

**Travel Planning - Reviews, Photos & Gear**
Location descriptions, photos and online shopping.
www.awelltraveledpath.com

**See your message here...**

**SPONSOR RESULTS**

travel planners                                    [Search]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 2

Case 1:07-cv-03119-GBD    Document 7-3    Filed 06/25/2007    Page 21 of 67

Yahoo! | My Yahoo! | Mail    Welcome, **Guest** [Sign In]                                            Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                    [ Search ]    Advanced Search

**Search Results**                              141 - 150 of about 10,500,000 for **travel planners** - 0.16 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**, More...

SPONSOR RESULTS

- **Travel Planner**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Attractions-Activities-Events-More.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

141. **Corporate Travel Planners** joins Carlson Wagonlit **travel** network - San ...
Corporate **Travel Planners** CEO Christy Prescott says this is not a change in ownership. ... Corporate **Travel Planners** ranked No. 1 on the Business Journal's ...
bizjournals.com/sanantonio/stories/2005/11/28/daily22.html?from_rss=1 - 75k - Cached - More from this site

142. **Smart Set Travel - Your Passport to the World Since 1970**
**Travel Planner**. Price Quote. Suggestions. e-mail ... We're sure you will be impressed with the service our Vacation **Planners** can provide to you. ...
www.sstravel.com - 26k - Cached - More from this site

143. **The Greater Lansing Convention & Visitors Bureau**
The Greater Lansing Convention and Visitors Bureau (GLCVB) provides tourism ... Please look for the "Add to Itinerary" link throughout the site to compile a ...
lansing.org/itinerary/dsp_itinerary.cfm?...&topPage=**travelPlanner** - 22k - Cached - More from this site

144. **Travel Professionals - Help Us Help You!**
Find out the top reasons to visit NYC; welcome message from NYC & Company and Mayor Bloomberg. ... Order your free copy of the Official NYC **Travel Planner** 2006 ...
www.nycvisit.com/content/index.cfm?pagePkey=3 - 35k - Cached - More from this site

145. **Cyndi Recommends**
Offers **travel** consulting services and day tours for visitors to the San Francisco Bay area.
www.cyndirecommends.com - 34k - Cached - More from this site

146. **Travel Frequently Asked Questions Updated**
**Travel planners** may make reservations for travelers either by calling the TMC, ... flyer numbers and/or have your **Travel Planner** update your self-booking profile. ...
arc.publicdebt.treas.gov/fs/fstvlfaq.htm - 46k - Cached - More from this site

147. **Travel Planners**
**Travel Planners**, Inc. 7550 ih 10 west, suite 1300 san antonio, Texas, 78229 ... **Travel Planners**, Inc., 7550 IH10 West, Suite 1300, San Antonio, TX 78229 ...
www.tpires.com/contact.htm - 9k - Cached - More from this site

148. **Travel Form: Information Sheet**
... This **Travel** Request Form is for use by **Travel Planners** and Travelers. ... the **Travel Planner** may use the information to prepare the **travel** authorization. ...
www.niehs.nih.gov/omasb/**travel**/forms/**travel**rqst.htm - 22k - Cached - More from this site

149. **Flying Compass**
**Travel** magazine featuring vacation ideas, **travel** tips, and articles on major and every day destinations. Also offers **travel** experiences, reviews, **travel** deals, and ...
www.flyingcompass.com - 42k - Cached - More from this site

150. **Aloha From Maui**
Maui Visitors Bureau site providing information about Hawaiian culture, plus how to get there, where to stay, and what to do.
www.visitmaui.com - 29k - Cached - More from this site

SPONSOR RESULTS

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

- **Webtravelconsultant**
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can book yourself.

Also try: **corporate travel planners**, **national travel planners**, More...

SPONSOR RESULTS

**Moorea Hotel**
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR the best rates you can book yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -.
www.Groople.com

**Hilton Family Eadvantage**
Hilton Family eAdvantage Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel** anywhere.cFares. Great cheap airfares. Wow.
www.cfares.com

**Montana Tourism Information**
See all there is to do under the Big Sky with our **travel** guide.
www.visitmt.com

**Plan a Australian Travel**
**Travel Planner** - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

**Travel Planner**
Looking for **travel planner**? Find exactly what you want today.
www.eBay.com

See your message here...

Prev    10  11  12  13  14  **15**  16  17  18  19    Next

travel planners                              [ Search ]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD      Document 7-3      Filed 06/25/2007      Page 23 of 67

Yahoo! | My Yahoo! | Mail  Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners     [Search]    Advanced Search

**Search Results**                              151 - 160 of about 10,500,000 for travel planners · 0.13 sec. (About this page)

Also try: corporate travel planners, national travel planners  More...

SPONSOR RESULTS                    SPONSOR RESULTS

- **Montana Tourism Information**
  www.visitmt.com - See all there is to do under the Big Sky with our travel guide.

- **Plan a Australian Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier Reef, the Outback, rainforests, wildlife and Aussie culture.

151. **Group Travel Planners**
Group **Travel Planners** is a full-service, DEBT-FREE company that is dedicated to ... site developed by El2 - minneapolis web design ...
grouptravelplanners.com · 6k - Cached - More from this site

152. **Travel Insurance Services Brochure/Enrollment Form Request**
... or **Travel** Agents,or Tour Operators, or **Travel Planners**, please refer ... Group **Travel Planners**. U.S. Business Travelers & Employers ...
www.travelinsure.com/brochure.htm?32565 - 24k - Cached - More from this site

153. **CTMG Tools for Business Travel Planners: Online Reporting, Travel ...**
CTMG knows that time is of the essence for a business **travel planner**. ... As a business **travel planner**, you don't have time to search through pages upon ...
www.corptrav.com/html/html/**travel**manager.html - 12k - Cached - More from this site

154. **Independent Accessible Travel**
Accessible Journeys is a tour operator and **travel planner** for the mature traveler, slow walkers, wheelchair ... by experienced **travel planners** who know ...
www.disability**travel**.com/independent.htm - 33k - Cached - More from this site

155. **Costa Rica Expeditions - Travel Planners - Priscilla Jimenez**
... a **Travel Planner**. Today Priscilla is a Senior **Travel Planner** handling the ... by me with assistance of **travel planner**, Landscape at Sites – 10, Wildlife at ...
costaricaexpeditions.com/Aboutcre/staff/singelguide.php?id=102&ty=TTP · 29k - Cached - More from this site

156. **Transportation resources for travel planners bringing groups to ...**
... services to assist **travel** professionals with planning for ... We have combined all the transportation resources that a conference **planner** would need. ...
www.karststage.com/**travel**_professionals.php - 25k - Cached - More from this site

157. **Snowbird Travel Planner - Part 2: Where do snowbirds migrate?**
Part 2: Where do snowbirds migrate? A guide to warm weather getaways for those wishing to escape the cold of winter. ... concerts, theme parks, or **travel** shows? ...
camping.about.com/library/weekly/aa001019b.htm?terms=**Planner**+... - 27k - Cached - More from this site

158. **The Travel Planners**
THE **TRAVEL PLANNERS** with Kevin and Sue McCarthy/ Saturdays at 2:00 p.m. (U. S. ... Sue's **travel** stories--and of course, what would the **Travel Planners** be without ...
www.wgnu.net/THE**TRAVEL**planners092006.htm - 6k - Cached - More from this site

159. **Europe**
**Travel** Community Bulletin Board. Ask questions, communicate with **travel** ... Saizan's **Travel** is not responsible for the content or pictures shown on this ...
www.europe**travel**planners.com - 33k - Cached - More from this site

160. **Florida Vacation Guide - Florida for Visitors Travel Planner - Florida ...**
Florida for Visitors is your **travel** planning guide to Florida vacations - attractions, beaches and DISNEY WORLD, including information on Disney World tickets and maps.
gofloria.about.com · 41k - Cached - More from this site

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.

- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

Also try: corporate travel planners, national travel planners  More...

SPONSOR RESULTS

**Travel Planner**
Looking for **travel planner**? Find exactly what you want today.
www.eBay.com

**Travel Planner**
Plan your trip: read reviews, research destinations & get great deals.
www.mytravelguide.com

**Travel Planner at Amazon.com**
Qualified orders over $25 ship free. Millions of titles, new & used.
Amazon.com/books

**Travel Planner on Yahoo**
Featured Deals with Low Rates Attractions, Reviews & Hotel Photos.
travel.yahoo.com

**Disney Cruise Vacation Planning DVD**
Official Site. Order your Free Disney Cruise Vacation Planning DVD.
www.disneycruiseline.com

**Corporate Travel Manager**
Lower your costs with our proven approach to corporate **Travel**...
www.amtrav.com

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

See your message here...

Prev   11  12  13  14  15  **16**  17  18  19  20   Next

travel planners   [Search]

Yahoo! Answers: Search questions and answers

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                                    Help

**YAHOO!** SEARCH     Web | Images | Video | Local | Shopping | more »
                      travel planners                  [Search]    Advanced Search

**Search Results**                                            161 - 170 of about 10,500,000 for **travel planners** · 0.18 sec. (About this page)

Also try: corporate travel planners, national travel planners  More...

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.

161. **University of Texas System - Travel Management Services - Travel ...**
... and fax it to Corporate **Travel Planners** (attn: Melissa Martinez) as applicable. ... Corporate **Travel Planners** will charge a fee to issue a ticket or to exchange a ...
www.utsystem.edu/travel/agencies.htm - 14k - Cached - More from this site

162. **BestPlacesHawaii.com**
Features an Hawaii state vacation **planner** with **travel** information for all of the Islands.
www.bestplaceshawaii.com - 15k - Cached - More from this site

163. **Partners International | For Patients | Travel Planner**
FOR PATIENTS. About Partners International. For Patients. For Physicians. For **Planners** & Providers ... Telemedicine **Travel Planner** Contact Partners ...
www.partners.org/international/patients/patients_travelplanner.html - 15k - Cached - More from this site

164. **Travel & Tour Planners - Getaway4Florida.com**
you are here: home / **travel** & tour **planners**. Help Line | Request FAM Trip ... Meeting **Planner**. **Travel** Media. **Travel** & Tour **Planner**. VCB Members ...
www.getaway4florida.com/cms/d/tour_planners.php - 21k - Cached - More from this site

165. **About Travel Planners**
**Travel Planners** Inc. Honeymoon and Romantic Getaway Vacation ... **Travel Planners** is locally owned and operated. ... **Travel Planners**, Inc. 800-780-8030 ...
www.travelpi.com/949113_6182.htm - 20k - Cached - More from this site

166. **Cana Event Planning - Professional Travel Planners in Virginia - 276 ...**
Professional **Travel Planners** - **Travel** Agent Cruises & Trips, **Travel** Reservations, Vacation Packages, and more. ... Professional **Travel Planners**. 90 McAyers ...
www.respond.com/profile/1800000420/1703187 - 37k - Cached - More from this site

167. **Travel Professionals Request Form :: Contact Us**
**Travel Planners**. Offical Visitors Guides. Itineraries. Family Reunion Kits ... **Travel Planner**. Official Visitors Guide. Itineraries. Family Reunion Kit ...
www.travelcleveland.com/Contact_Us/tp_request.php - 67k - Cached - More from this site

168. **International Expeditions - World Leader in Nature Travel**
ome Explore with International Expeditions, the World Leader in Nature **Travel** ... International Expeditions' **travel planners** have more than two decades of ...
www.ietravel.com/IndependentTravel - 10k - Cached - More from this site

169. **Business Traveler News - Business Travel Information by The Travel Team**
Research **travel planners** that have expanded their traditional meeting and ... Your **travel planner** should offer leading technology solutions for event ...
www.thetravelteam.com/about/News2.html - 14k - Cached - More from this site

170. **Portage Travel Service - Since 1961**
ASEI Members **Travel** ... with our **Travel Planners**, just send us your **travel** request or you might ... to discover an amazing array of **travel** choices. ...
www.travelpts.com - 20k - Cached - More from this site

- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

- **Travel Planner**
  www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

Also try: corporate travel planners, national travel planners  More...

**Prev**  12  13  14  15  16  **17**  18  19  20  21  **Next**

travel planners                  [Search]

Search Faster - Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

---

**SPONSOR RESULTS**

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

**Travel Planner - Deals at Yahoo**
Compare Prices & Save up to 70% See Photos, Prices & Candid Reviews.
travel.yahoo.com

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**What Are You Waiting For?**
Find the trip of a lifetime. Top 25 Amazing adventures of 2007.
www.away.com

**Travel Planner**
Get a Great Deal On Your Fare By Comparing Multiple Websites.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

See your message here...

**SPONSOR RESULTS**

travel planners - Yahoo! Search Results                                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 25 of 67

Yahoo!  |  My Yahoo!  |  Mail    Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                                          [Search]   Advanced Search

**Search Results**                                    171 - 180 of about 10,500,000 for **travel planners** · 0.25 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.
- **Travel Planner**
  www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

171. **Moorea, Tahiti Vacations, Tourism & Attractions - Yahoo! Travel**
... Tahiti vacations: Find the best Moorea hotels, attractions, maps, pictures, weather, airport information, **travel** advice and more on Yahoo! **Travel**. ...
**travel**.yahoo.com/p-**travel**guide-489282-moorea_tahiti_vacations-i - More from this site

172. **FamilyFun: Family Vacation Spots (Best Family Vacations) - and More ...**
... and print free coloring pages, printable greeting cards, **travel** games & more. ... Pages - Printables for the season: Thanksgiving coloring pages and **planners**. ...
familyfun.go.com/family-**travel**/places/tool/vacationfinder_tlp - 54k - Cached - More from this site

173. **AATPA.com - Hawaii Vacation Packages - Hawaii Cruises - Hawaii Airfare ...**
Book Online Here. **Travel** Insurance. Site Map. Book Online Here. AATPA Special Links ...
www.aatpa.com - 20k - Cached - More from this site

174. **Cataract Travel Planners**
Welcome to the Cataract **Travel Planners** Web Site. ... EASTER **TRAVEL** 2008 (coming soon) NY STATE BOWLING TOURNAMENT 2007 GLENS FALLS ...
www.cataract**travel**.com - 9k - Cached - More from this site

175. **Travel Planners Canada Bus Train Tour Ski Family Vacation Hotel Package ...**
Cheap Holiday Flight in Montreal Vancouver Halifax Calgary St. Johns Last Minute Online Adventure **Travel** Agent Canadian Discount Rockies Car **Planner** ...
www.**travel**solutions.ca - 78k - Cached - More from this site

176. **Travel Resources - TravelStore**
... button, send us your inquiry, or contact a cruise vacation **planner**. ... you require our personalized services, please contact one of our **travel planners**. ...
www.**travel**storeusa.com/pages/779/Travel_Resources.htm - 26k - Cached - More from this site

177. **Jetset Albany - Your Travel Planners**
In Albany, Jetset looked after all my **travel** arrangements. ... A marvellous presentation" Mary Bryant. Albany. Your **Travel Planners** ...
www.jetsetalbany.com - 21k - Cached - More from this site

178. **Travel Planning Data for the Western Isles, Scotland by Travel Data 21**
Trip **planner** to add efficiency to your vacation and business **travel** planning and make your journey more rewarding ... to assist with **travel** planning. ...
www.**travel**data21.com/eur/uk-ie/scotland/western_isles/index.htm - 21k - Cached - More from this site

179. **Thompson Okanagan Tourism Association - Travel Planners**
The Thompson Okanagan Tourism Region has sunny, weather with sports, activities and information on ski, wine, bicycling, ... **Travel Planners** What's ...
www.totabc.com/trellis/**travel**_planners - 10k - Cached - More from this site

180. **Lake Superior Circle Tour Travel Planner**
**Travel** notes from SuperiorTrails.com, a **travel** paper for motor ... you'll have to read the our **travel planners** backwards, from the bottom of the page upwards! ...
www.superiortrails.com/**travel**/index.html - 14k - Cached - More from this site

- **Travel Planner**
  www.Dealtime.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.
- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.

Also try: corporate **travel planners**, national **travel planners**, More...

Prev   13  14  15  16  17  **18**  19  20  21  22   Next

travel planners                                          [Search]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

---

**SPONSOR RESULTS**                    **SPONSOR RESULTS**

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travel Planner**
Get a Great Deal On Your Fare By Comparing Multiple Websites.
www.travelzoo.com

**Travel Planner**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**See your message here...**

SPONSOR RESULTS

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                                                Help

**YAHOO!** SEARCH    Web | Images | Video | Local | Shopping | more »

travel planners    [Search]    Advanced Search

**Search Results**

181 - 190 of about 10,500,000 for **travel planners** · 0.20 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- **Travel Planner**
  www.travelzoo.com - Search Across Multiple Airline Sites For Low Fares.
- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

181. **Wilsons Leather - Business and Travel : Planners / Organizers**
... a full range of Business and **Travel** : **Planners** / Organizers products as well as leather outerwear, ... ITEMS. Agenda Organizer $78. Now $69. Large Zip **Planner** ...
wilsonsleather.com/sm-business-and-**travel-planners**-organizers--fi-2... - 40k - Cached - More from this site

182. **Durango, Colorado Meeting Planners - Group Travel**
The Durango area is a fantastic place to live and the complete vacation destination for groups, families, sport ... Request a Group **Travel Planner** Packet. ...
www.durango.org/Groups/groups_meeting.asp - 26k - Cached - More from this site

183. **Amazon.com: Travel Planner's Weather Guide: Books: Russell Jennings ...**
Amazon.com: **Travel Planner's** Weather Guide: Books: Russell Jennings,Penny Jennings by Russell ... The Rough Guide to **Travel** Survival 1 (Rough Guide ...
www.amazon.com/**Travel-Planners**-Weather-Russell-Jennings/dp/0969136331 - 134k - Cached - More from this site

184. **Derek Alexander Full Zip Portfolio/Legal Pad Holder -... - NexTag.com**
Compare prices starting from $126.65 for Derek Alexander Full Zip Portfolio/Legal Pad Holder - Business **Travel** Accessories and other books. Read NexTag's reviews for...
www.nextag.com/Derek-Alexander-Full-Zip-71811468/prices-html - 44k - Cached - More from this site

185. **Elite International hotel marketing services for travel professionals ...**
... and hospitality expertise and our relationships with the top **travel** agencies. ... meeting **planners**, incentive houses and other business **travel** influencers. ...
www.eliteluxury**travel**.com/services.asp - 48k - Cached - More from this site

186. **Meeting Planners Information – Monterey County Convention and Visitors ...**
... individuals, corporate groups, incentive **travel planners** and others that are ... **Travel** & Meeting **Planner** Online ... our **Travel** & Meeting **Planner** page. ...
meet.montereyinfo.org - 28k - Cached - More from this site

187. **Holbrook Travel**
Natural history, birding, photography, and adventure trips escorted by naturalists to Latin America, Africa, the Caribbean, and Eastern Mediterranean.
www.holbrook**travel**.com - 12k - Cached - More from this site

188. **Traditional Travel Agency Battles Back -- E-retailing -- InformationWeek**
Corporate **Travel Planners**, a **travel** agency in San Antonio, is fighting back against the airline-company squeeze. ... **Planners** are in a tough spot. ...
www.informationweek.com/story/IWK20020503S0030 - 33k - Cached - More from this site

189. **Big Pine - TRAVEL SERVICES**
**TRAVEL** SERVICES. DOLPHIN TRAVEL UNLIMITED, INC., Island Concierge, KEY WEST **TRAVEL** CLUB, THE BEST ... Directory of **Travel** Planners. ACCOMMODATIONS KEY WEST ...
www.fla-keys.com/listing.cfm?id=29 - 23k - Cached - More from this site

190. **Travel Planning Data for Newport, Wales by Travel Data 21**
Trip **planner** to add efficiency to your vacation and business **travel** planning and make your journey more rewarding ... a very good resource for **travel** planning. ...
www.**travel**data21.com/eur/uk-ie/wales/south/newport.htm - 25k - Cached - More from this site

- **Discount Travel Deals at Bookingbuddy**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.
- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev  14  15  16  17  18  **19**  20  21  22  23  **Next**

travel planners    [Search]

SPONSOR RESULTS

SPONSOR RESULTS

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.com

**Find Travel Planner at Smarter.com**
Compare prices, brands, and more at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a Travel planner at SHOP.COM.
www.SHOP.com

See your message here...

SPONSOR RESULTS

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

travel planners - Yahoo! Search Results                                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 27 of 67

Yahoo!  My Yahoo!  Mail   Welcome, **Guest** [Sign In]                                    Help

**YAHOO!** SEARCH        **Web** | Images | Video | Local | Shopping | **more »**
                         travel planners                    [ Search ]  Advanced Search

**Search Results**                                191 - 200 of about 10,500,000 for **travel planners** · 0.26 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**   **More...**

SPONSOR RESULTS                                                SPONSOR RESULTS

- **Last Minute Travel Deals**
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.

- **Panama Immigration & Residency Visas**
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency
  Visas for Less.

191.  **Travel Planners**, Sandy Luebben
      Tipsters is a group that meets once a week and exchanges Business Leads and Referrals from
      member to member. ... **Travel Planners**. Full service travel agency ...
      members.tipstersofsandiego.com/Travel_Planners.html - 6k - Cached - More from this site

192.  **Alaska Internet Travel Guide**
      Loads of information about culture, people, products, and businesses.
      www.alaskaone.com - 4k - Cached - More from this site

193.  **Mills-Peninsula's Directory of Services -- Travel Medicine**
      Mills-Peninsula's Directory of Services **Travel** Medicine Program ... work with corporate **travel**
      **planners** to create **travel** medicine services tailored ...
      mills-peninsula.org/travel - 41k - Cached - More from this site

194.  **EDUCATIONAL TRAVEL COMMUNITY**
      The Premier Event for Educational **Travel** Professionals " ... Why **Travel Planners** Attend...
      Why **Travel** Destinations, Operators and Suppliers Attend...
      www.travelearning.com - 19k - Cached - More from this site

195.  **Wheeled Carry-On Travel Case, Retractable Handle, Polyester, Black**
      Purchase Wheeled Carry-On **Travel** Case, Retractable Handle, Polyester, Black by Fellowes
      Manufacturing and other **Travel** cases at Instawares.com
      www.instawares.com/wheeled-carry-**travel**-case.fel58473.0.7.htm - More from this site

196.  **Travel Professionals - Best Western**
      **Travel** Professionals worldwide can take advantage of Best Western by ... created this special
      section just for **travel planners** to make it even easier and ...
      www.bestwestern.com/**travel**professionals/index.asp - 51k - Cached - More from this site

197.  **Travel to Cambodia, Laos, Thailand and Vietnam with**
      A range of sample holiday itineraries for Cambodia, Laos, Thailand and Vietnam, including
      detailed timetables and transport comparisons
      www.travelfish.org/itineraries - 25k - Cached - More from this site

198.  **Travel The Buzz 102.1 FM**
      UncleWebster.com -- Your Complete Community Resource for anchorage Alaska! ... Stop Site
      for all the best **travel** links throughout Alaska! Flying to Anchorage? ...
      www.buzz1021.com/**travel** - 27k - Cached - More from this site

199.  **National Travel Planners**
      National **Travel** Planners ...
      www.national**travel**planners.com/index.html - 20k - Cached - More from this site

200.  **Travel Service with a Personal Touch - Travelboecker**
      Offers personalized adventure **travel** tours to several destinations around ... **travel** experience
      covering 5 continents makes us the expert **travel planners** that ...
      www.**travel**boecker.com - 14k - Cached - More from this site

- **Grapheety - Find Places**
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.

- **Hot Travel Deals on Sale**
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

Also try: **corporate travel planners**, **national travel planners**   **More...**

SPONSOR RESULTS

**Grapheety - Find Places**
See what happened there last
night. Tell the good stories
tomorrow.
www.grapheety.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel**
**planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel** planner at
SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and
Travel**
Get big savings on hotels, air/hotel
packages, car rentals and more.
Travel-N-Save.com

**Lake Tahoe Travel Planner -
Click Here**
Where to stay or play, guides to
recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here
- With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on
Cataloglink**
Find a **travel** planner on
CatalogLink.
www.CatalogLink.com

**See your message here...**

                    travel planners              [ Search ]

Yahoo! Answers: **Search questions and answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 2

Case 1:07-cv-03119-GBD    Document 7-3    Filed 06/25/2007    Page 28 of 67

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH    Web | Images | Video | Local | Shopping | more »
travel planners                                    [Search]  Advanced Search

**Search Results**                    201 - 210 of about 10,500,000 for **travel planners** - 0.19 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- **A Travel Planner**
  www.SHOP.com - Buy a **Travel planner** at SHOP.COM.

- **Big Discounts On Hotels and Travel**
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.

201. **Sports travel tours , Student travel association**
     ... **travel planners** and provide **travel** and tourism marketing we deal in **travel** and ... Ushering
     in Religious Group **Travel**. InSite, a Better Way to Reach Groups Online ...
     www.premiertourismmarketing.com/press_room/pr20050112.htm - 27k - Cached - More from
     this site

202. **Travel Channel Vacation Challenge**
     Zoom Vacations is one of 9 featured **travel planners** on the **Travel** Channels new show
     Vacation Challenge ... by professional **travel planners** to a family ...
     www.zoomvacations.com/vacationchallenge.htm - 14k - Cached - More from this site

203. **CTMG - Travel Managers FAQs**
     ... more questions about which to choose leaves business **travel planners** frazzled. ... Can a
     business **travel planner** book for multiple travelers? Is the tool ...
     www.corptrav.com/**travel**managers_faqs.aspx - 65k - Cached - More from this site

204. **Group Services - Travel Durango Colorado**
     Meeting **Planners**. Tour Operators/Groups. Adventure/Sports. **Travel**. Student/Youth **Travel** ...
     Request a Group **Travel Planner** Packet. ...
     www.durango.org/Groups/groups_services.asp - 28k - Cached - More from this site

205. **Travel Trade: HOMEBASED AGENT**
     ... then uses the services of **Travel Planners**' marketing department to create and ... **Travel**
     **Planners** Offers Logo, Banner Ad Design Services ...
     www.**travel**trade.com/homebased_agent.jsp?articleID=8287 - 17k - Cached - More from this
     site

206. **Honeymoon Vacation Specialists: Oahu and Hawaii Honeymoons -**
     **Honeymoon ...**
     Our specialists at Oahu **Travel Planners** have helped many newlyweds plan their honeymoons.
     ... Directory. Vacation **Planner**. Oahu Honeymoons ...
     www.oahu-**travel-planners**.com/Honeymoon-Vacations.htm - 26k - Cached - More from this
     site

207. **Traveler's Use of the Internet**
     **Travel** Tracker: Traveler's Use of the Internet ... Online **Travel Planners** ... 63% of online **travel**
     **planners** used online agencies compared to 52% in 2000. ...
     agency.**travel**wisconsin.com/Research/.../internetuse.shtm - 14k - Cached - More from this site

208. **Vegetarian Travel with HappyCow**
     **Travel** guide including air **travel**, accomodations, **travel** health, bed and breakfast, and ...
     worldwide, useful **travel** guides and **travel planners**, leads to cities ...
     www.happycow.net/**travel**.html - 18k - Cached - More from this site

209. **Corporate Travel Planners Support Midwest Airlines; Oppose Takeover by ...**
     ... and Kansas City-area corporate **travel planners** showing strong opposition to a ... Corporate
     **travel planners** consistently cite these programs and services - which ...
     prnewswire.com/cgi-bin/stories.pl?ACCT=109&STORY=/www/story/...&EDATE= - 63k - Cached
     - More from this site

210. **ORDER FREE MAUI TRAVEL PLANNER**
     ... YOUR MAUI VACATION ORDER A FREE COPY OF MAUI'S OFFICIAL VACATION
     **PLANNER**. Our free Vacation **Planner** is chock-full of beautiful Maui images; lots of ...
     www.visitmaui.com/planordr.htm - 11k - Cached - More from this site

- **Lake Tahoe Travel Planner - Click Here**
  www.tahoevacationguide.com - Where to stay or play, guides to recreation, skiing and casinos.

- **Make 2007 Clutter-Free**
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance,
  it's simple.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    16  17  18  19  20  21  22  23  24  25    Next

SPONSOR RESULTS

SPONSOR RESULTS

**Lake Tahoe Travel Planner -**
**Click Here**
Where to stay or play, guides to
recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here
- With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on**
**Cataloglink**
Find a **travel planner** on
CatalogLink.
www.CatalogLink.com

**Cheap Tickets**
The Refreshingly Simple, Low
Priced Way To **Travel** - Save Now.
www.CheapTickets.com

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK **travel**
here.
VisitBritain.us

**Travel Planner Prices**
Compare Prices incl Tax &
Shipping. See Product Pics, Specs
& Reviews.
www.NexTag.com/electronics

See your message here...

SPONSOR RESULTS

Case 1:07-cv-03119-GBD       Document 7-3       Filed 06/25/2007       Page 29 of 67

travel planners                                    Search

Search Faster -Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 30 of 67

Yahoo!  |  My Yahoo!  |  Mail     Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH    Web | Images | Video | Local | Shopping | more »
                     travel planners          [ Search ]   Advanced Search

**Search Results**                                        211 - 220 of about 10,500,000 for **travel planners** · 0.29 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **A Travel Planner on Cataloglink**
  www.CatalogLink.com - Find a travel planner on CatalogLink.
- **Cheap Tickets**
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.

211.  **About Tahiti Travel Planners**
      Information about Tahiti **Travel Planners**, America's leading experts for Tahiti honeymoons and
      vacations. ... ABOUT TAHITI **TRAVEL PLANNERS**
      www.gotahiti.com/aboutus.htm - 15k - Cached - More from this site

212.  **rjbtravel : RJB TRAVEL PLANNERS**
      Description. RJB **Travel Planners**. 7248122-7581396-(0921)2911802. Most Recent
      Messages ... RJB **Travel Planners**. rjbtravel. Offline. Send Email. Add rjbtravel to ...
      groups.yahoo.com/group/rjbtravel - 23k - Cached - More from this site

213.  **Nevada's Vacation Travel Website**
      Our **travel** guide and vacation **planner** contains hundreds of pictures, maps, trails, etc. ... FREE
      Nevada **Travel Planners** - Great info by mail. Click here for ...
      www.go-nevada.com - 20k - Cached - More from this site

214.  **UTPA Materials Management**
      Corporate **Travel Planners** (CTPI): Key. information on the Reservation Request Form, ...
      **Travel** Services Update- Corporate **Travel**. **Planner** Service Fee § ...
      www.utpa.edu/materialsmgt/**travel**.htm - 82k - Cached - More from this site

215.  **Elan Travel Planners**
      A group **travel** company specializing in discounted group hotel rates for group events. ... for
      your business meeting, sports team, reunion, wedding or any group **travel** ...
      elan**travel**.lexyl.com - 30k - Cached - More from this site

216.  **Austin Travel Site - Austin Area Travel**
      Main Index page ... group **travel**, **travel** agents and other **travel planners** to provide ...
      **Travel** Trade Staff. Request **Travel Planner** Guide ...
      www.austintexas.org/**travel** - 14k - Cached - More from this site

217.  **Abacus Travel, Inc. - QuickRes**
      **Travel** Managers. **Travel** Planners. Diligence. AbacusFareStream. Quality ... enable the busy
      traveler, or **travel planner**, to send frequent requests via email. ...
      www.abacus**travel**.com/business-travel/travel-planners/quickres.asp - 10k - Cached - More
      from this site

218.  **Gwins Travel Planners - East Alton, IL 62024 - Reviews: Travel Agents**
      Read 1 Review of Gwins **Travel Planners** in East Alton, IL. ... reviews in East Alton Send this
      listing for Gwins **Travel Planners** to a Friend ...
      961 Airline, East Alton, IL - (618)259-1940 - Maps & Reviews - Send to Phone
      www.insiderpages.com/b/3714423878 - Cached - More from this site

219.  **Mobular Technologies**
      ... Technologies' partner OnlineDM to provide their **travel planners** by e-mail. ... platform for the
      International **Travel Planner**, any document can be converted ...
      www.mobular.com/solutions/**travel**.html - 20k - Cached - More from this site

220.  **Complete New Mexico Travel Information**
      ... complete vacation and **travel** guide for New ... free **Travel Planner** - New Mexico Mountain
      Hideaway ... FREE New Mexico **Travel Planners** - Great info by mail ...
      www.go-newmexico.com - 20k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.
- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev    17  18  19  20  21  **22**  23  24  25  26    **Next**

[ travel planners ]          [ Search ]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

---

**SPONSOR RESULTS**

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK **travel**
here.
VisitBritain.us

**Travel Planner - Shop**
Millions of Products. Read
Reviews. **Travel planner**: Cheap
Prices.
www.NexTag.com/electronics

**Free Travel Guides**
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and
Vacation Guide**
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Visiting St. John? Find deals & read
hotel reviews.
www.tripadvisor.com

**See your message here...**

---

SPONSOR RESULTS

Yahoo! | My Yahoo! | Mail   Welcome, Guest [Sign In]                                                                        Help

**YAHOO!** SEARCH   | Web | Images | Video | Local | Shopping | more » |
travel planners                                    [ Search ]   Advanced Search

**Search Results**                                        221 - 230 of about 10,500,000 for **travel planners** · 0.28 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS                            SPONSOR RESULTS

- **Travel Planner**
  VisitBritain.us - Travelling on London's Tube System? Plan all your UK **travel** here.

- **Travel Planner Prices**
  www.NexTag.com/electronics - Compare Prices for Computers, MP3 Players, Phones & More Electronics.

221. **Southeast Tourism Consumer**
... tour operators and wholesalers, group **travel** leaders, **travel** agents and **travel planners**. ... Search **Travel Planner** / Enter keyword(s) below. Search by ...
www.escapetothesoutheast.com/travel_planner.asp - 21k - Cached - More from this site

222. **Humble Travel Service, Ltd.**
Specializes in cruises, resorts, luxury packages, and adventure **travel**.
www.humbletravel.com - 9k - Cached - More from this site

223. **Travel Planning Assistance**
From Lewis & Clark to Montana's Native American heritage you'll find a ... Our **travel planners** are familiar with guest ranches, resorts, campgrounds and ...
www.visitmt.com/trippplanner/planningassistance/vacationplanning.htm - 15k - Cached - More from this site

224. **Experience New Zealand**
Offers itinerary **planner** and information on **travel**, accommodation, activities, food, arts and crafts, and more.
www.experiencenz.com - 31k - Cached - More from this site

225. **MiCrucero.Com** - Translate this page
www.crucero.com - 127k - Cached - More from this site

226. **cleveland.com: Travel**
**Travel Planner.** • Very cheap apartment for... by lynnshang. Golf. • Planet of Beauty by skifunky ... North Coast **Travel** Service ° Casino Sales ...
cleveland.com/entertainment/plaindealer/instantentertaining/.../travel - 60k - Cached - More from this site

227. **Welcome to California-Caltrans Travel Guide**
... **Travel Planner.** Change Password. Billing Information. **Travel** ... Planning **Travel** for Others (**Travel Planners**) Approval Process. Frequently Asked Questions ...
www.dot.ca.gov/hq/asc/travel/ch10.htm - 18k - Cached - More from this site

228. **Key West Travel - Group Travel Planning - corporate incentive travel ...**
Key West Events **Planner** Nadene Grossman offers incentive, corporate and group **travel** arrangements for Key West, FL ... a meeting **planner**/producer, we contract ...
www.wevegotthekeys.com - 22k - Cached - More from this site

229. **Travel Trade: HOMEBASED AGENT**
**Travel Planners** International is launching the ClientBase Browser from TRAMS, ... **Travel Planners** Offers Logo, Banner Ad Design Services ...
www.traveltrade.com/homebased_agent.jsp?articleID=6942 - 16k - Cached - More from this site

230. **Omega Travel Agency - OMASAB: Employee Services - NIEHS**
**travel** agency information ... as **travel** requirements are known, **planners** are ... this guidance to all **Travel Planners** and other administrative officials whose ...
www.niehs.nih.gov/omasb/travel/agency.htm - 38k - Cached - More from this site

- **Free Travel Guides**
  www.100bestvacations.com - Free Vacation guides with valuable information. Easy online ordering.

- **New York Travel Tips and Vacation Guide**
  www.retentioncenter.com - Activity information & **travel** tips to plan dream New York vacation.

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS

**Free Travel Guides**
Free Vacation guides with valuable information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and Vacation Guide**
Activity information & tips to plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Get the scoop from travelers who know St. John.
www.tripadvisor.com

**Europe Travel Tips**
Find the best timeshare, hotel or B&B for a great vacation.
www.awelltraveledpath.com

See your message here...

SPONSOR RESULTS

Prev   18  19  20  21  22  **23**  24  25  26  27   **Next**

travel planners                                    [ Search ]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 2

Case 1:07-cv-03119-GBD    Document 7-3    Filed 06/25/2007    Page 32 of 67

Yahoo! My Yahoo! Mail   Welcome, Guest [Sign In]                                          Help

**YAHOO!** SEARCH
Web | Images | Video | Local | Shopping | more »
travel planners                    [Search]  Advanced Search

**Search Results**                                231 - 240 of about 10,500,000 for **travel planners** · 0.22 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

                              SPONSOR RESULTS

- **Free CA Travel Guide**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Plan A California Vacation
  Today.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

231. **Abacus Travel, Inc. - Travel Planners**
Travel Planners. Doing more with less ... If so, you're well aware that your role as a **travel
planner** is more complex than ever. ...
www.abacus**travel**.com/business-**travel**/travel-planners/default.asp - 12k - Cached - More
from this site

232. **Senior's Travel Information - Travelers Digest**
Senior **Travel** Tips Magazine - resource for senior group **travel** planners from the ... vacations,
cruises and train **travel**, and stimulating cultural holidays. ...
www.**travel**ersdigest.com/seniors_**travel**.htm - 31k - Cached - More from this site

233. **Group Travel Planet**
... business with suppliers in your name (the "**Travel Planners**"), and for no other purposes. ...
such actions are conducted by you or your **Travel Planner**. ...
groups.group**travel**planet.com/PopUp.html?content=TermsOfUseContent.html - 26k - Cached -
More from this site

234. **Order official Maine travel and tourism and lodging guides**
Official Maine **travel** guides: vacation and **travel planners**, bed and breakfasts, cabin and
cottage rentals, ... Maine Invites You **Travel Planner** & Map: Yes! No: ...
www.mainetourism.com/?cat_id=257 - 29k - Cached - More from this site

235. **Essential Events & Travel Planners**
... event planning, Family Reunions, Church Events, Fund Raisers **Travel** Planning, catering,
Decorating, Live Entertainment, Balloons, Holiday Trips, Holiday Gifts, ...
www.essentialparty**planners**.com - 10k - Cached - More from this site

236. **Travel Planning Assistance/Travel Agencies/Services**
... your Montana **travel** plans give one of our professional "**travel planners**" a call. ... Our **travel
planners** are familiar with guest ranches, resorts, campgrounds and ...
**travel**.state.mt.us/trip**planner**/planningassistance/**travel**agency.htm - 15k - Cached - More from
this site

237. **CPCU Society: Travel & Cruise Information**
... 22, at 8 a.m. Visit the **Travel Planners**, Inc. ... **Travel Planners**, Inc. ... lowest excursions
fares in the market! by booking through **Travel Planners**, Inc. ...
www.cpcusociety.org/index.v3page;jsessionid=pj9a142owp2t?p=42627 - 42k - Cached - More
from this site

238. **PBS Online - Travel Planner**
**Travel Planner**... It's Free! Planning a trip to a "Weekend Explorer" ... The "**Travel Planners**"
are full of information you will need including contact ...
www.pbs.org/weekendexplorer/**planner**.htm - 19k - Cached - More from this site

239. **Seattle's Convention and Visitors Bureau**
... travelers and tourists, meeting and convention **planners**, and **travel** and tourism ... Welcome
Professional **Travel Planners** ... PROFESSIONAL **TRAVEL PLANNERS** GUIDE ...
www.visitseattle.org/**travel**Planner/default.asp - 12k - Cached - More from this site

240. **Travel Planners of Scandinavia**
**TRAVEL PLANNERS** OF SCANDINAVIA AS. Conrad Mohrsvei 9B N-5068 Bergen Norway ...
We are impressed by **Travel Planners** of Scandinavia's abilities as a Professional ...
www.**travel**-planners.no/contact.htm - 14k - Cached - More from this site

                              SPONSOR RESULTS

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel** Planners- specialists in hotels and **travel** to Moorea, Bora
  Bora, Tahiti, and surrounding islands.

- **Webtravelconsultant**
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can
  book yourself.

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

**Moorea Hotel**
Tahiti **Travel Planners**- specialists
in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR
the best rates you can book
yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms
minimum Call our Group Desk -...
www.Groople.com

**Hilton Family Eadvantage**
Hilton Family eAdvantage Makes
Business **Travel** Easier. Sign Up
Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel**
anywhere.cFares. Great cheap
airfares. Wow.
www.cfares.com

**Montana Tourism Information**
See all there is to do under the Big
Sky with our **travel** guide.
www.visitmt.com

**Plan a Australian Travel**
**Travel Planner** - Australia.
Experience Sydney, the Great
Barrier...
www.aboutaustralia.com

**Travel Planner**
Looking for **travel planner**? Find
exactly what you want today.
www.eBay.com

See your message here...

**Prev**   19  20  21  22  23  **24**  25  26  27  28   **Next**

travel planners                                    Search

Yahoo! Answers: **Search questions and answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                                Page 1 of 1

Case 1:07-cv-03119-GBD    Document 7-3    Filed 06/25/2007    Page 34 of 67

Yahoo!  My Yahoo!  Mail  Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                      [Search]   Advanced Search

**Search Results**                                241 - 250 of about 10,500,000 for **travel planners** · 0.22 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- Montana Tourism Information
  www.visitmt.com - See all there is to do under the Big Sky with our **travel** guide.

- Plan a Australian **Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier
  Reef, the Outback, rainforests, wildlife and Aussie culture.

241.  Peru **Travel Planners**
      Peru and Beyond **Travel Planner**. The Tours Description. The Hotels. The Cruises. The Tour
      Prices ... Map, Trains, Fleet Sample and others. Contact us. Tours ...
      www.peru**travelplanners**.com - 24k - Cached - More from this site

242.  Welcome to Gwins.com
      www.gwins.com - 3k - Cached - More from this site

243.  Oregon's Vacation and **Travel** Information Site Go-Oregon.net
      Our **travel** guide and vacation **planner** contains plenty of pictures, maps, trails, etc. ...
      **Travel Planners** - Great info by mail. Request your FREE **TRAVEL** ...
      www.go-oregon.net - 20k - Cached - More from this site

244.  Welcome Home Page Dutch Fork **Travel**
      ... this agency specializing in discounted group **travel** and cruise packages. ... your **travel**
      needs. We are an affiliate agency of **Travel Planners**, Intl'. and the ...
      www.dutchfork**travel**.com - 16k - Cached - More from this site

245.  Corporate **Travel Planners**, Inc. - San Antonio, Texas | Company Affiliations &
      Profile Report
      Corporate **Travel Planners**, Inc. - San Antonio, Texas. Purchase and instantly access company
      contacts, subsidiary relationships, phone, fax, sales, ownership...
      corporateaffiliations.ecnext.com/comsite5/bin/... - More from this site

246.  Marathon - **TRAVEL SERVICES**
      **TRAVEL** SERVICES. DOLPHIN **TRAVEL** UNLIMITED, INC., Island Concierge, KEY WEST
      **TRAVEL** CLUB, THE BEST OF ... Directory of **Travel Planners**. ACCOMMODATION
      FINDER ...
      www.fla-keys.com/listing.cfm?id=150 - 23k - Cached - More from this site

247.  **Travel** Industry Sales Mission Statement
      The **Travel** Industry Sales Department mission is to ... corporate and incentive **planners**, tour
      operators, **travel** agents and airline vacation offices. ...
      www.sandiego.org/nav/**Travel**/ContactUs/MissionStatement - 33k - Cached - More from this
      site

248.  DiscoverHongKong - **Travel** Agents
      Our Singaporean **travel** agents know all the great places to go and ... UOB **TRAVEL**
      **PLANNERS** PTE LTD. 101 Thomson Road #B1-157, United Square, Singapore 307591 ...
      www.discoverhongkong.com/seasia/plan/**travel**agents/agents_sing4.jhtml - 19k - Cached -
      More from this site

249.  Ocala **Travel** Service of Ocala, Florida
      Ocala **Travel** Service offers online booking and professional trip and **travel** services in Ocala,
      Florida. ... Our site gives you access to a wide variety of ...
      www.ocala**travel**.com - 20k - Cached - More from this site

250.  Internet High On **Travel** Destinations
      More than 42 million Americans made their **travel** arrangements online in 2003, with 10 million
      booking a ... of online **travel planners** is flattening ...
      www.clickz.com/showPage.html?page=3304691 - 35k - Cached - More from this site

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.

- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev   **20  21  22  23  24  25  26  27  28  29**   Next

travel planners                      [Search]

---

**SPONSOR RESULTS**

**Travel Planner**
Looking for **travel planner**? Find
exactly what you want today.
www.eBay.com

**Travel Planner**
Plan your trip: read reviews,
research destinations & get great
deals.
www.mytravelguide.com

**Travel Planner at
Amazon.com**
Qualified orders over $25 ship free.
Millions of titles, new & used.
Amazon.com/books

**Disney Cruise Vacation
Planning DVD**
Official Site. Order your Free
Disney Cruise Vacation Planning
DVD.
www.disneycruiseline.com

**Live Search Maps: Trip
Planner**
Get maps, directions, traffic
updates, local search and more.
Maps.Live.com

**Corporate Travel Manager**
Lower your costs with our proven
approach to corporate **Travel**...
www.amtrav.com

**Travel Planner**
Shop & Save on PDAs. Store
Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Save on PDAs. Compare products,
prices & stores.
www.Dealtime.com/PDAs

See your message here...

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

travel planners - Yahoo! Search Results                                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 35 of 67

Yahoo! | My Yahoo! | Mail   Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                    [ Search ]   Advanced Search

**Search Results**

251 - 260 of about 10,500,000 for travel planners · 0.16 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS                          SPONSOR RESULTS

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.

251. **Air Travel** (PDF)
... a required receipt for **travel**. ... Even though **Travel Planners** ... **Travel Planners** may still call the TMC for reservations, but the higher fee will apply. ...
arc.publicdebt.treas.gov/files/pdf/fsair**travel**.pdf - 414k - View as html - More from this site

252. **Florida's Space Coast | Travel Agents and Vacation Planners**
Cruise **Planners** is your full service cruise planning **travel** agency. ... Contact our experienced **travel planners** for your Florida adventure! Noblesville ...
www.space-coast.com/**Travel**/index.cfm?a=state&state=IN - 43k - Cached - More from this site

253. **Community Travel, Inc. | (262)878-3351**
Community **Travel**, Inc. is based in Union Grove, Wisconsin and serves a wide range of clients throughout southeastern Wisconsin.
www.community**travel**online.com - 23k - Cached - More from this site

254. **Travel Information Project : Destination Travel Planner**
... for leisure tourism and vacations, group **travel**, and convention & meetings. ... The TIP is a **travel** directory to official state and city destination marketing ...
www.tip-**travel**-planners.com - 17k - Cached - More from this site

255. **Travel planners, consultants and agents on Adventure Sports Online**
**Travel planners** and **travel** agents on Adventure Sports Online ... **Travel Planners** and Agents. Mariah Wilderness Women's Expeditions: ... Absolute Adventure ...
www.adventuresportsonline.com/**travel**-planners.htm - 29k - Cached - More from this site

256. **[h2]Free travel guides in Utah[/h2]**
This page [url=http://www.**travel**/free-**travel**-planners.cfm] has free **travel** guides to plann your western United States travels.
www.**travel**blog.org/Forum/Threads/2707-1.html - 9k - Cached - More from this site

257. **Home**
Orange Park **Travel** has been serving Orange Park, FL. ... Our **Travel Planners**, who have 80+ years of experience, enjoy working with our ...
www.orangepark**travel**.com - 16k - Cached - More from this site

258. **Conference Travel**
Offer comprehensive destination services, including custom-designed **travel** arrangements to fit your needs, interests, and budget.
www.conference-**travel**.com - 20k - Cached - More from this site

259. **Lake Tahoe - Order a Travel Planner**
Meeting **Planners**. Press Room. 2007 Lake Tahoe **Travel Planner**. View This Online ... of the 2007 Lake Tahoe **Travel Planner** or Watercolor Memories, the Complete ...
www.bluelaketahoe.com/**planner**.php - 36k - Cached - More from this site

260. **India Air Travel**
... business **travel** at UNIGLOBE Premiere **Travel** and UNIGLOBE Enterprise **Travel** will ... We are also an authorized agent for Sahara Airlines for **travel** within India. ...
www.goingtoindia.com - 15k - Cached - More from this site

- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

- **Travel Planner**
  www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

SPONSOR RESULTS

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

**Travel Planner - Save up to 70%**
Easily Compare Deals to Racine Also See Photos and Candid Reviews.
travel.yahoo.com

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travel Planner**
Search Across Multiple Airline Sites For Low Fares.
www.travelzoo.com

**Travel Planner**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

See your message here...

SPONSOR RESULTS

Also try: corporate **travel planners**, national **travel planners**   More...

Prev   21  22  23  24  25  **26**  27  28  29  30   Next

travel planners                    [ Search ]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!   My Yahoo!   Mail   Welcome, **Guest** [Sign In]                                                                              Help

**YAHOO!** SEARCH

**Web** | Images | Video | Local | Shopping | **more »**

travel planners                    [ Search ]   Advanced Search

**Search Results**                                                          261 - 270 of about 10,500,000 for **travel planners** - 0.17 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**   **More...**

SPONSOR RESULTS

- **Travel Planner**
  www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.
- **Travel Planner**
  www.Dealtime.com/PDAs - Save on PDAs. Compare products, prices & stores.

261. **Internet Travel News - Travel Zone migrates Travel Planners**
We worked closely with the **Travel Planners** top executives to customize the ... We are
extremely pleased that **Travel Planners** chose to implement the Agent RC ...
www.breakingtravelnews.com/article/20061030203926750 - 17k - Cached - More from this site

262. **Teels Travel Planners - Corvallis, OR 97330 - Reviews: Travel Agents**
Read 2 Reviews of Teels **Travel Planners** in Corvallis, OR. ... reviews in Corvallis Send this
listing for Teels **Travel Planners** to a Friend ...
728 Kings, Corvallis, OR - (541)758-0808 - Maps & Reviews - Send to Phone
www.insiderpages.com/b/3720279272 - More from this site

263. **CSI Show - Hotel & Travel**
... make hotel reservations through CSI's official housing bureau: **Travel Planners**. Only **Travel
Planners** can offer discounted rates at the official host hotels ...
www.csinet.org/s_csi/sec_csishow.asp?CID=1777&DID=13195 - 34k - Cached - More from this
site

264. **TravelReporter - Travel Writers' and Enthusiasts' Resource**
Photographers and audiophiles are invited to entertheir **travel** ... people interested in current
**travel** destination information can find colorful, ...
www.travelreporter.com/writers.html - 12k - Cached - More from this site

265. **U.S. DOI Office of Financial Management**
... to designate one or more **travel planners** in your Trip Manager traveler profile. ... A **travel
planner** can easily research a variety of flights, hotels, and car ...
www.doi.gov/pfm/trav&relo/travel_newsletter/aug_2002.html - 36k - Cached - More from this
site

266. **Advect Travel Group**
**Travel** agency for corporate **travel**, cruises, vacations, destination weddings, honeymoons,
private jets, and more. ... Wireless air **travel**? Yeah, It's coming ...
www.advect.com - 42k - Cached - More from this site

267. **Travel Services - Travel Survey**
Agent offered lowest fare according to your **travel** policy/guidelines ... Itinerary and/or **travel**
information was received promptly ...
www.utsystem.edu/travel/trsurvey.cfm - 18k - Cached - More from this site

268. **quincy, il | see the unexpected**
Plan for your next meeting or event to be in Quincy. It's the perfect alternative to the over
priced, over populated distraction of ...
www.seequincy.com/MeetingTravel.html - 26k - Cached - More from this site

269. **Independent Travel to Japan: Esprit Travel & Tours: Expert Travel Planners**
Named to Conde Nast Traveler's ... of an independent trip, Esprit's **travel planners** are ready to
create a memorable ... and adventures you **travel** to find. ...
www.esprittravel.com/independenttravel/index.html - 17k - Cached - More from this site

270. **Magical Gatherings**
... Gatherings, **Travel** with Kids, Forget cocooning; now were togethering. According to Disney
**planners**, who know ... The "Magical Gatherings **Planner**" is a free ...
travelwithkids.about.com/b/a/046183.htm?terms=Deal+For+Group+Travel - 25k - Cached -
More from this site

SPONSOR RESULTS

- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.
- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

Also try: **corporate travel planners**, **national travel planners**   **More...**

SPONSOR RESULTS

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and
flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning
Traveler! Find your trip today.
www.away.com

**Travel Planner**
Search Across Multiple Airline Sites
For Low Fares.
www.travelzoo.com

**Travel Planner**
Compare cheap **travel** fares from
all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K
Over & Over**
Discover Massive Financial Returns
and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &
Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

**See your message here...**

travel planners - Yahoo! Search Results                                        Page 2 of 2

Case 1:07-cv-03119-GBD        Document 7-3        Filed 06/25/2007        Page 37 of 67

travel planners                                    [ Search ]

Still searching? Get answers quickly on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                              Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 38 of 67

Yahoo! My Yahoo! Mail   Welcome, Guest [Sign In]                              Help

**YAHOO!** SEARCH

**Web** | Images | Video | Local | Shopping | more »
travel planners                              [ Search ]   Advanced Search

**Search Results**                    271 - 280 of about 10,500,000 for **travel planners** · 0.21 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS                                    SPONSOR RESULTS

- **Travel Planner**
  www.travelzoo.com - Get a Great Deal On Your Fare By Comparing Multiple Websites.

- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

271. **New Zealand Vacation Planners**
Planning itinerary, **travel**, and accommodation requirements for your New Zealand vacation.
www.newzealand-vacation.com - 24k - Cached - More from this site

272. **Churchill and Turen**
Offering information and packages for cruise vacations in Europe.
www.**travel**truth.com - 25k - Cached - More from this site

273. **San Diego Travel Group**
Corporate **Travel Planner** Handbook. Our **Travel Planners'** Handbook has been designed to ...
session, regular **travel planner** seminars can be ...
www.sdtg.com/handbook.htm - 66k - Cached - More from this site

274. **The University Of Texas System**
... selected as one of the designated **travel** companies for The University of Texas System. ...
University's unique **travel** requirements, its culture and environment. ...
www.utctp.com - 7k - Cached - More from this site

275. **TIMELESS TRAVEL & CRUISES**
... to give you the best **travel** deals you can find whether it ... An Independent associate of
**Travel Planners** Int'l. TIMELESS **TRAVEL** & CRUISES. 159 BROADWAY ...
members.tripod.com/timeless_**travel** - 21k - Cached - More from this site

276. **TIA - Table of Contents**
Online Leisure **Travel Planner** Segments: Heavy and Light Online **Travel Planners**. 18 ...
Demographics of Online **Travel Planners** By Experience Planning Trips ...
www.tia.org/Pubs/toc_e**travel**.asp - 17k - Cached - More from this site

277. **CTO '04/'05 Travel Planner Program** (PDF)
see master contract rates for **travel planners** at a significant 40% discount ... **Travel Planners**
available: March, April, May, Sept, Oct, Nov ...
www.colorado.com/docs/**TravelPlanner**05.pdf - 26k - View as html - More from this site

278. **Oahu Travel Planner by TravelEze.com**
... and all aspects of **travel** to the Greater Oahu Area. ... Other Hawaii **Travel Planners**. Hawaii
**Travel Planner** | Maui **Travel Planner** | Oahu **Travel Planner** ...
www.**travel**eze.com/**travel**_planning/oahu.htm - 5k - Cached - More from this site

279. **Hotel & Airfare Information**
**Travel Planners'** low rates beat any you'll find on the ... **Travel Planners** makes every attempt
to keep the information contained in this document current. ...
www.globalpetexpo.com/hotel**travel**.asp - 23k - Cached - More from this site

280. **Florida's Space Coast | Travel Agents and Vacation Planners**
Hansen **Travel** has been in business for 40 years. ... Alexander **Travel**, an affiliate of **Travel
Planners** Intl. Robin Alexander. 641 E M-89 ...
www.space-coast.com/**Travel**/index.cfm?a=state&state=MI - 41k - Cached - More from this site

SPONSOR RESULTS

- **Travel Planner**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev   23  24  25  26  27  **28**  29  30  31  32   Next

travel planners                              [ Search ]

---

**SPONSOR RESULTS**

**Travel Planner**
Compare cheap **travel** fares from
all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K
Over & Over**
Discover Massive Financial Returns
and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &
Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Find Travel Planner at
Smarter.com**
Compare prices on **travel planner**
at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **travel planner** at
SHOP.COM.
www.SHOP.com

See your message here...

Surf the web in safety- Get Yahoo! Toolbar

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                                    Help

**YAHOO!** SEARCH

|   | **Web** | Images | Video | Local | Shopping | **more »** | | |
| travel planners | | Search | Advanced Search |

**Search Results**                         281 - 290 of about 10,500,000 for **travel planners** - 0.20 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    **More...**

- **Last Minute Travel Deals**
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.

- **Panama Immigration & Residency Visas**
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency Visas for Less.

281. **Montana Vacation & Travel Planners | Adventure Connections**
Montana vacation and **travel** guides organize, plan and provide lodging and ... 300 providers in the Montana **travel** industry, including first-rate partners in ...
www.montana**travel**.com/index.asp?useaction/whatwedo.main - 16k - Cached - More from this site

282. **TRAVEL** (PDF)
supervisor using the **Travel** Advance & Expense - Authorization ... **Travel** advance ... Advantage **Travel** Planners. 103 W. Tomichi Ave., Gunnison, CO 81230 ...
www.western.edu/purchasing/docs/**travel**.pdf - 27k - View as html - More from this site

283. **New Travel Agency Service Fees effective July 1, 2004 Corporate Travel ...** (PDF)
New **Travel** Agency Service Fees. effective July 1, 2004. Corporate **Travel** Planners Inc. ... Navigant International **Travel**. you may e-mail your request using the ...
www.as.utexas.edu/**travel**/service_fees_july_2004.pdf - 58k - View as html - More from this site

284. **Noteworthy Tours Student Group Travel Planners**
We provide **travel** arrangements that include educational and performance ... Williamsburg-Va. Beach. Customer Care | My Stuff ... Site Created and Maintained by WSI ...
www.noteworthytours.com - 8k - Cached - More from this site

285. **Corporate Travel Planners, Inc. - Google Finance**
Corporate **Travel** Planners -- the name pretty much says it all. ... Start a discussion about Corporate **Travel** Planners, Inc. ...
finance.google.com/finance?cid=7003135 - 17k - Cached - More from this site

286. **Business travel planners: costs will fall, or else - Pacific Business ...**
... **travel** professionals think it will be at least another year before business ... survey found that many corporate **travel** planners were ready to advise their ...
pacific.bizjournals.com/pacific/stories/2002/07/01/daily19.html - 71k - Cached - More from this site

287. **For Travel Trade > Agent Tools - LVCVA.com**
Meeting **Planners**. **Travel** Trade. Press and Research ... information packet, an additional **Travel Planners** Guide or an Official Visitors ...
www.visitlasvegas.com/**travel**trade/services-support/agent-info-line.jsp - 29k - Cached - More from this site

288. **Slow Travel - Europe Trip Planning, Travel Consultants, agents ...**
Tour **Planners** and Hosts in Italy (see ... Australian **Travel** Planner (see the ... Your Independent **Travel** Planner...The easy way to plan your trip. ( see ...
www.slowtrav.com/europe/**travel**_consultants.asp - 24k - Cached - More from this site

289. **Travelago - The top travel industry marketing & development team.**
... industry marketers seeking to reach a growing audience of online **travel** planners. ... experience their destination choices as they make their **travel** plans. ...
www.travelago.com/**travel**ago_people.asp - 15k - Cached - More from this site

290. **Papeete Travel Guide - Papeete Vacations - VirtualTourist.com**
Book **Travel**. Meet Members. **Travel** Deals. Trip **Planner**. Forums ... Let our expert **travel planners** help. French Polynesia Hotel. Planning a Tahiti vacation? ...
virtualtourist.com/**travel**/.../Papeete-1907543/**Travel**Guide-Papeete.html - 46k - Cached - More from this site

- **Grapheety - Find Places**
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.

- **Hot Travel Deals on Sale**
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

Also try: **corporate travel planners**, **national travel planners**    **More...**

**Prev**  24  25  26  27  28  **29**  30  31  32  33  **Next**

SPONSOR RESULTS

**Grapheety - Find Places**
See what happened there last night. Tell the good stories tomorrow.
www.grapheety.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.
www.TripDealz.net

**Find Travel Planner at Smarter.com**
Compare prices, brands, and more at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **travel** planner at SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and Travel**
Get big savings on hotels, air/hotel packages, car rentals and more.
Travel-N-Save.com

**Lake Tahoe Travel Planner - Click Here**
Where to stay or play, guides to recreation, skiing and casinos...
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on Cataloglink**
Find a **travel** planner on CatalogLink.
www.CatalogLink.com

See your message here...

SPONSOR RESULTS

travel planners                    [Search]

Can't find what you need? Get your answer on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results
Page 1 of 2

Case 1:07-cv-03119-GBD    Document 7-3    Filed 06/25/2007    Page 41 of 67

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                                                                Help

**YAHOO!** SEARCH

|  Web | Images | Video | Local | Shopping | more »
travel planners                    [ Search ]    Advanced Search

**Search Results**                                               291 - 300 of about 10,500,000 for **travel planners** - 0.30 sec.  (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

**SPONSOR RESULTS**

- **A Travel Planner**
  www.SHOP.com - Buy a **Travel planner** at SHOP.COM.

- **Big Discounts On Hotels and Travel**
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.

291.  **CSI Show - Home**
      ... make hotel reservations through CSI's official housing bureau: **Travel Planners**. Only **Travel**
      **Planners** can offer discounted rates at the official host hotels. ...
      www.csinet.org/s_csi/index_csishow.asp?TrackID=&CID=9&DID=9 - 23k - Cached - More from
      this site

292.  **Queenstown Travel & Visitor Centre**
      Official visitor information centre. Specialises in customised itinerary planning, accommodation,
      transport, activities information, and reservations.
      www.queenstown-vacation.com - 15k - Cached - More from this site

293.  **College Catalog Travel and Event Planning**
      ... managers, agents, corporate **planners**, association **planners**, medical ... incentive
      **travel planners**, independent meeting **planners**, seminar coordinators ...
      www.bucks.edu/catalog/2171.html - 87k - Cached - More from this site

294.  **Travel to Maui.net - Your Travel Agent in the Islands**
      Hawaii and Maui **Travel Planner** Specialist. ... work with all the top wedding **planners** in the
      state, making arrangements for the ...
      **travel**tomaui.net - 5k - Cached - More from this site

295.  **AAA Corporate Travel**
      **Travel** and vacation travel by AAA, North America's largest liesure **travel** agency. ... your
      travelers or planners call AAA Corporate **Travel**, we will quote the ...
      www.ouraaa.com/**travel**/corp**travel**/corp_airfares.html - 14k - Cached - More from this site

296.  **Faremax: Latest News**
      Read latest news headlines. **Travel** and non-**travel** news ... Delivering relevant news to
      **travel planners** all over the world. ...
      www.faremax.com/**travel**news.aspx - 5k - Cached - More from this site

297.  **More Women Use the Internet for Travel Research -- ROAD & TRAVEL**
      **Magazine**
      ... than nine out of 10 online **travel planners** said they used the Internet to plan ... In addition,
      one in three online **travel planners** checks one or more Web sites ...
      www.roadand**travel**.com/company/marketing/women**travel**online.htm - 25k - Cached - More
      from this site

298.  **HJR Travel**
      Specializes in cruises and Caribbean destinations.
      www.hjr**travel**.com - 23k - Cached - More from this site

299.  **Peru Tour operator. For travel Professionals. InkaNatura Travel.**
      InkaNatura **Travel** is a peruvian tour operator specialized in Nature and ... to work with tour
      operators, wholesalers, **travel** agents and **travel planners**. ...
      www.inkanatura.com/**travel**professionals.asp - 41k - Cached - More from this site

300.  **Travellers software, travel arrangers/assistants tools, airline data ...**
      Free trials of OAG **Travel Planner** and OAG Flight Guide are available at www.oag.com ...
      OAG **Travel Planner** - **Travel** planning ...
      oag.com/oag/website/.../Home/Product+Catalog/Products/**Travel**+Arrangers - 187k - Cached -
      More from this site

- **Lake Tahoe Travel Planner - Click Here**
  www.tahoevacationguide.com - Where to stay or play, guides to recreation, skiing and casinos.

- **Make 2007 Clutter-Free**
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance,
  it's simple.

Also try: corporate **travel planners**, national **travel planners**    More...

**SPONSOR RESULTS**

**Lake Tahoe Travel Planner -**
**Click Here**
Where to stay or play, guides
to recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here
- With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner** on
**Cataloglink**
Find a **travel planner** on
CatalogLink.
www.CatalogLink.com

**Cheap Tickets**
The Refreshingly Simple, Low
Priced Way to Travel - Save Now.
www.CheapTickets.com

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
**Travel planner** at Pronto - More
Products, Lower Prices.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK travel
here.
VisitBritain.us

**Travel Planner - Shop**
Millions of Products. Read
Reviews. **Travel planner**: Cheap
Prices.
www.NexTag.com/electronics

See your message here...

**SPONSOR RESULTS**

Prev   25  26  27  28  29  **30**  31  32  33  34   Next

travel planners                                                    Search

Search Faster - **Get Yahoo! Toolbar Now**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                                      Help

**YAHOO!** SEARCH    | Web | Images | Video | Local | Shopping | more » |
travel planners    [ Search ]  Advanced Search

**Search Results**                                301 - 310 of about 10,500,000 for **travel planners** · 0.30 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS

- A **Travel Planner** on Cataloglink
  www.CatalogLink.com - Find a travel **planner** on CatalogLink.

- Cheap Tickets
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.

301. Sales and Marketing Home
     Maryland offers a wide variety of **travel** possibilities for all types of **travel** professionals. ...
     **planners**, e-travel packagers and other buyers of **travel** products. ...
     mdisfun.org/.../salesandmarketing/SalesandMarketingHome.html - 50k - Cached - More from
     this site

302. Maui **Travel Planner** by TravelEze.com
     ... and all aspects of **travel** to the Greater Maui Area. ... Other Hawaii **Travel Planners**. Hawaii
     **Travel Planner** | Maui **Travel Planner** | Oahu **Travel Planner** ...
     www.traveleze.com/**travel**_planning/Maui.htm - 5k - Cached - More from this site

303. Hillsdale New Jersey Carlson Wagonlit **Travel** Agents
     We specialise in serving our clients in the Hillsdale New Jersey and the Pascack Valley region
     with their **travel**, vacation and holiday planning
     www.hillsdale**travel**.com - 17k - Cached - More from this site

304. Washington's Vacation and **Travel** Information Site Go-Washington.com
     Our **travel** guide and vacation **planner** contains hundreds of pictures, maps, trails, etc. ... FREE
     Washington **Travel Planners** - Great info by mail. World ...
     www.go-washington.com - 20k - Cached - More from this site

305. Colorado's Largest Vacation **Travel** Website
     Our **travel** guide and vacation **planner** contains hundreds of pictures, maps, trails, etc. ... FREE
     Colorado **Travel Planners** - Great info by mail ...
     www.go-colorado.com - 21k - Cached - More from this site

306. United Motorcoach Association - Student Motorcoach **Travel** Safety Guide
     **Travel planners**, school administrators, students, parents and everyone ... Student **travel**
     **planners** need a way to distinguish between safe and unsafe operators. ...
     www.newworldtours.com/guide/student.htm - 87k - Cached - More from this site

307. **Travel** and transport - **Travel planners**
     **Travel planners**. We no longer host our own **travel planner** on the website. ... There are many
     other **travel** and route **planners** available online. ...
     www.wandsworth.gov.uk/Home/EnvironmentandTransport/**Travel**/planners.htm - 11k - Cached
     - More from this site

308. Request Group Transportation Quote :--: TMC **Travel**
     **Travel** Management Company specializes in group **travel**, destinations management, event
     planning, trade show hotels, transportation, corporate activities and more.
     www.tmc**travel**.com/transportation/request_info.asp - 22k - Cached - More from this site

309. MARCHING.COM: Group **Travel Planners**, Music Performance Tours
     Information on companies that sell **travel** and provide **travel** planning services for marching
     bands, color guards and performing groups.
     www.marching.com/resources/**travel**.html - 19k - Cached - More from this site

310. Family **Travel** Forum
     **Travel Planners** Membership - $9.95 for 3 Months. Save 20% and Get ... 3 Month Recurring
     **Travel Planners** Membership. 1 Year Frequent Travelers Membership ...
     www.family**travel**forum.com/member/memberbenefits.html - 46k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.

- **Travel Planner**
  www.Organizer.Pronto.com - **Travel planner** at Pronto - More Products, Lower Prices.

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
**Travel planner** at Pronto - More
Products, Lower Prices.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK travel
here.
VisitBritain.us

**Travel Planner - Shop**
Millions of Products. Read
Reviews. **Travel planner**: Cheap
Prices.
www.NexTag.com/electronics

Free **Travel** Guides
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

New York **Travel** Tips and
Vacation Guide
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Know before you go. Read reviews
from real travelers.
www.tripadvisor.com

See your message here...

SPONSOR RESULTS

Prev   26 27 28 29 30 **31** 32 33 34 35   Next

[ travel planners ]  [ Search ]

Get Yahoo! Toolbar - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 44 of 67

Yahoo! | My Yahoo! | Mail          Welcome, Guest [Sign In]                                          Help

**YAHOO!** SEARCH
Web | Images | Video | Local | Shopping | more »
travel planners                    [Search]   Advanced Search

Search Results                                          311 - 320 of about 10,500,000 for travel planners - 0.02 sec. (About this page)

Also try: corporate travel planners, national travel planners   More...

SPONSOR RESULTS

- **Free CA Travel Guide**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Plan A California Vacation Today.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

311. **Housing/Travel**
  **Travel Planners** is our official housing company. Discounted ASTD 2004 rates are available through Travel Planners until April 30, 2004. ...
  www.astd.org/astd/conferences/ICE/Housing_Travel - 36k - Cached - More from this site

312. **The European Railway Server has moved!**
  The ERS has moved! The European Railway Server has moved to a new site. ... To find a specific page or file on the new site, try replacing the hostname ...
  europa.iet.unipi.it/mercpag.html - 1k - Cached - More from this site

313. **Disney Vacation Package s Disney World Reservations - Disney Vacations ...**
  Let Pixiedust-**Travel** sprinkle Magic into your Family's Disney Vacation. ... **planners** are ready to assist you and your family in planning an unforgettable, magical ...
  www.pixiedust-travel.com - 56k - Cached - More from this site

314. **California's Vacation Travel Website**
  Our **travel** guide and vacation website contains hundreds of pictures, maps, trails, etc. ... FREE California **Travel Planners** - Great info by mail. Gateway to ...
  www.go-california.com - 19k - Cached - More from this site

315. **South Pacific Travellers' World**
  Offers a range of tour packages, short breaks, and day trips for independent travellers with coach **travel** and sightseeing inclusions.
  www.southpacifictravellers.co.nz - 37k - Cached - More from this site

316. **CTP Travel. Events. Incentives.**
  Current Job Openings: Corporate **Travel** Agent. Job Location: San Antonio, TX, San Antonio, Texas. 1.800.523.9036 ...
  www.travelctp.com/jobs - 8k - Cached - More from this site

317. **Travel Planners Online, Inc - Home**
  **Travel Planners** Online, Inc. 954-714-8829 or Toll Free: 1(877) 915-9540 ... for Specials with **Travel** Impressions. Contact Us. **Travel Planners** Online, Inc ...
  www.travelplannersonline.com - 15k - Cached - More from this site

318. **Request for Travel Brochures and Travel Information - Wildland Adventures**
  ... be happy to send you a **Travel Planner** for your destination of interest once you ... I would like the following **Travel Planners**: (limit of 2) or continue ...
  www.wildland.com/info/default.aspx - 54k - Cached - More from this site

319. **Holiday Planners,India Holiday Planners,India Travel Planners,India ...**
  Holiday **Planners** : Providing India Holiday **Planners**,Rajasthan,Kashmir Ladakh,Himalayan Trekking,South India, and all india taj group hotel reservation.
  www.holidayplanners.biz - 7k - Cached - More from this site

320. **Witte Travel & Tours | Group Tours Professional Staff**
  ... as a Group **Travel Planner**, Jan has planned ... also manages the efforts of the Group **Travel Planners** and Group Tour Consultants. ... Group **Travel Planner** ...
  www.wittetravel.com/group/group_staff.html - 23k - Cached - More from this site

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

- **Webtravelconsultant**
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can book yourself.

Also try: corporate travel planners, national travel planners   More...

SPONSOR RESULTS

**Moorea Hotel**
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR the best rates you can book yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -.
www.Groople.com

**Get travel Information on Montana**
Get info on Montana recreational opportunities with our trip **planner**.
www.visitmt.com

**Hilton Family Eadvantage**
Hilton Family eAdvantage Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel** anywhere.cFares. Great cheap airfares. Wow.
www.cfares.com

**Plan a Australian Travel**
**Travel Planner** - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

**Corporate Travel Solution**
Lower **travel** & booking costs w/ our on-demand **travel** management...
www.concur.com

See your message here...

Prev   27  28  29  30  31  **32**  33  34  35  36   Next

travel planners          [Search]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                [ Search ]    Advanced Search

**Search Results**                    321 - 330 of about 10,500,000 for **travel planners** · 0.02 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

SPONSOR RESULTS                    SPONSOR RESULTS

- **Travel Planner**
  www.travelzoo.com - Get a Great Deal On Your Fare By Comparing Multiple Websites.

- **What Are You Waiting For?**
  www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.

321. **LC Travel Planners**
SuperStar Virgo - Star Saver 45 / 60 Days. StarKids Go Free ... 2007 © LC **Travel Planners**
Pte Ltd. All Rights Reserved. Privacy Policy AG Creation CS. ...
www.lctravel.com.sg - 31k - Cached - More from this site

322. **Travel agents: A good way to book your trip - Travel Tips - MSNBC.com**
... who operates Go Away **Travel**/**Travel Planners** International to get his opinion ...
demonstrate the value a professional **travel planner** can bring to the transaction. ...
www.msnbc.msn.com/id/16994422 - 53k - Cached - More from this site

323. **Free Travel Information**
... information a comprehensive "Accommodations Guide and Vacation **Planner**" ... of interest to
both individual travelers and meeting and convention **planners**. ...
www.gonorthwest.com/Visitor/planning/brochures.htm - 23k - Cached - More from this site

324. **DiveTravel.com**
There was a problem with the page you are trying to reach. Please try again or contact us if you
would like to report an error. Thank you! Dive **Travel**.com ...
www.divetravel.com/Planners/tp-png.html - Cached - More from this site

325. **Hawaii Island Wellness Travel Association**
**Travel** Industry. **Travel Planners**. Wellness Centers. Wellness Destination Resort. Wellness
Resources ... of wellness **travel** options including practitioners, ...
wellnesstravelhawaii.com - 12k - Cached - More from this site

326. **Sedona Arizona: Visit Sedona - Visitor, Tourism, Relocation and Media ...**
**Travel Planner**. Sedona Business Directory. Directory > **Travel** Services > all ... tools such as
tour **travel planners**, slides, videos, posters, brochures, ...
visitsedona.com/index.php?2...&cat=Travel+Services&subcat=all - 58k - Cached - More from this
site

327. **American Craft Council: Baltimore Show 2007: Travel Information**
american craft council Baltimore Show 2007 ... **Travel** Information. AIRLINE AND ... are
available through **Travel Planners**, the official **travel** agency for all ...
www.craftcouncil.org/baltimore/travel.php - 15k - Cached - More from this site

328. **Magical Gatherings - Travel with Kids Archives**
... to Disney places, who know us best, multi-household **travel** by families and ... The
"Magical Gatherings **Planner**" is a free downloadable **travel** that helps you plan ...
travelwithkids.about.com/b/a/2003_11.htm - 32k - Cached - More from this site

329. **AAA Newsroom**
The number of Americans using online map **planners** is growing monthly, and AAA continues
to be the leader with the TripTik® **travel planner**. ...
www.aaanewsroom.net/main/Default.asp?CategoryID=8&ArticleID=507 - 21k - Cached - More
from this site

330. **Hawaii Group Travel and Meetings - AATPA**
... easy-to-manage group **travel** to Hawaii. ... ASSISTANCE TO YOUR GROUP **PLANNER** ...
Most **travel planners** will begin before that to ensure the best selection of ...
www.aatpa.com/group - 19k - Cached - More from this site

- **Discount Travel Deals at Bookingbuddy**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.

Also try: corporate **travel planners**, national **travel planners**, More...

Prev   28  29  30  31  32  **33**  34  35  36  37   Next

[ travel planners ]                [ Search ]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy | Legal - Submit Your Site

### SPONSOR RESULTS

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel** planner.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel**
**planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel** planner at
SHOP.COM.
www.SHOP.com

See your message here...

Yahoo! | My Yahoo! | Mail   Welcome, Guest [Sign In]                                                                    Help

**YAHOO!** SEARCH    | Web | Images | Video | Local | Shopping | more » |
travel planners                          [Search]   Advanced Search

**Search Results**                                                      331 - 340 of about 10,500,000 for **travel planners** · 0.17 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- Montana Tourism Information
  www.visitmt.com - See all there is to do under the Big Sky with our **travel** guide.
- Plan a Australian **Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier Reef, the Outback, rainforests, wildlife and Aussie culture.

331. **Travel** + Leisure | Information and Resources for Travelers
... **travel** reporting, quick access to destination facts, hot **travel** deals, ... **Travel Planners**. Big Island Festival. American Express **Travel**. Travelocity. Page 1 ...
www.gilmorecamps.com/articles/**travel**1.htm - 25k - Cached - More from this site

332. Powell's Books - by
... One- to Five-Star quality ratings are updated annually and reflect Mobil's stringent inspection process.*Newly expanded, 17 Regional **Travel Planners** to choose ...
www.powells.com/cgi-bin/biblio?show=Trade+Paper:Sale:0762735945:13.50 - 22k - Cached - More from this site

333. Unbiased **Travel** Reviews - TripAdvisor
Hilton Waikoloa Village, Waikoloa, Island of Hawaii: Great Location, Horrible wedding **planners**. - Visit TripAdvisor for 434 unbiased reviews of Hilton Waikoloa Village.
tripadvisor.com/ShowUserReviews-g60608-d89980-r4829832-Hilton_Waiko... - More from this site

334. TRAVEL ~ **Travel** Wedding **Planners** ~ **Travel** To Learn ~ Category in the ...
WEDDING **TRAVEL** ~ **TRAVEL** AGENTS AND WEDDING **PLANNERS**. TROPICAL HONEYMOONS AND WEDDING GROUPS. ... Trip Packages, Rainforest Lessons, and **Travel** Tips. ...
pccgraphics.com/shopping/category.php?n=77 - 57k - Cached - More from this site

335. Group **Travel** : Group Hotel Rates :--: TMC **Travel**
**Travel** Management Company specializes in group **travel**, destinations management, event planning, trade show hotels, transportation, corporate activities and more.
www.tmc**travel**.com/request_info.asp - 23k - Cached - More from this site

336. CM **Travel** 4FUN - Home
Joomla - the dynamic portal engine and content management system, Joomla - the dynamic portal engine and content ... **Travel Planners** International 10504292 ...
cm**travel**4fun.com - 32k - Cached - More from this site

337. Traverse City Convention & Visitors Bureau | Tour **Planners** & Groups
Meetings and conventions ... Bureau provides a full range of complimentary services for travel **planners**. ... Request a copy of our Group Tour **Planner** ...
www.visittraversecity.com/groups - 28k - Cached - More from this site

338. **Travel** Agency Donates Commission to Retired Racing Greyhounds
... the ownership of Skip Potter, an independent **travel** professional specializing ... with **Travel Planners** International, a leader in the **travel** industry utilizing ...
www.prweb.com/releases/2006/7/prweb415120.htm - 35k - Cached - More from this site

339. Logo Personalized **Travel** Mugs Promotional Custom
Shop Quality Logo Products for logo imprinted Personalized **Travel** Mugs Promotional **Travel** Mugs Custom. ...
www.qualitylogoproducts.com/mug-personalized-**travel**.htm - More from this site

340. Tampa Bay Convention and Visitors Bureau
Visitor information includes local attractions, accommodations, dinning, events, and weather.
www.visittampabay.com - 33k - Cached - More from this site

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.
- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

Also try: corporate **travel planners**, national **travel planners**   More...

Prev   29   30   31   32   33   **34**   35   36   37   38   Next

travel planners                [Search]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

**SPONSOR RESULTS**

**SPONSOR RESULTS**

**Travel Planner**
Looking for **travel planner**? Find exactly what you want today.
www.eBay.com

**Travel Planner**
Plan your trip: read reviews, research destinations & get great deals.
www.mytravelguide.com

**Travel Planner** at Amazon.com
Qualified orders over $25 ship free. Millions of titles, new & used.
Amazon.com/books

Disney Cruise Vacation Planning DVD
Official Site. Order your Free Disney Cruise Vacation Planning DVD.
www.disneycruiseline.com

Live Search Maps: Trip Planner
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

Corporate **Travel** Manager
Lower your costs with our proven approach to corporate **Travel**...
www.amtrav.com

**Travel Planner**
Save on PDAs. Compare products, prices & stores.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

See your message here...

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                              Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                [Search]    Advanced Search

**Search Results**                                      341 - 350 of about 10,500,000 for **travel planners** · 0.21 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

- **Travel Planner**
  www.Shopping.com/PDAs - Save on PDAs. Compare products, prices & stores.
- **Travel Planner**
  www.Dealtime.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

341. **Lansing Event Planners ( Wedding, Corporate,Travel )**
... web site available for Lansing Event **Planners**, Wedding, Meeting, Corporate, **Travel**,
Coordinators - Wedding ... Wedding Event **Planner**. Home Source Network ...
www.nancydenny.com/content/article.html/1210929 - 80k - Cached - More from this site

342. **Vietnam Veterans of America Selects Diversity Travel Planners to ...**
WASHINGTON, May 17 /PRNewswire-USNewswire/ -- Vietnam Veterans of America (VVA),
the sponsor of the November 10 parade ... Diversity **Travel Planners** president, ...
www.earthtimes.org/articles/show/news_press_release,108107.shtml - 38k - Cached - More
from this site

343. **iMedia Connection: Online Travel's Future is Now**
... it is generally a late-stage travel **planner** who already knows where they were ... a better
online experience for **travel planners** and a broader range of ...
www.imediaconnection.com/content/12380.asp - 47k - Cached - More from this site

344. **Gardner Travel- List of Corporate Travel Services**
Our business-specific **travel planners** serving in your day to day life. ... your
own professional **travel planner** - no chance encounters with ...
www.gardnertravel.com/service2.htm - 43k - Cached - More from this site

345. **Costa Rica Expeditions - Staff - TRAVEL PLANNERS**
As an Assistant **Travel Planner** Diego has had to learn fast and manage hundreds ... the right
hand of our **Travel Planners**, Diego doesn't get to slow down ...
www.costaricaexpeditions.com/Aboutcr/staff/index.php?ty=TTP - 30k - Cached - More from
this site

346. **AAA Bluegrass - Group Travel**
**Travel** trends indicate more and more families gathering for family reunion ... destination, AAA's
experienced Group **Travel Planners** are dedicated to ensuring ...
www.aaabluegrass.com/readweb.asp?wid=3366 - 38k - Cached - More from this site

347. **Indiatravelinks - Strategic Travel Planners and Holiday Designers**
Indiatravelinks is Mumbai's well-known tour operator providing holiday and vacation services in
the region of Rajasthan, Kerela, Goa, Himachal Pradesh, North India, ...
indiatravelinks.com - 32k - Cached - More from this site

348. **Travel_Planners**
NACTA.com - National Association of Commissioned **Travel** Agents ... **Travel Planners**
International specializes in working with professional ...
www.nacta.com/hosts/HostAgencyPages/Travel_Planners.htm - 25k - Cached - More from this
site

349. **Alexander Travel - About Us**
... **Travel** has been affiliated with **Travel Planners** International. ... **Travel Planners**
International offers our clients 24 support, and should you need ...
www.alexandertravel.com/about.html - 16k - Cached - More from this site

350. **New Mexico Tourism Department**
... Commerce & CVBs **Travel Planners** Agents Tour Operators Event **Planners** Outfitters & Guides ...
Would you like to be notified about special deals and **travel** news? ...
www.nmtourism.org/go/loc/travel/page/DB-trip.html - 38k - Cached - More from this site

- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.
- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

Also try: corporate **travel planners**, national **travel planners**, More...

**Prev**    30  31  32  33  34  **35**  36  37  38  39    **Next**

travel planners                [Search]

Can't find what you need? Get your answer on **Yahoo! Answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

---

SPONSOR RESULTS                    SPONSOR RESULTS

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and
flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning
Traveler! Find your trip today.
www.away.com

**Travel Planner**
Search Across Multiple Airline Sites
For Low Fares.
www.travelzoo.com

**Discount Travel Deals at
Bookingbuddy**
Compare cheap **travel** fares from
all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K
Over & Over**
Discover Massive Financial Returns
and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &
Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

**See your message here...**

SPONSOR RESULTS

travel planners - Yahoo! Search Results                     Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 48 of 67

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]                                         Help

**YAHOO!** SEARCH   | Web | Images | Video | Local | Shopping | more » |
travel planners                                    [Search]   Advanced Search

**Search Results**                        351 - 360 of about 10,500,000 for travel planners · 0.24 sec. (About this page)

Also try: corporate travel planners, national travel planners    More...

- **What Are You Waiting For?**
  www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.
- **Discount Travel Deals at Bookingbuddy**
  www.BookingBuddy.com - Compare cheap travel fares from all major travel providers.

351. **Aladdin Travel and Meeting Planners**
Travel consultants. Features vacations, cruises, corporate and group travel, ... Travel &
Meeting Planners is the largest full-service, locally owned travel ...
www.aladdintravel.com - 10k - Cached - More from this site

352. **Arizona's Vacation Travel Website**
....COM is a vacation and travel guide for Arizona with over ... FREE Arizona Travel Planners
- Great info by mail. Famous Mining Boom Town. Near the Grand Canyon ...
www.go-arizona.com - 21k - Cached - More from this site

353. **AAA Unveils First Online Travel Agency for Motorists - HispanicBusiness.com**
.....com TripTik travel planner from all other online trip planners ... The TripTik
travel planner also provides advisories for winter road ...
www.hispanicbusiness.com/news/newsbyid.asp?id=56407 - 27k - Cached - More from this site

354. **Travel guide for baby boomers; tailor a trip to your personal interests**
PlayTravel ... Home > Play > Travel. Run Away From Home. Down and out in Beverly Hills?
Move ... Travel Planner. Start your vacation right (More) Ask the Expert ...
www.myprimetime.com/play/travel - 17k - Cached - More from this site

355. **2007 travel Planner from Day-Timer**
Find 2007 travel Planner, planners and other home organizers from Daytimer.com ...
Planners & Accessories. Create a Day-Timer Organizer. Complete Planner Solutions ...
personal-organization.daytimer.com/.../travel-Planner/0/False/11549 - 16k - Cached - More
from this site

356. **ALL STAR ADVENTURES - incentive travel, corporate rewards, reward travel**
Newsletter Signup: Corporate Meeting Planning. Corporate Event Planning. Wanaka NZ
house ... Copyright © 2007 All Stars Adventures, Ltd. all rights reserved ...
www.allstartrips.com/corporate.html - 22k - Cached - More from this site

357. **Personal Planners | Day-Timers**
With personal planners and organizers for home, business, and travel, it's easy to mix and
match to suit your needs and individual style. Learn more!
www.daytimer.com/collections/56B35FF27ACA47E2BE6A45446637499/False/1 - More from
this site

358. **Guest's Travel Planner - Airlines, Alaska Ferry System & Weather ...**
Sitka Alaska Travel Planner - Kain's Fishing Adventures ... call your personal travel agent to
arrange your airline travel to Sitka, Alaska. ...
www.kainsfishingadventures.com/Airlines1.htm - 15k - Cached - More from this site

359. **Tour & Travel Planners | Long Island Convention & Visitors Bureau**
Discoverlongisland.COM is the official Tourism Promotion Agency for ... Meeting Planners
Sport Event Planners Tour & Travel Press Room Contact Us. Counties ...
discoverlongisland.com/display_info.cfm?... - 26k - Cached - More from this site

360. **Escorted Tours - Alaskan Land Tours and European Escorted Tours from ...**
My travel planner. Receive e-newsletters of our deals and trips based on your ... by our own
expert travel planners specifically with the expectations and ...
www.vantagetravel.com/TripIntro_LAND - 26k - Cached - More from this site

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible travel planner.
- **Online Vacation Secrets**
  www.VideoProfessor.com - Learn How to Find Deals on Airfare, Currency & Accommodations.

Also try: corporate travel planners, national travel planners    More...

[travel planners]                                    [Search]

Can't find what you need? Get your answer on Yahoo! Answers

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

---

**SPONSOR RESULTS**

**SPONSOR RESULTS**

**Earn A 7 Day Vacation + $6K
Over & Over**
Discover Massive Financial Returns
and Incredible travel planner.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &
Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on travel
planner at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a Travel planner at
SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and
Travel**
Get big savings on hotels, air/hotel
packages, car rentals and more.
Travel-N-Save.com

See your message here...

**SPONSOR RESULTS**

Yahoo! | My Yahoo! | Mail   Welcome, Guest [Sign In]                                    Help

**YAHOO!** SEARCH     | Web | Images | Video | Local | Shopping | more » |   travel planners   [Search]   Advanced Search

**Search Results**                                361 - 370 of about 10,500,000 for **travel planners** · 0.21 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **Last Minute Travel Deals**
  www.Tripaholic.net - Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
- **Panama Immigration & Residency Visas**
  www.panama-offshore-services.com - Panama Law Firm since 1998. Immigration Residency
  Visas for Less.

361. **Kerala Tour Packages**
   Specializes in holidays tours to South India.
   www.keralatourpackages.com - 38k - Cached - More from this site

362. **Travel planner organizer: VIP Organizer is the best travel planner ...**
   **travel planner** organizer by VIP Quality Software is the best **travel planner** ... Why does VIP
   Organizer stand out against other **travel planners** and organizers? ...
   vip-qualitysoft.com/products/organizer/**travel_planner**_organizer.html - 39k - Cached - More
   from this site

363. **Campbell Travel**
   ... travelers and travel planners 24 / 7 access to **travel** reservations while ... Corporate **Travel**
   Manager system permissions. Corporate **Travel Planner** system ...
   www.campbell**travel**.com/resx.shtm - 20k - Cached - More from this site

364. **NEPA TRAVEL PLANNERS**
   www.nepa**travelplanners**.com - 755 - Cached - More from this site

365. **iMedia Connection: DM Tactics Benefit Travel Marketers**
   A research project indicates that direct, personalized incentives increase ... Nearly half of online
   **travel planners** also use destination websites -- such as ...
   www.imediaconnection.com/content/7663.asp - 50k - Cached - More from this site

366. **triplehelix Puako Travel Page - VirtualTourist.com**
   **Travel** Guides. Book **Travel**. Meet Members. **Travel** Deals. Trip **Planner**. Forums ... Let our
   expert **travel planners** help. Find: Matching: Advanced ...
   members.virtualtourist.com/m/a507b/bca77 - 37k - Cached - More from this site

367. **Philadelphia Hospitality | Travel Planners**
   As we strictly adhere to our cancellation policy, we strongly recommend that you ... To obtain
   insurance application or if you have any questions ...
   www.philahospitality.org/**travel_planners**/**travel**_insurance.html - 10k - Cached - More from
   this site

368. **Travel Services Office**
   ... **travel** services ... Please contact Corporate **Travel Planners** at 210-366-1142 if you ...
   Building and Procurement Commission. State **Travel** Management Program ...
   www.uthscsa.edu/business/**travel** - 16k - Cached - More from this site

369. **LA INC. The Convention & Visitors Bureau | Travel Professionals**
   Los Angeles Convention Visitor Bureau. ... Visitor Information. CruiseLA. Meeting
   Professionals. **Travel** Professionals. Press Room ...
   www.seemyla.com/**travel**pro/rfp.aspx - 18k - Cached - More from this site

370. **Corporate_Travel_Partners**
   NACTA.com - National Association of Commissioned **Travel** Agents ... Carlson Wagonlit /
   Corporate **Travel Planners**. ... you select Corporate **Travel Planners**, Inc. ...
   www.nacta.com/hosts/HostAgencyPages/Corporate_**Travel**_Partners.htm - 22k - Cached -
   More from this site

- **Grapheety - Find Places**
  www.grapheety.com - See what happened there last night. Tell the good stories tomorrow.
- **Hot Travel Deals on Sale**
  www.TripDealz.net - Exclusive discounts on Airfare, Hotels & Packages. Up to 50% Off Sale.

Also try: corporate **travel planners**, national **travel planners**   More...

   **Prev**   32  33  34  35  36  **37**  38  39  40  41   **Next**

   travel planners   [Search]

Search Faster - **Get Yahoo! Toolbar Now**

Copyright © 2007 Yahoo! All rights reserved. Privacy | Legal - Submit Your Site

**SPONSOR RESULTS**

**Grapheety - Find Places**
See what happened there last
night. Tell the good stories
tomorrow.
www.grapheety.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Travel Planner**
Find and Compare prices on **travel**
**planner** at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel planner** at
SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and**
**Travel**
Get big savings on hotels, air/hotel
packages, car rentals and more.
Travel-N-Save.com

**Lake Tahoe Travel Planner -**
**Click Here**
Where to stay or play, guides to
recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here
- With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on**
**Cataloglink**
Find a **travel planner** on
CatalogLink.
www.CatalogLink.com

See your message here...

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In]    Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners    [Search]    Advanced Search

**Search Results**                          371 - 380 of about 10,500,000 for **travel planners** · 0.27 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **A Travel Planner**
  www.SHOP.com - Buy a **Travel** planner at SHOP.COM.

- **Big Discounts On Hotels and Travel**
  Travel-N-Save.com - Get big savings on hotels, air/hotel packages, car rentals and more.

371.  **TCI Travel**
... experience or our TCI **travel planners** means we understand everything that ... 20 years of group and incentive **travel** experience, TCI has the ability to create ...
www.tci**travel**.net - 14k - Cached - More from this site

372.  **Corporate Meetings, Family Reunions and Group Travel - Get Great Low ...**
Our team of group **planners** can help you organize the perfect group package. ... out our Reunion Request Form and a **travel** planner will be contact you shortly. ...
www.golden**travel**guides.com/groups.htm - 47k - Cached - More from this site

373.  **Questions for Tour Groups & Travel Planners**
questions to ask tour groups and when looking for a vacation ... Group leader or Trip **Planner** should know each persons ability and if the tour ...
www.lookingforadventure.com/questionsfortourgroups.htm - 56k - Cached - More from this site

374.  **AMC: Lodging - Special Offers for Group Travel Planners**
Current Specials for Group **Travel Planners**. Book your next group outing, retreat, or reunion at the Highland Center between ...
www.outdoors.org/lodging/groups/specials-groups.cfm - 39k - Cached - More from this site

375.  **Sedona Travel Planner Interactive CD-ROM**
The Official Interactive CD-ROM of the Sedona - Oak Creek Canyon Chamber of Commerce produced in cooperation with ... meeting **planners**, **travel** professionals ...
www.sedonacd.com - 4k - Cached - More from this site

376.  **Family Vacations**
Squire **Travel** has exciting family vacation ideas for every budget. ... YOUR VACATION BEGINS ONCE YOU OPEN THE DOORS OF SQUIRE **TRAVEL PLANNERS** ...
www.squire**travel**.com/4462237_6712.htm - 18k - Cached - More from this site

377.  **Alta Travel Planners** - Translate this page
Este us un texto simulado solo para mostrar como se verá el texto real. Este us un texto simulado solo para mostrar como se verá el texto real. el texto real. ...
www.alta**travelplanners**.com/glance.html - 9k - Cached - More from this site

378.  **Business Travel Executive | askBTE.com**
... by delivering successful managed **travel** and procurement methods, processes, ... reservation and **travel** management portal designed for **travel planners** at small ...
www.askbte.com/dept.asp?issueid=176&deptid=13 - 232k - Cached - More from this site

379.  **Slotsy Tours & Travel**
... band, choir and athletic group tours, and business incentive **travel planners**. ... West's most experienced and knowledgeable rail **travel planners** and consultants. ...
www.slotsytours.net - 9k - Cached - More from this site

380.  **Family Travel Forum**
**Travel Planners** Membership - $9.95 for 3 Months. Save 20% and Get ... 3 Month Recurring **Travel Planners** Membership. 1 Year Frequent Travelers Membership ...
www.family**travel**forum.com/member/memberbenefits_details.html - 52k - Cached - More from this site

- **Lake Tahoe Travel Planner - Click Here**
  www.tahoevacationguide.com - Where to stay or play, guides to recreation, skiing and casinos.

- **Make 2007 Clutter-Free**
  www.OrganizeYourselfOnline.com - Your personalized program is here - With expert guidance, it's simple.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    33  34  35  36  37  38  39  40  41  42    Next

travel planners    [Search]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

---

### Sponsor Results (right column)

SPONSOR RESULTS

**Lake Tahoe Travel Planner - Click Here**
Where to stay or play, guides to recreation, skiing and casinos....
www.tahoevacationguide.com

**Make 2007 Clutter-Free**
Your personalized program is here - With expert guidance, it's simple.
www.OrganizeYourselfOnline.com

**A Travel Planner on Cataloglink**
Find a travel planner on CatalogLink.
www.CatalogLink.com

**Cheap Tickets**
The Refreshingly Simple, Low Priced Way To Travel - Save Now.
www.CheapTickets.com

**Travel Planner**
Find Low Travel Rates. Flights, Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Travel planner at Pronto - More Products, Lower Prices.
www.Organizer.Pronto.com

**Travel Planner**
Travelling on London's Tube System? Plan all your UK travel here.
VisitBritain.us

**Travel Planner - Shop**
Millions of Products. Read Reviews. Travel planner: Cheap Prices.
www.NexTag.com/electronics

See your message here...

SPONSOR RESULTS

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 51 of 67

Yahoo!  |  My Yahoo!  |  Mail     Welcome, Guest [Sign In]                                                                 Help

**YAHOO!** SEARCH     | Web | Images | Video | Local | Shopping | more » |
travel planners                    [ Search ]   Advanced Search

**Search Results**                                              381 - 390 of about 10,500,000 for **travel planners** · 0.18 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS                            SPONSOR RESULTS

- **A Travel Planner on Cataloglink**                            **Travel Planner**
  www.CatalogLink.com - Find a **travel planner** on CatalogLink.     Find Low **Travel** Rates. Flights,
                                                                 Hotels & More at ORBITZ.
- **Cheap Tickets**                                              www.ORBITZ.com
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.
                                                                 **Travel Planner**
381. **Itinarod.com Untangles Web of Online Travel Planning Sites**   Millions of products at low prices
     ... self-help directory is divided into 11 categories to aid the **travel planner**: ... Bargain Finder--   Compare today and save.
     enables **planners** to quickly find air, hotel, car, vacation ...   www.Organizer.Pronto.com
     www.prweb.com/releases/2006/5/prweb389997.htm - 37k - Cached - More from this site
                                                                 **Travel Planner**
382. **Destination: Earth Travel Store - Your one-stop travel equipment ...**   **Travelling** on London's Tube
     Welcome to Destination: Earth **Travel Planners**. Our Mission ... site also offers you quality   System? Plan all your UK **travel**
     **travel** equipment and accessories in one convenient ...   here.
     www.destination-earth.com - 18k - Cached - More from this site   VisitBritain.us

383. **Online Travel Marketing Journal - Travel Industry Updates & Marketing ...**   **Travel Planner - Shop**
     ... to the latest online **travel** marketing trends and news in the **travel** industry. ... Almost half of   Millions of Products. Read
     online **travel planners** also use destination Web sites - such as ...   Reviews. **Travel planner**: Cheap
     www.travelmarketingblog.com/archives/online_travel_marketing/index.asp - 35k - Cached -   Prices.
     More from this site                                         www.NexTag.com/electronics

384. **Out of Country Travel**                                   **Free Travel Guides**
     ... Health Benefits coverage with you, as well as aware of your **travel plans**. ... Student   Free Vacation guides with valuable
     Financial Aid to obtain their form for faculty and staff **travel planners**. ...   information. Easy online ordering.
     www.siue.edu/INTERNATIONAL/OCTRAVEL/outcotrvl.htm - 19k - Cached - More from this site   www.100bestvacations.com

385. **WeeBee Travel Group Trips for the Family**                 **New York Travel Tips and**
     a Family-owned **Travel** Consultation Company specializing in affordable, ... WeeBee **Travel**,   **Vacation Guide**
     Inc. Affiliated with **Travel Planners** International ...       Activity information & **travel** tips to
     www.weebeetravel.com/FRIENDS - 21k - Cached - More from this site   plan dream New York vacation.
                                                                 www.retentioncenter.com
386. **planners**
     Main >> Food, **Travel** & The Arts >> Europe. BRITISH VACATION **PLANNERS**. British   **Travel Planner**
     Vacation **Planners** is a groups of **travel planners** and consultants who ...   Cheap Prices and Huge Selection.
     members.aol.com/gobrit/**planners**.html - 9k - Cached - More from this site   **Travel planner** on Sale.
                                                                 www.Calibex.com
387. **African American Travel Conference**
     ... industry accessibility to **travel planners** of African American organizations. ... together 35O   **Travel Planner**
     African American **travel planners** from across the country, the ...   Know before you go. Read reviews
     www.africa-ata.org/ethics.htm - 12k - Cached - More from this site   from real travelers.
                                                                 www.tripadvisor.com
388. **Golden Travel - Book Air, Hotels and Car Rentals ONLINE NOW!**
     will keep you up to date on of **travel** specials that match your **travel** preference. ... American   See your message here...
     **Travel** Bureau. **Travel Planners** International ...
     www.goldentravel.biz - 20k - Cached - More from this site

389. **Haymarket media meetiNG/traVeL PLaNNerS dataBaSe** (PDF)
     arrangements with the Haymarket media meetiNG/traVeL. PLaNNerS dataBaSe. ... The
     HAYMARKET MEDIA MEETING/**TRAVEL PLANNERS** DATABASE is ...
     www.edithroman.com/dc/hmmeetingplanner.pdf - 111k - View as html - More from this site

390. **Travel Tips and Advice at Frommer's**
     Find all the **travel** tips and tools you need to help you plan your vacation. ... Click here to
     download our printable **travel planners**! more ideas. Photography ...
     www.frommers.com/tips - 44k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.        SPONSOR RESULTS
- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.

Also try: corporate **travel planners**, national **travel planners**   More...

**Prev**   34  35  36  37  38  **39**  40  41  42  43   **Next**

travel planners                    [ Search ]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

Yahoo!  My Yahoo!  Mail      Welcome, Guest [Sign In]                                                                    Help

**YAHOO!** SEARCH

**Web** | Images | Video | Local | Shopping | more »

travel planners                          [ Search ]   Advanced Search

**Search Results**                                      391 - 400 of about 10,500,000 for **travel planners** - 0.30 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

SPONSOR RESULTS

- **Travel Planner**
  VisitBritain.us - Travelling on London's Tube System? Plan all your UK **travel** here.

- **Travel Planner Prices**
  www.NexTag.com/Compare - Compare Prices incl Tax & Shipping. See Product Pics, Specs & Reviews.

391.  **Missouri River Country**
Plan your vacation by ordering a free copy of our **travel planners** and brochures. ... This detailed **travel** planner contains great information about the state of ...
missouririver.visitmt.com/guestbook/missouri_guestbook.asp?siteid=92 - 30k - Cached - More from this site

392.  **The Travel Authority - Help / FAQ**
Find the best prices for **travel** on the Internet with The **Travel** Authority, make reservations for flights, hotels, ... **Travel** Planners. **Travel** Tools. What is ...
the**travel**authority.tta-inc.com/support - 8k - Cached - More from this site

393.  **Scottsdale AZ : Visitors Vacation Travel and Tour Guide**
... is a premier vacation **travel** destination where you can ... **Travel** Planners Guide ... **Travel** Planners Guide is a comprehensive resource to assist ...
www.scottsdalecvb.com/tour/index.cfm?action=support - 48k - Cached - More from this site

394.  **NWsource: Advertise & market your business in our travel directory listings**
... **travel** guide providing visitor information about Washington state, Oregon, and ... **Travel** planners use NWsource to find everything they can about destinations in ...
www.nwsource.com/advertising/listings - 15k - Cached - More from this site

395.  **Intro It's A Trip Travel**
Full Service **Travel** Planners ... Click Here to Enter Site ...
itsatrip**travel**.com - 4k - Cached - More from this site

396.  **SIA-Appointed Travel Agents in Singapore**
travelinfo, **travel** agents, **Travel** Agents in Singapore ... UOB **TRAVEL PLANNERS** PTE LTD. 480 Lorong 6 Toa Payoh #20-01 HDB Hub East Wing. Singapore 310480 ...
singaporeair.com/saa/en_UK/.../before/**travel**info/**travel**agent/utoz.jsp - 29k - Cached - More from this site

397.  **Meigs Media Group, Inc. - Research - BusinessWeek - 2001 Online Travel ...**
A turnkey producer of Special Advertising Sections and **Travel** Media Consultant. ... Online leisure **travel** planners, or E-travel consumers, don't plan very far in ...
www.meigsmedia.com/research/research_2001online.html - 12k - Cached - More from this site

398.  **Pavlus Travel**
... **travel** discounts safari information tours selection of Africa safaris and African **Travel** micato ... Prices. We Have Experienced **Travel** Planners Who Have ...
www.cheaper**travel**.com/about - 25k - Cached - More from this site

399.  **Vietnam Veterans of America Selects Diversity Travel Planners to ...**
Melinda Marinoff, Diversity **Travel** Planners president, has a long history of ... **Travel** Planners, are opening up their services to provide exclusive **travel** and ...
prnewswire.com/cgi-bin/stories.pl?ACCT=109&STORY=/www/story/...&EDATE= - 57k - Cached - More from this site

400.  **Travel Information**
**Travel** Planners, Inc. ... agrees that the Show Management/**Travel** Planners shall not be held responsible in ... a room through **Travel** Planners of New York ...
www.truckshow.com/**travel**info.html - 16k - Cached - More from this site

- **Free Travel Guides**
  www.100bestvacations.com - Free Vacation Guides with valuable information. Easy online ordering.

- **New York Travel Tips and Vacation Guide**
  www.retentioncenter.com - Activity information & **travel** tips to plan dream New York vacation.

SPONSOR RESULTS

Free **Travel** Guides
Free Vacation guides with valuable information. Easy online ordering.
www.100bestvacations.com

New York **Travel** Tips and Vacation Guide
Activity information & **travel** tips to plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection. **Travel** planner on Sale.
www.Calibex.com

**Travel Planner**
Know before you go. Read reviews from real travelers.
www.tripadvisor.com

Shopping for **Travel**
**Travel** Tips - What to take - Where to shop.
www.awelltraveledpath.com

See your message here...

SPONSOR RESULTS

Also try: corporate **travel planners**, national **travel planners**   More...

Prev    35  36  37  38  39  **40**  41  42  43  44    Next

Case 1:07-cv-03119-GBD      Document 7-3      Filed 06/25/2007      Page 53 of 67

travel planners                                    [ Search ]

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 2

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 54 of 67

Yahoo! | My Yahoo! | Mail                 Welcome, **Guest** [Sign In]                                           Help

**YAHOO!** SEARCH

**Web** | Images | Video | Local | Shopping | **more »**

travel planners                              Search    Advanced Search

**Search Results**                                       401 - 410 of about 10,500,000 for **travel planners** - 0.19 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    More...

SPONSOR RESULTS

- **Free CA Travel Guide**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Attractions-Activities-Events-More.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

401. **Group Travel Planners, Custom made Group Tours to Australia**
Customized tours and **travel** to Australia for businesses, organizations,schools, sports teams, reunions, or any group **travel** planning
www.groups.com.au - 18k - Cached - More from this site

402. **Tarleton State University Student Travel Regulations**
... rosters should be submitted no later than one working day prior to **travel**. ... **Travel planners**/supervisors are encouraged to consider the number of ...
www.tarleton.edu/~stuserv/studenttravel.html - 19k - Cached - More from this site

403. **Travel Management Services | Agencies**
Providing outstanding **travel** services and resources to The University of Texas at ... Corporate **Travel Planners** (CTP) you may e-mail your request using the ...
www.utexas.edu/services/travel/contact.html - 12k - Cached - More from this site

404. **Group Leaders of America**
... Chapter Meeting and have the **Travel Planners** experience what you have to offer first hand. ... Wisconsin Dells Holiday Tour **Planner**. SST Tours - The Best ...
www.glamer.com/travelindustry.asp - 19k - Cached - More from this site

405. **Parker Company**
Offers affordable Italian vacation rentals in all regions of Italy. **Travel** guides and database of villas and homes for rent online.
www.theparkercompany.com - 15k - Cached - More from this site

406. **Travel Study-FINALForPDF** (PDF)
**planner** can be a. source of control and. comfort. By taking. control over the ... **Travel planners** may. actually be in the best position for meeting the three ...
www.contextresearch.com/context/pdf/travel_study.pdf - 2051k - View as html - More from this site

407. **BM Global Business Services - Travel and transportation**
Where will the **travel** and transportation industry find the next opportunities? ... **Travel planners** and Quikbook check in new business with faster response times ...
www.ibm.com/services/us/bcs/html/bcs_traveltransportation.html - 31k - Cached - More from this site

408. **All World Travel, Inc | Since 1971 - Tours - Group - Cruises - Vacation ...**
... in providing quality corporate and leisure **travel** services. ... Group **Travel Planners** & Staff. Reasons to Use Performance Group Tour Specialists. References ...
www.allworldtravel.com/Groups - 28k - Cached - More from this site

409. **Travel Insurance: Travel Protectors - Coverage for trip, medical ...**
**Travel** Protectors is a **travel** insurance and medical assistance that travels with you. ... **Travel** Protectors is a **travel** insurance company formed by **travel** experts and ...
www.travelprotectors.com/bios.shtml - 34k - Cached - More from this site

410. **MyVisaAdviser**
Find visa advice for all nationals. Offers a personalized online visa search result, with full requirements and all the necessary forms.
www.myvisaadviser.co.uk - 43k - Cached - More from this site

SPONSOR RESULTS

- **July Cabin Specials! Luxury Cabins**
  www.yourcabin.com - Timber Tops Luxury Log Cabin July Special. 4 for 3 on all cabins.

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

Also try: **corporate travel planners**, **national travel planners**    More...

SPONSOR RESULTS

**July Cabin Specials! Luxury Cabins**
Timber Tops Luxury Log Cabin July Special. 4 for 3 on all cabins.
www.yourcabin.com

**Moorea Hotel**
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR the best rates you can book yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -.
www.Groople.com

**Hilton Family Eadvantage**
Hilton Family eAdvantage Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel** anywhere.cFares. Great cheap airfares. Wow.
www.cfares.com

**Montana Tourism Information**
See all there is to do under the Big Sky with our **travel** guide.
www.visitmt.com

**Plan a Australian Travel**
**Travel Planner** - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

See your message here...

**Prev**   36  37  38  39  40  **41**  42  43  44  45   **Next**

travel planners                                        Search

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!   My Yahoo!   Mail    Welcome, Guest [Sign In]                                                                                    Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners    [Search]    Advanced Search

**Search Results**

411 - 420 of about 10,500,000 for **travel planners** - 0.04 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

SPONSOR RESULTS

- **Travel Planner**
  www.Shopping.com/PDAs - Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.

- **Travel Planner**
  www.Dealtime.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

411. **Kaleidoscope Adventures: Educating Students Through Travel**
Kaleidoscope Adventures is a full-service tour operator specializing in **travel** for student groups, including performance trips, educational trips, senior trips and more
www.kaleidoscopeadventures.com - 11k - Cached - More from this site

412. **Travel**
... for **travel** clubs, **travel** guides, trip **planners** and more information about **travel**. ... **travel planner**. Highway trip **planner**. Holidays.com. Specialty **Travel** ...
www.partyguideonline.com/**travel**/**travel**.html - 44k - Cached - More from this site

413. **Travel Management Services | Online Reservation Form**
**Travel** Planning. QuickTrip Online Reservation System. Navigant ... below to have your request electronically submitted to Corporate **Travel Planners**. ...
www.utexas.edu/services/**travel**/forms/ctpireservation.html - 15k - Cached - More from this site

414. **Esprit Travel & Tours: Cultural Tours to Japan, China and Asia: Site Map**
... tours, Esprit **Travel** & Tours delivers extraordinary cultural **travel** experiences... trip, or side trip, Esprit's **travel** planners are ready to create a memorable ...
www.esprit**travel**.com/sitemap.html - 17k - Cached - More from this site

415. **Corporate Travel Planners Support Midwest Airlines; Oppose Takeover by ...**
Corporate **Travel Planners** Support Midwest Airlines; Oppose Takeover by AirTran. - MILWAUKEE, May 9 /PRNewswire-FirstCall/ -- Midwest Airlines (Amex: MEH - News), a ...
biz.yahoo.com/prnews/070509/aqw129b.html?.v=1 - 19k - Cached - More from this site

416. **EuropeFromAtoZ.com**
Send us some **travel** information, and we will get started planning for you today! ... Copyright © EuropeFromAtoZ.com by A to Z **Travel** Planners, Inc. 1995 - 2007 ...
www.europefromatoz.com - 6k - Cached - More from this site

417. **Travel Information**
Expo Online **Planner**. Attend. Exhibit. International. Press. Request ... Hotel rates and airfare discounts have been negotiated for us by **Travel** Planners. ...
www.expoeast.com/index.cfm - 30k - Cached - More from this site

418. **Bloomington Indiana Tourism Center : Meeting Planners and Convention ...**
... can assist meeting planners with all their planning ... customized **travel** planner. May 2007. S. M. T. W. T. F. S. 29. 30. 1. 2. 3. 4. 5. 6. 7. 8. 9. 10. 11. 12 ...
www.visitbloomington.com/static/index.cfm?contentID=3 - 20k - Cached - More from this site

419. **Corporate Travel Planners Support Midwest Airlines; Oppose Takeover by ...**
... of a recent survey of Milwaukee and Kansas City-area corporate **travel** planners ... Corporate **travel** planners consistently cite these programs and services - which ...
www.earthtimes.org/articles/show/news_press_release,103547.shtml - 43k - Cached - More from this site

420. **Corporate Incentive Travel – Group Hotel Rates from Groople.com**
... **travel** planners provide free quotes. Groople - Group **Travel** Made ... Great deals for corporate incentive **travel** – do I hear boondoggle? Oops! ... **travel** ...
www.groople.com/hotels/CorporateIncentives.aspx - 74k - Cached - More from this site

- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.

- **Trips of a Lifetime**
  www.away.com - 25 Adventures for the Discerning Traveler! Find your trip today.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev    37  38  39  40  41  **42**  43  44  45  46    Next

SPONSOR RESULTS

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travelzoo® Travel Planner**
Save Time And Money - Use The Airfare Search Engine at Travelzoo.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

See your message here...

[travel planners]    [Search]

Search Faster -Get Yahoo! Toolbar Now

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

travel planners - Yahoo! Search Results                  Page 1 of 2

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 57 of 67

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                                          Help

**YAHOO!** SEARCH      **Web** | Images | Video | Local | Shopping | **more »**
                       travel planners                    [ Search ]  Advanced Search

**Search Results**                          421 - 430 of about 10,500,000 for **travel planners** - 0.22 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**  More...

SPONSOR RESULTS

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

421. **Let Us Plan Your Next Great ESCAPE !!**
**TRAVEL** BOOKING. CONTACT US. Come and Join with US. See the WORLD ! ... **Travel** Tips. **Travel** Insurance. Username: Password: Premier **Travel Planners**. a Member ...
www.ez**travel**group.com - 14k - Cached - More from this site

422. **Greece for Visitors Site Map - An A to Z of Greece and Greek Travel**
Pictures of Greece Greece **Travel Planner** Clothing-Optional Beaches in Greece How ... Wedding **planners**, official requirements on paperwork, and suggestions ...
gogreece.about.com/library/blgreecesitemap2.htm - 107k - Cached - More from this site

423. **Travel Planner of Big Bear Lake California and Bed and Breakfasts**
Also view Spring, Summer and Autumn's **Travel Planners**. Welcome - Inns - Specials - Events - Retreats & Weddings - **Travel Planner** - Map ...
www.bigbearbnb.com/**travelplanner**-winter.html - 6k - Cached - More from this site

424. **National Stationery Show**
Click Here to change or cancel an existing **Travel Planners** reservation. ... help you prior to your arrival, and **Travel Planners** staffers are on call 24/7 to ...
www.nationalstationeryshow.com/content/**travel**.htm - 21k - Cached - More from this site

425. **Let Our Experience Make Your Experience--PREMIER!**
... at Premier Tour and **Travel** are here to provide your ... Experienced, Knowledgeable, & Friendly **Travel Planners**. Competitive Prices & Quality Service ...
www.premiertourand**travel**.com - 13k - Cached - More from this site

426. **The Andrew Harper Collection**
... for frequent travelers and **travel planners** who need descriptions of the ... Collection can serve as your lifetime personal and business **travel planner**. ...
www.andrewharper**travel**.com/ahtisapi.dll/harper - 13k - Cached - More from this site

427. **Travel Organizers**
... Planning--**Travel** Organizer & Packing Lists. **Travel Planners** ... 4 **Travel** Clothes **Planners**. 2 Instructions for House Care. 2 Instructions for Child Care ...
www.listorganizer.com/protrav.htm - 27k - Cached - More from this site

428. **Disaster travel planners - Business - The Washington Times, America's ...**
The Washington Times Business: Disaster **travel planners** ... Disaster **travel planners**. By Erik Schelzig. ASSOCIATED PRESS. September 3, 2005 ...
www.washtimes.com/business/20050902-094524-8153r.htm - 39k - Cached - More from this site

429. **Doi travel newsletter** (PDF)
Easy Access for **Travel Planners**. A **Travel Planner** is one who is author ... A **travel planner** can easily re- search a variety of flights, hotels, and ...
www.doi.gov/pfm/trav&relo/**travel**_newsletter/aug_2002.pdf - 521k - View as html - More from this site

430. **Atlanta travel agency with American Express services**
Atlanta Georgia corporate-business management **travel** services offering American Express **travel** related products, online booking, gift checks-cheques, group **planners** ...
www.willtrav.com/about/atlanta.php - 10k - Cached - More from this site

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.

- **Travel Planner**
  www.Shopping.com/PDAs - Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.

Also try: **corporate travel planners**, **national travel planners**  More...

SPONSOR RESULTS

SPONSOR RESULTS

**Corporate Travel Manager**
Lower your costs with our approach to corporate **Travel**...
www.amtrav.com

**Travel Planner**
Shop, Compare & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Save on PDAs. Compare products, prices & stores.
www.Dealtime.com/PDAs

**Travel Planner - Save up to 70%**
Easily Compare Deals to Racine Also See Photos & Candid Reviews.
travel.yahoo.com

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travelzoo® Travel Planner**
Save Time And Money - Use The Airfare Search Engine at Travelzoo.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**See your message here...**

Prev  38  39  40  41  42  43  44  45  46  47  Next

travel planners                                    Search

Yahoo! Answers: **Search questions and answers**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                Page 1 of 1

Case 1:07-cv-03119-GBD      Document 7-3      Filed 06/25/2007      Page 59 of 67

Yahoo! | My Yahoo! | Mail     Welcome, Guest [Sign In]                                                        Help

**YAHOO!** SEARCH

| Web | Images | Video | Local | Shopping | more » |

travel planners                  [Search]   Advanced Search

**Search Results**                                                  431 - 440 of about 10,500,000 for **travel planners** · 0.21 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **A Travel Planner on Cataloglink**
  www.CatalogLink.com - Find a **travel planner** on CatalogLink.
- **Cheap Tickets**
  www.CheapTickets.com - The Refreshingly Simple, Low Priced Way To **Travel** - Save Now.

431. **Lee County Chamber of Commerce - Travel Planners**
**Travel Planners**. Please TELL THEM YOU FOUND THEM ON... I Love Lee County.com ...
**Travel** Partners USA ... Keep It Real Cruises & **Travel** Agency ...
www.leechamber.com/en/**travel-planners** - 28k - Cached - More from this site

432. **Beyond Travel**
A Destination Design Company. We are a full service **Travel** Management company. ... Our
dedicated professional **Travel Planners** have years of experience in a wide ...
beyond**travel**.com - 8k - Cached - More from this site

433. **MAX Traveler's Planner**
This is a review of MAX Traveler's **Planner**. ... monthly itinerary **planners**; and spaces to record
daily **travel** goals, contacts; ...
www.suite101.com/article.cfm/**travel**_book_reviews/112714 - 28k - Cached - More from this site

434. **Business Travel Expo Hong Kong attracts strong response**
... **planners** prior to its opening at the Hong Kong Convention & Exhibition Centre on ... "We are
now expecting many more **travel planners** to attend than the 1,220 who ...
www.worldroom.com/pages/**travel**news/news2004/news03200412b.phtml - 53k - Cached - More from this site

435. **Casa Del Salsa**
HOME. SALSA. BASKETS. S & H. CONTACT US. Casa Del Salsa. Where Fruits get an
Attitude. Pablo Pepper Say's Click Here. To get your Chips Dipped. Red Salsa. Fruit Salsa ...
www.worldwide**travel**planners.com - 5k - Cached - More from this site

436. **Official Carlsbad, CA Travel Guide**
Year-Round Fun, Sun & Sea! Just 35 miles north of San Diego ... **Travel** Media Resources.
Press Room. Press Releases. Meeting **Planners** Resources ...
www.destinations2discover.com/microsite/index.php?id=72 - 55k - Cached - More from this site

437. **Costa Rica Vacation Packages - Costa Rica Travel**
... Rica Vacation Packages, wonderful **travel** itineraries that combine the country's ... be happy
to work with you to create your own custom vacation **travel** itinerary. ...
www.mycostaricalink.com/costa_rica_vacation_packages/packages.htm - 35k - Cached - More
from this site

438. **Active and Adventurous - Goway Travel Experiences**
... **travel** ideas for the young and young at heart, from Goway **Travel**. ... adventure
brochures/**travel planners** to destinations or adventure **travel** concepts. ...
www.goway.com/adventure/index.html - 20k - Cached - More from this site

439. **To: Vice Presidents Deans Directors Senior Business Officers Travelers ...**
(PDF)
Travelers and **Travel Planners**. From: Lloyd Armstrong, Jr. Dennis F. Dougherty. Date: ...
Manual (which previously did not address business class air **travel**) ...
fbs.usc.edu/depts/**travel**/object.aspx?object_id=1468 - 53k - View as html - More from this site

440. **New York International Gift Fair®**
... official **travel** agency, **Travel Planners**, is the ... ( If you find a lower rate, **Travel Planners**
will match it) No pre-payment for hotel reservations ...
www.nyigf.com/**travel**/travels.html - 23k - Cached - More from this site

- **Travel Planner**
  www.ORBITZ.com - Find Low **Travel** Rates. Flights, Hotels & More at ORBITZ.
- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.

Also try: corporate **travel planners**, national **travel planners**   More...

**Prev**   39   40   41   42   43   **44**   45   46   47   48   **Next**

travel planners                  [Search]

---

SPONSOR RESULTS

**Travel Planner**
Find Low **Travel** Rates. Flights,
Hotels & More at ORBITZ.
www.ORBITZ.com

**Travel Planner**
Millions of products at low prices
Compare today and save.
www.Organizer.Pronto.com

**Travel Planner**
**Travelling** on London's Tube
System? Plan all your UK **travel**
here.
VisitBritain.us

**Travel Planner Prices**
Compare Prices incl Tax &
Shipping. See Product Pics, Specs
& Reviews.
www.NexTag.com/electronics

**Free Travel Guides**
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and
Vacation Guide**
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Know before you go. Read reviews
from real travelers.
www.tripadvisor.com

See your message here...

SPONSOR RESULTS

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

travel planners - Yahoo! Search Results                                    Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 60 of 67

Yahoo! | My Yahoo! | Mail     Welcome, Guest [Sign In]                                          Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners                    [Search]     Advanced Search

**Search Results**                          441 - 450 of about 10,500,000 for **travel planners** · 0.28 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**     More...

SPONSOR RESULTS                 SPONSOR RESULTS

- **Travel Planner**
  www.Organizer.Pronto.com - Millions of products at low prices Compare today and save.

- **Travel Planner**
  VisitBritain.us - Travelling on London's Tube System? Plan all your UK **travel** here.

441. **India Trip Planner.Travel Tours India,Package Travel India,Make My Trip ...**
India Trip **Planner** offering Trip to India, India Adventure Trip, India Cultural Trip, India Trip
Maker, India Wildlife Trip, India Rajasthan Trip, Kerala Trip, Goa Trip, ...
www.indiatrip**planner**.com - 27k - Cached - More from this site

442. **Home Based Travel Agent Host Agency Report**
**Travel Planners** International (Also Known As TravelAgentFromHome.com - We offer ... Since
1988, **Travel Planners** International has specialized in working with ...
homebased**travel**agent.com/Hosts/Start_a_Home_Based_**Travel**_Agency_**Travel_Planners**...
- 22k - Cached - More from this site

443. **Travel With a Challenge Magazine**
Articles, **travel** news, and advice for mature travelers, spotlighting nature vacations, cruises and
train **travel**, and stimulating cultural holidays.
www.**travel**withachallenge.com - 109k - Cached - More from this site

444. **Argeus Tourism & Travel Agency, Cappadocia, Turkey**
... professional English-speaking trip **planners** can work with you by ... **Travel** Agencies & Tour
Operators Homepage. Where to Go. Turkey **Travel Planner** Homepage ...
www.turkey**travelplanner**.com/tourop/argeus/index.html - 14k - Cached - More from this site

445. **Company Profile**
Extraordinary destination management services for group **travel planners**. ... Learn how
professional **travel planners** use DMCs like us to their advantage, as ...
www.conference-**travel**.com/profile.htm - 20k - Cached - More from this site

446. **WOW Philippines :: Trip Planner :: Air Domestic :: Airlines**
... listing of and contact information for **travel** agents in the Philippines, ... **TRAVEL PLANNERS**
INC. Address : Gf Diamond Finance Bldg 603 Edsa, Cubao, Quezon City ...
www.tourism.gov.ph/trip_**planner**/**travel**_agent.asp?rid=15&page=10 - 48k - Cached - More
from this site

447. **AAA Cincinnati - Group Travel**
**Travel** trends indicate more and more families gathering for family reunion ... destination, AAA's
experienced Group **Travel Planners** are dedicated to ensuring ...
www.aaacincinnati.com/readweb.asp?wid=2866 - 40k - Cached - More from this site

448. **Sitemap: West Hollywood, CA**
Meeting **Planners**. Event **Planners**. **Travel** Professionals ... Event **Planners**. Find a Venue.
Submit RFP. **Travel** Professionals. Hotels. Restaurants. Nightclubs ...
www.visitwesthollywood.com/whhotdeals/hotdeals.html - 16k - Cached - More from this site

449. **Canadian Tourism Commission**
www.canadameetings.com - 3k - Cached - More from this site

450. **Article - Travel Planners Will Be Cast as Demons in the New Climate @**
**AccessMyLibrary.com**
Excerpt: "**Travel**, it broadens the mind - and wrecks the planet.' Forgive me for uttering such
heresy in these pages; those words are not mine, but they formed a...
accessmylibrary.com/comsite5/bin/pdinventory.pl?page=smx_aml_a&... - More from this site

- **Travel Planner Prices**
  www.NexTag.com/electronics - Compare Prices incl Tax & Shipping. See Product Specs
  & Reviews.

- **Free Travel Guides**
  www.100bestvacations.com - Free Vacation guides with valuable information. Easy online
  ordering.

SPONSOR RESULTS

**Travel Planner Prices**
Compare Prices incl Tax &
Shipping. See Product Pics, Specs
& Reviews.
www.NexTag.com/electronics

**Free Travel Guides**
Free Vacation guides with valuable
information. Easy online ordering.
www.100bestvacations.com

**New York Travel Tips and
Vacation Guide**
Activity information & **travel** tips to
plan dream New York vacation.
www.retentioncenter.com

**Travel Planner**
Cheap Prices and Huge Selection.
**Travel planner** on Sale.
www.Calibex.com

**Travel Planner**
Get the scoop from travelers who
know St. John.
www.tripadvisor.com

**Europe Travel Tips**
Find the best timeshare, hotel or
B&B for a great vacation.
www.awelltraveledpath.com

**See your message here...**

Also try: corporate **travel planners**, national **travel planners**     More...

Prev   40 41 42 43 44 **45** 46 47 48 49   Next

travel planners                    [Search]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

Yahoo!   My Yahoo!   Mail   Welcome, **Guest** [Sign In]                                         Help

**YAHOO!** SEARCH

| | |
|---|---|
| **Web** | **Images** · **Video** · **Local** · **Shopping** · **more »** |

travel planners    [ Search ]   Advanced Search

**Search Results**                              451 - 460 of about 10,500,000 for **travel planners** - 0.21 sec.  (About this page)

Also try: **corporate travel planners**, **national travel planners**    More...

- **Free CA Travel Guide**
  www.VisitCalifornia.com - 2007 Digital Visitors Guide/**Planner** Plan A California Vacation Today.

- **8,000,000 Travelers**
  www.TravelGuard.com - **Travel** planning and **travel** packing tips.

451. **Travel Planner**
     Hill Stations of India. Palaces of India. Festivals of India ... developed by Sterco Digitex. Copyright, **Travel Planners** Pvt. Ltd., All Rights Reserved ...
     www.**travel**oline.com/city_search_result.asp?city=279 - 39k - Cached - More from this site

452. **RAC Route planner**
     Route **Planner** gives maps, directions, the time and distance of the journey. ... When using route **planners**, RAC recommends you also refer to a road atlas. ...
     www.rac.co.uk/web/route**planner** - 35k - Cached - More from this site

453. **FamilyFun: Travel Printables - and More Family Fun**
     ... Pages - Printables for the season: Thanksgiving coloring pages and **planners**. ... **Travel Planner**. Car Trip Checklist. Backseat Snacks ...
     familyfun.go.com/family-**travel**/places/feature/doca0303**travel**printable - 48k - Cached - More from this site

454. **Bloomington Indiana Lodging Accommodations, Activities, Attractions ...**
     ... features complete **travel** information including lodging ... customized **travel planner**. meeting **planners**. hotel facilities. convention center. university venues ...
     www.visitbloomington.com/sitemap - 45k - Cached - More from this site

455. **Business travel planners economize, but see growth - Pacific Business ...**
     Members of the National Business **Travel** Association, opening their 35th annual ... corporate **travel** managers done for the NBTA by PhoCutWright Inc. ...
     www.bizjournals.com/pacific/stories/2003/08/04/daily93.html - 64k - Cached - More from this site

456. **Elite Travel - Free Weddings**
     Make sure that your **travel planner** purchases all air & hotel as a "package" ... is right for you - please contact our professional wedding **travel planners** today. ...
     www.elitedestinationweddings.com - 30k - Cached - More from this site

457. **Vancouver Travel Planner - Forbes Travel International LTD.**
     ... BRITISH COLUMBIA Let Forbes **Travel** customize your Western Canadian holiday. ... Contact Forbes **Travel** for Preferred Hotel Accommodations ...
     www.forbes-**travel**.com/vancouvertourism.php - 41k - Cached - More from this site

458. **Travelago - Hotel and restaurant guides, travel directory listings, and ...**
     ... **travel** information distribution network that reaches online **travel planners** with ... for hotels, restaurants, attractions, and other **travel** services are available. ...
     www.**travel**ago.com/add_enhance_listing.asp - 18k - Cached - More from this site

459. **Group Travel Directory**
     Free **Travel** Magazine. Special Offers. Trip Planning Assistance. Tools for **Travel Planners**. Supplier Login. Username: Password: Remember my Password ...
     www.festivals.com/group**travel**/input.aspx - 25k - Cached - More from this site

460. **African American Travel Conference by National Organization of African ...**
     ... industry accessibility to **travel planners** of African American organizations. ... together 35O African American **travel planners** from across the country, the ...
     www.africa-ata.org/aatc.htm - 12k - Cached - More from this site

- **Moorea Hotel**
  www.gotahiti.com - Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea, Bora Bora, Tahiti, and surrounding islands.

- **Webtravelconsultant**
  www.webtravelconsultant.com - We offer Customized Vacations OR the best rates you can book yourself.

Also try: **corporate travel planners**, **national travel planners**    More...

Prev   41 42 43 44 45 46 47 48 49 50   Next

SPONSOR RESULTS

**Moorea Hotel**
Tahiti **Travel Planners**- specialists in hotels and **travel** to Moorea,...
www.gotahiti.com

**Webtravelconsultant**
We offer Customized Vacations OR the best rates you can book yourself.
www.webtravelconsultant.com

**Corporate Group Travel**
Low-rate guarantee. 5 rooms minimum Call our Group Desk -.
www.Groople.com

**Get travel Information on Montana**
Get info on Montana recreational opportunities with our trip **planner**.
www.visitmt.com

**Hilton Family Eadvantage**
Hilton Family eAdvantage Makes Business **Travel** Easier. Sign Up Now.
www.hiltonfamilyeadvantage.com

**Air Travel Planner**
Hot deals on air **travel** anywhere.cFares. Great cheap airfares. Wow.
www.cfares.com

**Plan a Australian Travel**
**Travel Planner** - Australia. Experience Sydney, the Great Barrier...
www.aboutaustralia.com

**Corporate Travel Solution**
Lower **travel** & booking costs w/ our on-demand **travel** management...
www.concur.com

See your message here...

travel planners                                     [Search]

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

travel planners - Yahoo! Search Results                    Page 1 of 2

Case 1:07-cv-03119-GBD    Document 7-3    Filed 06/25/2007    Page 63 of 67

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                                                      Help

**YAHOO!** SEARCH
**Web** | Images | Video | Local | Shopping | **more »**

travel planners                    Search    Advanced Search

**Search Results**                                             461 - 470 of about 10,500,000 for **travel planners** - 0.25 sec. (About this page)

Also try: **corporate travel planners**, **national travel planners**    More...

- **Plan a Australian Travel**
  www.aboutaustralia.com - **Travel Planner** - Australia. Experience Sydney, the Great Barrier
  Reef, the Outback, rainforests, wildlife and Aussie culture.

- **Travel Planner**
  www.eBay.com - Looking for **travel planner**? Find exactly what you want today.

461. **Group Travel & Special Events For Silver Dollar City, Branson**
   Silver Dollar City offers group **travel** & special events planning information for ... Student Youth
   and **Travel** - Let your students perform and achieve knowledge ...
   www.bransonsilverdollarcity.com/**travel**-events - 16k - Cached - More from this site

462. **Communiqué | Business Travel - Atlas Travel International**
   ... meaningful resource specifically for **travel planners**, buyers and decision makers. ... make
   your life easier by making your job as a **travel planner** less stressful. ...
   www.atlas**travel**.com/communique/march - 6k - Cached - More from this site

463. **Hello World Travel**
   ... **travel** arrangements in-house via the Sabre Net Platform AND EARN 65% of the ...
   Corporate **Travel** Specialists - Personalized **travel planners** for your employees ...
   hartfelt.net/**travel**/frames/corporate.htm - 16k - Cached - More from this site

464. **Online Travel Planning Grows in Popularity, researching travel online ...**
   ... **Travel** Planning Grows in Popularity, researching **travel** online, web **travel** statistics ...
   Around 42 percent of online **travel** planners say they now do all or ...
   roadand**travel**.com/newsworthy/newsandviews03/02**travel**researchonline.htm - 24k - Cached -
   More from this site

465. **Internet Travel News - AAA unveils online travel agency**
   ... .com TripTik **travel planner** from all other online trip **planners** is direct access ... use the
   TripTik **travel planner** to find **travel** ideas and information by ...
   www.breaking**travel**news.com/article/20070221143404233 - 16k - Cached - More from this site

466. **Singles cruises - Aim Higher TRAVEL - Singles Travel Specialists**
   Cruises for singles - Aim Higher TRAVEL - Singles **Travel** Specialists ... Aim Higher **Travel** is
   always looking for a new way to introduce people to Alaska ...
   www.aim-higher.com/singles**travel**/singles-cruises.htm - 20k - Cached - More from this site

467. **Meeting and Event Planners - Getaway4Florida.com**
   you are here: home / meeting and event **planners**. New! View our Electronic. **Travel Planner**
   here. ... Meeting **Planner**. **Travel** Media. **Travel** & Tour **Planner**. VCB ...
   www.getaway4florida.com/meetings - 22k - Cached - More from this site

468. **StockHouse.com : Corporate Travel Planners Support Midwest Airlines ...**
   51% Would Avoid Doing Bus ... and Kansas City-area corporate **travel planners** showing
   strong opposition to a ... Corporate **travel planners** consistently cite ...
   www.stockhouse.com/news/news.asp?newsid=5502185&tick=AAI - 53k - Cached - More from
   this site

469. **Montana Travel Agents / Planners**
   Plan the perfect vacation with Montana **travel** agents / **planners**. ... **Travel** Agents / **Planners**.
   Tread Lightly. Weather / Climate. Winter Safety ...
   www.westyellowstonenet.com/**travel**_tips/**travel**_planning.php - 35k - Cached - More from this
   site

470. **DR1 - Travel**
   **Travel Planner**. What To Expect. Weather. Hurricanes. Money & Banking. Communications.
   Transportation ... will assist meeting **planners** and when necessary ...
   www.dr1.com/**travel**/special/meetings.shtml - 24k - Cached - More from this site

- **Travel Planner**
  www.mytravelguide.com - Plan your trip: read reviews, research destinations & get great deals.

- **Travel Planner at Amazon.com**
  Amazon.com/books - Qualified orders over $25 ship free. Millions of titles, new & used.

Also try: **corporate travel planners**, **national travel planners**    More...

**Prev    42  43  44  45  46  47  48  49  50  51    Next**

**SPONSOR RESULTS**

**SPONSOR RESULTS**

**Travel Planner**
Plan your trip: read reviews,
research destinations & get great
deals.
www.mytravelguide.com

**Travel Planner** at
**Amazon.com**
Qualified orders over $25 ship free.
Millions of titles, new & used.
Amazon.com/books

**Disney Cruise Vacation**
**Planning DVD**
Official Site. Order your Free
Disney Cruise Vacation Planning
DVD.
www.disneycruiseline.com

**Live Search Maps: Trip**
**Planner**
Get maps, directions, traffic
updates, local search and more.
Maps.Live.com

**Corporate Travel Manager**
Lower your costs with our proven
approach to corporate **Travel**...
www.amtrav.com

**Travel Planner Trips**
See Photos, Maps, Candid
Reviews, Itineraries & **travel
planner** Deals.
travel.yahoo.com

**Travel Planner**
Shop, Compare & Save on PDAs.
Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store
Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

**See your message here...**

**SPONSOR RESULTS**

travel planners - Yahoo! Search Results                                              Page 2 of 2

Case 1:07-cv-03119-GBD          Document 7-3          Filed 06/25/2007          Page 64 of 67

travel planners                                          [ Search ]

---

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]                                            Help

**YAHOO!** SEARCH     | Web | Images | Video | Local | Shopping | **more »** |

travel planners                          [ Search ]   Advanced Search

## Search Results

471 - 480 of about 10,500,000 for **travel planners** · 0.34 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**, More...

**SPONSOR RESULTS**

- **Disney Cruise Vacation Planning DVD**
  www.disneycruiseline.com - Official Site. Order your Free Disney Cruise Vacation Planning DVD.

- **Corporate Travel Manager**
  www.amtrav.com - Lower your costs with our proven approach to corporate **Travel** planning.

471. **Texas Golf Planners - Custom Golf Packages, Discount Vacations, San ...**
At last the true golf enthusiast, there's Texas Golf **Planners**. ... Whether you **travel** in a groups or just as a pair, experience the finest quality ...
www.texasgolfplanners.com - 11k - Cached - More from this site

472. **Student travel planners, Travel agents, Youth travel organizers**
... guide for student and youth **travel planners** and also designed for youth sports, ... Request a print media **planner**. Call 630.794.0696. Email advertising@ptmgroups.com ...
www.preptraveler.com/Magazine.php - 6k - Cached - More from this site

473. **Kearney Nebraska - The Heart of Nebraska!**
The following Nebraska cities have personalized **Travel Planners** designed for their community: CivicPlus © 1997-2007 All rights reserved. ...
www.cityofkearney.org/index.asp?SID=637 - 30k - Cached - More from this site

474. **Open Directory - Recreation: Travel: Specialty Travel: Family**
Family Vacation **Planner** - Smartravel Agency specializes in family vacations. ... maps, ideas for things to do, vacation tips, necessities, and **travel planners**. ...
dmoz.org/Recreation/**Travel**/Specialty_**Travel**/Family - 16k - Cached - More from this site

475. **Travel Agents in Trenton, SC 29847 on Yahoo! Local.**
**Travel** Agents in Trenton, SC 29847 on Yahoo! Local. Get Ratings & Reviews on **Travel** Agents with ... Florida s Space Coast | **Travel** Agents and Vacation **Planners** ...
local.yahoo.com/SC/.../**Travel**+and+Transportation/8014801/**Travel**+Agents - 48k - Cached - More from this site

476. **Flight Planners**
Flight **Planners Travel** is a full service **travel** agency, bonded, and ARC approved. ... Contact Information. Address: 213 S. Court Street. Medina, OH 44256. Phone: ...
www.flightplannerstravel.com - 7k - Cached - More from this site

477. **Maritz Travel: Destination Top Ten List**
Luxury resorts combined with great values are taking business meeting and incentive **travel planners** to Mexico. ... BUSINESS MEETING and INCENTIVE **TRAVEL PLANNERS** ...
www.maritztravel.com/newsreleases/**travel**-mexico-hotspot.html - 9k - Cached - More from this site

478. **San Antonio Breast Cancer Symposium: Travel Information > Travel ...**
... arrangements please contact Corporate **Planners**: Robin A. Bullington ... Corporate **Travel Planners** has set up airline discounts especially for San ...
www.sabcs.org/**Travel**Transportation/Index.asp - 21k - Cached - More from this site

479. **Northern Experience, The**
Discovering the beauty and adventure that only the North country can offer. ...
www.northernexperience.com - 23k - Cached - More from this site

480. **Maritz Corporate Event Management, Hospitality & Incentive Group Travel**
... **Travel**. Pharmaceutical Industry Services. Meeting **Planner** ... Incentive **Travel**. Pharmaceutical Industry Services. Support for Corporate Meeting **Planners** ...
www.maritztravel.com/**travel**-what-we-do.html - 6k - Cached - More from this site

- **Live Search Maps: Trip Planner**
  Maps.Live.com - Get maps, directions, traffic updates, local search and more.

- **All Travel Planner Deals**
  travel.yahoo.com - Save up to 70% on special deals to **travel planner** at Yahoo **Travel**.

Also try: corporate **travel planners**, national **travel planners**, More...

**SPONSOR RESULTS**

**Live Search Maps: Trip Planner**
Get maps, directions, traffic updates, local search and more.
Maps.Live.com

**All Travel Planner Deals**
Save up to 70% on special deals to **travel planner** at Yahoo **Travel**.
travel.yahoo.com

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Shopping.com/PDAs

**Travel Planner**
Shop & Save on PDAs. Store Ratings. Consumer Reviews.
www.Dealtime.com/PDAs

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**Trips of a Lifetime**
25 Adventures for the Discerning Traveler! Find your trip today.
www.away.com

**Travelzoo® Travel Planner**
Save Time And Money - Use The Airfare Search Engine at Travelzoo.
www.travelzoo.com

**Discount Travel Deals at Bookingbuddy**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

See your message here...

**SPONSOR RESULTS**

|       | Prev | 43 | 44 | 45 | 46 | 47 | **48** | 49 | 50 | 51 | 52 | Next |

travel planners                          [ Search ]

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal · Submit Your Site

Yahoo!  |  My Yahoo!  |  Mail    Welcome, Guest [Sign In]

Help

**YAHOO! SEARCH**

Web | Images | Video | Local | Shopping | more »

travel planners    [Search]    Advanced Search

**Search Results**

481 - 490 of about 10,500,000 for **travel planners** · 0.24 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**    More...

- **Travel Planner**
  www.Shopping.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.
- **Travel Planner**
  www.Dealtime.com/PDAs - Shop & Save on PDAs. Store Ratings. Consumer Reviews.

481.  **groupleaderstravelplanners : GROUP LEADERS TRAVEL PLANNERS - A place to ...**
groupleaderstravelplanners: GROUP LEADERS **TRAVEL PLANNERS** - A place to talk about Group Leader **travel** planning ... on planning your own group **travel**. ...
groups.yahoo.com/group/groupleaderstravelplanners - 31k - Cached - More from this site

482.  **Event Planners at TheGreatEvent.com: Plan an Event, Corporate Event ...**
... CHOOSE a **PLANNER**. WHY CHOOSE A **PLANNER**. GROUP **TRAVEL** PLANNING. PICNIC ... GROUP **TRAVEL PLANNER**. PRO MESSAGE BOARDS. TESTIMONIALS. CONTACT US. FOR PRO **PLANNERS** ...
thegreatevent.com - 188k - Cached - More from this site

483.  **Leisure Travel - TRAVEL ADVISORS SUNNYVALE, INC.**
**Travel** Advisors Sunnyvale Inc. ... the business and leisure **travel** needs of travelers worldwide ... That is where our professional **travel** planners come in. ...
www.**travel**advrsunnyvale.com/ltrav.html - 6k - Cached - More from this site

484.  **WOW Philippines :: Explore Philippines :: Travel Agent**
... Quezon City >> Travel Agent. **Travel** Agent. **TRAVEL PLANNERS** INC ... NEXUS **TRAVEL** CORP. Address : U202 Eagle Court Cond 26 MatalinoSt ... **TRAVEL** ...
tourism.gov.ph/explore_phil/place_details.asp?content=**travel**agent&... - 41k - Cached - More from this site

485.  **e-Travel Blackboard: Australia's Number One Industry Newsletter**
... Tourism Board, The OAG **Travel Planner** Challenge will attract participation in ... **travel** planners demand flexibility and control when making **travel** plans. ...
www.e**travel**blackboard.com/index.asp?id=40158&nav=78 - 28k - Cached - More from this site

486.  **7W 34th New York Gift Mart**
... leading hotel reservations services, Quikbook.com and **Travel Planners** Inc ... Only Quikbook.com and **Travel Planners** can offer you these exclusive benefits: ...
www.merchandisemart.com/7w34/**travel**.html - 12k - Cached - More from this site

487.  **Home**
**Travel** agent for oversea's and diving. We like warm water dive locations. ... As dive trip **planners**, we have set up trips to all parts of the world. ...
footandfin.com - 10k - Cached - More from this site

488.  **Corporate Meeting Planners**
Corporate **planners**, meeting incentives and corporate group **travel**. ... custom-designer, **planner** and manager of quality corporate group **travel** programs. ...
www.hakins.com/home.htm - 18k - Cached - More from this site

489.  **Resource Central - Travel - Planners**
... powerful AutoPilot® Trip **Planner** to create a customized ... the Ultimate Trip **Planner**. Healthy Flying - Airline Passenger Guide. The Green **Travel** Network ...
www.resourcehelp.com/**travel**_plan.htm - 18k - Cached - More from this site

490.  **Maui Honeymoon Packages Hawaii Honeymoon Travel, Activities ...**
Maui honeymoon **planners**: Honeymoon vacation packages to romantic honeymoon destinations including, Maui ,Hawaii, Tihiti, Fiji, Cook Islands and New Zealand.
www.waileа**travel**.com/honey_moon_main.html - 26k - Cached - More from this site

- **Hotel, Flight and Travel Sale**
  www.myhotelroom.com - Save up to 50% on hotels and flights. View sales now.
- **What Are You Waiting For?**
  www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.

Also try: corporate **travel planners**, national **travel planners**    More...

Prev  44  45  46  47  48  **49**  50  51  52  53  Next

travel planners    [Search]

**SPONSOR RESULTS**

**SPONSOR RESULTS**

**Hotel, Flight and Travel Sale**
Save up to 50% on hotels and flights. View sales now.
www.myhotelroom.com

**What Are You Waiting For?**
Find the trip of a lifetime. Top 25 Amazing adventures of 2007.
www.away.com

**Travel Planner**
Get a Great Deal On Your Fare By Comparing Multiple Websites.
www.travelzoo.com

**Travel Planner**
Compare cheap **travel** fares from all major **travel** providers.
www.BookingBuddy.com

**Earn A 7 Day Vacation + $6K Over & Over**
Discover Massive Financial Returns and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare, Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare, Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration & Residency Visas**
Panama Law Firm since 1998. Immigration Residency Visas for Less.
www.panama-offshore-services.com

See your message here...

**SPONSOR RESULTS**

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy - Legal - Submit Your Site

travel planners - Yahoo! Search Results                                   Page 1 of 1

Case 1:07-cv-03119-GBD     Document 7-3     Filed 06/25/2007     Page 67 of 67

Yahoo!  |  My Yahoo!  |  Mail     Welcome, Guest [Sign In]                                   Help

**YAHOO!** SEARCH

Web | Images | Video | Local | Shopping | more »

travel planners      [ Search ]     Advanced Search

## Search Results

491 - 500 of about 10,500,000 for **travel planners** · 0.35 sec. (About this page)

Also try: corporate **travel planners**, national **travel planners**   More...

- **What Are You Waiting For?**
  www.away.com - Find the trip of a lifetime. Top 25 Amazing adventures of 2007.
- **Travel Planner**
  www.BookingBuddy.com - Compare cheap **travel** fares from all major **travel** providers.

491. **Cultural Paths Travel - EMPLOYMENT - Cultural Paths Travel**
... Paths specializes in customizing **travel**, honeymoon and wedding packages to ... **Travel**
**Planners**. We are seeking **travel planners** with knowledge of Cultural Geography. ...
www.culturalpaths**travel**.bigstep.com/joboopenings.html - 13k - Cached - More from this site

492. **Become a Home Based Travel Agent**
Cruise and **Travel** Quest. Cruises & Tours by Brennco. Cruise Marketplace. Cruise **Planners**.
Cruises Inc. Cruises-N-More. Cruise Value Center. Days Off **Travel**. Dream Come ...
www.homebased**travel**agent.com/Hosts - 36k - Cached - More from this site

493. **The Rental Show - Travel & Housing**
... by **Travel Planners** live call ... **Travel Planners** provides complete service -- from ... Friendly
and knowledgeable **Travel Planners** agents are ready to ...
www.therental**show**.com/**Travel**Housing/default.aspx - 14k - Cached - More from this site

494. **Travel Wisconsin News - Issue #2**
**travel**, wisconsin, news, newsletter, wisconsin, department, tourism, april, 2004, issue, 2, ...
Travelwisconsin.com: Still the choice of **travel planners** ...
agency.**travel**wisconsin.com/PR/Industry_News/.../2004Issue_2.shtm - 51k - Cached - More
from this site

495. **Trip Tracker - Travel Itinerary Builder for Online Travel Planners**
... **travel** itinerary builder that not only allows online **travel planners** to ... When the online
**travel** planner is done, a printable itinerary is immediately ...
www.usdm.net/technology_itinerary_builder.asp - 14k - Cached - More from this site

496. **Walt Disney World Grand Gatherings Travel Planning Services**
Grand Gatherings **Travel Planners** are available to help you plan things right now ... The
**planner** of your group will receive the session proofs in a bound ...
disneyworld.disney.go.com/wdw/special/magicalgatherings/ggServices?... - 39k - Cached -
More from this site

497. **Chandigarh, India - South Asia - Travel Directory, Information, & Links ...**
... India - South Asia - **Travel** Directory, Information, & Links ... **Travel** Agents. Grand **Travel**
**Planners** - A Chandigarh based **travel** planner and ticketing system ...
www.**travel**ersdigest.com/chandigarh.htm - 22k - Cached - More from this site

498. **Ultimate Trip Planner**
www.theultimates.com/trip - 8k - Cached - More from this site

499. **Women-centric Travel Planners | BlogHer**
I caught the red eye out of San Francisco on Friday night to get back to New York before the
snow storm hit, but it seems as though I can't leave my favorite city on ...
blogher.org/node/2296 - 25k - Cached - More from this site

500. **Celebrating Forty-Five Years as America's Trusted Travel Advisor, Mobil ...**
... titles in the Regional **Travel Planner** series include Northwest, Northern ... The new Regional
**Travel Planners** include expanded listings for hotels, ...
findarticles.com/p/articles/mi_m0EIN/is_2003_Oct_23/ai_109159530 - 34k - Cached - More
from this site

- **Earn A 7 Day Vacation + $6K Over & Over**
  RevolvingTravel.com - Discover Massive Financial Returns and Incredible **travel planner**.
- **Online Vacation Secrets**
  www.VideoProfessor.com - Learn How to Find Deals on Airfare, Currency & Accommodations.

Also try: corporate **travel planners**, national **travel planners**   More...

**Prev**   45  46  47  48  49  **50**  51  52  53  54   **Next**

travel planners      [ Search ]

Still searching? Get answers quickly on Yahoo! Answers

Copyright © 2007 Yahoo! All rights reserved. Privacy · Legal · Submit Your Site

### SPONSOR RESULTS

**Earn A 7 Day Vacation + $6K**
**Over & Over**
Discover Massive Financial Returns
and Incredible **travel planner**.
RevolvingTravel.com

**Online Vacation Secrets**
Learn How to Find Deals on Airfare,
Currency & Accommodations.
www.VideoProfessor.com

**Last Minute Travel Deals**
Discount fares on Cruises, Airfare,
Car Rentals, Hotels and Vacations.
www.Tripaholic.net

**Panama Immigration &**
**Residency Visas**
Panama Law Firm since 1998.
Immigration Residency Visas for
Less.
www.panama-offshore-
services.com

**Hot Travel Deals on Sale**
Exclusive discounts on Airfare,
Hotels & Packages. Up to 50% Off
Sale.
www.TripDealz.net

**Find Travel Planner at**
**Smarter.com**
Compare prices, brands, and more
at Smarter.com.
www.smarter.com

**A Travel Planner**
Buy a **Travel** planner at
SHOP.COM.
www.SHOP.com

**Big Discounts On Hotels and**
**Travel**
Get big savings on hotels, air/hotel
packages, car rentals and more.
Travel-N-Save.com

See your message here...

### SPONSOR RESULTS