# EXHIBIT D

Westlaw.

QUERY - GS("TRAVEL PLAN!")          DATABASE(S) - NA-TM

1.  Mark:QUICKCONNECTSource: TRADEMARKSCAN - U.S.
    FederalStatus:PENDINGSerial Number:77186886Filed:May 22, 2007International
    Class(es):35(Advertising and Business Services)38(Communication)42 (Scientific,
    technological and legal services)

2.  Mark:ITC TOURS WORLDWIDE N S W ESource: TRADEMARKSCAN - U.S.
    FederalStatus:PENDINGSerial Number:77178144Filed:May 10, 2007International
    Class(es):35(Advertising and Business Services)

3.  Mark:THE MARK CONSISTS OF THE WORDS DOT COM SUNG BY MULTIPLE
    VOICES, WITH EACH OF THE 2 WORDS "DOT" AND "COM" SUNG IN
    HARMONY IN THE NOTES G, B, D AND GSource: TRADEMARKSCAN - U.S.
    FederalStatus:PENDINGSerial Number:77172177Filed:May 3, 2007International
    Class(es):35(Advertising and Business Services)39(Transportation and Storage
    Services)43 (Services for providing food and drink; temporary accommodation)

4.  Mark:DAMON EXECUTIVE EVENT PLANNERSSource: TRADEMARKSCAN -
    U.S. FederalStatus:PENDINGSerial Number:76676078Filed:April 27,
    2007International Class(es):35(Advertising and Business Services)41(Education and
    Entertainment Services)

5.  Mark:CRUISEBOSSSource: TRADEMARKSCAN - CanadaStatus:PendingSerial
    Number:134516900Filed:April 26, 2007International Class(es):9(Electrical and
    Scientific Apparatus)

6.  Mark:CRUISEWEBSource: TRADEMARKSCAN - CanadaStatus:PendingSerial
    Number:134517200Filed:April 26, 2007International Class(es):9(Electrical and
    Scientific Apparatus)

7.  Mark:THE MARK CONSISTS OF THE WORD EXPEDIA FOLLOWED BY THE
    WORDS DOT COM SUNG BY MULTIPLE VOICES, WITH EACH OF THE 2
    WORDS "DOT" AND "COM" SUNG IN HARMONY ON THE NOTES G, B, D
    AND G.Source: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial
    Number:77160283Filed:April 19, 2007International Class(es):35(Advertising and
    Business Services)39(Transportation and Storage Services)43 (Services for providing
    food and drink; temporary accommodation)

8.  Mark:TOURABOUTSource: TRADEMARKSCAN - CanadaStatus:PendingSerial
    Number:134368000Filed:April 17, 2007International Class(es):35(Advertising and
    Business Services)41(Education and Entertainment Services)39(Transportation and
    Storage Services)43 (Services for providing food and drink; temporary
    accommodation) 42 (Scientific, technological and legal services)

9.  Mark:FANGREGATESource: TRADEMARKSCAN - U.S.
    FederalStatus:PENDINGSerial Number:77146571Filed:April 2, 2007International
    Class(es):42 (Scientific, technological and legal services)

10. Mark:CTC COMPUTER TRAVEL COMPANIONSource: TRADEMARKSCAN -
    U.S. FederalStatus:PENDINGSerial Number:77143400Filed:March 29,
    2007International Class(es):35(Advertising and Business Services)

11. Mark:DARRWINSource: TRADEMARKSCAN - CanadaStatus:PendingSerial
    Number:134053600Filed:March 22, 2007International Class(es):9(Electrical and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

    Scientific Apparatus)35(Advertising and Business Services)39(Transportation and
Storage Services)41(Education and Entertainment Services)

12.    Mark:EXPERIENCEFINDERSource: TRADEMARKSCAN -
CanadaStatus:PendingSerial Number:133770900Filed:March 2, 2007International
Class(es):35(Advertising and Business Services)39(Transportation and Storage
Services)41(Education and Entertainment Services)38(Communication)

13.    Mark:A.I.D.A. AIRPLUS INTEGRATED DATA & ACCEPTANCESource:
TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial
Number:77118648Filed:February 28, 2007International Class(es):9(Electrical and
Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial
Services)38(Communication)42 (Scientific, technological and legal services)

14.    Mark:A.I.D.A.Source: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial
Number:77118659Filed:February 28, 2007International Class(es):9(Electrical and
Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial
Services)38(Communication)42 (Scientific, technological and legal services)

15.    Mark:WHAT TRAVEL PAYMENT IS ALL ABOUTSource: TRADEMARKSCAN -
U.S. FederalStatus:PENDINGSerial Number:77117082Filed:February 27,
2007International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and
Business Services)36(Insurance and Financial Services)37(Construction and Repair
Services)38(Communication)42 (Scientific, technological and legal services)

16.    Mark:GROUPABOUT - FOR GROUPS ON THE GO.Source: TRADEMARKSCAN -
U.S. FederalStatus:PENDINGSerial Number:77099944Filed:February 6,
2007International Class(es):39(Transportation and Storage Services)42 (Scientific,
technological and legal services)

17.    Mark:EXQUISITE WEDDINGSSource: TRADEMARKSCAN - U.S.
FederalStatus:PENDINGSerial Number:77093702Filed:January 29, 2007International
Class(es):16(Paper Goods and Printed Matter)

18.    Mark:ONLY INSURANCESource: TRADEMARKSCAN - U.S.
FederalStatus:PENDINGSerial Number:77083571Filed:January 16, 2007International
Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business
Services)36(Insurance and Financial Services)38(Communication)

19.    Mark:KINGSISLAND.COMSource: TRADEMARKSCAN -
CanadaStatus:PendingSerial Number:133126700Filed:January 12, 2007International
Class(es):35(Advertising and Business Services)41(Education and Entertainment
Services)42 (Scientific, technological and legal services)

20.    Mark:PERSONAL OFFICESource: TRADEMARKSCAN -
CanadaStatus:PendingSerial Number:133079700Filed:January 10, 2007International
Class(es):36(Insurance and Financial Services)

21.    Mark:LOOPTSource: TRADEMARKSCAN - CanadaStatus:PendingSerial
Number:132893200Filed:December 20, 2006International Class(es):9(Electrical and
Scientific Apparatus)38(Communication)

22.    Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial
Number:77067199Filed:December 19, 2006International Class(es):35(Advertising and
Business Services)39(Transportation and Storage Services)41(Education and
Entertainment Services)42 (Scientific, technological and legal services)43 (Services for
providing food and drink; temporary accommodation)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

23.   Mark:JET ENGINESource: TRADEMARKSCAN - U.S.
      FederalStatus:PENDINGSerial Number:77054360Filed:November 30,
      2006International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and
      Printed Matter)25(Clothing)35(Advertising and Business Services)36(Insurance and
      Financial Services)38(Communication)39(Transportation and Storage
      Services)41(Education and Entertainment Services)42 (Scientific, technological and
      legal services)

24.   Mark:NOW THAT'S USING YOUR EXPEDIASource: TRADEMARKSCAN - U.S.
      FederalStatus:PENDINGSerial Number:77048633Filed:November 21,
      2006International Class(es):35(Advertising and Business Services)39(Transportation
      and Storage Services)43 (Services for providing food and drink; temporary
      accommodation)

25.   Mark:GEONOVASource: TRADEMARKSCAN - U.S.
      FederalStatus:PUBLISHEDSerial Number:77048113Filed:November 20,
      2006International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and
      Printed Matter)35(Advertising and Business Services)39(Transportation and Storage
      Services)41(Education and Entertainment Services)42 (Scientific, technological and
      legal services)

26.   Mark:EQCSource: TRADEMARKSCAN - CanadaStatus:PendingSerial
      Number:132441500Filed:November 16, 2006International Class(es):9(Electrical and
      Scientific Apparatus)35(Advertising and Business Services)39(Transportation and
      Storage Services)38(Communication)43 (Services for providing food and drink;
      temporary accommodation)

27.   Mark:EXPEDIA QUICKCONNECTSource: TRADEMARKSCAN -
      CanadaStatus:PendingSerial Number:132441700Filed:November 16, 2006International
      Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business
      Services)39(Transportation and Storage Services)43 (Services for providing food and
      drink; temporary accommodation)

28.   Mark:EQCSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial
      Number:77044672Filed:November 15, 2006International Class(es):9(Electrical and
      Scientific Apparatus)35(Advertising and Business Services)38(Communication)

29.   Mark:EXPEDIA QUICKCONNECTSource: TRADEMARKSCAN - U.S.
      FederalStatus:PUBLISHEDSerial Number:77044664Filed:November 15,
      2006International Class(es):35(Advertising and Business
      Services)38(Communication)42 (Scientific, technological and legal services)

30.   Mark:ARGUSSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial
      Number:77033159Filed:October 31, 2006International Class(es):39(Transportation and
      Storage Services)

31.   Mark:STUDENT HORIZONSSource: TRADEMARKSCAN -
      CanadaStatus:PendingSerial Number:132244300Filed:October 26, 2006International
      Class(es):16(Paper Goods and Printed Matter)26(Fancy
      Goods)14(Jewelry)24(Fabrics)28(Toys and Sporting Goods)21(Housewares and
      Glass)25(Clothing)9(Electrical and Scientific Apparatus)18(Leather
      Goods)35(Advertising and Business Services)41(Education and Entertainment
      Services)42 (Scientific, technological and legal services)39(Transportation and Storage
      Services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")            DATABASE(S) - NA-TM

32. Mark:STUDENT HORIZONSSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:132244200Filed:October 26, 2006International Class(es):16(Paper Goods and Printed Matter)14(Jewelry)21(Housewares and Glass)25(Clothing)9(Electrical and Scientific Apparatus)18(Leather Goods)35(Advertising and Business Services)42 (Scientific, technological and legal services)39(Transportation and Storage Services)43 (Services for providing food and drink; temporary accommodation) 41(Education and Entertainment Services)

33. Mark:NEW FLIGHT CHARTERSSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:77021316Filed:October 14, 2006International Class(es):39(Transportation and Storage Services)

34. Mark:MAXXIM VACATINS CREATING MEMORABLE EXPERIENCESSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:131928500Filed:October 10, 2006International Class(es):39(Transportation and Storage Services)41(Education and Entertainment Services)

35. Mark:GEONOVASource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:77013376Filed:October 4, 2006International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)35(Advertising and Business Services)39(Transportation and Storage Services)41(Education and Entertainment Services)

36. Mark:PLANETALLSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78972319Filed:September 12, 2006International Class(es):42 (Scientific, technological and legal services)

37. Mark:VICTORIA BRITISH COLUMBIA FULL OF LIFESource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78967611Filed:September 5, 2006International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

38. Mark:RAERSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:131579500Filed:September 1, 2006International Class(es):25(Clothing)16(Paper Goods and Printed Matter)6(Metal Goods)21(Housewares and Glass)14(Jewelry)22(Cordage and Fibers)9(Electrical and Scientific Apparatus)18(Leather Goods)30(Staple Foods)3(Cosmetics and Cleaning Preparations)8(Hand Tools)28(Toys and Sporting Goods)36(Insurance and Financial Services)38(Communication)44 (Medical, veterinary, agricultural and forestry services)

39. Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:131620400Filed:September 1, 2006International Class(es):25(Clothing)16(Paper Goods and Printed Matter)6(Metal Goods)21(Housewares and Glass)28(Toys and Sporting Goods)14(Jewelry)22(Cordage and Fibers)9(Electrical and Scientific Apparatus)18(Leather Goods)30(Staple Foods)35(Advertising and Business Services)36(Insurance and Financial Services)

40. Mark:RTIPSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:131579400Filed:September 1, 2006International Class(es):25(Clothing)16(Paper Goods and Printed Matter)6(Metal Goods)21(Housewares and Glass)28(Toys and Sporting Goods)14(Jewelry)22(Cordage and Fibers)9(Electrical and Scientific Apparatus)8(Hand Tools)36(Insurance and Financial Services)38(Communication)44 (Medical, veterinary, agricultural and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

forestry services) 30(Staple Foods)18(Leather Goods)

41.   Mark:TENDOTSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78943408Filed:August 2, 2006International Class(es):35(Advertising and Business Services)

42.   Mark:TRIPSYNCSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78939707Filed:July 28, 2006International Class(es):9(Electrical and Scientific Apparatus)

43.   Mark:LOOPTSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78933254Filed:July 19, 2006International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)45 (Personal, social and security services)

44.   Mark:FORBES TRAVELERSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:130418700Filed:June 5, 2006International Class(es):39(Transportation and Storage Services)

45.   Mark:FORBES TRAVELERSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78899376Filed:June 2, 2006International Class(es):39(Transportation and Storage Services)41(Education and Entertainment Services)43 (Services for providing food and drink; temporary accommodation)

46.   Mark:FLIPTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78899427Filed:June 2, 2006International Class(es):9(Electrical and Scientific Apparatus)45 (Personal, social and security services)

47.   Mark:MOBYKOSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78894635Filed:May 26, 2006International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)42 (Scientific, technological and legal services)

48.   Mark:HOME AND ROADSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78887540Filed:May 19, 2006International Class(es):39(Transportation and Storage Services)

49.   Mark:CLICK WITH CONFIDENCESource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78878423Filed:May 7, 2006International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation)

50.   Mark:DOCOMOSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78877467Filed:May 5, 2006International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)38(Communication)42 (Scientific, technological and legal services)

51.   Mark:INTERNATIONAL SAFE TRAVELS FOUNDATIONSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:76657956Filed:April 6, 2006International Class(es):42 (Scientific, technological and legal services)

52.   Mark:FLIPTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78855687Filed:April 6, 2006International Class(es):9(Electrical and Scientific Apparatus)45 (Personal, social and security services)

53.   Mark:KIDSCLUBBLUESource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78842658Filed:March 21, 2006International

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")               DATABASE(S) - NA-TM

Class(es):35(Advertising and Business Services)

54.  Mark:TRIP CARTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78835087Filed:March 12, 2006International Class(es):9(Electrical and Scientific Apparatus)

55.  Mark:CWTCONNECT EXPRESSSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:129289800Filed:March 8, 2006International Class(es):16(Paper Goods and Printed Matter)39(Transportation and Storage Services)

56.  Mark:CWTCONNECT ENTERPRISESource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:129290000Filed:March 8, 2006International Class(es):39(Transportation and Storage Services)

57.  Mark:CWTCONNECT EXPRESSSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:79029704Filed:March 7, 2006International Class(es):16(Paper Goods and Printed Matter)35(Advertising and Business Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)43 (Services for providing food and drink; temporary accommodation)

58.  Mark:CWTCONNECT ENTERPRISESource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:79029548Filed:March 7, 2006International Class(es):38(Communication)39(Transportation and Storage Services)43 (Services for providing food and drink; temporary accommodation)

59.  Mark:THE POWER BEHIND YOUSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78830473Filed:March 6, 2006International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation)

60.  Mark:VICTORIA BRITISH COLUMBIA FULL OF LIFESource: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:129254000Filed:March 6, 2006International Class(es):39(Transportation and Storage Services)41(Education and Entertainment Services)35(Advertising and Business Services)

61.  Mark:OHIO SO MUCH TO DISCOVER!Source: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:March 20, 2007Serial Number:78824846Filed:February 28, 2006International Class(es):16(Paper Goods and Printed Matter)25(Clothing)35(Advertising and Business Services)

62.  Mark:DANVERSBANK DESTINATIONSource: TRADEMARKSCAN - U.S. StateState:MASSACHUSETTSStatus:REGISTEREDRegistration Number:66683Registered:February 9, 2006Serial Number:International Class(es):36(Insurance and Financial Services)39(Transportation and Storage Services)

63.  Mark:ONLY LOANSSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78802417Filed:January 30, 2006International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)

64.  Mark:ONLY FINANCESource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78802372Filed:January 30, 2006International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)

65.  Mark:ENJOY YOUR TRIPSource: TRADEMARKSCAN - U.S.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

FederalStatus:ABANDONEDSerial Number:78780385Filed:December 23, 2005International Class(es):16(Paper Goods and Printed Matter)28(Toys and Sporting Goods)35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation)

66. Mark:KLICKROUTESource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78779960Filed:December 22, 2005International Class(es):9(Electrical and Scientific Apparatus)

67. Mark:KLICKROUTESource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78779966Filed:December 22, 2005International Class(es):42 (Scientific, technological and legal services)

68. Mark:K.COMSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78775658Filed:December 17, 2005International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)45 (Personal, social and security services)

69. Mark:YATRASource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78772198Filed:December 13, 2005International Class(es):35(Advertising and Business Services)

70. Mark:A GREAT HOTEL IN VICTORIA'S BEST LOCATION.Source: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:January 19, 2007Serial Number:127970400Filed:November 9, 2005International Class(es):43 (Services for providing food and drink; temporary accommodation) 39(Transportation and Storage Services)

71. Mark:VICTORIA'S BEST LOCATION.Source: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:January 19, 2007Serial Number:127970500Filed:November 9, 2005International Class(es):43 (Services for providing food and drink; temporary accommodation) 39(Transportation and Storage Services)

72. Mark:HARMONYTRAVELLERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78749683Filed:November 8, 2005International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

73. Mark:YOUR WINDOW TO THE WORLDSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:127496000Filed:October 6, 2005International Class(es):39(Transportation and Storage Services)36(Insurance and Financial Services)

74. Mark:MEMORIES - THEY LAST A LIFETIME.Source: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:August 22, 2006Serial Number:76647711Filed:September 30, 2005International Class(es):39(Transportation and Storage Services)

75. Mark:GAP YEAR ABROADSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:127479800Filed:September 30, 2005International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

76. Mark:THE HIDEAWAYS COLLECTIONSource: TRADEMARKSCAN - U.S.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")          DATABASE(S) - NA-TM

FederalStatus:REGISTEREDRegistered:February 6, 2007Serial Number:76647657Filed:September 29, 2005International Class(es):16(Paper Goods and Printed Matter)35(Advertising and Business Services)

77.    Mark:BODACLICKUSA.COMSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:February 13, 2007Serial Number:78722091Filed:September 28, 2005International Class(es):35(Advertising and Business Services)

78.    Mark:SHOP CLUB BLUESource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78710759Filed:September 12, 2005International Class(es):35(Advertising and Business Services)

79.    Mark:THE WATER CHANNELSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78710744Filed:September 12, 2005International Class(es):35(Advertising and Business Services)38(Communication)

80.    Mark:HARMONYTRAVELLERSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:December 20, 2006Serial Number:127125500Filed:September 8, 2005International Class(es):39(Transportation and Storage Services)35(Advertising and Business Services)41(Education and Entertainment Services)

81.    Mark:QUESTSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78707049Filed:September 6, 2005International Class(es):9(Electrical and Scientific Apparatus)

82.    Mark:WEAVER MULTIMEDIA GROUPSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78704603Filed:August 31, 2005International Class(es):35(Advertising and Business Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

83.    Mark:ROXYSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78702917Filed:August 29, 2005International Class(es):4(Lubricants and Fuels)9(Electrical and Scientific Apparatus)11(Environmental Control Apparatus)14(Jewelry)16(Paper Goods and Printed Matter)18(Leather Goods)21(Housewares and Glass)24(Fabrics)25(Clothing)26(Fancy Goods)27(Floor Coverings)28(Toys and Sporting Goods)35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)41(Education and Entertainment Services)43 (Services for providing food and drink; temporary accommodation)

84.    Mark:FORBES TRAVELSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78699223Filed:August 24, 2005International Class(es):39(Transportation and Storage Services)41(Education and Entertainment Services)43 (Services for providing food and drink; temporary accommodation)

85.    Mark:GLOBAL ASSISTSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:April 10, 2007Serial Number:78694151Filed:August 17, 2005International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)41(Education and Entertainment Services)45 (Personal, social and security services)

86.    Mark:B4UDIESource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Number:78657656Filed:June 24, 2005International Class(es):16(Paper Goods and Printed Matter)20(Furniture and Articles Not Otherwise Classified)25(Clothing)39(Transportation and Storage Services)

87.     Mark:HIDEAWAYS AFICIONADOSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:February 6, 2007Serial Number:76639994Filed:June 2, 2005International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

88.     Mark:BANANAHATTANSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78641964Filed:June 2, 2005International Class(es):9(Electrical and Scientific Apparatus)38(Communication)41(Education and Entertainment Services)

89.     Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:125923800Filed:May 27, 2005International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)28(Toys and Sporting Goods)16(Paper Goods and Printed Matter)12(Vehicles)42 (Scientific, technological and legal services)40(Material Treatment Services)37(Construction and Repair Services)39(Transportation and Storage Services)41(Education and Entertainment Services)38(Communication)36(Insurance and Financial Services)45 (Personal, social and security services)

90.     Mark:QUIKSTRIKESource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78638045Filed:May 26, 2005International Class(es):39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation)

91.     Mark:TRACE-A-TRIPSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:76639058Filed:May 17, 2005International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)39(Transportation and Storage Services)

92.     Mark:CTP CORPORATE TRAVEL PLANNERS TRAVEL. EVENTS. GROUPS.Source: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:June 13, 2006Serial Number:76638032Filed:May 5, 2005International Class(es):39(Transportation and Storage Services)

93.     Mark:TRIP SHIELDSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78624025Filed:May 5, 2005International Class(es):36(Insurance and Financial Services)

94.     Mark:TAMARASource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:March 6, 2007Serial Number:79016865Filed:April 29, 2005International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial Services)42 (Scientific, technological and legal services)

95.     Mark:SITEVISITSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:April 3, 2007Serial Number:78617917Filed:April 27, 2005International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

96.    Mark:TRAVELGATORSource: TRADEMARKSCAN - U.S.
       FederalStatus:PUBLISHEDSerial Number:76636491Filed:April 11, 2005International
       Class(es):39(Transportation and Storage Services)

97.    Mark:KIDSCANTRAVELSource: TRADEMARKSCAN - U.S.
       FederalStatus:PUBLISHEDSerial Number:78604457Filed:April 8, 2005International
       Class(es):35(Advertising and Business Services)38(Communication)39(Transportation
       and Storage Services)41(Education and Entertainment Services)

98.    Mark:ACCESS CHINASource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:78597988Filed:March 30,
       2005International Class(es):35(Advertising and Business Services)

99.    Mark:PASSPORT TO THE WORLDSource: TRADEMARKSCAN - U.S.
       FederalStatus:PUBLISHEDSerial Number:78584713Filed:March 10, 2005International
       Class(es):39(Transportation and Storage Services)

100.   Mark:QUIKSILVERSource: TRADEMARKSCAN - U.S.
       FederalStatus:PENDINGSerial Number:78584055Filed:March 9, 2005International
       Class(es):36(Insurance and Financial Services)39(Transportation and Storage
       Services)43 (Services for providing food and drink; temporary accommodation)

101.   Mark:QUIKSILVERSource: TRADEMARKSCAN - CanadaStatus:Advertised
       (Published)Serial Number:124883000Filed:February 28, 2005International
       Class(es):36(Insurance and Financial Services)39(Transportation and Storage
       Services)41(Education and Entertainment Services)42 (Scientific, technological and
       legal services)

102.   Mark:ACCESS CHINASource: TRADEMARKSCAN -
       CanadaStatus:RegisteredRegistered:April 25, 2006Serial
       Number:124757100Filed:February 11, 2005International Class(es):35(Advertising and
       Business Services)39(Transportation and Storage Services)42 (Scientific, technological
       and legal services)36(Insurance and Financial Services)

103.   Mark:CHARM AND MORESource: TRADEMARKSCAN -
       CanadaStatus:AllowedSerial Number:124631200Filed:February 7, 2005International
       Class(es):16(Paper Goods and Printed Matter)39(Transportation and Storage
       Services)41(Education and Entertainment Services)43 (Services for providing food and
       drink; temporary accommodation)

104.   Mark:YUMMY MUMMYSource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:78543314Filed:January 6,
       2005International Class(es):16(Paper Goods and Printed Matter)

105.   Mark:EVERBEENSource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:78540083Filed:December 30,
       2004International Class(es):39(Transportation and Storage Services)

106.   Mark:TAMARASource: TRADEMARKSCAN - CanadaStatus:Advertised
       (Published)Serial Number:123863700Filed:November 25, 2004International
       Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business
       Services)39(Transportation and Storage Services)36(Insurance and Financial Services)

107.   Mark:RESPONSE LLCSource: TRADEMARKSCAN - U.S.
       FederalStatus:REGISTEREDRegistered:April 25, 2006Serial
       Number:78521932Filed:November 23, 2004International Class(es):37(Construction
       and Repair Services)39(Transportation and Storage Services)41(Education and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Entertainment Services)43 (Services for providing food and drink; temporary accommodation) 45 (Personal, social and security services)

108.    Mark:MY STLSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:July 25, 2006Serial Number:78517145Filed:November 15, 2004International Class(es):39(Transportation and Storage Services)43 (Services for providing food and drink; temporary accommodation)

109.    Mark:TA-DATASource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78513738Filed:November 9, 2004International Class(es):9(Electrical and Scientific Apparatus)

110.    Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:123654400Filed:November 8, 2004International Class(es):12(Vehicles)9(Electrical and Scientific Apparatus)21(Housewares and Glass)20(Furniture and Articles Not Otherwise Classified)6(Metal Goods)13(Firearms)8(Hand Tools)11(Environmental Control Apparatus)16(Paper Goods and Printed Matter)24(Fabrics)25(Clothing)39(Transportation and Storage Services)

111.    Mark:THE FROG BOATSource: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:123654200Filed:November 8, 2004International Class(es):12(Vehicles)6(Metal Goods)20(Furniture and Articles Not Otherwise Classified)28(Toys and Sporting Goods)14(Jewelry)8(Hand Tools)13(Firearms)9(Electrical and Scientific Apparatus)11(Environmental Control Apparatus)16(Paper Goods and Printed Matter)5(Pharmaceuticals)21(Housewares and Glass)24(Fabrics)25(Clothing)39(Transportation and Storage Services)

112.    Mark:FROG LEGSSource: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:123654300Filed:November 8, 2004International Class(es):12(Vehicles)9(Electrical and Scientific Apparatus)13(Firearms)28(Toys and Sporting Goods)8(Hand Tools)11(Environmental Control Apparatus)21(Housewares and Glass)25(Clothing)30(Staple Foods)32(Light Beverages)39(Transportation and Storage Services)

113.    Mark:ONEFROGTWOSource: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:123654100Filed:November 8, 2004International Class(es):12(Vehicles)8(Hand Tools)13(Firearms)20(Furniture and Articles Not Otherwise Classified)9(Electrical and Scientific Apparatus)11(Environmental Control Apparatus)16(Paper Goods and Printed Matter)25(Clothing)21(Housewares and Glass)39(Transportation and Storage Services)

114.    Mark:CENTRAL FLORIDA DATA WAREHOUSE (CFDW)Source: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:April 4, 2006Serial Number:78492093Filed:September 30, 2004International Class(es):9(Electrical and Scientific Apparatus)39(Transportation and Storage Services)

115.    Mark:LA MAMA VIAJERASource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78487661Filed:September 22, 2004International Class(es):16(Paper Goods and Printed Matter)39(Transportation and Storage Services)41(Education and Entertainment Services)

116.    Mark:VANTISSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                    DATABASE(S) - NA-TM

Number:78482994Filed:September 14, 2004International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)43 (Services for providing food and drink; temporary accommodation)

117.    Mark:BEYMEN CLUB BSource: TRADEMARKSCAN - CanadaStatus:OpposedSerial Number:123018600Filed:September 14, 2004International Class(es):18(Leather Goods)20(Furniture and Articles Not Otherwise Classified)10(Medical Apparatus)28(Toys and Sporting Goods)6(Metal Goods)21(Housewares and Glass)26(Fancy Goods)22(Cordage and Fibers)25(Clothing)19(Non-Metalic Building Materials)24(Fabrics)35(Advertising and Business Services)36(Insurance and Financial Services)42 (Scientific, technological and legal services)

118.    Mark:B BEYMENSource: TRADEMARKSCAN - CanadaStatus:OpposedSerial Number:123018800Filed:September 14, 2004International Class(es):18(Leather Goods)25(Clothing)35(Advertising and Business Services)38(Communication)42 (Scientific, technological and legal services)

119.    Mark:TRAVEL ACQUAINTANCESource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:December 14, 2005Serial Number:122875800Filed:August 25, 2004International Class(es):39(Transportation and Storage Services)38(Communication)

120.    Mark:PREMIUM CLASS WITH A TRUE ITALIAN SIGNATURESource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:April 25, 2006Serial Number:78464837Filed:August 10, 2004International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

121.    Mark:BUSY ARRANGE A CALLSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78459094Filed:July 29, 2004International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)

122.    Mark:EISource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78453602Filed:July 20, 2004International Class(es):35(Advertising and Business Services)45 (Personal, social and security services)

123.    Mark:ESSENTIAL INDULGENCESource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78453593Filed:July 20, 2004International Class(es):35(Advertising and Business Services)45 (Personal, social and security services)

124.    Mark:TRIPBITSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:August 30, 2005Serial Number:78440387Filed:June 23, 2004International Class(es):39(Transportation and Storage Services)

125.    Mark:POLICYFLYRSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78435045Filed:June 14, 2004International Class(es):9(Electrical and Scientific Apparatus)

126.    Mark:TRAVEL CUTSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 11, 2005Serial Number:121957600Filed:June 8, 2004International Class(es):16(Paper Goods and Printed Matter)25(Clothing)18(Leather Goods)9(Electrical and Scientific Apparatus)21(Housewares and Glass)39(Transportation and Storage

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Services)36(Insurance and Financial Services)41(Education and Entertainment Services)43 (Services for providing food and drink; temporary accommodation)

127.   Mark:VOYAGES CAMPUSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 6, 2005Serial Number:121957700Filed:June 8, 2004International Class(es):16(Paper Goods and Printed Matter)25(Clothing)18(Leather Goods)21(Housewares and Glass)9(Electrical and Scientific Apparatus)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

128.   Mark:IAC/INTERACTIVECORPSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78427876Filed:June 1, 2004International Class(es):35(Advertising and Business Services)

129.   Mark:CALL NOWSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78428279Filed:June 1, 2004International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)42 (Scientific, technological and legal services)

130.   Mark:WHEREFISource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78413782Filed:May 5, 2004International Class(es):42 (Scientific, technological and legal services)

131.   Mark:MICROSOFT ENHANCEDSource: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:121395700Filed:April 20, 2004International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)42 (Scientific, technological and legal services)35(Advertising and Business Services)41(Education and Entertainment Services)38(Communication)

132.   Mark:MAPZIPSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:October 25, 2005Serial Number:76586881Filed:April 15, 2004International Class(es):9(Electrical and Scientific Apparatus)

133.   Mark:MICROSOFT ENHANCEDSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78399684Filed:April 9, 2004International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)35(Advertising and Business Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

134.   Mark:787Source: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:121104800Filed:March 25, 2004International Class(es):9(Electrical and Scientific Apparatus)12(Vehicles)28(Toys and Sporting Goods)37(Construction and Repair Services)

135.   Mark:7E7Source: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:121104700Filed:March 25, 2004International Class(es):9(Electrical and Scientific Apparatus)28(Toys and Sporting Goods)12(Vehicles)37(Construction and Repair Services)

136.   Mark:CHEAPFLIGHTSSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78377114Filed:March 2, 2004International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation) 44 (Medical, veterinary, agricultural and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

forestry services) 45 (Personal, social and security services)

137.    Mark:TRANSATSource: TRADEMARKSCAN -
CanadaStatus:RegisteredRegistered:April 14, 2005Serial
Number:120774900Filed:February 26, 2004International Class(es):20(Furniture and
Articles Not Otherwise Classified)16(Paper Goods and Printed
Matter)39(Transportation and Storage Services)35(Advertising and Business
Services)43 (Services for providing food and drink; temporary accommodation)
36(Insurance and Financial Services)41(Education and Entertainment Services)42
(Scientific, technological and legal services)38(Communication)

138.    Mark:TRANSATSource: TRADEMARKSCAN -
CanadaStatus:RegisteredRegistered:April 14, 2005Serial
Number:120774400Filed:February 26, 2004International Class(es):16(Paper Goods and
Printed Matter)12(Vehicles)20(Furniture and Articles Not Otherwise
Classified)35(Advertising and Business Services)39(Transportation and Storage
Services)42 (Scientific, technological and legal services)

139.    Mark:LEADING VACATIONSSource: TRADEMARKSCAN -
CanadaStatus:PendingSerial Number:120636700Filed:February 13, 2004International
Class(es):35(Advertising and Business Services)39(Transportation and Storage
Services)43 (Services for providing food and drink; temporary accommodation)

140.    Mark:LEADING VACATIONSSource: TRADEMARKSCAN - U.S.
FederalStatus:PUBLISHEDSerial Number:78367031Filed:February 12,
2004International Class(es):35(Advertising and Business Services)39(Transportation
and Storage Services)43 (Services for providing food and drink; temporary
accommodation)

141.    Mark:ESPEDIASource: TRADEMARKSCAN - U.S.
FederalStatus:ABANDONEDSerial Number:78364501Filed:February 8,
2004International Class(es):39(Transportation and Storage Services)

142.    Mark:CONNEXION BY BOEINGSource: TRADEMARKSCAN -
CanadaStatus:AbandonedSerial Number:120564200Filed:January 20,
2004International Class(es):9(Electrical and Scientific Apparatus)38(Communication)

143.    Mark:BOEINGSource: TRADEMARKSCAN - CanadaStatus:PendingSerial
Number:120370400Filed:January 20, 2004International Class(es):9(Electrical and
Scientific Apparatus)38(Communication)

144.    Mark:CITITRAVELSource: TRADEMARKSCAN - U.S.
FederalStatus:REGISTEREDRegistered:May 24, 2005Serial
Number:76561633Filed:November 7, 2003International Class(es):35(Advertising and
Business Services)39(Transportation and Storage Services)43 (Services for providing
food and drink; temporary accommodation)

145.    Mark:AIRTRAVSource: TRADEMARKSCAN - U.S.
FederalStatus:MISASSIGNEDSerial Number:76559158Filed:October 29,
2003International Class(es):39(Transportation and Storage Services)

146.    Mark:CITY LOUNGESSource: TRADEMARKSCAN - U.S.
FederalStatus:ABANDONEDSerial Number:78313683Filed:October 15,
2003International Class(es):35(Advertising and Business Services)

147.    Mark:WEAVER OFFICIAL PUBLICATIONSSource: TRADEMARKSCAN - U.S.
FederalStatus:REGISTEREDRegistered:January 25, 2005Serial

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")          DATABASE(S) - NA-TM

Number:76549700Filed:October 7, 2003International Class(es):41(Education and Entertainment Services)

148. Mark:BE SEENSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:January 25, 2005Serial Number:76549775Filed:October 7, 2003International Class(es):41(Education and Entertainment Services)

149. Mark:WEAVER OFFICIAL PULICATIONSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:December 14, 2004Serial Number:76549275Filed:October 6, 2003International Class(es):41(Education and Entertainment Services)

150. Mark:OHWYSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78301737Filed:September 17, 2003International Class(es):42 (Scientific, technological and legal services)

151. Mark:AUTOROUTESource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:August 22, 2006Serial Number:78293751Filed:August 28, 2003International Class(es):9(Electrical and Scientific Apparatus)

152. Mark:SABRE TRAVEL NETWORKSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:March 5, 2007Serial Number:118796700Filed:August 22, 2003International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)35(Advertising and Business Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation) 39(Transportation and Storage Services)41(Education and Entertainment Services)38(Communication)

153. Mark:SABRE HOLDINGSSource: TRADEMARKSCAN - CanadaStatus:PendingSerial Number:118796800Filed:August 22, 2003International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)42 (Scientific, technological and legal services)39(Transportation and Storage Services)37(Construction and Repair Services)41(Education and Entertainment Services)

154. Mark:CRUISEBOSSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:November 29, 2005Serial Number:78284324Filed:August 7, 2003International Class(es):9(Electrical and Scientific Apparatus)

155. Mark:UNDERGROUNDSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:76535108Filed:August 7, 2003International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)28(Toys and Sporting Goods)30(Staple Foods)41(Education and Entertainment Services)

156. Mark:IAC INTERACTIVECORPSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78281739Filed:July 31, 2003International Class(es):35(Advertising and Business Services)

157. Mark:SENIORITY - LIFE ACHIEVEMENT REWARDSSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78277909Filed:July 23, 2003International Class(es):35(Advertising and Business Services)36(Insurance and Financial

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)44 (Medical, veterinary, agricultural and forestry services) 45 (Personal, social and security services)

158. Mark:SENIORITY LIFE ACHIEVEMENT REWARDSSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78277807Filed:July 23, 2003International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)44 (Medical, veterinary, agricultural and forestry services) 45 (Personal, social and security services)

159. Mark:UNBRIDLED TRAVELSource: TRADEMARKSCAN - U.S. StateState:COLORADOStatus:REGISTEREDRegistration Number:20031229776Registered:July 17, 2003Serial Number:International Class(es):42 (Scientific, technological and legal services)

160. Mark:THE DISTINGUISHED TRAVELERSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:May 3, 2005Serial Number:78272904Filed:July 10, 2003International Class(es):43 (Services for providing food and drink; temporary accommodation)

161. Mark:DISTINCTIVE HONEYMOONSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:December 14, 2004Serial Number:78272914Filed:July 10, 2003International Class(es):43 (Services for providing food and drink; temporary accommodation)

162. Mark:THE TRAFFIC CHANNELSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78270733Filed:July 5, 2003International Class(es):41(Education and Entertainment Services)

163. Mark:ST. JACOBS COUNTRYSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:April 19, 2005Serial Number:118041400Filed:June 9, 2003International Class(es):25(Clothing)16(Paper Goods and Printed Matter)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

164. Mark:ST. JACOBS COUNTRYSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:April 14, 2005Serial Number:118041500Filed:June 9, 2003International Class(es):25(Clothing)16(Paper Goods and Printed Matter)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

165. Mark:INTERACTIVECORPSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78258089Filed:June 4, 2003International Class(es):35(Advertising and Business Services)

166. Mark:IACSource: TRADEMARKSCAN - U.S. FederalStatus:PENDINGSerial Number:78258095Filed:June 4, 2003International Class(es):35(Advertising and Business Services)

167. Mark:IACSource: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:117950100Filed:May 27, 2003International Class(es):39(Transportation and Storage Services)36(Insurance and Financial Services)35(Advertising and Business Services)41(Education and Entertainment Services)38(Communication)45 (Personal, social and security services) 43 (Services for providing food and drink; temporary

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

accommodation) 42 (Scientific, technological and legal services)

168.  Mark:TRAVEL PLUSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 8, 2004Serial Number:117646800Filed:May 2, 2003International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

169.  Mark:CLASSBUZZSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:January 11, 2005Serial Number:78243317Filed:April 29, 2003International Class(es):35(Advertising and Business Services)

170.  Mark:INTERACTIVECORPSource: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:117659800Filed:April 29, 2003International Class(es):38(Communication)41(Education and Entertainment Services)39(Transportation and Storage Services)36(Insurance and Financial Services)35(Advertising and Business Services)43 (Services for providing food and drink; temporary accommodation) 45 (Personal, social and security services)

171.  Mark:INTERACTIVESource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:117659900Filed:April 29, 2003International Class(es):35(Advertising and Business Services)38(Communication)41(Education and Entertainment Services)43 (Services for providing food and drink; temporary accommodation)

172.  Mark:CLUB VOYAGESSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:September 8, 2004Serial Number:117569400Filed:April 23, 2003International Class(es):39(Transportation and Storage Services)38(Communication)

173.  Mark:CLUB VOYAGESSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:September 1, 2004Serial Number:117569800Filed:April 23, 2003International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

174.  Mark:TRAVEL PLUSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:August 19, 2004Serial Number:117569700Filed:April 23, 2003International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

175.  Mark:TRAVEL PLUS CLUB VOYAGESSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:August 5, 2004Serial Number:117570600Filed:April 23, 2003International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

176.  Mark:[PARTEZ SOUS UNE BONNE ETOILE]Source: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 2, 2004Serial Number:117569600Filed:April 23, 2003International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

177.  Mark:TRAVEL PLUSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 28, 2004Serial Number:117570400Filed:April 23, 2003International Class(es):35(Advertising and Business

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                    DATABASE(S) - NA-TM

Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

178. Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 23, 2004Serial Number:117569500Filed:April 23, 2003International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

179. Mark:GOLIGER'S TRAVEL PLUSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 22, 2004Serial Number:117570500Filed:April 23, 2003International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

180. Mark:[WORLD WISE WELL]Source: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 22, 2004Serial Number:117570300Filed:April 23, 2003International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

181. Mark:TRANSACTIVESource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:117576900Filed:April 23, 2003International Class(es):35(Advertising and Business Services)38(Communication)

182. Mark:T & ESource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:April 19, 2005Serial Number:76508675Filed:April 22, 2003International Class(es):16(Paper Goods and Printed Matter)41(Education and Entertainment Services)

183. Mark:T & ESource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:April 19, 2005Serial Number:76508622Filed:April 22, 2003International Class(es):16(Paper Goods and Printed Matter)41(Education and Entertainment Services)

184. Mark:BEYOND YOUR DREAMS. WITHIN YOUR REACH.Source: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:May 24, 2005Serial Number:78238152Filed:April 15, 2003International Class(es):39(Transportation and Storage Services)

185. Mark:GLAMERSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:October 19, 2004Serial Number:78237751Filed:April 15, 2003International Class(es):35(Advertising and Business Services)

186. Mark:ROSENBLUTH SMARTTICKETSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78228634Filed:March 21, 2003International Class(es):42 (Scientific, technological and legal services)

187. Mark:VACANCES TOURBECSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 28, 2004Serial Number:117493300Filed:March 11, 2003International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

188. Mark:PLANITDIRECTSource: TRADEMARKSCAN - U.S. StateState:HAWAIIStatus:REGISTEREDRegistration

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Number:4007916Registered:February 28, 2003Serial Number:International Class(es):9(Electrical and Scientific Apparatus)

189.  Mark:SABRE HOLDINGSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:December 12, 2006Serial Number:78220349Filed:February 28, 2003International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation)

190.  Mark:SABRE HOLDINGSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:July 18, 2006Serial Number:78220361Filed:February 28, 2003International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation)

191.  Mark:SABRE TRAVEL NETWORKSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:May 2, 2006Serial Number:78219939Filed:February 27, 2003International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation)

192.  Mark:SYMPATICO.CASource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:December 27, 2005Serial Number:76491546Filed:February 20, 2003International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation) 44 (Medical, veterinary, agricultural and forestry services) 45 (Personal, social and security services)

193.  Mark:SYMPATICO CASource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:April 12, 2005Serial Number:76491545Filed:February 20, 2003International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation) 44 (Medical, veterinary, agricultural and forestry services) 45 (Personal, social and security services)

194.  Mark:TRAVELXIA.COMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78212631Filed:February 9, 2003International Class(es):35(Advertising and Business Services)

195.  Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:May 8, 2007Serial Number:78977395Filed:December 30, 2002International Class(es):9(Electrical and Scientific Apparatus)36(Insurance and Financial Services)39(Transportation and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")               DATABASE(S) - NA-TM

Storage Services)

196.   Mark:ICELANDAIRSource: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:78198723Filed:December 30, 2002International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

197.   Mark:THE DIALYSIS TRAVELLERSource: TRADEMARKSCAN - U.S. StateState:FLORIDAStatus:REGISTEREDRegistration Number:T20021492Registered:December 23, 2002Serial Number:International Class(es):39(Transportation and Storage Services)41(Education and Entertainment Services)44 (Medical, veterinary, agricultural and forestry services)

198.   Mark:DIALYSIS AT SEA CRUISESSource: TRADEMARKSCAN - U.S. StateState:FLORIDAStatus:REGISTEREDRegistration Number:T20021493Registered:December 23, 2002Serial Number:International Class(es):39(Transportation and Storage Services)41(Education and Entertainment Services)44 (Medical, veterinary, agricultural and forestry services)

199.   Mark:DIALYSIS AT SEASource: TRADEMARKSCAN - U.S. StateState:FLORIDAStatus:REGISTEREDRegistration Number:T20021494Registered:December 23, 2002Serial Number:International Class(es):41(Education and Entertainment Services)39(Transportation and Storage Services)44 (Medical, veterinary, agricultural and forestry services)

200.   Mark:WHERE2GO2Source: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:April 16, 2004Serial Number:116252000Filed:December 23, 2002International Class(es):16(Paper Goods and Printed Matter)38(Communication)41(Education and Entertainment Services)

201.   Mark:TEAMCO INTERNATIONALSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:May 18, 2004Serial Number:76473581Filed:December 6, 2002International Class(es):35(Advertising and Business Services)

202.   Mark:OTIP RAEOSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:January 5, 2005Serial Number:116031300Filed:November 26, 2002International Class(es):25(Clothing)16(Paper Goods and Printed Matter)18(Leather Goods)6(Metal Goods)20(Furniture and Articles Not Otherwise Classified)21(Housewares and Glass)28(Toys and Sporting Goods)14(Jewelry)41(Education and Entertainment Services)42 (Scientific, technological and legal services)38(Communication)

203.   Mark:OTIP RAEOSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:December 14, 2004Serial Number:116031400Filed:November 26, 2002International Class(es):25(Clothing)16(Paper Goods and Printed Matter)18(Leather Goods)14(Jewelry)21(Housewares and Glass)28(Toys and Sporting Goods)41(Education and Entertainment Services)36(Insurance and Financial Services)

204.   Mark:MMODESource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:July 19, 2005Serial Number:78178663Filed:October 25, 2002International Class(es):42 (Scientific, technological and legal services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

205.  Mark:THE LONG RIDERS' GUILDSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:76461335Filed:October 24,
      2002International Class(es):39(Transportation and Storage Services)

206.  Mark:TRANSAT TRAVELSource: TRADEMARKSCAN -
      CanadaStatus:AbandonedSerial Number:115608000Filed:October 17,
      2002International Class(es):39(Transportation and Storage
      Services)38(Communication and Repair Services)

207.  Mark:VOYAGES TRANSATSource: TRADEMARKSCAN -
      CanadaStatus:AbandonedSerial Number:115608100Filed:October 17,
      2002International Class(es):39(Transportation and Storage Services)35(Advertising and
      Business Services)

208.  Mark:TRIPKINGSource: TRADEMARKSCAN - U.S.
      FederalStatus:REGISTEREDRegistered:July 29, 2003Serial
      Number:78165421Filed:September 18, 2002International Class(es):42 (Scientific,
      technological and legal services)

209.  Mark:AT&T GLOBAL SERVICESSource: TRADEMARKSCAN -
      CanadaStatus:RegisteredRegistered:May 10, 2004Serial
      Number:115069700Filed:August 23, 2002International Class(es):16(Paper Goods and
      Printed Matter)9(Electrical and Scientific Apparatus)38(Communication)42 (Scientific,
      technological and legal services)35(Advertising and Business Services)36(Insurance
      and Financial Services)41(Education and Entertainment Services)37(Construction and
      Repair Services)

210.  Mark:CATHOLICPILGRIMSSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:78155242Filed:August 17,
      2002International Class(es):39(Transportation and Storage Services)

211.  Mark:OFFICEMAX DIRECTSource: TRADEMARKSCAN -
      CanadaStatus:AbandonedSerial Number:114965200Filed:August 13, 2002International
      Class(es):16(Paper Goods and Printed Matter)9(Electrical and Scientific
      Apparatus)35(Advertising and Business Services)8(Hand Tools)11(Environmental
      Control Apparatus)2(Paint)21(Housewares and Glass)42 (Scientific, technological and
      legal services)20(Furniture and Articles Not Otherwise Classified)40(Material
      Treatment Services)38(Communication)41(Education and Entertainment Services)

212.  Mark:OFFICEMAXSource: TRADEMARKSCAN - CanadaStatus:AllowedSerial
      Number:114964700Filed:August 13, 2002International Class(es):16(Paper Goods and
      Printed Matter)11(Environmental Control Apparatus)20(Furniture and Articles Not
      Otherwise Classified)8(Hand Tools)2(Paint)3(Cosmetics and Cleaning
      Preparations)21(Housewares and Glass)9(Electrical and Scientific
      Apparatus)35(Advertising and Business Services)40(Material Treatment
      Services)38(Communication)41(Education and Entertainment Services)

213.  Mark:COPYMAXSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial
      Number:114965000Filed:August 13, 2002International Class(es):16(Paper Goods and
      Printed Matter)9(Electrical and Scientific Apparatus)35(Advertising and Business
      Services)8(Hand Tools)2(Paint)21(Housewares and Glass)40(Material Treatment
      Services)11(Environmental Control Apparatus)20(Furniture and Articles Not
      Otherwise Classified)3(Cosmetics and Cleaning Preparations)6(Metal
      Goods)14(Jewelry)7(Machinery)38(Communication)41(Education and Entertainment

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                    DATABASE(S) - NA-TM

Services)

214.    Mark:FURNITUREMAXSource: TRADEMARKSCAN -
        CanadaStatus:AbandonedSerial Number:114965100Filed:August 13, 2002International
        Class(es):16(Paper Goods and Printed Matter)11(Environmental Control
        Apparatus)18(Leather Goods)14(Jewelry)21(Housewares and
        Glass)7(Machinery)9(Electrical and Scientific Apparatus)28(Toys and Sporting
        Goods)35(Advertising and Business Services)38(Communication)41(Education and
        Entertainment Services)20(Furniture and Articles Not Otherwise Classified)

215.    Mark:MAXMAILSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial
        Number:114964800Filed:August 13, 2002International Class(es):16(Paper Goods and
        Printed Matter)11(Environmental Control Apparatus)20(Furniture and Articles Not
        Otherwise Classified)9(Electrical and Scientific Apparatus)18(Leather Goods)8(Hand
        Tools)6(Metal Goods)35(Advertising and Business
        Services)14(Jewelry)21(Housewares and Glass)3(Cosmetics and Cleaning
        Preparations)5(Pharmaceuticals)40(Material Treatment Services)41(Education and
        Entertainment Services)

216.    Mark:OFFICEMAX.COMSource: TRADEMARKSCAN -
        CanadaStatus:AbandonedSerial Number:114965300Filed:August 13, 2002International
        Class(es):16(Paper Goods and Printed Matter)9(Electrical and Scientific
        Apparatus)35(Advertising and Business Services)42 (Scientific, technological and legal
        services)

217.    Mark:MAXASSURANCESource: TRADEMARKSCAN -
        CanadaStatus:AbandonedSerial Number:114964900Filed:August 13, 2002International
        Class(es):16(Paper Goods and Printed Matter)9(Electrical and Scientific
        Apparatus)35(Advertising and Business Services)14(Jewelry)20(Furniture and Articles
        Not Otherwise Classified)11(Environmental Control Apparatus)18(Leather
        Goods)21(Housewares and Glass)8(Hand Tools)2(Paint)3(Cosmetics and Cleaning
        Preparations)6(Metal Goods)7(Machinery)40(Material Treatment
        Services)41(Education and Entertainment Services)

218.    Mark:PLANOLOGYSource: TRADEMARKSCAN - U.S.
        FederalStatus:REGISTEREDRegistered:June 17, 2003Serial
        Number:78152061Filed:August 7, 2002International Class(es):9(Electrical and
        Scientific Apparatus)

219.    Mark:DESTINATION TECHNOLOGIES PLANITDIRECTSource:
        TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial
        Number:78152055Filed:August 7, 2002International Class(es):9(Electrical and
        Scientific Apparatus)

220.    Mark:DESTINATION TECHNOLOGIESSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:78152036Filed:August 7,
        2002International Class(es):9(Electrical and Scientific Apparatus)

221.    Mark:PLANOLOGYSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:78152062Filed:August 7,
        2002International Class(es):35(Advertising and Business Services)

222.    Mark:DESTINATION TECHNOLOGIESSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:78152045Filed:August 7,
        2002International Class(es):35(Advertising and Business Services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

223.    Mark:VACATION VISUALIZERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78149981Filed:August 1, 2002International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)

224.    Mark:PERSONAL LIFE ASSISTANT, PLASource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76429841Filed:July 10, 2002International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)45 (Personal, social and security services)

225.    Mark:THE LONG RIDERS GUILDSource: TRADEMARKSCAN - U.S. StateState:KENTUCKYStatus:REGISTEREDRegistration Number:14641Registered:June 25, 2002Serial Number:International Class(es):39(Transportation and Storage Services)

226.    Mark:SEARSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 7, 2004Serial Number:114147400Filed:May 22, 2002International Class(es):35(Advertising and Business Services)37(Construction and Repair Services)38(Communication)39(Transportation and Storage Services)43 (Services for providing food and drink; temporary accommodation) 41(Education and Entertainment Services)36(Insurance and Financial Services)

227.    Mark:THE TICKER CLUBSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78128858Filed:May 15, 2002International Class(es):42 (Scientific, technological and legal services)

228.    Mark:RISESource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78124726Filed:April 29, 2002International Class(es):35(Advertising and Business Services)

229.    Mark:TRAVEL BY DESIGNSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76398280Filed:April 22, 2002International Class(es):35(Advertising and Business Services)

230.    Mark:VOYAGEUR REWARDSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76380256Filed:March 11, 2002International Class(es):35(Advertising and Business Services)

231.    Mark:DIRECT AGENTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76374980Filed:February 26, 2002International Class(es):39(Transportation and Storage Services)

232.    Mark:SCANDISKSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78110316Filed:February 21, 2002International Class(es):35(Advertising and Business Services)

233.    Mark:ZIP MAP LOCATORSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76361608Filed:January 22, 2002International Class(es):9(Electrical and Scientific Apparatus)

234.    Mark:REZREZ.COMSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 21, 2004Serial Number:112793400Filed:January 14, 2002International Class(es):39(Transportation and Storage Services)9(Electrical and Scientific Apparatus)35(Advertising and Business Services)28(Toys and Sporting Goods)18(Leather Goods)16(Paper Goods and Printed Matter)26(Fancy Goods)24(Fabrics)21(Housewares and Glass)25(Clothing)14(Jewelry)20(Furniture and Articles Not Otherwise

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Classified)8(Hand Tools)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation)

235.    Mark:REZREZSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 17, 2004Serial Number:112793300Filed:January 14, 2002International Class(es):9(Electrical and Scientific Apparatus)28(Toys and Sporting Goods)18(Leather Goods)26(Fancy Goods)16(Paper Goods and Printed Matter)24(Fabrics)38(Communication)21(Housewares and Glass)34(Smokers' Articles)25(Clothing)14(Jewelry)20(Furniture and Articles Not Otherwise Classified)8(Hand Tools)39(Transportation and Storage Services)42 (Scientific, technological and legal services)35(Advertising and Business Services)43 (Services for providing food and drink; temporary accommodation)

236.    Mark:REZOLUTIONSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 11, 2004Serial Number:112793500Filed:January 14, 2002International Class(es):9(Electrical and Scientific Apparatus)39(Transportation and Storage Services)37(Construction and Repair Services)35(Advertising and Business Services)42 (Scientific, technological and legal services)43 (Services for providing food and drink; temporary accommodation)

237.    Mark:SEA CASTLE AN EXCLUSIVE YACHT OWNERSHIP PROGRAMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76353675Filed:December 28, 2001International Class(es):36(Insurance and Financial Services)39(Transportation and Storage Services)

238.    Mark:PLANFUNERAL.COMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76339081Filed:November 14, 2001International Class(es):35(Advertising and Business Services)

239.    Mark:COMAGINESource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:112002500Filed:October 31, 2001International Class(es):9(Electrical and Scientific Apparatus)14(Jewelry)16(Paper Goods and Printed Matter)18(Leather Goods)21(Housewares and Glass)15(Musical Instruments)25(Clothing)28(Toys and Sporting Goods)38(Communication)42 (Scientific, technological and legal services)41(Education and Entertainment Services)39(Transportation and Storage Services)35(Advertising and Business Services)36(Insurance and Financial Services)

240.    Mark:NORTHSTAR TRAVEL MEDIASource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:October 19, 2004Serial Number:76322214Filed:October 5, 2001International Class(es):16(Paper Goods and Printed Matter)41(Education and Entertainment Services)

241.    Mark:CLEAN MOBILITY CENTERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76307790Filed:August 31, 2001International Class(es):39(Transportation and Storage Services)

242.    Mark:WANDERLUSTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78076618Filed:July 31, 2001International Class(es):16(Paper Goods and Printed Matter)42 (Scientific, technological and legal services)

243.    Mark:LEVERAGE FARESSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 27, 2004Serial Number:111022200Filed:July 20, 2001International Class(es):35(Advertising and Business

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")            DATABASE(S) - NA-TM

Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

244.   Mark:CXLEVERAGESource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 23, 2004Serial Number:111022100Filed:July 20, 2001International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

245.   Mark:REZREZSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:February 25, 2003Serial Number:76285093Filed:July 13, 2001International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

246.   Mark:REZREZ.COMSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:February 25, 2003Serial Number:76285094Filed:July 13, 2001International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

247.   Mark:REZOLUTIONSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76285095Filed:July 13, 2001International Class(es):9(Electrical and Scientific Apparatus)39(Transportation and Storage Services)

248.   Mark:AMERICAN EXPRESS TRAVELERS ASSISTANCE PLANSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78072417Filed:July 5, 2001International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

249.   Mark:WHEREVER YOU TRAVEL EMERGENCY HELP IS ONLY A PHONE CALL AWAYSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78072431Filed:July 5, 2001International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

250.   Mark:WHEREVER YOU TRAVEL HELP IS ONLY A PHONE CALL AWAYSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78072427Filed:July 5, 2001International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

251.   Mark:TOURISM VICTORIASource: TRADEMARKSCAN - CanadaStatus:RegisteredSerial Number:110624000Filed:June 15, 2001International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)

252.   Mark:SEVEN BLUE SEASSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 9, 2005Serial Number:110577100Filed:June 11, 2001International Class(es):39(Transportation and Storage Services)35(Advertising and Business Services)42 (Scientific, technological and legal services)

253.   Mark:GREAT AUTOMOTIVE PARTNERSHIPSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:March 9, 2004Serial Number:110611500Filed:June

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")          DATABASE(S) - NA-TM

7, 2001International Class(es):6(Metal Goods)39(Transportation and Storage Services)35(Advertising and Business Services)42 (Scientific, technological and legal services)

254.   Mark:BEST CARE CLUBSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:March 24, 2005Serial Number:110524400Filed:June 5, 2001International Class(es):42 (Scientific, technological and legal services)39(Transportation and Storage Services)

255.   Mark:ROAD EXPLORERSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:July 29, 2003Serial Number:76266016Filed:June 1, 2001International Class(es):16(Paper Goods and Printed Matter)35(Advertising and Business Services)39(Transportation and Storage Services)

256.   Mark:BROADVISIONSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:December 30, 2003Serial Number:76263095Filed:May 23, 2001International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)

257.   Mark:BVISIONSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76262998Filed:May 23, 2001International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)

258.   Mark:RESPONSE SERVICE CENTER LLCSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76256278Filed:May 14, 2001International Class(es):37(Construction and Repair Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

259.   Mark:CLICK-TO-TICKET TRAVELSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:February 19, 2002Serial Number:76242043Filed:April 17, 2001International Class(es):39(Transportation and Storage Services)

260.   Mark:BUYEX.COMSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:109908200Filed:April 17, 2001International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)38(Communication)

261.   Mark:I G T ASource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76239758Filed:April 13, 2001International Class(es):16(Paper Goods and Printed Matter)35(Advertising and Business Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

262.   Mark:REZPORTSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:April 1, 2004Serial Number:109925900Filed:April 11, 2001International Class(es):39(Transportation and Storage Services)

263.   Mark:MTRAVELSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76229107Filed:March 22, 2001International Class(es):39(Transportation and Storage Services)

264.   Mark:MTRAVEL MANAGERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76229106Filed:March 22, 2001International Class(es):39(Transportation and Storage Services)

265.   Mark:MTRAVEL ASSISTANTSource: TRADEMARKSCAN - U.S.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")            DATABASE(S) - NA-TM

FederalStatus:ABANDONEDSerial Number:76230054Filed:March 22, 2001International Class(es):39(Transportation and Storage Services)

266.  Mark:MTRAVELERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76229105Filed:March 22, 2001International Class(es):39(Transportation and Storage Services)

267.  Mark:THE LEISURE AUTHORITYSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78052017Filed:March 8, 2001International Class(es):38(Communication)39(Transportation and Storage Services)

268.  Mark:SIEMENS MOBILE TRAVEL SOLUTIONSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:September 7, 2004Serial Number:76218140Filed:February 28, 2001International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

269.  Mark:SIEMENS MOBILE TRAVEL SOLUTIONSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:May 30, 2003Serial Number:109336700Filed:February 20, 2001International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)39(Transportation and Storage Services)

270.  Mark:UFO.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78047664Filed:February 10, 2001International Class(es):35(Advertising and Business Services)

271.  Mark:TICKET.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78047662Filed:February 9, 2001International Class(es):35(Advertising and Business Services)

272.  Mark:MEDICAL.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78047661Filed:February 9, 2001International Class(es):35(Advertising and Business Services)

273.  Mark:HOWTO.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78047663Filed:February 9, 2001International Class(es):35(Advertising and Business Services)

274.  Mark:GOD.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78046761Filed:February 5, 2001International Class(es):35(Advertising and Business Services)

275.  Mark:SCRATCHINGANITCHSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78043186Filed:January 15, 2001International Class(es):39(Transportation and Storage Services)

276.  Mark:PENDPROSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76192444Filed:January 9, 2001International Class(es):42 (Scientific, technological and legal services)

277.  Mark:MOVIES.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78041193Filed:December 31, 2000International Class(es):35(Advertising and Business Services)

278.  Mark:WEATHER.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78041189Filed:December 31,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

2000International Class(es):35(Advertising and Business Services)

279.  Mark:SPORTS.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78041191Filed:December 31, 2000International Class(es):35(Advertising and Business Services)

280.  Mark:EBUSINESS.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78041192Filed:December 31, 2000International Class(es):35(Advertising and Business Services)

281.  Mark:MARKET.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78041145Filed:December 30, 2000International Class(es):35(Advertising and Business Services)

282.  Mark:AIRTRAVEL.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:MISASSIGNEDSerial Number:78041146Filed:December 30, 2000International Class(es):35(Advertising and Business Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

283.  Mark:WEATHER.INFOSource: TRADEMARKSCAN - U.S. FederalStatus:MISASSIGNEDSerial Number:78040561Filed:December 23, 2000International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)

284.  Mark:EXPEDIASource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 8, 2004Serial Number:108661800Filed:December 19, 2000International Class(es):42 (Scientific, technological and legal services)39(Transportation and Storage Services)

285.  Mark:SEVEN BLUE SEASSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:March 30, 2004Serial Number:76179963Filed:December 12, 2000International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

286.  Mark:7BLUESEASSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:March 30, 2004Serial Number:76179385Filed:December 12, 2000International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

287.  Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76179168Filed:December 12, 2000International Class(es):42 (Scientific, technological and legal services)

288.  Mark:DAIRY SMART.COM MEANS NEVER HAVING TO DAY "DOH"!Source: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76174393Filed:December 1, 2000International Class(es):42 (Scientific, technological and legal services)

289.  Mark:ALOBESource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76172351Filed:November 28, 2000International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

290.  Mark:ONE CLICK. ALL THE ANSWERS.Source: TRADEMARKSCAN - U.S. FederalStatus:PUBLISHEDSerial Number:76172266Filed:November 28,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

2000International Class(es):9(Electrical and Scientific Apparatus)39(Transportation and Storage Services)

291.  Mark:IDESTONSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:108400300Filed:November 23, 2000International Class(es):9(Electrical and Scientific Apparatus)38(Communication)35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

292.  Mark:QUOVATIONSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:108400500Filed:November 23, 2000International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

293.  Mark:VENTARISSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:108400400Filed:November 23, 2000International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial Services)37(Construction and Repair Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

294.  Mark:KINGDOMGOLFSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76166693Filed:November 13, 2000International Class(es):42 (Scientific, technological and legal services)

295.  Mark:VENTARISSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78033556Filed:November 2, 2000International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

296.  Mark:IDESTONSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78033580Filed:November 2, 2000International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

297.  Mark:IDESTONSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78033585Filed:November 2, 2000International Class(es):36(Insurance and Financial Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

298.  Mark:VENTARISSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78033561Filed:November 2, 2000International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

299.  Mark:QUOVATIONSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78033534Filed:November 2, 2000International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

legal services)

300.  Mark:FLY FASTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76152851Filed:October 23, 2000International Class(es):37(Construction and Repair Services)39(Transportation and Storage Services)

301.  Mark:DIARYSMARTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76149843Filed:October 19, 2000International Class(es):42 (Scientific, technological and legal services)

302.  Mark:ADVENTURE WEDDINGSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78030503Filed:October 13, 2000International Class(es):42 (Scientific, technological and legal services)

303.  Mark:THOMASCOOK.COMSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:February 25, 2003Serial Number:76143781Filed:October 10, 2000International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

304.  Mark:SEX.SEXSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78026352Filed:September 18, 2000International Class(es):35(Advertising and Business Services)

305.  Mark:SEX.SITESource: TRADEMARKSCAN - U.S. FederalStatus:MISASSIGNEDSerial Number:78026366Filed:September 18, 2000International Class(es):35(Advertising and Business Services)

306.  Mark:SEX.WAPSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78026353Filed:September 18, 2000International Class(es):35(Advertising and Business Services)

307.  Mark:SEX.LTDSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78026358Filed:September 18, 2000International Class(es):35(Advertising and Business Services)

308.  Mark:SEX.XXXSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78026346Filed:September 18, 2000International Class(es):35(Advertising and Business Services)

309.  Mark:SEX.USASource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78026360Filed:September 18, 2000International Class(es):35(Advertising and Business Services)

310.  Mark:SEX.INCSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78026356Filed:September 18, 2000International Class(es):35(Advertising and Business Services)

311.  Mark:SEX.BIZSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78026350Filed:September 18, 2000International Class(es):35(Advertising and Business Services)

312.  Mark:THE TRAVELTAINMENT NETWORKSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76128736Filed:September 14, 2000International Class(es):39(Transportation and Storage Services)

313.  Mark:THE CAT'S EYESSource: TRADEMARKSCAN - U.S.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")            DATABASE(S) - NA-TM

FederalStatus:PENDINGSerial Number:76127050Filed:September 13, 2000International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)41(Education and Entertainment Services)

314. Mark:DON'T JUST TRAVEL. TRAVEL RIGHT.Source: TRADEMARKSCAN - CanadaStatus:RegisteredSerial Number:107431800Filed:September 11, 2000International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

315. Mark:IBAZAARSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76105625Filed:August 9, 2000International Class(es):42 (Scientific, technological and legal services)

316. Mark:EZ2PLANSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:April 23, 2002Serial Number:78018406Filed:July 26, 2000International Class(es):39(Transportation and Storage Services)

317. Mark:BASECAMPSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76095904Filed:July 24, 2000International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

318. Mark:INTERLINE ADVENTURESSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76096281Filed:July 24, 2000International Class(es):16(Paper Goods and Printed Matter)

319. Mark:SAGE PASSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78016717Filed:July 14, 2000International Class(es):42 (Scientific, technological and legal services)

320. Mark:MY COMPANIONSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76086909Filed:July 12, 2000International Class(es):9(Electrical and Scientific Apparatus)

321. Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:AllowedSerial Number:106698200Filed:July 12, 2000International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)42 (Scientific, technological and legal services)

322. Mark:CRUISE PATH NETWORKSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76083920Filed:July 6, 2000International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

323. Mark:EXPRESSWEEKENDSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78015337Filed:July 3, 2000International Class(es):39(Transportation and Storage Services)

324. Mark:SEX.WEBSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:78014925Filed:June 29, 2000International Class(es):35(Advertising and Business Services)

325. Mark:WORLDWEB TRAVEL GUIDE WWW.WORLDWEB.COMSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:October 21, 2002Serial Number:106471400Filed:June 27, 2000International Class(es):16(Paper Goods and Printed Matter)39(Transportation and Storage Services)35(Advertising and Business Services)42 (Scientific, technological and legal services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

326.    Mark:WORLDWEB TRAVEL GUIDESource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:76078704Filed:June 27, 2000International
        Class(es):39(Transportation and Storage Services)
327.    Mark:WORLDWEB TRAVEL GUIDE WWW.WORLDWEB.COMSource:
        TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial
        Number:76078791Filed:June 27, 2000International Class(es):39(Transportation and
        Storage Services)
328.    Mark:TRIPKINGSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:76076837Filed:June 23, 2000International
        Class(es):16(Paper Goods and Printed Matter)39(Transportation and Storage Services)
329.    Mark:LE QUEBEC MARITIMESource: TRADEMARKSCAN -
        CanadaStatus:RegisteredRegistered:October 21, 2002Serial
        Number:106425300Filed:June 22, 2000International Class(es):16(Paper Goods and
        Printed Matter)24(Fabrics)25(Clothing)26(Fancy Goods)28(Toys and Sporting
        Goods)14(Jewelry)18(Leather Goods)35(Advertising and Business Services)42
        (Scientific, technological and legal services)
330.    Mark:EXPEDIA TRAVELSSource: TRADEMARKSCAN - U.S.
        FederalStatus:REGISTEREDRegistered:December 17, 2002Serial
        Number:78013400Filed:June 19, 2000International Class(es):42 (Scientific,
        technological and legal services)
331.    Mark:EXPEDIASource: TRADEMARKSCAN - U.S.
        FederalStatus:REGISTEREDRegistered:October 8, 2002Serial
        Number:78013398Filed:June 19, 2000International Class(es):42 (Scientific,
        technological and legal services)
332.    Mark:VOYAGES TRAVELSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:78012736Filed:June 14, 2000International
        Class(es):39(Transportation and Storage Services)
333.    Mark:QUALIVESource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:76064894Filed:June 6, 2000International
        Class(es):42 (Scientific, technological and legal services)
334.    Mark:QUALIVSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:76064896Filed:June 6, 2000International
        Class(es):42 (Scientific, technological and legal services)
335.    Mark:QUALIV.COMSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:76064895Filed:June 6, 2000International
        Class(es):42 (Scientific, technological and legal services)
336.    Mark:QUALIVE.COMSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:76064897Filed:June 6, 2000International
        Class(es):42 (Scientific, technological and legal services)
337.    Mark:DREAMFINDERSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:76061225Filed:June 1, 2000International
        Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed
        Matter)39(Transportation and Storage Services)41(Education and Entertainment
        Services)42 (Scientific, technological and legal services)
338.    Mark:DREAMPAGESource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:76061250Filed:June 1, 2000International

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

339.    Mark:NO NORTHERN ONTARIOSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:106079400Filed:May 26, 2000International Class(es):16(Paper Goods and Printed Matter)35(Advertising and Business Services)41(Education and Entertainment Services)

340.    Mark:NTMC NORTHERN TOURISM MARKETING CORPORATIONSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:106079300Filed:May 26, 2000International Class(es):35(Advertising and Business Services)16(Paper Goods and Printed Matter)

341.    Mark:NORTHERN ONTARIO SO BEAUTIFUL IT'S HARD TO SHARE.Source: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:106079200Filed:May 26, 2000International Class(es):16(Paper Goods and Printed Matter)35(Advertising and Business Services)39(Transportation and Storage Services)

342.    Mark:MOVERSNETSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76057442Filed:May 23, 2000International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

343.    Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:December 5, 2005Serial Number:105939200Filed:May 17, 2000International Class(es):42 (Scientific, technological and legal services)39(Transportation and Storage Services)

344.    Mark:ROSENBLUTH EVERYWHERESource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:November 19, 2002Serial Number:76042995Filed:May 8, 2000International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

345.    Mark:WHERE TRAVEL MANAGEMENT IS BOTH AN ART AND A SCIENCE.Source: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:October 8, 2002Serial Number:76042996Filed:May 8, 2000International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

346.    Mark:A GOOD DEAL MORESource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:July 23, 2002Serial Number:76042795Filed:May 8, 2000International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

347.    Mark:ROSENBLUTH TO GOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76042975Filed:May 8, 2000International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

348.    Mark:ROSENBLUTH@HANDSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76042976Filed:May 8, 2000International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

349.    Mark:TRAVEL AT HIGH SPEEDSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:105768100Filed:May 4, 2000International

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

350.   Mark:TRAVEL ON BROADBANDSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:105768000Filed:May 4, 2000International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

351.   Mark:IGULLIVER.COMSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:105768300Filed:May 4, 2000International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

352.   Mark:KNOW WHERE YOU'RE GOINGSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:105768200Filed:May 4, 2000International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

353.   Mark:RIDESHARE.CASource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:105531800Filed:April 26, 2000International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

354.   Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76035240Filed:April 26, 2000International Class(es):39(Transportation and Storage Services)

355.   Mark:PICK PACK GOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76034853Filed:April 25, 2000International Class(es):39(Transportation and Storage Services)

356.   Mark:PICK PACK GOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:76034854Filed:April 25, 2000International Class(es):42 (Scientific, technological and legal services)

357.   Mark:NRG-4-USource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:October 2, 2001Serial Number:76023449Filed:April 12, 2000International Class(es):41(Education and Entertainment Services)

358.   Mark:AMAZONKITCHENSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:105458800Filed:April 10, 2000International Class(es):35(Advertising and Business Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)36(Insurance and Financial Services)39(Transportation and Storage Services)

359.   Mark:R RESORTS ATLANTIC CITYSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:October 22, 2002Serial Number:76021934Filed:April 7, 2000International Class(es):41(Education and Entertainment Services)42 (Scientific, technological and legal services)

360.   Mark:RESORTS ATLANTIC CITYSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:September 17, 2002Serial Number:76017186Filed:April 4, 2000International Class(es):41(Education and Entertainment Services)42 (Scientific, technological and legal services)

361.   Mark:IHEADOFFICESource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:104954100Filed:March 6, 2000International Class(es):9(Electrical and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

Scientific Apparatus)25(Clothing)21(Housewares and Glass)6(Metal Goods)20(Furniture and Articles Not Otherwise Classified)35(Advertising and Business Services)38(Communication)42 (Scientific, technological and legal services)41(Education and Entertainment Services)

362.    Mark:BEST CARE CLUBSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:January 7, 2003Serial Number:75932368Filed:March 2, 2000International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)

363.    Mark:STILL THE RIGHT PLACESource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:104903900Filed:March 2, 2000International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)42 (Scientific, technological and legal services)39(Transportation and Storage Services)

364.    Mark:TOUJOURS LE BON MAGASINSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:104904100Filed:March 2, 2000International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)42 (Scientific, technological and legal services)

365.    Mark:STILL THE RIGHT PLACE TO DO ITSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:104904000Filed:March 2, 2000International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)37(Construction and Repair Services)42 (Scientific, technological and legal services)

366.    Mark:EAMAZONSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:104892200Filed:March 2, 2000International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)9(Electrical and Scientific Apparatus)

367.    Mark:PSAZZ.COMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75929036Filed:February 28, 2000International Class(es):39(Transportation and Storage Services)

368.    Mark:EAMAZON.COMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75945051Filed:February 23, 2000International Class(es):39(Transportation and Storage Services)

369.    Mark:REZPORTSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:December 4, 2001Serial Number:75920722Filed:February 16, 2000International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

370.    Mark:EXPEDIASource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:August 20, 2002Serial Number:75905800Filed:January 28, 2000International Class(es):35(Advertising and Business Services)

371.    Mark:EXPEDIA.COMSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:August 20, 2002Serial Number:75905801Filed:January 28, 2000International Class(es):35(Advertising and Business Services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")          DATABASE(S) - NA-TM

372.  Mark:PRE-SELECT SHOPPINGSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75902806Filed:January 25,
      2000International Class(es):42 (Scientific, technological and legal services)
373.  Mark:E-PLANNER WORKING DATABASESource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75902807Filed:January 25,
      2000International Class(es):42 (Scientific, technological and legal services)
374.  Mark:ADVANCE SHOPPING NETWORKSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75902799Filed:January 25,
      2000International Class(es):35(Advertising and Business Services)42 (Scientific,
      technological and legal services)
375.  Mark:E-PLANNER BUTLER DATABASESource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75902797Filed:January 25,
      2000International Class(es):42 (Scientific, technological and legal services)
376.  Mark:BUTLER DATABASESource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75903374Filed:January 25,
      2000International Class(es):42 (Scientific, technological and legal services)
377.  Mark:REVOLVING DOOR LINKSSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75902814Filed:January 25,
      2000International Class(es):42 (Scientific, technological and legal services)
378.  Mark:E-SELECT SHOPPINGSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75902811Filed:January 25,
      2000International Class(es):42 (Scientific, technological and legal services)
379.  Mark:BIRTHDAY BUTLERSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75902812Filed:January 25,
      2000International Class(es):42 (Scientific, technological and legal services)
380.  Mark:PCTUNE.COMSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75895590Filed:January 15,
      2000International Class(es):35(Advertising and Business Services)
381.  Mark:LUXURYCITYSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75895752Filed:January 12,
      2000International Class(es):35(Advertising and Business Services)36(Insurance and
      Financial Services)42 (Scientific, technological and legal services)
382.  Mark:CHICAGO TO NEW YORK CONCIERGESource: TRADEMARKSCAN - U.S.
      StateState:ILLINOISStatus:NONRENEWEDRegistration
      Number:84589Registered:January 5, 2000Serial Number:International
      Class(es):39(Transportation and Storage Services)42 (Scientific, technological and
      legal services)
383.  Mark:PEOPLESource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75880365Filed:January 5,
      2000International Class(es):35(Advertising and Business Services)
384.  Mark:PEOPLESource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75880383Filed:January 5,
      2000International Class(es):35(Advertising and Business Services)
385.  Mark:HONDA CARESource: TRADEMARKSCAN - U.S.
      FederalStatus:REGISTEREDRegistered:January 10, 2006Serial
      Number:75874874Filed:December 17, 1999International Class(es):16(Paper Goods and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                    DATABASE(S) - NA-TM

Printed Matter)36(Insurance and Financial Services)37(Construction and Repair Services)38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

386.  Mark:H HONDA CARESource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:January 10, 2006Serial Number:75867075Filed:December 8, 1999International Class(es):16(Paper Goods and Printed Matter)36(Insurance and Financial Services)37(Construction and Repair Services)38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

387.  Mark:AMRCORP.COMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75862071Filed:December 1, 1999International Class(es):39(Transportation and Storage Services)

388.  Mark:KNOWITSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75861856Filed:December 1, 1999International Class(es):41(Education and Entertainment Services)

389.  Mark:1-2-1 TRAVEL TECHNOLOGYSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75861884Filed:December 1, 1999International Class(es):9(Electrical and Scientific Apparatus)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

390.  Mark:KNOWIT.COMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75861857Filed:December 1, 1999International Class(es):35(Advertising and Business Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

391.  Mark:DREAMFINDERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75861827Filed:November 30, 1999International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

392.  Mark:AMAZON THINKINGSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75840147Filed:November 19, 1999International Class(es):35(Advertising and Business Services)

393.  Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:November 12, 2002Serial Number:75853753Filed:November 17, 1999International Class(es):35(Advertising and Business Services)

394.  Mark:DON'T JUST TRAVEL. TRAVEL RIGHT.Source: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:November 27, 2001Serial Number:75853750Filed:November 17, 1999International Class(es):35(Advertising and Business Services)

395.  Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:November 27, 2001Serial Number:75853756Filed:November 17, 1999International Class(es):35(Advertising and Business Services)

396.  Mark:FAREGUARDSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75840896Filed:November 4, 1999International Class(es):9(Electrical and Scientific Apparatus)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

397.  Mark:Design OnlySource: TRADEMARKSCAN - U.S.
      FederalStatus:REGISTEREDRegistered:May 29, 2001Serial
      Number:75654566Filed:October 21, 1999International Class(es):39(Transportation and
      Storage Services)42 (Scientific, technological and legal services)

398.  Mark:TURIMEXSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75654567Filed:October 21,
      1999International Class(es):39(Transportation and Storage Services)

399.  Mark:Design OnlySource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75654568Filed:October 21,
      1999International Class(es):39(Transportation and Storage Services)42 (Scientific,
      technological and legal services)

400.  Mark:ARZOOSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75826833Filed:October 19,
      1999International Class(es):42 (Scientific, technological and legal services)

401.  Mark:ARZOO.COMSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75826836Filed:October 19,
      1999International Class(es):9(Electrical and Scientific Apparatus)

402.  Mark:ARZOOSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75826832Filed:October 19,
      1999International Class(es):9(Electrical and Scientific Apparatus)

403.  Mark:ARZOO.COMSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75826966Filed:October 19,
      1999International Class(es):42 (Scientific, technological and legal services)

404.  Mark:WORLD WIDE YOUSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75826963Filed:October 19,
      1999International Class(es):9(Electrical and Scientific Apparatus)

405.  Mark:PDA PLANETSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75819386Filed:October 12,
      1999International Class(es):9(Electrical and Scientific Apparatus)42 (Scientific,
      technological and legal services)

406.  Mark:VOYAGEUR REWARDSSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75819366Filed:October 11,
      1999International Class(es):35(Advertising and Business Services)

407.  Mark:VIVINASource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75800118Filed:October 6,
      1999International Class(es):35(Advertising and Business Services)

408.  Mark:FREETRAVELCLUB.COMSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75795483Filed:October 5,
      1999International Class(es):42 (Scientific, technological and legal services)

409.  Mark:DREAMGUIDESource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75807630Filed:September 24,
      1999International Class(es):39(Transportation and Storage Services)42 (Scientific,
      technological and legal services)

410.  Mark:JUSTMARRIEDKIT.COMSource: TRADEMARKSCAN - U.S.
      FederalStatus:ABANDONEDSerial Number:75790136Filed:September 24,
      1999International Class(es):16(Paper Goods and Printed Matter)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

411.    Mark:ISCHOOL.COMSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:75808434Filed:September 23,
        1999International Class(es):41(Education and Entertainment Services)

412.    Mark:ATBEAUTYSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:75775416Filed:September 9,
        1999International Class(es):35(Advertising and Business
        Services)38(Communication)42 (Scientific, technological and legal services)

413.    Mark:EDREAMSSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:75794965Filed:September 9,
        1999International Class(es):39(Transportation and Storage Services)42 (Scientific,
        technological and legal services)

414.    Mark:AMAZON.COMSource: TRADEMARKSCAN - CanadaStatus:Advertised
        (Published)Serial Number:083884201Filed:September 1, 1999International
        Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal
        services)

415.    Mark:MAPQUESTSource: TRADEMARKSCAN - U.S.
        FederalStatus:REGISTEREDRegistered:December 25, 2001Serial
        Number:75784994Filed:August 26, 1999International Class(es):9(Electrical and
        Scientific Apparatus)16(Paper Goods and Printed Matter)35(Advertising and Business
        Services)39(Transportation and Storage Services)41(Education and Entertainment
        Services)42 (Scientific, technological and legal services)

416.    Mark:QUICKCLICKSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:75765373Filed:August 26,
        1999International Class(es):35(Advertising and Business Services)

417.    Mark:2-CLICKSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:75765367Filed:August 26,
        1999International Class(es):35(Advertising and Business Services)

418.    Mark:CROSSLINKSSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:75765370Filed:August 26,
        1999International Class(es):35(Advertising and Business Services)

419.    Mark:CEILIDH.COMSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:75760446Filed:August 20,
        1999International Class(es):35(Advertising and Business Services)

420.    Mark:ROSENBLUTH INTERACTIVESource: TRADEMARKSCAN - U.S.
        FederalStatus:REGISTEREDRegistered:February 19, 2002Serial
        Number:75778282Filed:August 18, 1999International Class(es):9(Electrical and
        Scientific Apparatus)35(Advertising and Business Services)36(Insurance and Financial
        Services)39(Transportation and Storage Services)42 (Scientific, technological and legal
        services)

421.    Mark:ORDERTRON.COMSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:75745537Filed:August 3,
        1999International Class(es):35(Advertising and Business Services)

422.    Mark:TRIP SHIELDSource: TRADEMARKSCAN - U.S.
        FederalStatus:ABANDONEDSerial Number:75766730Filed:August 3,
        1999International Class(es):36(Insurance and Financial Services)

423.    Mark:DIVE IOWA FUN, TRAVEL AND ADVENTURESource:

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

TRADEMARKSCAN - U.S. StateState:IOWAStatus:NONRENEWEDRegistration Number:W221201Registered:July 27, 1999Serial Number:International Class(es):41(Education and Entertainment Services)37(Construction and Repair Services)28(Toys and Sporting Goods)

424.    Mark:EMATCHSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:102385600Filed:July 27, 1999International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)41(Education and Entertainment Services)35(Advertising and Business Services)38(Communication)39(Transportation and Storage Services)

425.    Mark:EMPLOYEECARESource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75761465Filed:July 27, 1999International Class(es):9(Electrical and Scientific Apparatus)

426.    Mark:FREIGHT DEPOTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75730381Filed:July 13, 1999International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)

427.    Mark:FREIGHTDEPOT.COMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75730382Filed:July 13, 1999International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)

428.    Mark:PARIS AWAITSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:November 28, 2000Serial Number:75743523Filed:July 2, 1999International Class(es):39(Transportation and Storage Services)

429.    Mark:MAPQUESTSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:December 25, 2001Serial Number:75784991Filed:June 26, 1999International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

430.    Mark:THE ROAD BEST TRAVELEDSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75710346Filed:June 15, 1999International Class(es):39(Transportation and Storage Services)

431.    Mark:ROADS BEST TRAVELEDSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75705328Filed:June 8, 1999International Class(es):42 (Scientific, technological and legal services)

432.    Mark:BC BUYTRAVEL.COMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75721322Filed:June 4, 1999International Class(es):35(Advertising and Business Services)

433.    Mark:LIFEORGANIZERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75714969Filed:May 25, 1999International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)

434.    Mark:NATIONAL EVENTSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75699148Filed:May 6, 1999International Class(es):39(Transportation and Storage Services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

435.   Mark:MAPQUESTSource: TRADEMARKSCAN - U.S.
       FederalStatus:REGISTEREDRegistered:October 23, 2001Serial
       Number:75697177Filed:May 4, 1999International Class(es):9(Electrical and Scientific
       Apparatus)16(Paper Goods and Printed Matter)25(Clothing)35(Advertising and
       Business Services)39(Transportation and Storage Services)41(Education and
       Entertainment Services)42 (Scientific, technological and legal services)

436.   Mark:Design OnlySource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:75673451Filed:April 2, 1999International
       Class(es):9(Electrical and Scientific Apparatus)

437.   Mark:SUN AIRWAYSSource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:75673450Filed:April 2, 1999International
       Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed
       Matter)21(Housewares and Glass)25(Clothing)34(Smokers' Articles)35(Advertising
       and Business Services)36(Insurance and Financial Services)39(Transportation and
       Storage Services)41(Education and Entertainment Services)42 (Scientific,
       technological and legal services)

438.   Mark:MAPQUEST.COMSource: TRADEMARKSCAN - U.S.
       FederalStatus:REGISTEREDRegistered:October 9, 2001Serial
       Number:75671705Filed:March 31, 1999International Class(es):9(Electrical and
       Scientific Apparatus)16(Paper Goods and Printed Matter)25(Clothing)35(Advertising
       and Business Services)39(Transportation and Storage Services)41(Education and
       Entertainment Services)42 (Scientific, technological and legal services)

439.   Mark:CAPITALE ASSISTANCE PROGRAM CAPSource: TRADEMARKSCAN -
       CanadaStatus:RegisteredRegistered:March 21, 2001Serial
       Number:101032600Filed:March 29, 1999International Class(es):39(Transportation and
       Storage Services)37(Construction and Repair Services)42 (Scientific, technological and
       legal services)

440.   Mark:CAPITALE ASSISTANCE PRIORITAIRE CAPSource: TRADEMARKSCAN -
       CanadaStatus:RegisteredRegistered:March 21, 2001Serial
       Number:101032800Filed:March 29, 1999International Class(es):39(Transportation and
       Storage Services)37(Construction and Repair Services)42 (Scientific, technological and
       legal services)

441.   Mark:EDUCATIONAL TRAVEL ALLIANCESource: TRADEMARKSCAN - U.S.
       FederalStatus:REGISTEREDRegistered:September 18, 2001Serial
       Number:75665169Filed:March 22, 1999International Class(es):39(Transportation and
       Storage Services)42 (Scientific, technological and legal services)

442.   Mark:ETRAV.NETSource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:75665182Filed:March 22,
       1999International Class(es):39(Transportation and Storage Services)42 (Scientific,
       technological and legal services)

443.   Mark:TRAVELGENIESource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:75665346Filed:March 22,
       1999International Class(es):39(Transportation and Storage Services)42 (Scientific,
       technological and legal services)

444.   Mark:FRIEND-CLICKSource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:75662419Filed:March 17,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

1999International Class(es):35(Advertising and Business Services)42 (Scientific, technological and legal services)

445.   Mark:PLANETALLSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75662417Filed:March 17, 1999International Class(es):42 (Scientific, technological and legal services)

446.   Mark:AMAZON.COMSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75662416Filed:March 17, 1999International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

447.   Mark:PERSONAL FLYRSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75659029Filed:March 12, 1999International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

448.   Mark:BUSINESS FLYRSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75659549Filed:March 12, 1999International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)

449.   Mark:FLYR ELECTRONIC NAVIGATIONSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75659548Filed:March 12, 1999International Class(es):9(Electrical and Scientific Apparatus)39(Transportation and Storage Services)

450.   Mark:MEETING FLYRSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75658973Filed:March 12, 1999International Class(es):9(Electrical and Scientific Apparatus)35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

451.   Mark:NETEXCSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75642331Filed:February 17, 1999International Class(es):42 (Scientific, technological and legal services)

452.   Mark:E-BESTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75637789Filed:February 10, 1999International Class(es):35(Advertising and Business Services)

453.   Mark:E-BESTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75637788Filed:February 10, 1999International Class(es):41(Education and Entertainment Services)

454.   Mark:E BESTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75637775Filed:February 10, 1999International Class(es):35(Advertising and Business Services)

455.   Mark:E BESTSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75637776Filed:February 10, 1999International Class(es):41(Education and Entertainment Services)

456.   Mark:1-800-ORLANDOSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75600864Filed:December 7, 1998International Class(es):38(Communication)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")            DATABASE(S) - NA-TM

457.   Mark:MMG MEETINGS MANAGEMENT GROUP, INC.Source:
       TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial
       Number:75595251Filed:November 25, 1998International Class(es):35(Advertising and
       Business Services)

458.   Mark:CARDPOWER/NETSource: TRADEMARKSCAN -
       CanadaStatus:AbandonedSerial Number:089547700Filed:November 5,
       1998International Class(es):9(Electrical and Scientific Apparatus)

459.   Mark:TRAVEL RESEARCH SPECIALISTSSource: TRADEMARKSCAN - U.S.
       StateState:IDAHOStatus:REGISTEREDRegistration
       Number:16152Registered:November 2, 1998Serial Number:International
       Class(es):35(Advertising and Business Services)

460.   Mark:CONDITION TRACKERSource: TRADEMARKSCAN - U.S.
       FederalStatus:REGISTEREDRegistered:September 19, 2000Serial
       Number:75580088Filed:November 2, 1998International Class(es):9(Electrical and
       Scientific Apparatus)

461.   Mark:TRIPPOWERSource: TRADEMARKSCAN - U.S.
       FederalStatus:CANCELLEDRegistered:June 13, 2000Serial
       Number:75580089Filed:November 2, 1998International Class(es):9(Electrical and
       Scientific Apparatus)

462.   Mark:POWERPORTFOLIOSource: TRADEMARKSCAN - U.S.
       FederalStatus:CANCELLEDRegistered:May 2, 2000Serial
       Number:75582131Filed:November 2, 1998International Class(es):9(Electrical and
       Scientific Apparatus)

463.   Mark:SENIORS HELPING SENIORSSource: TRADEMARKSCAN - U.S.
       FederalStatus:REGISTEREDRegistered:June 5, 2001Serial
       Number:75574916Filed:October 22, 1998International Class(es):16(Paper Goods and
       Printed Matter)35(Advertising and Business Services)37(Construction and Repair
       Services)39(Transportation and Storage Services)42 (Scientific, technological and legal
       services)

464.   Mark:FLAGSHIP LOUNGESource: TRADEMARKSCAN - U.S.
       FederalStatus:REGISTEREDRegistered:January 23, 2001Serial
       Number:75571770Filed:October 16, 1998International Class(es):35(Advertising and
       Business Services)

465.   Mark:PHILEAS FOGG'SSource: TRADEMARKSCAN - U.S.
       FederalStatus:REGISTEREDRegistered:June 20, 2000Serial
       Number:75565347Filed:October 5, 1998International Class(es):39(Transportation and
       Storage Services)

466.   Mark:ITANGOSource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:75550317Filed:September 9,
       1998International Class(es):9(Electrical and Scientific Apparatus)

467.   Mark:RV CLUB OF AMERICASource: TRADEMARKSCAN - U.S.
       FederalStatus:ABANDONEDSerial Number:75549578Filed:September 8,
       1998International Class(es):36(Insurance and Financial Services)

468.   Mark:VAIL RESORTSSource: TRADEMARKSCAN - U.S.
       StateState:COLORADOStatus:REGISTEREDRegistration
       Number:19981159325Registered:September 2, 1998Serial Number:International

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

Class(es):16(Paper Goods and Printed Matter)

469.  Mark:FLAGSHIP LOUNGESource: TRADEMARKSCAN - U.S.
FederalStatus:REGISTEREDRegistered:September 12, 2000Serial
Number:75544069Filed:August 28, 1998International Class(es):35(Advertising and
Business Services)

470.  Mark:AIR CHINASource: TRADEMARKSCAN -
CanadaStatus:RegisteredRegistered:January 15, 2003Serial
Number:088680200Filed:August 10, 1998International Class(es):39(Transportation and
Storage Services)36(Insurance and Financial Services)41(Education and Entertainment
Services)

471.  Mark:AIR CHINASource: TRADEMARKSCAN -
CanadaStatus:RegisteredRegistered:January 15, 2003Serial
Number:088680400Filed:August 10, 1998International Class(es):39(Transportation and
Storage Services)

472.  Mark:UnknownSource: TRADEMARKSCAN -
CanadaStatus:RegisteredRegistered:February 28, 2000Serial
Number:088680300Filed:August 10, 1998International Class(es):39(Transportation and
Storage Services)

473.  Mark:R.V.C.A.Source: TRADEMARKSCAN - U.S.
FederalStatus:ABANDONEDSerial Number:75530366Filed:July 22, 1998International
Class(es):35(Advertising and Business Services)39(Transportation and Storage
Services)42 (Scientific, technological and legal services)

474.  Mark:RV CLUB OF AMERICASource: TRADEMARKSCAN - U.S.
FederalStatus:REGISTEREDRegistered:July 18, 2000Serial
Number:75517482Filed:July 13, 1998International Class(es):35(Advertising and
Business Services)39(Transportation and Storage Services)42 (Scientific, technological
and legal services)

475.  Mark:CMCSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial
Number:75512764Filed:July 2, 1998International Class(es):35(Advertising and
Business Services)36(Insurance and Financial Services)37(Construction and Repair
Services)39(Transportation and Storage Services)42 (Scientific, technological and legal
services)

476.  Mark:CONTINENTAL MOTOR CLUBSource: TRADEMARKSCAN - U.S.
FederalStatus:ABANDONEDSerial Number:75512760Filed:July 2, 1998International
Class(es):35(Advertising and Business Services)36(Insurance and Financial
Services)37(Construction and Repair Services)39(Transportation and Storage
Services)42 (Scientific, technological and legal services)

477.  Mark:THE WEDDING INSTITUTESource: TRADEMARKSCAN - U.S.
FederalStatus:CANCELLEDRegistered:May 9, 2000Serial
Number:75508517Filed:June 24, 1998International Class(es):41(Education and
Entertainment Services)

478.  Mark:RECREATIONAL VEHICLE CLUB OF AMERICASource:
TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:August 22,
2000Serial Number:75500791Filed:June 11, 1998International
Class(es):35(Advertising and Business Services)39(Transportation and Storage
Services)42 (Scientific, technological and legal services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")            DATABASE(S) - NA-TM

479. Mark:TRAVELWAYSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:March 13, 2001Serial Number:75485348Filed:May 14, 1998International Class(es):39(Transportation and Storage Services)

480. Mark:MAPS ON USSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75469458Filed:April 17, 1998International Class(es):42 (Scientific, technological and legal services)

481. Mark:GOLF GALAXYSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 31, 2001Serial Number:087522000Filed:April 15, 1998International Class(es):35(Advertising and Business Services)

482. Mark:OFFICEMAXSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75456529Filed:March 25, 1998International Class(es):9(Electrical and Scientific Apparatus)

483. Mark:THE CRUISE DEALERSource: TRADEMARKSCAN - U.S. StateState:NORTH CAROLINAStatus:REGISTEREDRegistration Number:14677Registered:March 9, 1998Serial Number:International Class(es):39(Transportation and Storage Services)

484. Mark:TOURSOURCESource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75441660Filed:February 27, 1998International Class(es):35(Advertising and Business Services)

485. Mark:PASSPORT REWARDSSource: TRADEMARKSCAN - U.S. StateState:WISCONSINStatus:REGISTEREDRegistered:January 21, 1998Serial Number:International Class(es):39(Transportation and Storage Services)35(Advertising and Business Services)

486. Mark:BRIDAL CELEBRATIONSSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:August 3, 1999Serial Number:75419851Filed:January 20, 1998International Class(es):35(Advertising and Business Services)

487. Mark:VIA ONLINESource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75384121Filed:November 3, 1997International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

488. Mark:OAG ORGANIZED TRAVELERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75380561Filed:October 28, 1997International Class(es):9(Electrical and Scientific Apparatus)

489. Mark:GOTTA GO TRAVEL PLANNERSSource: TRADEMARKSCAN - U.S. StateState:ILLINOISStatus:REGISTEREDRegistration Number:81291Registered:October 21, 1997Serial Number:International Class(es):39(Transportation and Storage Services)

490. Mark:SABRE BTSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:January 3, 2001Serial Number:085827700Filed:October 9, 1997International Class(es):9(Electrical and Scientific Apparatus)39(Transportation and Storage Services)35(Advertising and Business Services)

491. Mark:SABRE BUSINESS TRAVEL SOLUTIONSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:February 17, 2000Serial

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Number:085827900Filed:October 9, 1997International Class(es):9(Electrical and Scientific Apparatus)39(Transportation and Storage Services)

492. Mark:VIA ONLINESource: TRADEMARKSCAN - U.S. FederalStatus:MISASSIGNEDSerial Number:75364349Filed:September 29, 1997International Class(es):9(Electrical and Scientific Apparatus)

493. Mark:VANTAGEPOINTSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:December 1, 1998Serial Number:75353191Filed:September 8, 1997International Class(es):9(Electrical and Scientific Apparatus)

494. Mark:TRAVERSASource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75353192Filed:September 8, 1997International Class(es):9(Electrical and Scientific Apparatus)

495. Mark:JANET ZALMAN'S NUTRITOURSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75314504Filed:June 25, 1997International Class(es):29(Meats and Processed Foods)41(Education and Entertainment Services)

496. Mark:TRAVELCASESource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75314238Filed:June 24, 1997International Class(es):9(Electrical and Scientific Apparatus)

497. Mark:FIELDING'S ISLANDFINDERSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:May 4, 1999Serial Number:75307362Filed:June 12, 1997International Class(es):16(Paper Goods and Printed Matter)

498. Mark:FIELDING'S CRUISEFINDERSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:May 4, 1999Serial Number:75307364Filed:June 12, 1997International Class(es):16(Paper Goods and Printed Matter)

499. Mark:FIELDING'S TRAVEL TOOLSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:May 4, 1999Serial Number:75307365Filed:June 12, 1997International Class(es):16(Paper Goods and Printed Matter)

500. Mark:SEARS ASSISTANCE AUTO SERVICE ECONOMIES TRANQUILLITE D'ESPRITSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:January 15, 1999Serial Number:084560700Filed:May 21, 1997International Class(es):42 (Scientific, technological and legal services)

501. Mark:SEARS AUTO ASSIST SERVICE SAVINGS PEACE OF MINDSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:084560900Filed:May 21, 1997International Class(es):42 (Scientific, technological and legal services)

502. Mark:PROJECT HELPERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75292231Filed:May 15, 1997International Class(es):9(Electrical and Scientific Apparatus)

503. Mark:AMAZON.COMSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:August 25, 1998Serial Number:083884200Filed:March 7, 1997International Class(es):18(Leather Goods)25(Clothing)28(Toys and Sporting Goods)35(Advertising and Business Services)

504. Mark:WYNDHAM RESERVATION SERVICESSource: TRADEMARKSCAN - U.S.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

FederalStatus:ABANDONEDSerial Number:75252954Filed:March 5, 1997International Class(es):42 (Scientific, technological and legal services)

505.    Mark:MAGICAL CONSULTINGSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75247066Filed:February 24, 1997International Class(es):39(Transportation and Storage Services)

506.    Mark:NAVIGATION MADE SIMPLESource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:July 14, 1998Serial Number:75237535Filed:February 6, 1997International Class(es):35(Advertising and Business Services)

507.    Mark:TRAVELPOINTSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:September 25, 2001Serial Number:75225867Filed:January 15, 1997International Class(es):9(Electrical and Scientific Apparatus)

508.    Mark:PLANETALLSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:December 30, 1997Serial Number:75206638Filed:December 2, 1996International Class(es):42 (Scientific, technological and legal services)

509.    Mark:U-S AIRWAYSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:May 30, 2001Serial Number:082839300Filed:November 22, 1996International Class(es):9(Electrical and Scientific Apparatus)26(Fancy Goods)14(Jewelry)16(Paper Goods and Printed Matter)18(Leather Goods)6(Metal Goods)34(Smokers' Articles)21(Housewares and Glass)25(Clothing)36(Insurance and Financial Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)41(Education and Entertainment Services)37(Construction and Repair Services)35(Advertising and Business Services)8(Hand Tools)

510.    Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:October 25, 2000Serial Number:082839800Filed:November 22, 1996International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)14(Jewelry)18(Leather Goods)25(Clothing)6(Metal Goods)34(Smokers' Articles)8(Hand Tools)21(Housewares and Glass)36(Insurance and Financial Services)39(Transportation and Storage Services)35(Advertising and Business Services)

511.    Mark:U S AIRWAYSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:July 18, 2000Serial Number:75190980Filed:November 1, 1996International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)20(Furniture and Articles Not Otherwise Classified)21(Housewares and Glass)25(Clothing)35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

512.    Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:October 24, 2000Serial Number:75190693Filed:October 31, 1996International Class(es):9(Electrical and Scientific Apparatus)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

513.  Mark:FIELDING'S THE WORLD'S MOST DANGEROUS PLACESSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:November 18, 1997Serial Number:75181700Filed:October 15, 1996International Class(es):16(Paper Goods and Printed Matter)

514.  Mark:FIELDING WORLDWIDE, INC.Source: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75181701Filed:October 15, 1996International Class(es):16(Paper Goods and Printed Matter)

515.  Mark:TRAVEL BUYERS ASSOCIATIONSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:March 3, 1998Serial Number:75177268Filed:October 4, 1996International Class(es):42 (Scientific, technological and legal services)

516.  Mark:WYNDHAM BRISTOL PLACE HOTELSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:March 2, 1998Serial Number:082369400Filed:September 19, 1996International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

517.  Mark:PEOPLE & PLACES WORDWIDESource: TRADEMARKSCAN - U.S. StateState:ILLINOISStatus:NONRENEWEDRegistration Number:79097Registered:September 10, 1996Serial Number:International Class(es):41(Education and Entertainment Services)

518.  Mark:ALBA TOURSSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:November 26, 1997Serial Number:082111000Filed:August 20, 1996International Class(es):39(Transportation and Storage Services)

519.  Mark:CARASSISTSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:081710000Filed:July 5, 1996International Class(es):36(Insurance and Financial Services)37(Construction and Repair Services)

520.  Mark:SPORTS BUSINESS & TRAVELSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75127628Filed:July 1, 1996International Class(es):16(Paper Goods and Printed Matter)

521.  Mark:MERIDIAN TRAVEL CONNECTIONSource: TRADEMARKSCAN - U.S. StateState:WISCONSINStatus:NONRENEWEDRegistered:June 15, 1996Serial Number:International Class(es):39(Transportation and Storage Services)

522.  Mark:ODYSSEUSSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:April 29, 1997Serial Number:75117928Filed:June 12, 1996International Class(es):16(Paper Goods and Printed Matter)

523.  Mark:THE RIGHT WAY. THE WYNDHAM WAYSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 17, 1998Serial Number:081471400Filed:June 10, 1996International Class(es):42 (Scientific, technological and legal services)39(Transportation and Storage Services)

524.  Mark:WSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:August 27, 1997Serial Number:081471300Filed:June 10, 1996International Class(es):38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

525.  Mark:MAPS ON USSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:November 24, 1998Serial

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                    DATABASE(S) - NA-TM

Number:75112514Filed:May 31, 1996International Class(es):42 (Scientific, technological and legal services)

526.   Mark:ROKOCOSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:July 21, 1998Serial Number:75088371Filed:April 12, 1996International Class(es):35(Advertising and Business Services)

527.   Mark:ROKOCOSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:June 9, 1998Serial Number:75092667Filed:April 12, 1996International Class(es):9(Electrical and Scientific Apparatus)

528.   Mark:WOODSIDE TRAVEL TRUST ABSOLUTELY FANTASTIC HOTELS & RESORTSSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:February 24, 1998Serial Number:75072338Filed:March 12, 1996International Class(es):16(Paper Goods and Printed Matter)39(Transportation and Storage Services)

529.   Mark:E-RESSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 23, 1997Serial Number:080269400Filed:January 25, 1996International Class(es):9(Electrical and Scientific Apparatus)

530.   Mark:TICKET OUTLETSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:75016384Filed:November 7, 1995International Class(es):39(Transportation and Storage Services)

531.   Mark:WYNDHAM GARDENSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:March 13, 1997Serial Number:079576400Filed:October 25, 1995International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

532.   Mark:TRIPMAKERSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:April 4, 2000Serial Number:75008985Filed:October 20, 1995International Class(es):39(Transportation and Storage Services)

533.   Mark:CRUISEWEBSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:July 22, 1997Serial Number:75008850Filed:October 20, 1995International Class(es):9(Electrical and Scientific Apparatus)

534.   Mark:LET'S BE SELFISH!Source: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74717960Filed:August 21, 1995International Class(es):35(Advertising and Business Services)

535.   Mark:PER DIEMAZINGSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:September 14, 1999Serial Number:74711631Filed:August 7, 1995International Class(es):9(Electrical and Scientific Apparatus)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

536.   Mark:TRAVELNETSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74711630Filed:August 7, 1995International Class(es):9(Electrical and Scientific Apparatus)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

537.   Mark:ASI ALDMYR SYSTEMS, INC.Source: TRADEMARKSCAN - U.S.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")              DATABASE(S) - NA-TM

FederalStatus:ABANDONEDSerial Number:74711632Filed:August 7, 1995International Class(es):9(Electrical and Scientific Apparatus)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

538.   Mark:NAL PATH PROTECTIONSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:March 24, 1997Serial Number:078510400Filed:June 14, 1995International Class(es):37(Construction and Repair Services)36(Insurance and Financial Services)42 (Scientific, technological and legal services)

539.   Mark:EXECUTIVE SERVICE PLANSource: TRADEMARKSCAN - U.S. FederalStatus:RENEWEDRegistered:March 4, 1997Serial Number:74687192Filed:June 12, 1995International Class(es):42 (Scientific, technological and legal services)

540.   Mark:PRESERVATIONSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74681540Filed:May 30, 1995International Class(es):39(Transportation and Storage Services)

541.   Mark:TOYOTA MOTORCLUBSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:February 23, 1999Serial Number:74675562Filed:May 10, 1995International Class(es):36(Insurance and Financial Services)37(Construction and Repair Services)39(Transportation and Storage Services)

542.   Mark:L LEXUS MOTOR CLUBSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74675563Filed:May 10, 1995International Class(es):36(Insurance and Financial Services)37(Construction and Repair Services)39(Transportation and Storage Services)

543.   Mark:POINTPLANNERSource: TRADEMARKSCAN - U.S. StateState:COLORADOStatus:RENEWEDRegistration Number:19951053805Registered:April 21, 1995Serial Number:International Class(es):39(Transportation and Storage Services)

544.   Mark:DON'T LOOK BACKSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74649920Filed:March 21, 1995International Class(es):9(Electrical and Scientific Apparatus)

545.   Mark:DISTINCTIVE PAINT SCHEME (LINES & BRUSH STROKES - LINED FOR COLOUR) DE SIGNSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:February 23, 1996Serial Number:077502200Filed:February 8, 1995International Class(es):39(Transportation and Storage Services)

546.   Mark:DISTINCTIVE PAINT SCHEME (LINES & BRUSH STROKES - BLACK AND WHITE) DES IGNSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:February 23, 1996Serial Number:077502300Filed:February 8, 1995International Class(es):39(Transportation and Storage Services)

547.   Mark:TRIPTIPSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74628669Filed:February 2, 1995International Class(es):16(Paper Goods and Printed Matter)

548.   Mark:TRAVEL PLANNERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74627050Filed:January 30,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

1995International Class(es):9(Electrical and Scientific Apparatus)

549.   Mark:PDQSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74609433Filed:December 12, 1994International Class(es):9(Electrical and Scientific Apparatus)

550.   Mark:CARDPOWERSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:March 5, 1996Serial Number:74606881Filed:December 5, 1994International Class(es):9(Electrical and Scientific Apparatus)

551.   Mark:TRIPPOWERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74606880Filed:December 5, 1994International Class(es):9(Electrical and Scientific Apparatus)

552.   Mark:PURCHASEPOWERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74606878Filed:December 5, 1994International Class(es):9(Electrical and Scientific Apparatus)

553.   Mark:MEMBERSHIP REWARDSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:September 23, 1997Serial Number:74604734Filed:November 30, 1994International Class(es):36(Insurance and Financial Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

554.   Mark:CORPORATEASSISTSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:March 26, 1996Serial Number:74601284Filed:November 21, 1994International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

555.   Mark:TRIPPOWERSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:076812700Filed:November 7, 1994International Class(es):9(Electrical and Scientific Apparatus)42 (Scientific, technological and legal services)

556.   Mark:US ASSISTSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:August 13, 1996Serial Number:74588147Filed:October 20, 1994International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

557.   Mark:U S ASSISTSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:August 13, 1996Serial Number:74586823Filed:October 18, 1994International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

558.   Mark:AWARDPLANNERSource: TRADEMARKSCAN - U.S. StateState:COLORADOStatus:RENEWEDRegistration Number:19941115384Registered:October 17, 1994Serial Number:International Class(es):39(Transportation and Storage Services)

559.   Mark:KHYBER PASSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74550603Filed:July 18, 1994International

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                    DATABASE(S) - NA-TM

Class(es):9(Electrical and Scientific Apparatus)42 (Scientific, technological and legal services)

560.    Mark:KYBER PASSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74550604Filed:July 18, 1994International Class(es):9(Electrical and Scientific Apparatus)42 (Scientific, technological and legal services)

561.    Mark:CITY EXPLORERSSource: TRADEMARKSCAN - U.S. StateState:ILLINOISStatus:NONRENEWEDRegistration Number:74875Registered:July 12, 1994Serial Number:International Class(es):41(Education and Entertainment Services)

562.    Mark:CITY EXPLORERSSource: TRADEMARKSCAN - U.S. StateState:ILLINOISStatus:NONRENEWEDRegistration Number:74873Registered:July 12, 1994Serial Number:International Class(es):35(Advertising and Business Services)

563.    Mark:CITY EXPLORERSSource: TRADEMARKSCAN - U.S. StateState:ILLINOISStatus:NONRENEWEDRegistration Number:74872Registered:July 12, 1994Serial Number:International Class(es):42 (Scientific, technological and legal services)

564.    Mark:CITY EXPLORERSSource: TRADEMARKSCAN - U.S. StateState:ILLINOISStatus:NONRENEWEDRegistration Number:74874Registered:July 12, 1994Serial Number:International Class(es):38(Communication)

565.    Mark:WORLD WIDE RESORTS & ADVENTURESSource: TRADEMARKSCAN - U.S. StateState:KENTUCKYStatus:NONRENEWEDRegistration Number:11035Registered:January 26, 1994Serial Number:International Class(es):39(Transportation and Storage Services)

566.    Mark:SWAINSource: TRADEMARKSCAN - U.S. FederalStatus:RENEWEDRegistered:May 21, 1996Serial Number:74475076Filed:December 30, 1993International Class(es):39(Transportation and Storage Services)

567.    Mark:SWAIN TOURSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74475154Filed:December 30, 1993International Class(es):39(Transportation and Storage Services)

568.    Mark:SAND BAGGER TRAVELSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74469320Filed:December 13, 1993International Class(es):39(Transportation and Storage Services)

569.    Mark:VACATION PLANNERSSource: TRADEMARKSCAN - U.S. StateState:NEVADAStatus:EXPIREDRegistered:November 9, 1993Serial Number:International Class(es):39(Transportation and Storage Services)

570.    Mark:PETRESSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74438971Filed:September 22, 1993International Class(es):39(Transportation and Storage Services)

571.    Mark:PET RESERVATIONS, INC.Source: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74438974Filed:September 22, 1993International Class(es):39(Transportation and Storage Services)

572.    Mark:PETEXPRESSSource: TRADEMARKSCAN - U.S.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

FederalStatus:ABANDONEDSerial Number:74438973Filed:September 22, 1993International Class(es):39(Transportation and Storage Services)

573.   Mark:JOURNEY JOURNALSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:December 16, 1997Serial Number:74423335Filed:August 12, 1993International Class(es):16(Paper Goods and Printed Matter)

574.   Mark:REGINASource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:December 16, 1994Serial Number:072785800Filed:April 28, 1993International Class(es):42 (Scientific, technological and legal services)39(Transportation and Storage Services)

575.   Mark:QUISQUEYA TRAVEL, INC.Source: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:March 1, 1994Serial Number:74375957Filed:April 6, 1993International Class(es):39(Transportation and Storage Services)

576.   Mark:FRANCE AT YOUR FINGERTIPSSource: TRADEMARKSCAN - U.S. StateState:MINNESOTAStatus:RENEWEDRegistration Number:20488Registered:March 15, 1993 Serial Number:International Class(es):42 (Scientific, technological and legal services)39(Transportation and Storage Services)

577.   Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74353770Filed:January 29, 1993International Class(es):9(Electrical and Scientific Apparatus)

578.   Mark:UNIGLOBE 7*24 BLUELINESource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:May 31, 1994Serial Number:74312066Filed:September 9, 1992International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

579.   Mark:ESPSource: TRADEMARKSCAN - U.S. FederalStatus:RENEWEDRegistered:September 14, 1993Serial Number:74283018Filed:June 5, 1992International Class(es):42 (Scientific, technological and legal services)

580.   Mark:NASTP NATIONAL ASSOCIATION OF SENIOR TRAVEL PLANNERSSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74280775Filed:June 1, 1992International Class(es):42 (Scientific, technological and legal services)

581.   Mark:PORTFOLIOSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:April 27, 1993Serial Number:74279552Filed:May 26, 1992International Class(es):42 (Scientific, technological and legal services)

582.   Mark:MARJORIE SHAW'S INSIDER'S ITALYSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:January 26, 1993Serial Number:74266569Filed:April 17, 1992International Class(es):39(Transportation and Storage Services)

583.   Mark:PATHFINDER EXPRESSSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:December 1, 1992Serial Number:74263455Filed:April 7, 1992International Class(es):39(Transportation and Storage Services)

584.   Mark:A BETTER WAY TO TRAVELSource: TRADEMARKSCAN -

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

CanadaStatus:RegisteredRegistered:December 22, 1995Serial
Number:070119600Filed:March 19, 1992International Class(es):39(Transportation and
Storage Services)

585.     Mark:PACIFIC WESTERNSource: TRADEMARKSCAN -
CanadaStatus:RegisteredRegistered:February 24, 1995Serial
Number:070126200Filed:March 19, 1992International Class(es):39(Transportation and
Storage Services)

586.     Mark:PWTSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:March
19, 1993Serial Number:070119700Filed:March 19, 1992International
Class(es):39(Transportation and Storage Services)

587.     Mark:GO AS A GROUPSource: TRADEMARKSCAN -
CanadaStatus:AbandonedSerial Number:070119500Filed:March 19, 1992International
Class(es):39(Transportation and Storage Services)

588.     Mark:FREQUENT RESERVATION AWARDS PROGRAMSource:
TRADEMARKSCAN - U.S.
StateState:MASSACHUSETTSStatus:NONRENEWEDRegistration
Number:46534Registered:February 24, 1992 Serial Number:International
Class(es):39(Transportation and Storage Services)42 (Scientific, technological and
legal services)

589.     Mark:WYNDHAMSource: TRADEMARKSCAN -
CanadaStatus:RegisteredRegistered:July 2, 1993Serial
Number:069784400Filed:January 29, 1992International Class(es):42 (Scientific,
technological and legal services)39(Transportation and Storage Services)

590.     Mark:AMERICAN EXPRESS MEMBERSHIP MILESSource: TRADEMARKSCAN -
CanadaStatus:RegisteredRegistered:March 24, 1995Serial
Number:069125100Filed:October 9, 1991International Class(es):36(Insurance and
Financial Services)39(Transportation and Storage Services)

591.     Mark:VOYAGERSource: TRADEMARKSCAN - U.S.
FederalStatus:CANCELLEDRegistered:May 31, 1994Serial
Number:74210315Filed:October 7, 1991International Class(es):39(Transportation and
Storage Services)42 (Scientific, technological and legal services)

592.     Mark:RES ACCELSource: TRADEMARKSCAN - U.S.
FederalStatus:ABANDONEDSerial Number:74200417Filed:September 3,
1991International Class(es):9(Electrical and Scientific Apparatus)

593.     Mark:THE INSIDER'S ITALY TRAVEL ADVISORYSource: TRADEMARKSCAN -
U.S. FederalStatus:CANCELLEDRegistered:October 20, 1992Serial
Number:74198224Filed:August 26, 1991International Class(es):39(Transportation and
Storage Services)

594.     Mark:INSIDER'S ITALYSource: TRADEMARKSCAN - U.S.
FederalStatus:ABANDONEDSerial Number:74198223Filed:August 26,
1991International Class(es):39(Transportation and Storage Services)

595.     Mark:ADMIRALS CLUB EXECUTIVE CENTERSource: TRADEMARKSCAN -
U.S. FederalStatus:RENEWEDRegistered:August 4, 1992Serial
Number:74174429Filed:June 10, 1991International Class(es):35(Advertising and
Business Services)

596.     Mark:E-RESSource: TRADEMARKSCAN - U.S.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

FederalStatus:CANCELLEDRegistered:September 21, 1993Serial Number:74170682Filed:May 24, 1991International Class(es):9(Electrical and Scientific Apparatus)

597.    Mark:MEMBERSHIP MILESSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:October 12, 1993Serial Number:74156282Filed:April 10, 1991International Class(es):36(Insurance and Financial Services)39(Transportation and Storage Services)

598.    Mark:AMERICAN EXPRESS MEMBERSHIP MILESSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:August 3, 1993Serial Number:74156283Filed:April 10, 1991International Class(es):36(Insurance and Financial Services)39(Transportation and Storage Services)

599.    Mark:THE MONTPELIER CLUBSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:December 10, 1991Serial Number:74140347Filed:February 19, 1991International Class(es):42 (Scientific, technological and legal services)

600.    Mark:DESIGN GROUPS AND INCENTIVESSource: TRADEMARKSCAN - U.S. StateState:WISCONSINStatus:RENEWEDRegistered:October 17, 1990Serial Number:International Class(es):39(Transportation and Storage Services)

601.    Mark:PASSENGER TICKETING GUIDESource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74087769Filed:August 14, 1990International Class(es):16(Paper Goods and Printed Matter)

602.    Mark:PTGSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74087770Filed:August 14, 1990International Class(es):16(Paper Goods and Printed Matter)

603.    Mark:PROFESSIONAL ASSOCIATION OF DIVING INSTRUCTORSSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:066332400Filed:July 30, 1990International Class(es):16(Paper Goods and Printed Matter)41(Education and Entertainment Services)

604.    Mark:GLOBAL ASSISTSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:October 26, 1993Serial Number:74074702Filed:July 2, 1990International Class(es):36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

605.    Mark:MAPSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:74052358Filed:April 24, 1990International Class(es):35(Advertising and Business Services)

606.    Mark:THE SMARTEST ROUTESource: TRADEMARKSCAN - U.S. FederalStatus:RENEWEDRegistered:August 13, 1991Serial Number:74004299Filed:November 21, 1989International Class(es):36(Insurance and Financial Services)

607.    Mark:ALL-SPORTS TRAVELSource: TRADEMARKSCAN - U.S. StateState:ARKANSASStatus:EXPIREDRegistration Number:500001462Registered:October 26, 1989Serial Number:International Class(es):42 (Scientific, technological and legal services)

608.    Mark:PREFERRED STATUSSource: TRADEMARKSCAN - U.S. FederalStatus:RENEWEDRegistered:November 12, 1991Serial

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Number:73826367Filed:September 19, 1989International Class(es):39(Transportation and Storage Services)

609.  Mark:AT YOUR SERVICESource: TRADEMARKSCAN - U.S. StateState:WISCONSINStatus:REGISTEREDRegistered:September 6, 1989Serial Number:International Class(es):42 (Scientific, technological and legal services)39(Transportation and Storage Services)

610.  Mark:PADISource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:January 25, 1991Serial Number:063578800Filed:July 7, 1989International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)25(Clothing)39(Transportation and Storage Services)41(Education and Entertainment Services)

611.  Mark:CROSSNETSource: TRADEMARKSCAN - U.S. StateState:CALIFORNIAStatus:EXPIREDRegistration Number:34682Registered:April 27, 1989Serial Number:International Class(es):42 (Scientific, technological and legal services)

612.  Mark:DESTINATIONSource: TRADEMARKSCAN - U.S. FederalStatus:RENEWEDRegistered:December 25, 1990Serial Number:73788382Filed:March 22, 1989International Class(es):9(Electrical and Scientific Apparatus)42 (Scientific, technological and legal services)

613.  Mark:THE ORIGINAL NEW ENGLAND GUIDESource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:June 12, 1990Serial Number:73775927Filed:January 23, 1989International Class(es):16(Paper Goods and Printed Matter)

614.  Mark:TRAVELPLANNERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:73792599Filed:January 23, 1989International Class(es):35(Advertising and Business Services)

615.  Mark:SEATTLE TRAVEL CENTERSource: TRADEMARKSCAN - U.S. StateState:WASHINGTONStatus:EXPIREDRegistration Number:18574Registered:January 4, 1989Serial Number:International Class(es):39(Transportation and Storage Services)

616.  Mark:AMERICAN ASSOCIATION OF ACTIVE SENIORS/ACTIVE TO 100Source: TRADEMARKSCAN - U.S. StateState:FLORIDAStatus:EXPIREDRegistration Number:T10165Registered:December 7, 1988Serial Number:International Class(es):16(Paper Goods and Printed Matter)42 (Scientific, technological and legal services)36(Insurance and Financial Services)39(Transportation and Storage Services)

617.  Mark:INBOUND CANADASource: TRADEMARKSCAN - U.S. FederalStatus:RENEWEDRegistered:April 17, 1990Serial Number:73764904Filed:November 21, 1988International Class(es):39(Transportation and Storage Services)

618.  Mark:ON THE GOSource: TRADEMARKSCAN - U.S. StateState:CALIFORNIAStatus:EXPIREDRegistration Number:33122Registered:July 12, 1988Serial Number:International Class(es):39(Transportation and Storage Services)

619.  Mark:SPECTRUM AUTO PAKSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:November 7, 1989Serial Number:73737936Filed:July 5, 1988International Class(es):35(Advertising and Business Services)37(Construction and Repair Services)39(Transportation and Storage

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

              Services)

<u>620.</u>      Mark:H2O AND SNOWSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:February 7, 1989Serial Number:73730003Filed:May 23, 1988International Class(es):39(Transportation and Storage Services)

<u>621.</u>      Mark:BARBACHANOSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:March 21, 1989Serial Number:73722673Filed:April 18, 1988International Class(es):39(Transportation and Storage Services)

<u>622.</u>      Mark:TRAVEL MAXSource: TRADEMARKSCAN - U.S. StateState:CALIFORNIAStatus:REGISTEREDRegistration Number:32247Registered:March 4, 1988Serial Number:International Class(es):39(Transportation and Storage Services)

<u>623.</u>      Mark:FVS FAMILY VACATION SERVICESource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:December 27, 1988Serial Number:73708455Filed:January 29, 1988International Class(es):39(Transportation and Storage Services)

<u>624.</u>      Mark:THE TRAVELER'S ADVANTAGE, INC.Source: TRADEMARKSCAN - U.S. StateState:CALIFORNIAStatus:EXPIREDRegistration Number:30676Registered:October 27, 1987Serial Number:International Class(es):39(Transportation and Storage Services)35(Advertising and Business Services)

<u>625.</u>      Mark:CHINARAMASource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:059396400Filed:October 22, 1987International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

<u>626.</u>      Mark:GROUPS INTERNATIONALSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:058529900Filed:June 3, 1987International Class(es):16(Paper Goods and Printed Matter)18(Leather Goods)25(Clothing)28(Toys and Sporting Goods)39(Transportation and Storage Services)41(Education and Entertainment Services)

<u>627.</u>      Mark:ASTRO TRAVELSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:August 26, 1988Serial Number:058445900Filed:April 21, 1987International Class(es):39(Transportation and Storage Services)

<u>628.</u>      Mark:AAA TRAVELSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:058446000Filed:April 21, 1987International Class(es):39(Transportation and Storage Services)

<u>629.</u>      Mark:HOLIDAY JUNCTIONSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:October 28, 1988Serial Number:058048800Filed:March 26, 1987International Class(es):6(Metal Goods)9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)18(Leather Goods)25(Clothing)28(Toys and Sporting Goods)35(Advertising and Business Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

<u>630.</u>      Mark:FLASH GORDON TRAVELSource: TRADEMARKSCAN - U.S. StateState:TEXASStatus:NONRENEWEDRegistration

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Number:47107Registered:January 21, 1987Serial Number:International Class(es):39(Transportation and Storage Services)

631.  Mark:INSTANT TRAVEL COMMUNICATIONSSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:August 4, 1987Serial Number:73633287Filed:December 2, 1986International Class(es):42 (Scientific, technological and legal services)

632.  Mark:AIR TRAVEL CARDSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:August 18, 1987Serial Number:73594216Filed:April 18, 1986International Class(es):36(Insurance and Financial Services)

633.  Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:June 7, 1988Serial Number:73592922Filed:April 11, 1986International Class(es):36(Insurance and Financial Services)

634.  Mark:SEMINAR TRAVEL CULTURAL ADVENTURES WORLDWIDESource: TRADEMARKSCAN - U.S. StateState:CALIFORNIAStatus:EXPIREDRegistration Number:25774Registered:February 6, 1986Serial Number:International Class(es):41(Education and Entertainment Services)

635.  Mark:THE BETTER BUSINESS WAY TO FLYSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:September 15, 1987Serial Number:73581349Filed:February 5, 1986International Class(es):36(Insurance and Financial Services)

636.  Mark:ORIENT "HOLIDAYS"Source: TRADEMARKSCAN - U.S. StateState:CALIFORNIAStatus:EXPIREDRegistration Number:25421Registered:December 31, 1985Serial Number:International Class(es):39(Transportation and Storage Services)

637.  Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:August 21, 1987Serial Number:054731100Filed:August 8, 1985International Class(es):16(Paper Goods and Printed Matter)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

638.  Mark:COMPUTERIZED TRAVEL INFORMATION CTISource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:January 7, 1986Serial Number:73542898Filed:June 13, 1985International Class(es):39(Transportation and Storage Services)

639.  Mark:AMERICAN EXPRESS TRAVEL SECURITY HOTLINESource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:March 6, 1987Serial Number:054143600Filed:April 29, 1985International Class(es):36(Insurance and Financial Services)

640.  Mark:LIGNE TELESECOURS AMERICAN EXPRESSSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:March 6, 1987Serial Number:054143400Filed:April 29, 1985International Class(es):36(Insurance and Financial Services)

641.  Mark:ROADSHOW WHEN IT'S TIME TO GET YOUR SHOW ON THE ROADSource: TRADEMARKSCAN - U.S. StateState:CALIFORNIAStatus:REGISTEREDRegistration

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Number:22293Registered:February 27, 1985Serial Number:International Class(es):39(Transportation and Storage Services)

642. Mark:THE MEMPHIS CONNECTIONSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:August 6, 1985Serial Number:73519946Filed:January 30, 1985International Class(es):39(Transportation and Storage Services)

643. Mark:OTIP RAEOSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:November 15, 1985Serial Number:053385400Filed:December 27, 1984International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

644. Mark:OTIP/RAEOSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:November 7, 1986Serial Number:053263300Filed:December 4, 1984International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

645. Mark:TRAVELERS GROUPSource: TRADEMARKSCAN - U.S. StateState:CALIFORNIAStatus:EXPIREDRegistration Number:21520Registered:December 3, 1984Serial Number:International Class(es):42 (Scientific, technological and legal services)39(Transportation and Storage Services)

646. Mark:Design OnlySource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:April 16, 1985Serial Number:73492821Filed:August 1, 1984International Class(es):39(Transportation and Storage Services)

647. Mark:TIN BOSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:August 9, 1985Serial Number:052602900Filed:July 30, 1984International Class(es):39(Transportation and Storage Services)

648. Mark:TIN-BOSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:May 10, 1985Serial Number:052602800Filed:July 30, 1984International Class(es):39(Transportation and Storage Services)

649. Mark:THE SAVINGS CLUBSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:July 23, 1985Serial Number:73490825Filed:July 20, 1984International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)

650. Mark:CP AIR CORPORATE TRAVEL PROGRAMMESource: TRADEMARKSCAN - CanadaStatus:CancelledRegistered:August 23, 1985Serial Number:051966200Filed:April 2, 1984International Class(es):39(Transportation and Storage Services)

651. Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:January 4, 1985Serial Number:051472500Filed:January 4, 1984International Class(es):35(Advertising and Business Services)36(Insurance and Financial Services)42 (Scientific, technological and legal services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

652.  Mark:GLOBAL ASSISTSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:December 28, 1984Serial Number:051472300Filed:January 4, 1984International Class(es):36(Insurance and Financial Services)37(Construction and Repair Services)

653.  Mark:AIDE GLOBALESource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:December 28, 1984Serial Number:051472400Filed:January 4, 1984International Class(es):36(Insurance and Financial Services)37(Construction and Repair Services)

654.  Mark:T T A TOTAL TRAVEL ASSISTANCESource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:73459376Filed:January 3, 1984International Class(es):39(Transportation and Storage Services)

655.  Mark:COMPUTRAVSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:November 6, 1984Serial Number:73456936Filed:December 14, 1983International Class(es):39(Transportation and Storage Services)

656.  Mark:DESTINATIONSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:November 1, 1985Serial Number:051281800Filed:November 28, 1983International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)35(Advertising and Business Services)42 (Scientific, technological and legal services)

657.  Mark:GIRASSOLSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:November 6, 1984Serial Number:73446370Filed:October 3, 1983International Class(es):39(Transportation and Storage Services)

658.  Mark:TTASource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:September 18, 1984Serial Number:73444340Filed:September 19, 1983International Class(es):39(Transportation and Storage Services)

659.  Mark:TRAVEL-TECHSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:December 4, 1984Serial Number:73425573Filed:May 12, 1983International Class(es):39(Transportation and Storage Services)

660.  Mark:ESPSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:September 28, 1984Serial Number:050263400Filed:May 2, 1983International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

661.  Mark:CORPORATE CRUISE CENTERSource: TRADEMARKSCAN - U.S. StateState:WISCONSINStatus:REGISTEREDRegistered:December 15, 1982Serial Number:International Class(es):39(Transportation and Storage Services)

662.  Mark:CORPORATE CRUISE CENTERSource: TRADEMARKSCAN - U.S. FederalStatus:ABANDONEDSerial Number:73405487Filed:December 10, 1982International Class(es):39(Transportation and Storage Services)

663.  Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:July 12, 1985Serial Number:049406900Filed:October 28, 1982International Class(es):36(Insurance and Financial Services)39(Transportation and Storage Services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")             DATABASE(S) - NA-TM

664.   Mark:CANADIAN TIRESource: TRADEMARKSCAN -
       CanadaStatus:RegisteredRegistered:June 8, 1984Serial
       Number:049406700Filed:October 28, 1982International Class(es):36(Insurance and
       Financial Services)42 (Scientific, technological and legal services)

665.   Mark:TRAVEL DESIGNSource: TRADEMARKSCAN - U.S.
       StateState:CALIFORNIAStatus:EXPIREDRegistration
       Number:14937Registered:October 13, 1982Serial Number:International
       Class(es):39(Transportation and Storage Services)

666.   Mark:SLUM RUNNERSSource: TRADEMARKSCAN - U.S.
       FederalStatus:CANCELLEDRegistered:January 15, 1985Serial
       Number:73367269Filed:June 1, 1982International Class(es):16(Paper Goods and
       Printed Matter)

667.   Mark:STUDY TOURSSource: TRADEMARKSCAN -
       CanadaStatus:ExpungedRegistered:April 26, 1985Serial
       Number:048293200Filed:February 26, 1982International Class(es):35(Advertising and
       Business Services)39(Transportation and Storage Services)41(Education and
       Entertainment Services)

668.   Mark:GREAT CANADIAN ADVENTURESSource: TRADEMARKSCAN -
       CanadaStatus:ExpungedRegistered:April 19, 1984Serial
       Number:047970500Filed:December 15, 1981International Class(es):39(Transportation
       and Storage Services)

669.   Mark:UnknownSource: TRADEMARKSCAN -
       CanadaStatus:RegisteredRegistered:February 5, 1982Serial
       Number:047191100Filed:June 25, 1981International Class(es):39(Transportation and
       Storage Services)

670.   Mark:TOURPAKSource: TRADEMARKSCAN -
       CanadaStatus:ExpungedRegistered:October 29, 1982Serial
       Number:046932100Filed:May 1, 1981International Class(es):39(Transportation and
       Storage Services)42 (Scientific, technological and legal services)

671.   Mark:PACIFIC WESTERNSource: TRADEMARKSCAN -
       CanadaStatus:AbandonedSerial Number:046602900Filed:February 25,
       1981International Class(es):39(Transportation and Storage Services)42 (Scientific,
       technological and legal services)

672.   Mark:SUNGLOW EXECUTIVE TRAVELSource: TRADEMARKSCAN -
       CanadaStatus:ExpungedRegistered:June 19, 1981Serial
       Number:045773500Filed:August 21, 1980International Class(es):39(Transportation and
       Storage Services)

673.   Mark:UnknownSource: TRADEMARKSCAN -
       CanadaStatus:ExpungedRegistered:June 19, 1981Serial
       Number:045773400Filed:August 21, 1980International Class(es):39(Transportation and
       Storage Services)

674.   Mark:SUNGLOW EXECUTIVE TRAVELSource: TRADEMARKSCAN -
       CanadaStatus:RegisteredRegistered:March 13, 1981Serial
       Number:045773600Filed:August 21, 1980International Class(es):39(Transportation and
       Storage Services)

675.   Mark:PACIFIC WESTERNSource: TRADEMARKSCAN -

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

CanadaStatus:ExpungedRegistered:April 24, 1981Serial Number:045276600Filed:April 22, 1980International Class(es):39(Transportation and Storage Services)

676.    Mark:TRAVELERS CHECK TCSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:044724600Filed:November 27, 1979International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)18(Leather Goods)39(Transportation and Storage Services)

677.    Mark:PADISource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:March 14, 1980Serial Number:043765600Filed:March 29, 1979International Class(es):16(Paper Goods and Printed Matter)41(Education and Entertainment Services)

678.    Mark:TRAVELWAYSSource: TRADEMARKSCAN - U.S. FederalStatus:REGISTEREDRegistered:December 23, 1980Serial Number:73194820Filed:November 24, 1978International Class(es):39(Transportation and Storage Services)

679.    Mark:SAILSource: TRADEMARKSCAN - U.S. FederalStatus:CANCELLEDRegistered:December 11, 1979Serial Number:73171039Filed:May 19, 1978International Class(es):39(Transportation and Storage Services)

680.    Mark:TRAVELWAYSSource: TRADEMARKSCAN - U.S. StateState:MINNESOTAStatus:RENEWEDRegistration Number:5695Registered:April 14, 1978Serial Number:International Class(es):39(Transportation and Storage Services)

681.    Mark:TRAMPSSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:042197800Filed:March 9, 1978International Class(es):42 (Scientific, technological and legal services)

682.    Mark:BAREFOOTIN'Source: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:June 27, 1980Serial Number:041869400Filed:December 8, 1977International Class(es):9(Electrical and Scientific Apparatus)14(Jewelry)16(Paper Goods and Printed Matter)18(Leather Goods)21(Housewares and Glass)24(Fabrics)27(Floor Coverings)28(Toys and Sporting Goods)39(Transportation and Storage Services)

683.    Mark:LE ROI 14 SOLEILSSource: TRADEMARKSCAN - CanadaStatus:AbandonedSerial Number:041869300Filed:December 8, 1977International Class(es):9(Electrical and Scientific Apparatus)14(Jewelry)16(Paper Goods and Printed Matter)18(Leather Goods)21(Housewares and Glass)24(Fabrics)25(Clothing)26(Fancy Goods)28(Toys and Sporting Goods)39(Transportation and Storage Services)42 (Scientific, technological and legal services)

684.    Mark:GOLDEN ACCOUNTSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:June 17, 1977Serial Number:039656000Filed:April 6, 1976International Class(es):36(Insurance and Financial Services)

685.    Mark:SUNGLOW HOLIDAYSSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:September 5, 1975Serial Number:038099000Filed:December 2, 1974International Class(es):39(Transportation and Storage Services)

686.    Mark:SUNGLOW HOLIDAYSSource: TRADEMARKSCAN -

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                 DATABASE(S) - NA-TM

CanadaStatus:ExpungedRegistered:September 5, 1975Serial Number:038099100Filed:December 2, 1974International Class(es):39(Transportation and Storage Services)

687.    Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:September 5, 1975Serial Number:038098900Filed:December 2, 1974International Class(es):39(Transportation and Storage Services)

688.    Mark:SOLITOURSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:August 8, 1975Serial Number:037670600Filed:July 4, 1974International Class(es):39(Transportation and Storage Services)

689.    Mark:JETCETERASource: TRADEMARKSCAN - U.S. StateState:KANSASStatus:NONRENEWEDRegistered:July 23, 1973Serial Number:International Class(es):39(Transportation and Storage Services)42 (Scientific, technological and legal services)

690.    Mark:TRAVELMAKERSSource: TRADEMARKSCAN - U.S. StateState:CALIFORNIAStatus:EXPIREDRegistration Number:2383Registered:July 5, 1973Serial Number:International Class(es):39(Transportation and Storage Services)

691.    Mark:SPORTOURS INTERNATIONALSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:November 9, 1973Serial Number:035869700Filed:November 14, 1972International Class(es):39(Transportation and Storage Services)41(Education and Entertainment Services)

692.    Mark:CSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:October 12, 1973Serial Number:035615700Filed:August 15, 1972International Class(es):41(Education and Entertainment Services)42 (Scientific, technological and legal services)

693.    Mark:LES 14 SOLEILS SUN LIVINGSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:November 10, 1972Serial Number:034564800Filed:August 25, 1971International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)18(Leather Goods)24(Fabrics)25(Clothing)28(Toys and Sporting Goods)34(Smokers' Articles)39(Transportation and Storage Services)

694.    Mark:UnknownSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:September 8, 1972Serial Number:034564600Filed:August 25, 1971International Class(es):9(Electrical and Scientific Apparatus)14(Jewelry)16(Paper Goods and Printed Matter)18(Leather Goods)21(Housewares and Glass)24(Fabrics)25(Clothing)28(Toys and Sporting Goods)39(Transportation and Storage Services)

695.    Mark:LES 14 SOLEILSSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:August 4, 1972Serial Number:034564700Filed:August 25, 1971International Class(es):9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)18(Leather Goods)24(Fabrics)25(Clothing)28(Toys and Sporting Goods)39(Transportation and Storage Services)

696.    Mark:SUN LIVINGSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:August 4, 1972Serial Number:034455700Filed:July 20, 1971International Class(es):9(Electrical and Scientific

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLAN!")                DATABASE(S) - NA-TM

Apparatus)14(Jewelry)16(Paper Goods and Printed Matter)18(Leather Goods)25(Clothing)28(Toys and Sporting Goods)

697.  Mark:EARLY BIRDSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:February 25, 1972Serial Number:033517100Filed:August 5, 1970International Class(es):39(Transportation and Storage Services)

698.  Mark:PACIFIC WESTERNSource: TRADEMARKSCAN - CanadaStatus:RegisteredRegistered:April 16, 1971Serial Number:032205200Filed:May 5, 1969International Class(es):35(Advertising and Business Services)39(Transportation and Storage Services)

699.  Mark:SEMI-CIRCLESource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:August 2, 1968Serial Number:030648000Filed:July 18, 1967International Class(es):16(Paper Goods and Printed Matter)36(Insurance and Financial Services)35(Advertising and Business Services)37(Construction and Repair Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)

700.  Mark:GFT PEACE THROUGH UNDERSTANDINGSource: TRADEMARKSCAN - U.S. FederalStatus:EXPIREDRegistered:August 1, 1967Serial Number:72244541Filed:April 28, 1966International Class(es):39(Transportation and Storage Services)

701.  Mark:PLANATRIPSource: TRADEMARKSCAN - CanadaStatus:ExpungedRegistered:July 28, 1972Serial Number:027243400Filed:November 10, 1962International Class(es):16(Paper Goods and Printed Matter)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.