# EXHIBIT F

Westlaw.

QUERY - GS("TRAVEL PLANNER")        DATABASE(S) - FED-TM

1.  Mark: PLANETALL Source: TRADEMARKSCAN - U.S. Federal Status: PENDING Serial Number: 78972319 Filed: September 12, 2006 International Class(es): 42 (Scientific, technological and legal services)
2.  Mark: VICTORIA BRITISH COLUMBIA FULL OF LIFE Source: TRADEMARKSCAN - U.S. Federal Status: PENDING Serial Number: 78967611 Filed: September 5, 2006 International Class(es): 35(Advertising and Business Services)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
3.  Mark: MOBYKO Source: TRADEMARKSCAN - U.S. Federal Status: PENDING Serial Number: 78894635 Filed: May 26, 2006 International Class(es): 9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)42 (Scientific, technological and legal services)
4.  Mark: DOCOMO Source: TRADEMARKSCAN - U.S. Federal Status: PENDING Serial Number: 78877467 Filed: May 5, 2006 International Class(es): 9(Electrical and Scientific Apparatus)16(Paper Goods and Printed Matter)38(Communication)42 (Scientific, technological and legal services)
5.  Mark: OHIO SO MUCH TO DISCOVER! Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 78824846 Filed: February 28, 2006 International Class(es): 16(Paper Goods and Printed Matter)25(Clothing)35(Advertising and Business Services)
6.  Mark: WEAVER MULTIMEDIA GROUP Source: TRADEMARKSCAN - U.S. Federal Status: PUBLISHED Serial Number: 78704603 Filed: August 31, 2005 International Class(es): 35(Advertising and Business Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
7.  Mark: PASSPORT TO THE WORLD Source: TRADEMARKSCAN - U.S. Federal Status: PUBLISHED Serial Number: 78584713 Filed: March 10, 2005 International Class(es): 39(Transportation and Storage Services)
8.  Mark: PREMIUM CLASS WITH A TRUE ITALIAN SIGNATURE Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 78464837 Filed: August 10, 2004 International Class(es): 35(Advertising and Business Services)39(Transportation and Storage Services)
9.  Mark: BE SEEN Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76549775 Filed: October 7, 2003 International Class(es): 41(Education and Entertainment Services)
10. Mark: WEAVER OFFICIAL PUBLICATIONS Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76549700 Filed: October 7, 2003 International Class(es): 41(Education and Entertainment Services)
11. Mark: WEAVER OFFICIAL PULICATIONS Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76549275 Filed: October 6, 2003 International Class(es): 41(Education and Entertainment Services)
12. Mark: CLASSBUZZ Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 78243317 Filed: April 29, 2003 International Class(es): 35(Advertising and Business Services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")          DATABASE(S) - FED-TM

13. Mark: T & E Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76508622 Filed: April 22, 2003 International Class(es): 16(Paper Goods and Printed Matter)41(Education and Entertainment Services)
14. Mark: T & E Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76508675 Filed: April 22, 2003 International Class(es): 16(Paper Goods and Printed Matter)41(Education and Entertainment Services)
15. Mark: MMODE Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 78178663 Filed: October 25, 2002 International Class(es): 42 (Scientific, technological and legal services)
16. Mark: SCANDISK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78110316 Filed: February 21, 2002 International Class(es): 35(Advertising and Business Services)
17. Mark: NORTHSTAR TRAVEL MEDIA Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 76322214 Filed: October 5, 2001 International Class(es): 16(Paper Goods and Printed Matter)41(Education and Entertainment Services)
18. Mark: UFO.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78047664 Filed: February 10, 2001 International Class(es): 35(Advertising and Business Services)
19. Mark: TICKET.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78047662 Filed: February 9, 2001 International Class(es): 35(Advertising and Business Services)
20. Mark: MEDICAL.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78047661 Filed: February 9, 2001 International Class(es): 35(Advertising and Business Services)
21. Mark: HOWTO.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78047663 Filed: February 9, 2001 International Class(es): 35(Advertising and Business Services)
22. Mark: GOD.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78046761 Filed: February 5, 2001 International Class(es): 35(Advertising and Business Services)
23. Mark: PENDPRO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76192444 Filed: January 9, 2001 International Class(es): 42 (Scientific, technological and legal services)
24. Mark: EBUSINESS.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041192 Filed: December 31, 2000 International Class(es): 35(Advertising and Business Services)
25. Mark: WEATHER.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041189 Filed: December 31, 2000 International Class(es): 35(Advertising and Business Services)
26. Mark: SPORTS.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041191 Filed: December 31, 2000 International Class(es): 35(Advertising and Business Services)
27. Mark: MOVIES.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041193 Filed: December 31, 2000 International Class(es): 35(Advertising and Business Services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")          DATABASE(S) - FED-TM

28. Mark: AIRTRAVEL.INFO Source: TRADEMARKSCAN - U.S. Federal Status: MISASSIGNED Serial Number: 78041146 Filed: December 30, 2000 International Class(es): 35(Advertising and Business Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
29. Mark: MARKET.INFO Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78041145 Filed: December 30, 2000 International Class(es): 35(Advertising and Business Services)
30. Mark: WEATHER.INFO Source: TRADEMARKSCAN - U.S. Federal Status: MISASSIGNED Serial Number: 78040561 Filed: December 23, 2000 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services)
31. Mark: Design Only Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76179168 Filed: December 12, 2000 International Class(es): 42 (Scientific, technological and legal services)
32. Mark: DAIRY SMART.COM MEANS NEVER HAVING TO DAY "DOH"! Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76174393 Filed: December 1, 2000 International Class(es): 42 (Scientific, technological and legal services)
33. Mark: ALOBE Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76172351 Filed: November 28, 2000 International Class(es): 9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
34. Mark: VENTARIS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033556 Filed: November 2, 2000 International Class(es): 35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
35. Mark: IDESTON Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033585 Filed: November 2, 2000 International Class(es): 36(Insurance and Financial Services)39(Transportation and Storage Services)42 (Scientific, technological and legal services)
36. Mark: QUOVATION Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033534 Filed: November 2, 2000 International Class(es): 35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)39(Transportation and Storage Services)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
37. Mark: IDESTON Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033580 Filed: November 2, 2000 International Class(es): 35(Advertising and Business Services)36(Insurance and Financial Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
38. Mark: VENTARIS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78033561 Filed: November 2, 2000 International Class(es): 35(Advertising and Business Services)36(Insurance and Financial Services)39(Transportation and Storage Services)42 (Scientific, technological and legal

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")          DATABASE(S) - FED-TM

|     | |
| --- | --- |
|     | services) |
| 39. | Mark: DIARYSMART Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76149843 Filed: October 19, 2000 International Class(es): 42 (Scientific, technological and legal services) |
| 40. | Mark: SEX.SITE Source: TRADEMARKSCAN - U.S. Federal Status: MISASSIGNED Serial Number: 78026366 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services) |
| 41. | Mark: SEX.LTD Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026358 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services) |
| 42. | Mark: SEX.XXX Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026346 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services) |
| 43. | Mark: SEX.SEX Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026352 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services) |
| 44. | Mark: SEX.BIZ Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026350 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services) |
| 45. | Mark: SEX.WAP Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026353 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services) |
| 46. | Mark: SEX.USA Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026360 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services) |
| 47. | Mark: SEX.INC Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78026356 Filed: September 18, 2000 International Class(es): 35(Advertising and Business Services) |
| 48. | Mark: THE TRAVELTAINMENT NETWORK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 76128736 Filed: September 14, 2000 International Class(es): 39(Transportation and Storage Services) |
| 49. | Mark: SEX.WEB Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 78014925 Filed: June 29, 2000 International Class(es): 35(Advertising and Business Services) |
| 50. | Mark: PSAZZ.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75929036 Filed: February 28, 2000 International Class(es): 39(Transportation and Storage Services) |
| 51. | Mark: EAMAZON.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75945051 Filed: February 23, 2000 International Class(es): 39(Transportation and Storage Services) |
| 52. | Mark: E-PLANNER WORKING DATABASE Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902807 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services) |
| 53. | Mark: E-SELECT SHOPPING Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902811 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services) |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")          DATABASE(S) - FED-TM

54. Mark: ADVANCE SHOPPING NETWORK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902799 Filed: January 25, 2000 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services)
55. Mark: BIRTHDAY BUTLER Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902812 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)
56. Mark: E-PLANNER BUTLER DATABASE Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902797 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)
57. Mark: BUTLER DATABASE Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75903374 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)
58. Mark: REVOLVING DOOR LINKS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902814 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)
59. Mark: PRE-SELECT SHOPPING Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75902806 Filed: January 25, 2000 International Class(es): 42 (Scientific, technological and legal services)
60. Mark: PCTUNE.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75895590 Filed: January 15, 2000 International Class(es): 35(Advertising and Business Services)
61. Mark: KNOWIT Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75861856 Filed: December 1, 1999 International Class(es): 41(Education and Entertainment Services)
62. Mark: KNOWIT.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75861857 Filed: December 1, 1999 International Class(es): 35(Advertising and Business Services)38(Communication)41(Education and Entertainment Services)42 (Scientific, technological and legal services)
63. Mark: AMAZON THINKING Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75840147 Filed: November 19, 1999 International Class(es): 35(Advertising and Business Services)
64. Mark: VIVINA Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75800118 Filed: October 6, 1999 International Class(es): 35(Advertising and Business Services)
65. Mark: JUSTMARRIEDKIT.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75790136 Filed: September 24, 1999 International Class(es): 16(Paper Goods and Printed Matter)
66. Mark: ISCHOOL.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75808434 Filed: September 23, 1999 International Class(es): 41(Education and Entertainment Services)
67. Mark: ATBEAUTY Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75775416 Filed: September 9, 1999 International Class(es): 35(Advertising and Business Services)38(Communication)42 (Scientific, technological and legal services)
68. Mark: QUICKCLICK Source: TRADEMARKSCAN - U.S. Federal Status:

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")         DATABASE(S) - FED-TM

        ABANDONED Serial Number: 75765373 Filed: August 26, 1999 International Class(es): 35(Advertising and Business Services)
69. Mark: CROSSLINKS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75765370 Filed: August 26, 1999 International Class(es): 35(Advertising and Business Services)
70. Mark: 2-CLICK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75765367 Filed: August 26, 1999 International Class(es): 35(Advertising and Business Services)
71. Mark: CEILIDH.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75760446 Filed: August 20, 1999 International Class(es): 35(Advertising and Business Services)
72. Mark: ORDERTRON.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75745537 Filed: August 3, 1999 International Class(es): 35(Advertising and Business Services)
73. Mark: FREIGHT DEPOT Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75730381 Filed: July 13, 1999 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services)
74. Mark: FREIGHTDEPOT.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75730382 Filed: July 13, 1999 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services)
75. Mark: BC BUYTRAVEL.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75721322 Filed: June 4, 1999 International Class(es): 35(Advertising and Business Services)
76. Mark: PLANETALL Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75662417 Filed: March 17, 1999 International Class(es): 42 (Scientific, technological and legal services)
77. Mark: AMAZON.COM Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75662416 Filed: March 17, 1999 International Class(es): 9(Electrical and Scientific Apparatus)35(Advertising and Business Services)38(Communication)39(Transportation and Storage Services)42 (Scientific, technological and legal services)
78. Mark: FRIEND-CLICK Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75662419 Filed: March 17, 1999 International Class(es): 35(Advertising and Business Services)42 (Scientific, technological and legal services)
79. Mark: NETEXC Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 75642331 Filed: February 17, 1999 International Class(es): 42 (Scientific, technological and legal services)
80. Mark: CONDITION TRACKER Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 75580088 Filed: November 2, 1998 International Class(es): 9(Electrical and Scientific Apparatus)
81. Mark: TRIPPOWER Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75580089 Filed: November 2, 1998 International Class(es): 9(Electrical and Scientific Apparatus)
82. Mark: POWERPORTFOLIO Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75582131 Filed: November 2, 1998 International

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - GS("TRAVEL PLANNER")        DATABASE(S) - FED-TM

    Class(es): 9(Electrical and Scientific Apparatus)
83.    Mark: PLANETALL Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75206638 Filed: December 2, 1996 International Class(es): 42 (Scientific, technological and legal services)
84.    Mark: TRAVEL BUYERS ASSOCIATION Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75177268 Filed: October 4, 1996 International Class(es): 42 (Scientific, technological and legal services)
85.    Mark: ODYSSEUS Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 75117928 Filed: June 12, 1996 International Class(es): 16(Paper Goods and Printed Matter)
86.    Mark: EXECUTIVE SERVICE PLAN Source: TRADEMARKSCAN - U.S. Federal Status: RENEWED Serial Number: 74687192 Filed: June 12, 1995 International Class(es): 42 (Scientific, technological and legal services)
87.    Mark: PDQ Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 74609433 Filed: December 12, 1994 International Class(es): 9(Electrical and Scientific Apparatus)
88.    Mark: CARDPOWER Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 74606881 Filed: December 5, 1994 International Class(es): 9(Electrical and Scientific Apparatus)
89.    Mark: TRIPPOWER Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 74606880 Filed: December 5, 1994 International Class(es): 9(Electrical and Scientific Apparatus)
90.    Mark: PURCHASEPOWER Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 74606878 Filed: December 5, 1994 International Class(es): 9(Electrical and Scientific Apparatus)
91.    Mark: JOURNEY JOURNAL Source: TRADEMARKSCAN - U.S. Federal Status: REGISTERED Serial Number: 74423335 Filed: August 12, 1993 International Class(es): 16(Paper Goods and Printed Matter)
92.    Mark: ESP Source: TRADEMARKSCAN - U.S. Federal Status: RENEWED Serial Number: 74283018 Filed: June 5, 1992 International Class(es): 42 (Scientific, technological and legal services)
93.    Mark: NASTP NATIONAL ASSOCIATION OF SENIOR TRAVEL PLANNERS Source: TRADEMARKSCAN - U.S. Federal Status: ABANDONED Serial Number: 74280775 Filed: June 1, 1992 International Class(es): 42 (Scientific, technological and legal services)
94.    Mark: PORTFOLIO Source: TRADEMARKSCAN - U.S. Federal Status: CANCELLED Serial Number: 74279552 Filed: May 26, 1992 International Class(es): 42 (Scientific, technological and legal services)
95.    Mark: DESTINATION Source: TRADEMARKSCAN - U.S. Federal Status: RENEWED Serial Number: 73788382 Filed: March 22, 1989 International Class(es): 9(Electrical and Scientific Apparatus)42 (Scientific, technological and legal services)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.