# EXHIBIT G

Westlaw.

FEDTM 78972319                                                                    Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** PLANETALL
**Cross References:** PLANET ALL
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:** Yes

**Serial No.:** 78972319

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (681) PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** May 23, 2007

**Filed:** September 12, 2006
**Goods - Services:**
  (INT. CL. 42) PROVIDING AN WEBSITE THAT ENABLES THE MANAGEMENT OF PERSONAL
INFORMATION BY AUTOMATICALLY UPDATING ADDRESS BOOKS, PERSONAL PLANNERS, DATE
REMINDERS, **TRAVEL PLANNERS** AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING AND EDITING ADDRESS BOOKS, EVENT CALENDARS, AND
OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION

**Int'l Class(es):**
42  (Scientific, technological and legal services)


**Applicant:**
PLANETALL.COM, INC.
1200 12TH AVENUE SOUTH
SUITE 1200
SEATTLE,WA WASHINGTON 98144
**State of Incorporation or Organization:** MASSACHUSETTS
**Entity:** CORPORATION




**Filing Attorney:**
HEIDI L. SACHS
**Reference No.:** 24976-4004.0


**Filing Correspondent:**
HEIDI L. SACHS
PERKINS COIE LLP
1201 3RD AVE STE 4800
SEATTLE, WA 98101-3099

**Event History:**
 APRIL 23, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 APRIL 23, 2007 ASSIGNED TO LIE
 MARCH 30, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 MARCH 22, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 MARCH 21, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 MARCH 21, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78972319                                                    Page 2


```
FEBRUARY 12, 2007 NON-FINAL ACTION E-MAILED
FEBRUARY 12, 2007 NON-FINAL ACTION WRITTEN
FEBRUARY 02, 2007 ASSIGNED TO EXAMINER
SEPTEMBER 19, 2006 NOTICE OF PSEUDO MARK MAILED
SEPTEMBER 18, 2006 NEW APPLICATION ENTERED IN TRAM
```

**Design Codes:**
999999 NO CODES

# PLANETALL

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78967611                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** VICTORIA BRITISH COLUMBIA FULL OF LIFE
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:** Yes

**Serial No.:** 78967611

**Status:** PENDING
**Extra Status Data:** SECTION 44(d)INTENT TO USE
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** January 31, 2007

**Filed:** September 5, 2006
**Goods - Services:**
 (INT. CL. 35) PROMOTING AND FOSTERING TRAVEL AND TOURISM IN GREATER VICTORIA AND
VANCOUVER ISLAND, NAMELY DESTINATION ADVERTISING AND ELECTRONIC, PRINT, RADIO OR
TELEVISION MEDIA, MARKET RESEARCH AND TRADE SHOW ATTENDANCE, SECURING TRAVEL MEDIA
COVERAGE OF THE DESTINATION; OPERATION AND SPONSORSHIP OF TOURISM INDUSTRY EVENTS
AND HOSPITALITY AWARD PROGRAMS; MARKETING, ADVERTISING AND PROMOTING THE GOODS AND
SERVICES OF OTHERS IN THE FIELD OF TRAVEL AND TOURISM, NAMELY PROVIDING INFORMATION
VIA MAIL AND ELECTRONIC MAIL; ORGANIZING AND SPONSORING TRADE SHOWS, EXHIBITIONS AND
MEETINGS; PUBLIC RELATIONS, ADVERTISING AND MARKETING SERVICES FOR THE TOURISM AND
CONVENTION INDUSTRY, NAMELY ORGANIZING AND HOSTING SITE INSPECTIONS AND
FAMILIARIZATION TOURS FOR WHOLESALERS, TOUR OPERATORS, TRAVEL AGENTS, MEETING AND
INCENTIVE **TRAVEL PLANNERS** AND TRAVEL MEDIA; CONDUCTING RESEARCH IN THE TRAVEL
INDUSTRY IDENTIFYING TRENDS, AND PREFERENCES OF TOUR CONSUMERS IN GREATER VICTORIA
AND VANCOUVER ISLAND
 (INT. CL. 39) OPERATING A VISITOR'S INFORMATION CENTRE; PROVIDING TRAVEL AND
TOURISM INFORMATION AND CONSULTATION SERVICES VIA A GLOBAL INFORMATION NETWORK
 (INT. CL. 41) MAKING RESERVATIONS FOR LOCAL ATTRACTIONS AND TOURS AND SALES OF
ACTIVITY TICKETS FOR OTHERS; ADMINISTRATION SERVICES OF DIRECT SALES PROGRAMS FOR
OTHERS BY PROVIDING RESERVATION SERVICES FOR ACCOMMODATION, EVENTS AND TOURS
 (INT. CL. 42) HOSTING A DESTINATION WEBSITE; MAKING ACCOMMODATION BOOKINGS FOR
OTHERS

**Int'l Class(es):**
35 (Advertising and Business Services)
39 (Transportation and Storage Services)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)



**Applicant:**
GREATER VICTORIA VISITORS & CONVENTION BUREAU
31 BASTION SQUARE
4TH FLOOR
VICTORIA, V8W 1J1
CANADA
**State of Incorporation or Organization:** PROVIDED
**Entity:** NON-PROFIT SOCIETY



**Foreign Application Claimed:** 1292540


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78967611                                                           Page 2


**Foreign Application Country:** CANADA
**Foreign Application Date:** March 6, 2006


**Filing Attorney:**
JOI A. WHITE
**Reference No.:** T-1834 US


**Filing Correspondent:**
JOI A. WHITE
CARR & FERRELL LLP
2200 GENG RD
PALO ALTO, CA 94303-3322

**Event History:**
 JANUARY 31, 2007 NON-FINAL ACTION MAILED
 JANUARY 31, 2007 NON-FINAL ACTION WRITTEN
 JANUARY 29, 2007 ASSIGNED TO EXAMINER
 SEPTEMBER 11, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES


VICTORIA BRITISH COLUMBIA
FULL OF LIFE



END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78894635                                                                Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** MOBYKO
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78894635

**Status:** PENDING
**Extra Status Data:** SECTION 44(d)INTENT TO USE
**USPTO Status:** (641) NON-FINAL ACTION - MAILED
**USPTO Status Date:** December 2, 2006

**Filed:** May 26, 2006
**Goods - Services:**
 (INT. CL. 9) COMPUTER SOFTWARE; COMPUTER PROGRAMS; COMPUTER PROGRAMS DOWNLOADABLE
FROM THE INTERNET; COMPUTER PROGRAMS FOR USE WITH MOBILE TELEPHONES; COMPUTER
PROGRAMS FOR USE WITH MOBILE TELEPHONES ENABLING THE REMOTE STORAGE, MODIFICATION
AND ACCESSING OF INFORMATION AND DATA; COMPUTER PROGRAMS FOR USE WITH MOBILE
TELEPHONES ENABLING THE REMOTE STORAGE, MODIFICATION AND ACCESSING VIA THE INTERNET
OF INFORMATION AND DATA HELD UPON A WEB DATABASE; COMPUTER PROGRAMS FOR DATABASES,
INCLUDING WEB DATABASES; DATA CARRIERS PRE-RECORDED WITH COMPUTER PROGRAMS
 (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; COMPUTERIZED SEARCHING, ORDERING SERVICES FEATURING GENERAL MERCHANDISE
AND GENERAL CONSUMER GOODS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE
ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE
SALE OF GOODS AND SERVICES OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE
FOR LOCATING, ORGANISING AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS;
DATABASE AGGREGATION, INTEGRATION AND MANAGEMENT SERVICES; ASSOCIATION SERVICES,
NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION
REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF PRODUCT REVIEWS; PROVIDING AN
INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK,
PERSONAL PLANNER, DATE REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP
LINKS, VIA A GLOBAL COMPUTER NETWORKS; SEARCHING AND RETRIEVING INFORMATION, SITES
AND RESOURCES LOCATED ON COMPUTER NETWORKS FOR OTHERS; DIRECTORY SERVICES TO HELP
LOCATE PEOPLE, PLACES, ORGANISATIONS, PHONE NUMBERS, NETWORK HOME PAGES, AND
ELECTRONIC MAIL ADDRESSES; AUCTION SERVICES; AUCTIONEERING; PROVIDING CLASSIFIED
ADVERTISING SERVICES
 (INT. CL. 38) TELECOMMUNICATIONS; PROVIDING ACCESS TO DIRECTORIES AND DATABASES,
INCLUDING ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES; PROVIDING ACCESS TO
A VARIETY OF INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK; COMPUTER
SERVICES, NAMELY PROVIDING MULTIPLE-USER ACCESS TO A COMPUTER NETWORKS FOR THE
ELECTRONIC TRANSMISSION OF VARIOUS DATA, INCLUDING DATA STORABLE ON A MOBILE
TELECOMMUNICATIONS DEVICE, COMMUNICATIONS, DOCUMENTS AND PERSONAL AND PROFESSIONAL
INFORMATION; ASSOCIATION SERVICES, NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF
INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF
INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING ACCESS TO WIDE RANGE OF GENERAL
INTEREST INFORMATION VIA A COMPUTER NETWORK; MAINTAINING OF WEB DATABASES AND WEB
PAGES FOR ACCESSING BY MOBILE TELEPHONES; TELECOMMUNICATION OF INFORMATION INCLUDING
WEB DATABASES, WEB PAGES, COMPUTER PROGRAMS AND OTHER DATA; PROVIDING USER ACCESS TO
THE INTERNET AND TO WEB DATABASES AND WEB PAGES VIA THE INTERNET; PROVIDING
TELECOMMUNICATIONS CONNECTIONS TO THE INTERNET AND TO INFORMATION AND DATABASES VIA
THE INTERNET; PROVISION OF CONSULTANCY AND ADVICE TO OTHERS IN RELATION TO THE
FOREGOING SERVICES (INT.  CL. 42) DATABASE MANAGEMENT SERVICES; DATABASE MANAGEMENT
IN MOBILE TELECOMMUNICATIONS DEVICES; DATA CONVERSION; PROVIDING DATABASES FOR
STORING, DISPLAYING AND MANIPULATING DATA PROVIDED FROM MOBILE TELECOMMUNICATIONS
DEVICES; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING, VIEWING AND

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78894635                                                          Page 2

EDITING INFORMATION; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING,
VIEWING AND EDITING DATA PROVIDED FROM A REMOTE DATA CARRIER, SUCH AS MOBILE PHONE,
COMPUTER OR OTHER DATA STORAGE MEDIUM

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
38 (Communication)
42  (Scientific, technological and legal services)

**Applicant:**
MOBYKO LIMITED
33 GLASSHOUSE STREET
LONDON, W1B 5DG
UNITED KINGDOM
**State of Incorporation or Organization:** KINGDOM
**Entity:** LIMITED COMPANY

**Foreign Application Claimed:** 4989489
**Foreign Application Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE
**Foreign Application Date:** March 31, 2006

**Reference No.:** WPTHOM8.001T

**Filing Correspondent:**
TIRZAH ABÉ LOWE
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 MAIN ST FL 14
IRVINE, CA 92614-7216

**Domestic Representative:** TIRZAH ABé LOWE

**Event History:**
 DECEMBER 02, 2006 NON-FINAL ACTION E-MAILED
 DECEMBER 02, 2006 NON-FINAL ACTION WRITTEN
 OCTOBER 27, 2006 ASSIGNED TO EXAMINER
 JUNE 02, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

# MOBYKO

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78877467                                                                    Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** DOCOMO
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** STYLIZED LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78877467

**Status:** PENDING
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (681) PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** April 28, 2007

**Filed:** May 5, 2006
**Reinstated:** April 18, 2007
**Goods - Services:**

 (INT. CL. 9) CELLULAR TELEPHONES; PERSONAL DIGITAL ASSISTANTS; COMPUTERS; VEHICLE
NAVIGATION SYSTEM CONSISTING OF COMPUTER SOFTWARE FEATURING A DATABASE OF MAP
COORDINATE AND LOCATIONS, A GLOBAL POSITIONING SATELLITE RECEIVER, ELECTRICAL CABLE
AND DOCUMENTATION ALL SOLD AS A UNIT; COMPUTER SEARCH ENGINE SOFTWARE; COMPUTER
APPLICATION SOFTWARE, DOWNLOADABLE FROM A GLOBAL COMPUTER COMMUNICATION NETWORK, FOR
USE IN MANAGEMENT OF A DATABASE, FOR USE AS A SPREADSHEET AND COMPUTER SEARCH
ENGINE, FOR WORD PROCESSING, COMPUTER AIDED DESIGN (CAD), INFORMATION RETRIEVAL,
GAME AND UTILITY; MAGNETICALLY ENCODED CREDIT CARDS; CELLULAR TELEPHONES WITH
CAMERA; STRAPS FOR CELLULAR TELEPHONES AND HANDHELD COMPUTER TERMINALS; COMPUTER
KEYBOARDS AND KEYBOARDS ON OR FOR USE IN CONJUNCTION WITH MOBILE TELEPHONES; DISPLAY
SCREENS, NAMELY COMPUTER FLAT PANEL AND LIQUID CRYSTAL DISPLAY SCREENS AND DISPLAY
SCREENS FOR TELEPHONES; HOLDERS, DESKTOP STANDS, MICROPHONES, SPEAKERS, HEADSETS,
MOBILE PHONE ACCESSORIES IN THE NATURE OF HANDS FREE HOLDERS, HEADSETS, MICROPHONES
AND SPEAKERS FOR MOBILE PHONES; CAR KITS FOR THE ADAPTATION OF PORTABLE
COMMUNICATION APPARATUS AND INSTRUMENTS FOR VEHICULAR USE, COMPRISING ANTENNAS,
ANTENNA TRANSMISSION WIRES, ANTENNA ADAPTERS, CABLES, EARPHONES, HANDS FREE
MICROPHONES, PHONE HOLDERS, SPEAKERS, CAR CHARGERS, DATA CABLES AND ELECTRICAL
WIRES; BATTERIES AND CHARGERS FOR TELECOMMUNICATION APPARATUS, NAMELY TELEPHONE
HANDSETS, EAR PIECES, HANDS-FREE SETS AND TELEPHONE HOLDERS, CELLULAR TELEPHONES,
MOBILE TELEPHONES; MAGNETICALLY ENCODED SUBSCRIBER IDENTITY MODULE (SIM) CARDS;
CONTACTLESS CARD SYSTEMS, COMPRISING A CREDIT CARD SIZED-CARD FEATURING AN
INTEGRATED CIRCUIT CHIP AND BATTERY WHICH IS READ BY A CONTACTLESS READING MACHINE
FOR USE AS RAILWAY TICKETS, CREDIT AND IDENTIFICATION CARDS; SECURITY SYSTEMS FOR
RESIDENTIAL USE COMPRISING ANTI-INTRUSION ALARMS, BURGLAR ALARMS, PERSONAL SECURITY
ALARMS AND FIRE ALARMS; REMOTE CONTROL TELEMETERING MACHINES AND APPARATUS; ACCESS
CONTROL AND ALARM MONITORING SYSTEMS; STEREO EQUIPMENT, NAMELY STEREO RECEIVERS AND
AMPLIFIERS, CD, MP3 AND MINIDISK PLAYERS AND SPEAKERS; PORTABLE AND HANDHELD DIGITAL
ELECTRONIC TELECOMMUNICATION TERMINALS FOR RECORDING, ORGANIZING, TRANSMITTING,
MANIPULATING AND REVIEWING TEXT, DATA, AND AUDIO FILES; COMPUTER SOFTWARE FOR USE IN
ORGANIZING, TRANSMITTING, MANIPULATING AND REVIEWING TEXT, DATA, AND AUDIO FILES ON
PORTABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES; INFRARED DATA COMMUNICATION
TRANSMITTERS; MOBILE TELEPHONES HAVING TELEVISION BROADCASTING RECEIVING FUNCTIONS;
MOBILE TELEPHONES HAVING RADIO BROADCASTING RECEIVING FUNCTIONS; MOBILE TELEPHONES
HAVING IDENTIFICATION CARD FUNCTIONS; MOBILE TELEPHONES HAVING CREDIT CARD
FUNCTIONS; COMPUTER SOFTWARE FOR PORTABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES
FOR RECORDING, ORGANIZING, TRANSMITTING, MANIPULATING, AND REVIEWING TEXT, DATA,
AUDIO, IMAGE, AND VIDEO FILES; COMPUTER DOCKING STATIONS; COMPUTER STANDS SPECIALLY
DESIGNED FOR HOLDING A COMPUTER, PRINTER AND ACCESSORIES; BATTERY CHARGERS; BATTERY
PACKS; COMPUTER APPLICATION SOFTWARE FOR RECORDING AND ORGANIZING CALENDARS AND
SCHEDULES, TO-DO LISTS, AND CONTACT INFORMATION; COMPUTER SOFTWARE FOR CLOCK AND
ALARM CLOCK FUNCTIONALITY

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(INT. CL. 16) ATLASES; BLUE PRINTS; BOOKLETS, HANDBOOKS AND PROSPECTUSES ALL IN THE FIELDS OF TELECOMMUNICATION EQUIPMENT, PDA-RELATED EQUIPMENT, TELECOMMUNICATION SERVICES, COMPUTER-RELATED EQUIPMENT, COMPUTER SOFTWARE, COMPUTER SERVICES AND TELECOMMUNICATION ENGINEERING; COMIC BOOKS; PAPER CONTROL TOKENS FOR USE AS TICKETS; GRAPHIC PRINTS; INSTRUCTION MANUALS FOR CELLULAR TELEPHONES, HANDHELD COMPUTERS, TELECOMMUNICATION EQUIPMENT, PDA-RELATED EQUIPMENT, COMPUTER SOFTWARE, COMPUTER SERVICES AND TELECOMMUNICATION ENGINEERING; PRINTED PERIODICALS IN THE FIELD OF TELECOMMUNICATION EQUIPMENT, PDA-RELATED EQUIPMENT, COMPUTER SOFTWARE SERVICES AND TELECOMMUNICATION ENGINEERING; PRINTED PLANS; POSTCARDS; POSTERS; PRINTED PUBLICATIONS, NAMELY, MEMBER'S CARDS, APPLICATION FORMS AND DIRECTORIES OF TELEPHONES; PRINTED TIMETABLES; PRINTED INSTRUCTIONAL TEACHING MATERIALS IN THE FIELD OF BROADBAND, INTERNET AND TELECOMMUNICATION INDUSTRIES, INCLUDING THE WIRELESS AND CELLULAR TELEPHONE INDUSTRIES; TEAR-OFF CALENDARS; STATIONERY; GREETING CARDS

(INT. CL. 38) COMMUNICATION BY CELLULAR TELEPHONES, RADIO AND TELEPHONE PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK BY COMPUTERS; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK BY CELLULAR TELEPHONES; ELECTRONIC MAIL SERVICES; PROVIDING COMMUNICATIONS VALUE-ADDED NETWORK (VAN) SERVICES; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS BY COMPUTER TERMINALS; RENTAL OF TELEPHONE APPARATUS, FACSIMILE MACHINES AND OTHER TELECOMMUNICATION APPARATUS AND INSTRUMENTS; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK TO VIEW COMPUTER DATABASES, WEBSITES, HOMEPAGES AND BULLETIN BOARDS OF OTHERS; PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING POLITICS, SPORTS, ECONOMY, EDUCATION, SOCIAL PROBLEMS, THE ENVIRONMENT, MONEY, BOOKS, MOVIES, LIFESTYLES, TRAVEL, SHOPPING, TRAFFIC INFORMATION, ANIMATED CARTOONS, PERSONAL COMPUTERS, TELEVISION PROGRAMS, LIVING INFORMATION, MUSIC, RADIO PROGRAMS AND GAMES; WIRELESS ROAMING SERVICES; MOBILE COMMERCE SERVICES AND E-COMMERCE SERVICES, NAMELY, SIGNAL TRANSMISSION FOR ELECTRONIC COMMERCE VIA TELECOMMUNICATION SYSTEMS AND DATA COMMUNICATION SYSTEMS THAT ALLOW USERS TO PERFORM ELECTRONIC BUSINESS TRANSACTIONS VIA WIRELESS TELEPHONES, PERSONAL DIGITAL ASSISTANTS, HANDHELD COMPUTERS, AND MOBILE DATA RECEIVERS AND THROUGH A GLOBAL COMPUTER INFORMATION NETWORK, THE INTERNET, WIDE AREA NETWORKS, LOCAL AREA NETWORKS AND PRIVATE COMPUTER INFORMATION NETWORKS; MULTIPOINT MESSAGING, NAMELY, ON-LINE CHAT SERVICES ALLOWING GROUP COMMUNICATIONS TO AND FROM MULTIPLE RECEIVERS CONCERNING GENERAL INTEREST (INT. CL. 42) COMPUTER RENTAL; RENTAL OF COMPUTER SOFTWARE; UPDATING OF COMPUTER SOFTWARE FOR OTHERS; PROVIDING DATABASES FEATURING RESEARCH AND REFERENCE MATERIALS IN THE FIELDS OF WEATHER, COMPUTING, COMPUTER SOFTWARE; COMPUTER CONSULTANCY SERVICES; COMPUTER PROGRAMMING FOR OTHERS; DESIGN OF NETWORKS AND TELECOMMUNICATION INSTALLATIONS FOR OTHERS; PROVIDING TEMPORARY USE ON ON-LINE NON-DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN MANAGEMENT OF A DATABASE, FOR USE AS A SPREADSHEET AND COMPUTER SEARCH ENGINE, FOR WORD PROCESSING, COMPUTER AIDED DESIGN (CAD), INFORMATION RETRIEVAL GAME AND UTILITY; TESTING AND RESEARCH RELATING TO TELECOMMUNICATION APPARATUS AND INSTRUMENTS, ELECTRONIC APPARATUS AND INSTRUMENTS, THEIR PARTS AND FITTINGS THEREOF, CELLULAR TELEPHONES, COMPUTERS AND RADIO PAGERS; PROVIDING TEMPORARY USE ON ON-LINE NON-DOWNLOADABLE COMPUTER SOFTWARE FOR AN AUTOMATICALLY UPDATING ADDRESS BOOK, A PERSONAL PLANNER, A DATE REMINDER, A **TRAVEL PLANNER**, AND INTERNET WEB LINKS RELATING TO ALUMNI AND PROFESSIONAL GROUP LINKS; CROSS-PLATFORM CONVERSION OF DIGITAL CONTENT INTO OTHER FORMS OF DIGITAL CONTENT; DATA ENCRYPTION SERVICES; COMPUTER DISASTER RECOVERY PLANNING SERVICES; NETWORK SECURITY SERVICES, NAMELY, RESTRICTING ACCESS TO AND BY COMPUTER NETWORKS TO AND OF UNDESIRED WEB SITES, MEDIA AND INDIVIDUALS AND FACILITIES; COMPUTER SECURITY SYSTEM CONSULTATION SERVICES; PROVIDING ELECTRONIC VERIFICATION OF ON-LINE ORDERS OF DIGITAL CONTENT AND GENERATING ELECTRONIC PERMISSION CODES WHICH THEN ALLOW USERS TO ACCESS SAID DIGITAL CONTENT

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
16 (Paper Goods and Printed Matter)
38 (Communication)
42  (Scientific, technological and legal services)

**Applicant:**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78877467                                                           Page 3


KABUSHIKI KAISHA NTT DOCOMO
DBA NTT DOCOMO, INC.
11-1, NAGATACHO 2-CHOME, CHIYODA-KU
TOKYO,
JAPAN
**State of Incorporation or Organization:** JAPAN
**Entity:** JOINT STOCK COMPANY


**Reference No.:** 290865US


**Filing Correspondent:**
JEFFREY H KAUFMAN
OBLON, SPIVAK, MCCLELLAND, MAIER ETAL PC
1940 DUKE ST
ALEXANDRIA, VA 22314-3451

**Domestic Representative:**JEFFREY H. KAUFMAN

**Event History:**
 MAY 22, 2007 CHANGES/CORRECTIONS AFTER PUB APPROVAL ENTERED
 APRIL 30, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 APRIL 28, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 APRIL 24, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 APRIL 20, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 APRIL 20, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 APRIL 20, 2007 ASSIGNED TO LIE
 APRIL 17, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 APRIL 17, 2007 PETITION TO REVIVE-GRANTED
 APRIL 17, 2007 TEAS PETITION TO REVIVE RECEIVED
 OCTOBER 26, 2006 UNRESPONSIVE/DUPLICATE PAPER RECEIVED
 OCTOBER 12, 2006 CORRESPONDENCE RECEIVED IN LAW OFFICE
 OCTOBER 16, 2006 PRIORITY ACTION E-MAILED
 OCTOBER 16, 2006 PRIORITY ACTION WRITTEN
 OCTOBER 12, 2006 PAPER RECEIVED
 OCTOBER 10, 2006 ASSIGNED TO EXAMINER
 MAY 10, 2006 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES


END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78824846                                                          Page 1


FEDTM 3219823
                        TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** OHIO SO MUCH TO DISCOVER!
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78824846
**Registration No.:** 3219823

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** March 20, 2007

**Filed:** February 28, 2006
**Registered:** March 20, 2007
**Published:** January 2, 2007
**Goods - Services:**
  (INT. CL. 16) SPIRAL NOTEBOOKS, NOTEBOOK DIVIDERS, STATIONERY, POSTCARDS, MAGAZINE,
NEWSPAPER COLUMNS, TRAVEL GUIDE BOOKS, PAMPHLETS, FOLDERS, **TRAVEL PLANNER** AND
INFORMATIONAL SHEETS ALL RELATED TO TRAVEL AND TOURISM IN OHIO AND FACTS ABOUT OHIO
  (INT. CL. 25) HATS, POLO SHIRTS, LONG SLEEVE SHIRTS, JACKETS, BOOK BAGS AND
BRIEFCASES
  (INT. CL. 35) PROMOTING TRAVEL AND TOURISM IN THE STATE OF OHIO VIA DISPLAYS, TV
AND PRINTED ADVERTISEMENTS, WEB SITE, CD'S AND OTHER PRINTED MATERIALS

**Int'l Class(es):**
16 (Paper Goods and Printed Matter)
25 (Clothing)
35 (Advertising and Business Services)

**Int'l Class:** 16
**First Used:** March 1, 2001
**In Commerce:** March 1, 2001
**Int'l Class:** 25
**First Used:** June 1, 2001
**In Commerce:** June 1, 2001
**Int'l Class:** 35
**First Used:** March 1, 2001
**In Commerce:** March 1, 2001


**Registrant:**
DEPARTMENT OF DEVELOPMENT OF STATE OF OHIO
77 SOUTH HIGH STREET
COLUMBUS,OH OHIO 43215
**State of Incorporation or Organization:** OHIO
**Entity:** STATE AGENCY


**Owner at Publication:**
DEPARTMENT OF DEVELOPMENT OF STATE OF OHIO
77 SOUTH HIGH STREET
COLUMBUS,OH OHIO 43215
**State of Incorporation or Organization:** OHIO

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78824846                                                          Page 2

**Entity:** STATE AGENCY


**Applicant:**
DEPARTMENT OF DEVELOPMENT OF STATE OF OHIO
77 SOUTH HIGH STREET
COLUMBUS,OH OHIO 43215
**State of Incorporation or Organization:** OHIO
**Entity:** STATE AGENCY


**Other U.S. Registrations:**
2798362
**Filing Attorney:**
ROGER A. GILCREST
**Reference No.:** 638790-141


**Filing Correspondent:**
ROGER A. GILCREST
SCHOTTENSTEIN, ZOX & DUNN CO., L.P.A.
PO BOX 165020
COLUMBUS, OH 43216-5020

**Event History:**
 MARCH 20, 2007 REGISTERED-PRINCIPAL REGISTER
 JANUARY 02, 2007 PUBLISHED FOR OPPOSITION
 DECEMBER 13, 2006 NOTICE OF PUBLICATION
 NOVEMBER 13, 2006 LAW OFFICE PUBLICATION REVIEW COMPLETED
 NOVEMBER 03, 2006 ASSIGNED TO LIE
 OCTOBER 27, 2006 APPROVED FOR PUB - PRINCIPAL REGISTER
 OCTOBER 25, 2006 TEAS/EMAIL CORRESPONDENCE ENTERED
 OCTOBER 23, 2006 CORRESPONDENCE RECEIVED IN LAW OFFICE
 OCTOBER 23, 2006 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 AUGUST 17, 2006 NON-FINAL ACTION E-MAILED
 AUGUST 17, 2006 NON-FINAL ACTION WRITTEN
 AUGUST 17, 2006 ASSIGNED TO EXAMINER
 MARCH 07, 2006 NOTICE OF DESIGN SEARCH CODE MAILED
 MARCH 06, 2006 NEW APPLICATION ENTERED IN TRAM

**Disclaimer:** "OHIO"

**Design Codes:**
300109 I
300504 LETTERS EMBEDDED IN A WORD NUMERALS EMBEDDED IN A NUMBER STRING
310502 SMALL INCONSPICUOUS DESIGN ELEMENTS AS PARTS OF LETTERS



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78704603                                                        Page  1


                       TRADEMARKSCAN® - US Federal
                   © 2006 Thomson CompuMark. All rights reserved.

**Mark:**  WEAVER MULTIMEDIA GROUP
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78704603

**Status:** PUBLISHED

**USPTO Status:** (686) PUBLISHED FOR OPPOSITION
**USPTO Status Date:** March 13, 2007

**Filed:** August 31, 2005
**Published:** March 13, 2007
**Abandoned:** September 18, 2006
**Reinstated:** December 18, 2006
**Goods - Services:**
  (INT. CL. 35) MARKETING AND ADVERTISING SERVICES; PRODUCTION OF ADVERTISING VIDEO
  (INT. CL. 41) MAGAZINE PUBLISHING SERVICES; PUBLICATION OF OFFICIAL VISITORS'
GUIDES, **TRAVEL PLANNERS**' GUIDES, MEETING PLANNERS' GUIDES, VISITORS' POCKET GUIDES,
BOOKS AND BROCHURES; PRODUCTION OF VIDEO FOR OTHERS FOR USE IN DVDS AND ON THE
INTERNET
  (INT. CL. 42) DESIGN, CREATION AND MAINTENANCE OF WEB SITES FOR OTHERS

**Int'l Class(es):**
35 (Advertising and Business Services)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)

**Int'l Class:** 35
**First Used:** June 20, 2005
**In Commerce:** June 20, 2005
**Int'l Class:** 41
**First Used:** June 20, 2005
**In Commerce:** June 20, 2005
**Int'l Class:** 42
**First Used:** June 20, 2005
**In Commerce:** June 20, 2005


**Owner at Publication:**
WEAVER PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


**Applicant:**
WEAVER PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78704603                                                                    Page 2

**Filing Attorney:**
SABRINA C. STAVISH
**Reference No.:** 5442-1

**Filing Correspondent:**
SABRINA C. STAVISH
SHERIDAN ROSS P.C.
1560 BROADWAY STE 1200
DENVER, CO 80202-5145

**Event History:**
 MARCH 13, 2007 PUBLISHED FOR OPPOSITION
 FEBRUARY 21, 2007 NOTICE OF PUBLICATION
 JANUARY 26, 2007 LAW OFFICE PUBLICATION REVIEW COMPLETED
 JANUARY 16, 2007 APPROVED FOR PUB - PRINCIPAL REGISTER
 JANUARY 10, 2007 TEAS/EMAIL CORRESPONDENCE ENTERED
 JANUARY 09, 2007 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JANUARY 09, 2007 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 JANUARY 03, 2007 NON-FINAL ACTION E-MAILED
 JANUARY 03, 2007 NON-FINAL ACTION WRITTEN
 DECEMBER 22, 2006 TEAS/EMAIL CORRESPONDENCE ENTERED
 DECEMBER 22, 2006 CORRESPONDENCE RECEIVED IN LAW OFFICE
 DECEMBER 20, 2006 ASSIGNED TO LIE
 DECEMBER 18, 2006 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 DECEMBER 18, 2006 PETITION TO REVIVE-GRANTED
 DECEMBER 18, 2006 TEAS PETITION TO REVIVE RECEIVED
 OCTOBER 23, 2006 ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND
 OCTOBER 23, 2006 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 MARCH 16, 2006 NON-FINAL ACTION E-MAILED
 MARCH 16, 2006 NON-FINAL ACTION WRITTEN
 MARCH 16, 2006 ASSIGNED TO EXAMINER
 SEPTEMBER 08, 2005 NEW APPLICATION ENTERED IN TRAM

**Disclaimer:** "MULTIMEDIA GROUP"

**Design Codes:**
999999 NO CODES

WEAVER MULTIMEDIA GROUP

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78584713                                                          Page 1


                        TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** PASSPORT TO THE WORLD
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78584713

**Status:** PUBLISHED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (688) NOTICE OF ALLOWANCE - ISSUED
**USPTO Status Date:** December 5, 2006

**Filed:** March 10, 2005
**Published:** September 12, 2006
**Goods - Services:**
  (INT. CL. 39) PROVIDING GROUP TRAVEL INFORMATION SERVICES TO GROUP **TRAVEL PLANNERS**
VIA A GLOBAL COMPUTER NETWORK, NAMELY, PROVIDING INFORMATION CONCERNING GROUP TRAVEL
DESTINATIONS AROUND THE WORLD AND INFORMATION CONCERNING GROUP TRAVEL LODGING, ALL
BASED UPON SEARCH CRITERIA CONSISTING OF GEOGRAPHIC REGION, CLIMATIC SEASON, TRAVEL
BUDGET, NUMBER OF HOTEL ROOMS REQUIRED, MEETING SPACE REQUIRED, DESIRED FLIGHT TIMES
AND DESIRED RECREATIONAL ACTIVITIES

**Int'l Class(es):**
39 (Transportation and Storage Services)


**Owner at Publication:**
MERIDIAN ENTERPRISES CORPORATION
951 HORNET DRIVE
HAZELWOOD,MO MISSOURI 63042
**State of Incorporation or Organization:** MISSOURI
**Entity:** CORPORATION


**Applicant:**
MERIDIAN ENTERPRISES CORPORATION
951 HORNET DRIVE
HAZELWOOD,MO MISSOURI 63042
**State of Incorporation or Organization:** MISSOURI
**Entity:** CORPORATION



**Filing Attorney:**
TROY J. COLE
**Reference No.:** 12016-243


**Filing Correspondent:**
TROY J. COLE
WOODARD, EMHARDT, MORIARTY, MCNETT, ETAL
BANK ONE CENTER
TOWER 111 MONUMENT CIRCLE, STE 3700
INDIANAPOLIS, IN 46204-5137

        ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Event History:**
DECEMBER 05, 2006 NOTICE OF ALLOWANCE-MAILED
SEPTEMBER 12, 2006 PUBLISHED FOR OPPOSITION
AUGUST 23, 2006 NOTICE OF PUBLICATION
JULY 24, 2006 LAW OFFICE PUBLICATION REVIEW COMPLETED
JULY 14, 2006 ASSIGNED TO LIE
JULY 11, 2006 APPROVED FOR PUB - PRINCIPAL REGISTER
JULY 11, 2006 TEAS/EMAIL CORRESPONDENCE ENTERED
JULY 07, 2006 CORRESPONDENCE RECEIVED IN LAW OFFICE
JULY 07, 2006 TEAS RESPONSE TO OFFICE ACTION RECEIVED
JUNE 30, 2006 FINAL REFUSAL E-MAILED
JUNE 30, 2006 FINAL REFUSAL WRITTEN
APRIL 13, 2006 AMENDMENT FROM APPLICANT ENTERED
APRIL 06, 2006 CORRESPONDENCE RECEIVED IN LAW OFFICE
APRIL 06, 2006 FAX RECEIVED
OCTOBER 06, 2005 NON-FINAL ACTION E-MAILED
OCTOBER 06, 2005 NON-FINAL ACTION WRITTEN
SEPTEMBER 28, 2005 ASSIGNED TO EXAMINER
MARCH 16, 2005 NEW APPLICATION ENTERED IN TRAM

**Design Codes:**
999999 NO CODES

PASSPORT TO THE
WORLD

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78464837                                                           Page 1


FEDTM 3084551
                         TRADEMARKSCAN® – US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** PREMIUM CLASS WITH A TRUE ITALIAN SIGNATURE
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** BLOCK LETTERS
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78464837
**Registration No.:** 3084551

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** April 25, 2006

**Filed:** August 10, 2004
**Registered:** April 25, 2006
**Published:** January 31, 2006
**Goods - Services:**
  (INT. CL. 35) BUSINESS TO BUSINESS CUSTOMER LOYALTY SERVICES FOR COMMERCIAL,
PROMOTIONAL OR ADVERTISING PURPOSES, NAMELY PROVIDING PERFORMANCE BASED REWARDS TO
TRAVEL AGENTS, **TRAVEL PLANNERS** AND THE TRAVEL AGENCY COMMUNITY
  (INT. CL. 39) TRANSPORTATION SERVICES, NAMELY ARRANGING OF CRUISES, BOAT CRUISES
AND CRUISE SHIP SERVICES FOR PASSENGERS; AND TRANSPORTATION OF PASSENGERS BY BOAT
AND SHIP

**Int'l Class(es):**
35 (Advertising and Business Services)
39 (Transportation and Storage Services)

**Int'l Class:** 35
**First Used:** June 2004
**In Commerce:** July 2004
**Int'l Class:** 39
**First Used:** June 2004
**In Commerce:** June 2004


**Registrant:**
MSC CRUISES (USA) INC.
6700 NORTH ANDREWS AVENUE
SUITE 605
FT. LAUDERDALE,FL FLORIDA 33309
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Owner at Publication:**
MSC CRUISES (USA) INC.
6700 NORTH ANDREWS AVENUE
SUITE 605
FT. LAUDERDALE,FL FLORIDA 33309
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78464837                                                                    Page 2

**Applicant:**
MSC CRUISES (USA) INC.
6700 NORTH ANDREWS AVENUE
SUITE 605
FT. LAUDERDALE,FL FLORIDA 33309
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Filing Attorney:**
BRADLEY D. SCHNUR
**Reference No.:** IC COMM


**Filing Correspondent:**
BRADLEY D. SCHNUR
LAW OFFICE OF BRADLEY D. SCHNUR, ESQ., P
380 N BROADWAY STE 203
JERICHO, NY 11753-2109

**Event History:**
 APRIL 25, 2006 REGISTERED-PRINCIPAL REGISTER
 JANUARY 31, 2006 PUBLISHED FOR OPPOSITION
 JANUARY 11, 2006 NOTICE OF PUBLICATION
 DECEMBER 19, 2005 LAW OFFICE PUBLICATION REVIEW COMPLETED
 DECEMBER 16, 2005 ASSIGNED TO LIE
 DECEMBER 09, 2005 APPROVED FOR PUB - PRINCIPAL REGISTER
 DECEMBER 08, 2005 AMENDMENT FROM APPLICANT ENTERED
 NOVEMBER 14, 2005 CORRESPONDENCE RECEIVED IN LAW OFFICE
 NOVEMBER 14, 2005 PAPER RECEIVED
 OCTOBER 25, 2005 CORRESPONDENCE E-MAILED
 OCTOBER 25, 2005 REPORT UNRESPONSIVE AMENDMENT - COMPLETED
 OCTOBER 06, 2005 AMENDMENT FROM APPLICANT ENTERED
 SEPTEMBER 22, 2005 CORRESPONDENCE RECEIVED IN LAW OFFICE
 SEPTEMBER 22, 2005 PAPER RECEIVED
 MARCH 21, 2005 NON-FINAL ACTION E-MAILED
 MARCH 21, 2005 NON-FINAL ACTION WRITTEN
 MARCH 15, 2005 ASSIGNED TO EXAMINER
 AUGUST 20, 2004 NEW APPLICATION ENTERED IN TRAM

**Disclaimer:** "PREMIUM CLASS"

**Design Codes:**
999999 NO CODES

PREMIUM CLASS WITH
A TRUE ITALIAN
SIGNATURE

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76549775                                                                Page  1


FEDTM 2920477
                              TRADEMARKSCAN® - US Federal
                       © 2006 Thomson CompuMark. All rights reserved.

**Mark:** BE SEEN
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 76549775
**Registration No.:** 2920477

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** January 25, 2005

**Filed:** October 7, 2003
**Registered:** January 25, 2005
**Published:** November 2, 2004
**Goods - Services:**
  (INT. CL. 41) TRAVEL MAGAZINE PUBLISHING SERVICES CONSISTING OF THE PUBLICATION OF
OFFICIAL VISITORS' GUIDES, **TRAVEL PLANNERS**' GUIDES, MEETING PLANNERS' GUIDES,
VISITORS' POCKET GUIDES, AND RELATED PUBLICATIONS FOR METROPOLITAN VISITORS',
CONVENTION, AND TOURISM BUREAUS

**Int'l Class(es):**
41 (Education and Entertainment Services)

**Int'l Class:** 41
**First Used:** July 1, 2003
**In Commerce:** July 1, 2003


**Registrant:**
WEAVER OFFICIAL PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


**Owner at Publication:**
WEAVER OFFICIAL PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


**Applicant:**
WEAVER OFFICIAL PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76549775                                                    Page 2


**Filing Attorney:**
JAMES R. WAITE

**Filing Correspondent:**
JAMES R. WAITE
C/O KRYS BOYLE, P.C.
600 17TH STREET
DENVER, COLORADO 80202

**Event History:**
 JANUARY 25, 2005 REGISTERED-PRINCIPAL REGISTER
 NOVEMBER 02, 2004 PUBLISHED FOR OPPOSITION
 OCTOBER 13, 2004 NOTICE OF PUBLICATION
 SEPTEMBER 01, 2004 LAW OFFICE PUBLICATION REVIEW COMPLETED
 AUGUST 31, 2004 ASSIGNED TO LIE
 AUGUST 09, 2004 APPROVED FOR PUB - PRINCIPAL REGISTER
 JULY 01, 2004 AMENDMENT FROM APPLICANT ENTERED
 JULY 01, 2004 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JULY 01, 2004 PAPER RECEIVED
 MARCH 31, 2004 NON-FINAL ACTION MAILED
 MARCH 25, 2004 ASSIGNED TO EXAMINER

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76549700                                                          Page 1


FEDTM 2920475
                        TRADEMARKSCAN® – US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** WEAVER OFFICIAL PUBLICATIONS
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 76549700
**Registration No.:** 2920475

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** January 25, 2005

**Filed:** October 7, 2003
**Registered:** January 25, 2005
**Published:** November 2, 2004
**Goods - Services:**
  (INT. CL. 41) TRAVEL MAGAZINE PUBLISHING SERVICES CONSISTING OF THE PUBLICATION OF
OFFICIAL VISITORS' GUIDES, **TRAVEL PLANNERS**' GUIDES, MEETING PLANNERS' GUIDES,
VISITORS' POCKET GUIDES, AND RELATED PUBLICATIONS FOR METROPOLITAN VISITORS',
CONVENTION, AND TOURISM BUREAUS

**Int'l Class(es):**
41 (Education and Entertainment Services)

**Int'l Class:** 41
**First Used:** July 1, 2003
**In Commerce:** July 1, 2003


**Registrant:**
WEAVER OFFICIAL PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


**Owner at Publication:**
WEAVER OFFICIAL PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


**Applicant:**
WEAVER OFFICIAL PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76549700                                                        Page 2

**Filing Correspondent:**
JAMES R. WAITE
C/O KRYS BOYLE, P.C.
600 17TH STREET
DENVER, COLORADO 80202

**Domestic Representative:** JAMES R. WAITE

**Event History:**
 JANUARY 25, 2005 REGISTERED-PRINCIPAL REGISTER
 NOVEMBER 02, 2004 PUBLISHED FOR OPPOSITION
 OCTOBER 13, 2004 NOTICE OF PUBLICATION
 SEPTEMBER 01, 2004 LAW OFFICE PUBLICATION REVIEW COMPLETED
 AUGUST 31, 2004 ASSIGNED TO LIE
 AUGUST 05, 2004 APPROVED FOR PUB - PRINCIPAL REGISTER
 JULY 01, 2004 AMENDMENT FROM APPLICANT ENTERED
 JULY 01, 2004 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JULY 01, 2004 PAPER RECEIVED
 APRIL 15, 2004 NON-FINAL ACTION MAILED
 MARCH 25, 2004 ASSIGNED TO EXAMINER

**Disclaimer:** "OFFICIAL PUBLICATIONS"

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76549275                                                        Page 1


FEDTM 2909956
                        TRADEMARKSCAN® - US Federal
                   © 2006 Thomson CompuMark. All rights reserved.

**Mark:** WEAVER OFFICIAL PULICATIONS
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 76549275
**Registration No.:** 2909956

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** December 14, 2004

**Filed:** October 6, 2003
**Registered:** December 14, 2004
**Published:** September 21, 2004
**Goods - Services:**
  (INT. CL. 41) TRAVEL MAGAZINE PUBLISHING SERVICES CONSISTING OF THE PUBLICATION OF
OFFICIAL VISITORS' GUIDES, **TRAVEL PLANNERS'** GUIDES, MEETING PLANNERS' GUIDES,
VISITORS' POCKET GUIDES, AND RELATED PUBLICATIONS FOR METROPOLITAN VISITORS',
CONVENTION, AND TOURISM BUREAUS

**Int'l Class(es):**
41 (Education and Entertainment Services)

**Int'l Class:** 41
**First Used:** July 1, 2003
**In Commerce:** July 1, 2003


**Registrant:**
WEAVER OFFICIAL PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


**Owner at Publication:**
WEAVER OFFICIAL PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


**Applicant:**
WEAVER OFFICIAL PUBLICATIONS, INC.
2420 ALCOTT STREET
DENVER,CO COLORADO 80211
**State of Incorporation or Organization:** COLORADO
**Entity:** CORPORATION


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76549275                                                           Page 2

**Filing Attorney:**
JAMES R. WAITE

**Filing Correspondent:**
JAMES R. WAITE
C/O KRYS BOYLE, P.C.
600 17TH STREET
DENVER, COLORADO 80202

**Event History:**
 DECEMBER 14, 2004 REGISTERED-PRINCIPAL REGISTER
 SEPTEMBER 21, 2004 PUBLISHED FOR OPPOSITION
 SEPTEMBER 01, 2004 NOTICE OF PUBLICATION
 JULY 15, 2004 APPROVED FOR PUB - PRINCIPAL REGISTER
 JULY 01, 2004 AMENDMENT FROM APPLICANT ENTERED
 JULY 01, 2004 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JULY 01, 2004 PAPER RECEIVED
 JUNE 18, 2004 NON-FINAL ACTION MAILED
 MARCH 24, 2004 ASSIGNED TO EXAMINER

**Disclaimer:** "OFFICIAL PUBLICATIONS"

**Design Codes:**
261137 RECTANGLES THAT ARE COMPLETELY OR PARTIALLY SHADED
261154 RECTANGLES INSIDE OF RECTANGLES
021102 EYES
060701 CITIES FROM DISTANT PERSPECTIVE, SKYLINES



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78243317                                                          Page  1


FEDTM 2917224
                          TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** CLASSBUZZ
**Cross References:** CLASS BUZZ
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 78243317
**Registration No.:** 2917224

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** January 11, 2005

**Filed:** April 29, 2003
**Registered:** January 11, 2005
**Published:** October 19, 2004
**Goods - Services:**
  (INT. CL. 35) PROVIDING AN ON-LINE INTERACTIVE COMPUTER DATABASE IN THE FIELD OF
ELECTRONIC MAIL, TELEPHONE, AND ADDRESS DIRECTORY INFORMATION VIA A GLOBAL COMPUTER
INFORMATION NETWORK; PROVIDING AN ON-LINE INTERACTIVE COMPUTER DATABASE FEATURING
ELECTRONIC MAIL, TELEPHONE, AND ADDRESS CONTACT DIRECTORY INFORMATION TO ASSIST
USERS TO LOCATE FORMER AND CURRENT CLASSMATES, CO-WORKERS, FRIENDS, FAMILY,
COLLEAGUES, ACQUAINTANCES AND MILITARY SERVICE PERSONNEL VIA A GLOBAL COMPUTER
INFORMATION NETWORK; PROMOTING THE GOODS AND SERVICES OF OTHERS BY PLACING
ADVERTISEMENTS IN AN INTERACTIVE ONLINE PUBLICATION ACCESSED THROUGH A GLOBAL
COMPUTER INFORMATION NETWORK; ON-LINE ORDERING SERVICES FEATURING THE GOODS OF
OTHERS, NAMELY, **TRAVEL PLANNERS**, BOOKS, VIDEO, MUSIC, CREDIT CARD APPLICATIONS,
PHONE SERVICES, DIETING AND PERSONAL SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** April 29, 2003
**In Commerce:** April 29, 2003


**Registrant:**
ACCOUNTABLE INTERNET SYSTEMS, INC.
120 WOODMANCY LANE
FAYETTEVILLE,NY NEW YORK 13066
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


**Owner at Publication:**
ACCOUNTABLE INTERNET SYSTEMS, INC.
120 WOODMANCY LANE
FAYETTEVILLE,NY NEW YORK 13066
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78243317                                                          Page 2


**Applicant:**
ACCOUNTABLE INTERNET SYSTEMS, INC.
120 WOODMANCY LANE
FAYETTEVILLE,NY NEW YORK 13066
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION



**Filing Correspondent:**
ACCOUNTABLE INTERNET SYSTEMS, INC.
120 WOODMANCY LN
FAYETTEVILLE NY 13066-1535

**Event History:**
 JANUARY 11, 2005 REGISTERED-PRINCIPAL REGISTER
 OCTOBER 19, 2004 PUBLISHED FOR OPPOSITION
 SEPTEMBER 29, 2004 NOTICE OF PUBLICATION
 AUGUST 19, 2004 LAW OFFICE PUBLICATION REVIEW COMPLETED
 AUGUST 18, 2004 ASSIGNED TO LIE
 AUGUST 06, 2004 APPROVED FOR PUB - PRINCIPAL REGISTER
 SEPTEMBER 21, 2003 CORRESPONDENCE RECEIVED IN LAW OFFICE
 SEPTEMBER 21, 2003 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 SEPTEMBER 15, 2003 NON-FINAL ACTION E-MAILED
 SEPTEMBER 14, 2003 ASSIGNED TO EXAMINER

**Design Codes:**
261137 RECTANGLES THAT ARE COMPLETELY OR PARTIALLY SHADED
032306 BEES, WASPS, HORNETS
032324 STYLIZED INSECTS, SPIDERS AND MICRO-ORGANISMS




END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76508622                                                          Page 1


FEDTM 2942673
                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** T & E
**Cross References:** TE
**Mark Type:** TrademarkService Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 76508622
**Registration No.:** 2942673

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** April 19, 2005

**Filed:** April 22, 2003
**Registered:** April 19, 2005
**Published:** July 13, 2004
**Allowance Filed:** October 5, 2004
**Goods - Services:**
  (INT. CL. 16) PRINTED PUBLICATIONS, NAMELY MAGAZINES, SOLELY FOR TRAVEL INDUSTRY
PROFESSIONALS, NAMELY TRAVEL AGENTS, MEETING PLANNERS, TOUR OPERATORS AND CORPORATE
**TRAVEL PLANNERS**, AND FEATURING KEY INFORMATION ON BUSINESS AND LEISURE HOTELS,
MEETING AND CONFERENCE FACILITIES, VACATION DESTINATIONS AND CRUISE LINES, AS WELL
AS TIMELY NEWS AND INFORMATION ABOUT THE TRAVEL INDUSTRY
  (INT. CL. 41) PROVIDING ON-LINE PUBLICATIONS, NAMELY, MAGAZINES, SOLELY FOR TRAVEL
INDUSTRY PROFESSIONALS, NAMELY TRAVEL AGENTS, MEETING PLANNERS, TOUR OPERATORS AND
CORPORATE **TRAVEL PLANNERS**, AND FEATURING KEY INFORMATION ON BUSINESS AND LEISURE
HOTELS, MEETING AND CONFERENCE FACILITIES, VACATION DESTINATIONS AND CRUISE LINES,
AS WELL AS TIMELY NEWS AND INFORMATION ABOUT THE TRAVEL INDUSTRY

**Int'l Class(es):**
16 (Paper Goods and Printed Matter)
41 (Education and Entertainment Services)

**Int'l Class:** 16
**First Used:** October 31, 2002
**In Commerce:** October 31, 2002
**Int'l Class:** 41
**First Used:** October 31, 2002
**In Commerce:** October 31, 2002


**Registrant:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE
SECAUCUS,NJ NEW JERSEY 07094
**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.


**Owner at Publication:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE
SECAUCUS,NJ NEW JERSEY 07094


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76508622                                                        Page 2

**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.


**Applicant:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE
SECAUCUS,NJ NEW JERSEY 07094
**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.


**Assignment Information:**

**Assignee:**
WELLS FARGO FOOTHILL, INC.
2450 COLORADO AVENUE, SUITE 3000 WEST,
SANTA MONICA,CALIFORNIA 90404
Entity: CORPORATION
State of Incorporation or Organization: CALIFORNIA

**Assignor:**
 NORTHSTAR TRAVEL MEDIA HOLDINGS, LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE

**Assignor:**
 NORTHSTAR TRAVEL MEDIA HOLDINGS II, LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE

**Assignor:**
 NORTHSTAR TRAVEL MEDIA, LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE
**Correspondent:**
KEUM A. YOON
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482
**Brief:** SECURITY INTEREST
**Recorded:** January 3, 2006
**Reel - Frame:** 3219/0374

**Filing Attorney:**
DAVID W. SAR

**Filing Correspondent:**
DAVID W. SAR
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEO
2000 RENAISSANCE PLAZA
230 N. ELM ST.
GREENSBORO NC 27401

**Event History:**
 FEBRUARY 14, 2007 ATTORNEY REVOKED AND/OR APPOINTED
 FEBRUARY 14, 2007 TEAS REVOKE/APPOINT ATTORNEY RECEIVED
 APRIL 19, 2005 REGISTERED-PRINCIPAL REGISTER
 JANUARY 13, 2005 LAW OFFICE REGISTRATION REVIEW COMPLETED
 JANUARY 07, 2005 ASSIGNED TO LIE
 JANUARY 06, 2005 ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED
 DECEMBER 16, 2004 STATEMENT OF USE PROCESSING COMPLETE
 DECEMBER 10, 2004 USE AMENDMENT FILED
 DECEMBER 10, 2004 TEAS STATEMENT OF USE RECEIVED

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
OCTOBER 05, 2004 NOTICE OF ALLOWANCE-MAILED
JULY 13, 2004 PUBLISHED FOR OPPOSITION
JUNE 23, 2004 NOTICE OF PUBLICATION
APRIL 28, 2004 APPROVED FOR PUB - PRINCIPAL REGISTER
FEBRUARY 27, 2004 CORRESPONDENCE RECEIVED IN LAW OFFICE
FEBRUARY 27, 2004 PAPER RECEIVED
OCTOBER 15, 2003 NON-FINAL ACTION MAILED
SEPTEMBER 29, 2003 ASSIGNED TO EXAMINER
```

**Design Codes:**
```
300120 T
300105 E
300502 LETTERS (NOT NUMERALS) AS PART OF SMALL INITIAL STRINGS
241914 PUNCTUATION MARKS INCLUDING COMMAS QUESTION MARKS AMPERSANDS
```



END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76508675                                                    Page  1


FEDTM 2942674
                        TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:**  T & E
**Cross References:** TE
**Mark Type:** TrademarkService Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 76508675
**Registration No.:** 2942674

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** April 19, 2005

**Filed:** April 22, 2003
**Registered:** April 19, 2005
**Published:** June 8, 2004
**Allowance Filed:** August 31, 2004
**Goods - Services:**
  (INT. CL. 16) PRINTED PUBLICATIONS, NAMELY MAGAZINES, SOLELY FOR TRAVEL INDUSTRY
PROFESSIONALS, NAMELY TRAVEL AGENTS, MEETING PLANNERS, TOUR OPERATORS AND CORPORATE
**TRAVEL PLANNERS**, AND FEATURING KEY INFORMATION ON BUSINESS AND LEISURE HOTELS,
MEETING AND CONFERENCE FACILITIES, VACATION DESTINATIONS AND CRUISE LINES, AS WELL
AS TIMELY NEWS AND INFORMATION ABOUT THE TRAVEL INDUSTRY
  (INT. CL. 41) PROVIDING ON-LINE PUBLICATIONS, NAMELY, MAGAZINES, SOLELY FOR TRAVEL
INDUSTRY PROFESSIONALS, NAMELY TRAVEL AGENTS, MEETING PLANNERS, TOUR OPERATORS AND
CORPORATE **TRAVEL PLANNERS**, AND FEATURING KEY INFORMATION ON BUSINESS AND LEISURE
HOTELS, MEETING AND CONFERENCE FACILITIES, VACATION DESTINATIONS AND CRUISE LINES,
AS WELL AS TIMELY NEWS AND INFORMATION ABOUT THE TRAVEL INDUSTRY

**Int'l Class(es):**
16 (Paper Goods and Printed Matter)
41 (Education and Entertainment Services)

**Int'l Class:** 16
**First Used:** October 31, 2002
**In Commerce:** October 31, 2002
**Int'l Class:** 41
**First Used:** October 31, 2002
**In Commerce:** October 31, 2002


**Registrant:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE
SECAUCUS,NJ NEW JERSEY 07094
**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.


**Owner at Publication:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE
SECAUCUS,NJ NEW JERSEY 07094


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76508675                                                              Page 2

**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.


**Applicant:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE
SECAUCUS,NJ NEW JERSEY 07094
**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.



**Assignment Information:**

**Assignee:**
WELLS FARGO FOOTHILL, INC.
2450 COLORADO AVENUE, SUITE 3000 WEST,
SANTA MONICA,CALIFORNIA 90404
Entity: CORPORATION
State of Incorporation or Organization: CALIFORNIA

**Assignor:**
 NORTHSTAR TRAVEL MEDIA HOLDINGS, LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE

**Assignor:**
 NORTHSTAR TRAVEL MEDIA HOLDINGS II, LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE

**Assignor:**
 NORTHSTAR TRAVEL MEDIA, LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE
**Correspondent:**
KEUM A. YOON
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482
**Brief:** SECURITY INTEREST
**Recorded:** January 3, 2006
**Reel - Frame:** 3219/0374

**Filing Attorney:**
DAVID W. SAR

**Filing Correspondent:**
DAVID W. SAR
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEO
2000 RENAISSANCE PLAZA
230 N. ELM ST.
GREENSBORO NC 27401

**Event History:**
 FEBRUARY 14, 2007 ATTORNEY REVOKED AND/OR APPOINTED
 FEBRUARY 14, 2007 TEAS REVOKE/APPOINT ATTORNEY RECEIVED
 APRIL 19, 2005 REGISTERED-PRINCIPAL REGISTER
 JANUARY 13, 2005 LAW OFFICE REGISTRATION REVIEW COMPLETED
 JANUARY 07, 2005 ASSIGNED TO LIE
 JANUARY 06, 2005 ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED
 DECEMBER 16, 2004 STATEMENT OF USE PROCESSING COMPLETE
 DECEMBER 10, 2004 USE AMENDMENT FILED
 DECEMBER 10, 2004 TEAS STATEMENT OF USE RECEIVED

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
AUGUST 31, 2004 NOTICE OF ALLOWANCE-MAILED
JUNE 08, 2004 PUBLISHED FOR OPPOSITION
MAY 19, 2004 NOTICE OF PUBLICATION
MARCH 30, 2004 APPROVED FOR PUB - PRINCIPAL REGISTER
FEBRUARY 27, 2004 CORRESPONDENCE RECEIVED IN LAW OFFICE
FEBRUARY 27, 2004 PAPER RECEIVED
FEBRUARY 23, 2004 CORRESPONDENCE RECEIVED IN LAW OFFICE
OCTOBER 15, 2003 NON-FINAL ACTION MAILED
SEPTEMBER 29, 2003 ASSIGNED TO EXAMINER
```

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78178663                                                          Page 1

FEDTM 2972859

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** MMODE
**Cross References:** M MODE
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Active
**Image Available:** No

**Serial No.:** 78178663
**Registration No.:** 2972859

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** July 19, 2005

**Filed:** October 25, 2002
**Registered:** July 19, 2005
**Published:** October 26, 2004
**Allowance Filed:** January 18, 2005
**Goods - Services:**
 (INT. CL. 42) APPLICATION SERVICE PROVIDER SERVICES, NAMELY, HOSTING THE COMPUTER
SOFTWARE APPLICATIONS OF OTHERS; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE
SOFTWARE FOR AN AUTOMATICALLY UPDATING ADDRESS BOOK, A PERSONAL PLANNER, A DATE
REMINDER, A **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS; PROVIDING
INTERNET SEARCH ENGINES; COMPUTER SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING ON-LINE COMPUTER
DATABASES FEATURING INFORMATION ON WEATHER, DESIGN AND DECORATING; TECHNICAL
CONSULTATION AND RESEARCH IN THE FIELD OF TELECOMMUNICATIONS AND TELEMATICS;
CONSULTING SERVICES IN THE FIELD OF DESIGN, SELECTION, IMPLEMENTATION AND USE OF
COMPUTER HARDWARE AND COMPUTER SOFTWARE FOR OTHERS; CROSS-PLATFORM CONVERSION OF
DIGITAL CONTENT INTO OTHER FORMS OF DIGITAL CONTENT; CUSTOM DESIGN AND ENGINEERING
OF TELEPHONY SYSTEMS; DATA ENCRYPTION SERVICES; HOSTING OF DIGITAL CONTENT ON THE
INTERNET; HOSTING THE WEB SITES OF OTHERS ON A COMPUTER SERVER FOR A GLOBAL COMPUTER
NETWORK; MAPPING; PROVIDING ELECTRONIC VERIFICATION OF ON-LINE ORDERS OF DIGITAL
CONTENT AND GENERATING ELECTRONIC PERMISSION CODES WHICH THEN ALLOW USERS TO ACCESS
SAID DIGITAL CONTENT; RENTAL OF COMPUTERS AND SOFTWARE; PROVIDING AN INTERNET
GATEWAY WEB SITE

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Int'l Class:** 42
**First Used:** April 2, 2002
**In Commerce:** April 2, 2002

**Registrant:**
CINGULAR WIRELESS II, LLC.
6277 164TH AVENUE NE
REDMOND,WA WASHINGTON 98052
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION

**Post Publication Owner:**
CINGULAR WIRELESS II, LLC.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78178663                                                          Page 2


6277 164TH AVENUE NE
REDMOND,WA WASHINGTON 98052
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Owner at Publication:**
AT&T WIRELESS SERVICES, INC.
7277 164TH AVENUE NE
REDMOND,WA WASHINGTON 98052
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Applicant:**
AT&T WIRELESS SERVICES, INC.
7277 164TH AVENUE NE
REDMOND,WA WASHINGTON 98052
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Assignment Information:**

**Assignee:**
NEW CINGULAR WIRELESS SERVICES, INC.
7277 164TH AVENUE NE,
REDMOND,WASHINGTON 98052
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 AT&T WIRELESS SERVICES, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE
**Correspondent:**
HEIDI L. SACHS
1201 THIRD AVENUE
SUITE 4800
SEATTLE, WA 98101
**Brief:** CHANGE OF NAME
**Recorded:** March 16, 2005
**Reel - Frame:** 3047/0482
**Assignee:**
CINGULAR WIRELESS II, INC.
7277 164TH AVENUE NE,
REDMOND,WASHINGTON 98052
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 NEW CINGULAR WIRELESS SERVICES, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE
**Correspondent:**
HEIDI L. SACHS
1201 THIRD AVENUE
SUITE 4800
SEATTLE, WA 98101
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** March 16, 2005
**Reel - Frame:** 3047/0684

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78178663                                                          Page 3

**Assignee:**
CINGULAR WIRELESS II, LLC
7277 164TH AVENUE NE,
REDMOND,WASHINGTON 98052
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE

**Assignor:**
 CINGULAR WIRELESS II, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE
**Correspondent:**
HEIDI L. SACHS
1201 THIRD AVENUE
SUITE 4800
SEATTLE, WA 98101
**Brief:** CHANGE OF NAME
**Recorded:** March 16, 2005
**Reel - Frame:** 3047/0728

**Filing Attorney:**
HEIDI L. SACHS
**Reference No.:** 10194-4100.0


**Filing Correspondent:**
HEIDI L. SACHS
PERKINS COIE LLP
1201 THIRD AVENUE
SUITE 4800
SEATTLE WA 98052

**Event History:**
 JULY 19, 2005 REGISTERED-PRINCIPAL REGISTER
 APRIL 28, 2005 LAW OFFICE REGISTRATION REVIEW COMPLETED
 APRIL 22, 2005 ASSIGNED TO LIE
 APRIL 15, 2005 ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED
 APRIL 14, 2005 STATEMENT OF USE PROCESSING COMPLETE
 MARCH 07, 2005 USE AMENDMENT FILED
 MARCH 07, 2005 PAPER RECEIVED
 JANUARY 18, 2005 NOTICE OF ALLOWANCE-MAILED
 OCTOBER 26, 2004 PUBLISHED FOR OPPOSITION
 OCTOBER 06, 2004 NOTICE OF PUBLICATION
 AUGUST 30, 2004 LAW OFFICE PUBLICATION REVIEW COMPLETED
 JULY 30, 2004 ASSIGNED TO LIE
 JULY 27, 2004 APPROVED FOR PUB - PRINCIPAL REGISTER
 JULY 27, 2004 EXAMINERS AMENDMENT E-MAILED
 MAY 19, 2004 FINAL REFUSAL E-MAILED
 OCTOBER 16, 2003 LETTER OF SUSPENSION E-MAILED
 SEPTEMBER 24, 2003 CORRESPONDENCE RECEIVED IN LAW OFFICE
 SEPTEMBER 25, 2003 EMAIL RECEIVED
 MARCH 24, 2003 NON-FINAL ACTION E-MAILED
 MARCH 24, 2003 ASSIGNED TO EXAMINER


END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78110316                                                              Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** SCANDISK
**Cross References:** SCAN DISK
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78110316

**Status:** ABANDONED

**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 7, 2003

**Filed:** February 21, 2002
**Abandoned:** March 7, 2003
**Goods - Services:**
 ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION RELATING TO COMPUTER
SERVICES; COMPUTER SALES SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK;
COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND WHOLESALE ELECTRONIC
TRANSMISSION OF SOUND, MUSIC, VIDEO. DISTRIBUTORSHIP SERVICES FEATURING COMPUTER
MAINTENANCE ELECTRONIC DISTRIBUTION AND INFORMATION MANAGEMENT. GENERAL MERCHANDISE
AND GENERAL CONSUMER GOODS; PROVIDING ACCESS TO ON-LINE DIRECTORIES, INDICES AND
SEARCHABLE DATABASES RELATING TO A VARIETY OF INFORMATION AND DATA AVAILABLE ON A
GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE
ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE
SALE OF GOODS AND SERVICES OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE
FOR LOCATING, ORGANIZING AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS;
DATABASE AGGREGATION, INTEGRATION AND MANAGEMENT SERVICES; ASSOCIATION  SERVICES,
NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION
REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF LIVE AUTOMATED FILE TRANSFER, EVENTS,
MAILED INFORMATION, PRODUCT REVIEWS AND INTERACTION ON A GLOBAL COMPUTER  NETWORK;
PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY AND
SEMIAUTOMATICALLY UPDATING SOFTWARE, PERSONAL PLANNER, DATE REMINDER, **TRAVEL
PLANNER**, SOUND VIDEO AND ALUMNI COMPUTER HARDWARE AND PROFESSIONAL GROUP LINKS, VIA
A  GLOBAL COMPUTER NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR
MANAGING, VIEWING AND EDITING INFORMATION SUCH AS SERVICE UPDATES EVENT SCHEDULING,
TRAINING, ADDRESS BOOKS, AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION;
COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR
THE ELECTRONIC TRANSMISSION OF VARIOUS DATA, COMMUNICATIONS, DOCUMENTS AND PERSONAL
AND PROFESSIONAL INFORMATION; SEARCHING AND RETRIEVING INFORMATION, SITES, AND
RESOURCES LOCATED ON COMPUTER NETWORKS FOR OTHERS; PROVIDING A WIDE RANGE OF GENERAL
INTEREST INFORMATION VIA A COMPUTER NETWORK; DIRECTORY SERVICES TO HELP LOCATE
PEOPLE, PLACES, ORGANIZATIONS, SERVICES, PHONE NUMBERS, MUSIC NETWORK HOME PAGES,
AND ELECTRONIC MAIL ADDRESSES, ADVERTISING, INFORMATIONAL LINKS TO OTHER COMPUTER,
MANUFACTURERS, ELECTRONIC DATA STORAGE UTILITIES AND SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** August 1998
**In Commerce:** August 1998


**Applicant:**
EDWARD MILLER A.

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78110316                                                          Page 2


2839 MCKINLEY ST
HOLLYWOOD,FL FLORIDA 33020
**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL



**Filing Correspondent:**
EDWARD MILLER A.
2839 MCKINLEY ST
HOLLYWOOD FL 33020-2934

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76322214                                                          Page 1


FEDTM 2896098

                          TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** NORTHSTAR TRAVEL MEDIA
**Cross References:** NORTH STAR TRAVEL MEDIA
**Mark Type:** TrademarkService Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Active
**Image Available:** No

**Serial No.:** 76322214
**Registration No.:** 2896098

**Status:** REGISTERED

**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** October 19, 2004

**Filed:** October 5, 2001
**Registered:** October 19, 2004
**Published:** March 23, 2004
**Allowance Filed:** June 15, 2004
**Goods - Services:**
  (INT. CL. 16) PRINTED PUBLICATIONS, NAMELY MAGAZINES, NEWSLETTERS, GUIDES,
DIRECTORIES AND BULLETINS SOLELY FOR TRAVEL INDUSTRY PROFESSIONALS, NAMELY TRAVEL
AGENTS, MEETING PLANNERS, TOUR OPERATORS AND CORPORATE **TRAVEL PLANNERS**, AND
FEATURING KEY INFORMATION ON BUSINESS AND LEISURE HOTELS, MEETING AND CONFERENCE
FACILITIES, VACATION DESTINATIONS AND CRUISE LINES, AS WELL AS TIMELY NEWS AND
INFORMATION ABOUT THE TRAVEL INDUSTRY (INT.  CL. 41) PROVIDING ON-LINE PUBLICATIONS,
NAMELY, MAGAZINES, NEWSLETTERS, GUIDES, DIRECTORIES AND BULLETINS SOLELY FOR TRAVEL
INDUSTRY PROFESSIONALS, NAMELY TRAVEL AGENTS, MEETING PLANNERS, TOUR OPERATORS AND
CORPORATE **TRAVEL PLANNERS**, AND FEATURING KEY INFORMATION ON BUSINESS AND LEISURE
HOTELS, MEETING AND CONFERENCE FACILITIES, VACATION DESTINATIONS AND CRUISE LINES,
AS WELL AS TIMELY NEWS AND INFORMATION ABOUT THE TRAVEL INDUSTRY

**Int'l Class(es):**
16 (Paper Goods and Printed Matter)
41 (Education and Entertainment Services)

**Int'l Class:** 16
**First Used:** October 31, 2001
**In Commerce:** October 31, 2001
**Int'l Class:** 41
**First Used:** October 31, 2001
**In Commerce:** October 31, 2001


**Registrant:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE
SECAUCUS,NJ NEW JERSEY 07094
**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.


**Owner at Publication:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE

           ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76322214                                                                 Page 2

SECAUCUS,NJ NEW JERSEY 07094
**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.


**Post Application Owner:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE
SECAUCUS,NJ NEW JERSEY 07094
**State of Incorporation or Organization:** DELAWARE
**Entity:** LIMITED LIABILITY CO.


**Applicant:**
TRAVEL NEWCO, LLC
500 PLAZA DRIVE
SECAUCUS,NJ NEW JERSEY 07094
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Assignment Information:**

**Assignee:**
NORTHSTAR TRAVEL MEDIA, LLC
500 PLAZA DRIVE,
SECAUCUS,JERSEY 07094
Entity: LIMITED LIABILITY COMPANY

**Assignor:**
 TRAVEL NEWCO, LLC
Entity: LIMITED LIABILITY COMPANY
**Correspondent:**
BROOKS, PIERCE ET AL
DAVID W. SAR
2000 RENAISSANCE PLAZA
230 NORTH ELM STREET
GREENSBORO, NC 27401
**Brief:** CHANGE OF NAME
**Recorded:** September 18, 2002
**Reel - Frame:** 2577/0193
**Assignee:**
WELLS FARGO FOOTHILL, INC.
2450 COLORADO AVENUE, SUITE 3000 WEST,
SANTA MONICA,CALIFORNIA 90404
Entity: CORPORATION
State of Incorporation or Organization: CALIFORNIA

**Assignor:**
 NORTHSTAR TRAVEL MEDIA HOLDINGS, LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE

**Assignor:**
 NORTHSTAR TRAVEL MEDIA HOLDINGS II, LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE

**Assignor:**
 NORTHSTAR TRAVEL MEDIA, LLC
Entity: LIMITED LIABILITY COMPANY
State of Incorporation or Organization: DELAWARE

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76322214                                                                    Page 3

**Correspondent:**
KEUM A. YOON
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482
**Brief:** SECURITY INTEREST
**Recorded:** January 3, 2006
**Reel - Frame:** 3219/0374

**Filing Attorney:**
DAVID W. SAR

**Filing Correspondent:**
DAVID W. SAR
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEO
2000 RENAISSANCE PLAZA
230 N. ELM ST.
GREENSBORO NC 27401

**Event History:**
 FEBRUARY 14, 2007 ATTORNEY REVOKED AND/OR APPOINTED
 FEBRUARY 14, 2007 TEAS REVOKE/APPOINT ATTORNEY RECEIVED
 OCTOBER 19, 2004 REGISTERED-PRINCIPAL REGISTER
 AUGUST 23, 2004 LAW OFFICE REGISTRATION REVIEW COMPLETED
 AUGUST 20, 2004 ASSIGNED TO LIE
 AUGUST 18, 2004 ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED
 AUGUST 17, 2004 ASSIGNED TO EXAMINER
 JULY 28, 2004 STATEMENT OF USE PROCESSING COMPLETE
 JULY 28, 2004 USE AMENDMENT FILED
 JULY 28, 2004 TEAS STATEMENT OF USE RECEIVED
 JUNE 15, 2004 NOTICE OF ALLOWANCE-MAILED
 MARCH 23, 2004 PUBLISHED FOR OPPOSITION
 MARCH 03, 2004 NOTICE OF PUBLICATION
 JANUARY 21, 2004 APPROVED FOR PUB - PRINCIPAL REGISTER
 DECEMBER 18, 2003 EXAMINERS AMENDMENT MAILED
 DECEMBER 11, 2003 EXPARTE APPEAL RECEIVED AT TTAB
 DECEMBER 02, 2003 EXPARTE APPEAL RECEIVED AT TTAB
 OCTOBER 17, 2003 CORRESPONDENCE RECEIVED IN LAW OFFICE
 NOVEMBER 12, 2003 CASE FILE IN TICRS
 OCTOBER 17, 2003 PAPER RECEIVED
 MAY 13, 2003 FINAL REFUSAL MAILED
 JANUARY 29, 2003 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JANUARY 29, 2003 PAPER RECEIVED
 OCTOBER 21, 2002 PAPER RECEIVED
 JULY 29, 2002 NON-FINAL ACTION MAILED
 MAY 13, 2002 CORRESPONDENCE RECEIVED IN LAW OFFICE
 MAY 13, 2002 PAPER RECEIVED
 DECEMBER 27, 2001 NON-FINAL ACTION MAILED
 DECEMBER 12, 2001 ASSIGNED TO EXAMINER

**Disclaimer:** "TRAVEL MEDIA"

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78047664                                                                      Page 1


                              TRADEMARKSCAN® - US Federal
                         © 2006 Thomson CompuMark. All rights reserved.

**Mark:** UFO.INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78047664

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 12, 2002

**Filed:** February 10, 2001
**Abandoned:** January 14, 2002
**Goods - Services:**
  (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND
SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES;
RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL
DEPARTMENT STORES; RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES;
RETAIL ONLINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL
MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION
DIRECTORY; PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION
AVAILABLE VIA A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA
AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE
DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE,
BANKING, REAL ESTATE AND VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE
FEATURING THE GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT
SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS,
BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES,
ADDRESSES AND TELEPHONE NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING
MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA
AND DOCUMENTS CONCERNING PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER
TERMINALS; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING
**TRAVEL PLANNER**; PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING
ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP
LINKS ALL VIA A GLOBAL COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-
DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING
ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND
THE WEBSITES OF OTHERS ON A GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF
GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC
GREETING CARDS VIA A GLOBAL COMPUTER NETWORK; INTRODUCTION SERVICES, DATING
SERVICES, AND TRAVEL SERVICES OF OTHERS; SALES OF ENTERTAINMENT, NAMELY, MOVIES,
DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** August 30, 2000
**In Commerce:** December 30, 2000


**Applicant:**

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78047664                                                          Page 2

DERRICO, DOUGLAS J.
52A PRICE STREET
SPRINGFIELD,MA MASSACHUSETTS 01104
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL

**Assignment Information:**

**Assignee:**
NATIONAL LAMPOON, INC.
10850 WILSHIRE BOULEVARD,
LOS ANGELES,CALIFORNIA 90024
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 NATIONAL LAMPOON NETWORKS, INC.
Entity: CORPORATION
**Correspondent:**
LEAGRE CHANDLER & MILLARD
ELIZABETH H. LACY
135 N. PENNSYLVANIA STREET
SUITE 1400
INDIANAPOLIS, IN  46204
**Brief:** SECURITY INTEREST
**Recorded:** December 20, 2002
**Reel - Frame:** 2639/0800

**Filing Correspondent:**
DOUGLAS J DERRICO
52A PRICE ST
SPRINGFIELD MA 01104-1517

**Event History:**
 MARCH 12, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 JULY 11, 2001 NON-FINAL ACTION MAILED
 JUNE 27, 2001 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78047662                                                          Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** TICKET.INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78047662

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 22, 2002

**Filed:** February 9, 2001
**Abandoned:** January 14, 2002
**Goods - Services:**
  (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND
SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES;
RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL
DEPARTMENT STORES; RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES;
RETAIL ONLINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL
MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION
DIRECTORY; PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION
AVAILABLE VIA A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA
AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE
DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE,
BANKING, REAL ESTATE AND VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE
FEATURING THE GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT
SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS,
BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES,
ADDRESSES AND TELEPHONE NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING
MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA
AND DOCUMENTS CONCERNING PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER
TERMINALS; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING
**TRAVEL PLANNER;** PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING
ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP
LINKS ALL VIA A GLOBAL COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-
DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING
ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND
THE WEBSITES OF OTHERS ON A GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF
GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC
GREETING CARDS VIA A GLOBAL COMPUTER NETWORK; INTRODUCTION SERVICES, DATING
SERVICES, AND TRAVEL SERVICES OF OTHERS; SALES OF ENTERTAINMENT, NAMELY, MOVIES,
DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** August 30, 2000
**In Commerce:** December 30, 2000

**Applicant:**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78047662                                                          Page 2


DERRICO, DOUGLAS J.
52A PRICE STREET
SPRINGFIELD,MA MASSACHUSETTS 01104
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL



**Filing Correspondent:**
DOUGLAS J DERRICO
52A PRICE ST
SPRINGFIELD MA 01104-1517

**Event History:**
 MARCH 22, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 JULY 13, 2001 NON-FINAL ACTION MAILED
 JULY 03, 2001 ASSIGNED TO EXAMINER
 JUNE 27, 2001 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78047661                                                                    Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** MEDICAL.INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78047661

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 12, 2002

**Filed:** February 9, 2001
**Abandoned:** January 14, 2002
**Goods - Services:**
 (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND
SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES;
RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL
DEPARTMENT STORES; RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES;
RETAIL ONLINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL
MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION
DIRECTORY; PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION
AVAILABLE VIA A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA
AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE
DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE,
BANKING, REAL ESTATE AND VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE
FEATURING THE GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT
SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS,
BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES,
ADDRESSES AND TELEPHONE NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING
MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA
AND DOCUMENTS CONCERNING PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER
TERMINALS; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING
**TRAVEL PLANNER;** PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING
ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP
LINKS ALL VIA A GLOBAL COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-
DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING
ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND
THE WEBSITES OF OTHERS ON A GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF
GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC
GREETING CARDS VIA A GLOBAL COMPUTER NETWORK; INTRODUCTION SERVICES, DATING
SERVICES, AND TRAVEL SERVICES OF OTHERS; SALES OF ENTERTAINMENT, NAMELY, MOVIES,
DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** August 30, 2000
**In Commerce:** December 30, 2000


**Applicant:**

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78047661                                                    Page 2


DERRICO, DOUGLAS J.
52A PRICE STREET
SPRINGFIELD,MA MASSACHUSETTS 01104
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL



**Filing Correspondent:**
DOUGLAS J DERRICO
52A PRICE ST
SPRINGFIELD MA 01104-1517

**Event History:**
  MARCH 12, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
  JULY 11, 2001 NON-FINAL ACTION MAILED
  JUNE 27, 2001 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78047663                                                          Page 1


                        TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** HOWTO.INFO
**Cross References:** HOW TO.INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No


**Serial No.:** 78047663


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 22, 2002


**Filed:** February 9, 2001
**Abandoned:** January 14, 2002
**Goods - Services:**
  (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND
SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES;
RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL
DEPARTMENT STORES; RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES;
RETAIL ONLINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL
MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION
DIRECTORY; PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION
AVAILABLE VIA A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA
AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE
DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE,
BANKING, REAL ESTATE AND VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE
FEATURING THE GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT
SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS,
BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES,
ADDRESSES AND TELEPHONE NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING
MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA
AND DOCUMENTS CONCERNING PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER
TERMINALS; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING
**TRAVEL PLANNER**; PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING
ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP
LINKS ALL VIA A GLOBAL COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-
DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING
ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND
THE WEBSITES OF OTHERS ON A GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF
GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC
GREETING CARDS VIA A GLOBAL COMPUTER NETWORK; INTRODUCTION SERVICES, DATING
SERVICES, AND TRAVEL SERVICES OF OTHERS; SALES OF ENTERTAINMENT, NAMELY, MOVIES,
DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** August 30, 2000
**In Commerce:** December 30, 2000



        ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78047663                                                      Page 2

**Applicant:**
DERRICO, DOUGLAS J.
52A PRICE STREET
SPRINGFIELD,MA MASSACHUSETTS 01104
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL

**Filing Correspondent:**
DOUGLAS J DERRICO
52A PRICE ST
SPRINGFIELD MA 01104-1517

**Event History:**
 MARCH 22, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 JULY 13, 2001 NON-FINAL ACTION MAILED
 JULY 03, 2001 ASSIGNED TO EXAMINER
 JUNE 27, 2001 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78046761                                                              Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** GOD.INFO
**Cross References:** GOD INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No


**Serial No.:** 78046761


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** August 11, 2002


**Filed:** February 5, 2001
**Abandoned:** June 28, 2002
**Goods - Services:**
 (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND
SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES;
RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL
DEPARTMENT STORES; RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES;
RETAIL ONLINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL
MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION
DIRECTORY; PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION
AVAILABLE VIA A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA
AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE
DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE,
BANKING, REAL ESTATE AND VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE
FEATURING THE GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT
SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS,
BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES,
ADDRESSES AND TELEPHONE NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING
MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA
AND DOCUMENTS CONCERNING PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER
TERMINALS; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING
**TRAVEL PLANNER**; PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING
ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP
LINKS ALL VIA A GLOBAL COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-
DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING
ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND
THE WEBSITES OF OTHERS ON A GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF
GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC
GREETING CARDS VIA A GLOBAL COMPUTER NETWORK; INTRODUCTION SERVICES, DATING
SERVICES, AND TRAVEL SERVICES OF OTHERS; SALES OF ENTERTAINMENT, NAMELY, MOVIES,
DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** August 30, 2000
**In Commerce:** December 30, 2000


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78046761                                                          Page 2

**Applicant:**
DERRICO, JOHN
1584 RIDGE RD
BELLE VERNON,PA PENNSYLVANIA 15012
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL

**Filing Correspondent:**
DERRICO, JOHN
1584 RIDGE RD
BELLE VERNON PA 15012

**Event History:**
 AUGUST 11, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 DECEMBER 27, 2001 NON-FINAL ACTION MAILED
 AUGUST 24, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
 MAY 29, 2001 NON-FINAL ACTION MAILED
 MAY 09, 2001 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76192444                                                          Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** PENDPRO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

 **Serial No.:** 76192444

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** December 12, 2003

**Filed:** January 9, 2001
**Published:** March 19, 2002
**Abandoned:** December 12, 2003
**Allowance Filed:** June 11, 2002
**Reinstated:** December 11, 2003
**Goods - Services:**
  (INT. CL. 42) PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AN AUTOMATICALLY
UPDATING ADDRESS BOOK, PERSONAL PLANNER, CALENDAR, DATE REMINDER, AND **TRAVEL
PLANNER**; ORGANIZING OF DATES AND EVENTS AND NOTIFICATION SERVICES FOR OTHERS VIA
EMAIL AND EMAIL MANAGERS PROVIDED VIA A GLOBAL COMPUTER NETWORK BY PROVIDING
APPLICATION SERVICE PROVIDER SERVICES, NAMELY BY HOSTING COMPUTER APPLICATION
SOFTWARE ON A COMPUTER SERVER FOR OTHERS FOR REMINDING USERS IN ALL PHASES OF THE
SHOPPING/PURCHASING CYCLE OF APPOINTMENTS OR SPECIAL OCCASIONS FOR WHICH THEY NEED
TO BUY A GIFT, FOR ENABLING BROWSING, SELECTING AND ORDERING ITEMS FOR PURCHASE, AND
FOR FULFILLING AND SHIPPING ORDERS, ALL PROVIDED VIA A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)



**Owner at Publication:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.



**Applicant:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.



**Filing Attorney:**
MELANIE J. CICCHESE
**Reference No.:** 42277.1


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76192444                                                      Page 2

**Filing Correspondent:**
DAVID C. WEST
FREDRIKSON & BYRON, P.A.
4000 PILLSBURY CENTER
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1425

**Event History:**
 MARCH 02, 2004 ABANDONMENT - NO USE STATEMENT FILED
 JANUARY 30, 2004 EXTENSION 2 GRANTED
 JUNE 11, 2003 EXTENSION 2 FILED
 DECEMBER 10, 2003 REINSTATED
 DECEMBER 10, 2003 PETITION TO REVIVE-GRANTED
 AUGUST 07, 2003 PETITION TO REVIVE-RECEIVED
 SEPTEMBER 09, 2003 ABANDONMENT - NO USE STATEMENT FILED
 AUGUST 07, 2003 PAPER RECEIVED
 DECEMBER 11, 2002 EXTENSION 1 GRANTED
 DECEMBER 11, 2002 EXTENSION 1 FILED
 DECEMBER 16, 2002 PAPER RECEIVED
 OCTOBER 18, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 JUNE 11, 2002 NOTICE OF ALLOWANCE-MAILED
 MARCH 19, 2002 PUBLISHED FOR OPPOSITION
 FEBRUARY 27, 2002 NOTICE OF PUBLICATION
 DECEMBER 26, 2001 APPROVED FOR PUB - PRINCIPAL REGISTER
 NOVEMBER 01, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
 NOVEMBER 05, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
 MAY 01, 2001 NON-FINAL ACTION MAILED
 APRIL 20, 2001 ASSIGNED TO EXAMINER
 APRIL 11, 2001 ASSIGNED TO EXAMINER

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78041192                                                        Page 1


                        TRADEMARKSCAN® - US Federal
                   © 2006 Thomson CompuMark. All rights reserved.

**Mark:** EBUSINESS.INFO
**Cross References:** E BUSINESS INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No


**Serial No.:** 78041192


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 4, 2002


**Filed:** December 31, 2000
**Abandoned:** January 10, 2002
**Goods - Services:**
  (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND
SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES;
RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL
DEPARTMENT STORES; RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES;
RETAIL ONLINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL
MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION
DIRECTORY; PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION
AVAILABLE VIA A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA
AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE
DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE,
BANKING, REAL ESTATE AND VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE
FEATURING THE GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT
SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS,
BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES,
ADDRESSES AND TELEPHONE NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING
MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA
AND DOCUMENTS CONCERNING PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER
TERMINALS; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING
**TRAVEL PLANNER**; PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING
ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP
LINKS ALL VIA A GLOBAL COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-
DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING
ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND
THE WEBSITES OF OTHERS ON A GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF
GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC
GREETING CARDS VIA A GLOBAL COMPUTER NETWORK; INTRODUCTION SERVICES, DATING
SERVICES, AND TRAVEL SERVICES OF OTHERS; SALES OF ENTERTAINMENT, NAMELY, MOVIES,
DVD, MUSIC AND ART


**Int'l Class(es):**
35 (Advertising and Business Services)


**Int'l Class:** 35
**First Used:** August 28, 2000
**In Commerce:** December 23, 2000


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Applicant:**
DERRICO, DOUGLAS J.
1584 RIDGE ROAD
BELLE VERNON,PA PENNSYLVANIA 15012
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL


**Filing Correspondent:**
DERRICO, DOUGLAS J.
1584 RIDGE ROAD
BELLE VERNON PA 15012

**Event History:**
 MARCH 04, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 JULY 09, 2001 NON-FINAL ACTION MAILED
 MAY 31, 2001 NON-FINAL ACTION MAILED
 MAY 21, 2001 ASSIGNED TO EXAMINER

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78041189                                                          Page 1


                        TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** WEATHER.INFO
**Cross References:** WEATHER INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No


**Serial No.:** 78041189


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 2, 2002


**Filed:** December 31, 2000
**Abandoned:** March 2, 2002
**Goods - Services:**
 ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS;
BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND SERVICES;
AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES; RETAIL STORE
SERVICES;  RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK;
SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL DEPARTMENT STORES;
RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES; RETAIL ONLINE
CONVENIENCE STORES;  COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL MERCHANDISE AND
GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY;
PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A
GLOBAL COMPUTER  NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE
ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING
GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL
ESTATE AND  VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE FEATURING THE
GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER
SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES,
ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES, ADDRESSES AND TELEPHONE
NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A
GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING
PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER TERMINALS; PROVIDING AN
INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING
AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER,  DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND  PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART


**Int'l Class(es):**
35 (Advertising and Business Services)


**Int'l Class:** 35
**First Used:** August 28, 2000
**In Commerce:** December 23, 2000



**Applicant:**


          ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78041189                                                      Page 2


DERRICO, DOUGLAS J.
1584 RIDGE ROAD
BELLE VERNON,PA PENNSYLVANIA 15012
**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL


**Filing Correspondent:**
DERRICO, DOUGLAS J.
1584 RIDGE ROAD
BELLE VERNON PA 15012

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78041191                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** SPORTS.INFO
**Cross References:** SPORTS INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No


**Serial No.:** 78041191


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** February 11, 2002


**Filed:** December 31, 2000
**Abandoned:** February 11, 2002
**Goods - Services:**
 ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS;
BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND SERVICES;
AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES; RETAIL STORE
SERVICES;  RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK;
SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL DEPARTMENT STORES;
RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES; RETAIL ONLINE
CONVENIENCE STORES;  COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL MERCHANDISE AND
GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY;
PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A
GLOBAL COMPUTER  NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE
ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING
GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL
ESTATE AND  VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE FEATURING THE
GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER
SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES,
ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES, ADDRESSES AND TELEPHONE
NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A
GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING
PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER TERMINALS; PROVIDING AN
INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING
AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER,  DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND  PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** August 28, 2000
**In Commerce:** December 23, 2000


**Applicant:**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78041191                                                        Page 2


DERRICO, DOUGLAS J.
1584 RIDGE ROAD
BELLE VERNON,PA PENNSYLVANIA 15012
**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL


**Filing Correspondent:**
DERRICO, DOUGLAS J.
1584 RIDGE ROAD
BELLE VERNON PA 15012

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78041193                                                            Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** MOVIES.INFO
**Cross References:** MOVIES INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78041193

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** February 11, 2002

**Filed:** December 31, 2000
**Abandoned:** February 11, 2002
**Goods - Services:**
 ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS;
BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND SERVICES;
AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES; RETAIL STORE
SERVICES;  RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK;
SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL DEPARTMENT STORES;
RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES; RETAIL ONLINE
CONVENIENCE STORES;  COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL MERCHANDISE AND
GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY;
PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A
GLOBAL COMPUTER  NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE
ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING
GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL
ESTATE AND  VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE FEATURING THE
GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER
SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES,
ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES, ADDRESSES AND TELEPHONE
NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A
GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING
PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER TERMINALS; PROVIDING AN
INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING
AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER,  DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND  PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** August 28, 2000
**In Commerce:** December 23, 2000

**Applicant:**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78041193                                                                    Page 2

DERRICO, DOUGLAS J.
1584 RIDGE ROAD
BELLE VERNON,PA PENNSYLVANIA 15012
**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL

**Filing Correspondent:**
DERRICO, DOUGLAS J.
1584 RIDGE ROAD
BELLE VERNON PA 15012

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78041146                                                         Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** AIRTRAVEL.INFO
**Cross References:** AIR TRAVEL INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78041146


**Status:** MISASSIGNED
**Extra Status Data:** PENDING APPLICATION DRAWING PAGE DATA
**USPTO Status:** (622) MISASSIGNED SERIAL NUMBER

**Filed:** December 30, 2000
**Misassigned:** January 10, 2001
**Goods - Services:**
 ADVERTISING, BUSINESS MANAGEMENT, BUSINESS ADMINISTRATION, OFFICE FUNCTIONS,
BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND SERVICES,
AUCTION SERVICES, CLASSIFIED ADVERTISING SERVICES, MAIL ORDER SALES, RETAIL STORE
SERVICES, RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK, SALES
PROMOTION FOR OTHERS, BUSINESS INFORMATION SERVICES, RETAIL DEPARTMENT STORES,
RETAIL ONLINE DEPARTMENT STORES, RETAIL CONVENIENCE STORES, RETAIL ONLINE
CONVENIENCE STORES, COMPUTERIZED ONLINE ORDERING FEATURING GENERAL MERCHANDISE AND
GENERAL CONSUMER GOODS, PROVIDING AN ONLINE COMMERCIAL INFORMATION DIRECTORY,
PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A
GLOBAL COMPUTER NETWORK, DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ONLINE
ELECTRONIC COMMUNICATIONS NETWORK, PROVIDING A SEARCHABLE ONLINE DATABASE FEATURING
GOODS ANDSERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL
ESTATE AND VEHICLES, PROVIDING A SEARCHABLE ONLINE ADVERTISING GUIDE FEATURING THE
GOODS AND SERVICE OF OTHER ONLINE VENDORS, DATABASE MANAGEMENT SERVICES, COMPUTER
SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES,
ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES, ADDRESSES AND TELEPHONE
NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS, PROVIDING MULTIPLE-USER ACCESS TO A
GLOBAL COMPUTER NETWORK, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING
PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER TERMINALS, PROVIDING AN
INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**, PROVIDING
AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK, PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION, COMPUTER SERVICES NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK, PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK, PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK, INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS,
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)
41 (Education and Entertainment Services)
42 (Scientific, technological and legal services)

**Int'l Class:** 35
**First Used:** August 28, 2000
**In Commerce:** October 23, 2000
**Int'l Class:** 41
**First Used:** August 28, 2000

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**In Commerce:** October 23, 2000
**Int'l Class:** 42
**First Used:** August 28, 2000
**In Commerce:** October 23, 2000


**Applicant:**
DOUGLAS J DERRICO
1584 RIDGE RD
BELLE VERNON,PA PENNSYLVANIA 15012


END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



FEDTM 78041145                                                              Page 1


                         TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** MARKET.INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78041145

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** February 8, 2002

**Filed:** December 30, 2000
**Abandoned:** February 8, 2002
**Goods - Services:**
 ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS;
BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND SERVICES;
AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES; RETAIL STORE
SERVICES;  RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK;
SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL DEPARTMENT STORES;
RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES; RETAIL ONLINE
CONVENIENCE STORES;  COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL MERCHANDISE AND
GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY;
PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A
GLOBAL COMPUTER  NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE
ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING
GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL
ESTATE AND  VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE FEATURING THE
GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER
SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES,
ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES, ADDRESSES AND TELEPHONE
NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A
GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING
PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER TERMINALS; PROVIDING AN
INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING
AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER,  DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND  PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES; DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Int'l Class:** 35
**First Used:** August 28, 2000
**In Commerce:** December 23, 2000


**Applicant:**
DERRICO, DOUGLAS J.

          ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78041145                                                              Page 2


1584 RIDGE ROAD
BELLE VERNON,PA PENNSYLVANIA 15012
**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL



**Filing Correspondent:**
DERRICO, DOUGLAS J.
1584 RIDGE RD
BELLE VERNON PA 15012-3807

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78040561                                                      Page 1


                         TRADEMARKSCAN® - US Federal
                   © 2006 Thomson CompuMark. All rights reserved.

**Mark:** WEATHER.INFO
**Cross References:** WEATHER INFO
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78040561

**Status:** MISASSIGNED
**Extra Status Data:** PENDING APPLICATION DRAWING PAGE DATA
**USPTO Status:** (622) MISASSIGNED SERIAL NUMBER

**Filed:** December 23, 2000
**Misassigned:** December 30, 2000
**Goods - Services:**
 ADVERTISING, BUSINESS MANAGEMENT, BUSINESS ADMINISTRATION, OFFICE FUNCTIONS,
BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND SERVICES,
AUCTION SERVICES, CLASSIFIED ADVERTISING SERVICES, MAIL ORDER SALES, RETAIL STORE
SERVICES, RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK, SALES
PROMOTION FOR OTHERS, BUSINESS INFORMATION SERVICES, RETAIL DEPARTMENT STORES,
RETAIL ON-LINE DEPARTMENT STORES, RETAIL CONVENIENCE STORES, RETAIL ONLINE
CONVENIENCE STORES, COMPUTERIZED ONLINE ORDERING FEATURING GENERAL MERCHANDISE AND
GENERAL CONSUMER GOODS, PROVIDING AN ONLINE COMMERCIAL INFORMATION DIRECTORY,
PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A
GLOBAL COMPUTER NETWORK, DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ONLINE
ELECTRONIC COMMUNICATIONS NETWORK, PROVIDING A SEARCHABLE ONLINE DATABASE FEATURING
GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL
ESTATE AND VEHICLES, PROVIDING A SEARCHABLE ONLINE ADVERTISING GUIDE FEATURING THE
GOODS AND SERVICE OF OTHER ONLINE VENDORS, DATABASE MANAGEMENT SERVICES, COMPUTER
SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES,
ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES, ADDRESSES AND TELEPHONE
NUMBER OF PEOPLE, PLACES AND ORGANIZATIONS, PROVIDING MULTIPLE-USER ACCESS TO A
GLOBAL COMPUTER NETWORK, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING
PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER TERMINALS, PROVIDING AN
INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**, PROVIDING
AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK, PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION, COMPUTER SERVICES NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK, PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK, PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK, INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS,
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)
42  (Scientific, technological and legal services)

**Int'l Class:** 35
**First Used:** September 18, 2000
**In Commerce:** December 23, 2000
**Int'l Class:** 42
**First Used:** September 18, 2000
**In Commerce:** December 23, 2000


        ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78040561                                                    Page 2

**Applicant:**
DOUGLAS DERRICO
1584 RIDGE RD
BELLE VERNON,PA PENNSYLVANIA 15012


END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76179168                                                            Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** Design Only
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** DESIGN ONLY
**Active / Inactive:** Inactive
**Image Available:**Yes

**Serial No.:** 76179168

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** January 3, 2003

**Filed:** December 12, 2000
**Published:** April 9, 2002
**Abandoned:** January 3, 2003
**Allowance Filed:** July 2, 2002
**Goods - Services:**
 PROVIDING REMINDER SERVICES IN THE AREA OF UPCOMING IMPORTANT DATES AND EVENTS;
PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING DIARY, ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER, **TRAVEL PLANNER** AND EVENT SCHEDULER VIA A GLOBAL COMPUTER
NETWORK; COMPUTER SERVICES, NAMELY, PROVIDING CUSTOMIZABLE ELECTRONIC GREETING CARDS
VIA A GLOBAL COMPUTER NETWORK AND COMPUTER CONSULTATION SERVICES

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Owner at Publication:**
ANNAGHDOWN HOLDINGS LIMITED
407 RIDDELL ROAD, GLENDOWIE
AUCKLAND,
NEW ZEALAND
**State of Incorporation or Organization:** NEW ZEALAND
**Entity:** CORPORATION

**Applicant:**
ANNAGHDOWN HOLDINGS LIMITED
407 RIDDELL ROAD, GLENDOWIE
AUCKLAND,
NEW ZEALAND
**State of Incorporation or Organization:** NEW ZEALAND
**Entity:** CORPORATION

**Filing Attorney:**
LOUIS K EBLING

**Filing Correspondent:**
LOUIS K. EBLING
GREENEBAUM DOLL & MCDONALD PLLC
2800 CHEMED CENTER
255 EAST FIFTH STREET

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76179168                                              Page 2

CINCINNATI OH 45202

**Domestic Representative:** FROST BROWN TODD LLC

**Lining - Stippling:** THE MARK IS FILED CLAIMING PALE YELLOW, RED AND DARK RED.  AN
ANTHROPOMORPHIZED BOOK WITH A PALE YELLOW FACE COMPRISES THE DESIGN OF THE MARK.
THE OUTER EDGE OF THE BOOK IS RED.  DARK RED FRAMES THE BOOK'S FACE AND APPEARS
ABOVE THE BOOK'S EYES AND BELOW THE BOOK'S MOUTH. THE CENTRAL PORTION OF EACH OF THE
BOOK'S SHOES IS RED WHILE THE BACK PORTION OF EACH OF THE SHOES IS DARK RED.

**Design Codes:**
020101 MEN
020306 GRO #2:OBJECTS,PLANTS,ETC..FORMING HUMAN BEINGS
040702 OBJECTS OR COMBINATIONS OF OBJECTS REPRESENTING A PERSON
200501 BOOKS
290501 RED OR PINK
290508 YELLOW OR GOLD



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76174393                                                          Page 1


                        TRADEMARKSCAN® - US Federal
                   © 2006 Thomson CompuMark. All rights reserved.

**Mark:** DAIRY SMART.COM MEANS NEVER HAVING TO DAY "DOH"!
**Cross References:** DAIRY SMART COM MEANS NEVER HAVING TO SAY "DOH"!
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Inactive
**Image Available:**Yes


**Serial No.:** 76174393


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (601) ABANDONED-EXPRESS
**USPTO Status Date:** July 11, 2001


**Filed:** December 1, 2000
**Abandoned:** July 11, 2001
**Goods - Services:**
  PERSONAL REMINDER SERVICES; DIARY SERVICES; PROVIDING AN INTERACTIVE DATABASE
FEATURING ADDRESS BOOK, PERSONAL PLANNER, **TRAVEL PLANNER**, DATE REMINDER AND EVENT
SCHEDULER; PROVIDING ELECTRONIC GREETING CARDS, ELECTRONIC MAIL AND ELECTRONIC
GIFTS; ALL THE AFORESAID BEING PROVIDED BY MEANS OF COMPUTER NETWORKS, INCLUDING THE
INTERNET; PROVISION OF INFORMATION VIA THE INTERNET; ADVISORY AND CONSULTANCY
SERVICES RELATING TO ALL THE AFORESAID

**Int'l Class(es):**
42  (Scientific, technological and legal services)



**Applicant:**
ANNAGHDOWN HOLDINGS LIMITED
407 RIDDELL ROAD, GLENDOWIE
AUCKLAND,
NEW ZEALAND
**State of Incorporation or Organization:** NEW ZEALAND
**Entity:** CORPORATION



**Filing Attorney:**
LOUIS K. EBLING

**Filing Correspondent:**
LOUIS K. EBLING
FROST BROWN TODD LLC
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI, OH 45202-4182

**Design Description:** THE MARK IS FILED CLAIMING PALE YELLOW, RED AND DARK RED. THE
WORD, "DIARY," IS DARK RED. AN ANTHROPOMORPHIZED BOOK WITH A PALE YELLOW FACE
COMPRISES THE DESIGN OF THE MARK. THE OUTER EDGE OF THE BOOK IS RED. DARK RED FRAMES
THE BOOK'S FACE AND APPEARS ABOVE THE BOOK'S EYES AND BELOW THE BOOK'S MOUTH. THE
CENTRAL PORTION OF EACH OF THE BOOK'S SHOES IS RED WHILE THE BACK PORTION OF EACH OF
THE SHOES IS DARK RED.
**Design Codes:**

        ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76174393                                          Page 2


040702 OBJECTS OR COMBINATIONS OF OBJECTS REPRESENTING A PERSON
020101 MEN
020306 GRO #2:OBJECTS,PLANTS,ETC..FORMING HUMAN BEINGS
200502 LEDGERS, BINDERS, NOTEBOOKS, AND THE LIKE




END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76172351                                                          Page 1


                        TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** ALOBE
**Mark Type:** TrademarkService Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No


**Serial No.:** 76172351


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** February 8, 2002


**Filed:** November 28, 2000
**Abandoned:** February 8, 2002
**Goods - Services:**
 (INT. CL. 9) COMPUTER SOFTWARE FOR PROVIDING MULTIPLE-USER ACCESS TO COMPUTER
NETWORKS; COMPUTER SOFTWARE FOR SEARCHING AND RETRIEVING TEXT, GRAPHICS, VIDEO,
AUDIO, DATA, INFORMATION, SITES, AND OTHER RESOURCES ON COMPUTER NETWORKS; COMPUTER
SOFTWARE, NAMELY, A DIRECTORY OF INFORMATION, SITES, AND RESOURCES AVAILABLE ON
COMPUTER NETWORKS; COMPUTER SOFTWARE FOR USE IN DISTRIBUTED COMPUTING, MASSIVELY
PARALLEL PROCESSING, PEER TO PEER COMPUTING, COMPUTER NETWORKING, AND COMPUTER
SYSTEM  INTEGRATION
 (INT. CL. 35) DIRECTORY SERVICES TO HELP LOCATE PEOPLE, PLACES, ORGANIZATIONS,
PHONE NUMBERS, HOME PAGES, AND ELECTRONIC MAIL ADDRESSES; PROMOTING THE WEB SITES OF
OTHERS, NAMELY, DISTRIBUTING ADVERTISING FOR OTHERS VIA AN ONLINE  ELECTRONIC
COMMUNICATIONS NETWORK; PROMOTING THE GOODS AND SERVICES OF OTHERS BY PLACING
ADVERTISEMENTS AND PROMOTIONAL DISPLAYS IN AN ELECTRONIC SITE ACCESSED THROUGH
COMPUTER NETWORKS; ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION;
OFFICE FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS
AND SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES;
RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK; SALES
PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL DEPARTMENT STORES;
RETAIL ON-LINE DEPARTMENT STORES; RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED
ON-LINE ORDERING FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING
AN  ON-LINE COMMERCIAL INFORMATION DIRECTORY; PROVIDING A SEARCHABLE DATABASE IN THE
FIELD OF BUSINESS INFORMATION AVAILABLE VIA A GLOBAL COMPUTER NETWORK; PROVIDING AN
INTERACTIVE CATALOG IN THE FIELD OF BUSINESS INFORMATION; PROVIDING A SEARCHABLE
ON-LINE DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES,
INSURANCE, BANKING, REAL ESTATE AND VEHICLES; PROVIDING A SEARCHABLE ON-LINE
ADVERTISING GUIDE FEATURING THE GOODS AND SERVICE OF OTHER ON-LINE VENDORS;
PROVIDING  MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK; ELECTRONIC
TRANSMISSION OF DATA AND DOCUMENTS CONCERNING PERSONAL AND PROFESSIONAL INFORMATION
VIA COMPUTER TERMINALS; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY
UPDATING **TRAVEL  PLANNER**; PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY
UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL
GROUP LINKS ALL VIA A GLOBAL COMPUTER NETWORK PROVIDING TEMPORARY USE OF ON-LINE
NON-DOWNLOADABLE  SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND
EDITING ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION;
COMPUTER SERVICES, NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION,
RESOURCES, AND THE WEBSITES OF  OTHERS ON A GLOBAL COMPUTER NETWORK; PROVIDING A
WIDE RANGE OF GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING
ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER NETWORK
 (INT. CL. 38) ELECTRONIC MAIL SERVICES; INSTANT MESSAGING  SERVICES; DELIVERY OF
MESSAGES BY ELECTRONIC TRANSMISSION; PAGING SERVICES; TELECOMMUNICATIONS SERVICES,
NAMELY, PROVIDING TELEPHONE COMMUNICATIONS VIA COMPUTER NETWORKS; TELECOMMUNICATIONS
SERVICES, NAMELY, BROADCASTING AND DELIVERY OF AUDIO,  VIDEO, AND MULTIMEDIA CONTENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76172351                                                          Page 2

BY MEANS OF RADIO, CELLULAR, AND WIRELESS COMMUNICATION, TELEVISION, CABLE
TELEVISION, CLOSED CIRCUIT, ELECTRONIC COMMUNICATIONS NETWORKS, AND COMPUTER
NETWORKS; ELECTRONIC TRANSMISSION OF DATA, IMAGES, AND DOCUMENTS  VIA COMPUTER
TERMINALS AND NETWORKS; PROVIDING ONLINE FACILITIES SUCH AS CHAT ROOMS FOR REALTIME
INTERACTION WITH OTHER COMPUTER USERS CONCERNING A WIDE VARIETY OF TOPICS OF GENERAL
INTEREST AND FOR PLAYING GAMES; AND BROADCASTING SERVICES, NAMELY,  AUDIO
BROADCASTING, RADIO BROADCASTING, CABLE TELEVISION BROADCASTING, TELEVISION
BROADCASTING, AND VIDEO BROADCASTING
  (INT. CL. 41) PROVIDING ELECTRONIC GAME SERVICES BY MEANS OF A GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE ELECTRONIC  PUBLICATIONS; PUBLICATION OF ELECTRONIC
BOOKS, MUSIC, MAGAZINES, PERIODICALS, NEWSLETTERS, MOVIES, AUDIOVISUAL WORKS, VISUAL
WORKS, AUDIO WORKS, COMPUTER SOFTWARE AND PROGRAMS, VIDEOS AND JOURNALS; PROVIDING
ELECTRONIC BOOKS, MUSIC MAGAZINES,  PERIODICALS, NEWSLETTERS, MOVIES, AUDIOVISUAL
WORKS, VISUAL WORKS, AUDIO WORKS, COMPUTER SOFTWARE AND PROGRAMS, VIDEOS AND
JOURNALS
  (INT. CL. 42) HOSTING CONTENT, WEBSITES AND SOFTWARE APPLICATIONS FOR OTHERS ON A
COMPUTER SERVER FOR A GLOBAL  COMPUTER NETWORK; COMPUTER SERVICES, NAMELY, PROVIDING
MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR THE TRANSFER AND DISSEMINATION OF A
WIDE RANGE OF INFORMATION; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION
VIA COMPUTER NETWORKS;  COMPUTER BULLETIN AND MESSAGE BOARDS IN THE FIELDS OF
GENERAL INTEREST; COMPUTER SERVICES, NAMELY, CREATING INDEXES OF INFORMATION, SITES,
AND OTHER RESOURCES AVAILABLE ON COMPUTER NETWORKS; SEARCHING AND RETRIEVING
INFORMATION, SITES, AND OTHER RESOURCES AVAILABLE ON COMPUTER NETWORKS FOR OTHERS;
PROVIDING AN ONLINE LINK TO NEWS, WEATHER, SPORTS, CURRENT EVENTS, AND REFERENCE
MATERIALS

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
38 (Communication)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)


**Applicant:**
ALOBE CORPORATION
304 EAST DANIEL
NO. 702
CHAMPAIGN,IL ILLINOIS 61820
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Filing Attorney:**
MARK K SURI
**Reference No.:** 8837


**Filing Correspondent:**
MARK K SURI
MUCH SHELIST
200 N LASALLE ST STE 2100
CHICAGO IL 60601-1026

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78033556                                                          Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** VENTARIS
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:** No

**Serial No.:** 78033556

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** May 1, 2005

**Filed:** November 2, 2000
**Published:** February 5, 2002
**Abandoned:** May 1, 2005
**Extension Approved:** September 24, 2004
**Allowance Filed:** April 30, 2002
**Goods - Services:**
 (INT. CL. 35) PROVIDING INFORMATION IN CONNECTION WITH AUTOMOBILES SALES AND
ENABLING CUSTOMERS TO MAKE PURCHASES OF AUTOMOBILES BY MEANS OF A GLOBAL COMPUTER
NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE; CREATING, MAINTAINING AND
PROVIDING A COMPUTERIZED DATABASE IN THE FIELD OF AUTOMOBILE SALES; ONLINE TICKET
AGENCY SERVICES FOR SPORTING EVENTS, MUSICAL CONCERTS AND OTHER ENTERTAINMENT EVENTS
MEANS OF A GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE;
COMPUTERIZED ON-LINE SEARCH AND ORDERING SERVICES FEATURING WHOLESALE, RETAIL AND
DISTRIBUTORSHIP SERVICES IN THE FIELDS OF BOOKS, MUSIC, MOTION PICTURES, MULTIMEDIA
PRODUCTS AND COMPUTER SOFTWARE IN THE FORMS OF PRINTED BOOKS, AUDIOCASSETTES,
VIDEOCASSETTES, COMPACT DISCS, FLOPPY DISKS, CD ROMS AND DIRECT DIGITAL
TRANSMISSION; RETAIL DEPARTMENT STORES; RETAIL ON-LINE DEPARTMENT STORES; RETAIL
CONVENIENCE STORES; RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING
SERVICES FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS; COMMERCIAL
INFORMATION AGENCY; PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS
INFORMATION AVAILABLE VIA A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING
FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; ADVERTISING THE GOODS
AND SERVICES OF OTHERS ON-LINE VENDORS BY MEANS OF A SEARCHABLE ON-LINE ADVERTISING
GUIDE; ADVERTISING, NAMELY, ADVERTISING AND PROMOTING THE GOODS AND SERVICES OF
OTHERS; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; INTERMEDIARY SERVICES FOR THE
SALE AND PURCHASE OF GOODS AND SERVICES OF OTHERS; AUCTION SERVICES; PROVIDING
CLASSIFIED ADVERTISING APACE IN PERIODICALS; DISSEMINATION OF CLASSIFIED ADVERTISING
FOR OTHERS VIA A GLOBAL COMPUTER NETWORK; MAIL ORDER SERVICES FEATURING BOOKS,
CLOTHING, SHOES, CONSUMER ELECTRONIC PRODUCTS, TOYS, FOODS, BEVERAGES, PHONE
RECORDS, VIDEOS, TAPES, COMPACT DISCS, COMPUTER SOFTWARE, LINENS, JEWELRY,
FURNITURE, MEDICINES; RETAIL STORE SERVICES FEATURING BOOKS, CLOTHING, SHOES,
CONSUMER ELECTRONIC PRODUCTS, TOYS, FOODS, BEVERAGES, PHONE RECORDS, VIDEOS, TAPES,
COMPACT DISCS, COMPUTER SOFTWARE, LINENS, JEWELRY, FURNITURE, MEDICINES; ON-LINE
RETAIL STORE SERVICES FEATURING BOOKS, CLOTHING, SHOWERS, CONSUMER ELECTRONIC
PRODUCTS, TOYS, FOODS, BEVERAGES, PHONE RECORDS, VIDEOS, TAPES, COMPACT DISCS,
COMPUTER SOFTWARE, LINENS, JEWELRY, FURNITURE, MEDICINES; ADVERTISING SERVICES,
NAMELY, PROVIDING A SEARCHABLE DATABASE FEATURING THE GOODS AND SERVICES OF OTHERS
IN THE FIELD OF FINANCE INSURANCE, BANKING, REAL ESTATE AND VEHICLES; AUCTIONEERING;
AUTOMATED AND COMPUTERIZED TRADING OF GOODS AND SERVICES FOR OTHERS PROVIDED OVER A
GLOBAL COMMUNICATION INFORMATION NETWORK
 (INT. CL. 36) PROVIDING INFORMATION ABOUT INSURANCE BY MEANS OF A GLOBAL COMPUTER
NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE; INSURANCE BROKERAGE BY MEANS OF
A GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE
 (INT. CL. 38) PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER INFORMATION


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78033556                                                                    Page 2

NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS VIA COMPUTER TERMINALS
CONCERNING PERSONAL AND PROFESSIONAL INFORMATION
  (INT. CL. 41) ARRANGING FOR TICKET RESERVATIONS FOR SHOWS AND OTHERS ENTERTAINMENT
EVENTS BY MEANS OF A GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND
FACSIMILE
  (INT. CL. 42) COMPUTER SERVICES, NAMELY, PROVIDING AN ON-LINE COMMERCIAL
INFORMATION DIRECTORY; COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR
TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE
ADDRESSES FOR PEOPLE, PLACES AND ORGANIZATIONS; PROVIDING AN INTERACTIVE DATABASE
FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER,
**TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS, ALL VIA A GLOBAL COMPUTER
NETWORK; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR EVENT
SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER PERSONAL
AND PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY, PROVIDING SEARCH
ENGINES FOR LOCATING INFORMATION, RESOURCES AND THE WEBSITES OF OTHERS ON A GLOBAL
COMPUTER NETWORK; COMPUTER SERVICES, NAMELY, PROVIDING DATABASES FEATURING GENERAL
AND LOCAL NEWS, AND INFORMATION OF INTEREST TO SPECIFIC GEOGRAPHIC AREAS

**Int'l Class(es):**
35 (Advertising and Business Services)
36 (Insurance and Financial Services)
38 (Communication)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)


**Owner at Publication:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION


**Applicant:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION


**Filing Attorney:**
FRANK L. POLITANO
**Reference No.:** FLP/SMT/WIRE


**Filing Correspondent:**
FRANK L. POLITANO
AT&T CORP.
3A249
ONE AT&T WAY P.O. BOX 752
BEDMINSTER NJ 07921752

**Event History:**
  OCTOBER 03, 2005 ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED
  SEPTEMBER 30, 2005 ABANDONMENT - NO USE STATEMENT FILED
  SEPTEMBER 24, 2004 EXTENSION 5 GRANTED
  SEPTEMBER 15, 2004 EXTENSION 5 FILED
  SEPTEMBER 15, 2004 TEAS EXTENSION RECEIVED
  JULY 22, 2004 CASE FILE IN TICRS
  MARCH 10, 2004 EXTENSION 4 GRANTED

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
MARCH 01, 2004 EXTENSION 4 FILED
MARCH 01, 2004 TEAS EXTENSION RECEIVED
OCTOBER 01, 2003 PAPER RECEIVED
SEPTEMBER 24, 2003 EXTENSION 3 GRANTED
SEPTEMBER 17, 2003 EXTENSION 3 FILED
SEPTEMBER 17, 2003 TEAS EXTENSION RECEIVED
MAY 27, 2003 EXTENSION 2 GRANTED
APRIL 21, 2003 EXTENSION 2 FILED
APRIL 21, 2003 TEAS EXTENSION RECEIVED
JANUARY 05, 2003 TEAS CHANGE OF CORRESPONDENCE RECEIVED
NOVEMBER 18, 2002 EXTENSION 1 GRANTED
OCTOBER 28, 2002 EXTENSION 1 FILED
OCTOBER 28, 2002 TEAS EXTENSION RECEIVED
OCTOBER 21, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
APRIL 30, 2002 NOTICE OF ALLOWANCE-MAILED
FEBRUARY 05, 2002 PUBLISHED FOR OPPOSITION
JANUARY 16, 2002 NOTICE OF PUBLICATION
SEPTEMBER 20, 2001 APPROVED FOR PUB - PRINCIPAL REGISTER
MAY 22, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
APRIL 02, 2001 NON-FINAL ACTION MAILED

END OF DOCUMENT
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78033585                                                        Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** IDESTON
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78033585

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** March 27, 2005

**Filed:** November 2, 2000
**Published:** January 1, 2002
**Abandoned:** March 27, 2005
**Extension Approved:** September 23, 2004
**Allowance Filed:** March 26, 2002
**Goods - Services:**
  (INT. CL. 36) SECURING PAYMENT IN CONNECTION WITH TRANSPORTATION BOOKINGS, RENTAL
OF HOUSING
  (INT. CL. 39) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TRANSPORTATION; PROVIDING INFORMATION IN CONNECTION WITH TRANSPORTATION BOOKINGS BY
ELECTRONIC MEANS VIA A ONLINE COMPUTER NETWORK, MAIL, COURIER, TELEPHONE AND
FACSIMILE; PROVIDING AND RELAYING INFORMATION IN CONNECTION WITH TRANSPORTATION
BOOKINGS BY ELECTRONIC DATA BASE; TRANSPORT, PACKAGING AND STORAGE OF GOODS; TRAVEL
CLUBS; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL
PLANNER**; WRAPPING SERVICES FOR PROTECTION DURING TRANSPORTATION; SHIPPING AND
DELIVERY OF GOODS VIA A TRUCK, SHIP, PLANE AND CAR; DELIVERY SERVICES, NAMELY,
DELIVERY OF PARCELS, DOCUMENTS, FURNITURE, APPLIANCES, HARDWARE, CLOTHING, SHOES,
ELECTRONIC PRODUCTS, FOOD BEVERAGES, AND GIFT BASKETS; MESSENGER SERVICES; PACKAGING
OF ARTICLES FOR TRANSPORTATION; RENTAL SERVICES, NAMELY, RENTAL OF MAIL BOXES
  (INT. CL. 42) GIFT WRAPPING; CREATING AND MAINTAINING AN ELECTRONIC DATA BASE
FEATURING TRANSPORTATION BOOKING INFORMATION, RENTAL SERVICES, NAMELY, RENTAL OF
FURNITURE, HOUSEHOLD APPLIANCES, HARDWARE TOOLS, CLOTHING, AND FURS

**Int'l Class(es):**
36 (Insurance and Financial Services)
39 (Transportation and Storage Services)
42  (Scientific, technological and legal services)


**Owner at Publication:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


**Applicant:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** NEW YORK

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78033585                                                      Page 2


**Entity:** CORPORATION


**Filing Attorney:**
FRANK L. POLITANO
**Reference No.:** FLP/SMT/WIRE


**Filing Correspondent:**
FRANK L. POLITANO
AT&T CORP.
ROOM 3A249
ONE AT&T WAY P.O BOX 752
BEDMINSTER NJ 07921752

**Event History:**
  JUNE 10, 2005 ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED
  JUNE 10, 2005 ABANDONMENT - NO USE STATEMENT FILED
  SEPTEMBER 23, 2004 EXTENSION 5 GRANTED
  SEPTEMBER 14, 2004 EXTENSION 5 FILED
  SEPTEMBER 14, 2004 TEAS EXTENSION RECEIVED
  JULY 21, 2004 CASE FILE IN TICRS
  MARCH 10, 2004 EXTENSION 4 GRANTED
  MARCH 01, 2004 EXTENSION 4 FILED
  MARCH 01, 2004 TEAS EXTENSION RECEIVED
  OCTOBER 01, 2003 EXTENSION 3 GRANTED
  SEPTEMBER 24, 2003 EXTENSION 3 FILED
  SEPTEMBER 24, 2003 TEAS EXTENSION RECEIVED
  MAY 16, 2003 EXTENSION 2 GRANTED
  MARCH 17, 2003 EXTENSION 2 FILED
  MARCH 17, 2003 TEAS EXTENSION RECEIVED
  JANUARY 01, 2003 TEAS CHANGE OF CORRESPONDENCE RECEIVED
  SEPTEMBER 13, 2002 EXTENSION 1 GRANTED
  SEPTEMBER 13, 2002 EXTENSION 1 FILED
  OCTOBER 02, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
  SEPTEMBER 30, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
  SEPTEMBER 13, 2002 TEAS EXTENSION RECEIVED
  MARCH 26, 2002 NOTICE OF ALLOWANCE-MAILED
  JANUARY 01, 2002 PUBLISHED FOR OPPOSITION
  DECEMBER 12, 2001 NOTICE OF PUBLICATION
  OCTOBER 16, 2001 APPROVED FOR PUB - PRINCIPAL REGISTER
  OCTOBER 16, 2001 EXAMINERS AMENDMENT MAILED
  AUGUST 07, 2001 EXAMINERS AMENDMENT E-MAILED
  JUNE 27, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
  APRIL 09, 2001 NON-FINAL ACTION MAILED
  MARCH 28, 2001 ASSIGNED TO EXAMINER


END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78033534                                                              Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** QUOVATION
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78033534

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** June 12, 2004

**Filed:** November 2, 2000
**Published:** September 18, 2001
**Abandoned:** June 12, 2004
**Extension Approved:** December 8, 2003
**Allowance Filed:** December 11, 2001
**Goods - Services:**
 (INT. CL. 35) PROVIDING INFORMATION IN CONNECTION WITH AUTOMOBILE SALES AND
ENABLING CUSTOMERS TO MAKE PURCHASES OF AUTOMOBILES BY MEANS OF A GLOBAL COMPUTER
NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE; ONLINE TICKET AGENCY SERVICES
FOR SPORTING EVENTS, MUSICAL CONCERTS AND OTHER ENTERTAINMENT EVENTS BY MEANS OF A
GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE; COMPUTERIZED ON-
LINE SEARCH AND ORDERING SERVICES FEATURING WHOLESALE, RETAIL AND DISTRIBUTORSHIP
SERVICES IN THE FIELDS OF BOOKS, MUSIC, MOTION PICTURES, MULTIMEDIA PRODUCTS AND
COMPUTER SOFTWARE IN THE FORMS OF PRINTED BOOKS, AUDIOCASSETTES, VIDEOCASSETTES,
COMPACT DISCS, FLOPPY DISKS, CD ROMS AND DIRECT DIGITAL TRANSMISSION; RETAIL
DEPARTMENT STORES; RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES;
RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING SERVICES FEATURING
GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS; COMMERCIAL INFORMATION AGENCY;
PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A
GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE
ELECTRONIC COMMUNICATIONS NETWORK; ADVERTISING THE GOODS AND SERVICES OF OTHER ON -
LINE VENDORS BY MEANS OF A SEARCHABLE ON-LINE ADVERTISING GUIDE; ADVERTISING,
NAMELY, ADVERTISING AND PROMOTING THE GOODS AND SERVICES OF OTHERS; BUSINESS
MANAGEMENT; BUSINESS ADMINISTRATION; BUSINESS BROKERAGE, NAMELY, INTERMEDIARY
SERVICES FOR THE SALE AND PURCHASE OF GOODS AND SERVICES OF OTHERS AUCTION SERVICES;
PROVIDING CLASSIFIED ADVERTISING SPACE IN PERIODICALS; DISSEMINATION OF CLASSIFIED
ADVERTISING FOR OTHERS VIA A GLOBAL COMPUTER NETWORK; MAIL ORDER SERVICES FEATURING
BOOKS, CLOTHING, SHOES, CONSUMER ELECTRONIC PRODUCTS, TOYS, FOODS, BEVERAGES, PHONE
RECORDS, VIDEOTAPES, COMPACT DISCS, COMPUTER SOFTWARE, LINENS, JEWELRY, FURNITURE,
MEDICINES; RETAIL STORE SERVICES FEATURING BOOKS, CLOTHING, SHOES, CONSUMER
ELECTRONIC PRODUCTS, TOYS, FOODS, BEVERAGES, PHONE RECORDS, VIDEOTAPES, COMPACT
DISCS, COMPUTER SOFTWARE, LINENS, JEWELRY, FURNITURE, MEDICINES; ON-LINE RETAIL
STORE SERVICES FEATURING BOOKS, CLOTHING, SHOES,CONSUMER ELECTRONIC PRODUCTS, TOYS,
FOODS, BEVERAGES, PHONE RECORDS, VIDEOS, TAPES, COMPACT DISCS, COMPUTER SOFTWARE,
LINENS, JEWELRY, FURNITURE, MEDICINES; ADVERTISING SERVICES, NAMELY, PROVIDING A
SEARCHABLE DATABASE FEATURING THE GOODS AND SERVICES OF OTHERS IN THE FIELD OF
FINANCE, INSURANCE, BANKING, REAL ESTATE AND VEHICLES; AUCTIONEERING; AUTOMATED AND
COMPUTERIZED TRADING OF GOODS AND SERVICES FOR OTHERS PROVIDED OVER A GLOBAL
COMMUNICATION INFORMATION NETWORK; COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES
FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME
PAGE ADDRESSES FOR PEOPLE, PLACES AND ORGANIZATIONS; PROVIDING AN ON-LINE
INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK,
PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP LINKS, ALL VIA A
GLOBAL COMPUTER

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(INT. CL. 36) PROVIDING INFORMATION ABOUT INSURANCE BY MEANS OF A GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE INSURANCE BROKERAGE BY MEANS OF A GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCE, INSURANCE, BANKING, REAL ESTATE AND VEHICLE FINANCING
  (INT. CL. 38) PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS VIA COMPUTER TERMINALS CONCERNING PERSONAL AND PROFESSIONAL INFORMATION
  (INT. CL. 39) PROVIDING AN ON-LINE INTERACTIVE COMPUTER DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**
  (INT. CL. 41) ARRANGING FOR TICKET RESERVATIONS FOR SHOWS AND OTHER ENTERTAINMENT EVENTS BY MEANS OF A GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE (INT.  CL. 42) PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER NETWORK; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES AND THE WEBSITES OF OTHERS ON A GLOBAL COMPUTER NETWORK; CREATING, MAINTAINING AND PROVIDING A COMPUTERIZED DATABASE IN THE FIELD OF AUTOMOBILE SALES

**Int'l Class(es):**
35 (Advertising and Business Services)
36 (Insurance and Financial Services)
38 (Communication)
39 (Transportation and Storage Services)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)


**Owner at Publication:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


**Applicant:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


**Filing Attorney:**
FRANK L. POLITANO
**Reference No.:** FLP/SMT/WIRE


**Filing Correspondent:**
FRANK L. POLITANO
AT&T CORP.
3A249
900 ROUTE 202/206N PO BOX 752
BEDMINSTER NJ 07921752

**Event History:**
 AUGUST 12, 2004 ABANDONMENT - NO USE STATEMENT FILED
 JULY 16, 2004 CASE FILE IN TICRS
 DECEMBER 08, 2003 EXTENSION 4 GRANTED
 NOVEMBER 25, 2003 EXTENSION 4 FILED

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
NOVEMBER 25, 2003 TEAS EXTENSION RECEIVED
JUNE 06, 2003 EXTENSION 3 GRANTED
MAY 30, 2003 EXTENSION 3 FILED
MAY 29, 2003 TEAS EXTENSION RECEIVED
FEBRUARY 05, 2003 EXTENSION 2 GRANTED
DECEMBER 06, 2002 EXTENSION 2 FILED
DECEMBER 06, 2002 TEAS EXTENSION RECEIVED
OCTOBER 14, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
JUNE 14, 2002 EXTENSION 1 GRANTED
JUNE 03, 2002 EXTENSION 1 FILED
JUNE 03, 2002 TEAS EXTENSION RECEIVED
DECEMBER 11, 2001 NOTICE OF ALLOWANCE-MAILED
SEPTEMBER 18, 2001 PUBLISHED FOR OPPOSITION
AUGUST 29, 2001 NOTICE OF PUBLICATION
JULY 11, 2001 APPROVED FOR PUB - PRINCIPAL REGISTER
JULY 10, 2001 EXAMINERS AMENDMENT MAILED
JULY 06, 2001 EXAMINERS AMENDMENT MAILED
JULY 05, 2001 ASSIGNED TO EXAMINER
MAY 22, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
APRIL 11, 2001 NON-FINAL ACTION MAILED
MARCH 28, 2001 ASSIGNED TO EXAMINER

END OF DOCUMENT
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78033580                                                              Page 1


                        TRADEMARKSCAN® - US Federal
                   © 2006 Thomson CompuMark. All rights reserved.

**Mark:** IDESTON
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78033580

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** April 3, 2005

**Filed:** November 2, 2000
**Published:** January 8, 2002
**Abandoned:** April 3, 2005
**Extension Approved:** September 23, 2004
**Allowance Filed:** April 2, 2002
**Goods - Services:**
  (INT. CL. 35) PROVIDING INFORMATION IN CONNECTION WITH AUTOMOBILE SALES AND
ENABLING CUSTOMERS TO MAKE PURCHASES OF AUTOMOBILES BY MEANS OF A GLOBAL COMPUTER
NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE CREATING, MAINTAINING AND
PROVIDING A COMPUTERIZED DATABASE IN THE FIELD OF AUTOMOBILE SALES ONLINE TICKET
AGENCY SERVICES FOR SPORTING EVENTS, MUSICAL CONCERTS AND OTHER ENTERTAINMENT EVENTS
BY MEANS OF A GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE
COMPUTERIZED ON-LINE SEARCH AND ORDERING SERVICES FEATURING WHOLESALE, RETAIL AND
DISTRIBUTORSHIP SERVICES IN THE FIELDS OF BOOKS, MUSIC, MOTION PICTURES, MULTIMEDIA
PRODUCTS AND COMPUTER SOFTWARE IN THE FORMS OF PRINTED BOOKS, AUDIOCASSETTES,
VIDEOCASSETTES, COMPACT DISCS, FLOPPY DISKS, CD ROMS AND DIRECT DIGITAL TRANSMISSION
RETAIL DEPARTMENT STORES RETAIL ON-LINE DEPARTMENT STORES RETAIL CONVENIENCE STORES
RETAIL ON-LINE CONVENIENCE STORES COMPUTERIZED ON-LINE ORDERING SERVICES FEATURING
GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS COMMERCIAL INFORMATION AGENCY
PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A
GLOBAL COMPUTER NETWORK DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE
ELECTRONIC COMMUNICATIONS NETWORK ADVERTISING THE GOODS AND SERVICES OF OTHER ON-
LINE VENDORS BY MEANS OF A SEARCHABLE ON-LINE ADVERTISING GUIDE ADVERTISING, NAMELY,
ADVERTISING AND PROMOTING THE GOODS AND SERVICES OF OTHERS BUSINESS MANAGEMENT
BUSINESS ADMINISTRATION INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND
SERVICES OF OTHERS AUCTION SERVICES PROVIDING CLASSIFIED ADVERTISING SPACE IN
PERIODICALS DISSEMINATION OF CLASSIFIED ADVERTISING FOR OTHERS VIA A GLOBAL COMPUTER
NETWORK MAIL ORDER SERVICES FEATURING BOOKS, CLOTHING, SHOES, CONSUMER ELECTRONIC
PRODUCTS, TOYS, FOODS, BEVERAGES, PHONE RECORDS, VIDEOS,TAPES, COMPACT DISCS,
COMPUTER SOFTWARE, LINENS, JEWELRY, FURNITURE,MEDICINES RETAIL STORE SERVICES
FEATURING BOOKS, CLOTHING, SHOES, CONSUMER ELECTRONIC PRODUCTS, TOYS, FOODS,
BEVERAGES, PHONE RECORDS, VIDEOS, TAPES, COMPACT DISCS, COMPUTER SOFTWARE, LINENS,
JEWELRY, FURNITURE, MEDICINES ON-LINE RETAIL STORE SERVICES FEATURING BOOKS,
CLOTHING, SHOES,CONSUMER ELECTRONIC PRODUCTS, TOYS, FOODS, BEVERAGES, PHONE RECORDS,
VIDEOS, TAPES, COMPACT DISCS, COMPUTER SOFTWARE, LINENS, JEWELRY, FURNITURE,
MEDICINES ADVERTISING SERVICES, NAMELY, PROVIDING A SEARCHABLE DATABASE FEATURING
THE GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCE, INSURANCE, BANKING, REAL
ESTATE AND VEHICLES AUCTIONEERING AUTOMATED AND COMPUTERIZED TRADING OF GOODS AND
SERVICES FOR OTHERS PROVIDED OVER A GLOBAL COMMUNICATION INFORMATION NETWORK
  (INT. CL. 36) PROVIDING INFORMATION ABOUT INSURANCE BY MEANS OF A GLOBAL COMPUTER
NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE INSURANCE BROKERAGE BY MEANS OF A
GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND FACSIMILE PROVIDING A
SEARCHABLE ON-LINE DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF
FINANCE, INSURANCE, BANKING, REAL ESTATE AND VEHICLE FINANCING


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78033580                                                      Page 2

   (INT. CL. 38) PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER INFORMATION
NETWORK ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS VIA COMPUTER TERMINALS
CONCERNING PERSONAL AND PROFESSIONAL INFORMATION
   (INT. CL. 41) ARRANGING FOR TICKET RESERVATIONS FOR SHOWS AND OTHER ENTERTAINMENT
EVENTS BY MEANS OF A GLOBAL COMPUTER NETWORK, BY MAIL, COURIER, TELEPHONE AND
FACSIMILE (INT.  CL. 42) COMPUTER SERVICES, NAMELY, PROVIDING AN ON-LINE COMMERCIAL
INFORMATION DIRECTORY COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE
NUMBERS, BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES
FOR PEOPLE, PLACES AND ORGANIZATIONS PROVIDING AN INTERACTIVE DATABASE FEATURING
AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER, **TRAVEL
PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS, ALL VIA A GLOBAL COMPUTER NETWORK;
PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER NETWORK PROVIDING
TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR
MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL
CONTACT INFORMATION COMPUTER SERVICES, NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING
INFORMATION, RESOURCES AND THE WEBSITES OF OTHERS ON A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
35 (Advertising and Business Services)
36 (Insurance and Financial Services)
38 (Communication)
41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)


**Owner at Publication:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


**Applicant:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


**Filing Attorney:**
FRANK L. POLITANO
**Reference No.:** FLP/SMT/WIRE


**Filing Correspondent:**
FRANK L. POLITANO
AT&T CORP.
ROOM 3A249
ONE AT&T WAY P.O BOX 752
BEDMINSTER NJ 07921752

**Event History:**
 JUNE 10, 2005 ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED
 JUNE 10, 2005 ABANDONMENT - NO USE STATEMENT FILED
 SEPTEMBER 23, 2004 EXTENSION 5 GRANTED
 SEPTEMBER 13, 2004 EXTENSION 5 FILED
 SEPTEMBER 13, 2004 TEAS EXTENSION RECEIVED
 JULY 22, 2004 CASE FILE IN TICRS
 MARCH 19, 2004 EXTENSION 4 GRANTED
 MARCH 09, 2004 EXTENSION 4 FILED

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
MARCH 09, 2004 TEAS EXTENSION RECEIVED
SEPTEMBER 26, 2003 EXTENSION 3 GRANTED
SEPTEMBER 18, 2003 EXTENSION 3 FILED
SEPTEMBER 18, 2003 TEAS EXTENSION RECEIVED
MAY 16, 2003 EXTENSION 2 GRANTED
MARCH 19, 2003 EXTENSION 2 FILED
MARCH 19, 2003 TEAS EXTENSION RECEIVED
JANUARY 01, 2003 TEAS CHANGE OF CORRESPONDENCE RECEIVED
SEPTEMBER 30, 2002 EXTENSION 1 GRANTED
SEPTEMBER 30, 2002 EXTENSION 1 FILED
OCTOBER 02, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
SEPTEMBER 30, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
SEPTEMBER 30, 2002 TEAS EXTENSION RECEIVED
SEPTEMBER 27, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
APRIL 02, 2002 NOTICE OF ALLOWANCE-MAILED
JANUARY 08, 2002 PUBLISHED FOR OPPOSITION
DECEMBER 19, 2001 NOTICE OF PUBLICATION
OCTOBER 12, 2001 APPROVED FOR PUB - PRINCIPAL REGISTER
MAY 22, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
APRIL 16, 2001 NON-FINAL ACTION MAILED
MARCH 28, 2001 ASSIGNED TO EXAMINER

END OF DOCUMENT
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78033561                                                           Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** VENTARIS
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78033561

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** November 28, 2005

**Filed:** November 2, 2000
**Published:** March 4, 2003
**Abandoned:** November 28, 2005
**Extension Approved:** September 24, 2004
**Allowance Filed:** May 27, 2003
**Goods - Services:**
  (INT. CL. 35) PACKAGING ARTICLES TO THE ORDER AND SPECIFICATION OF OTHERS
  (INT. CL. 36) ELECTRONIC PROCESSING AND TRANSMISSION OF PAYMENT DATA IN CONNECTION
WITH TRANSPORTATION BOOKINGS; RENTAL SERVICES, NAMELY, APARTMENTS
  (INT. CL. 39) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR
TRANSPORTATION; PROVIDING INFORMATION IN CONNECTION WITH TRANSPIRATION BOOKINGS BY
ELECTRONIC MEANS VIA AN ONLINE COMPUTER NETWORK, MAIL, COURIER, TELEPHONE AND
FACSIMILE; PROVIDING AN ON-LINE COMPUTER DATABASE IN THE FIELD OF TRANSPORTATION
BOOKINGS; TRANSPORT, PACKAGING AND STORAGE OF GOODS, NAMELY, FURNITURE, APPLIANCES,
HARDWARE, CLOTHING, SHOES, AND ELECTRONIC PRODUCTS; TRAVEL CLUBS; GIFT DELIVERY;
WRAPPING SERVICES; PACKAGING ARTICLES FOR TRANSPORTATION; RENTAL OF MAIL BOXES
  (INT. CL. 42) TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR
TEMPORARY LODGING; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY
UPDATING **TRAVEL PLANNER**; GIFT WRAPPING; RENTAL SERVICES, NAMELY, RENTAL OF
FURNITURE, ROOMS, APPLIANCES, CLOTHING, FURS, COMPUTERS AND COMPUTER HARDWARE

**Int'l Class(es):**
35 (Advertising and Business Services)
36 (Insurance and Financial Services)
39 (Transportation and Storage Services)
42  (Scientific, technological and legal services)

**Owner at Publication:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION

**Applicant:**
AT&T CORP.
32 AVENUE OF THE AMERICAS
NEW YORK,NY NEW YORK 10013-2412
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78033561                                                          Page 2


**Filing Attorney:**
FRANK L. POLITANO
**Reference No.:** FLP/SMT/WIRE


**Filing Correspondent:**
FRANK L. POLITANO
AT&T CORP.
3A249
ONE AT&T WAY P.O. BOX 752
BEDMINSTER NJ 07921752

**Event History:**
 FEBRUARY 01, 2006 ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED
 FEBRUARY 01, 2006 ABANDONMENT - NO USE STATEMENT FILED
 JUNE 01, 2005 EXTENSION 4 GRANTED
 MAY 16, 2005 EXTENSION 4 FILED
 MAY 16, 2005 TEAS EXTENSION RECEIVED
 SEPTEMBER 24, 2004 EXTENSION 3 GRANTED
 SEPTEMBER 15, 2004 EXTENSION 3 FILED
 SEPTEMBER 15, 2004 TEAS EXTENSION RECEIVED
 MAY 06, 2004 EXTENSION 2 GRANTED
 APRIL 27, 2004 EXTENSION 2 FILED
 MAY 04, 2004 CASE FILE IN TICRS
 APRIL 27, 2004 TEAS EXTENSION RECEIVED
 SEPTEMBER 16, 2003 EXTENSION 1 GRANTED
 SEPTEMBER 16, 2003 EXTENSION 1 FILED
 SEPTEMBER 16, 2003 TEAS EXTENSION RECEIVED
 MAY 27, 2003 NOTICE OF ALLOWANCE-MAILED
 MARCH 04, 2003 PUBLISHED FOR OPPOSITION
 FEBRUARY 12, 2003 NOTICE OF PUBLICATION
 JANUARY 06, 2003 APPROVED FOR PUB - PRINCIPAL REGISTER
 JANUARY 05, 2003 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 NOVEMBER 13, 2002 CORRESPONDENCE RECEIVED IN LAW OFFICE
 NOVEMBER 13, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 NOVEMBER 13, 2002 TEAS RESPONSE TO OFFICE ACTION RECEIVED
 JULY 02, 2002 FINAL REFUSAL MAILED
 JUNE 27, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
 APRIL 02, 2001 NON-FINAL ACTION MAILED

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76149843                                                          Page 1


                         TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** DIARYSMART
**Cross References:** DIARY SMART
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

 **Serial No.:** 76149843


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** January 3, 2003


**Filed:** October 19, 2000
**Published:** April 9, 2002
**Abandoned:** January 3, 2003
**Allowance Filed:** July 2, 2002
**Goods - Services:**
 PROVIDING REMINDER SERVICES IN THE AREA OF UPCOMING IMPORTANT DATES AND EVENTS;
PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING DIARY, ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER, **TRAVEL PLANNER** AND EVENT SCHEDULER VIA A GLOBAL COMPUTER
NETWORK; COMPUTER SERVICES, NAMELY, PROVIDING CUSTOMIZABLE ELECTRONIC GREETING CARDS
VIA A GLOBAL COMPUTER NETWORK AND COMPUTER CONSULTATION SERVICES

**Int'l Class(es):**
42  (Scientific, technological and legal services)



**Owner at Publication:**
ANNAGHDOWN HOLDINGS LIMITED
407 RIDDELL ROAD
GLENDOWIE
AUCKLAND,
NEW ZEALAND
**State of Incorporation or Organization:** NEW ZEALAND
**Entity:** CORPORATION


**Applicant:**
ANNAGHDOWN HOLDINGS LIMITED
407 RIDDELL ROAD
GLENDOWIE
AUCKLAND,
NEW ZEALAND
**State of Incorporation or Organization:** NEW ZEALAND
**Entity:** CORPORATION



**Filing Attorney:**
LOUIS K. EBLING

**Filing Correspondent:**
LOUIS K. EBLING


        ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76149843                                                    Page 2


GREENEBAUM DOLL & MCDONALD PLLC
2800 CHEMED CENTER
255 EAST FIFTH STREET
CINCINNATI OH 45202

**Domestic Representative:** FROST BROWN TODD LLC

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78026366                                                                    Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** SEX.SITE
**Cross References:** SEX SITE
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78026366

**Status:** MISASSIGNED
**Extra Status Data:** PENDING APPLICATION DRAWING PAGE DATA
**USPTO Status:** (622) MISASSIGNED SERIAL NUMBER

**Filed:** September 18, 2000
**Misassigned:** October 16, 2000
**Goods - Services:**
 ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS;
BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND SERVICES;
AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES; RETAIL STORE
SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETOWRK; SALES
PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL CONVENIENCE STORES;
RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL
MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION
DIRECTORY; PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION
AVAILABLE VIA A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA
AN ONLINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ONLINE DATABASE
FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE,BANKING,
REAL ESTATE AND VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE FEATURING
THE GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES;
COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS
ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES, ADDRESSES AND
TELEPHONE NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER
ACCESS TO A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS
CONCERNING PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER TERMINALS; PROVIDING
AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**;
PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK,
PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL VIA A
GLOBAL COMPUTER NETWORK. PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE
SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS
AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY,
PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF
OTHERS ON A GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST
INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A
GLOBAL COMPUTER NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES
OF OTHERS; SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART.

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
JEREMY C. ADRIAN
SUITE 3
251 JEANELL DR.
CARSON CITY,NV NEVADA 89703


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78026366

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78026358                                                          Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** SEX.LTD
**Cross References:** SEX LTD
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No


**Serial No.:** 78026358


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** November 12, 2001


**Filed:** September 18, 2000
**Abandoned:** November 12, 2001
**Goods - Services:**
 IC 035. US 100 101 102. G & S: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS
ADMINISTRATION; OFFICE FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND
PURCHASE OF GOODS AND SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES;
MAIL ORDER  SALES; RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF
A GLOBAL COMPUTER NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION
SERVICES; RETAIL CONVENIENCE STORES; RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED
ON-LINE  ORDERING FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY; PROVIDING A SEARCHABLE
DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A GLOBAL COMPUTER
NETWORK; DISSEMINATION OF  ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC
COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING GOODS AND
SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL ESTATE AND
VEHICLES; PROVIDING A SEARCHABLE  ON-LINE ADVERTISING GUIDE FEATURING THE GOODS AND
SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER SERVICES,
NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC
MAIL ADDRESSES, NETWORK HOME  PAGE ADDRESSES, ADDRESSES AND TELEPHONE NUMBER OF
PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL
COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING PERSONAL
AND PROFESSIONAL INFORMATION VIA  COMPUTER TERMINALS; PROVIDING AN INTERACTIVE
DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING AN
INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL  GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK. PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER  SERVICES, NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)



**Applicant:**
ADRIAN, JEREMY C.
251 JEANELL DR., SUITE 3
CARSON CITY,NV NEVADA 89703

                   ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78026358                                                          Page 2

**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL

**Filing Correspondent:**
JEREMY C. ADRIAN
251 JEANELL DR STE 3
CARSON CITY NV 89703-2129

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



FEDTM 78026346                                                                Page  1


                              TRADEMARKSCAN® - US Federal
                          © 2006 Thomson CompuMark. All rights reserved.

**Mark:** SEX.XXX
**Cross References:** SEX XXX
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No


**Serial No.:** 78026346


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** November 12, 2001


**Filed:** September 18, 2000
**Abandoned:** November 12, 2001
**Goods - Services:**
 IC 035. US 100 101 102. G & S: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS
ADMINISTRATION; OFFICE FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND
PURCHASE OF GOODS AND SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES;
MAIL ORDER  SALES; RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF
A GLOBAL COMPUTER NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION
SERVICES; RETAIL CONVENIENCE STORES; RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED
ON-LINE  ORDERING FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY; PROVIDING A SEARCHABLE
DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A GLOBAL COMPUTER
NETWORK; DISSEMINATION OF  ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC
COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING GOODS AND
SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL ESTATE AND
VEHICLES; PROVIDING A SEARCHABLE  ON-LINE ADVERTISING GUIDE FEATURING THE GOODS AND
SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER SERVICES,
NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC
MAIL ADDRESSES, NETWORK HOME  PAGE ADDRESSES, ADDRESSES AND TELEPHONE NUMBER OF
PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL
COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING PERSONAL
AND PROFESSIONAL INFORMATION VIA  COMPUTER TERMINALS; PROVIDING AN INTERACTIVE
DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING AN
INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL  GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK. PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER  SERVICES, NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
JEREMY C. ADRIAN
251 JEANELL DR., SUITE 3
CARSON CITY,NV NEVADA 89703

            ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78026346

**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL

**Filing Correspondent:**
JEREMY C. ADRIAN
251 JEANELL DR STE 3
CARSON CITY NV 89703-2129

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78026352                                                        Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** SEX.SEX
**Cross References:** SEX SEX
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78026352

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** November 12, 2001

**Filed:** September 18, 2000
**Abandoned:** November 12, 2001
**Goods - Services:**
 IC 035. US 100 101 102. G & S: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS
ADMINISTRATION; OFFICE FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND
PURCHASE OF GOODS AND SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES;
MAIL ORDER  SALES; RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF
A GLOBAL COMPUTER NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION
SERVICES; RETAIL CONVENIENCE STORES; RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED
ON-LINE  ORDERING FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY; PROVIDING A SEARCHABLE
DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A GLOBAL COMPUTER
NETWORK; DISSEMINATION OF  ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC
COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING GOODS AND
SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL ESTATE AND
VEHICLES; PROVIDING A SEARCHABLE  ON-LINE ADVERTISING GUIDE FEATURING THE GOODS AND
SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER SERVICES,
NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC
MAIL ADDRESSES, NETWORK HOME  PAGE ADDRESSES, ADDRESSES AND TELEPHONE NUMBER OF
PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL
COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING PERSONAL
AND PROFESSIONAL INFORMATION VIA  COMPUTER TERMINALS; PROVIDING AN INTERACTIVE
DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING AN
INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL  GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK. PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER  SERVICES, NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Applicant:**
ADRIAN, JEREMY C.
251 JEANELL DR., SUITE 3
CARSON CITY,NV NEVADA 89703

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78026352                                                                    Page 2


**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL



**Filing Correspondent:**
JEREMY C. ADRIAN
251 JEANELL DR STE 3
CARSON CITY NV 89703-2129

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78026350                                                              Page  1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** SEX.BIZ
**Cross References:** SEX BIZ
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78026350

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** November 12, 2001

**Filed:** September 18, 2000
**Abandoned:** November 12, 2001
**Goods - Services:**
 IC 035. US 100 101 102. G & S: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS
ADMINISTRATION; OFFICE FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND
PURCHASE OF GOODS AND SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES;
MAIL ORDER  SERVICES; RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF
A GLOBAL COMPUTER NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION
SERVICES; RETAIL CONVENIENCE STORES; RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED
ON-LINE  ORDERING FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY; PROVIDING A SEARCHABLE
DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A GLOBAL COMPUTER
NETWORK; DISSEMINATION OF  ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC
COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING GOODS AND
SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL ESTATE AND
VEHICLES; PROVIDING A SEARCHABLE  ON-LINE ADVERTISING GUIDE FEATURING THE GOODS AND
SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER SERVICES,
NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC
MAIL ADDRESSES, NETWORK HOME  PAGE ADDRESSES, ADDRESSES AND TELEPHONE NUMBER OF
PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL
COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING PERSONAL
AND PROFESSIONAL INFORMATION VIA  COMPUTER TERMINALS; PROVIDING AN INTERACTIVE
DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING AN
INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL  GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK. PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER  SERVICES, NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
ADRIAN, JEREMY C.
251 JEANELL DR., SUITE 3
CARSON CITY,NV NEVADA 89703

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78026350                                                        Page 2


**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL



**Filing Correspondent:**
JEREMY C. ADRIAN
251 JEANELL DR STE 3
CARSON CITY NV 89703-2129

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78026353                                                            Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** SEX.WAP
**Cross References:** SEX WAP
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78026353

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** November 12, 2001

**Filed:** September 18, 2000
**Abandoned:** November 12, 2001
**Goods - Services:**
 IC 035. US 100 101 102. G & S: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS
ADMINISTRATION; OFFICE FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND
PURCHASE OF GOODS AND SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES;
MAIL ORDER  SALES; RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF
A GLOBAL COMPUTER NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION
SERVICES; RETAIL CONVENIENCE STORES; RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED
ON-LINE  ORDERING FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY; PROVIDING A SEARCHABLE
DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A GLOBAL COMPUTER
NETWORK; DISSEMINATION OF  ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC
COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING GOODS AND
SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL ESTATE AND
VEHICLES; PROVIDING A SEARCHABLE  ON-LINE ADVERTISING GUIDE FEATURING THE GOODS AND
SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER SERVICES,
NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC
MAIL ADDRESSES, NETWORK HOME  PAGE ADDRESSES, ADDRESSES AND TELEPHONE NUMBER OF
PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL
COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING PERSONAL
AND PROFESSIONAL INFORMATION VIA  COMPUTER TERMINALS; PROVIDING AN INTERACTIVE
DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING AN
INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL  GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK. PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER  SERVICES, NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
ADRIAN, JEREMY C.
251 JEANELL DR., SUITE 3
CARSON CITY,NV NEVADA 89703

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78026353                                                    Page 2

**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL

**Filing Correspondent:**
JEREMY C. ADRIAN
251 JEANELL DR STE 3
CARSON CITY NV 89703-2129

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78026360                                                              Page 1


                         TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** SEX.USA
**Cross References:** SEX USA
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78026360

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** November 12, 2001

**Filed:** September 18, 2000
**Abandoned:** November 12, 2001
**Goods - Services:**
 IC 035. US 100 101 102. G & S: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS
ADMINISTRATION; OFFICE FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND
PURCHASE OF GOODS AND SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES;
MAIL ORDER  SERVICES; RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF
A GLOBAL COMPUTER NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION
SERVICES; RETAIL CONVENIENCE STORES; RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED
ON-LINE  ORDERING FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY; PROVIDING A SEARCHABLE
DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A GLOBAL COMPUTER
NETWORK; DISSEMINATION OF  ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC
COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING GOODS AND
SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL ESTATE AND
VEHICLES; PROVIDING A SEARCHABLE  ON-LINE ADVERTISING GUIDE FEATURING THE GOODS AND
SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER SERVICES,
NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC
MAIL ADDRESSES, NETWORK HOME  PAGE ADDRESSES, ADDRESSES AND TELEPHONE NUMBER OF
PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL
COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING PERSONAL
AND PROFESSIONAL INFORMATION VIA  COMPUTER TERMINALS; PROVIDING AN INTERACTIVE
DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING AN
INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL  GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK. PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER  SERVICES, NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
JEREMY C. ADRIAN
251 JEANELL DR., SUITE 3
CARSON CITY,NV NEVADA 89703

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78026360                                                              Page 2


**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL



**Filing Correspondent:**
JEREMY C. ADRIAN
251 JEANELL DR STE 3
CARSON CITY NV 89703-2129

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78026356                                                                  Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** SEX.INC
**Cross References:** SEX INC
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78026356

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** November 12, 2001

**Filed:** September 18, 2000
**Abandoned:** November 12, 2001
**Goods - Services:**
 IC 035. US 100 101 102. G & S: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS
ADMINISTRATION; OFFICE FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND
PURCHASE OF GOODS AND SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES;
MAIL ORDER  SALES; RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF
A GLOBAL COMPUTER NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION
SERVICES; RETAIL CONVENIENCE STORES; RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED
ON-LINE  ORDERING FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY; PROVIDING A SEARCHABLE
DATABASE IN THE FIELD OF BUSINESS INFORMATION AVAILABLE VIA A GLOBAL COMPUTER
NETWORK; DISSEMINATION OF  ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC
COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE DATABASE FEATURING GOODS AND
SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE, BANKING, REAL ESTATE AND
VEHICLES; PROVIDING A SEARCHABLE  ON-LINE ADVERTISING GUIDE FEATURING THE GOODS AND
SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT SERVICES; COMPUTER SERVICES,
NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC
MAIL ADDRESSES, NETWORK HOME  PAGE ADDRESSES, ADDRESSES AND TELEPHONE NUMBER OF
PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL
COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING PERSONAL
AND PROFESSIONAL INFORMATION VIA  COMPUTER TERMINALS; PROVIDING AN INTERACTIVE
DATABASE FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; PROVIDING AN
INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL  GROUP LINKS ALL VIA A GLOBAL
COMPUTER NETWORK. PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR
EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING ADDRESS BOOKS AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER  SERVICES, NAMELY, PROVIDING
SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND THE WEBSITES OF OTHERS ON A
GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA
A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC GREETING CARDS VIA A GLOBAL COMPUTER
NETWORK; INTRODUCTION SERVICES, DATING SERVICES, AND TRAVEL SERVICES OF OTHERS;
SALES OF ENTERTAINMENT, NAMELY, MOVIES, DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Applicant:**
ADRIAN, JEREMY C.
251 JEANELL DR., SUITE 3
CARSON CITY,NV NEVADA 89703

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78026356                                                            Page 2


**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL




**Filing Correspondent:**
JEREMY C. ADRIAN
251 JEANELL DR STE 3
CARSON CITY NV 89703-2129

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 76128736                                                              Page 1

                            TRADEMARKSCAN® - US Federal
                         © 2006 Thomson CompuMark. All rights reserved.

**Mark:** THE TRAVELTAINMENT NETWORK
**Cross References:** THE TRAVEL ENTERTAINMENT NETWORK
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 76128736

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** June 8, 2004

**Filed:** September 14, 2000
**Abandoned:** June 8, 2004
**Goods - Services:**
  (INT. CL. 39) TRAVEL BOOKING AGENCIES; TRAVEL GUIDE SERVICES; TRAVEL INFORMATION
SERVICES; ARRANGING TRAVEL TOURS; TRAVEL AGENCY SERVICES, NAMELY, MAKING
RESERVATIONS AND BOOKINGS FOR TRANSPORTATION; ON-LINE RESERVATIONS AND BOOKINGS FOR
TRANSPORTATION; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY
UPDATING **TRAVEL PLANNER**; PROVIDING ON-LINE TRAVEL AND TRAVEL-RELATED INFORMATION VIA
A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
39 (Transportation and Storage Services)

**Applicant:**
PSAINC
9800 SOUTH SEPULVEDA BLVD., SUITE 810
LOS ANGELES,CA CALIFORNIA 90045
**State of Incorporation or Organization:** NEVADA
**Entity:** CORPORATION

**Filing Attorney:**
GREGORY N. OWEN
**Reference No.:** PSA 00027

**Filing Correspondent:**
GREGORY N. OWEN
OWEN WICKERSHAM & ERICKSON PC
455 MARKET ST STE 1910
SAN FRANCISCO CA 94105-2450

**Event History:**
  JUNE 08, 2004 ABANDONMENT - FAILURE TO RESPOND
  MARCH 11, 2004 CASE FILE IN TICRS
  OCTOBER 22, 2003 NON-FINAL ACTION MAILED
  JULY 31, 2002 LETTER OF SUSPENSION MAILED
  OCTOBER 22, 2001 COMMUNICATION RECEIVED FROM APPLICANT
  APRIL 17, 2001 NON-FINAL ACTION MAILED

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 76128736                                                    Page 2


   APRIL 03, 2001 ASSIGNED TO EXAMINER
   MARCH 07, 2001 ASSIGNED TO EXAMINER

**Disclaimer:** "NETWORK"

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 78014925                                                        Page 1

                            TRADEMARKSCAN® - US Federal
                        © 2006 Thomson CompuMark. All rights reserved.

**Mark:** SEX.WEB
**Cross References:** SEX WEB
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 78014925

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** February 11, 2002

**Filed:** June 29, 2000
**Abandoned:** December 20, 2001
**Goods - Services:**
  (INT. CL. 35) ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE
FUNCTIONS; BUSINESS INTERMEDIARY SERVICES FOR THE SALE AND PURCHASE OF GOODS AND
SERVICES; AUCTION SERVICES; CLASSIFIED ADVERTISING SERVICES; MAIL ORDER SALES;
RETAIL STORE SERVICES; RETAIL SALE SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; SALES PROMOTION FOR OTHERS; BUSINESS INFORMATION SERVICES; RETAIL
DEPARTMENT STORES; RETAIL ON-LINE DEPARTMENT STORES; RETAIL CONVENIENCE STORES;
RETAIL ON-LINE CONVENIENCE STORES; COMPUTERIZED ON-LINE ORDERING FEATURING GENERAL
MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION
DIRECTORY; PROVIDING A SEARCHABLE DATABASE IN THE FIELD OF BUSINESS INFORMATION
AVAILABLE VIA A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA
AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING A SEARCHABLE ON-LINE
DATABASE FEATURING GOODS AND SERVICES OF OTHERS IN THE FIELD OF FINANCES, INSURANCE,
BANKING, REAL ESTATE AND VEHICLES; PROVIDING A SEARCHABLE ON-LINE ADVERTISING GUIDE
FEATURING THE GOODS AND SERVICE OF OTHER ON-LINE VENDORS; DATABASE MANAGEMENT
SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE NUMBERS,
BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES,
ADDRESSES AND TELEPHONE NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS; PROVIDING
MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION OF DATA
AND DOCUMENTS CONCERNING PERSONAL AND PROFESSIONAL INFORMATION VIA COMPUTER
TERMINALS; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING
**TRAVEL PLANNER**; PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING
ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND PROFESSIONAL GROUP
LINKS ALL VIA A GLOBAL COMPUTER NETWORK; PROVIDING TEMPORARY USE OF ON-LINE NON-
DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING AND EDITING
ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES, NAMELY, PROVIDING SEARCH ENGINES FOR LOCATING INFORMATION, RESOURCES, AND
THE WEBSITES OF OTHERS ON A GLOBAL COMPUTER NETWORK; PROVIDING A WIDE RANGE OF
GENERAL INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK; PROVIDING ELECTRONIC
GREETING CARDS VIA A GLOBAL COMPUTER NETWORK; INTRODUCTION SERVICES, DATING
SERVICES, AND TRAVEL SERVICES OF OTHERS; SALES OF ENTERTAINMENT, NAMELY, MOVIES,
DVD, MUSIC AND ART

**Int'l Class(es):**
35 (Advertising and Business Services)

**Applicant:**
KALAYDJIAN, VON ERIC LERNER
4226 SCANDIA WAY

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 78014925                                                              Page 2


LOS ANGELES,CA CALIFORNIA 90065
**State of Incorporation or Organization:** STATES
**Entity:** INDIVIDUAL



**Filing Attorney:**
ALEX D. PATEL

**Filing Correspondent:**
JOHN ALUMIT
PATEL AND ALUMIT, P.C.
SUITE 360
16830 VENTURA BLVD.
ENCINO CA 91436

**Event History:**
 OCTOBER 20, 2006 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 FEBRUARY 11, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 JUNE 19, 2001 NON-FINAL ACTION MAILED
 MAY 14, 2001 ASSIGNED TO EXAMINER
 NOVEMBER 14, 2000 CORRESPONDENCE RECEIVED IN LAW OFFICE
 OCTOBER 30, 2000 CORRESPONDENCE RECEIVED IN LAW OFFICE

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75929036                                                             Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** PSAZZ.COM
**Cross References:** PSAZZ COM
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75929036

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** June 8, 2004

**Filed:** February 28, 2000
**Abandoned:** June 8, 2004
**Goods - Services:**
  (INT. CL. 39) TRAVEL BOOKING AGENCIES; TRAVEL GUIDE SERVICES; TRAVEL INFORMATION
SERVICES; ARRANGING TRAVEL TOURS; TRAVEL AGENCY SERVICES, NAMELY, MAKING
RESERVATIONS AND BOOKINGS FOR TRANSPORTATION; ON-LINE RESERVATIONS AND BOOKINGS FOR
TRANSPORTATION; PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY
UPDATING **TRAVEL PLANNER**; PROVIDING ON-LINE TRAVEL AND TRAVEL-RELATED INFORMATION VIA
A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
39 (Transportation and Storage Services)



**Applicant:**
PSAINC
9800 SOUTH SEPULVEDA BLVD., SUITE 810
LOS ANGELES,CA CALIFORNIA 90045
**State of Incorporation or Organization:** NEVADA
**Entity:** CORPORATION



**Filing Attorney:**
GREGORY N. OWEN
**Reference No.:** PSA 00020


**Filing Correspondent:**
GREGORY N. OWEN
OWEN, WICKERSHAM & ERICKSON, P.C.
455 MARKET STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

**Event History:**
  JUNE 08, 2004 ABANDONMENT - FAILURE TO RESPOND
  MARCH 18, 2004 CASE FILE IN TICRS
  OCTOBER 22, 2003 FINAL REFUSAL MAILED
  MAY 04, 2001 LETTER OF SUSPENSION MAILED
  FEBRUARY 05, 2001 COMMUNICATION RECEIVED FROM APPLICANT
  AUGUST 02, 2000 NON-FINAL ACTION MAILED

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

JULY 27, 2000 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75945051                                                          Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** EAMAZON.COM
**Cross References:** E AMAZON COM
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75945051

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 29, 2001

**Filed:** February 23, 2000
**Abandoned:** March 29, 2001
**Goods - Services:**
 TRANSPORT; TRAVEL ARRANGEMENT; TRAVEL CLUBS; PROVIDING AN INTERACTIVE DATABASE
FEATURING AN AUTOMATICALLY UPDATING **TRAVEL PLANNER**; DELIVERY OF GOODS; DELIVERY
SERVICES; RENTAL SERVICES; DISTRIBUTION OF CONSUMER GOODS

**Int'l Class(es):**
39 (Transportation and Storage Services)

**Applicant:**
AMAZON.COM, INC.
SUITE 1200, 12TH AVE. SOUTH
SEATTLE,WA WASHINGTON 98144-2734
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION

**Filing Correspondent:**
HEIDI SACHS
PERKINS COIE LLP
1201 THIRD AVE., SUITE 4800
SEATTLE, WA
98101-3099

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75902807                                                              Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** E-PLANNER WORKING DATABASE
**Cross References:** E PLANNER WORKING DATA BASE
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75902807

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** February 8, 2001

**Filed:** January 25, 2000
**Abandoned:** January 3, 2001
**Goods - Services:**
  (INT. CL. 42) RETAIL SALES SERVICES PROVIDED VIA A GLOBAL COMPUTER NETWORK;
COMPUTERIZED SEARCHING, ORDERING AND ONLINE RETAIL AND WHOLESALE DISTRIBUTORSHIP
SERVICES FEATURING MERCHANDISE AND CONSUMER GOODS; PROVIDING AN INTERACTIVE COMPUTER
DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, CALENDAR,
DATE REMINDER AND **TRAVEL PLANNER**; DATE AND EVENT MANAGING AND NOTIFICATION SERVICES
PROVIDED VIA A GLOBAL COMPUTER NETWORK; PROVIDING A VARIETY OF INFORMATION VIA A
GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Applicant:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.

**Filing Attorney:**
DAVID C. WEST

**Filing Correspondent:**
DAVID C. WEST
FREDRIKSON & BYRON, P.A.
1100 INTERNATIONAL CENTRE
900 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55402

**Event History:**
  FEBRUARY 08, 2001 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
  FEBRUARY 07, 2001 ASSIGNED TO EXAMINER
  JUNE 30, 2000 NON-FINAL ACTION MAILED
  JUNE 23, 2000 ASSIGNED TO EXAMINER
  JUNE 16, 2000 ASSIGNED TO EXAMINER

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75902807

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75902811                                                          Page 1


                          TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** E-SELECT SHOPPING
**Cross References:** E SELECT SHOPPING
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75902811

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** February 8, 2001

**Filed:** January 25, 2000
**Abandoned:** January 3, 2001
**Goods - Services:**
  (INT. CL. 42) RETAIL SALES SERVICES PROVIDED VIA A GLOBAL COMPUTER NETWORK;
COMPUTERIZED SEARCHING, ORDERING AND ONLINE RETAIL AND WHOLESALE DISTRIBUTORSHIP
SERVICES FEATURING MERCHANDISE AND CONSUMER GOODS; PROVIDING AN INTERACTIVE COMPUTER
DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, CALENDAR,
DATE REMINDER AND **TRAVEL PLANNER**; DATE AND EVENT MANAGING AND NOTIFICATION SERVICES
PROVIDED VIA A GLOBAL COMPUTER NETWORK; PROVIDING A VARIETY OF INFORMATION VIA A
GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)




**Applicant:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.




**Filing Attorney:**
DAVID C. WEST

**Filing Correspondent:**
DAVID C. WEST
FREDRIKSON & BYRON, P.A.
1100 INTERNATIONAL CENTRE
900 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55402

**Event History:**
 FEBRUARY 08, 2001 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 FEBRUARY 07, 2001 ASSIGNED TO EXAMINER
 JUNE 30, 2000 NON-FINAL ACTION MAILED
 JUNE 23, 2000 ASSIGNED TO EXAMINER
 JUNE 16, 2000 ASSIGNED TO EXAMINER


         ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75902811

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75902799                                                          Page  1

                     TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** ADVANCE SHOPPING NETWORK
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75902799

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** June 3, 2004

**Filed:** January 25, 2000
**Published:** September 9, 2003
**Abandoned:** June 3, 2004
**Allowance Filed:** December 2, 2003
**Goods - Services:**
  (INT. CL. 35) RETAIL STORE SERVICES FEATURING A WIDE VARIETY OF CONSUMER GOODS OF
OTHERS; PROVIDING AN ONLINE DATABASE FEATURING COMPUTERIZED SEARCHING AND ORDERING
OF GOODS AND SERVICES OF OTHERS; ONLINE RETAIL AND WHOLESALE DISTRIBUTORSHIP
SERVICES FEATURING A WIDE VARIETY OF CONSUMER GOODS AND MERCHANDIZE OF OTHERS;
PROVIDING INFORMATION ON RETAIL SALES AND ON CONSUMER GOODS AND SERVICES OF OTHERS
(INT.  CL. 42) PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AN AUTOMATICALLY
UPDATING ADDRESS BOOK, PERSONAL PLANNER, CALENDAR, DATE REMINDER, AND **TRAVEL
PLANNER**; ORGANIZING OF DATES AND EVENTS AND NOTIFICATION SERVICES FOR OTHERS
PROVIDED VIA A GLOBAL COMPUTER NETWORK BY PROVIDING APPLICATION SERVICE PROVIDER
SERVICES, NAMELY, BY HOSTING COMPUTER APPLICATION SOFTWARE ON A COMPUTER SERVER FOR
OTHERS FOR REMINDING USERS IN ALL PHASES OF THE SHOPPING/PURCHASING CYCLE OF
APPOINTMENTS OR SPECIAL OCCASIONS FOR WHICH THEY NEED TO BUY A GIFT, FOR ENABLING
BROWSING, SELECTING, AND ORDERING ITEMS FOR PURCHASE, AND FOR FULFILLING AND
SHIPPING ORDERS, ALL PROVIDED VIA A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
35 (Advertising and Business Services)
42  (Scientific, technological and legal services)

**Owner at Publication:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.

**Applicant:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75902799                                                          Page 2

**Filing Attorney:**
DEAN R KARAU

**Filing Correspondent:**
DEAN R KARAU
FREDRIKSON & BYRON, P.A.
4000 PILLSBURY CENTER
200 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

**Event History:**
 AUGUST 16, 2004 ABANDONMENT - NO USE STATEMENT FILED
 DECEMBER 02, 2003 NOTICE OF ALLOWANCE-MAILED
 SEPTEMBER 09, 2003 PUBLISHED FOR OPPOSITION
 AUGUST 20, 2003 NOTICE OF PUBLICATION
 JULY 07, 2003 APPROVED FOR PUB - PRINCIPAL REGISTER
 APRIL 22, 2003 CORRESPONDENCE RECEIVED IN LAW OFFICE
 MAY 30, 2003 CASE FILE IN TICRS
 APRIL 25, 2003 PAPER RECEIVED
 OCTOBER 22, 2002 FINAL REFUSAL MAILED
 FEBRUARY 20, 2002 ASSIGNED TO EXAMINER
 APRIL 11, 2001 LETTER OF SUSPENSION MAILED
 MARCH 17, 2001 ASSIGNED TO EXAMINER
 JANUARY 02, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JUNE 28, 2000 NON-FINAL ACTION MAILED
 JUNE 23, 2000 ASSIGNED TO EXAMINER
 JUNE 16, 2000 ASSIGNED TO EXAMINER

**Disclaimer:** "SHOPPING NETWORK"

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75902812                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** BIRTHDAY BUTLER
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75902812

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** December 31, 2003

**Filed:** January 25, 2000
**Published:** October 8, 2002
**Abandoned:** December 31, 2003
**Allowance Filed:** December 31, 2002
**Reinstated:** October 21, 2003
**Goods - Services:**
  (INT. CL. 42) PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AN AUTOMATICALLY
UPDATING ADDRESS BOOK, PERSONAL PLANNER, CALENDAR, DATE REMINDER, AND **TRAVEL
PLANNER**; ORGANIZING OF DATES AND EVENTS AND NOTIFICATION SERVICES FOR OTHERS VIA E-
MAIL AND E-MAIL MANAGERS PROVIDED VIA A GLOBAL COMPUTER NETWORK BY PROVIDING
APPLICATION SERVICE PROVIDER SERVICES, NAMELY, BY HOSTING COMPUTER APPLICATION
SOFTWARE ON A COMPUTER SERVER FOR OTHERS FOR REMINDING USERS IN ALL PHASES OF THE
SHOPPING/PURCHASING CYCLE OF APPOINTMENTS OR SPECIAL OCCASIONS FOR WHICH THEY NEED
TO BUY A GIFT, FOR ENABLING BROWSING, SELECTING AND ORDERING ITEMS FOR PURCHASE FROM
RETAILERS AND WHOLESALE DISTRIBUTORS, AND FOR FULFILLING AND SHIPPING ORDERS, ALL
PROVIDED VIA A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)



**Owner at Publication:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.


**Applicant:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.



**Filing Attorney:**
DAVID C. WEST

**Filing Correspondent:**

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75902812                                                    Page 2


DAVID C. WEST
FREDRIKSON & BYRON, P.A.
4000 PILLSBURY CENTER
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1425

**Event History:**
 FEBRUARY 26, 2004 ABANDONMENT - NO USE STATEMENT FILED
 OCTOBER 21, 2003 EXTENSION 1 GRANTED
 JUNE 30, 2003 EXTENSION 1 FILED
 OCTOBER 21, 2003 PETITION TO REVIVE-GRANTED
 JULY 21, 2003 PETITION TO REVIVE-RECEIVED
 SEPTEMBER 03, 2003 ABANDONMENT - NO USE STATEMENT FILED
 JULY 21, 2003 PAPER RECEIVED
 DECEMBER 31, 2002 NOTICE OF ALLOWANCE-MAILED
 OCTOBER 18, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 OCTOBER 08, 2002 PUBLISHED FOR OPPOSITION
 SEPTEMBER 18, 2002 NOTICE OF PUBLICATION
 JULY 02, 2002 APPROVED FOR PUB - PRINCIPAL REGISTER
 JUNE 11, 2002 PETITION TO REVIVE-GRANTED
 DECEMBER 19, 2001 PETITION TO REVIVE-RECEIVED
 JANUARY 04, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 APRIL 19, 2001 FINAL REFUSAL MAILED
 JANUARY 02, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JULY 03, 2000 NON-FINAL ACTION MAILED
 JUNE 23, 2000 ASSIGNED TO EXAMINER
 JUNE 16, 2000 ASSIGNED TO EXAMINER

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75902797                                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** E-PLANNER BUTLER DATABASE
**Cross References:** E PLANNER BUTLER DATA BASE
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75902797

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** July 1, 2003

**Filed:** January 25, 2000
**Published:** October 8, 2002
**Abandoned:** July 1, 2003
**Allowance Filed:** December 31, 2002
**Goods - Services:**
  (INT. CL. 42) PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AN AUTOMATICALLY
UPDATING ADDRESS BOOK, PERSONAL PLANNER, CALENDAR, DATE REMINDER, AND **TRAVEL
PLANNER**; ORGANIZING OF DATES AND EVENTS AND NOTIFICATION SERVICES FOR OTHERS VIA E-
MAIL AND E-MAIL MANAGERS PROVIDED VIA A GLOBAL COMPUTER NETWORK BY PROVIDING
APPLICATION SERVICE PROVIDER SERVICES, NAMELY, BY HOSTING COMPUTER APPLICATION
SOFTWARE ON A COMPUTER SERVER FOR OTHERS FOR REMINDING USERS IN ALL PHASES OF THE
SHOPPING/PURCHASING CYCLE OF APPOINTMENTS OR SPECIAL OCCASIONS FOR WHICH THEY NEED
TO BUY A GIFT, FOR ENABLING BROWSING, SELECTING AND ORDERING ITEMS FOR PURCHASE FROM
RETAILERS AND WHOLESALE DISTRIBUTORS, AND FOR FULFILLING AND SHIPPING ORDERS, ALL
PROVIDED VIA A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)




**Owner at Publication:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.


**Applicant:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.




**Filing Attorney:**
DAVID C. WEST

**Filing Correspondent:**

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75902797                                                        Page 2


DAVID C. WEST
FREDRIKSON & BYRON, P.A.
4000 PILLSBURY CENTER
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1425

**Event History:**
 APRIL 29, 2004 PAPER RECEIVED
 SEPTEMBER 11, 2003 ABANDONMENT - NO USE STATEMENT FILED
 DECEMBER 31, 2002 NOTICE OF ALLOWANCE-MAILED
 OCTOBER 18, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 OCTOBER 08, 2002 PUBLISHED FOR OPPOSITION
 SEPTEMBER 18, 2002 NOTICE OF PUBLICATION
 JULY 02, 2002 APPROVED FOR PUB - PRINCIPAL REGISTER
 JUNE 11, 2002 PETITION TO REVIVE-GRANTED
 DECEMBER 19, 2001 PETITION TO REVIVE-RECEIVED
 JANUARY 04, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 APRIL 19, 2001 FINAL REFUSAL MAILED
 JANUARY 02, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JUNE 30, 2000 NON-FINAL ACTION MAILED
 JUNE 23, 2000 ASSIGNED TO EXAMINER
 JUNE 16, 2000 ASSIGNED TO EXAMINER

**Disclaimer:** "E-PLANNER" AND "DATABASE"

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*Westlaw.*

FEDTM 75903374                                                                 Page 1


                           TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** BUTLER DATABASE
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75903374

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** September 19, 2003

**Filed:** January 25, 2000
**Published:** December 24, 2002
**Abandoned:** September 19, 2003
**Allowance Filed:** March 18, 2003
**Reinstated:** September 30, 2002September 30, 2002
**Goods - Services:**
  (INT. CL. 42) PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AN AUTOMATICALLY
UPDATING ADDRESS BOOK, PERSONAL PLANNER, CALENDAR, DATA REMINDER, AND **TRAVEL
PLANNER**; ORGANIZING OF DATES AND EVENTS AND NOTIFICATION SERVICES FOR OTHERS VIA E-
MAIL AND E-MAIL MANAGERS PROVIDED VIA A GLOBAL COMPUTER NETWORK BY PROVIDING
APPLICATION SERVICE PROVIDER SERVICES, NAMELY, BY HOSTING COMPUTER APPLICATION
SOFTWARE ON A COMPUTER SERVER FOR OTHERS FOR REMINDING USERS IN ALL PHASES OF THE
SHOPPING/PURCHASING CYCLE OF APPOINTMENTS OR SPECIAL OCCASIONS FOR WHICH THEY NEED
TO BUY A GIFT, FOR ENABLING BROWSING, SELECTING AND ORDERING ITEMS FOR PURCHASE FROM
RETAILERS AND WHOLESALE DISTRIBUTORS, AND FOR FULFILLING AND SHIPPING ORDERS, ALL
PROVIDED VIA A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)




**Owner at Publication:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.


**Applicant:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.




**Filing Attorney:**
DAVID C. WEST

**Filing Correspondent:**

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75903374                                                           Page 2


```
DAVID C. WEST
FREDRIKSON & BYRON, P.A.
4000 PILLSBURY CENTER
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1425
```

**Event History:**
```
 APRIL 29, 2004 PAPER RECEIVED
 NOVEMBER 05, 2003 ABANDONMENT - NO USE STATEMENT FILED
 MARCH 18, 2003 NOTICE OF ALLOWANCE-MAILED
 DECEMBER 24, 2002 PUBLISHED FOR OPPOSITION
 DECEMBER 04, 2002 NOTICE OF PUBLICATION
 OCTOBER 21, 2002 APPROVED FOR PUB - PRINCIPAL REGISTER
 OCTOBER 18, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 SEPTEMBER 30, 2002 PETITION TO REVIVE-GRANTED
 DECEMBER 19, 2001 PETITION TO REVIVE-RECEIVED
 JANUARY 04, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 APRIL 19, 2001 FINAL REFUSAL MAILED
 JANUARY 02, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JUNE 30, 2000 NON-FINAL ACTION MAILED
 JUNE 23, 2000 ASSIGNED TO EXAMINER
 JUNE 20, 2000 ASSIGNED TO EXAMINER
 JUNE 19, 2000 ASSIGNED TO EXAMINER
```

**Disclaimer:** "DATABASE"

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75902814                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** REVOLVING DOOR LINKS
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75902814

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** July 1, 2003

**Filed:** January 25, 2000
**Published:** October 8, 2002
**Abandoned:** July 1, 2003
**Allowance Filed:** December 31, 2002
**Goods - Services:**
 (INT. CL. 42) PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AN AUTOMATICALLY
UPDATING ADDRESS BOOK, PERSONAL PLANNER, CALENDAR, DATE REMINDER, AND **TRAVEL
PLANNER**; ORGANIZING OF DATES AND EVENTS AND NOTIFICATION SERVICES FOR OTHERS VIA E-
MAIL AND E-MAIL MANAGERS PROVIDED VIA A GLOBAL COMPUTER NETWORK BY PROVIDING
APPLICATION SERVICE PROVIDER SERVICES, NAMELY, BY HOSTING COMPUTER APPLICATION
SOFTWARE ON A COMPUTER SERVER FOR OTHERS FOR REMINDING USERS IN ALL PHASES OF THE
SHOPPING/PURCHASING CYCLE OF APPOINTMENTS OR SPECIAL OCCASIONS FOR WHICH THEY NEED
TO BUY A GIFT, FOR ENABLING BROWSING, SELECTING AND ORDERING ITEMS FOR PURCHASE FROM
RETAILERS AND WHOLESALE DISTRIBUTORS, AND FOR FULFILLING AND SHIPPING ORDERS, ALL
PROVIDED VIA A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)


**Owner at Publication:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.


**Applicant:**
LHP, LLC
1650 WEST 82ND STREET
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.


**Filing Attorney:**
DAVID C. WEST

**Filing Correspondent:**
DAVID C. WEST

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75902814                                                           Page 2


FREDRIKSON & BYRON, P.A.
4000 PILLSBURY CENTER
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1425

**Event History:**
 APRIL 29, 2004 PAPER RECEIVED
 SEPTEMBER 11, 2003 ABANDONMENT - NO USE STATEMENT FILED
 DECEMBER 31, 2002 NOTICE OF ALLOWANCE-MAILED
 OCTOBER 18, 2002 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 OCTOBER 08, 2002 PUBLISHED FOR OPPOSITION
 SEPTEMBER 18, 2002 NOTICE OF PUBLICATION
 JULY 02, 2002 APPROVED FOR PUB - PRINCIPAL REGISTER
 JUNE 11, 2002 PETITION TO REVIVE-GRANTED
 DECEMBER 19, 2001 PETITION TO REVIVE-RECEIVED
 JANUARY 04, 2002 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 APRIL 19, 2001 FINAL REFUSAL MAILED
 JANUARY 02, 2001 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JUNE 30, 2000 NON-FINAL ACTION MAILED
 JUNE 29, 2000 ASSIGNED TO EXAMINER
 JUNE 26, 2000 ASSIGNED TO EXAMINER

**Disclaimer:** "LINKS"

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75902806                                                             Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** PRE-SELECT SHOPPING
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75902806

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** February 8, 2001

**Filed:** January 25, 2000
**Abandoned:** January 3, 2001
**Goods - Services:**
  (INT. CL. 42) RETAIL SALES SERVICES PROVIDED VIA A GLOBAL COMPUTER NETWORK;
COMPUTERIZED SEARCHING, ORDERING AND ONLINE RETAIL AND WHOLESALE DISTRIBUTORSHIP
SERVICES FEATURING MERCHANDISE AND CONSUMER GOODS; PROVIDING AN INTERACTIVE COMPUTER
DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, CALENDAR,
DATE REMINDER AND **TRAVEL PLANNER**; DATE AND EVENT MANAGING AND NOTIFICATION SERVICES
PROVIDED VIA A GLOBAL COMPUTER NETWORK; PROVIDING A VARIETY OF INFORMATION VIA A
GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)



**Applicant:**
LHP, LLC
1650 WEST 82ND STREET,
MINNEAPOLIS,MN MINNESOTA 55431
**State of Incorporation or Organization:** MINNESOTA
**Entity:** LIMITED LIABILITY CO.



**Filing Attorney:**
DAVID C. WEST

**Filing Correspondent:**
DAVID C. WEST
FREDRIKSON & BYRON, P.A.
1100 INTERNATIONAL CENTRE
900 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55402

**Event History:**
 FEBRUARY 08, 2001 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 FEBRUARY 07, 2001 ASSIGNED TO EXAMINER
 JUNE 30, 2000 NON-FINAL ACTION MAILED
 JUNE 23, 2000 ASSIGNED TO EXAMINER
 JUNE 16, 2000 ASSIGNED TO EXAMINER

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75895590                                                            Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** PCTUNE.COM
**Cross References:** PC TUNE COM
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75895590

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 5, 2003

**Filed:** January 15, 2000
**Abandoned:** December 11, 2002
**Goods - Services:**
  (INT. CL. 35) COMPUTER SERVICES; COMPUTER SALES SERVICES PROVIDED BY MEANS OF A
GLOBAL COMPUTER NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND
WHOLESALE ELECTRONIC TRANSMISSION OF SOUND, MUSIC, VIDEO. DISTRIBUTORSHIP SERVICES
FEATURING COMPUTER MAINTENANCE ELECTRONIC DISTRIBUTION AND INFORMATION MANAGEMENT.
GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS; PROVIDING ACCESS TO ON-LINE
DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING TO A VARIETY OF INFORMATION
AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR
OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING AN ON-LINE
SEARCHABLE DATABASE FOR THE SALE OF GOODS AND SERVICES OF OTHERS; PROVIDING AN ON-
LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING AND PRESENTING GOODS AND
SERVICES OF OTHER ON-LINE VENDORS; DATABASE AGGREGATION, INTEGRATION AND MANAGEMENT
SERVICES; ASSOCIATION SERVICES, NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF
INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF LIVE
AUTOMATED FILE TRANSFER, EVENTS, MAILED INFORMATION, PRODUCT REVIEWS AND INTERACTION
ON A GLOBAL COMPUTER NETWORK; PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING
AUTOMATICALLY AND SEMIAUTOMATICALLY UPDATING SOFTWARE, PERSONAL PLANNER, DATE
REMINDER, **TRAVEL PLANNER**, SOUND VIDEO AND ALUMNI AND PROFESSIONAL GROUP LINKS, VIA A
GLOBAL COMPUTER NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR
MANAGING, VIEWING AND EDITING INFORMATION SUCH AS SERVICE UPDATES EVENT SCHEDULING,
ADDRESS BOOKS, AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES, NAMELY, PROVIDING MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR THE
ELECTRONIC TRANSMISSION OF VARIOUS DATA, COMMUNICATIONS, DOCUMENTS AND PERSONAL AND
PROFESSIONAL INFORMATION; SEARCHING AND RETRIEVING INFORMATION, SITES, AND RESOURCES
LOCATED ON COMPUTER NETWORKS FOR OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST
INFORMATION VIA A COMPUTER NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE,
PLACES, ORGANIZATIONS, PHONE NUMBERS, MUSIC NETWORK HOME PAGES, AND ELECTRONIC MAIL
ADDRESSES

**Int'l Class(es):**
35 (Advertising and Business Services)

**Applicant:**
MILLER, EDWARD
1975F STIRLING RD.
DANIA BEACH,FL FLORIDA 33004
**Entity:** CORPORATION

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Filing Correspondent:**
EDWARD MILLER C/O
INFORMA UNLIMITED INC.
1975F STIRLING RD.
DANIA BEACH FL 33004

**Event History:**
 MARCH 05, 2003 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 MARCH 05, 2003 ASSIGNED TO EXAMINER
 JUNE 10, 2002 NON-FINAL ACTION MAILED
 MAY 28, 2002 ASSIGNED TO EXAMINER
 MAY 24, 2002 PETITION TO REVIVE-GRANTED
 JUNE 20, 2001 PETITION TO REVIVE-RECEIVED
 MAY 03, 2001 ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE
 MAY 03, 2001 ASSIGNED TO EXAMINER
 SEPTEMBER 11, 2000 NON-FINAL ACTION MAILED
 AUGUST 01, 2000 ASSIGNED TO EXAMINER
 JULY 11, 2000 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75861856                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** KNOWIT
**Cross References:** KNOW IT
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No


**Serial No.:** 75861856


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** March 12, 2001


**Filed:** December 1, 1999
**Abandoned:** March 12, 2001
**Goods - Services:**
 COMPUTER SERVICES ON A GLOBAL COMPUTER NETWORK IN THE AREA OF EDUCATION AND OF
INTEREST TO STUDENTS, PARENTS OF STUDENTS, EDUCATORS, PROFESSIONALS AND LIFE-LONG
LEARNERS, NAMELY-CREATING INDEXES OF INFORMATION, SITES AND OTHER RESOURCES
AVAILABLE ON  COMPUTER NETWORKS; SEARCHING AND RETRIEVING INFORMATION, SITES, AND
OTHER RESOURCES AVAILABLE ON COMPUTER NETWORKS FOR OTHERS; PROVIDING AN ON-LINE LINK
TO NEWS, CURRENT EVENTS, AND REFERENCE MATERIALS; RETAIL STORE SERVICES; RETAIL
SALES SERVICES  PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK; COMPUTERIZED
SEARCHING, ORDERING AND ON-LINE RETAIL AND WHOLESALE DISTRIBUTORSHIP SERVICES
FEATURING EDUCATION-RELATED MERCHANDISE AND GOODS; PROVIDING ACCESS TO ON-LINE
DIRECTORIES, INDICES AND  SEARCHABLE DATABASES RELATING TO EDUCATIONAL INFORMATION
AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR
OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING AN ON-LINE
SEARCHABLE DATABASE FOR THE  SALE OF EDUCATION-RELATED GOODS AND SERVICES OF OTHERS;
PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING AND
PRESENTING EDUCATION-RELATED GOODS AND SERVICES OF OTHER ON-LINE VENDORS; DATABASE
AGGREGATION, INTEGRATION AND  MANAGEMENT SERVICES; ASSOCIATION SERVICES, NAMELY
PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION REGARDING A
WIDE VARIETY OF EDUCATION-RELATED TOPICS BY MEANS OF LIVE EVENTS, MAILED
INFORMATION, PRODUCT REVIEWS AND INTERACTION  ON A GLOBAL COMPUTER NETWORK;
PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS
BOOK, PERSONAL PLANNER, DATE REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL
GROUP LINKS VIA A GLOBAL COMPUTER NETWORK;  PROVIDING ON-LINE INTERACTIVE COMPUTER
SOFTWARE FOR MANAGING, VIEWING AND EDITING INFORMATION SUCH AS EVENT SCHEDULING,
ADDRESS BOOKS, AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES, NAMELY, PROVIDING MULTIPLE-USER  ACCESS TO COMPUTER NETWORKS FOR THE
ELECTRONIC TRANSMISSION OF VARIOUS DATA, COMMUNICATIONS, DOCUMENTS AND PERSONAL AND
PROFESSIONAL INFORMATION; SEARCHING AND RETRIEVING INFORMATION, SITES, AND RESOURCES
LOCATED ON COMPUTER NETWORKS FOR OTHERS; PROVIDING A WIDE RANGE OF EDUCATION-RELATED
INFORMATION VIA A COMPUTER NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE,
PLACES, ORGANIZATIONS, PHONE NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL
ADDRESSES,

**Int'l Class(es):**
41 (Education and Entertainment Services)


**Applicant:**
PACIFIC NET VENTURES, INC.
15127 N.E. 24TH STREET, SUITE 106

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75861856                                                      Page 2

REDMOND,WA WASHINGTON 98052
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION


**Filing Attorney:**
J. SCOTT GARY

**Filing Correspondent:**
J. SCOTT GARY
KARR TUTTLE CAMPBELL
1201 THIRD AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98101-3028

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75861857                                                              Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** KNOWIT.COM
**Cross References:** KNOW IT COM
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75861857

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** February 27, 2002

**Filed:** December 1, 1999
**Abandoned:** February 27, 2002
**Goods - Services:**
 (INT. CL. 35) COMPUTER SERVICES ON A GLOBAL COMPUTER NETWORK IN THE AREA OF
EDUCATION AND OF INTEREST TO STUDENTS AND EDUCATORS, NAMELY CREATING INDEXES OF
INFORMATION, SITES AND OTHER RESOURCES AVAILABLE ON COMPUTER NETWORKS; COMPUTERIZED
ORDERING  AND ON-LINE RETAIL AND WHOLESALE DISTRIBUTORSHIP SERVICES FEATURING
EDUCATION RELATED MERCHANDISE AND GOODS; PROVIDING AN ON-LINE DIRECTORIES AND
INDICES RELATING TO EDUCATIONAL INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTE
NETWORK;  DISSEMINIATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE SEARCHABLE
DATABASE FEATURING ORDERING INFORMATION RELATING TO EDUCATION-RELATED GOODS AND
SERVICES OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING,
ORGANIZING AND  PRESENTING EDUCATION-RELATED GOODS AND SERVICES OF OTHER ON-LINE
VENDORS; DIRECTORY SERVICES TO HELP LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES
 (INT. CL. 38) PROVIDING MULTIPLE-USER ACCESS  TO COMPUTER NETWORKS FOR THE
ELECTRONIC TRANSMISSION OF VARIOUS DATA, COMMUNICATIONS, DOCUMENTS AND PERSONAL AND
PROFESSIONAL INFORMATION
 (INT. CL. 41) COMPUTER SERVICES ON A GLOBAL COMPUTER NETWORK IN THE AREA OF
EDUCATION AND OF INTEREST TO  STUDENTS AND EDUCATORS, NAMELY PROVIDING INFORMATION
RELATING TO NEWS, CURRENT EVENTS, AND REFERENCE MATERIALS; INDICES AND SEARCHABLE
DATABASES RELATING TO EDUCATIONAL INFORMATION AND DATA AVAILABLE ON A GLOBAL
COMPUTER NETWORK; INFORMATION;  PROVIDING A WIDE RANGE OF EDUCATION-RELATED
INFORMATION SUCH AS EDUCATIONAL METHODOLOGY, ARTICLES, TEXTS, AND OTHER REFERENCES,
VIA A COMPUTER NETWORK
 (INT. CL. 42) COMPUTER SERVICES ON A GLOBAL COMPUTER NETWORK IN THE AREA OF
EDUCATION AND OF  INTEREST TO STUDENTS, PARENTS OF STUDENTS AND EDUCATORS, NAMELY
PROVIDING SEARCHING SERVICES OF INFORMATION, SITES, AND OTHER RESOURCES AVAILABLE ON
COMPUTER NETWORKS FOR OTHERS; DATABASE AGGREGATION, INTEGRATION AND MANAGEMENT
SERVICES;  ASSOCIATION SERVICES, NAMELY, PROMOTING THE INTEREST OF EDUCATORS,
RESEARCHES, STUDENTS AND OTHER KNOWLEDGE-SEEKERS BY PROVIDING OPPORTUNITIES FOR
EXCHANGE OF INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY OF EDUCATION-
RELATED TOPICS BY  MEANS OF LIVE EVENTS, MAILED INFORMATION, PRODUCT REVIEWS;
PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS
BOOK, PERSONAL PLANNER, DATA REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL
GROUP LINKS VIA A GLOBAL COMPUTER NETWORK; PROVIDING ON-LINE NON-DOWNLOADABLE
INTERACTIVE COMPUTER SOFTWARE FOR MANAGING, VIEWING AND EDITING INFORMATION SUCH AS
EVENT SCHEDULING ADDRESS BOOKS, AND OTHER PERSONAL AND PROFESSIONAL CONTACT
INFORMATION

**Int'l Class(es):**
35 (Advertising and Business Services)
38 (Communication)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75861857                                                          Page 2


41 (Education and Entertainment Services)
42  (Scientific, technological and legal services)


**Applicant:**
PACIFIC NET VENTURES, INC.
15127 N.E. 24TH STREET, SUITE 106
REDMOND,WA WASHINGTON 98052
**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION


**Filing Attorney:**
J. SCOTT GARY

**Filing Correspondent:**
J. SCOTT GARY
KARR TUTTLE CAMPBELL
1201 THIRD AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98101-3028

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75840147                                                    Page 1

                        TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** AMAZON THINKING
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75840147

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** December 12, 2000

**Filed:** November 19, 1999
**Abandoned:** December 12, 2000
**Goods - Services:**
 RETAIL STORE SERVICES; RETAIL SALES SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND WHOLESALE
DISTRIBUTORSHIP SERVICES FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING ACCESS TO ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING
TO A VARIETY OF INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK;
DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS
NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF GOODS AND SERVICES
OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING
AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS; DATABASE  AGGREGATION,
INTEGRATION AND MANAGEMENT SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-
USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS DATA,
DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; AUCTION SERVICES;  AUTOMATED
AND COMPUTERIZED TRADING SERVICES; ON-LINE TRADING SERVICES; COMPUTER SERVICES,
NAMELY ON-LINE SERVICES FOR TRANSMITTING, COLLECTING, PROCESSING AND ANALYZING
INFORMATION AND DATA ABOUT AN INDIVIDUAL'S DESIRES AND PREFERENCES AND  PROVIDING
PRODUCT REVIEWS AND RECOMMENDATIONS RELATING THERETO; ASSOCIATION SERVICES, NAMELY
PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION REGARDING A
WIDE VARIETY OF TOPICS BY MEANS OF LIVE EVENTS, MAILED INFORMATION,  PRODUCT REVIEWS
AND INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING AN INTERACTIVE COMPUTER
DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATA
REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS, VIA A  GLOBAL
COMPUTER NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING,
VIEWING AND EDITING INFORMATION SUCH AS EVENT SCHEDULING, ADDRESS BOOKS, AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY,  PROVIDING
MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS
DATA, COMMUNICATION, DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; SEARCHING
AND RETRIEVING INFORMATION, SITES, AND RESOURCES LOCATED ON COMPUTER  NETWORKS FOR
OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA A COMPUTER
NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES; AUCTION SERVICES;
AUTOMATED AND COMPUTERIZED TRADING SERVICES; ON-LINE TRADING SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
AMAZON.COM, INC.
SUITE 1200, 1200 12TH AVE. SOUTH
SEATTLE,WA WASHINGTON 98144-2734

          ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75840147                                                                    Page 2

**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION

**Filing Correspondent:**
C/O HEIDI L. SACHS
PERKINS COIE
1201 THIRD AVE., SUITE 4800
SEATTLE, WASHINGTON, USA
98101-3099

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75800118                                                                    Page 1


                        TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** VIVINA
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75800118

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** September 11, 2000

**Filed:** October 6, 1999
**Abandoned:** September 11, 2000
**Goods - Services:**
 RETAIL STORE SERVICES; RETAIL SALES SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND WHOLESALE
DISTRIBUTORSHIP SERVICES FEATURING VALUE-ADDED GENERAL CONSUMER GOODS, GENERAL
MERCHANDISE, GENERAL CONSUMER GOODS; PROVIDING ACCESS TO ON-LINE DIRECTORIES,
INDICES AND SEARCHABLE DATABASES RELATING TO A VARIETY OF INFORMATION AND DATA
AVAILABLE ON A GLOBAL COMPUTER NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA
AN  ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING AN ON-LINE SEARCHABLE
DATABASE FOR THE SALE OF GOODS AND SERVICES OF OTHERS; PROVIDING AN ON-LINE
SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING AND PRESENTING GOODS AND SERVICES
OF OTHER  ON-LINE VENDORS; INTEGRATION AND MANAGEMENT SERVICES; ASSOCIATION
SERVICES, NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND
CONVERSATION REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF LIVE EVENTS, MAILED
INFORMATION, PRODUCT REVIEWS  AND INTERACTION ON A GLOBAL COMPUTER NETWORK;
PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS
BOOK, PERSONAL PLANNER, DATE REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL
GROUP LINKS, VIA A GLOBAL COMPUTER  NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER
SOFTWARE FOR MANAGING, VIEWING AND EDITING INFORMATION SUCH AS EVENT SCHEDULING,
ADDRESS BOOKS, AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES, NAMELY, PROVIDING  MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR THE
ELECTRONIC TRANSMISSION OF VARIOUS DATA, COMMUNICATIONS, DOCUMENTS AND PERSONAL AND
PROFESSIONAL INFORMATION; SEARCHING AND RETRIEVING INFORMATION, SITES, AND RESOURCES
LOCATED ON COMPUTER NETWORKS FOR OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST
INFORMATION VIA A COMPUTER NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE,
PLACES, ORGANIZATIONS, PHONE NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL
ADDRESSES

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
VIVINA.COM, LLC
42 HIGHWOOD TERRACE, SUITE 1
WEEHAWKEN,NJ NEW JERSEY 07087
**State of Incorporation or Organization:** NEW JERSEY
**Entity:** LIMITED LIABILITY COMPANY (LLC)


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75800118                                                          Page 2


**Filing Correspondent:**
VIVINA.COM, LLC
42 HIGHWOOD TERRACE, SUITE 1
WEEHAWKEN NJ 07087

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75790136                                                                    Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** JUSTMARRIEDKIT.COM
**Cross References:** JUST MARRIED KIT COM
**Mark Type:** Trademark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:** No

**Serial No.:** 75790136


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** July 27, 2001


**Filed:** September 24, 1999
**Abandoned:** July 27, 2001
**Goods - Services:**
 RETAIL STORE SERVICES; RETAIL SALES SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND WHOLESALE
DISTRIBUTORSHIP SERVICES FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING ACCESS TO ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING
TO A VARIETY OF INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK;
DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS
NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF GOODS AND SERVICES
OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING
AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS; DATABASE  AGGREGATION,
INTEGRATION AND MANAGEMENT SERVICES; ASSOCIATION SERVICES, NAMELY PROVIDING
OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY
OF TOPICS BY MEANS OF LIVE EVENTS, MAILED INFORMATION, PRODUCT REVIEWS AND
INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING AN INTERACTIVE COMPUTER DATABASE
FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER,
**TRAVEL PLANNER,** AND ALUMNI AND PROFESSIONAL GROUP LINKS, VIA A GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING, VIEWING AND
EDITING INFORMATION SUCH AS EVENT SCHEDULING, ADDRESS BOOKS, AND OTHER PERSONAL AND
PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY, PROVIDING  MULTIPLE-
USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS DATA,
COMMUNICATIONS, DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; SEARCHING AND
RETRIEVING INFORMATION, SITES, AND RESOURCES LOCATED ON COMPUTER NETWORKS FOR
OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA A COMPUTER
NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES.


**Int'l Class(es):**
16 (Paper Goods and Printed Matter)



**Applicant:**
W.E. COMPANY
1 MINT GLADE
IRVINE,CA CALIFORNIA 92604
**State of Incorporation or Organization:** CALIFORNIA
**Entity:** PARTNERSHIP
**Composed of:** GREG WEUSTE, US LINDA WEUSTE, US


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Filing Correspondent:**
W.E. COMPANY
1 MINT GLADE
IRVINE CA 92604

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75808434                                                                Page 1


                        TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** ISCHOOL.COM
**Cross References:** I SCHOOL COM
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75808434


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** December 14, 2001


**Filed:** September 23, 1999
**Abandoned:** December 14, 2001
**Goods - Services:**
 COMPUTER SERVICES ON A GLOBAL COMPUTER NETWORK IN THE AREA OF EDUCATION AND OF
INTEREST TO STUDENTS, PARENTS OF STUDENTS AND EDUCATORS, NAMELY-- CREATING INDEXES
OF INFORMATION, SITES AND OTHER RESOURCES AVAILABLE ON COMPUTER NETWORKS; SEARCHING
AND  RETRIEVING INFORMATION, SITES, AND OTHER RESOURCES AVAILABLE ON COMPUTER
NETWORKS FOR OTHERS; PROVIDING AN ON-LINE LINK TO NEWS, CURRENT EVENTS, AND
REFERENCE MATERIALS; RETAIL STORE SERVICES; RETAIL SALES SERVICES PROVIDED BY MEANS
OF A GLOBAL  COMPUTER NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL
AND WHOLESALE DISTRIBUTORSHIP SERVICES FEATURING EDUCATION-RELATED MERCHANDISE AND
GOODS; PROVIDING ACCESS TO ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES
RELATING TO  EDUCATIONAL INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER
NETWORK; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC
COMMUNICATIONS NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF
EDUCATION-RELATED GOODS AND  SERVICES OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE
ORDERING GUIDE FOR LOCATING, ORGANIZING AND PRESENTING EDUCATION-RELATED GOODS AND
SERVICES OF OTHER ON-LINE VENDORS; DATABASE AGGREGATION, INTEGRATION AND MANAGEMENT
SERVICES; ASSOCIATION  SERVICES, NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF
INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY OF EDUCATION-RELATED TOPICS BY
MEANS OF LIVE EVENTS, MAILED INFORMATION, PRODUCT REVIEWS AND INTERACTION ON A
GLOBAL COMPUTER NETWORK;  PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING
AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER, **TRAVEL
PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS VIA A GLOBAL COMPUTER NETWORK;
PROVIDING ON-LINE INTERACTIVE COMPUTER  SOFTWARE FOR MANAGING, VIEWING AND EDITING
INFORMATION SUCH AS EVENT SCHEDULING, ADDRESS BOOKS, AND OTHER PERSONAL AND
PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-USER
ACCESS TO COMPUTER NETWORKS FOR THE  ELECTRONIC TRANSMISSION OF VARIOUS DATA,
COMMUNICATIONS, DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; SEARCHING AND
RETRIEVING INFORMATION, SITES, AND RESOURCES LOCATED ON COMPUTER NETWORKS FOR
OTHERS; PROVIDING A WIDE RANGE OF EDUCATION-RELATED INFORMATION VIA A COMPUTER
NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES

**Int'l Class(es):**
41 (Education and Entertainment Services)


**Applicant:**
PACIFIC NET VENTURES, INC.
15127 N.E. 24TH STREET, SUITE 106
REDMOND,WA WASHINGTON 98052

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75808434                                                          Page 2


**State of Incorporation or Organization:** WASHINGTON
**Entity:** CORPORATION



**Filing Attorney:**
J. SCOTT GARY

**Filing Correspondent:**
J. SCOTT GARY
KARR TUTTLE CAMPBELL
1201 THIRD AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98101-3028

END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75775416                                                               Page 1


                            TRADEMARKSCAN® - US Federal
                        © 2006 Thomson CompuMark. All rights reserved.

**Mark:** ATBEAUTY
**Cross References:** AT BEAUTY
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:** No

**Serial No.:** 75775416

**Status:** ABANDONED

**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** December 13, 2001

**Filed:** September 9, 1999
**Abandoned:** December 13, 2001
**Goods - Services:**
  (INT. CL. 35) RETAIL STORE SERVICES; RETAIL SALES SERVICES PROVIDED BY MEANS OF A
GLOBAL COMPUTER NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND
WHOLESALES SERVICES FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING ACCESS TO ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING
TO A VARIETY OF INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK;
DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS
NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF GOODS AND SERVICES
OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING
AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS; DATABASE AGGREGATION,
INTEGRATION AND MANAGEMENT SERVICES; ASSOCIATION SERVICES, NAMELY PROVIDING
OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY
OF TOPICS BY MEANS OF LIVE EVENTS, MAILED INFORMATION, PRODUCT REVIEWS AND
INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING AN INTERACTIVE COMPUTER DATABASE
FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER,
**TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS, VIA A GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING, VIEWING AND
EDITING INFORMATION SUCH AS EVENT SCHEDULING, ADDRESS BOOKS, AND OTHER PERSONAL AND
PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-
USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS DATA,
COMMUNICATIONS, DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; SEARCHING AND
RETRIEVING INFORMATION, SITES, AND RESOURCES LOCATED ON COMPUTER NETWORKS  FOR
OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA A COMPUTER
NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES
  (INT. CL. 38) COMPUTER  SERVICES, NAMELY, PROVIDING MULTIPLE-USER ACCESS TO
COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS DATA, COMMUNICATIONS,
DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION
  (INT. CL. 42) ASSOCIATION SERVICES, NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF
INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF LIVE
EVENTS, MAILED INFORMATION, PRODUCT REVIEWS AND INTERACTION ON A GLOBAL COMPUTER
NETWORK

**Int'l Class(es):**
35 (Advertising and Business Services)
38 (Communication)
42  (Scientific, technological and legal services)

**Int'l Class:** 35
**First Used:** October 1, 1998
**In Commerce:** October 1, 1998


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75775416                                                        Page 2

**Int'l Class:** 38
**In Commerce:** October 1, 1998
**Int'l Class:** 42
**In Commerce:** October 1, 1998


**Applicant:**
ATBEAUTY, INC.
11901 SANTA MONICA BLVD., #565
LOS ANGELES,CA CALIFORNIA 90025
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Filing Correspondent:**
ATBEAUTY, INC.
11901 SANTA MONICA BLVD., #565
LOS ANGELES CA 90025

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75765373                                                                Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** QUICKCLICK
**Cross References:** QUICK CLICK
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75765373

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** October 2, 2000

**Filed:** August 26, 1999
**Abandoned:** October 2, 2000
**Goods - Services:**
 RETAIL STORE SERVICES; RETAIL SALES SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND WHOLESALE
DISTRIBUTORSHIP SERVICES FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING ACCESS TO ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING
TO A VARIETY OF INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK;
DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS
NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF GOODS AND SERVICES
OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING
AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS; DATABASE AGGREGATION,
INTEGRATION AND MANAGEMENT SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-
USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS DATA,
DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; AUCTION SERVICES;  AUTOMATED
AND COMPUTERIZED TRADING SERVICES; ON-LINE TRADING SERVICES; COMPUTER SERVICES,
NAMELY ON-LINE SERVICES FOR TRANSMITTING, COLLECTING, PROCESSING AND ANALYZING
INFORMATION AND DATA ABOUT AN INDIVIDUAL'S DESIRES AND PREFERENCES AND  PROVIDING
PRODUCT REVIEWS AND RECOMMENDATIONS RELATING THERETO; ASSOCIATION SERVICES, NAMELY
PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION REGARDING A
WIDE VARIETY OF TOPICS BY MEANS OF LIVE EVENTS, MAILED INFORMATION,  PRODUCT REVIEWS
AND INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING AN INTERACTIVE COMPUTER
DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATA
REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS, VIA A  GLOBAL
COMPUTER NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING,
VIEWING AND EDITING INFORMATION SUCH AS EVENT SCHEDULING, ADDRESS BOOKS, AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY,  PROVIDING
MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS
DATA, COMMUNICATION, DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; SEARCHING
AND RETRIEVING INFORMATION, SITES, AND RESOURCES LOCATED ON COMPUTER  NETWORKS FOR
OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA A COMPUTER
NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES; AUCTION SERVICES;
AUTOMATED AND COMPUTERIZED TRADING SERVICES; ON-LINE TRADING SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)

**Applicant:**
AMAZON.COM, INC.
SUITE 1200,

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75765373                                                                 Page 2


1200 12TH AVE. SOUTH
SEATTLE,WA WASHINGTON 98144-2734
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Filing Correspondent:**
C/O HEIDI L. SACHS
PERKINS COIE
1201 THIRD AVE., SUITE 4800
SEATTLE, WASHINGTON, USA
98101-3099

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75765370                                                          Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** CROSSLINKS
**Cross References:** CROSS LINKS
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75765370


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** October 2, 2000


**Filed:** August 26, 1999
**Abandoned:** October 2, 2000
**Goods - Services:**
 RETAIL STORE SERVICES; RETAIL SALES SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND WHOLESALE
DISTRIBUTORSHIP SERVICES FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING ACCESS TO ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING
TO A VARIETY OF INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK;
DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS
NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF GOODS AND SERVICES
OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING
AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS; DATABASE  AGGREGATION,
INTEGRATION AND MANAGEMENT SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-
USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS DATA,
DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; AUCTION SERVICES;  AUTOMATED
AND COMPUTERIZED TRADING SERVICES; ON-LINE TRADING SERVICES COMPUTER SERVICES,
NAMELY ON-LINE SERVICES FOR TRANSMITTING, COLLECTING, PROCESSING AND ANALYZING
INFORMATION AND DATA ABOUT AN INDIVIDUAL'S DESIRES AND PREFERENCES AND PROVIDING
PRODUCT REVIEWS AND RECOMMENDATIONS RELATING THERETO; ASSOCIATION SERVICES, NAMELY
PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION REGARDING A
WIDE VARIETY OF TOPICS BY MEANS OF LIVE EVENTS, MAILED INFORMATION, PRODUCT REVIEWS
AND INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING AN INTERACTIVE COMPUTER
DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATA
REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS, VIA A GLOBAL
COMPUTER  NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING,
VIEWING AND EDITING INFORMATION SUCH AS EVENT SCHEDULING, ADDRESS BOOKS, AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY, PROVIDING
MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS
DATA, COMMUNICATION, DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; SEARCHING
AND RETRIEVING INFORMATION, SITES, AND RESOURCES LOCATED ON COMPUTER NETWORKS  FOR
OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA A COMPUTER
NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES; AUCTION SERVICES;
AUTOMATED AND COMPUTERIZED TRADING SERVICES; ON-LINE TRADING SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
AMAZON.COM, INC.
SUITE 1200,

          ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75765370                                                        Page 2


1200 12TH AVE. SOUTH
SEATTLE,WA WASHINGTON 98144-2734
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Filing Correspondent:**
C/O HEIDI L. SACHS
PERKINS COIE
1201 THIRD AVE., SUITE 4800
SEATTLE, WASHINGTON, USA
98101-3099

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75765367                                                          Page 1


                          TRADEMARKSCAN® - US Federal
                     © 2006 Thomson CompuMark. All rights reserved.

**Mark:** 2-CLICK
**Cross References:** 2 CLICK
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75765367


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** October 2, 2000


**Filed:** August 26, 1999
**Abandoned:** October 2, 2000
**Goods - Services:**
 RETAIL STORE SERVICES; RETAIL SALES SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND WHOLESALE
DISTRIBUTORSHIP SERVICES FEATURING GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS;
PROVIDING ACCESS TO ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING
TO A VARIETY OF INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK;
DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS
NETWORK; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF GOODS AND SERVICES
OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING
AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS; DATABASE AGGREGATION,
INTEGRATION AND MANAGEMENT SERVICES; COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-
USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS DATA,
DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; AUCTION SERVICES;  AUTOMATED
AND COMPUTERIZED TRADING SERVICES; ON-LINE TRADING SERVICES; COMPUTER SERVICES,
NAMELY ON-LINE SERVICES FOR TRANSMITTING, COLLECTING, PROCESSING AND ANALYZING
INFORMATION AND DATA ABOUT AN INDIVIDUAL'S DESIRES AND PREFERENCES AND  PROVIDING
PRODUCT REVIEWS AND RECOMMENDATIONS RELATING THERETO; ASSOCIATION SERVICES, NAMELY
PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION REGARDING A
WIDE VARIETY OF TOPICS BY MEANS OF LIVE EVENTS, MAILED INFORMATION,  PRODUCT REVIEWS
AND INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING AN INTERACTIVE COMPUTER
DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATA
REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS, VIA A  GLOBAL
COMPUTER NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING,
VIEWING AND EDITING INFORMATION SUCH AS EVENT SCHEDULING, ADDRESS BOOKS, AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY,  PROVIDING
MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS
DATA, COMMUNICATION, DOCUMENTS AND PERSONAL AND PROFESSIONAL INFORMATION; SEARCHING
AND RETRIEVING INFORMATION, SITES, AND RESOURCES LOCATED ON COMPUTER  NETWORKS FOR
OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA A COMPUTER
NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES; AUCTION SERVICES;
AUTOMATED AND COMPUTERIZED TRADING SERVICES; ON-LINE TRADING SERVICES

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
AMAZON.COM, INC.
SUITE 1200,

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75765367                                                          Page 2


1200 12TH AVE. SOUTH
SEATTLE,WA WASHINGTON 98144-2734
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Filing Correspondent:**
C/O HEIDI L. SACHS
PERKINS COIE
1201 THIRD AVE., SUITE 4800
SEATTLE, WASHINGTON, USA
98101-3099

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75760446                                                                    Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** CEILIDH.COM
**Cross References:** CEILIDH COM
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75760446

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** August 8, 2000

**Filed:** August 20, 1999
**Abandoned:** August 8, 2000
**Goods - Services:**
 FASHION INFORMATION AND OTHER SERVICES; PROVIDED BY MEANS OF A GLOBAL COMPUTER
NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE RETAIL AND WHOLESALE
DISTRIBUTORSHIP SERVICES FEATURING FASHION MERCHANDISE AND FASHION RELATED GOODS;
PROVIDING  ACCESS TO ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING
TO A VARIETY OF INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK;
DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS
NETWORK;  PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF FASHION GOODS AND
FASHION RELATED SERVICES OF OTHERS; PROVIDING AN ON-LINE SEARCHABLE ORDERING GUIDE
FOR LOCATING, ORGANIZING AND PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS;
DATABASE AGGREGATION, INTEGRATION AND MANAGEMENT SERVICES; ASSOCIATION SERVICES,
NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE OF INFORMATION AND CONVERSATION
REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF LIVE EVENTS, MAILED INFORMATION,
PRODUCT  REVIEWS AND INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING AN
INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK,
PERSONAL PLANNER, DATE REMINDER, **TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP
LINKS, VIA A GLOBAL  COMPUTER NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER
SOFTWARE FOR MANAGING, VIEWING AND EDITING INFORMATION SUCH AS EVENT SCHEDULING,
ADDRESS BOOKS, AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; COMPUTER
SERVICES, NAMELY, PROVIDING  MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR THE
ELECTRONIC TRANSMISSION OF VARIOUS DATA, COMMUNICATIONS, DOCUMENTS AND PERSONAL AND
PROFESSIONAL INFORMATION; SEARCHING AND RETRIEVING INFORMATION, SITES, AND RESOURCES
LOCATED ON COMPUTER NETWORKS FOR OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST
INFORMATION VIA A COMPUTER NETWORK; DIRECTORY SERVICES TO HELP LOCATE PEOPLE,
PLACES, ORGANIZATIONS, PHONE NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL
ADDRESSES.

**Int'l Class(es):**
35 (Advertising and Business Services)

**Applicant:**
JAMES MURRAY GARTEN
10 MEETING HOUSE ROAD
BEDFORD CORNERS,NY NEW YORK 10549
**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75760446                                                          Page 2


**Filing Correspondent:**
JAMES MURRAY GARTEN
10 MEETING HOUSE ROAD
BEDFORD CORNERS NY 10549
USA

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75745537                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** ORDERTRON.COM
**Cross References:** ORDERTRON COM
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75745537


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** June 1, 2000


**Filed:** August 3, 1999
**Abandoned:** June 1, 2000
**Goods - Services:**
 PROVIDING ON-LINE DIRECTORY SERVICES TO HELP LOCATE PLACES, ORGANIZATIONS, PEOPLE,
PHONE NUMBERS, PHYSICAL ADDRESSES, ELECTRONIC MAIL ADDRESSES, BUSINESSES, AND
COMPUTER NETWORK HOME PAGES; PROVIDING A WIDE RANGE OF GENERAL-INTEREST INFORMATION
BY  MEANS OF A GLOBAL COMPUTER NETWORK; SEARCHING AND RETRIEVING INFORMATION,
COMPUTER NETWORK SITES, AND RESOURCES LOCATED ON COMPUTER NETWORKS FOR OTHERS;
COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-USER ACCESS TO COMPUTER NETWORKS FOR
THE  ELECTRONIC TRANSMISSION OF VARIOUS DATA, COMMUNICATIONS, DOCUMENTS, AND
PERSONAL AND PROFESSIONAL INFORMATION; PROVIDING ON-LINE INTERACTIVE COMPUTER
SOFTWARE FOR MANAGING, VIEWING, AND EDITING INFORMATION SUCH AS ADDRESS BOOKS, EVENT
SCHEDULING,  AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION; PROVIDING ON-
LINE COMPUTER SOFTWARE FOR MANAGING, VIEWING AND EDITING INFORMATION SUCH AS
INVENTORY-CONTROL SPREADSHEETS, DELIVERY ORDERS, AND BUSINESS ACCOUNTING
INFORMATION; PROVIDING AN  INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY
UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER, **TRAVEL PLANNER**, AND ALUMNI
AND PROFESSIONAL GROUP LINKS, BY MEANS OF A GLOBAL COMPUTER NETWORK; PROVIDING AN
INTERACTIVE COMPUTER DATABASE  TO TRACK PURCHASES, PAYMENTS, AND DELIVERIES OF ITEMS
PURCHASED ON-LINE; ASSOCIATION SERVICES, NAMELY PROVIDING OPPORTUNITIES FOR EXCHANGE
OF INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY OF TOPICS BY MEANS OF LIVE
EVENTS, MAILED  INFORMATION, TELECAST INFORMATION, PRODUCT REVIEWS, EDUCATIONAL
PROGRAMS, AND INTERACTION ON A GLOBAL COMPUTER NETWORK; DATABASE AGGREGATION,
INTEGRATION, AND MANAGEMENT SERVICES; ON-LINE MARKETING AND ADVERTISING OF GOODS AND
SERVICES BY MEANS OF  A GLOBAL COMPUTER NETWORK; PROVIDING AN ON-LINE SEARCHABLE
ORDERING GUIDE FOR LOCATING, ORGANIZING, AND PRESENTING GOODS AND SERVICES OF OTHER
ON-LINE MERCHANTS; PROVIDING AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF GOODS
AND SERVICES OF OTHERS;  DISSEMINATION OF ADVERTISING FOR OTHERS BY MEANS OF AN ON-
LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING ACCESS TO ON-LINE DIRECTORIES,
INDICES AND SEARCHABLE DATABASES RELATING TO A VARIETY OF INFORMATION AND DATA
AVAILABLE ON A GLOBAL COMPUTER NETWORK; COMPUTERIZED SEARCHING, ORDERING AND ON-LINE
RETAIL AND WHOLESALE DISTRIBUTORSHIP SERVICES FEATURING GENERAL MERCHANDISE AND
GENERAL CONSUMER GOODS; ON-LINE RETAIL SALES SERVICES VIA A GLOBAL COMPUTER NETWORK;
RETAIL STORE SERVICES.

**Int'l Class(es):**
35 (Advertising and Business Services)


**Applicant:**
FELLERS, JAMES D.
3577-B LAKE AUSTIN BLVD

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75745537                                                          Page 2


AUSTIN,TX TEXAS 78703
**State of Incorporation or Organization:** UNITED STATES
**Entity:** INDIVIDUAL



**Filing Correspondent:**
JAMES D. FELLERS
3577-B LAKE AUSTIN BLVD
AUSTIN TX 78703

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75730381                                                                  Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** FREIGHT DEPOT
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** STYLIZED LETTERS
**Active / Inactive:** Inactive
**Image Available:**Yes

**Serial No.:** 75730381

**Status:** ABANDONED

**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** May 31, 2000

**Filed:** July 13, 1999
**Abandoned:** May 31, 2000
**Goods - Services:**
 (INT. CL. 35) LAND, SEA AND AIR FREIGHT INFORMATION SERVICES; LAND, SEA AND AIR
FREIGHT INFORMATION SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK;
COMPUTERIZED SEARCHING, ORDERING AND ON-LINE FREIGHT INFORMATION SERVICES FEATURING
LAND,  SEA AND AIR FREIGHT INFORMATION; REFERRAL SERVICES FOR THE LAND, SEA AND AIR
FREIGHT INDUSTRY PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK; PROVIDING ACCESS TO
ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING TO A VARIETY OF
INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK; DISSEMINATION OF
ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING
AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF GOODS AND SERVICES OF OTHERS;
PROVIDING  AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING AND
PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS; DATABASE AGGREGATION,
INTEGRATION AND MANAGEMENT SERVICES; ASSOCIATION SERVICES, NAMELY PROVIDING
OPPORTUNITIES FOR EXCHANGE  OF INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY
OF TOPICS BY MEANS OF LIVE EVENTS, MAILED INFORMATION, PRODUCT REVIEWS AND
INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING AN INTERACTIVE COMPUTER DATABASE
FEATURING AUTOMATICALLY  UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER,
**TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS, VIA A GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING, VIEWING AND
EDITING INFORMATION SUCH AS  EVENT SCHEDULING, ADDRESS BOOKS, AND OTHER PERSONAL AND
PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-USER
ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS DATA,
COMMUNICATIONS, DOCUMENTS AND  PERSONAL AND PROFESSIONAL INFORMATION; SEARCHING AND
RETRIEVING INFORMATION, SITES, AND RESOURCES LOCATED ON COMPUTER NETWORKS FOR
OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA A COMPUTER
NETWORK; DIRECTORY SERVICES TO HELP  LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES
 (INT. CL. 42) COMPUTERIZED SEARCHING, ORDERING AND ON-LINE FREIGHT INFORMATION
SERVICES FEATURING LAND, SEA AND AIR FREIGHT INFORMATION OVER A GLOBAL COMPUTER
NETWORK

**Int'l Class(es):**
35 (Advertising and Business Services)
42  (Scientific, technological and legal services)

**Int'l Class:** 35
**First Used:** February 25, 1998
**In Commerce:** February 25, 1998
**Int'l Class:** 42
**First Used:** February 25, 1998
**In Commerce:** February 25, 1998

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75730381                                                          Page 2

**Applicant:**
ABACUS NETWORKS, INC.
11818 BLUECREST LANE
WHITTIER,CA CALIFORNIA 90606
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION

**Filing Correspondent:**
ABACUS NETWORKS, INC.
11818 BLUECREST LANE
WHITTIER CA 90606

**Design Codes:**
999999 NO CODES

**Freight
DEPOT**

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75730382                                                                Page 1


                           TRADEMARKSCAN® - US Federal
                       © 2006 Thomson CompuMark. All rights reserved.

**Mark:** FREIGHTDEPOT.COM
**Cross References:** FREIGHT DEPOT COM
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** STYLIZED LETTERS
**Active / Inactive:** Inactive
**Image Available:** Yes


**Serial No.:** 75730382


**Status:** ABANDONED


**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** June 19, 2000


**Filed:** July 13, 1999
**Abandoned:** June 19, 2000
**Goods - Services:**
  (INT. CL. 35) LAND, SEA AND AIR FREIGHT INFORMATION SERVICES; LAND, SEA AND AIR
FREIGHT INFORMATION SERVICES PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK;
COMPUTERIZED SEARCHING, ORDERING AND ON-LINE FREIGHT INFORMATION SERVICES FEATURING
LAND,  SEA AND AIR FREIGHT INFORMATION; REFERRAL SERVICES FOR THE LAND, SEA AND AIR
FREIGHT INDUSTRY PROVIDED BY MEANS OF A GLOBAL COMPUTER NETWORK; PROVIDING ACCESS TO
ON-LINE DIRECTORIES, INDICES AND SEARCHABLE DATABASES RELATING TO A VARIETY OF
INFORMATION AND DATA AVAILABLE ON A GLOBAL COMPUTER NETWORK; DISSEMINATION OF
ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROVIDING
AN ON-LINE SEARCHABLE DATABASE FOR THE SALE OF GOODS AND SERVICES OF OTHERS;
PROVIDING  AN ON-LINE SEARCHABLE ORDERING GUIDE FOR LOCATING, ORGANIZING AND
PRESENTING GOODS AND SERVICES OF OTHER ON-LINE VENDORS; DATABASE AGGREGATION,
INTEGRATION AND MANAGEMENT SERVICES; ASSOCIATION SERVICES, NAMELY PROVIDING
OPPORTUNITIES FOR EXCHANGE  OF INFORMATION AND CONVERSATION REGARDING A WIDE VARIETY
OF TOPICS BY MEANS OF LIVE EVENTS, MAILED INFORMATION, PRODUCT REVIEWS AND
INTERACTION ON A GLOBAL COMPUTER NETWORK; PROVIDING AN INTERACTIVE COMPUTER DATABASE
FEATURING AUTOMATICALLY  UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER,
**TRAVEL PLANNER**, AND ALUMNI AND PROFESSIONAL GROUP LINKS, VIA A GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE INTERACTIVE COMPUTER SOFTWARE FOR MANAGING, VIEWING AND
EDITING INFORMATION SUCH AS  EVENT SCHEDULING, ADDRESS BOOKS, AND OTHER PERSONAL AND
PROFESSIONAL CONTACT INFORMATION; COMPUTER SERVICES, NAMELY, PROVIDING MULTIPLE-USER
ACCESS TO COMPUTER NETWORKS FOR THE ELECTRONIC TRANSMISSION OF VARIOUS DATA,
COMMUNICATIONS, DOCUMENTS AND  PERSONAL AND PROFESSIONAL INFORMATION; SEARCHING AND
RETRIEVING INFORMATION, SITES, AND RESOURCES LOCATED ON COMPUTER NETWORKS FOR
OTHERS; PROVIDING A WIDE RANGE OF GENERAL INTEREST INFORMATION VIA A COMPUTER
NETWORK; DIRECTORY SERVICES TO HELP  LOCATE PEOPLE, PLACES, ORGANIZATIONS, PHONE
NUMBERS, NETWORK HOME PAGES, AND ELECTRONIC MAIL ADDRESSES
  (INT. CL. 42) COMPUTERIZED SEARCHING, ORDERING AND ON-LINE FREIGHT INFORMATION
SERVICES FEATURING LAND, SEA AND AIR FREIGHT INFORMATION OVER A GLOBAL COMPUTER
NETWORK

**Int'l Class(es):**
35 (Advertising and Business Services)
42  (Scientific, technological and legal services)

**Int'l Class:** 35
**First Used:** February 25, 1998
**In Commerce:** February 25, 1998
**Int'l Class:** 42
**First Used:** February 25, 1998
**In Commerce:** February 25, 1998


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Applicant:**
ABACUS NETWORKS, INC.
11818 BLUECREST LANE
WHITTIER,CA CALIFORNIA 90606
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION

**Filing Correspondent:**
ABACUS NETWORKS, INC.
11818 BLUECREST LANE
WHITTIER CA 90606

**Design Codes:**
999999 NO CODES

**FreightDepot.com**

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75721322                                                                 Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** BC BUYTRAVEL.COM
**Cross References:** B BUY TRAVEL COM
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Inactive
**Image Available:**Yes

**Serial No.:** 75721322

**Status:** ABANDONED
**Extra Status Data:** PARTIAL SECTION 2(F)INTENT TO USE
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** May 15, 2001

**Filed:** June 4, 1999
**Abandoned:** May 15, 2001
**Goods - Services:**
 ONLINE TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR AIR AND
OTHER TRANSPORTATION, TEMPORARY LODGING, AUTOMOBILE RENTALS, TOURS AND ACTIVITIES;
ELECTRONIC RETAILING SERVICES VIA COMPUTER FEATURING A WIDE VARIETY OF TRAVEL
RELATED MERCHANDISE IN THE NATURE OF GUIDE BOOKS, ELECTRONIC **TRAVEL PLANNERS**, AND
LUGGAGE

**Int'l Class(es):**
35 (Advertising and Business Services)



**Applicant:**
BUY.COM INC.
85 ENTERPRISE
ALISO VIEJO,CA CALIFORNIA 92656
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Assignment Information:**

**Assignee:**
SCOTT A. BLUM SEPARATE PROPERTY TRUST
605 EAST HANSON,
JACKSON,WYOMING 83001
Entity: TRUST

**Assignor:**
 BUY.COM, INC.
Entity: CORPORATION
**Correspondent:**
O'MELVENY & MYERS LLP
AUSTIN K. BARRON
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071-2899
**Brief:** SECURITY AGREEMENT GRANT OF TRADEMARK SECURITY INTEREST
**Recorded:** December 30, 2002
**Reel - Frame:** 2636/0796


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75721322                                                                      Page 2

**Assignee:**
BLUM, SCOTT A.
605 EAST HANSON,
JACKSON,WYOMING 83001
Entity: INDIVIDUAL

**Assignor:**
 BUY.COM, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE
**Correspondent:**
O'MELVENY & MYERS LLP
AUSTIN K. BARRON, ESQ.
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071-2899
**Brief:** GRANT OF TRADEMARK SECURITY INTEREST
**Recorded:** December 30, 2002
**Reel - Frame:** 2638/0392

**Filing Attorney:**
ADAM C. STRIEGEL
**Reference No.:** 028213.2460


**Filing Correspondent:**
ADAM C. STRIEGEL
BROBECK PHLEGER & HARRISON LLP
SPEAR STREET TOWER
ONE MARKET
SAN FRANCISCO, CALIFORNIA 94105

**Disclaimer:** "TRAVEL"

**Claims:** AS TO "BUY.COM"

**Design Codes:**
260101 INCOMPLETE CIRCLES (MORE THAN SEMI-CIRLCES)
260131 CIRCLES CONTAINING ONLY LETTERS OR NUMERALS (INCLUDING PUNCTUATION)
300102 B
300501 SINGLE LETTER OR NUMERAL STANDING ALONE



END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75662417                                                                    Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** PLANETALL
**Cross References:** PLANET ALL
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75662417

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** September 17, 2006

**Filed:** March 17, 1999
**Published:** June 24, 2003
**Abandoned:** September 17, 2006
**Extension Approved:** March 8, 2005
**Allowance Filed:** September 16, 2003
**Goods - Services:**
 (INT. CL. 42) PROVIDING AN INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING
ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER, **TRAVEL PLANNER** AND ALUMNI AND
PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL COMPUTER NETWORK; PROVIDING TEMPORARY USE
OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING AND
EDITING ADDRESS BOOKS, EVENT CALENDARS, AND OTHER PERSONAL AND PROFESSIONAL CONTACT
INFORMATION

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Owner at Publication:**
PLANETALL.COM, INC.
1200 12TH AVENUE SOUTH, SUITE 1200
SEATTLE,WA WASHINGTON 98144
**State of Incorporation or Organization:** MASSACHUSETTS
**Entity:** CORPORATIONOwner Name Changed To: NC99990001BY ASSIGNMENT

**Post Application Owner:**
PLANETALL.COM, INC.
1200 12TH AVENUE SOUTH, SUITE 1200
SEATTLE,WA WASHINGTON 98144
**State of Incorporation or Organization:** MASSACHUSETTS
**Entity:** CORPORATIONOwner Name Changed To: NC99990001BY ASSIGNMENT

**Applicant:**
AMAZON.COM, INC
P.O. BOX 81226
SEATTLE,WA WASHINGTON 98108-1226
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATIONOwner Name Changed To: NC99990001BY ASSIGNMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75662417                                                                Page 2


**Assignment Information:**

**Assignee:**
PLANETALL.COM, INC.
1200 12TH AVENUE SOUTH, SUITE 1200,
SEATTLE,WASHINGTON 98144
Entity: CORPORATION
State of Incorporation or Organization: MASSACHUSETTS

**Assignor:**
 AMAZON.COM, INC.
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE
**Correspondent:**
PERKINS COIE LLP
HEIDI L. SACHS
1201 THIRD AVENUE
SUITE 4800
SEATTLE, WA  98101
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** March 3, 2000
**Reel - Frame:** 2050/0209


**Other U.S. Registrations:**
2125411
**Filing Attorney:**
BRENT D SANDERS

**Filing Correspondent:**
HEIDI L. SACHS
PERKINS COIE LLP
SUITE 4800
1201 THIRD AVENUE
SEATTLE WA 98101

**Event History:**
 NOVEMBER 24, 2006 ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED
 NOVEMBER 24, 2006 ABANDONMENT - NO USE STATEMENT FILED
 OCTOBER 02, 2006 ASSIGNED TO EXAMINER
 MARCH 02, 2006 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 MARCH 02, 2006 EXTENSION 5 GRANTED
 MARCH 02, 2006 EXTENSION 5 FILED
 MARCH 02, 2006 TEAS EXTENSION RECEIVED
 SEPTEMBER 13, 2005 EXTENSION 4 GRANTED
 SEPTEMBER 13, 2005 EXTENSION 4 FILED
 SEPTEMBER 13, 2005 TEAS EXTENSION RECEIVED
 MARCH 08, 2005 EXTENSION 3 GRANTED
 FEBRUARY 17, 2005 EXTENSION 3 FILED
 FEBRUARY 17, 2005 TEAS EXTENSION RECEIVED
 AUGUST 30, 2004 EXTENSION 2 GRANTED
 AUGUST 17, 2004 EXTENSION 2 FILED
 AUGUST 17, 2004 TEAS EXTENSION RECEIVED
 MARCH 26, 2004 EXTENSION 1 GRANTED
 MARCH 16, 2004 EXTENSION 1 FILED
 MARCH 16, 2004 TEAS EXTENSION RECEIVED
 SEPTEMBER 16, 2003 NOTICE OF ALLOWANCE-MAILED
 JUNE 24, 2003 PUBLISHED FOR OPPOSITION
 JUNE 04, 2003 NOTICE OF PUBLICATION

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75662417                                                    Page 3


```
APRIL 24, 2003 APPROVED FOR PUB - PRINCIPAL REGISTER
APRIL 23, 2003 CASE FILE IN TICRS
APRIL 23, 2003 CASE FILE IN TICRS
MARCH 18, 2002 ASSIGNED TO EXAMINER
JUNE 01, 2000 LETTER OF SUSPENSION MAILED
MARCH 03, 2000 CORRESPONDENCE RECEIVED IN LAW OFFICE
SEPTEMBER 03, 1999 NON-FINAL ACTION MAILED
AUGUST 26, 1999 ASSIGNED TO EXAMINER
AUGUST 24, 1999 ASSIGNED TO EXAMINER
AUGUST 24, 1999 ASSIGNED TO EXAMINER
```

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75662416                                                          Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** AMAZON.COM
**Cross References:** AMAZON COM
**Mark Type:** TrademarkService Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75662416
**Child Serial No.:** 75981644

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** October 11, 2002

**Filed:** March 17, 1999
**Published:** July 18, 2000
**Abandoned:** October 11, 2002
**Extension Approved:** April 12, 2002
**Allowance Filed:** April 10, 2001
**Goods - Services:**
  (INT. CL. 9) DOWNLOADABLE COMPUTER SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING,
VIEWING AND EDITING ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT
INFORMATION
  (INT. CL. 35) COMPUTER SERVICES, NAMELY, PROVIDING DIRECTORIES FOR TELEPHONE
NUMBERS, BUSINESS ADDRESSES, ELECTRONIC MAIL ADDRESSES, NETWORK HOME PAGE ADDRESSES,
ADDRESSES AND TELEPHONE NUMBER OF PEOPLE, PLACES, AND ORGANIZATIONS
  (INT. CL. 38) PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK;
ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS CONCERNING PERSONAL AND PROFESSIONAL
INFORMATION VIA COMPUTER TERMINALS
  (INT. CL. 39) PROVIDING AN INTERACTIVE DATABASE FEATURING AN AUTOMATICALLY UPDATING
TRAVEL PLANNER (INT.  CL. 42) PROVIDING AN INTERACTIVE DATABASE FEATURING
AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER AND ALUMNI AND
PROFESSIONAL GROUP LINKS ALL VIA A GLOBAL COMPUTER NETWORK; PROVIDING TEMPORARY USE
OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR EVENT SCHEDULING AND FOR MANAGING, VIEWING
AND EDITING ADDRESS BOOKS AND OTHER PERSONAL AND PROFESSIONAL CONTACT INFORMATION

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
35 (Advertising and Business Services)
38 (Communication)
39 (Transportation and Storage Services)
42  (Scientific, technological and legal services)


**Owner at Publication:**
AMAZON.COM, INC.
P.O. BOX 81226
SEATTLE,WA WASHINGTON 98108-1226
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Applicant:**
AMAZON.COM, INC.

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75662416                                                          Page 2


P.O. BOX 81226
SEATTLE,WA WASHINGTON 98108-1226
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Filing Attorney:**
BRENT D. SANDERS

**Filing Correspondent:**
BRENT D. SANDERS
PERKINS COIE LLP
1201 THIRD AVENUE
40TH FLOOR
SEATTLE, WASHINGTON 98101-3099

**Event History:**
 JULY 01, 2003 ABANDONMENT - NO USE STATEMENT FILED
 APRIL 12, 2002 EXTENSION 2 GRANTED
 APRIL 05, 2002 EXTENSION 2 FILED
 APRIL 05, 2002 TEAS EXTENSION RECEIVED
 NOVEMBER 09, 2001 DIVISIONAL PROCESSING COMPLETE
 OCTOBER 10, 2001 DIVISIONAL REQUEST RECEIVED
 OCTOBER 05, 2001 EXTENSION 1 GRANTED
 OCTOBER 01, 2001 EXTENSION 1 FILED
 APRIL 10, 2001 NOTICE OF ALLOWANCE-MAILED
 AUGUST 17, 2000 EXTENSION OF TIME TO OPPOSE RECEIVED
 JULY 18, 2000 PUBLISHED FOR OPPOSITION
 JUNE 16, 2000 NOTICE OF PUBLICATION
 APRIL 27, 2000 APPROVED FOR PUB - PRINCIPAL REGISTER
 APRIL 21, 2000 EXAMINER'S AMENDMENT MAILED
 APRIL 20, 2000 ASSIGNED TO EXAMINER
 DECEMBER 03, 1999 CORRESPONDENCE RECEIVED IN LAW OFFICE
 SEPTEMBER 20, 1999 NON-FINAL ACTION MAILED
 AUGUST 30, 1999 ASSIGNED TO EXAMINER
 AUGUST 24, 1999 ASSIGNED TO EXAMINER

END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75662419                                                                              Page  1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** FRIEND-CLICK
**Cross References:** FRIEND CLICK
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75662419


**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** June 6, 2003


**Filed:** March 17, 1999
**Published:** March 13, 2001
**Abandoned:** June 6, 2003
**Extension Approved:** January 28, 2003
**Allowance Filed:** June 5, 2001
**Goods - Services:**
  (INT. CL. 35) COMMERCIAL INFORMATION SERVICES, NAMELY, PROVIDING INFORMATION ABOUT
THE AVAILABILITY OF GENERAL MERCHANDISE AND GENERAL CONSUMER GOODS TO INDIVIDUALS
AND CUSTOMERS WHO MAY BE INTERESTED IN PURCHASING THEM; COMMERCIAL INFORMATION AND
DIRECTORY AGENCY SERVICES FOR TELEPHONE NUMBERS, BUSINESS ADDRESSES, ELECTRONIC MAIL
ADDRESSES, NETWORK HOME PAGE ADDRESSES, ADDRESS AND TELEPHONE NUMBER OF PEOPLE,
PLACES AND ORGANIZATIONS
  (INT. CL. 42) COMPUTER SERVICES, NAMELY PROVIDING MULTIPLE  USER ACCESS TO AN
INTERACTIVE DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK, PERSONAL
PLANNER, DATE REMINDER, **TRAVEL PLANNER** AND ALUMNI AND PROFESSIONAL GROUP LINKS ALL
VIA A GLOBAL COMPUTER NETWORK, COMPUTER SERVICES, NAMELY PROVIDING  MULTIPLE USER
ACCESS TO AND TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR EVENT
SCHEDULING AND FOR MANAGING AND EDITING ADDRESS BOOKS, EVENT CALENDARS, AND OTHER
PERSONAL AND PROFESSIONAL CONTACT INFORMATION, PROVIDING A WIDE RANGE OF GENERAL
INTEREST INFORMATION VIA A GLOBAL COMPUTER NETWORK


**Int'l Class(es):**
35 (Advertising and Business Services)
42  (Scientific, technological and legal services)



**Owner at Publication:**
AMAZON.COM, INC.
P.O. BOX 81226
SEATTLE,WA WASHINGTON 98108-0387
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Applicant:**
AMAZON.COM, INC.
P.O. BOX 81226
SEATTLE,WA WASHINGTON 98108-0387
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75662419

**Filing Attorney:**
BRENT D SANDERS

**Filing Correspondent:**
BRENT D SANDERS
AMAZON.COM, INC.
P.O.BOX 81226
SEATTLE WA  98108-1226

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75642331                                                        Page 1


                          TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** NETEXC
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75642331

**Status:** ABANDONED
**Extra Status Data:** INTENT TO USE
**USPTO Status:** (606) ABANDONED-NO STATEMENT OF USE FILED
**USPTO Status Date:** July 19, 2000

**Filed:** February 17, 1999
**Published:** October 26, 1999
**Abandoned:** July 19, 2000
**Allowance Filed:** January 18, 2000
**Goods - Services:**
 INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY UPDATING ADDRESS BOOK,
PERSONAL PLANNER, DATE REMINDER, **TRAVEL PLANNER** AND ALUMNI AND PROFESSIONAL GROUP
LINKS, VIA A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)


**Owner at Publication:**
NETEXC INFORMATION SERVICES, INC.
3021 WEST GREENSHIRE COURT, SUITE 100
CLAYMONT,DE DELAWARE 19703
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Applicant:**
NETEXC INFORMATION SERVICES, INC.
3021 WEST GREENSHIRE COURT, SUITE 100
CLAYMONT,DE DELAWARE 19703
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION



**Filing Attorney:**
SHERYL N STEPHENSON

**Filing Correspondent:**
SHERYL N STEPHENSON
SHAPIRO AND OLANDER PA
36 S CHARLES ST 20TH FL
BALTIMORE MD 21201-3147


END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75580088                                                        Page  1


FEDTM 2388850
                        TRADEMARKSCAN® - US Federal
                 © 2006 Thomson CompuMark. All rights reserved.

**Mark:**  CONDITION TRACKER
**Mark Type:** Trademark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 75580088
**Registration No.:** 2388850

**Status:** REGISTERED
**Extra Status Data:** SUPPLEMENTAL REGISTER
**USPTO Status:** (700) REGISTERED
**USPTO Status Date:** September 19, 2000

**Filed:** November 2, 1998
**Registered:** September 19, 2000
**Application Amended:** June 14, 2000
**Goods - Services:**
  (INT. CL. 9) COMPUTER SOFTWARE FOR MONITORING CUSTOMER-SELECTED CONDITIONS FOR USE
BY TRAVEL MANAGERS, TRAVEL DEPARTMENTS, AND **TRAVEL PLANNERS**

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)

**Int'l Class:** 9
**First Used:** June 1997
**In Commerce:** June 1997


**Registrant:**
AMERICAN EXPRESS COMPANY
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285-4900
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION


**Applicant:**
AMERICAN EXPRESS COMPANY
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285-4900
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION


**Assignment Information:**

**Assignee:**
AMERICAN EXPRESS MARKETING AND DEVELOPMENT CORP.
200 VESEY STREET,
NEW YORK,YORK 10285
Entity: CORPORATION

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75580088                                                          Page 2


State of Incorporation or Organization: DELAWARE

**Assignor:**
 AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
Entity: CORPORATION
State of Incorporation or Organization: YORK
**Correspondent:**
MARK J. LISS
TWO PRUDENTIAL PLAZA, SUITE 4900
180 NORTH STETSON
CHICAGO, IL 60601
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** January 23, 2006
**Reel - Frame:** 3231/0921
**Assignee:**
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
200 VESEY STREET,
NEW YORK,YORK 10285
Entity: CORPORATION
State of Incorporation or Organization: YORK

**Assignor:**
 AMERICAN EXPRESS COMPANY
Entity: CORPORATION
State of Incorporation or Organization: YORK
**Correspondent:**
MARK J. LISS
TWO PRUDENTIAL PLAZA, SUITE 4900
180 NORTH STETSON
CHICAGO, IL 60601
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** January 23, 2006
**Reel - Frame:** 3232/0064

**TTAB Information:**
 (EX PARTE NUMBER) 75580088
 (DATE)**************
 (OUTCOME)TERMINATED, AUGUST 02, 2002
 (PLAINTIFF)AMERICAN EXPRESS COMPANY
 (SERIAL NUMBER)75580088
 (REGISTRATION NUMBER)2388850
 (MARK)CONDITION TRACKER
 (CORRESPONDENT)
 MARK J. LISS
 LEYDIG, VOIT & MAYER, LTD.
 180 NORTH STETSON AVENUE
 CHICAGO
 IL
 US
 60601
 (TTAB ENTRY) #5 APPEAL ACK; FILE REMANDED TO EXAMINER, JUNE 23, 2000
 (TTAB ENTRY) #4 COUNTERCLAIM DISMISSED FOR FAILURE TO FILE A BRIEF, JUNE 23, 2000

**Filing Attorney:**
MARK J. LISS
**Reference No.:** 87964


**Filing Correspondent:**
MARK J. LISS
LEYDIG, VOIT & MAYER, LTD.
180 NORTH STETSON AVENUE
TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, ILLINOIS 60601

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75580088                                                      Page 3

**Event History:**
FEBRUARY 16, 2006 CASE FILE IN TICRS
FEBRUARY 16, 2006 CASE FILE IN TICRS
SEPTEMBER 19, 2000 REGISTERED-SUPPLEMENTAL REGISTER
JULY 12, 2000 APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER
JUNE 23, 2000 JURISDICTION RESTORED TO EXAMINING ATTORNEY
JUNE 23, 2000 EX PARTE APPEAL-INSTITUTED
DECEMBER 15, 1999 FINAL REFUSAL MAILED
OCTOBER 12, 1999 CORRESPONDENCE RECEIVED IN LAW OFFICE
JUNE 03, 1999 NON-FINAL ACTION MAILED
MAY 25, 1999 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75580089                                                              Page 1


FEDTM 2356855
                        TRADEMARKSCAN® - US Federal
                   © 2006 Thomson CompuMark. All rights reserved.

**Mark:** TRIPPOWER
**Cross References:** TRIP POWER
**Mark Type:** Trademark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75580089
**Registration No.:** 2356855

**Status:** CANCELLED

**USPTO Status:** (710) CANCELLED - SECTION 8
**USPTO Status Date:** March 17, 2007

**Filed:** November 2, 1998
**Registered:** June 13, 2000
**Published:** March 21, 2000
**OG Cancelled:** April 24, 2007
**Goods - Services:**
  (INT. CL. 9) COMPUTER SOFTWARE FOR USE AS A DATABASE FEATURING TRAVEL AND
ENTERTAINMENT COSTS FOR USE BY TRAVEL MANAGERS, TRAVEL DEPARTMENTS, AND **TRAVEL
PLANNERS**

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)

**Int'l Class:** 9
**First Used:** February 1994
**In Commerce:** February 1994


**Registrant:**
AMERICAN EXPRESS COMPANY
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285-4900
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION


**Owner at Publication:**
AMERICAN EXPRESS COMPANY
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285-4900
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION


**Applicant:**
AMERICAN EXPRESS COMPANY
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285-4900

       ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75580089                                                    Page 2


**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION



**Assignment Information:**

**Assignee:**
AMERICAN EXPRESS MARKETING AND DEVELOPMENT CORP.
200 VESEY STREET,
NEW YORK,YORK 10285
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
Entity: CORPORATION
State of Incorporation or Organization: YORK
**Correspondent:**
MARK J. LISS
TWO PRUDENTIAL PLAZA, SUITE 4900
180 NORTH STETSON
CHICAGO, IL 60601
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** January 23, 2006
**Reel - Frame:** 3231/0921

**Cancellation Section:** 8
**Cancellation Recorded:** March 17, 2007

**Other U.S. Registrations:**
1959963
**Filing Attorney:**
MARK J. LISS
**Reference No.:** 87960


**Filing Correspondent:**
MARK J. LISS
LEYDIG, VOIT & MAYER, LTD.
180 NORTH STETSON AVENUE
TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, ILLINOIS 60601

**Event History:**
 MARCH 17, 2007 CANCELLED SEC. 8 (6-YR)
 MARCH 24, 2006 CASE FILE IN TICRS
 JUNE 13, 2000 REGISTERED-PRINCIPAL REGISTER
 MARCH 21, 2000 PUBLISHED FOR OPPOSITION
 FEBRUARY 18, 2000 NOTICE OF PUBLICATION
 JANUARY 14, 2000 APPROVED FOR PUB - PRINCIPAL REGISTER
 DECEMBER 15, 1999 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JUNE 16, 1999 NON-FINAL ACTION MAILED
 MAY 28, 1999 ASSIGNED TO EXAMINER
 MAY 25, 1999 ASSIGNED TO EXAMINER

END OF DOCUMENT



© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75582131                                                          Page 1


FEDTM 2346712
                          TRADEMARKSCAN® - US Federal
                   © 2006 Thomson CompuMark. All rights reserved.

**Mark:** POWERPORTFOLIO
**Cross References:** POWER PORTFOLIO
**Mark Type:** Trademark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:** No

**Serial No.:** 75582131
**Registration No.:** 2346712

**Status:** CANCELLED

**USPTO Status:** (710) CANCELLED - SECTION 8
**USPTO Status Date:** February 10, 2007

**Filed:** November 2, 1998
**Registered:** May 2, 2000
**Published:** February 8, 2000
**OG Cancelled:** March 20, 2007
**Goods - Services:**
  (INT. CL. 9) COMPUTER SOFTWARE FOR USE AS A DATABASE FEATURING TRAVEL AND
ENTERTAINMENT COSTS FOR USE BY TRAVEL MANAGERS, TRAVEL DEPARTMENTS, AND **TRAVEL
PLANNERS**

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)

**Int'l Class:** 9
**First Used:** January 1997
**In Commerce:** January 1997


**Registrant:**
AMERICAN EXPRESS COMPANY
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285-4900
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION


**Owner at Publication:**
AMERICAN EXPRESS COMPANY
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285-4900
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION


**Applicant:**
AMERICAN EXPRESS COMPANY
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285-4900

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75582131                                                                    Page 2


**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION



**Assignment Information:**

**Assignee:**
AMERICAN EXPRESS MARKETING AND DEVELOPMENT CORP.
200 VESEY STREET,
NEW YORK,YORK 10285
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
Entity: CORPORATION
State of Incorporation or Organization: YORK
**Correspondent:**
MARK J. LISS
TWO PRUDENTIAL PLAZA, SUITE 4900
180 NORTH STETSON
CHICAGO, IL 60601
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** January 23, 2006
**Reel - Frame:** 3231/0921
**Assignee:**
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
200 VESEY STREET,
NEW YORK,YORK 10285
Entity: CORPORATION
State of Incorporation or Organization: YORK

**Assignor:**
 AMERICAN EXPRESS COMPANY
Entity: CORPORATION
State of Incorporation or Organization: YORK
**Correspondent:**
MARK J. LISS
TWO PRUDENTIAL PLAZA, SUITE 4900
180 NORTH STETSON
CHICAGO, IL 60601
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** January 23, 2006
**Reel - Frame:** 3232/0064

**Cancellation Section:** 8
**Cancellation Recorded:** February 10, 2007

**Other U.S. Registrations:**
1959963
**Filing Attorney:**
MARK J. LISS
**Reference No.:** 87963


**Filing Correspondent:**
MARK J. LISS
LEYDIG, VOIT & MAYER, LTD.
180 NORTH STETSON AVENUE
TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, ILLINOIS 60601


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75582131                                                    Page 3

**Event History:**
 FEBRUARY 10, 2007 CANCELLED SEC. 8 (6-YR)
 APRIL 03, 2006 CASE FILE IN TICRS
 MAY 02, 2000 REGISTERED-PRINCIPAL REGISTER
 FEBRUARY 08, 2000 PUBLISHED FOR OPPOSITION
 JANUARY 07, 2000 NOTICE OF PUBLICATION
 DECEMBER 02, 1999 APPROVED FOR PUB - PRINCIPAL REGISTER
 OCTOBER 08, 1999 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JULY 01, 1999 NON-FINAL ACTION MAILED
 JUNE 21, 1999 ASSIGNED TO EXAMINER
 MAY 28, 1999 ASSIGNED TO EXAMINER

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75206638                                                              Page 1


FEDTM 2125411
                              TRADEMARKSCAN® - US Federal
                      © 2006 Thomson CompuMark. All rights reserved.

**Mark:** PLANETALL
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75206638
**Registration No.:** 2125411

**Status:** CANCELLED

**USPTO Status:** (710) CANCELLED - SECTION 8
**USPTO Status Date:** October 2, 2004

**Filed:** December 2, 1996
**Registered:** December 30, 1997
**Published:** October 7, 1997
**OG Cancelled:** November 16, 2004
**Goods - Services:**
 (INT. CL. 42) PROVIDING AN INTERACTIVE COMPUTER DATABASE FEATURING AUTOMATICALLY
UPDATING ADDRESS BOOK, PERSONAL PLANNER, DATE REMINDER, **TRAVEL PLANNER**, AND ALUMNI
AND PROFESSIONAL GROUP LINKS, VIA A GLOBAL COMPUTER NETWORK

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Int'l Class:** 42
**First Used:** November 11, 1996
**In Commerce:** November 11, 1996


**Registrant:**
SAGE ENTERPRISES, INC.
17 SELLERS STREET, 2ND FLOOR
CAMBRIDGE,MA MASSACHUSETTS 01239
**State of Incorporation or Organization:** MASSACHUSETTS
**Entity:** CORPORATION


**Owner at Publication:**
SAGE ENTERPRISES, INC.
17 SELLERS STREET, 2ND FLOOR
CAMBRIDGE,MA MASSACHUSETTS 01239
**State of Incorporation or Organization:** MASSACHUSETTS
**Entity:** CORPORATION


**Applicant:**
SAGE ENTERPRISES, INC.
17 SELLERS STREET, 2ND FLOOR
CAMBRIDGE,MA MASSACHUSETTS 01239
**State of Incorporation or Organization:** MASSACHUSETTS
**Entity:** CORPORATION


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75206638                                                              Page 2

**Assignment Information:**

**Assignee:**
PLANETALL.COM, INC.
SUITE 1200,
1200 12TH AVENUE SOUTH,
SEATTLE,WASHINGTON 98144
Entity: CORPORATION
State of Incorporation or Organization: MASSACHUSETTS

**Assignor:**
 SAGE ENTERPRISES, INC.
Entity: CORPORATION
State of Incorporation or Organization: MASSACHUSETTS
**Correspondent:**
PERKINS COLE LLP
HEIDI L. SACHS
1201 THIRD AVENUE
SUITE 4800
SEATTLE, WA  98101
**Brief:** CHANGE OF NAME
**Recorded:** March 3, 2000
**Reel - Frame:** 2050/0206

**Cancellation Section:** 8
**Cancellation Recorded:** October 2, 2004

**Filing Correspondent:**
WARREN ADAMS
17 SELLERS ST 2ND FL
CAMBRIDGE MA 01239

**Event History:**
  OCTOBER 02, 2004 CANCELLED SEC. 8 (6-YR)
  DECEMBER 30, 1997 REGISTERED-PRINCIPAL REGISTER
  OCTOBER 07, 1997 PUBLISHED FOR OPPOSITION
  SEPTEMBER 05, 1997 NOTICE OF PUBLICATION
  JULY 25, 1997 APPROVED FOR PUB - PRINCIPAL REGISTER
  JULY 24, 1997 EXAMINER'S AMENDMENT MAILED
  JULY 07, 1997 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75177268                                                           Page 1

FEDTM 2140307
                            TRADEMARKSCAN® - US Federal
                     © 2006 Thomson CompuMark. All rights reserved.

**Mark:** TRAVEL BUYERS ASSOCIATION
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Inactive
**Image Available:**Yes

**Serial No.:** 75177268
**Registration No.:** 2140307

**Status:** CANCELLED

**USPTO Status:** (710) CANCELLED - SECTION 8
**USPTO Status Date:** December 4, 2004

**Filed:** October 4, 1996
**Registered:** March 3, 1998
**Published:** December 9, 1997
**OG Cancelled:** January 18, 2005
**Goods - Services:**
 (INT. CL. 42) ASSOCIATION SERVICES, NAMELY, PROMOTING THE INTEREST OF **TRAVEL
PLANNERS** AND BUYERS THROUGH A COMBINATION OF PROFESSIONAL SUPPORT SERVICES, TRAVEL
PRODUCTS AND MEMBER BENEFIT PROGRAMS

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Int'l Class:** 42
**First Used:** September 7, 1996
**In Commerce:** September 7, 1996


**Registrant:**
NATIONAL TOUR ASSOCIATION, INC.
546 EAST MAIN STREET
LEXINGTON,KY KENTUCKY 40508
**State of Incorporation or Organization:** KENTUCKY
**Entity:** CORPORATION


**Owner at Publication:**
NATIONAL TOUR ASSOCIATION, INC.
546 EAST MAIN STREET
LEXINGTON,KY KENTUCKY 40508
**State of Incorporation or Organization:** KENTUCKY
**Entity:** CORPORATION


**Applicant:**
NATIONAL TOUR ASSOCIATION, INC.
546 EAST MAIN STREET
LEXINGTON,KY KENTUCKY 40508
**State of Incorporation or Organization:** KENTUCKY
**Entity:** CORPORATION


          ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75177268                                                    Page 2

**Cancellation Section:** 8
**Cancellation Recorded:** December 4, 2004
**Filing Attorney:**
J RALPH KING

**Filing Correspondent:**
J RALPH KING
KING AND SCHICKLI
CORPORATE GATEWAY
3070 HARRODSBURG RD STE 210
LEXINGTON KY 40503

**Event History:**
 DECEMBER 04, 2004 CANCELLED SEC. 8 (6-YR)
 MARCH 03, 1998 REGISTERED-PRINCIPAL REGISTER
 DECEMBER 09, 1997 PUBLISHED FOR OPPOSITION
 NOVEMBER 07, 1997 NOTICE OF PUBLICATION
 SEPTEMBER 25, 1997 APPROVED FOR PUB - PRINCIPAL REGISTER
 SEPTEMBER 08, 1997 CORRESPONDENCE RECEIVED IN LAW OFFICE
 MARCH 24, 1997 NON-FINAL ACTION MAILED
 MARCH 13, 1997 ASSIGNED TO EXAMINER

**Disclaimer:** "TRAVEL BUYERS ASSOCIATION"

**Design Codes:**
300122 V
300504 LETTERS EMBEDDED IN A WORD NUMERALS EMBEDDED IN A NUMBER STRING
031519 BIRDS OR BATS IN FLIGHT OR WITH OUTSPREAD WINGS
031524 STYLIZED BIRDS AND BATS
031525 OTHER BIRDS
310301 STRAIGHT UNDERLINING
310305 ONE UNDERLINE
261110 RECTANGLES UNALTERED
261137 RECTANGLES THAT ARE COMPLETELY OR PARTIALLY SHADED
300508 GEOMETRIC FIGURES HUMANS ANIMALS PLANTS OR OBJECTS FORMING LETTERS OR NU
270303 REPRESENTATIONS OF ANIMALS FORMING LETTERS OR NUMERALS



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 75117928                                                              Page 1


FEDTM 2057411
                          TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** ODYSSEUS
**Mark Type:** Trademark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Inactive
**Image Available:**No

**Serial No.:** 75117928
**Registration No.:** 2057411

**Status:** CANCELLED

**USPTO Status:** (710) CANCELLED - SECTION 8
**USPTO Status Date:** January 31, 2004

**Filed:** June 12, 1996
**Registered:** April 29, 1997
**Published:** February 4, 1997
**OG Cancelled:** March 16, 2004
**Goods - Services:**
  (INT. CL. 16) TRAVEL GUIDE BOOK, NAMELY, AN INTERNATIONAL GAY **TRAVEL PLANNER** GUIDE
PUBLISHED ANNUALLY

**Int'l Class(es):**
16 (Paper Goods and Printed Matter)

**Int'l Class:** 16
**First Used:** June 20, 1984
**In Commerce:** December 1, 1984


**Registrant:**
ODYSSEUS ENTERPRISES LTD.
PO BOX 1548
PORT WASHINGTON,NY NEW YORK 11050
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


**Owner at Publication:**
ODYSSEUS ENTERPRISES LTD.
PO BOX 1548
PORT WASHINGTON,NY NEW YORK 11050
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


**Applicant:**
ODYSSEUS ENTERPRISES LTD.
PO BOX 1548
PORT WASHINGTON,NY NEW YORK 11050
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 75117928                                                           Page 2


**Cancellation Section:** 8
**Cancellation Recorded:** January 31, 2004

**Filing Correspondent:**
ODYSSEUS ENTERPRISES LTD.
PO BOX 1548
PORT WASHINGTON, NY  11050

**Event History:**
 JANUARY 31, 2004 CANCELLED SEC. 8 (6-YR)
 APRIL 29, 1997 REGISTERED-PRINCIPAL REGISTER
 FEBRUARY 04, 1997 PUBLISHED FOR OPPOSITION
 JANUARY 04, 1997 NOTICE OF PUBLICATION
 DECEMBER 07, 1996 APPROVED FOR PUB - PRINCIPAL REGISTER
 NOVEMBER 25, 1996 EXAMINERS AMENDMENT MAILED
 NOVEMBER 15, 1996 ASSIGNED TO EXAMINER

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 74687192                                                              Page 1

FEDTM 2041644
                        TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** EXECUTIVE SERVICE PLAN
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 74687192
**Registration No.:** 2041644

**Status:** RENEWED
**Extra Status Data:** SECTION 2(F)
**USPTO Status:** (800) REGISTERED AND RENEWED
**USPTO Status Date:** January 20, 2007
**Affidavit Section:** REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTEDREGISTERED -
SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.
**Affidavit Date:** January 20, 2007November 12, 2002

**Filed:** June 12, 1995
**Registered:** March 4, 1997
**Published:** December 10, 1996
**OG Renewal:** February 27, 2007
**Goods - Services:**
  (INT. CL. 42) HOTEL SERVICES FEATURING AWARDS PROGRAMS FOR BUSINESS TRAVELERS AND
BUSINESS **TRAVEL PLANNERS**

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Int'l Class:** 42
**First Used:** January 1973
**In Commerce:** January 1973

**Registrant:**
OMNI HOTELS MANAGEMENT CORPORATION
SUITE 200
420 DECKER DRIVE
IRVING,TX TEXAS 75062
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION

**Owner at Publication:**
OMNI HOTELS MANAGEMENT CORPORATION
500 LAFAYETTE ROAD
HAMPTON,NH NEW HAMPSHIRE 03842
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION

**Applicant:**
OMNI HOTELS MANAGEMENT CORPORATION
500 LAFAYETTE ROAD
HAMPTON,NH NEW HAMPSHIRE 03842
**State of Incorporation or Organization:** DELAWARE

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 74687192                                                          Page 2

**Entity:** CORPORATION

**Filing Attorney:**
SCOTT HUNSAKER

**Filing Correspondent:**
SCOTT HUNSAKER
OMNI HOTELS MANAGEMENT COPRORATION
420 DECKER DRIVE
SUITE 200
IRVING, TX 75062

**Event History:**
 JANUARY 20, 2007 REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS)
 JANUARY 20, 2007 REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED
 JANUARY 05, 2007 ASSIGNED TO PARALEGAL
 DECEMBER 20, 2006 CASE FILE IN TICRS
 NOVEMBER 02, 2006 REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED
 NOVEMBER 02, 2006 TEAS SECTION 8 & 9 RECEIVED
 NOVEMBER 12, 2002 REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.
 SEPTEMBER 23, 2002 REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED
 SEPTEMBER 23, 2002 PAPER RECEIVED
 MARCH 04, 1997 REGISTERED-PRINCIPAL REGISTER
 DECEMBER 10, 1996 PUBLISHED FOR OPPOSITION
 NOVEMBER 08, 1996 NOTICE OF PUBLICATION
 SEPTEMBER 10, 1996 APPROVED FOR PUB - PRINCIPAL REGISTER
 JULY 24, 1996 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JANUARY 25, 1996 NON-FINAL ACTION MAILED
 JANUARY 21, 1996 ASSIGNED TO EXAMINER

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 74609433                                                        Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** PDQ
**Mark Type:** Trademark
**Design:** YES
**Design Type:** STYLIZED LETTERS
**Active / Inactive:** Inactive
**Image Available:**Yes

**Serial No.:** 74609433

**Status:** ABANDONED

**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** December 21, 1995

**Filed:** December 12, 1994
**Abandoned:** December 21, 1995
**Goods - Services:**
 SOFTWARE RELATING TO DATA MANAGEMENT FOR TRAVEL MANAGERS, TRAVEL DEPARTMENTS, AND
**TRAVEL PLANNERS**

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)

**Int'l Class:** 9
**First Used:** June 1991
**In Commerce:** June 1991


**Applicant:**
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
AMERICAN EXPRESS TOWER
WORLD FINANCIAL CENTER
NEW YORK,NY NEW YORK 10285
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION




**Other U.S. Registrations:**
1701177 AND OTHERS
**Filing Attorney:**
MARK J. LISS
**Reference No.:** 63353


**Filing Correspondent:**
MARK J. LISS
LEYDIG, VOIT & MAYER, LTD.
TWO PRUDENTIAL PLAZA SUITE 4900
CHICAGO, IL  60601-6780

**Design Codes:**
999999 NO CODES
999999 NO CODES


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**PDQ**

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 74606881                                                              Page 1


FEDTM 1959963
                        TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** CARDPOWER
**Cross References:** CARD POWER
**Mark Type:** Trademark
**Design:** YES
**Design Type:** STYLIZED LETTERS
**Active / Inactive:** Inactive
**Image Available:** Yes

**Serial No.:** 74606881
**Registration No.:** 1959963


**Status:** CANCELLED

**USPTO Status:** (710) CANCELLED - SECTION 8
**USPTO Status Date:** December 9, 2006
**Affidavit Section:** REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.
**Affidavit Date:** August 5, 2003

**Filed:** December 5, 1994
**Registered:** March 5, 1996
**Published:** December 12, 1995
**OG Cancelled:** January 16, 2007
**Goods - Services:**
  (INT. CL. 9) COMPUTER SOFTWARE FOR USE AS A DATABASE FEATURING TRAVEL AND
ENTERTAINMENT COSTS FOR USE BY TRAVEL MANAGERS, TRAVEL DEPARTMENTS, AND **TRAVEL
PLANNERS**

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)

**Int'l Class:** 9
**First Used:** December 1993
**In Commerce:** December 1993


**Post Registration Owner:**
AMERICAN EXPRESS COMPANY
200 VESEY STREET
NEW YORK,NY NEW YORK 10285
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATIONOwner Name Changed To: NC40000001BY ASSIGNMENT



**Registrant:**
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION



**Owner at Publication:**
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
WORLD FINANCIAL CENTER

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 74606881                                                    Page 2

AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION

**Applicant:**
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
WORLD FINANCIAL CENTER
AMERICAN EXPRESS TOWER
NEW YORK,NY NEW YORK 10285
**State of Incorporation or Organization:** YORK
**Entity:** CORPORATION

**Assignment Information:**

**Assignee:**
AMERICAN EXPRESS COMPANY
200 VESEY STREET,
NEW YORK,YORK 10285
Entity: CORPORATION
State of Incorporation or Organization: YORK

**Assignor:**
 AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
Entity: CORPORATION
State of Incorporation or Organization: YORK
**Correspondent:**
AMERICAN EXPRESS COMPANY
DAVINA M. BOWMAN
200 VESEY STREET
NEW YORK, NY 10285
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** November 7, 2002
**Reel - Frame:** 2615/0728
**Assignee:**
AMERICAN EXPRESS MARKETING AND DEVELOPMENT CORP.
200 VESEY STREET,
NEW YORK,YORK 10285
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
Entity: CORPORATION
State of Incorporation or Organization: YORK
**Correspondent:**
MARK J. LISS
TWO PRUDENTIAL PLAZA, SUITE 4900
180 NORTH STETSON
CHICAGO, IL 60601
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** January 23, 2006
**Reel - Frame:** 3231/0921

**Cancellation Section:** 8
**Cancellation Recorded:** December 9, 2006

**Filing Correspondent:**
STEPHEN P. NORMAN
AMERICAN EXPRESS COMPANY

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 74606881                                                          Page 3


200 VESEY STREET
NEW YORK, NY 10285

**Event History:**
 DECEMBER 09, 2006 CANCELLED SEC. 8 (10-YR)/EXPIRED SECTION 9
 AUGUST 10, 2006 CASE FILE IN TICRS
 AUGUST 05, 2003 REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.
 NOVEMBER 12, 2002 RESPONSE RECEIVED TO POST REG. ACTION - SEC. 8 & 15
 MAY 09, 2002 POST REGISTRATION ACTION MAILED - SEC. 8 & 15
 FEBRUARY 01, 2002 REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED
 MARCH 05, 1996 REGISTERED-PRINCIPAL REGISTER
 DECEMBER 12, 1995 PUBLISHED FOR OPPOSITION
 NOVEMBER 10, 1995 NOTICE OF PUBLICATION
 SEPTEMBER 21, 1995 APPROVED FOR PUB - PRINCIPAL REGISTER
 AUGUST 28, 1995 EXAMINER'S AMENDMENT MAILED
 MAY 15, 1995 NON-FINAL ACTION MAILED
 MAY 02, 1995 ASSIGNED TO EXAMINER

**Design Codes:**
999999 NO CODES

**CardPower**


END OF DOCUMENT


©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 74606880                                                              Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** TRIPPOWER
**Cross References:** TRIP POWER
**Mark Type:** Trademark
**Design:** YES
**Design Type:** STYLIZED LETTERS
**Active / Inactive:** Inactive
**Image Available:**Yes


**Serial No.:** 74606880


**Status:** ABANDONED


**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** January 3, 1996


**Filed:** December 5, 1994
**Abandoned:** January 3, 1996
**Goods - Services:**
 SOFTWARE RELATING TO DATA MANAGEMENT FOR TRAVEL MANAGERS, TRAVEL DEPARTM4ENTS, AND
**TRAVEL PLANNERS**

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)

**Int'l Class:** 9
**First Used:** October 1993
**In Commerce:** October 1993


**Applicant:**
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
AMERICAN EXPRESS TOWER
WORLD FINANCIAL CENTER
NEW YORK,NY NEW YORK 10285
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION



**Filing Attorney:**
MARK J. LISS
**Reference No.:** 63353


**Filing Correspondent:**
MARK J. LISS
LEYDIG, VOIT & MAYER, LTD.
TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, IL  60601

**Design Codes:**
999999 NO CODES



© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**TripPower**

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 74606878                                                           Page 1


TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** PURCHASEPOWER
**Cross References:** PURCHASE POWER
**Mark Type:** Trademark
**Design:** YES
**Design Type:** STYLIZED LETTERS
**Active / Inactive:** Inactive
**Image Available:**Yes


**Serial No.:** 74606878


**Status:** ABANDONED


**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** April 1, 1996


**Filed:** December 5, 1994
**Abandoned:** April 1, 1996
**Goods - Services:**
 SOFTWARE RELATING TO DATA MANAGEMENT FOR TRAVEL MANAGERS, TRAVEL DEPARTMENTS, AND
**TRAVEL PLANNERS**

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)


**Int'l Class:** 9
**First Used:** December 1993
**In Commerce:** December 1993


**Applicant:**
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
AMERICAN EXPRESS TOWER
WORLD FINANCIAL CENTER
NEW YORK,NY NEW YORK 10285
**State of Incorporation or Organization:** NEW YORK
**Entity:** CORPORATION



**Filing Attorney:**
MARK J. LISS
**Reference No.:** 63353


**Filing Correspondent:**
MARK J. LISS
LEYDIG, VOIT & MAYER, LTD.
TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, IL  60601

**Design Codes:**
999999 NO CODES


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**PurchasePower**

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 74423335                                                          Page 1


FEDTM 2121935
                        TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** JOURNEY JOURNAL
**Mark Type:** Trademark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Active
**Image Available:**Yes

**Serial No.:** 74423335
**Registration No.:** 2121935

**Status:** REGISTERED

**USPTO Status:** (710) CANCELLED - SECTION 8
**USPTO Status Date:** September 18, 2004

**Filed:** August 12, 1993
**Registered:** December 16, 1997
**Published:** May 9, 1995
**Extension Approved:** October 4, 1996
**Allowance Filed:** August 1, 1995
**Goods - Services:**
  (INT. CL. 16) PERMANENT **TRAVEL PLANNERS**, CARRY-WITH-YOU **TRAVEL PLANNERS**, HOLDERS
FOR TRAVEL BROCHURES AND MAPS, TRAVEL ORGANIZERS, TRAVEL DIARIES, PERSONAL PLANNERS
FOR TRAVEL, AND PERSONAL PLANNERS FOR VACATIONS

**Int'l Class(es):**
16 (Paper Goods and Printed Matter)

**Int'l Class:** 16
**First Used:** January 20, 1997
**In Commerce:** January 20, 1997


**Applicant:**
LYGHT ENTERPRISES
1485 PLEASANT VIEW
MARIETTA,GA GEORGIA 30062
**State of Incorporation or Organization:** GEORGIA
**Entity:** PARTNERSHIP
**Composed of:** COMPOSED OF VICKI LYNN AND DENNIS WRIGHT, BOTH U.S. CITIZENS


**Owner at Publication:**
LYGHT ENTERPRISES
1485 PLEASANT VIEW
MARIETTA,GA GEORGIA 30062
**State of Incorporation or Organization:** GEORGIA
**Entity:** PARTNERSHIP
**Composed of:** COMPOSED OF VICKI LYNN AND DENNIS WRIGHT, BOTH U.S. CITIZENS


**Registrant:**
LYGHT ENTERPRISES
1485 PLEASANT VIEW
MARIETTA,GA GEORGIA 30062
**State of Incorporation or Organization:** GEORGIA

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 74423335                                                          Page 2

**Entity:** PARTNERSHIP
**Composed of:** COMPOSED OF VICKI LYNN AND DENNIS WRIGHT, BOTH U.S. CITIZENS


**Cancellation Recorded:** September 18, 2004
**Filing Attorney:**
SCOTT A. HORSTEMEYER
**Reference No.:** 5L01-3-001


**Filing Correspondent:**
SCOTT A. HORSTEMEYER
HOPKINS & THOMAS
100 GALLERIA PARKWAY N.W., SUITE 1550
ATLANTA, GA 30339

**Event History:**
  SEPTEMBER 18, 2004 CANCELLED SEC. 8 (6-YR)
  DECEMBER 16, 1997 REGISTERED-PRINCIPAL REGISTER
  OCTOBER 23, 1997 ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED
  OCTOBER 23, 1997 ASSIGNED TO EXAMINER
  SEPTEMBER 30, 1997 CORRESPONDENCE RECEIVED IN LAW OFFICE
  MARCH 31, 1997 NON-FINAL ACTION MAILED
  MARCH 17, 1997 ASSIGNED TO EXAMINER
  MARCH 10, 1997 STATEMENT OF USE PROCESSING COMPLETE
  JANUARY 29, 1997 USE AMENDMENT FILED
  OCTOBER 04, 1996 EXTENSION 2 GRANTED
  JULY 31, 1996 EXTENSION 2 FILED
  APRIL 11, 1996 EXTENSION 1 GRANTED
  JANUARY 30, 1996 EXTENSION 1 FILED
  AUGUST 01, 1995 NOTICE OF ALLOWANCE-MAILED
  MAY 09, 1995 PUBLISHED FOR OPPOSITION
  APRIL 07, 1995 NOTICE OF PUBLICATION
  DECEMBER 30, 1994 APPROVED FOR PUB - PRINCIPAL REGISTER
  OCTOBER 21, 1994 CORRESPONDENCE RECEIVED IN LAW OFFICE
  SEPTEMBER 26, 1994 FINAL REFUSAL MAILED
  JULY 11, 1994 CORRESPONDENCE RECEIVED IN LAW OFFICE
  FEBRUARY 02, 1994 NON-FINAL ACTION MAILED
  DECEMBER 15, 1993 ASSIGNED TO EXAMINER
  DECEMBER 15, 1993 ASSIGNED TO EXAMINER

**Disclaimer:** "JOURNEY JOURNAL"

**Design Codes:**
010701 GLOBES WITH OUTLINES OF CONTINENTS
010704 FLATTENED GLOBES
240907 BANNERS



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 74283018                                                          Page 1


FEDTM 1793056
                        TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** ESP
**Mark Type:** Service Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 74283018
**Registration No.:** 1793056

**Status:** RENEWED

**USPTO Status:** (800) REGISTERED AND RENEWED
**USPTO Status Date:** August 30, 2003
**Affidavit Section:** REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTEDREGISTERED -
SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.
**Affidavit Date:** August 30, 2003April 3, 1999

**Filed:** June 5, 1992
**Registered:** September 14, 1993
**Published:** June 22, 1993
**Renewal Accepted:** September 14, 2003
**OG Renewal:** October 14, 2003
**Goods - Services:**
  (INT. CL. 42) HOTEL SERVICES FOR BUSINESS TRAVELERS AND **TRAVEL PLANNERS**; NAMELY,
SPECIAL RESERVATION AND ROOM RATES FOR BUSINESS TRAVELERS AND **TRAVEL PLANNERS**,
EXPRESS CHECK IN AND CHECK OUT SERVICES, ROOM RESERVATION GUARANTEES, ROOM UPGRADES,
FREE ACCOMMODATIONS FOR BUSINESS TRAVELER'S SPOUSE, AND ADDITIONAL SPECIAL
RESERVATION AND ROOM RATES FOR FREQUENT BUSINESS TRAVELERS AND **TRAVEL PLANNERS**

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Int'l Class:** 42
**First Used:** April 1973
**In Commerce:** April 1973


**Registrant:**
OMNI HOTELS MANAGEMENT CORPORATION
SUITE 200, 420 DECKER DRIVE
IRVING,TX TEXAS 75062
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Owner at Publication:**
OMNI HOTELS MANAGEMENT CORPORATION
500 LAFAYETTE ROAD
HAMPTON,NH NEW HAMPSHIRE 03842
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Applicant:**
OMNI HOTELS MANAGEMENT CORPORATION

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 74283018                                                                        Page 2

```
500 LAFAYETTE ROAD
HAMPTON,NH NEW HAMPSHIRE 03842
```
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATION


**Other U.S. Registrations:**
```
1203207
1210112
```
**Filing Attorney:**
SCOTT HUNSAKER
**Reference No.:** 016442-00033


**Filing Correspondent:**
```
SCOTT HUNSAKER
LOCKE LIDDELL & SAPP LLP
600 TRAVIS ST SUITE 3400
HOUSTON TX  77002-3095
```

**Event History:**
```
 AUGUST 30, 2003 REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS)
 AUGUST 30, 2003 REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED
 JUNE 09, 2003 REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED
 JUNE 09, 2003 TEAS SECTION 8 & 9 RECEIVED
 APRIL 03, 1999 REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.
 NOVEMBER 19, 1998 REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED
 SEPTEMBER 14, 1993 REGISTERED-PRINCIPAL REGISTER
 JUNE 22, 1993 PUBLISHED FOR OPPOSITION
 MAY 21, 1993 NOTICE OF PUBLICATION
 APRIL 26, 1993 APPROVED FOR PUB - PRINCIPAL REGISTER
 APRIL 20, 1993 EXAMINERS AMENDMENT MAILED
 APRIL 13, 1993 PREVIOUS ALLOWANCE COUNT WITHDRAWN
 MARCH 31, 1993 APPROVED FOR PUB - PRINCIPAL REGISTER
 MARCH 08, 1993 COMMUNICATION RECEIVED FROM APPLICANT
 SEPTEMBER 08, 1992 NON-FINAL ACTION MAILED
 AUGUST 24, 1992 ASSIGNED TO EXAMINER
```

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 74280775                                                        Page 1

TRADEMARKSCAN® - US Federal
© 2006 Thomson CompuMark. All rights reserved.

**Mark:** NASTP NATIONAL ASSOCIATION OF SENIOR TRAVEL PLANNERS
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** WORD & DESIGN
**Active / Inactive:** Inactive
**Image Available:**Yes

**Serial No.:** 74280775

**Status:** ABANDONED
**Extra Status Data:** SECTION 2(F)
**USPTO Status:** (602) ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** October 1, 1993

**Filed:** June 1, 1992
**Abandoned:** October 1, 1993
**Goods - Services:**
 ASSOCIATION SERVICES; NAMELY, PROMOTING THE INTEREST OF **TRAVEL PLANNERS**

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Int'l Class:** 42
**First Used:** January 1, 1984
**In Commerce:** January 1, 1984

**Applicant:**
NATIONAL ASSOCIATION OF SENIOR TRAVEL PLANNERS, INC.
P.O. BOX 212
HINGHAM,MA MASSACHUSETTS 02043
**State of Incorporation or Organization:** DISTRICT OF COLUMBIA
**Entity:** CORPORATION

**Filing Attorney:**
JACQUELINE A. HENSON

**Filing Correspondent:**
JACQUELINE A. HENSON
MCKENNA & CUNEO
1575 I STREET N.W.
WASHINGTON, D.C. 20005

**Disclaimer:** "ASSOCIATION OF SENIOR TRAVEL PLANNERS"

**Design Codes:**
260710 DIAMONDS WITH ANGULAR UNALTERED CORNERS
260731 DIAMONDS CONTAINING ONLY LETTERS OR NUMERALS
260737 DIAMONDS THAT ARE COMPLETELY OR PARTIALLY SHADED

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 74279552                                                          Page 1


FEDTM 1767760
                          TRADEMARKSCAN® - US Federal
                    © 2006 Thomson CompuMark. All rights reserved.

**Mark:** PORTFOLIO
**Mark Type:** Service Mark
**Design:** YES
**Design Type:** STYLIZED LETTERS
**Active / Inactive:** Inactive
**Image Available:** Yes

**Serial No.:** 74279552
**Registration No.:** 1767760

**Status:** CANCELLED

**USPTO Status:** (710) CANCELLED - SECTION 8
**USPTO Status Date:** August 9, 2000

**Filed:** May 26, 1992
**Registered:** April 27, 1993
**Published:** February 2, 1993
**OG Cancelled:** September 19, 2000
**Goods - Services:**
 INCENTIVE PROGRAM FOR **TRAVEL PLANNERS** PROVIDING SPECIAL HOTEL SERVICES, AMENTIES
AND DISCOUNT RATES

**Int'l Class(es):**
42  (Scientific, technological and legal services)

**Int'l Class:** 42
**First Used:** June 1991
**In Commerce:** June 1991


**Registrant:**
CROWN STERLING, INC.
3131 TURTLE CREEK BOULEVARD
DALLAS,TX TEXAS 75200
**State of Incorporation or Organization:** TEXAS
**Entity:** CORPORATION


**Owner at Publication:**
CROWN STERLING, INC.
3131 TURTLE CREEK BOULEVARD
DALLAS,TX TEXAS 75200
**State of Incorporation or Organization:** TEXAS
**Entity:** CORPORATION


**Applicant:**
CROWN STERLING, INC.
3131 TURTLE CREEK BOULEVARD
DALLAS,TX TEXAS 75200
**State of Incorporation or Organization:** TEXAS
**Entity:** CORPORATION


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 74279552                                                                Page 2


**Cancellation Section:** 8
**Cancellation Recorded:** August 9, 2000
**Filing Attorney:**
MARK I. FELDMAN

**Filing Correspondent:**
MARK I. FELDMAN
RUDNICK & WOLFE
203 NORTH LASALLE STREET
CHICAGO, IL  60601

**Design Codes:**
999999 NO CODES

**PORTFOLIO**


END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

FEDTM 73788382                                                                    Page 1

FEDTM 1628956
                        TRADEMARKSCAN® - US Federal
                  © 2006 Thomson CompuMark. All rights reserved.

**Mark:** DESTINATION
**Mark Type:** TrademarkService Mark
**Design:** NO
**Design Type:** WORD ONLY
**Active / Inactive:** Active
**Image Available:**No

**Serial No.:** 73788382
**Registration No.:** 1628956

**Status:** RENEWED

**USPTO Status:** (800) REGISTERED AND RENEWED
**USPTO Status Date:** February 19, 2002
**Affidavit Section:** REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTEDREGISTERED -
SEC. 8 (6-YR) ACCEPTED
**Affidavit Date:** February 19, 2002March 31, 1997

**Filed:** March 22, 1989
**Registered:** December 25, 1990
**Published:** October 2, 1990
**Renewal Accepted:** December 25, 2000
**OG Renewal:** April 2, 2002
**Goods - Services:**
  (INT. CL. 9) COMPUTER HARDWARE AND PERIPHERAL PRODUCTS, NAMELY COMPUTERS, PRINTERS,
MODEMS, AND PARTS THEREFOR; COMPUTER PROGRAMS USEFUL TO THE PROFESSIONAL **TRAVEL
PLANNER** AND INDIVIDUAL PRIVATE CONSUMER OF TRAVEL SERVICES
  (INT. CL. 42) LEASING ACCESS TIME TO A COMPUTER DATABASE CONTAINING HOTEL AND
TRAVEL INFORMATION, AND COMPUTER SOFTWARE TRAVEL INFORMATION DISTRIBUTORSHIP
SERVICES

**Int'l Class(es):**
9 (Electrical and Scientific Apparatus)
42  (Scientific, technological and legal services)

**Post Registration Owner:**
GATEWAY, INC.
4545 TOWNE CENTRE COURT
SAN DIEGO,CA CALIFORNIA 92121
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATIONOwner Name Changed To: NC42000002OF NAME

**Post Registration Owner:**
GATEWAY 2000, INC.
610 GATEWAY DRIVE
NORTH SIOUX CITY,SD SOUTH DAKOTA 57049-200
**State of Incorporation or Organization:** DELAWARE
**Entity:** CORPORATIONOwner Name Changed To: NC41000001ASSIGNEE OF

**Registrant:**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

MAXWELL, JAMES EDWARD
5 BROOKSHIRE BLVD.
SCARBOROUGH, ONTARIO, M1W 1X2
CANADA
**State of Incorporation or Organization:** CAX
**Entity:** INDIVIDUAL


**Owner at Publication:**
MAXWELL, JAMES EDWARD
5 BROOKSHIRE BLVD.
SCARBOROUGH, ONTARIO, M1W 1X2
CANADA
**State of Incorporation or Organization:** CAX
**Entity:** INDIVIDUAL


**Applicant:**
MAXWELL, JAMES EDWARD
5 BROOKSHIRE BLVD.
SCARBOROUGH, ONTARIO, M1W 1X2
CANADA
**State of Incorporation or Organization:** CAX
**Entity:** INDIVIDUAL


**Assignment Information:**

**Assignee:**
DMS DESTINATION MARKETING SERVICES INC.
5 BROOKSHIRE BLVD.,
SCARBOROUGH, ONTARIO, M1W  1X2
CANADA
Entity: UNKNOWN

**Assignor:**
 MAXWELL, JAMES EDWARD
5 BROOKSHIRE BLVD.,
 SCARBOROUGH, ONTARIO, CANADA  M1W  1X2
Entity: UNKNOWN
**Correspondent:**
RONALD D. FAGGETTER - SMART & BIGGAR
SUITE 2300
439 UNIVERSITY AVENUE
TORONTO, ONTARIO, M5G 1Y8, CAX
**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Recorded:** June 21, 1990
**Reel - Frame:** 0718/0987
**Assignee:**
GATEWAY 2000, INC.
610 GATEWAY DRIVE,
NORTH SIOUX CITY,DAKOTA 57049-2000
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE

**Assignor:**
 D.M.S. DESTINATION MARKETING SERVICES INC.
Entity: CORPORATION
State of Incorporation or Organization: CANADA
**Correspondent:**
PATTISHALL, MCAULIFFE, NEWBURY ET AL
BENJAMIN S. WARREN, III

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FEDTM 73788382                                                         Page 3


320 WATERGATE SIX HUNDRED
WASHINGTON, D.C. 20037
**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** August 24, 1995
**Reel - Frame:** 1378/0990
**Assignee:**
GATEWAY, INC
4545 TOWNE CENTRE COURT,
SAN DIEGO,CALIFORNIA 92121
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE


**Assignor:**
 GATEWAY, INC
Entity: CORPORATION
State of Incorporation or Organization: DELAWARE
**Correspondent:**
PHILIP DAVISON, ESQ
4545 TOWNE CENTRE COURT
SAN DIEGO, CA 92121
**Brief:** CHANGE OF NAME
**Recorded:** February 11, 2000
**Reel - Frame:** 2020/0564


**Foreign Registration Claimed:** 307844
**Foreign Registration Country:** CANADA
**Foreign Registration Date:** November 1, 1985
**Foreign Registration Expires:** November 1, 2000
**Filing Attorney:**
PHILIP DAVISON


**Filing Correspondent:**
ROBERT W. SACOFF
PATTISHALL, MCAULIFFE ET AL.
SUITE 5000
311 S. WACKER DRIVE
CHICAGO IL 60606


**Event History:**
 AUGUST 27, 2004 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 MARCH 28, 2003 TEAS CHANGE OF CORRESPONDENCE RECEIVED
 FEBRUARY 19, 2002 REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS)
 FEBRUARY 19, 2002 REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED
 MARCH 30, 2001 POST REGISTRATION ACTION MAILED - SEC. 8 & 9
 NOVEMBER 07, 2000 REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED
 MARCH 31, 1997 REGISTERED - SEC. 8 (6-YR) ACCEPTED
 DECEMBER 24, 1996 RESPONSE RECEIVED TO POST REG. ACTION
 FEBRUARY 07, 1997 POST REGISTRATION ACTION MAILED - SEC. 8
 DECEMBER 24, 1996 REGISTERED - SEC. 8 (6-YR) FILED
 DECEMBER 25, 1990 REGISTERED-PRINCIPAL REGISTER
 OCTOBER 02, 1990 PUBLISHED FOR OPPOSITION
 SEPTEMBER 01, 1990 NOTICE OF PUBLICATION
 AUGUST 01, 1990 APPROVED FOR PUB - PRINCIPAL REGISTER
 JUNE 21, 1990 CORRESPONDENCE RECEIVED IN LAW OFFICE
 FEBRUARY 26, 1990 FINAL REFUSAL MAILED
 DECEMBER 13, 1989 CORRESPONDENCE RECEIVED IN LAW OFFICE
 JUNE 19, 1989 NON-FINAL ACTION MAILED
 MAY 15, 1989 ASSIGNED TO EXAMINER


END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.