# EXHIBIT I



| Print Page | Email this Page



**Experience NACE**
**[watch video]**



■ **Media Center**
■ **Photo Gallery**
■ **Contact Us**

**Interested in Attending NACE 2007?** Email us.



**Sponsored by**



**Click below for other events produced by Hanley Wood:**



The equation is simple . . .
## QUALITY + BUYERS = RESULTS

From an attendee standpoint, NACE is the place thousands of serious collision repair professionals from around the world and key segments of the industry come. They come ready to network, gain valuable education and learn about the products, equipment and services that will make their businesses better. NACE is geared and specifically designed for:

- Independent Repair Facility Owners
- Dealers Professionals
- Consolidators
- Claims Professionals
- Technicians
- Manufacturers' Representatives
- Educators
- Warehouse Distributors
- PBE Jobbers
- Wholesalers

From an exhibitor standpoint, NACE is the place to increase your visibility and build your brand. This increase in awareness, combined with the quality leads and quality buyers you encounter at NACE equals serious results for your company. NACE provides an unequaled selling environment for showcasing your products, technology and equipment. Attendees look to NACE exhibitors to help keep their businesses strong and competitive. They come to see the latest developments in:

- Air Systems and Tools
- Automotive Accessories
- Industry Associations/Organizations
- Auto Auctions
- Body and Frame Repair
- Business Products and Services
- Coatings and Refinish Products
- Computer Hardware and Software
- Dent Removal
- Education and Training Programs
- Estimating Systems
- Glass Repair and Replacement
- Internet Products and Services
- Lifts / Jacks / Moving Equipment
- Paint Booths / Prep Stations / Booth Equipment
- Paint Products / Services / Systems
- Parts and Parts Procurement
- Industry Publications
- Refinish Tools and Equipment
- Safety Equipment
- Specialty Equipment and Services
- Surface Preparation
- Hand and Power Tools
- Vacuum Systems and Accessories
- Vehicle Manufacturers
- Welding and Cutting
- Wheels and Wheel Alignment Systems

**Participate in NACE 2007 and be part of the equation ... and get RESULTS!!**









Privacy Policy    © 2003-2007 Hanley Wood Exhibitions | NACE is a registered trademark of Automotive Service Association (ASA).



# Welcome to our online hotel reservation service!

**Welcome to NACE 2007 online hotel and travel reservations service.**

**INDIVIDUAL ONLINE RESERVATIONS**

Use this section if you need to make a reservation for **9 or less rooms**.

Also use this section if you are changing or canceling a single reservation that is not part of a group.

- MAKE A RESERVATION
- CHANGE A RESERVATION
- CANCEL A RESERVATION

**GROUP ONLINE RESERVATIONS**

Use this section to make a reservation for **10 or more rooms**.

Also use this section if you are changing or canceling a group block.

- MAKE A RESERVATION
- CHANGE A RESERVATION
- CANCEL A RESERVATION

**Don't want to make your reservation online?**
Our sophisticated call center has been in operation for over 20 years.

Click here to make a phone reservation now.

Click here to fax or mail a reservation.

**Questions?**
Just click the CONTACT Info tab above and we'll be happy to help!



Legal Policy | Privacy Policy