# EXHIBIT J



### Welcome to Pittcon 2008!

**Technical Program** -- Sunday, March 2 through Thursday, March 6, 2008
**Exposition** -- Monday, March 3 through Wednesday, March 5, 2007; 9:00 AM - 5:00 PM
Thursday, March 6, 2008; 9:00 AM - 3:00 PM
**Short Courses** -- Saturday, March 1 through Friday March 7, 2008

**Pittcon is the world's largest, most comprehensive Conference and Exposition for laboratory science. All in one place you can:**

- Get a first-hand look at all the latest products and technologies
- Gain valuable, practical technical knowledge needed to get ahead professionally
- Exchange ideas and network with thousands of colleagues from around the world

**Pittcon 2008 President, John Varine welcomes you with this <u>important message</u>**

### Join Our Mailing Lists

**The Pittsburgh Conference Committee is committed to providing you with the latest information and news about Pittcon 2008. Join our mailing list, and receive future publications including the Update, issued in October and the Preliminary Program, issued in December. In addition, you may subscribe to our e-mail list, and receive periodic announcements, including important date reminders. <u>Click here</u> for the subscription form.**

Website Terms of Use
Website Trademarks
Website Privacy Policy

© Copyright 2007, The Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy, Inc.
300 Penn Center Blvd, Suite 332
Pittsburgh, PA 15235-5503
412-825-3220



**Click Here to Book Your Hotel and Travel Reservations Online!**

Exhibitor Hotel Reservation Procedures

Exhibitor Hotel Reservation Form

Official Pittcon Hotel List

Pittcon Hotel Map

Exhibitor Meeting Space Request Form

Pittcon is pleased to continue our partnership with Travel Planners for all travel arrangements. Only when you book through Travel Planners will you receive these exclusive benefits:

- Rates are the lowest …guaranteed! If you find anything lower at any of the hotels on the program, Travel Planners will match it!
- No hidden fees or processing fees
- Guaranteed participation/earnings in hotel membership/loyalty programs
- Onsite Travel Planners service desk at the Conference — full-support from time of booking until you check out
- You can change or cancel without penalty as late as 5 days before the event

Booking your airfare through Travel Planners gives you access to these exclusive benefits:

- Discounted airfare rates negotiated specifically for the 2008 Conference
- Participation in airline membership/loyalty programs…you'll earn your points!
- Travel Planners offers reduced processing fees for online bookings
- You have the convenience of comparing discounts and shopping multiple airlines
- Discounted air reservations can be made 24/7

Prefer to book via telephone? No problem. Our friendly and knowledgeable agents are ready to take your calls Monday through Friday from 9:00 A.M. - 7:00 P.M. ET at 800-248-7488 or 212-532-1660.

Website Terms of Use
Website Trademarks
Website Privacy Policy

© Copyright 2007, The Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy, Inc.
300 Penn Center Blvd, Suite 332
Pittsburgh, PA 15235-5503
412-825-3220





Welcome to Pittcon 2008 Exhibitor online hotel and travel reservations service.

Use this section if you need to make a reservation for **9 or less rooms.**

Also use this section if you are changing or canceling a single reservation that is not part of a group.

Use this section to make a reservation for **10 or more rooms.**

Also use this section if you are changing or canceling a group block.

**Don't want to make your reservation online?**
Our sophisticated call center has been in operation for over 20 years.

Click here to make a phone reservation now.

Click here to fax or mail a reservation.

**Questions?**
Just click the CONTACT Info tab above and we'll be happy to help!



Legal Policy | Privacy Policy

# EXHIBITOR HOTEL RESERVATION FORM

## PITTCON 2008 * March 2 – 7, 2008 * New Orleans, LA

NAME: _____   DATE:_____

COMPANY NAME:_____

ADDRESS:
_____
      (STREET)                                                                                                  (SUITE/FLOOR)

_____
 (CITY)                                   (STATE)          (ZIP/COUNTRY CODE)          (COUNTRY)

CONTACT NAME: _____

CREDIT CARD GUARANTEE: _____  EXP. _____
(NOTE: A different credit card must be used for every ten (10) or more reservations in a group. Individual policies for each hotel must be strictly adhered to

CARD HOLDER NAME:_____

PHONE: (___)_____ Ext._____   FAX: (___)_____   E-MAIL:_____

**HOTEL SELECTION**   (Please fill in all six choices.  This form is to indicate preference and does not guarantee confirmation.)

1st: _____   4th: _____
2nd: _____   5th: _____
3rd: _____   6th: _____

Use more than one row for different dates if necessary and indicate the number of rooms required for each room type.

| Occupant Name | Check-In Date | Check-Out Date | Singles | Doubles (2 people/1 bed) | Twin (2 people/2 beds) | Suites (indicate # of attached bedrooms) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SPECIAL REQUIREMENTS/REQUESTS:
    Do you require an ADA Compatible Room?_____
    Other requirements/requests?_____

This form is to indicate preference only and submission does not guarantee confirmation.
The number of rooms confirmed and their locations may be based on past booking history.  If you wish to have a record of your room pick-up history, please call and ask for the group department and request for a copy.  Consideration will be given to exhibitors requiring more rooms or extended dates due to special circumstances.
Notification of confirmed details will be faxed/mailed by Travel Planners within 5 business days of receipt.

## Travel Planners, Inc.
## Fax: (212) 779-6128  for 10+ rooms:  fax to 212-779-6129

If you do not receive confirmation receipt within 5 business days, please refax your request or call Travel Planners.

# PITTCON® 2008
## Ernest N. Morial Convention Center * New Orleans, LA
## March 2-7, 2008
### Exhibitor Hotel Reservation Procedures

The Pittsburgh Conference is once again working with Travel Planners, Inc. for PITTCON® 2008. Travel Planners is the leader in the housing management industry. By using their experience, technology and tracking systems, we anticipate offering better and faster service to you.

**"Travel Planners" is the only official housing provider working on behalf of Pittcon.** Some unscrupulous travel agencies have been deliberately trying to create confusion by naming themselves "National Travel Planners," or similar. It is not in your best interest to book rooms through these companies and reservations made through these companies are not supported by Pittcon.

Any housing company outside of Travel Planners is not endorsed by Pittcon and therefore cannot guarantee room availability or rates. The best way to ensure you're booking your hotel through proper channels is to follow the Housing and Transportation links located on www.pittcon.org. Only there will you receive these exclusive Pittcon 2008 benefits:

- Real-Time Reservations, Available 24 Hours a Day, 7 Days a Week
- Instant Confirmation
- Download in real-time, including rooming lists and Conf #s
- No prepayment, no fees to change or cancel
- Full hotel info including descriptions, photos and maps
- Change/cancel reservations at any time
- On-site service desk if you need assistance
- Spreadsheet Import

**Travel Planners' Procedures Make it Quicker and Easier for You to Reserve Your Rooms**

1. The total room block at key hotels will be divided into Conferee and Exhibitor sub-blocks, so that all attending will have access to preferred hotels.

2. Beginning on February 25th, requests can be submitted on site in Chicago. Please drop your request form off at the Travel Planners service desk in the Convention Center, or to Tammy Yallum in the Pittcon Show Office. Continuing through April 12th, forms will be accepted **via fax, mail or e-mail only** (please use the attached housing form or visit www.pittcon.org to download the forms, complete and e-mail your requests). Check www.pittcon.org for more information.

3. All exhibitor housing requests received by Travel Planners from **February 25 through April 12, 2007** will be treated with equal priority. Travel Planners and the Pittsburgh Conference will work to accommodate one of the first few hotel preferences of each company. Our ability to do this will depend on the choices selected by various companies. It is important to remember that there are a limited number of properties in the vicinity of convention center and we will not be able to place all exhibiting companies in those properties.

4. Beginning April 25 through June 4, 2007, requests can be made via fax, mail or e-mail only. After June 4, 2007, requests can be made through any of the following methods and will be handled on a first-come, first-served manner after the earlier requests are handled:
ON-LINE: www.pittcon.org
FAX: (212) 779-6128, for 10 or more rooms fax (212) 779-6129
PHONE: (800) 248-7488
MAIL: Travel Planners, Inc.
381 Park Ave. South, New York, NY 10016
E-MAIL: pittcon@tphousing.com
For 10 or more rooms, E-MAIL: groups @tphousing.com

5. For bookings of less than ten (10) rooms, individual confirmations will be sent via fax or email (depending on information received, or client preference).

6. As bookings of ten (10) or more rooms are made, Travel Planners will send the following to a designated contact:
a. Cover letter introducing your *Service Extra* agent (who will handle your company throughout the reservations process), your deposit and room list due dates, and any hotel policies of which your company should be aware.
b. Group Booking Agreement which outlines housing arrangements, reservation numbers, due dates for deposits and rooming lists and the hotel's change/cancellation policy will be sent to you with your acknowledgment. This Agreement is to be signed and returned to Travel Planners to consider your booking definite.
c. Group Rooming List which breaks down each individual reservation specifying room type, arrival/departure date, room rate and any special requests that may have been noted on original request.

7. Bookings may be based on previous room pick-up history. If you wish to have a record of your room pick-up history, please call and ask for the group department and request for a copy. Consideration will be given to exhibitors requiring more rooms or extended dates due to special circumstances.

8. All reservations must be guaranteed with a check or credit card deposit according to the special deposit policy of each hotel. *(NOTE: deposits will not be due until your rooms are confirmed by* June 4, 2007*)*. Once your hotel is assigned, you will receive a unique authorization code and password allowing you to access your reservations via the web. You can make date and name changes, request suites, address special requirements, and even cancel online. If you want every guest in your group to access their own reservation, this feature is also available, entirely at your discretion. If you're a new group contact, you can create your own password for security purposes. You can even print your booking agreements, rooming lists, and a breakdown of the nights you're booked from your own browser. As long as you have web access, you have reservation access.

9. Deposits should be in the form of a check for one night's room and tax for each room, or a different credit card must be used for every ten (10) or more individuals in a group. (Unless individual hotel policy specifies otherwise.) Please note that some hotels charge credit cards 30-days in advance. **CHECKS MUST BE MADE PAYABLE TO TRAVEL PLANNERS INC.**

10. Changes and cancellations to your reservations must be made through Travel Planners in accordance with your Group Booking Agreement.

11. Should Travel Planners be unable to confirm initial housing requests, you will be contacted to arrange for alternative accommodations and, at your request, be placed on a wait list for your preferred hotel.

12. Function/meeting space requests must be approved by the Pittsburgh Conference. You will be contacted upon confirmation of function space assignment and supplied with a hotel contact.