# EXHIBIT K

| |
|---|
| 3SI Security Systems |
| 5.11 Tactical Series |
| 54ward Intergrated Solutions, LLC |
| Absolute Software |
| AccessData Corporation |
| Accident Support Services Intl. Ltd. |
| ACS, Inc. |
| Active Solutions |
| Acxiom |
| Admit Computer Services, Inc. |
| ADS, Inc. |
| Advanced Interactive Systems |
| Advanced Public Safety |
| AerCorp Aviation Ltd. |
| Aetco, Inc. |
| Ahura Scientific, Inc. |
| Aimpoint Inc. |
| Air Force Office of Special Investigations |
| Airborne Law Enforcement Association |
| Aker International, Inc. |
| Alcohol Countermeasure Systems |
| Alive at 25: National Law Enforcement Curriculum |
| All Traffic Solutions |
| ALS Technologies Inc. |
| Altama Footwear |
| Amchar Wholesale, Inc. |
| America's First Responders-Dek |
| American Eurocopter |
| American Heart Association |
| American Homeland Solutions |
| American Military University |
| American Police Beat |
| American Reliance, Inc. |
| American Traffic Solutions, Inc. |
| American Whistle Corporation |
| AMR Digital Corporation |
| Anheuser-Busch |
| Antenna Plus, LLC |
| Anti-Defamation League |
| APCO International |
| Apple Time, Inc |
| Applied Concepts Inc. |
| Architects Design Group, Inc. (ADG) |
| Argon Security Technologies Inc. |
| Armor Express |
| Armor Holdings Products Group |
| Armor USA, Inc. |
| ArmorShield USA |
| ASIS International |
| ASP, Inc. |
| ATK |
| ATS Public Safety |
| Austrade |
| AV, Inc. |
| Avid Technology |
| Awards and More |

| |
|---|
| Backup Training Corporation, The |
| Bacou-Dalloz |
| Bank of America |
| Banner Guard, Div of Reef Industries |
| Bates Uniform Footwear |
| Bayco Products |
| Bayly, Inc. |
| Bellevue University |
| Beretta USA |
| Bickford Broadcast Vehicles |
| Big Sky Racks, Inc. |
| BIO-key |
| BlackBerry by Research in Motion |
| BlackHawk |
| Blackinton, VH & Co. |
| Blauer Manufacturing Co. |
| BlueStreak Connect |
| BMS |
| BMW Motorrad USA |
| Boarman Kroos Vogel Group (BKV Group) |
| Bode Technology |
| Bodyguard, Inc. Body Armor |
| BOOK 'EM - Copshop.com |
| Booz Allen Hamilton |
| Boston Leather, Inc. |
| BowMac.com |
| Brady Center to Prevent Gun Violence |
| Brigade Quartermasters, Ltd |
| Brinkley Sargent Architects |
| Brodin Studios, Inc. |
| Brunswick Commercial/Gov't Products, Inc |
| Bullard Thermal Imaging |
| Bureau of ATF (PGA/NIBIN) |
| Burlington Raeford |
| Bushmaster Firearms, Inc |
| Bushnell/Michael's of Oregon |
| CA - Computer Associates |
| CALEA |
| California University of PA |
| CamelBak Products |
| Camero |
| CamLite Corporation |
| Capella University |
| Card Imaging |
| Cardinal Tracking, Inc. |
| Care Trak International, Inc. |
| Carson Manufacturing Co., Inc. |
| Catuogno Court Reporting & Sten-Tel Transcriptions |
| Center for Domestic Preparedness |
| Chaminade University |
| ChoicePoint Government Services |
| Cingular Wireless |
| CISCO Systems, Inc. |
| Citizen Observer |
| Civica Software - Platescan |
| CLASSIC LINES OF RECOGNITION |

| |
|---|
| CMI, Inc. |
| Coban Research & Technologies, Inc. |
| CODY Systems |
| Cogent Systems, Inc. |
| Colt Defense |
| Columbia Southern University |
| Combined Tactical Systems, Inc. |
| Command Concepts |
| COMMAND LIGHT |
| Commercial Emblem Co. |
| CommTech |
| ComnetiX, Inc. |
| Complus Data Innovations, Inc. |
| Computer Information Systems, Inc. |
| Computer Sciences Corporation |
| Concerns of Police Survivors |
| COPLINK/Knowledge Computing Corporation |
| Coplogic |
| CopShoes.com |
| Corona Solutions |
| Cost Recovery Corporation |
| CPS Human Resource Services |
| CrimeBite |
| Crimson Trace Corporation |
| Cross Match Technologies, Inc. |
| CRYWOLF - AOT Public Safety Corporation |
| CTA Communications |
| Custody Video |
| CWH |
| Cyclops Technologies |
| Cyfre |
| Cygnus Business Media |
| CYRUN |
| D.A.R.E. America |
| DaimlerChrysler |
| Daniels Electronics |
| Danner Boots |
| Data 911 |
| Datalux Corp. |
| Datamaxx Group |
| Dataradio Corporation |
| Davis & Stanton - Police Awards |
| dB Innovatiuons, LLC |
| DeBourgh Mfg. Co. |
| Decatur Electronics, Inc. |
| Defense Criminal Investigative Service |
| Delta Gloves |
| Denali Solutions |
| Dept of Homeland Security |
| DeSantis Holster & Leather Goods |
| Designs N 3D |
| Dictaphone, a division of Nuance |
| Digital Ally, Inc. |
| DigitEYEZ |
| Dimension Data |
| Diplomatic Security Service |

| |
|---|
| DNA Security |
| DNAPrint Genomics |
| Dodgen Mobile Technologies |
| Don Hume Leather Goods |
| Doron Precision Systems, Inc. |
| Draeger Safety, Inc. |
| DRS TACTICAL SYSTEMS, CIN. |
| Drug Enforcement Administration |
| DSM Dyneema |
| Dummies Unlimited, Inc. |
| DuPont Company |
| DuraTab, Corp. |
| DuraTech USA, Inc. |
| Dynamic Animation Systems |
| DynCorp International |
| E-Z UP International, Inc. |
| Eagle Industries Unlimited, Inc. |
| Ear Phone Connection, Inc. |
| EFJohnson |
| Eiseman-Ludmar Co., Inc. |
| Elbeco, Inc. |
| Empco, Inc |
| End2End, Inc. |
| Enforsys Police Systems, Inc. |
| EnRoute Emergency Systems |
| Entenmann-Rovin Company |
| ePolicing.com |
| Ergometrics |
| eSolve |
| ESRI |
| Evidence Tracker |
| Eye Communication Systems, Inc. |
| Eye Safety Systems, Inc. |
| Farber Specialty Vehicles |
| Fatal Vision by Innocorp, Ltd. |
| FATPOT Technologies |
| FBI |
| Fechheimer |
| Federal Air Marshal Service |
| Federal Law Enforcement Training Center |
| Federal Prison Industries |
| Federal Railroad Administration |
| Federal Signal Corporation |
| Federal Trade Commission |
| Field Forensics, Inc. |
| FieldSoft, Inc. |
| Fight Crime: Invest in Kids |
| Fire & Police Selection, Inc |
| FIREPANEL |
| First Choice Armor |
| Fitzco |
| Feet safety equipment, inc |
| FLETA |
| FLIR Systems, Inc. |
| FNH USA |
| ForceOne, LLC |

| |
|---|
| Ford Motor Company |
| ForeFront Partners LLC |
| Forensic Resource Network |
| Franklin Covey Co. |
| Franklin Sports Inc |
| Franzen Security Products |
| Fraternal Blue Line |
| FreeLinc |
| Frontline Communications |
| Frontline Defense Systems |
| FTR Limited |
| Fujifilm USA |
| Fun Source L.L.C. |
| G.R.E.A.T. Program |
| Galco Gunleather |
| Gamber-Johnson |
| Gator Hawk Armor |
| GATSO USA |
| GE MDS, LLC |
| GE Security / GE MDS |
| Gearbox Toys and Collectibles |
| General Dynamics |
| General Motors |
| General Services Administration |
| Genetec |
| Global Software Corporation |
| Global Traffic Group Ltd. |
| GLOCK |
| Gould & Goodrich |
| Government Training Institute, Inc. |
| Graphic Designs International, Inc. |
| Gripflex Corporation |
| Grossenbacher Brothers, Inc. |
| GTM CANADA INC |
| Hagemeyer North America, Inc. |
| Haix North America, Inc. |
| Hamburger Woolen Co., Inc. |
| Harley-Davidson Motor Co. |
| Havis-Shields Equipment Corporation |
| HDR Architecture |
| Heckler & Koch Inc. |
| Helios Systems |
| Helly Hansen Pro (US), Inc. |
| Helmet House, Inc. |
| Hendon Publishing Co. Inc. |
| HIDTA (High Intensity Drug Trafficking Area) |
| Hitachi Data Systems Corporation |
| Hogue Inc. |
| Honeywell Advanced Fibers & Composites |
| Honeywell Batteries |
| Hyde Engineering Group, Inc. |
| Ibis Tek, LLC |
| ICOP Digital, Inc. |
| IES Interactive Training |
| ImageWare Systems, Inc. |
| Imagine Products Inc |

| |
|---|
| Immersive Media |
| INEX Technologies |
| Info - Cop |
| Information Builders |
| Information Station Specialists |
| infoUSA, Government Division |
| Inmarsat, Inc. |
| Innovative Data Solutions |
| Insight Public Sector |
| Insight Technology, Inc. |
| Insignia Mats |
| Institute for Law Enforcement Admin. |
| Institute of Police Technology & Mgnt. |
| Int'l Assn of Law Enforcement Intel Analysts |
| INTAPOL Industries, Inc |
| Integrian |
| Intelligence Project/SPLC |
| Intelligent Solutions |
| InterAct Puplic Safety Systems |
| Interactive Image Systems |
| Intergraph Corporation |
| Internal Revenue Service Criminal Inv. |
| International Association of Crime Analysts |
| International Cartridge Corporation |
| International Police Technologies |
| International Truth Verification Technologies |
| Internet Crime Complaint Center |
| Interpol - USNCB |
| Interstate Arms Corporation |
| InTime Solutions, Inc. |
| Intoximeter, Inc. |
| IPAT, Public Safety & Security Division |
| IPMA - HR |
| IPMobileNet, Inc. |
| IRD - Pat Traffic |
| iRobot Corporation |
| ISI - International Safety Instruments, Inc. |
| ITT Night Vision |
| Jane's Information Group |
| Jivasoft Corporation |
| John E. Reid |
| Joneso Design |
| Josephson Institute of Ethics |
| Jotto Desk |
| K9 Storm, Inc. |
| KA-BAR Knives, Inc |
| Kahr Arms |
| Keystone Uniform Cap |
| Kimber Manufacturing/Meprolight |
| Kodiak Mobile Mfg. Inc. |
| Krystal Enterprises ✣ |
| Kussmaul Electronics Company, Inc. |
| Kwikpoint |
| L-1 Identity Solutions |
| L-3 Communications |
| L. Robert Kimball & Associates |

| |
|---|
| Langnet LLC |
| Laser Atlanta |
| Laser Shot |
| Laser Technology, Inc. |
| LaserCraft/Kustom/Code 3 |
| LaserMax, Inc. |
| Law Enforcement Exploring |
| Law Enforcement Intelligent Devices, LLC |
| Law Enforcement Testing Company, Inc. |
| Law Enforcement Training Network (LETN) |
| Law Officer Magazine |
| LDV, Inc. |
| Leach Mounce Architects |
| Lenco Armored Vehicles |
| LeoAdventures - Adventures in Public Service |
| LEXIS-NEXIS |
| LexisNexis Publications |
| Liberty Art Works Inc |
| Liberty Uniform Mfg. Co., Inc. |
| Lind Electronics |
| Lion Apparel |
| Lion Brothers Company, Inc. |
| Little Giant Ladders / Wing Enterprises |
| Locate Plus |
| Lockheed Martin |
| Logistic Systems, Inc. |
| LoJack Corporation |
| Lone Star Field Products |
| Looseleaf Law Publications, Inc. |
| LSI- Lockmasters Security Institute |
| Lund Industries, Inc. |
| M/A-COM, Inc. |
| Mace Security International, Inc. |
| Magnum Spike!/Phoenix Int'l Ltd. V |
| Magnum USA |
| Manzella |
| MatchWare, Inc. |
| Matterhorn Footwear |
| Matthews Specialty Vehicles, Inc. |
| Max Pro Police & Armor |
| MCM Technology, LLC |
| MD Helicopters |
| MDI Traffic Control Products |
| Medalcraft Mint, Inc., The |
| Meggitt Training Systems - FATS | Caswell |
| MetroCount USA, Inc. |
| Metropolitan Interpreters and Translators |
| Michigan State University |
| Micro Technology Services, Inc. |
| Microception, Inc. |
| MIFRAM Ltd. |
| Milipol |
| Miller Brewing Company |
| Milton's of New York, Inc. |
| Mistral Security, Inc. |
| MMC USA |

| |
|---|
| MNSTAR Enforcer Systems |
| Mobile Concepts by SCOTTY |
| Mobile Deployment Systems |
| Mobile Satellite Ventures |
| Mobile Specialty Vehicles |
| Mocean |
| Motion Picture Association of America |
| Motorola |
| MPH Industries, Inc. |
| MPRI |
| MREL |
| MSA |
| MT2, LLC (Metals Treatment Technologies) |
| Mustang Survival, Inc. |
| Nartest Technologies LLC |
| National Assn of School Resource Officers |
| National Assn. of Uniform Mfrs. & Dist. |
| National Association of Police Athletic/Activities Leagues |
| National Center for Missing & Exploited Children |
| National Child Safety Council |
| National Crime Prevention Council |
| National Drug Intelligence Center (NDIC) |
| National Guard Counterdrug Programs |
| National Law Enforcement & Corrections Tech. Ctr. |
| National Law Enforcement Officers Memorial Fund |
| National Law Enforcement Supply |
| National Public Safety Information Bureau |
| National Traffic Safety Institute |
| National White Collar Crime Center |
| Naval Criminal Investigative Service |
| NCBRT |
| NEC Corporation of America |
| Neese Industries, Inc. |
| Nestor Traffic Systems |
| Net Vision, Inc. |
| NetMotion Wireless, Inc. |
| NeuStar, Inc. |
| New Heights Manufacturing, Inc. |
| New Mexico Tech/EMRTC |
| New World Systems |
| Newport Harbor |
| Nextteq, LLC |
| Niche Technology Inc |
| North American Signal Company |
| Northland Security Products/Mobile Eye |
| Northrop Grumman |
| Northwestern Univ Cntr for Public Safety |
| Norwich University |
| nov8 [safety] - LifeHammer / ResQMe |
| Nova Electronics, Inc. |
| NSTec - Nevada Test Site |
| Nucsafe, Inc. |
| O.F. Mossberg & Sons |
| Oakley |
| OBS Specialty Vehicles, Inc. |
| Odyssey Automotive Specialty |

| |
|---|
| Office of Community Policing Services/ COPS |
| Office of Justice Programs, USDOJ |
| Office of Law Enf Tech Commercialization |
| Office of National Drug Control Policy |
| Operation Lifesaver/Fed. Railroad Admin |
| Orchid Cellmark |
| Oregon Aero, Inc. |
| Orion Communications, Inc. |
| Orion Safety Products |
| Otis Technology, Inc. |
| Outdoor Outfits |
| P.I.N.S., Inc. |
| PacketHop |
| Panasonic Computer Solutions Company |
| Panoscan Inc. |
| Para-Ordance Mfg. Inc. |
| Patriot 3 |
| Patrol Bike Systems, Inc. |
| Patron Systems, Inc. |
| PDK Technologies, Inc. |
| Peacekeeper International |
| Pearson Assessments |
| Peerless Handcuff Co. |
| Pelco |
| Pelican Products |
| Pen-Link, Ltd. |
| Penn Camera Professional |
| Pennsylvania State University |
| Pentax Imaging |
| PepperBall Technologies, Inc. |
| Perfect Fit Shield Wallets. |
| Perfection Uniforms Co. |
| PHALANX CORPORATION |
| Philip Morris USA |
| Philips Medical Systems |
| Pilatus Business Aircraft |
| PIPS Technology |
| Planning Systems Inc. |
| PlantCML |
| Plastic Card Systems, Inc. |
| Point Blank / PACA Body Armor |
| Polaroid ID Systems |
| Police & Sheriffs Press |
| Police and Security News (Days Comm.) |
| Police Chief Magazine |
| Police Executive Research Forum |
| Police Foundation |
| Police Magazine |
| Police-Association for College Education |
| PoliceOne.com |
| Porter Lee Corporation |
| Positron Public Safety Systems |
| POSS by VCSI Software |
| Potomac River Group, LLC |
| PowerFlare |
| Precision Solar Controls, Inc. |

| |
|---|
| Priority 1 Life Safety |
| Priority Dispatch Corporation |
| Pro-Gard Products |
| Pro-Systems S.p.A. |
| Probotics America |
| ProImage |
| Project Lifesaver International |
| Propper International Sales, Inc. |
| Prosecutor of Texas, LLC |
| Protective Products International |
| Proxim Wireless |
| PSA - Dewberry |
| Public Safety EAP |
| Public Safety Source |
| Public Safety Systems Inc. (PSSI) |
| Purdue Pharma L.P. |
| Quartermaster |
| QuiqLite |
| Radio Resource Media Group |
| RAM Mounting Systems |
| Rapiscan Systems |
| Raytheon |
| RBR Tactical Armor, Inc. |
| Red the Uniform Tailor |
| Redflex Traffic Systems |
| Redman Training Gear |
| RedSpeed USA |
| Redstone Architects, Inc. |
| Regional Information Sharing System |
| Reliance Technologies, Inc. |
| Remington - ELSAG Law Enforcement Systems |
| Remington Arms Company |
| REMPLOY FRONTLINE |
| REVERSE 911 |
| Ridge Outdoors, Inc. |
| Ring's Manufacturing |
| Riverside Manufacturing |
| RMS Technology Solutions, Inc. |
| Robotronics |
| Rocky Outdoor Gear |
| Rohm and Haas Company |
| Rugged Notebooks |
| Rural Domestic Preparedness Consortium |
| Safe Life/ Triosyn |
| Safety Vision LP |
| Sagem Morpho Inc |
| SAIC - Science Applications International Corp |
| Santa Cruz Associates |
| Savage Range Systems, Inc |
| Schrader Tevebaugh Associated Architects for Public Safety |
| Schweizer Aircraft Corporation |
| Scott Health & Safety |
| Security Equipment Corporation |
| Segway, Inc. |
| Sentry Armor Systems Inc. |
| Setcom Corporation |

| |
|---|
| Setina Mfg. Co., Inc. |
| ShotSpotter |
| Shure Manufacturing Corporation |
| Sigarms |
| Signal Vehicle Products |
| Signature Badges |
| Simunition |
| Sirchie Labs |
| SMART Public Safety Software, Inc. |
| Smith & Warren |
| Smith & Wesson |
| Sound & Optics Systems |
| SoundOff Signal |
| Southern Police Institute |
| Southern Software, Incorporated |
| Spacesaver/ DSM Law Enforcement Products |
| Sparta Pewter |
| Spiewak Outerwear (I Spiewak) |
| Spillman Technologies, Inc. |
| Springfield Armory |
| Sprint Nextel |
| Spyderco, Inc. |
| Squad-Fitters, Inc. |
| StacoSwitch, Inc. |
| Stallion Leather |
| Stanard & Associates, Inc. |
| StarChase, LLC |
| STECK MFG CO |
| StopTech, Ltd. |
| Storm Case by Hardigg |
| Streamlight, Inc. |
| Strong Leather Co. |
| Sturm Ruger Co., Inc. |
| Sun Badge Company |
| SunGard Public Sector HTE NaviLine and OSSI |
| Super Seer Corporation |
| Supercircuits, Inc. |
| SuperCom Inc |
| Superior Uniform Group |
| Supreme Corporation |
| SureFire, LLC |
| Survival Armor Inc |
| Swift Reach Networks, Inc. |
| SymbolArts, Inc. |
| Systema Co. |
| SyTech Corporation |
| T3 Motion Inc. |
| Tait Radio Communications |
| TANDBERG |
| TASER International, Inc. |
| TEEX/NERRTC |
| Teijin Twaron USA, Inc. |
| Tele-Lite, Inc. |
| Telestaff by PDSI Software |
| TEX-SHIELD, INC. |
| The Armored Group, LLC |

| |
|---|
| The Emblem Authority |
| The Force |
| The Mako Group |
| Thomas Edison State College |
| Thorogood Div/Weinbrenner Shoe Co |
| Tiburon |
| Tiffin Metal Products |
| TigerLight, Inc. |
| TIP Systems (Texas Inmate Phones) |
| Tomar Electronics Inc |
| Top Ten Regalia |
| Total Computer Group |
| Total Recall Corp. |
| TransCOR Information Technologies |
| Transportation Security Administration |
| TransTech Systems, Inc. |
| TranTech, Inc. |
| Treasury Inspector General for Tax Admin |
| Trijicon, Inc. |
| Trimble |
| Triple Canopy, Inc. |
| TriTech Software Systems |
| Truckvault, Inc. |
| Truglo |
| TSI Incorporated |
| TurboFlare USA |
| Tyler Public Safety |
| U.S. Armor Corp. |
| U.S. Army Criminal Investigation Command |
| U.S. Coast Guard Investigative Service |
| U.S. Customs and Border Protection |
| U.S. Department of Energy |
| U.S. Environmental Protection Agency, OIG |
| U.S. Environmental Protection Agency-Criminal Investigation Division |
| U.S. Immigration & Customs Enforcement |
| U.S. Marshals |
| U.S. Police Canine Association, Inc., The |
| U.S. Postal Inspection Service |
| U.S. Postal Service Office of Inspector General |
| U.S. Secret Service |
| UK International |
| Ultimate Vision Systems, Inc |
| Uncommon USA Inc. |
| Under Armour Performance Apparel |
| Unisys |
| United Uniform Manufacturers, Inc. |
| Unity Manufacturing Co. |
| University of New Hampshire |
| Upper Iowa University |
| US Explosive Storage |
| US PeaceKeeper Products, Inc. |
| USA Software, Inc |
| USAonWatch.org |
| USDOJ/Asset Forfeiture and Money Laundering Section |
| USIS |
| V & V Manufacturing, Inc. |

| |
|---|
| V-COMM, L.L.C. |
| Vacant Property Security, Inc. |
| Valley Screen Process Co., Inc. |
| Valor Systems, Inc. |
| Verint |
| Verizon Wireless |
| Versaterm |
| Vertex Standard |
| VisionAIR |
| VisionTEK, Inc |
| W.G. Wood Sales Company Limited |
| W.L. Gore & Associates, Inc. |
| Walsworth Publishing Company |
| WANCO, Inc. |
| Warson Group, Inc. |
| Watch Guard Video |
| Watershed, Inc. |
| Weldex Corporation |
| Whelen Engineering Co., Inc. |
| Will-Burt |
| Wilson Estes Police Architects |
| Winchester Ammunition |
| Xenonics |
| Xplore Technologies Corporation |
| Z-Medica Corporation |
| Zarc International, Inc |
| Zetron, Inc |
| Zistos Corporation |
| Zoll Medical Corporation |