# EXHIBIT L

Case 1:07-cv-03119-GBD     Document 7-13     Filed 06/25/2007     Page 2 of 13

| |
|---|
| **A.N. Designs/Ultrawiz Tools** |
| **A.N.I. SPA OFF. MECC.** |
| **ABRN** |
| **ACI** |
| **Action Crash Parts** |
| **ADCO Products Inc** |
| **Aegis Tools International** |
| **Aeromotive Corp.** |
| **AFC Finishing Systems** |
| **AGRR Magazine** |
| **Air Flow Technology, Inc.** |
| **Akzo Nobel** |
| **ALLDATA** |
| **Alloy Wheel Repair Specialists** |
| **Amerex Corporation** |
| **American Honda** |
| **AMH Canada Ltd** |
| **ANEST Iwata USA, Inc.** |
| **APU Solutions** |
| **ARC Manufacturing** |
| **ASE** |
| **Astro Pneumatic Tool Co.** |
| **Atlas Copco** |
| **Audatex, a Solera Company** |
| **Auto Air Colors** |
| **Auto Glass Journal** |
| **Auto Glass Replacement Safety Standards Council (AGRSS)** |
| **AutoglasSolutions** |
| **AutoInc.** |
| **Automotive International Inc** |
| **Automotive Management Institute** |

| |
|---|
| **Automotive Service Association** |
| **AUTOMOTRIZ Colisiones** |
| **Auto-Quote Collision Business Software** |
| **Autorobot** |
| **Autowatch** |
| **Auveco Products** |
| Avis Budget Car Rental |
| **Axis Capital, Inc.** |
| Axis Performance Coatings/Vogel Automotive Coatings |
| Bad Dog Tools |
| BASF |
| Becca, Inc. |
| Bee Line Company |
| Bellini srl |
| Beugler Stripers |
| BodyShop Business |
| Bond Corp. |
| Bondo Corporation |
| Broadcore |
| Buff and Shine MFG |
| Burco Inc. |
| C.R. Laurence Co., Inc. |
| California Autobody Association |
| CAPA-Certified Automotive Parts Association |
| Capital Original Wheels |
| Car Bench |
| Car-O-Liner Company |
| Car-Part.com |
| CCC Information Services |
| CEBORA SpA. |
| Cebotech Inc. |

| |
|---|
| Celette North America |
| Champion - A Gardner Denver Product |
| Chassis Liner Inc. |
| Chemicar USA |
| Chief Automotive Technologies |
| Christmas Auto Supplies |
| Cintas Fire Protection |
| ClaimTools Solutions Inc. |
| ClipLizard Systems |
| Coach Glass/RV Glass Solutions |
| Collision Equipment Group |
| Collision Repair Association of California |
| Collision Services Inc. |
| Collision Services Inc. |
| Collision Services Inc. |
| Col-Met Spray Booths |
| Colors on Parade |
| Commercial Direct |
| Compressed Air Systems LLC |
| ComSearch |
| COOLSPACE |
| Copart Auto Auctions |
| CPI Divisions |
| Creative Colors International |
| Crest Industries, Inc. |
| Cumberland Products |
| Curtis Air Compressor |
| Customer Research, Inc. |
| DaimlerChrysler Mopar Parts Division |
| Dar-A-Con Industries, Inc. |
| Dedoes |

| |
|---|
| Delta Kits, Inc. |
| Dent Doctor |
| Dent Fix Equipment |
| Dent Wizard |
| Disco Automotive Hardware |
| DJS Fabrications, LLC |
| Dominion Sure Seal Ltd |
| Double Dynasty Co., Ltd |
| Duling Displays, Inc. |
| DuPont Performance Coatings |
| Dura-Block |
| Dynabrade, Inc. |
| Dynatone |
| Eagle Abrasives |
| EasySling, Inc. |
| eDirectGlass |
| EFTEC Aftermarket |
| Enterprise Rent-A-Car |
| Equalizer Industries Inc |
| EUROSIDER SaS di Milli Ottavio & C. |
| Eurovac |
| EXTRACTOR/Crystal Glass Canada |
| EZ Edger |
| E-Z Mix |
| FenderBender |
| Ferro Industries Inc |
| FI TIM srl |
| Fibre Glass-Evercoat |
| Fillon Technologies |
| Filmtech, LLC |
| Fleetchek.com |

| |
|---|
| Flitz International, Ltd. |
| Ford Customer Service Division |
| Forever Car Care Products |
| Franmar Chemical, Inc. |
| **Garmat USA, Inc.** |
| **GE Money - Car CareONE** |
| **Gemtex Abrasives** |
| **General Motors** |
| **Gerson Co., Inc.** |
| **GL Enterprises** |
| **Glass America** |
| **GlasWeld** |
| **Global Color Concepts, Inc.** |
| **Global Finishing Solutions** |
| **GLOBALJIG INTERNATIONAL SRL** |
| **G-Mate (North America) Inc.** |
| **Goff's Enterprises** |
| **GoJak/Zendex** |
| **Gold Glass Group** |
| **Gordon Auto Body Parts Co. Ltd.** |
| **GreenLeaf Auto Recyclers** |
| **Greystone Equipment Finance Corp.** |
| **Grow Automotive** |
| **GTS** |
| H&S Autoshot |
| Halcyon Management Corporation |
| Happy feet by Sole Mates |
| Harmon Solutions Group |
| Herkules Equipment Corp. |
| Hertz Corporation |
| Hirane AutoSpotter Products |

| |
|---|
| Howron Industries |
| Hunter Engineering Co. |
| Hutchins Manufacturing Company |
| HyStik, Inc. |
| I-CAR |
| I-CAR Education Foundation |
| Ikotec |
| IME LIGHT GmbH |
| Import Glass Corp. |
| Independent Glass Association (IGA) |
| Induction Innovations, Inc. |
| Infratech |
| Inidasa Abrasives |
| Innovative Tools & Technologies, Inc. |
| Insurance Auto Auctions |
| Integrated Collision Management |
| International Epoxies & Sealers |
| International Trade Services, Inc. |
| Intertape Polymer Group |
| Irwin Industrial Tool Company |
| Island Clean Air Inc. |
| IT Outsource |
| Ivat Coatings |
| Jackco Transnational Inc |
| JNE AB |
| JS Products, Inc. |
| Kaeser Compressors, Inc. |
| Kansas Jack |
| KAREBAC, LLC |
| Kayco Spray Booths |
| Keyod, Inc. / Noroo, Inc. |

| |
|---|
| Keysco Tools |
| Keystone Automotive Industries Inc. |
| Killer Tools & Equipment Corp |
| Kimberly-Clark, DIY |
| Klassic Tool Crib |
| Kleanstrip Div of The Barr Company |
| L.S.P. Products |
| Lancer Insurance Co. |
| LDPI Lighting |
| Legris-Transair |
| Lenco D/B/A NLC, Inc. |
| Lightning Gloves |
| Little Giant Ladder Systems |
| LKQ Corporation |
| Locator, The |
| Lord Corporation |
| Lusid Technologies Inc. |
| M.G.Distributor.INC. |
| Magic Spray |
| Martech Services Company |
| Martin Tool & Forge |
| Massaging Insoles by Healthy Feet, Inc. |
| Matrix System Automotive Finishes, LLC |
| Mattei Compressors, Inc. |
| Maxima |
| Meadowbrook Insurance Group |
| Medi-Rub Corporation |
| Medi-Rub Corporation |
| Meguiars Inc |
| Mercantile Development, Inc. |
| Mercedes-Benz USA, LLC |

| |
|---|
| Milweld/Elektron |
| Milweld/Elektron |
| Mitchell Business Management Systems |
| Mitchell Glass |
| Mitchell International |
| Mo-Clamp/Pull-It Corporation |
| Montana Products |
| Morgan Manufacturing, Inc. |
| Motor Guard Corporation |
| Mytee Products Inc. |
| NAPA/Martin Senour |
| NATEF |
| National Auto Body Council (NABC) |
| National Glass Association |
| National Windshield Repair Association (NWRA) |
| NewEra Software |
| Nilfisk-Alto |
| Norgate Technologies Inc |
| Nova Information Systems |
| Nova Verta USA |
| OPTIMA Spray Equipment |
| P.R.A.G Trade Presents - Der Greifer |
| Panasonic Computer Solutions Company |
| Perfect Fit |
| Perfection Software, Inc. |
| Performance Radiator |
| Pilkington |
| PLIOGRIP by Valvoline |
| PNEUTREND INDUSTRY CO., LTD. |
| Polish and Wax |
| Polycracker Inc. |

| |
|---|
| Port-A-Cool, LLC |
| Porter-Ferguson Division |
| Power Pusher |
| PPG Automotive Refinish |
| Precision Replacement Parts |
| Presta Products |
| Prevost Corp. |
| Prime Supply Inc. |
| Pro Spot International Inc |
| Proliance |
| Pro-Spray European Automotive Finishes |
| Prostripe/Trimbrite |
| Pyro-Chem |
| **QCSA Auto Auctions** |
| **QRP, Inc.** |
| **Quest Software Inc.** |
| RBL Products, Inc. |
| Reading Technologies, Inc. |
| Red Carpet Concepts |
| Reflex Truck Liners |
| Reflexxion |
| Reliable Automotive Equipment, Inc. |
| RollSeal (Polar Cool) |
| Rotool |
| Rubber-Seal Medallion Refinish Systems |
| S.M. Arnold, Inc. |
| SafeTec Industries |
| Safety Regulation Strategies, Inc. |
| Safety-Kleen |
| Sartorius Corp. |
| Sata Spray Equipment |

| |
|---|
| SCA Tissue |
| Scene Genesis Inc. |
| Schlegel Corporation |
| Scorpion Truck Bed Linings |
| Sharpe |
| Sharpe |
| Sherwin-Williams Automotive Finishes Corp. |
| sia Abrasives |
| Sidewinder |
| SodaBlast Systems |
| Sommer & Maca |
| Spectrum Plastics |
| SPI Distribution |
| Spot Systems |
| Spotle |
| Spray Gun Solutions Inc |
| Sprayway, Inc. |
| SprayZone.Net |
| Standard Infrared, Inc. |
| Star-A-Liner/Signature |
| STARCKE Abrasives USA, Inc. |
| Steck Manufacturing Co., Inc. |
| Suburban Manufacturing, Inc. |
| Sullivan-Palatek |
| Summit Software Solutions, Inc. |
| Sungold Abrasives |
| Sunlight Spray, Inc. |
| Supacam |
| TECNA SpA. |
| Texas State Technical College |
| The Electric Guard Dog |

| |
|---|
| The Rivet Connection |
| The Society of Collision Repair Specialists |
| Time Shaver Tools |
| Tools USA |
| Total Automotive Inc. |
| Total Resource Auctions |
| Toyota Motor Sales U.S.A. |
| Transtar Autobody Technologies, Inc. |
| Transwheel Corp |
| Trimaco, LLC |
| True Balance Orthotics |
| U.F.O. |
| U.S. Chemical & Plastics |
| Ultimate Creations |
| UniCare Spraybooths |
| Uni-Ram Corporation |
| United Recyclers Group |
| Unversal Technical Institute |
| Urethane Supply Company |
| USI |
| Vacutech |
| Vale National Training Centers, Inc. |
| Valspar |
| VeriFacts Automotive |
| Viskon-Aire Corporation |
| VMC S.P.A. |
| Volvo Cars of North America LLC |
| Wheel Technologies Inc. |
| Wheels America |
| Wilson |
| Wizards - RJ Star Inc. |

| |
|---|
| Zolatone Automotive, Industrial & Marine |
| Zurich |