# EXHIBIT M

| |
|---|
| A & D Weighing |
| A. Daigger & Company |
| A. Krüss Optronic GmbH |
| A.T. Villa USA, Inc. |
| A2 Technologies |
| Aapptec, LLC |
| ABB Analytical |
| ABB Analytical |
| Abel Industries, Inc. |
| Absolute Standards, Inc. |
| AC Analytical Controls, Inc. |
| Academy Savant |
| Accelerated Technology Laboratories, Inc. |
| Accuracy Promotions |
| AccuStandard Inc |
| Ace Glass Inc |
| ACLASS Accreditation Services |
| ACS - Division of Analytical Chemistry |
| ACS/CSi |
| Adam Equipment, Inc. |
| Advanced Analytical |
| Advanced Chemistry Development, Inc. (ACD/Labs) |
| Advanced Chromatography Technologies (ACE) |
| Advanced Lab Concepts Inc |
| Advanced Separation Technologies/Supelco |
| Advantage Business Media Science Group |
| Advantage Business Media Science Group |
| Advantec MFS Inc |
| Aerotek |
| Agela Technologies, Inc. |
| Agilent Technologies |
| Agilent Technologies |
| Agilent Technologies – Informatics |
| Ahlstrom Mount Holly Springs |
| Ahura Corporation |
| Air Liquide America L.P. |
| Air Products and Chemicals, Inc. |
| Air Products and Chemicals, Inc. |
| Air Science USA |
| AirClean Systems |
| Airgas Inc |
| Airgas Inc |
| Airsense Analytics |
| Akzo Nobel / Kromasil |
| Alcan Packaging |
| Alcatel Vacuum Products, Inc. |
| Alconox, Inc. |
| Aldrich/Sigma Aldrich |

| |
|---|
| Alfa Aesar, a Johnson Matthey Co. |
| Alfa Mirage Co., Ltd. |
| Alicat Scientific Inc. |
| ALIR Systems, Inc. |
| Alpha M.O.S. |
| Alpha Omega Technologies Inc. |
| Alpha Resources Inc |
| ALS Co., Ltd |
| AMA Scientific, LLC |
| American Chemical Society |
| American Drug Discovery |
| American Laboratory Trading |
| American Laboratory/American Lab News |
| American Laboratory/American Lab News |
| American Pharmaceutical Review/Outsourcing/PAT |
| American Radiolabeled Chemicals, Inc. |
| Ametek Inc. |
| AMETEK Test & Calibration Instruments – Americas |
| Ametek US Gauge Division |
| Ametek, Process Instruments |
| Amgen, Inc. |
| Ampersand International, Inc. |
| Analogix, Inc. |
| Analtech, Inc. |
| Analytical Instrument Recycle, Inc. |
| Analytical Instruments |
| Analytical Laboratory Managers Association (ALMA) |
| Analytical Products Group |
| Analytical Sciences Digital Library |
| Analytical Scientific Instruments, Inc. |
| Analytical Sensors & Instruments Ltd. |
| Analytical Solutions and Providers (ASAP) |
| Anasazi Instruments, Inc. |
| Andover Corporation |
| Ankersmid |
| Antec Leyden BV |
| Antek Instruments |
| Anthos, A Division of Asys Hitech GmbH, A Harvard Bioscience Company |
| Anton Paar USA |
| Anton Paar USA |
| AOCS |
| Applied Biosystems |
| Applied Biosystems |
| Applied Data Systems |
| Applied Porous Technologies |
| Applied Research Europe GmbH |
| Applied Separations Inc |
| Applikon Analyzers Inc |

| |
|---|
| Aqua Solutions, Inc. |
| AR Brown Co., LTD. |
| AR Worldwide |
| Ardara Technologies L.P. |
| Aries Filterworks-A Division of ResinTech, Inc. |
| Arizona Instrument LLC |
| Arnel Inc. |
| Artel |
| Asahi Techneion Co., Ltd. |
| Ashland Inc./Analytical Services & Technology |
| Aspectrics, Inc. |
| ASPEX Corporation |
| AST Products, Inc. |
| ASTM International |
| Astoria-Pacific International |
| Astoria-Pacific International |
| Astrix Technology Group |
| Asynt Ltd |
| Atago U.S.A., Inc. |
| A-TESTex |
| ATM Limited |
| Aurora Instruments |
| Austin AECOM |
| Austrian Trade Commission in the United States |
| Autoscribe/Zumatrix, Inc. |
| Avantes, Inc. |
| Avantium Technologies BV |
| AXIOM Analytical Inc |
| Axion Training Institute,Inc. |
| Axsun Technologies |
| Axsun Technologies |
| Axygen Scientific, Inc |
| AZ Instrument Corp. |
| B&W Tek, Inc. |
| B/R Instrument Corporation |
| Bal Seal Engineering |
| Barnstead International |
| Barnstead International |
| Baseline-MOCON, Inc. |
| Baytek International |
| BCEIA |
| Beckman Coulter Inc. |
| Beijing Shugangming Electronic Light Instrument Co. Ltd |
| Bel-Art Products |
| Berghof/America |
| Best Lab Deals, Inc. |
| BGB Analytik |
| BHK Inc. |

| |
|---|
| BIA Separations |
| Binder Inc. |
| Bio Tech International |
| Bio-Chem Valve, Inc. |
| Biochrom Ltd., A Harvard Bioscience Company |
| Biohit, Inc. |
| Bioinformatics Solutions |
| Biologix Research Company |
| BioMed Resource Inc. |
| Biophotonics.com/Photonics.com |
| BioProcess International |
| Bio-Rad Laboratories, Inc., Informatics Division |
| Bioscience Technology |
| Biosigma SRL |
| Biotage |
| BioTechniques |
| BioTools, Inc. |
| Biotrend Chemicals, Inc. |
| Bischoff Chromatography |
| Bit 7, Inc. |
| BOC Edwards |
| Boekel Scientific |
| BookFactory |
| Borosil Glass Works Ltd |
| Boston Electronics Corp. |
| Brady Corporation |
| BrandTech Scientific, Inc. |
| Branson Ultrasonics Corp |
| Brechbuhler, Inc. |
| Brightwell Technologies, Inc. |
| Brimrose Corporation of America |
| Brinkmann Instruments, Inc. |
| Brinkmann Instruments, Inc. |
| Broen Laboratory Enterprises |
| Bronkhorst USA Inc. |
| Brookfield Engineering Labs, Inc. |
| Brookfield Engineering Labs, Inc. |
| Brookhaven Instruments Corporation |
| Bruins Instruments |
| Bruker |
| Bruker AXS, Inc. |
| Bruker BioSpin, Corp |
| Bruker Daltonics |
| Bruker Optics, Inc. |
| Buchi Corporation |
| Buck Scientific Inc |
| Burg Translations, Inc. |

| |
|---|
| Burkert Fluid Control Systems |
| BURLE Electro-Optics, Inc. |
| C & G Containers, Inc. |
| C I Analytics |
| C/D/N Isotopes Inc. |
| C2V |
| Caframo Ltd |
| Cal Sensors, Inc. |
| California Analytical Instruments Inc. |
| California Pacific Lab Safety |
| Cal-Tech Scientific, Inc. |
| Camag Scientific, Inc. |
| CambridgeSoft Corporation |
| CAMO |
| Cannon Instrument Company |
| Canty Inc. |
| Capitol Vacuum Parts |
| Carbolite, Inc. |
| Cardinal Health |
| Carl Zeiss MicroImaging, Inc. |
| Carl Zeiss MicroImaging, Inc. Spectal Sensors |
| Carl Zeiss SMT Inc. |
| Carver, Inc. |
| CAS |
| Cascade Technologies |
| Cases by Source, Inc. |
| CDS Analytical, Inc. |
| CE Elantech, Inc. |
| Cecil Instruments Limited |
| CEM Corporation |
| Center for Process Analytical Chemistry (CPAC) |
| Central Drug House (P) Ltd |
| Ceodeux, Inc. |
| Ceramaret SA |
| Ceramic Industry |
| CeramOptec Industries, Inc. |
| CeramTec North America |
| Cerilliant |
| Cerno Bioscience |
| CETAC Technologies |
| CETAC Technologies |
| CH Instruments, Inc. |
| Chata Biosystems, Inc. |
| CHC Lab Co., Ltd. |
| Cheap Tubes Inc. |
| Chem Service, Inc. |
| CHEMetrics Inc |
| Chemical Heritage Foundation |

| |
|---|
| ChemImage |
| Chemir Analytical Services |
| Chem-Lab nv |
| Chemplex Industries, Inc. |
| ChemWare, Inc |
| Chicago Faucets a Geberit Company |
| Chiral Technologies, Inc. |
| Chrom Tech, Inc. |
| Chroma Technology Corp. |
| Chromacol |
| Chromacol |
| Chromatography Research Supplies, Inc |
| Chromophor Technologies GmbH |
| Chromsys LLC |
| Cianflone Scientific Instruments Corp. |
| CiDRA Precision Services |
| Cilas |
| Citizen Scale, Inc. |
| Citotest Labware Manufacturing Co., Ltd |
| Claisse, Corporation Scientifique |
| Claisse, Corporation Scientifique |
| ClearPoint Resources, Inc. |
| Cleaver Scientific |
| Clemex Technologies Inc |
| Coblentz Society |
| Cobolt AB |
| Cole-Parmer |
| CombiSep |
| **Company** |
| Compass Instruments Inc |
| Compco Analytical, Inc. |
| CONCOA |
| Conductive Technologies Inc. |
| Continental Laboratory Products, Inc. |
| Control Company |
| Control Development Inc |
| Controle Analytique |
| Controlled Environments Magazine/Vicon Publishing, Inc. |
| Cosa Instrument Corporation |
| CPI International |
| CPS Instruments Inc. |
| Creatv MicroTech Inc. |
| Crescent Chemical Company, Inc. |
| Critical Link |
| Cryofab, Inc. |
| Crystalgen, Inc. |
| CSC Scientific Co., Inc. |
| CTC Analytics AG |

| |
|---|
| CTE Chem Tec Equipment Co. Inc. |
| Dairei US Inc. |
| Daiso Co. Ltd. |
| Dani Instruments SpA |
| Daniels Scientific, Inc. |
| DataApex |
| Daylight Solutions Inc. |
| Decagon Devices, Inc. |
| deCODE chemistry & biostructures |
| Delta F Corporation |
| Delta Ohm SRL |
| Delta Technical Products Company |
| DeltaNu LLC |
| DenLine Uniforms, Inc. |
| DETector Engineering & Technology, Inc. |
| Detector Technology, Inc. |
| Dexsil Corporation |
| DF Fan Services, Inc. |
| Diagnostic Laminations Engineering |
| Diba Industries Inc. |
| Digimed Analytical Instruments, Inc. |
| Dima Glass Inc. |
| Dionex Corporation |
| Dispersion Technology Inc |
| Distek, Inc. |
| domnick hunter |
| DongWoo Optron Co., Ltd. |
| DPS Instruments, Inc. |
| DPX Labs, LLC |
| Dr. Ehrenstorfer GmbH |
| Drug Discovery & Development |
| Drug Discovery News |
| DrugPlus international |
| D-Star Instruments Inc |
| DuPont Analytical Solutions |
| Duratec Analysentechnik GmbH |
| Durcon Incorporated |
| DyChrom |
| Eagle Instrument Svcs |
| East & West Analytical Inc. (USA) |
| Eastern Analytical Symposium |
| Eastern Plastics Inc |
| Eberbach Corporation |
| ECO PHYSICS, Inc. |
| ECOM sro |
| eDAQ, Inc. |
| EDAX, Ametek Materials Analysis Division |
| EGC Plastics |

| |
|---|
| EKM Corporation |
| Eksigent Technologies |
| Elemental Scientific, Inc. |
| Elementar Americas |
| Elements |
| Elico Limited |
| Elma Gmbh & CoKG |
| Elsevier |
| Elsevier |
| EMCO High Voltage Corp |
| EMD Chemicals Inc. |
| EMD Chemicals Inc. |
| Emerald Biosystems |
| Emerson Process Management, Brooks Instrument |
| Endecotts Limited |
| E-N-G Mobile Systems, Inc. |
| ENS – Evolved Nanomaterial Sciences |
| Entech Instruments, Inc. |
| En'Urga Inc. |
| Environics Inc. |
| Environmental Express Inc |
| Environmental Resource Associates (ERA) |
| Enwave Optronics, Inc. |
| EP Scientific |
| Eppendorf North America, Inc. |
| Erlab Inc. |
| Erlab Inc. |
| ES Industries |
| ESA Biosciences, Inc. |
| Esco Micro Pte. Ltd |
| ESS |
| EST Analytical |
| Evergreen Scientific |
| Exeter Analytical, Inc. |
| Extech Instruments |
| Extrel CMS |
| EYELA USA |
| Fabrinet |
| Farrand Optical Components & Instruments |
| Fauske & Associates |
| Federation of Analy Chem & Spec Soc. |
| FEI Company |
| Fernand Claisse Inc. |
| Fibertech Optica Inc. |
| Fine Care Corporation |
| Firetrace International |
| First Ten Angstroms |
| Fisher Scientific Company L.L.C. |

| |
|---|
| Fiveash Data Management, Inc. |
| FlackTek, Inc. |
| FLIR Systems |
| FLOM Corporation |
| Fluid Imaging Technologies, Inc. |
| Fluid Management System (FMS) Pharmaceutical |
| Fluid Metering, Inc. |
| Fluka/Sigma-Aldrich |
| Food Quality |
| FOSS NIRSystems, Inc. |
| Fraunhofer IPMS |
| G & P (Genomics & Proteomics) |
| Gambica Association Ltd. |
| Gamma High Voltage Research, Inc. |
| Gases and Technology Magazine |
| Gast Manufacturing Corporation |
| GASTEC Corporation |
| GBC Scientific Equipment (USA) LLC |
| GCE - Gas Control Equipment Inc |
| GE Analytical Instruments |
| GE Healthcare |
| Gemini Scientific Instruments |
| Gems Sensors & Controls |
| GeneFluidics |
| Genevac, Inc. |
| Genstar Technologies Co., Inc. |
| GenTech Scientific Inc |
| Gerstel, Incorporated |
| GFS Chemicals, Inc. |
| Gilson Company, Inc. |
| Gilson, Inc. |
| Gilson, Inc. |
| Gilson, Inc. (MLH) |
| GL Sciences Inc. |
| Glas-Col, L.L.C. |
| Glass Expansion |
| Glassco |
| Glen Mills Inc |
| Global FIA, Inc |
| GOW-MAC Instrument Co. |
| Grabner Instruments - by Ametek Test and Calibration Instruments - Americas |
| Grace Davison Discovery Sciences |
| Grace Davison Discovery Sciences |
| Grant Instruments (Cambridge) Ltd |
| Graphicast, Inc. |
| GratingWorks, USA |
| Griffin Analytical Technologies, LLC |
| GT Instruments |

| |
|---|
| H & A Scientific, Inc. |
| H. Hoelzel Co. |
| Hach Company |
| Hach Company |
| Hamamatsu Corporation |
| Hamilton - part of Thermo Fisher Scientific |
| Hamilton Company |
| Hamilton Sundstrand Corporation |
| Hanlab Corporation |
| Hanna Instruments Inc |
| Hanson Research Corporation |
| Harrick Scientific Products |
| Harvard Apparatus Inc |
| Hatch Technology LLC |
| Haydon Switch & Instrument, Inc. |
| H-B Instrument Co |
| Headwall Photonics, Inc. |
| Heathrow Scientific LLC |
| HEKA Electronics Inc. |
| HEL Inc. |
| Hellma Cells, Inc. |
| HEMCO Corporation |
| Heraeus Metal Processing, Inc |
| Heraeus Noblelight |
| Hettich Centrifuges |
| HF Scientific, Inc. |
| HI Scientific Services Inc |
| Hiden Analytical, Inc. |
| High Purity Standards, Inc. |
| High Tech Photonics |
| High Tech Promotion |
| Hirox-USA, Inc. |
| Hirschmann, Inc. |
| Hitachi High Technologies America |
| HNU / PID Analyzers LLC |
| Honeywell Burdick & Jackson |
| Horiba Instruments Inc |
| Horiba Jobin Yvon Inc. |
| Horizon Technology Inc |
| HunterLab |
| ICA Corporation |
| iCD GmbH |
| ICL Calibration Laboratories, Inc. |
| IDEX® Health & Science |
| IDEX® Health & Science |
| Illinois Institute of Technology |
| Ilmvac LP |
| ILS Innovative Labor Systeme GmbH |

| |
|---|
| IlShin Lab Co., Ltd. |
| Impact Analytical |
| Industrial Test Systems, Inc. |
| INFICON |
| Infrared Analysis, Inc. |
| Infrared Associates Inc |
| InnovaQuartz Incorporated |
| Innov-X Systems Inc |
| Innov-X Systems Inc |
| Inorganic Ventures |
| Inovatia Laboratories, LLC |
| InPhotonics, Inc. |
| Insaco, Inc. |
| INSCO Metrology, Inc. |
| Instrument Distributors Intl |
| Instrument Specialists Inc. |
| Integrated Engineering Software |
| Integrated Technologies Ltd |
| Intelligent Motion Systems |
| InterMetro Industries Corporation |
| International Cryogenics Inc |
| International Crystal Laboratories |
| International Equipment Trading Ltd. (IET Ltd.) |
| International Labmate Ltd |
| Interscience |
| Intevac, Inc. |
| Invetech |
| Ion Optics, Inc. |
| Ion Signature Technology, Inc. |
| Ionicon Analytik GmbH |
| Ionics Mass Spectrometry Group |
| IonSense, Inc. |
| IQ Scientific Instruments, Inc. |
| IQC-International Quality Consulting LLC |
| Iridian Spectral Technologies |
| ISGas, Inc. |
| ISL/Herzog |
| Ismatec SA |
| Isolation Technologies, Inc. |
| Isotec/Sigma-Aldrich |
| ISS, Inc. |
| Itochu Chemicals America, Inc. |
| ITT |
| J2 Scientific |
| Jabil |
| Japan Analytical Instruments Manufacturers' Association (JAIMA) |
| Japan's CEM Corporation |
| JASCO |

| |
|---|
| Jeiotech Co., Ltd. |
| Jelight Company, Inc. |
| Jenco Instruments, Inc. |
| Jencons Scientific, Inc. |
| Jenoptik Laser, Optik, Systeme GmbH |
| Jensen Inert Products |
| JEOL U.S.A., Inc |
| JM Science Inc. |
| Johnson Test Papers |
| Joint Analytical Systems (Americas) Inc. |
| Jordi FLP |
| Judson Technologies, LLC |
| Julabo |
| Jun-Air USA Inc |
| Justice Laboratory Software |
| Kanomax USA Inc. |
| Kartell SPA |
| Katanax Inc. |
| Kaymont Consolidated Ind. Inc. |
| KD Scientific |
| Kelly Scientific Resources |
| Kelvinator Scientific/National Refrigeration Co |
| KETT |
| KETT Electric Laboratory |
| Keur Industries, Inc. |
| Kewaunee Scientific Corporation |
| Kimble/Kontes Engineered Glass Products |
| Kinematica, Inc. |
| Kinesis Ltd |
| KIN-TEK Laboratories, Inc. |
| Kitagawa America, LLC |
| Kitco Inc. |
| Kloehn Company Ltd |
| KMC Systems, Inc. |
| Knauer-ASI-Advanced Scientific Instruments |
| KNF Neuberger Inc |
| Koehler Instrument Company |
| Konik Instruments Inc. |
| Kord-Valmark Labware Products |
| K-Sera, Inc. |
| K-Systems |
| Kurt J. Lesker Company |
| Kyocera Industrial Ceramics Corp. |
| L&W Optics Electronics Co., Ltd. |
| Lab Alliance |
| Lab Business Magazine |
| Lab Design |
| Lab Manager Magazine™/Vicon Publishing, Inc. |

| |
|---|
| LabChem Inc |
| Lab-Chrom-Pack LLC |
| Labclear |
| Labconco Corporation |
| Labcyte Inc. |
| Labnet International |
| Labomed Inc |
| Laboratorio Y Analisis |
| Laboratory Automation Technologies LLC |
| Laboratory Data Solutions Limited |
| Laboratory Equipment |
| Laboratory Products Association |
| Laboratory Products Association |
| Laboratory Synergy, LLC |
| Labovisco bv and PM Tamson Instruments, a unit of Ametek. |
| LabPlus International |
| LabPlus Technologies |
| Labsciences, Inc. |
| LabSource Inc. |
| LabTech Holdings, Inc. |
| Labtronics Inc |
| LabVantage Solutions, Inc. |
| LabWare Inc |
| LabX |
| Lachat Instruments-A Hach Company Brand |
| Lachat Instruments-A Hach Company Brand |
| Lambda Research Corporation |
| Lambda Solutions, Inc. |
| LaMotte Company |
| Lampire Biological Laboratories |
| Lancer USA, Inc. |
| Laser Focus World / Pennwell |
| Lawler Manufacturing Corporation, unit of AMETEK, Inc. |
| Lawson Labs Inc. |
| Lazar Scientific Inc |
| LC Resources Inc |
| LCGC |
| LEAP Technologies |
| LEAP Technologies |
| LECO Corporation |
| LECO Corporation |
| Lee County Economic Development Office |
| Leister Technologies, LLC |
| Lin Engineering |
| Linseis Inc. |
| Lloyd Instruments, an Ametek Company |
| LND Inc. |
| Loba Chemie Pvt Ltd |

| |
|---|
| Logan Instruments Corp. |
| LSS (Lab Safety Supply) |
| Lumex International |
| Macherey-Nagel Inc |
| Magic Touch Icewares Intl Corp |
| Major Science Co., Ltd. |
| Mallinckrodt Baker, Inc. |
| Malvern Instruments Inc |
| ManSci Inc. |
| Mapa Advantech |
| Marigold Industrial USA Inc. |
| MarketLab |
| Marvel Scientific |
| MassTech, Inc. |
| Matheson Tri-Gas Inc. |
| McCarthy Scientific Company |
| McCrone Group |
| McDanel Advanced Ceramic Technologies |
| McMillan Company |
| Mebius Advanced Technology Ltd |
| MeCour Temperature Control |
| Meeco, Inc |
| Meinhard Glass Products |
| Melles Griot |
| Merck |
| Mesophotonics Ltd. |
| Metertech Inc. |
| Metrohm-Peak, Inc. |
| Metrohm-Peak, Inc. |
| Mettler-Toledo Berger SFC |
| Mettler-Toledo Inc |
| Microbac Laboratories-Southern Testing & Research Division |
| Microflex Corporation |
| Microgenics - Duke Scientific |
| MicroLiter Analytical Supplies, Inc. |
| Micromeritics Instrument Corporation |
| Micromeritics Instrument Corporation |
| Micronit Microfluidics |
| Micropump, Inc. |
| MicroSolv Technology Corp |
| microSpectral Sensors |
| Microtech Instruments, Inc. |
| Microtrac Inc |
| MIDAC Corporation |
| Miele Professional |
| Milestone, Inc. |
| Milestone, Inc. |
| Miller & Weber, Inc. |

| |
|---|
| Millipore Corporation |
| Milwaukee Instruments |
| Minitab Inc. |
| Mittler Supply Incorporated |
| MKS Instruments, Inc. |
| MMR Technologies, Inc. |
| Moda Technology Partners |
| Modcon Systems Ltd. |
| Moeller Medical GmbH & Co. KG |
| Molecular Microspectroscopy Laboratory |
| Molnar-Institut |
| Mosaic Industries, Inc. |
| Motic Instruments Inc. |
| Mott Corporation |
| Mott Manufacturing Limited |
| Movex Inc. |
| Moxtek, Inc. |
| Munktell Filter AB |
| Nabertherm Gmbh |
| Nacalai USA, Inc. |
| Nalge Nunc International |
| Nalge Nunc International |
| NanoInk, Inc |
| nanoplus GmbH |
| Nanoscience Instruments |
| NanoTech America/NT-MDT |
| National Instruments |
| National Metrology Institute of Japan / AIST |
| National Scientific Company |
| National Specialty Gases |
| Nature Publishing Group |
| Navas Instruments LLC |
| Netherlands Measurement Institute (VSL) |
| Netzsch Instruments, Inc. |
| Neutec Group, Inc. |
| Neutral Posture |
| New Brunswick Scientific |
| New Era Enterprises |
| New Focus, a Division of Bookham |
| New Star Environmental |
| New Wave Research Inc |
| Newport Corp |
| NEXTChem Process Analyzers |
| Nextteq LLC |
| Nichiryo America, Inc. |
| Nippon Instruments North America |
| NIR Technology System |
| Nison Instrument (Shanghai) Limited |

| |
|---|
| NIST-National Institute of Standards & Tech |
| NIST-National Institute of Standards & Tech |
| NLG Analytical Ltd |
| Norcimbus FCIV Inc. |
| Nor-Lake Scientific |
| Nova Analytics Corporation |
| Nova Analytics Corporation |
| Novatek International |
| NSG Precision Cells Inc |
| NSI Solutions, Inc. |
| NSL Analytical Services, Inc. |
| NuAire Inc |
| NyxTechnik, Inc. |
| O. I. Analytical |
| o2si smart solutions |
| Oak Ridge National Lab |
| Oakton Instruments |
| Ocean Optics Inc. |
| Ogussa |
| Ohaus Corporation |
| Olympus America Inc |
| Olympus Industrial America |
| Omni International, Inc. |
| Omnifit Ltd |
| On Assignment Lab Support |
| Ophir/Spiricon |
| Opotek, Inc. |
| OPS Systems, Inc. Telecation Div |
| Optimize Technologies Inc |
| Optimum Technologies Inc. |
| Orbeco-Hellige Inc. |
| Orbis BV LLC |
| Oreck Clean Air |
| OriginLab Corporation |
| Orochem Technologies Inc |
| Orthodyne SA |
| Oxford Instruments |
| Oxford Instruments |
| OZ Optics Ltd |
| P S Analytical Inc. |
| P S Analytical Ltd |
| PAC |
| Pace Analytical Svcs., Inc. |
| PAI-NET (Professionals' Network in Advanced Instrumentation Society) |
| Palisade Corporation |
| Pall Life Sciences |
| PANalytical |
| PANalytical |

| |
|---|
| Paraytec Ltd |
| Parker Balston - Analytical Gas Systems |
| Parker Hannifin Corp-Instrumentation Group |
| Parker Life Sciences -  Parker Hannifin Corp. |
| Parr Instrument Company |
| Particle Measurement - Agilent |
| Particle Measuring Systems |
| Particle Sizing Systems |
| Particle Sizing Systems |
| Particle Technology Labs, Ltd. |
| PDR-Chiral Inc |
| Peak Laboratories, LLC |
| Peak Scientific Instruments Ltd |
| PEAK-Service USA |
| PerkinElmer Life and Analytical Sciences |
| PerkinElmer Life and Analytical Sciences |
| PerkinElmer Life and Analytical Sciences |
| PerkinElmer Life and Analytical Sciences |
| Perma Pure LLC |
| Petrolab Company - A business of Ametek Test & Calibration Instruments - Americas |
| Petrotest Instruments GmbH - by Petrolab Company, a unit of Ametek, Inc. |
| Pfeiffer Vacuum |
| Pharmaceutical Formulation & Quality |
| Pharmaceutical Processing |
| Pharmco-AAPER |
| pHaze III Sensor Technology LLC |
| Phenomenex, Inc. |
| Photon Systems |
| Photonics Spectra |
| PHOTONIS Group |
| Photron Pty. Ltd. |
| Phytronix Technologies inc. |
| Picarro, Inc. |
| Pickering Laboratories Inc |
| Picometrics Inc. |
| Picometrix, an API Company |
| Pike Technologies Inc |
| pION INC |
| Piper Plastics, Inc. |
| Pittsburgh Conference |
| Plas-Labs, Inc |
| PolarOnyx, Inc. |
| Pollution Equipment News/Rimbach Publishing Inc |
| Polychromix |
| PolyLC Inc. |
| Polymer Char |
| Polymer Laboratories, Varian, Inc. |
| Polymicro Technologies LLC |

| |
|---|
| Polyscience Corp - Div of Preston Ind |
| Pope Scientific Inc |
| Popper & Sons, Inc. |
| Porter Instrument Division, Parker Hannifin Corporation |
| Poulten & Graf GmbH |
| Power Electric |
| Praxair Specialty Gases & Equipment |
| Precision Detectors, Inc. |
| Precision Glassblowing of Colorado |
| Precision Instruments UK Ltd |
| Precision Plus Vacuum Parts, Inc. |
| Precision Systems Inc. |
| Preiser Scientific, Inc. |
| Premier Lab Supply, Inc. |
| Preston Publications - Div. of Preston Ind. |
| Prime Industries, Inc. |
| PRO Scientific, Inc. |
| Probes Unlimited Inc |
| Process Instruments Inc |
| Procon Technologies |
| Professional Technical Services, Inc. (PTS) |
| Prometco - BMT, LLC |
| Promium, LLC |
| Prosolia, Inc. |
| Proteopure, Inc. |
| Purdue University: Dept. of Chemistry |
| Putman Media - Pharmaceutical Manufacturing |
| Pyrol AB |
| Qorpak |
| QRP Inc |
| Quadrex Corporation |
| Quality Environmental Containers - QEC |
| Quality Systems International Corp. |
| Quant Technologies LLC |
| Quantachrome Instruments |
| Quantum Analytics |
| Questron Technologies Corp. |
| R&D Magazine |
| Radiometer Analytical-A Hach Company Brand |
| Radiometer Analytical-A Hach Company Brand |
| Radwag USA LLC |
| Rainin Instrument, LLC |
| Redfish Photonics, Inc. |
| Refining Systems, Inc. |
| Regis Technologies Inc |
| Remspec Corporation |
| Renishaw, Inc. |
| Resolution Analytical Systems, Inc. |

| |
|---|
| Resource Technology Corporation (RTC) |
| Restek Corporation |
| Retsch Inc |
| Rheodyne, LLC. |
| RheoSense, Inc. |
| Rheotek USA, Inc. |
| Ricca Chemical Company |
| Riedel-de Haen/Sigma-Aldrich |
| Rigaku |
| RKI Instruments Inc. |
| Rochoet |
| RoMack, Inc. |
| RT Instruments, Inc. |
| Rudolph Instruments, Inc. |
| Rudolph Research Analytical |
| S D Fine-Chem Limited |
| S.A.S. Corporation |
| S.E. International, Inc. |
| Sachem, Inc. |
| Saint-Gobain Performance Plastics |
| Sampling Systems |
| Sancilio & Company |
| Sapphire Engineering, Inc. |
| Sarstedt, Inc. |
| Sartorius Corp. |
| Savillex |
| Schlegel Associates Inc |
| schmidlin-DBS AG |
| Schmidt + Haensch |
| Schott Instruments |
| Science Application International Corporation |
| Science Industry Australia, Inc. |
| Science/AAAS |
| Scientech Inc. |
| Scientific ADWA (M) Sdn. Bhd. |
| Scientific Computing |
| Scientific Industries, Inc. |
| Scientific Instrument Services |
| Scientific Plastics |
| Scientific Systems, Inc. |
| Scilog, Inc. |
| Scinco Co., Ltd. |
| Scinics Corporation |
| Sci-Tec Inc |
| Scott Specialty Gases |
| SCP SCIENCE |
| Seacoast Science, Inc. |
| Seal Analytical, Inc. |

| |
|---|
| Secomam |
| SEDERE Inc. |
| SelectScience |
| Selerity Technologies |
| Sensicore, Inc. |
| Sensirion, Inc. |
| Sensor Electronic Technology |
| Sensorex |
| SEO |
| Separation Systems, Inc. |
| Sepax Technologies, Inc. |
| Sepiatec GmbH |
| Seward Limited |
| SG Wasseraufbereitung und Regenerierstation GmbH |
| SGE, Incorporated |
| Shamrock Glass Co., Inc. |
| Shanghai Mucon Jingling Glassware |
| Sheldon Mfg Inc. |
| Shigemi, Inc. |
| Shimadzu Scientific Instruments, Inc. |
| Showa Denko America, Inc. |
| Siemens Energy & Automation |
| Siemens Water Technologies |
| Sierra Instruments, Inc. |
| Sievers Instruments |
| Sigma-Aldrich |
| Sigma-Aldrich / On-Site Stocking Program |
| SII NanoTechnology USA Inc. |
| Silicycle inc. |
| Silk Scientific, Inc. |
| Simport Plastics Ltd |
| Skalar Inc. |
| Smart Imaging Technologies |
| SmartCare |
| SMI - Labhut Ltd. |
| Smiths Detection |
| Society for Applied Spectroscopy |
| Socorex |
| Softa Corporation |
| Sometech Corporation |
| Sonics & Materials Inc. |
| Sonntek, Inc. |
| Sotax |
| SP Industries |
| Spark Holland B.V. |
| Specac |
| Spectral Systems Inc |
| Spectro - Ametek Materials Analysis Division |

| |
|---|
| Spectro Analytical Instruments |
| Spectro, Inc. |
| Spectron, Inc. |
| SpectroPure |
| Spectroscopic Solutions, LLC |
| Spectroscopy Magazine |
| Spectrum Chemicals & Laboratory Products |
| Spectrum Plus |
| Spectrum Scientific, Inc. |
| Speirs Robertson Ltd |
| SPEX CertiPrep, Inc. |
| SPI Supplies - Div. Structure Probe, Inc. |
| Springer |
| SRI Instruments, Inc. |
| ST Japan Inc. |
| STARLIMS |
| Starna Cells Inc |
| Steelcase Inc. |
| StellarNet Inc |
| Sterlitech Corporation |
| Stony Brook Scientific, Ltd. |
| Strobic Air Corp |
| Sugiyama Shoji Co., Ltd. |
| Summit Appliance |
| Sun SRI |
| Supelco/Sigma-Aldrich |
| Supercool Inc |
| Supercritical Fluid Technologies Inc. |
| Superior Technical Ceramics |
| Supermax Inc. |
| Swagelok Company |
| Syagen Technology Inc |
| Sympatec Inc. |
| Synergy Vacuum, Inc. |
| Syrris Inc. |
| Systea Scientific, LLC |
| TA Instruments |
| Taratec |
| Taylor & Francis Group LLC |
| Tec5USA |
| Tecan Ltd |
| Technical Manufacturing Corporation |
| Technifab Products, Inc. |
| TechniKrom, Inc. |
| Technology Networks Ltd. |
| Technomart Inc. |
| Teclis, Inc. |
| Tedia Company, Inc. |

| |
|---|
| Tekmar-Dohrmann |
| Tekran Instruments Corporation |
| Teledyne Analytical Instruments |
| Teledyne Hastings Instrument |
| Teledyne Instruments |
| Teledyne Isco |
| Teledyne Leeman Labs |
| Teledyne Tekmar |
| Temperature Electronics Limited |
| TeraView |
| Terra Technologies Inc |
| Tescan USA Inc. |
| Texol Products Ltd. |
| Thar Technologies, Inc. |
| The Fitzpatrick Company |
| The Harris Products Group |
| The Heartland Institute |
| The Lee Company |
| The Scientist |
| Thermcraft Inc |
| Thermo Scientific |
| Thermocoax Inc. |
| Thermoelectric Cooling America (TECA) |
| Thomas Cain, Inc. |
| Tiger Optics, LLC |
| Tintometer |
| Tomtec |
| Torion Technologies |
| Tosoh Bioscience LLC |
| Tracking Solutions, Inc. |
| Triad Scientific Inc. |
| Triangle Biomedical Sciences, Inc. |
| TSI Incorporated |
| TTP LabTech |
| TWD TradeWinds, Inc. |
| U. S. EPA Green Chemistry Program |
| U.S. Environmental Protection Agency |
| U.S. Pharmacopeia |
| UIC, Inc. |
| UltraVolt, Inc. |
| UNICO |
| Unisantis Europe GmbH |
| United Chemical Technologies |
| United Filtration Systems, Inc. |
| Unity Scientific, Inc. |
| Upchurch Scientific, Inc. |
| UVP Inc |
| VACCO Industries |

| |
|---|
| Vacuubrand, Inc |
| Vaisala Inc. |
| Van London - pHoenix Company |
| Varian, Inc. |
| Varsal Instruments Beijing Co., Ltd |
| Varsal Instruments, Inc. |
| Velocity11 |
| Velp Scientifica |
| VelQuest |
| VeriPic by Kwan Software Engineering, Inc. |
| Vertere - ChemWatch |
| VHG Labs, Inc. |
| VICI Valco Instruments Co Inc |
| Victor Specialty Products |
| Viscotek Corporation |
| Vivantis Technologies Sdn.Bhd. |
| Voltage Multipliers Inc. |
| W. S. Tyler |
| Waring Products Division |
| Wasson-ECE Instrumentation |
| Waters Corporation |
| WaterSaver Faucet Company |
| Watlow |
| Watson-Marlow Bredel Pumps |
| Webcom Communications |
| Weiss Research, Inc. |
| Welch Allyn, Inc. |
| Welch Vacuum Technology, Gardner Denver Thomas |
| Welco Co., Ltd. |
| Wellfund Enterprises |
| Wellington Laboratories, Inc. |
| Westco Scientific Instruments, Inc. |
| Whatman Inc. |
| Wheaton Science Products |
| Wibby Environmental |
| Wiley |
| Wilks Enterprise, Inc. |
| Witec Instruments Corp |
| World Minerals Inc. |
| Wright Line Inc |
| WTW |
| Wyatt Technology Corporation |
| Xcalibur XRF Services |
| Xenosep Technologies |
| XIA LLC |
| XIGO Nanotools |
| Xiril |
| XOS |

| |
|---|
| XStream Systems, Inc. |
| Xyntek Inc. |
| YMC Co Ltd |
| YMC Europe GmbH |
| Yugyokuen Ceramics Co., Ltd. |
| Zeltex |
| Zinsser Analytic, GmbH |
| ZirChrom Separations Inc. |
| Zoex Corporation |