# DAY PITNEY LLP

BOSTON  CONNECTICUT  NEW JERSEY  NEW YORK  WASHINGTON, DC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 19 2007

David B. Newman
Attorney At Law

7 Times Square
New York, NY 10036
T: (212) 297-5832 F: (212) 916-2940
dnewman@daypitney.com

July 18, 2007

**SO ORDERED**

**VIA FACSIMILE** (212) 805-6737

Chambers of Honorable George B. Daniels
United States District Court for the Southern District of New York
500 Pearl Street
Room 630
New York, NY 10007-1312

Attention: Scott Waller

The initial conference is adjourned to August 8, 2007 at 9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS
JUL 19 2007

Re:  Travel Planners v. National Travel Planners
     Case No. 07-CV-3119 (GBD)

Dear Mr. Waller:

As per your direction, I contacted Bruce Katz, counsel for defendant, and can confirm that we are available for the initial conference on August 8, 2007 at 9:30 a.m.

Please confirm that this date and time are acceptable to Judge Daniels.

Respectfully submitted,

David B. Newman

DBN/cd

cc:  Bruce D. Katz, Esq. (By fax (212) 208-3060)

1546331A01071807