USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 7 2007

# LAW OFFICES
# Bruce D. Katz & Associates
Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

August 7, 2007

**SO ORDERED**
The conference is adjourned to
September 12, 2007 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

AUG 0 7 2007

**BY FACSIMILE** (212) 805-6737
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: Travel Planners, Inc. v. National Travel Planners, Inc.
    Civil Action No. 07-CV-3119(GBD)

Dear Judge Daniels:

I am counsel for defendant, National Travel Planners, Inc., in the above-captioned action.

Since my letter to the Court of August 3, counsel for plaintiff and defendant appear to have reached a tentative settlement in principle. In view of this, plaintiff's counsel, David Newman, Esq., has changed his position and consented to my request for adjournment of tomorrow's initial scheduling conference.

Although the parties' agreeemnt in principle must still be reduced to a writing to be agreed to by both parties, this can be accomplished within the next week or so.

Accordingly, the parties now joinltly request a one-month adjournment of tomorrow's initial scheudling conference.

Respectfully submitted,

Bruce D. Katz

BDK/mmc
cc: David B. Newman, Esq. (by email)