UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

Plaintiff, Travel Planners, Inc.

-v-

Defendant. National Travel Planners, Inc.

--------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 CV 03119 (GBD)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

_ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: _____

* Do not check if already referred for general pretrial.
Dated _____

SO ORDERED:

_George B. Daniels_
United States District Judge

FILED JAN 15 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff, Travel Planners, Inc.

-v-

Defendant. National Travel Planners, Inc.

------------------------------------------------------------x

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

07 CV 03119 (GBD)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓ Settlement*

\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose: _____
\_\_ Habeas Corpus
\_\_ Social Security
\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

_____

All such motions: \_\_\_\_

* Do not check if already referred for general pretrial.

Dated \_\_ JAN 15 2008

SO ORDERED:

*George B. Daniels*
HON. GEORGE B. DANIELS
United States District Judge