UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVEL PLANNERS, INC., | |
| Plaintiff, | Civil Action No. 07-3119 (GBD) |
| vs. | |
| NATIONAL TRAVEL PLANNERS, INC., | |
| Defendant, | **STIPULATION OF DISMISSAL** |
| and | |
| CGI OF NEVADA, INC. (d/b/a NATIONAL TRAVEL PLANNERS), | |
| Counterclaim-Plaintiff, | |
| vs. | |
| TRAVEL PLANNERS, INC. | |
| Plaintiff/Counterclaim-Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the above-captioned action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed in its entirety and without costs as against any party.

| | |
|---|---|
| **DAY PITNEY LLP** <br> Attorneys for Plaintiff | **LAW OFFICE OF BRUCE D. KATZ & ASSOCIATES** <br> Attorneys for Defendant and Counterclaim-Plaintiff |
| By: __/s/ Amish R. Doshi_____ <br> Amish R. Doshi (AD5996) <br> 7 Times Square <br> New York, New York 10036 <br> Phone: (212) 297-5800 | By: __/s/ Bruce D. Katz_____ <br> Bruce D. Katz (BK2041) <br> 225 Broadway <br> New York, New York 10007 <br> Phone: (212) 233-3434 |