UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVEL PLANNERS, INC.,

    Plaintiff,

vs.

NATIONAL TRAVEL PLANNERS, INC.,

    Defendant,

and

CGI OF NEVADA, INC. (d/b/a NATIONAL TRAVEL PLANNERS),

    Counterclaim-Plaintiff,

vs.

TRAVEL PLANNERS, INC.

    Plaintiff/Counterclaim-Defendant.

Civil Action No. 07-3119 (GBD)

STIPULATION OF DISMISSAL

**SO ORDERED**

*/s/ George B. Daniels*

**HON. GEORGE B. DANIELS**
JUN 1 7 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 8 2008

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed in its entirety and without costs as against any party.

| DAY PITNEY LLP<br>Attorneys for Plaintiff | LAW OFFICE OF BRUCE D. KATZ<br>& ASSOCIATES<br>Attorneys for Defendant and<br>Counterclaim-Plaintiff |
|---|---|
| By: /s/ Amish R. Doshi<br>Amish R. Doshi (AD5996)<br>7 Times Square<br>New York, New York 10036<br>Phone: (212) 297-5800 | By: /s/ Bruce D. Katz<br>Bruce D. Katz (BK2041)<br>225 Broadway<br>New York, New York 10007<br>Phone: (212) 233-3434 |

1

83069329A01061108